**APPENDIX & EXHIBIT INDEX**

| Appendix | Description |
|---|---|
| A | Defamatory Statements on Social Media |

| Ex. No. | Date | Description |
|---|---|---|
| 1 | 10/17/2022 | Tweets by @Adrian_H re CUNY public hearing (https://twitter.com/Adrian_H/status/1582125936635392000), including images of "Statement to CUNY Manhattan Public Borough Hearing" |
| 2 | 10/21/2022 | Letters to the Board of Trustees Re: "Manhattan Borough Hearing and Public Hearing" |
| 3 | 8/18/2021 | Citizen's Petition by Jordan A. Thomas, Partner at Labaton Sucharow LLP, including Citizen Petition Letter, Citizen Petition Report, and Dunn Letter |
| 4 | 8/30/2021 | Supplement to Citizen's Petition by Jordan A. Thomas, Partner at Labaton Sucharow LLP |
| 5 | 9/9/2021 | Second Supplemental Statement of Concern by Jordan A. Thomas, Partner at Labaton Sucharow LLP (Docket #: FDA-2021-P-0930) |
| 6 | 11/2/2021 | Letter by Enea Milioris, Adrian Heilbut, Jesse Brodkin, Patrick Markey to FDA |
| 7 | 11/3/2021 | Presentation: "Cassava Sciences: A Shambolic Charade" by Enea Milioris, Adrian Heilbut, Jesse Brodkin, Patrick Markey |
| 8 | 11/3/2021 | Quintessential Capital Management Report: "Cassava Sciences (SAVA): Game over! A warning for the US healthcare system" |
| 9 | 11/17/2021 | Third Supplement to Citizen's Petition by Jordan A. Thomas, Partner at Labaton Sucharow LLP |
| 10 | 11/29/2021 | Report: "SavaDx Exposed – A revolutionary diagnostic for Alzheimer's Disease or a scam of scientifically illiterate investors?" by Jesse Brodkin, Enea Milioris, Adrian Heilbut, Patrick Markey |

| Ex. No. | Date | Description |
|---|---|---|
| 11 | 12/8/2021 | Fourth Supplement to Citizen's Petition by Jordan A. Thomas, Partner at Labaton Sucharow LLP |
| 12 | 12/10/2021 | Report: "Cassava and the Wang Lab: Seeing Through the Blind" by Jesse Brodkin, Enea Milioris, Adrian Heilbut, Patrick Markey |
| 13 | 8/26/2021 | Press Release by Labaton Sucharow: "Rebuttal to 8/25/2021 Cassava Sciences Press Release" |
| 14 | 3/20/2022 | Interview titled "Idea Brunch with Gabriel Grego of Quintessential Capital Management" |
| 15 | 2/10/2022 | FDA response to Jordan A. Thomas re Citizen's Petition |
| 16 | 11/4/2021 | Press Release: "Review by Journal of Neuroscience Shows No Evidence of Data Manipulation in Technical Paper Foundational to Cassava Sciences' Lead Drug Candidate" |
| 17 | 12/21/2021 | Press Release: "Science Journal Finds No Evidence to Support Claims of Data Manipulation in 2005 Publication" |
| 18 | 8/18/2022 | Press Release: "No Evidence of Data Manipulation in Science Publication on Simufilam" |
| 19 | 6/15/2022 | *Molecular Neurodegeration*: "Calcium-dependent cytosolic phospholipase A2 activation is implicated in neuroinflammation and oxidative stress associated with ApoE4" |
| 20 | 2/28/2022 | US SEC Form 10-K Annual Report for Fiscal Year Ended December 31, 2021 |
| 21 | 3/23/2021 | US SEC Form 10-K Annual Report for Fiscal Year Ended December 31, 2020 |
| 22 | 3/26/2020 | US SEC Form 10-K Annual Report for Fiscal Year Ended December 31, 2019 |
| 23 | 3/27/2019 | Press Release: "Pain Therapeutics Announces Name Change to Cassava Sciences, Inc." |
| 24 | 4/15/2019 | Press Release: "Cassava Sciences Completes Patient Enrollment for a Phase 2a Study in Patients with Alzheimer's Disease" |
| 25 | 6/18/2019 | Press Release: "Cassava Sciences to Present at Maxim Group's Conference on Alzheimer's Disease" |

