UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASSAVA SCIENCES, INC.,

    Plaintiff,

v.

DAVID BREDT; GEOFFREY PITT;
QUINTESSENTIAL CAPITAL
MANAGEMENT LLC; ADRIAN HEILBUT;
JESSE BRODKIN; ENEA MILIORIS; and
PATRICK MARKEY,

    Defendants.

Civil Action No. 22-cv-9409

### PLAINTIFF CASSAVA SCIENCES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Cassava Sciences, Inc. ("Cassava"), hereby advises the Court that it is a publicly traded company and does not have a parent corporation. No publicly held corporation owns 10% or more of Cassava's stock. Cassava has no publicly held affiliates or subsidiaries.

Dated: Nov. 2, 2022

*/s/ Matthew J. Langley*
Matthew J. Langley
    MLangely@beneschlaw.com
    New York Registration No. 4831749

J. Erik Connolly (*pro hac vice forthcoming*)
    EConnolly@beneschlaw.com
    Illinois ARDC No. 6269558
Timothy Frey (*pro hac vice forthcoming*)
    Illinois ARDC No. 6303335
    TFrey@beneschlaw.com
Kate Watson Moss (*pro hac vice forthcoming*)
    kwatsonmoss@beneschlaw.com

Illinois ARDC No. 6321176
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949