AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| CASSAVA SCIENCES, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  22-cv-9409 |
| DAVID BREDT; GEOFFREY PITT; et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Cassava Sciences, Inc.                                                              .

Date:    11/02/2022                                      /s/ Matthew Langley
                                                                   *Attorney's signature*

                                                   Matthew Langley, NY Reg. No. 4831749
                                                                   *Printed name and bar number*

                                                   BENESCH, FRIEDLANDER, COPLAN &
                                                   ARONOFF LLP
                                                   71 South Wacker Drive, Suite 1600
                                                   Chicago, IL 60606
                                                                   *Address*

                                                   MLangley@beneschlaw.com
                                                                   *E-mail address*

                                                   (312) 212-4949
                                                                   *Telephone number*

                                                   (312) 767-9192
                                                                   *FAX number*