# EXHIBIT 12

# Cassava and the Wang Lab:

...

# Seeing Through the Blind

# Cassava & Wang claimed repeatedly to be conducting bioanalysis BLINDED

Statements describing Open-Label 6-Month study analysis in company SEC filings and presentations

The Wang lab is referred to as an outside lab conducting analysis of 6-Month OL samples blinded

**SEC Filings**

July 29, 2021
Page 2 of 4

**About Cerebrospinal Fluid (CSF) Biomarkers**
A key objective of this analysis was to measure changes in levels of biomarkers in patients before and after 6 months of treatment with open label simufilam. Biomarker data were analyzed from CSF collected from 25 patients with mild-to-moderate Alzheimer's disease who are enrolled in an on-going open-label study and who agreed to undergo a lumbar puncture at baseline and again after 6 months of treatment. All bioanalyses were conducted blind by an outside lab. Simufilam robustly improved all measured CSF biomarkers (all p-values are baseline vs. 6-month levels by paired $t$-test):

**CTAD Poster**

**INTERIM RESULTS – CSF Biomarkers**

Changes in CSF biomarkers were assessed in a subset of subjects (n=25) following 6 months of open-label simufilam treatment. CSF samples were analyzed in triplicate, blind to timepoint, by ELISA in an automated platereader. CSF P-tau$^{181}$, total tau, A$\beta_{42}$,

A key objective of this bioanalysis was to measure changes in levels of biomarkers in patients before and after 6 months of treatment with open label simufilam. Biomarker data were analyzed from cerebrospinal fluid (CSF) collected from 25 patients with mild-to-moderate Alzheimer's disease who are enrolled in the open-label study and who agreed to undergo a lumbar puncture at baseline and again after 6 months of treatment. All bioanalyses were conducted blind by an outside lab.

Simufilam robustly improved all measured CSF biomarkers in this cohort of 25 patients with mild-to-moderate Alzheimer's disease.

PowerPoint Presentation (cassavasciences.com)

Exhibit 993 (sec.gov). TOP

Inline XBRL Viewer (sec.gov) BOTTOM

# Emails reveal all parties had access to sensitive patient information

Participants inc members of Cassava and three academic collaborators; Drs Xu, Wang and Pei (Wang postdoc)

The email exchange discusses the shipping and labelling of clinical samples from a trial site



FOIL Doc pg 6

# Emails show both Cassava & Wang were NOT BLINDED during the open-label study 1/2

Emails retrieved from a FOIL request to CUNY expose Cassava and the Wang Lab as being unblinded during sample analysis, prior to data presentation and while study is ongoing



**CUNY emails**

**Open Label Study *** — Start | 6 month follow-up | Analysis | AAIC | End

2020 — Q2 — Q4 — 2021 — Q2 — Q3 — 2022

 During April & May 2021, the shipment of samples individually labelled as **Day 1 or 6 Month** from Xu lab to Wang are discussed with multiple company members

\* Estimated study timeline

# Emails show both Cassava & Wang were NOT BLINDED during the open-label study 2/2

Individual samples are labelled as either Day 1 or Month 6, and by site and patient ID.

Hence, whether a patient is ON or OFF the drug is known to the person analyzing samples

This could allow Wang* to decide what sample measurements "should be".

*Wang is currently under investigation for scientific misconduct

> **From:** Qiang Xu <qxx07a@acu.edu>
> **Sent:** Thursday, April 29, 2021 1:57 PM
> **To:** Zhe Pei <████@hotmail.com>
> **Cc:** Carrie Crowley <ccrowley@cassavasciences.com>
> **Subject:** Re: Would you please help me to confirm the list of all CSF samples? Thank you
>
> Hi Zhe,
>
> Thank you for your email. I think you are doing a good job on this! Some tubes had preprinted labels and they were very readable. However, others had very faint labels when I opened those original bags. I have already shared the original manifest with you. You may double check some information on the manifest.
>
> The 22 CSF samples I sent to you are:
>
> - 03-3001 (Both SV2 and Month 6)
> - 03-3002 (Both SV2 and Month 6)
> - 03-3005 (Both SV2 and Month 6)
> - 03-3006 (Both SV2 and Month 6)
> - 03-3007 (Both SV2 and Month 6)
> - 03-3008 (Both SV2 and Month 6)
> - 15-3002 (Month 6 only)
> - 15-3003 (Both SV2 and Month 6)
> - 15-3004 (Both SV2 and Month 6)
> - 15-3006 (Both SV2 and Month 6)
> - 15-3013 (Both SV2 and Month 6)
> - 15-3014 (SV2 only)
>
> You may want to double check if "03-3011 M6" is actually "03-3001 M6" in your excel file. Also double check if your "15-3012 day 1" is actually "15-3013 day 1".

