# EXHIBIT 13





# Rebuttal to 8/25/21 Cassava Sciences Press Release

August 26, 2021 04:50 PM Eastern Daylight Time

WASHINGTON--(BUSINESS WIRE)--On August 18, 2021, Jordan Thomas of Labaton Sucharow filed a Citizen Petition to the FDA on behalf of our clients who collectively have expertise in neuroscience, drug discovery, biochemistry, and finance. They also hold short positions in Cassava stock.

The Company responded on August 25, 2021 to the Citizen Petition with a press release in which they provided a rebuttal to the specific complaints in the Citizen Petition and denied any wrongdoing. Since the issuance of the press release, leading international experts on scientific integrity have independently validated key aspects of the Citizen Petition and have posted comments on PubPeer. On Twitter, they have critically questioned the Company's response.

Notably, commenting generally on the Western blots in question—**those that reportedly form the foundational data for simufilam (PTI-125) as a treatment for Alzheimer's Disease**—to Retraction Watch, David Vaux, deputy director of science integrity and ethics at the Australian Walter and Eliza Hall Institute of Medical Research (WEHI) stated: "It is not conceivable that features in the images (such as apparent duplications) arose due to coincidence (chance) or accident, leaving the only plausible explanation being that the images were deliberately falsified or fabricated."

Contacts
Media Contact:
Profile for Labaton Sucharow
Jackie Loose jloose@profileadvisors.com