# EXHIBIT 25



## Cassava Sciences to Present at Maxim Group's Conference on Alzheimer's Disease

June 18, 2019

AUSTIN, Texas, June 18, 2019 (GLOBE NEWSWIRE) -- Cassava Sciences, Inc. (Nasdaq: SAVA), a clinical-stage biotechnology company, announced today that Remi Barbier, its President and CEO, will present at Maxim Group's conference on Alzheimer's disease on Wednesday, June 26th, in New York.  Maxim's conference for investors, titled " *Alzheimer's Disease – What's Next? Treating Alzheimer's in a Post-Amyloid World* ", will be held at their corporate offices at 405 Lexington Ave in New York.

Cassava Sciences' presentation for this conference is now available on the Company's website under   https://www.cassavasciences.com/company-presentations.

"This conference will bring together leaders from the research community who share our commitment to improving outcomes for patients with Alzheimer's disease," said Remi Barbier, President & CEO. "We look forward to presenting our well-differentiated scientific approach."

**About PTI-125**
PTI-125 is an investigational drug candidate for Alzheimer's disease.  This small molecule drug has a novel mechanism of action (it does not seek to clear amyloid out of the brain).  Our scientific approach is to stabilize a critical protein in the brain.  PTI-125 has demonstrated both cognitive improvement and slowing of disease progression in animal models of disease.

In the second half of 2019, Cassava Sciences expects to announce results of a Phase 2a study with PTI-125 in patients with Alzheimer's disease, after the clinical data are analyzed.

**About Alzheimer's Disease**
Alzheimer's disease is a progressive brain disorder that destroys memory and thinking skills. Eventually, a person with Alzheimer's disease may be unable to carry out even simple tasks.  Currently, there are no drug therapies to halt Alzheimer's disease, much less reverse its course. Unless effective treatments are developed soon, Alzheimer's disease is likely to become one of the world's most serious health care crises.

**About Cassava Sciences, Inc.**
The mission of Cassava Sciences is to detect and treat neurodegenerative diseases, such as Alzheimer's disease.  Over the past ten years, we have combined state-of-the-art technology with new insights in neurobiology to develop novel solutions for Alzheimer's disease. We own worldwide development and commercial rights to our research programs in Alzheimer's disease, and related technology, without royalty obligations to any third-party.

**For More Information Contact:**
Eric Schoen, Chief Financial Officer
Cassava Sciences, Inc.
eschoen@CassavaSciences.com
(512) 501-2450

***Note Regarding Forward-Looking Statements***: *This press release contains forward-looking statements for purposes of the Private Securities Litigation Reform Act of 1995 (the "Act").  Cassava Sciences disclaims any intent or obligation to update these forward-looking statements and claims the protection of the Safe Harbor for forward-looking statements contained in the Act.  Examples of such statements include, but are not limited to, statements regarding the timing of clinical studies and the potential benefits of the Company's programs in Alzheimer's disease, including its ongoing Phase II program. The Company cautions that forward-looking statements are inherently uncertain. Such statements are based on management's current expectations, but actual results may differ materially due to various factors. Such statements involve risks and uncertainties, including, but not limited to, those risks and uncertainties relating to the ability to demonstrate the specificity, safety, efficacy or potential health benefits of our product candidatesand including those described in the section entitled "Risk Factors" in Cassava's Annual Report on Form 10-K for the year ended   December 31, 2018.  Existing and prospective investors are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date hereof.  Except as required by law, the Company disclaims any intention or responsibility for updating or revising any forward-looking statements contained in this press release.  For further information regarding these and other risks related to our business, investors should consult our filings with the U.S. Securities and Exchange Commission (SEC), which are available on the SEC's website at www.sec.gov.*



Source: Cassava Sciences, Inc.