UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSAVA SCIENCES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID BREDT; GEOFFREY PITT; QUINTESSENTIAL CAPITAL MANAGEMENT LLC; ADRIAN HEILBUT; JESSE BRODKIN; ENEA MILIORIS; and PATRICK MARKEY,<br><br>    Defendants. | Civil Action No. 22-cv-9409 |

## NOTICE OF SEPARATE FILING

    The attached exhibits accompany the Complaint (Dkt. #1) as referenced in the Index of Exhibits (Dkt. #1-2). Due to technical difficulties with CM/ECF, the exhibits accompanying the Complaint could not all be filed as attachments to the Complaint. Accordingly, the exhibits are being filed in separate docket entries as attachments to this Notice to ensure contemporaneous filing with the Complaint.

Dated: Nov. 2, 2022

                                            */s/ Matthew J. Langley*
                                            Matthew J. Langley
                                               MLangley@beneschlaw.com
                                               New York Registration No. 4831749

                                          J. Erik Connolly (*pro hac vice forthcoming*)
                                               EConnolly@beneschlaw.com
                                               Illinois ARDC No. 6269558
                                          Timothy Frey (*pro hac vice forthcoming*)
                                               Illinois ARDC No. 6303335
                                               TFrey@beneschlaw.com
                                          Kate Watson Moss (*pro hac vice forthcoming*)

        kwatsonmoss@beneschlaw.com
        Illinois ARDC No. 6321176
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949