| Ex. No. | Date | Description |
|---|---|---|
| 26 | 9/9/2019 | Press Release: "Cassava Sciences Reports Positive Phase 2a Clinical Results in Alzheimer's Patients" |
| 27 | 9/16/2019 | Press Release: "Cassava Sciences Initiates Phase 2b Clinical Study in Alzheimer's Patients" |
| 28 | 10/24/2019 | Press Release: "Cassava Sciences' Clinical Results in Alzheimer's Selected as Late-Breaking News at CTAD 2019" |
| 29 | 10/29/2019 | Press Release: "Cassava Sciences Announces Recent Clinical Highlights and Third Quarter 2019 Financial Results" |
| 30 | 12/6/2019 | Press Release: "Cassava Sciences Announces Additional Positive Phase 2a Clinical Data in Alzheimer's Disease at CTAD 2019" |
| 31 | 1/28/2020 | Press Release: "Cassava Sciences Announces Completion of Patient Enrollment of a Phase 2b Study in Alzheimer's Disease" |
| 32 | 2/11/2020 | Press Release: "Cassava Sciences Announces Phase 2a Study of PTI-125 Published in The Journal of Prevention of Alzheimer's Disease (JPAD)" |
| 33 | 3/19/2020 | Press Release: "Cassava Sciences Announces Clinical Update and Business Progress Across Neuroscience Pipeline" |
| 34 | 3/25/2020 | Press Release: "Cassava Sciences Announces Initiation of an Open-Label Study to Evaluate PTI-125 in Patients with Alzheimer's Disease" |
| 35 | 3/26/2020 | Press Release: "Cassava Sciences Announces Full-year 2019 Financial Results and Anticipated Key Milestones for 2020" |
| 36 | 4/23/2020 | Press Release: "Cassava Sciences Announces New $2.5 Million Research Grant Award from National Institutes of Health" |
| 37 | 6/3/2020 | Press Release: "Cassava Sciences Announces Presentation at the Jefferies Virtual Healthcare Conference and Provides Updates Regarding Phase 2b Study of PTI-125" |
| 38 | 7/9/2020 | Press Release: "Cassava Sciences to Give Keynote Presentation on SavaDx at a Scientific Conference" |
| 39 | 8/12/2020 | Press Release: "Cassava Sciences Announces Second Quarter 2020 Financial Results and Mid-year Business Review" |

| Ex. No. | Date | Description |
|---|---|---|
| 40 | 9/14/2020 | Press Release: "Cassava Sciences Announces Final Results of a Phase 2b Clinical Study of Simufilam in Patients with Alzheimer's Disease" |
| 41 | 9/30/2020 | Press Release: "Cassava Sciences' Phase 2b Clinical Results in Alzheimer's Selected as Late-Breaking News at CTAD 2020" |
| 42 | 11/4/2020 | Press Release: "Cassava Sciences Announces Additional Clinical Data from a Phase 2b Study of Sumifilam in Alzheimer's Disease" |
| 43 | 1/4/2021 | Press Release: "Cassava Sciences Appoints Dr. James Kupiec as Chief Clinical Development Officer" |
| 44 | 2/2/2021 | Press Release: "Cassava Sciences' Simufilam Improves Cognition and Behavior in Alzheimer's Disease in Interim Analysis of Open-label Study" |
| 45 | 2/8/2021 | Press Release: "Cassava Sciences Announces Significant Program Progress and Expected Key Milestones in 2021 for Its Clinical Program in Alzheimer's Disease" |
| 46 | 2/22/2021 | Press Release: "Cassava Sciences Announces Positive End-of-Phase 2 Meeting with FDA and Outlines Pivotal Phase 3 Program for Simufilam in Alzheimer's Disease" |
| 47 | 2/23/2021 | Press Release: "Cassava Sciences to Present at SVB Leerink Global Healthcare Conference" |
| 48 | 3/23/2021 | Press Release: "Cassava Sciences Announces Full-year 2020 Financial Results and Business Highlights" |
| 49 | 4/21/2021 | Press Release: "Cassava Sciences Reports First Quarter 2021 Financial Results and Announces Guidance on Clinical Data Release" |
| 50 | 4/26/2021 | Press Release: "Cassava Sciences Invited by the NIH to Participate in Sachs 4th Annual Neuroscience Innovation Forum" |
| 51 | 4/27/2021 | Press Release: "Cassava Sciences Invited to Participate in B. Riley Securities' Neuroscience Conference" |
| 52 | 5/10/2021 | Press Release: "Cassava Sciences Announces Initiation of Cognition Maintenance Study in Alzheimer's disease" |