FOIL Doc pg 9

# Wang is UNBLINDED in Open Label Extension, Was he UNBLINDED for the entire P2b?

Similar claims of "blind to timepoint" were made about the 28-day P2b study

> ratio in CSF. This CSF sample also served as our baseline for biomarkers that were measured again after just 28 days of treatment. **Biomarkers were measured by an outside lab, blind to treatment and timepoint.** We measured the core AD biomarkers as well as biomarkers of neurodegeneration, neuroinflammation and blood-brain barrier integrity. We saw significant improvements versus placebo

> RB, NF and LHB designed the clinical trial with guidance from JC. Biomarker analyses were conducted blind to treatment and time point by H-YW, ZP and K-CL. APOE genotyping was conducted by K-CL. CC

## If Cassava is lying about blinded analysis now, were they lying about it the whole time?

> "If unblinding is deliberate and/or not revealed, that greatly increases its seriousness, placing it in the research misconduct arena. FDA has a zero tolerance policy in this area." – ex-FDA OSI member

# Wang's "Outside" lab has sensitive patient information including INITIALS

Alarmingly, Wang lab member Pei discusses labelling clinical sample vials with a <u>patient's initials</u>

Why would the Wang lab have access to this information?

Who provided them with this information?

Is the Wang/CUNY lab - as a third-party - authorised to hold patient-specific information?

> **From:** Zhe Pei <​█████​@hotmail.com>
> **Sent time:** 04/29/2021 10:54:10 AM
> **To:** qxx07a@acu.edu
> **Cc:** Carrie Crowley <ccrowley@cassavasciences.com>; Ben Thornton <gthornton@cassavasciences.com>; Hoau-yan Wang
> **Subject:** [EXTERNAL] Re: Would you please help me to confirm the list of all CSF samples? Thank you
>
> Good morning Prof. Xu,
>
> Thank you for the valuable suggestions! Those new tags were generated based on the list you shared in the previous email. I will replace "Scr. /Day1" by "SV2" in our record. Just wondering if we could also identify those labels based on initials (e.g. 15-3013, KF█) and dates to make sure there won't be any misunderstanding in sample processing.
>
> Early of the week could be a great time, just in case of FedEx delivery has some issues and we could get time to fix it.
>
> Thank you so much!
>
> Zhe

We redacted per HIPAA Privacy Rule

FOIL Doc pg 17

# Based on the obtained emails we conclude that:

## There is risk to patient privacy and possible HIPAA violation

- It is entirely conceivable that an individual study participant can be identified simply via an online search
- No safeguards are in place to de-id patient samples or protect patient privacy
- Sensitive information has been shared with third-party, "outside", "blinded" lab

## There is a risk of biomarker data manipulation

- Lab personnel know subject ID and site PLUS dosing status (Day 1 vs 6 Month)
- Wang has clear COI as a Cassava SAB member, stockholder and lead Simufilam researcher
- Wang is under investigation for data manipulation

## Previous assurances of data integrity are suspect

- Haphazard treatment of patient information observed in email makes "chain of custody" claim ridiculous
- Suspicious changes in the baseline of the cognitive scores become even more so

All relevant CUNY FOIA material can be found [here](here)

# Contributors

★   Jesse Brodkin, PhD

★   Enea Milioris, PhD

★   Adrian Heilbut, PhD

★   Patrick Markey, PhD

# Cassava & Wang claimed repeatedly to be conducting bioanalysis BLINDED

Statements describing Open-Label 6-Month study analysis in company SEC filings and presentations