| Ex. No. | Date | Description |
|---|---|---|
| 53 | 5/12/2021 | Press Release: "Cassava Sciences Announces New $2.7 Million Research Grant Award from National Institutes of Health" |
| 54 | 5/24/2021 | Press Release: "Cassava Sciences to Participate in Q&A Panel Discussion on Alzheimer's Disease" |
| 55 | 6/17/2021 | Press Release: "Cassava Sciences to Present at the Raymond James 2021 Human Health Innovation Conference" |
| 56 | 6/21/2021 | Press Release: "Cassava Sciences Provides Mid-Year Corporate Update, Clinical Development Progress and Announces Guidance on Clinical Data Release" |
| 57 | 6/21/2021 | Press Release: "Cassava Sciences Selects Clinical Research Organization for Phase 3 Clinical Program in Alzheimer's Disease" |
| 58 | 7/21/2021 | Press Release: "Cassava Sciences to Present New Clinical Dataset at 2021 Alzheimer's Association International Conference" |
| 59 | 7/26/2021 | Press Release: "Cassava Sciences Announces Positive Data with SavaDx from a Randomized Controlled Phase 2b Study of Simufilam" |
| 60 | 7/29/2021 | Press Release: "Cassava Sciences Announces Positive Cognition Data With Simufilam in Alzheimer's Disease" |
| 61 | 7/29/2021 | Press Release: "Cassava Sciences Announces Positive Biomarker Data with Simufilam in Alzheimer's Disease" |
| 62 | 8/24/2021 | Press Release: "Cassava Sciences Announces Agreement with FDA on Special Protocol Assessments (SPA) for its Phase 3 Studies of Simufilam for the Treatment of Alzheimer's Disease" |
| 63 | 8/25/2021 | Press Release: "Cassava Sciences Responds to Allegations" |
| 64 | 8/27/2021 | Press Release: "Cassava Sciences Releases Statement Regarding Plasma p-tau Analysis from a Previously Disclosed Phase 2b Clinical Study in Alzheimer's Patients" |
| 65 | 9/3/2021 | Press Release: "Cassava Sciences Releases a Public Statement Regarding Recent Allegations" |

| Ex. No. | Date | Description |
|---|---|---|
| 66 | 9/22/2021 | Press Release: "Cassava Sciences Announces Top-line Results of 12-month Interim Analysis from Open-label Study Evaluating Simufilam in Alzheimer's Disease" |
| 67 | 10/6/2021 | Press Release: "Cassava Sciences Initiates a Phase 3 Efficacy Trial of Simufilam for the Treatment of Patients with Alzheimer's Disease" |
| 68 | 11/18/2021 | Press Release: "Cassava Sciences Initiates a Second Phase 3 Study of Simufilam for the Treatment of Patients with Alzheimer's Disease" |
| 69 | 12/23/2021 | Press Release: "Cassava Sciences Launches Clinical Website to Support Phase 3 Studies of Oral Simufilam in Alzheimer's Disease" |
| 70 | 2/10/2022 | Press Release: "FDA Denies Citizen Petitions Filed on Behalf of Short Selling Clients" |
| 71 | 2/28/2022 | Press Release: "Cassava Sciences Reports Full-year 2021 Financial Results and Operating Updates" |
| 72 | 3/30/2022 | Press Release: "Cassava Sciences Announces Fireside Chat and Presentation Tuesday, April 5th" |
| 73 | 4/25/2022 | Press Release: "Cassava Sciences Invited to Participate in B. Riley Securities' Neuroscience Conference" |
| 74 | 5/5/2022 | Press Release: "Cassava Sciences Reports First Quarter Financial Results for 2022 and Updates on Phase 3 Clinical Program" |
| 75 | 8/3/2022 | Press Release: "Cassava Sciences Reports Second Quarter Financial Results for 2022, Mid-year Corporate Update and Interim Analysis of Open-label Study" |
| 76 | 10/13/2022 | Press Release: "Cassava Sciences Announces Initiation of an Open-label Extension Study" |
| 77 | 11/4/2020 | *Journal of Prevention of Alzheimer's Disease 7(4)*: "PTI-125 Reduces Biomarkers of Alzheimer's Disease in Patients" |
| 78 | 12/8/2017 | *Neuroimmunology and Neuroinflammation (December 2017)*: "Altered filamin A enables amyloid beta-induced tau hyperphosphorylation and neuroinflammation in Alzheimer's disease Topic: Alzheimer's Disease" |