The Wang lab is referred to as an outside lab conducting analysis of 6-Month OL samples blinded

**SEC Filings**

July 29, 2021
Page 2 of 4

**About Cerebrospinal Fluid (CSF) Biomarkers**
A key objective of this analysis was to measure changes in levels of biomarkers in patients before and after 6 months of treatment with open label simufilam. Biomarker data were analyzed from CSF collected from 25 patients with mild-to-moderate Alzheimer's disease who are enrolled in an on-going open-label study and who agreed to undergo a lumbar puncture at baseline and again after 6 months of treatment. All bioanalyses were conducted blind by an outside lab. Simufilam robustly improved all measured CSF biomarkers (all p-values are baseline vs. 6-month levels by paired $t$-test):

**CTAD Poster**

**INTERIM RESULTS – CSF Biomarkers**
Changes in CSF biomarkers were assessed in a subset of subjects (n=25) following 6 months of open-label simufilam treatment. CSF samples were analyzed in triplicate, blind to timepoint, by ELISA in an automated platereader. CSF P-tau$^{181}$, total tau, Aβ$_{42}$,

A key objective of this bioanalysis was to measure changes in levels of biomarkers in patients before and after 6 months of treatment with open label simufilam. Biomarker data were analyzed from cerebrospinal fluid (CSF) collected from 25 patients with mild-to-moderate Alzheimer's disease who are enrolled in the open-label study and who agreed to undergo a lumbar puncture at baseline and again after 6 months of treatment. All bioanalyses were conducted blind by an outside lab.

Simufilam robustly improved all measured CSF biomarkers in this cohort of 25 patients with mild-to-moderate Alzheimer's disease.

PowerPoint Presentation (cassavasciences.com)

Exhibit 993 (sec.gov). TOP

Inline XBRL Viewer (sec.gov) BOTTOM

# Emails reveal all parties had access to sensitive patient information

Participants inc members of Cassava and three academic collaborators; Drs Xu, Wang and Pei (Wang postdoc)

The email exchange discusses the shipping and labelling of clinical samples from a trial site



NE CCT
Study Site

Ben Thornton
Cassava

Carrie Crowley
Cassava

Qiang Xu
ACU

Zhe Pei
CUNY

Hoau Wang
CUNY

FOIL Doc pg 6

# Emails show both Cassava & Wang were NOT BLINDED during the open-label study 1/2

Emails retrieved from a FOIL request to CUNY expose Cassava and the Wang Lab as being unblinded during sample analysis, prior to data presentation and while study is ongoing



**CUNY emails**

**Open Label Study *** — Start | 6 month follow-up | Analysis | AAIC | End

2020 — Q2 — Q4 — 2021 — Q2 — Q3 — 2022

 During April & May 2021, the shipment of samples individually labelled as **Day 1 or 6 Month** from Xu lab to Wang are discussed with multiple company members

\* Estimated study timeline

# Emails show both Cassava & Wang were NOT BLINDED during the open-label study 2/2

Individual samples are labelled as either Day 1 or Month 6, and by site and patient ID.

Hence, whether a patient is ON or OFF the drug is known to the person analyzing samples

This could allow Wang* to decide what sample measurements "should be".