| Ex. No. | Date | Description |
|---|---|---|
| 79 | 3/31/2017 | *Neurobiology of Aging (2017)*: "PTI-125 binds and reverses an altered conformation of filamin A to reduce Alzheimer's disease pathogenesis" |
| 80 | 7/18/2012 | *The Journal of Neuroscience 32(29)*: "Reducing Amyloid-Related Alzheimer's Disease Pathogenesis by a Small Molecule Targeting Filamin A" |
| 81 | 2/1/1998 | *The Journal of Neuroscience 18(3)*: "Interaction of Presenilins with the Filamin Family of Actin-Binding Proteins" |
| 82 | 7/11/2000 | *Neuro Report 11(14)*: "Presenilin 1 interaction with cytoskeleton and association with actin filaments" |
| 83 | 9/13/2000 | *Journal of Cell Science 113*: "Physical and genetic interaction of filamin with presenilin in Drosophila" |
| 84 | 11/1/2004 | *Nature Cell Biology December (2004)*: "The many faces of filamin: A versatile molecular scaffold for cell motility and signalling" |
| 85 | 02/1/2009 | *Journal of Neuropathology & Experimental Neurology 68(2)*: "Hyaline Protoplasmic Astrocytopathy of Neocortex" |
| 86 | 6/11/2010 | *Journal of Alzheimer's Disease 22*: "Alzheimer's Disease Linked Presenilin Mutation (PS1M146L) Induces Filamin Expression and âıSecretase Independent Redistribution" |
| 87 | 8/28/2014 | *Journal of Physiology – Paris 108*: "Participation of group I p21-activated kinases in neuroplasticity" |
| 88 | 11/10/2005 | *Acta Neuropathologica Communications (2015)*: "Investigating the role of filamin C in Belgian patients with frontotemporal dementia linked to GRN deficiency in FTLD-TDP brains" |
| 89 | 6/28/2019 | *Experimental Neurobiology (2019)*: "Memantine Improves Cognitive Function and Alters Hippocampal and Cortical Proteome in Triple Transgenic Mouse Model of Alzheimer's Disease" |
| 90 | 2/19/2020 | *Science Translational Medicine (2020)*: "Filamin A inhibition reduces seizure activity in a mouse model of focal cortical malformations" |
| 91 | 11/19/2020 | *Frontiers in Cell and Developmental Biology (2020)*: "Echinacoside Suppresses Amyloidogenesis and Modulates F- |

| Ex. No. | Date | Description |
|---|---|---|
| | | actin Remodeling by Targeting the ER Stress Sensor PERK in a Mouse Model of Alzheimer's Disease" |
| 92 | 5/10/2010 | *Brain Research 1345 (2010)*: "Filamin-A and Myosin VI colocalize with fibrillary Tau protein in Alzheimer's disease and FTDP-17 brains" |
| 93 | 11/17/2021 | *Global Newswire*: "Protego Biopharma Raises $51 Million Series A Financing to Advance the Treatment of Protein Misfolding Diseases" |
| 94 | 7/7/1994 | *Biochem Journal (1994)*: "[$^3$H]PtdIns hydrolysis in postmortem human brain membranes is mediated by the G-proteins $G_{q/11}$ and phospholipase C-β" |
| 95 | 7/9/1996 | *Neurobiology of Aging (1997)*: "Cholinergic Activation of Phosphoinositide Signaling Is Impaired in Alzheimer's Disease Brain" |
| 96 | 1/1/12002 | *The FASEB Journal (January 2002)*: "Cells in human postmortem brain tissue slices remain alive for several weeks in culture" |
| 97 | 7/2004 | *Archives of General Psychiatry Vol 61 (July 2004)*: "Decreased Catalytic Activity and Expression of Protein Kinase C Isozymes in Teenage Suicide Victims" |
| 98 | 9/27/2004 | *The American Journal of Human Genetics (2004)*: "Functional Analysis of Genetic Variation in Catechol-O-Methyltransferase (COMT): Effects on mRNA, Protein, and Enzyme Activity in Postmortem Human Brain" |
| 99 | 12/12/2007 | *Neuropsychopharmacology (2008)*: "Lower Phosphoinositide 3-Kinase (PI 3-kinase) Activity and Differential Expression Levels of Selective Catalytic and Regulatory PI 3-Kinase Subunit Isoforms in Prefrontal Cortex and Hippocampus of Suicide Subjects" |
| 100 | 2/16/2012 | *Neuro-degenerative Diseases (2012)*: "Protein Kinase Activity Profiling of Postmortem Human Brain Tissue" |
| 101 | 7/1/2011 | *Archives of General Psychiatry (July 2011)*: "Downregulated Kynurenine 3-Monooxygenase Gene Expression and Enzyme Activity in Schizophrenia and Genetic Association With Schizophrenia Endophenotypes" |

| Ex. No. | Date | Description |
|---|---|---|
| 102 | 3/20/2014 | *Neurobiology of Aging (2014)*: "Altered arginine metabolism in Alzheimer's disease brains" |
| 103 | 5/1/2015 | *Journal of Nuclear Medicine (May 2015)*: "Glutamate-induced Hyperactivity of NMDA ion channel in Postmortem Alzheimer's Disease Brains" |
| 104 | 9/3/2021 | Transcript of Public Statement Regarding Recent Allegations Against Cassava Sciences, Inc. |
| 105 | 10/21/2021 | Blog Post from ad-science.org titled "Notes from a Molecular Biologist" |
| 106 | 10/21/2021 | Blog Post from ad-science.org titled "Of Shorts and Blots" |