*Wang is currently under investigation for scientific misconduct

> From: Qiang Xu <qxx07a@acu.edu>
> Sent: Thursday, April 29, 2021 1:57 PM
> To: Zhe Pei <░░░░░@hotmail.com>
> Cc: Carrie Crowley <ccrowley@cassavasciences.com>
> Subject: Re: Would you please help me to confirm the list of all CSF samples? Thank you
>
> Hi Zhe,
>
> Thank you for your email. I think you are doing a good job on this! Some tubes had preprinted labels and they were very readable. However, others had very faint labels when I opened those original bags. I have already shared the original manifest with you. You may double check some information on the manifest.
>
> The 22 CSF samples I sent to you are:
>
> - 03-3001 (Both SV2 and Month 6)
> - 03-3002 (Both SV2 and Month 6)
> - 03-3005 (Both SV2 and Month 6)
> - 03-3006 (Both SV2 and Month 6)
> - 03-3007 (Both SV2 and Month 6)
> - 03-3008 (Both SV2 and Month 6)
> - 15-3002 (Month 6 only)
> - 15-3003 (Both SV2 and Month 6)
> - 15-3004 (Both SV2 and Month 6)
> - 15-3006 (Both SV2 and Month 6)
> - 15-3013 (Both SV2 and Month 6)
> - 15-3014 (SV2 only)
>
> You may want to double check if "03-3011 M6" is actually "03-3001 M6" in your excel file. Also double check if your "15-3012 day 1" is actually "15-3013 day 1".

FOIL Doc pg 9

# Wang is UNBLINDED in Open Label Extension,
# Was he UNBLINDED for the entire P2b?

Similar claims of "blind to timepoint" were made about the 28-day P2b study

> ratio in CSF. This CSF sample also served as our baseline for biomarkers that were measured again after just 28 days of treatment. **Biomarkers were measured by an outside lab, blind to treatment and timepoint.** We measured the core AD biomarkers as well as biomarkers of neurodegeneration, neuroinflammation and blood-brain barrier integrity. We saw significant improvements versus placebo

> RB, NF and LHB designed the clinical trial with guidance from JC. Biomarker analyses were conducted blind to treatment and time point by H-YW, ZP and K-CL. APOE genotyping was conducted by K-CL. CC

## If Cassava is lying about blinded analysis now, were they lying about it the whole time?

"If unblinding is deliberate and/or not revealed, that greatly increases its seriousness, placing it in the research misconduct arena. FDA has a zero tolerance policy in this area." – ex-FDA OSI member

# Wang's "Outside" lab has sensitive patient information including INITIALS

Alarmingly, Wang lab member Pei discusses labelling clinical sample vials with a <u>patient's initials</u>

Why would the Wang lab have access to this information?

Who provided them with this information?

Is the Wang/CUNY lab - as a third-party - authorised to hold patient-specific information?

> **From:** Zhe Pei <■■■@hotmail.com>
> **Sent time:** 04/29/2021 10:54:10 AM
> **To:** qxx07a@acu.edu
> **Cc:** Carrie Crowley <ccrowley@cassavasciences.com>; Ben Thornton <gthornton@cassavasciences.com>; Hoau-yan Wang
> **Subject:** [EXTERNAL] Re: Would you please help me to confirm the list of all CSF samples? Thank you
>
> Good morning Prof. Xu,
>
> Thank you for the valuable suggestions! Those new tags were generated based on the list you shared in the previous email. I will replace "Scr. /Day1" by "SV2" in our record. Just wondering if we could also identify those labels based on initials (e.g. 15-3013, KF■) and dates to make sure there won't be any misunderstanding in sample processing.
>
> Early of the week could be a great time, just in case of FedEx delivery has some issues and we could get time to fix it.
>
> Thank you so much!
>
> Zhe

We redacted per HIPAA Privacy Rule

FOIL Doc pg 17

# Based on the obtained emails we conclude that:

## There is risk to patient privacy and possible HIPAA violation

- It is entirely conceivable that an individual study participant can be identified simply via an online search
- No safeguards are in place to de-id patient samples or protect patient privacy
- Sensitive information has been shared with third-party, "outside", "blinded" lab

## There is a risk of biomarker data manipulation

- Lab personnel know subject ID and site PLUS dosing status (Day 1 vs 6 Month)
- Wang has clear COI as a Cassava SAB member, stockholder and lead Simufilam researcher
- Wang is under investigation for data manipulation

## Previous assurances of data integrity are suspect

- Haphazard treatment of patient information observed in email makes "chain of custody" claim ridiculous
- Suspicious changes in the baseline of the cognitive scores become even more so

All relevant CUNY FOIA material can be found [here](here)

# Contributors

★   Jesse Brodkin, PhD

★   Enea Milioris, PhD

★   Adrian Heilbut, PhD

★   Patrick Markey, PhD