# EXHIBIT 50



## Cassava Sciences Invited by the NIH to Participate in Sachs 4th Annual Neuroscience Innovation Forum

April 26, 2021

AUSTIN, Texas, April 26, 2021 (GLOBE NEWSWIRE) -- Cassava Sciences, Inc. (Nasdaq: SAVA), a clinical-stage biotechnology company focused on Alzheimer's disease, today announced that it has been invited to participate in the Sachs 4th Annual Neuroscience Innovation Forum, a virtual event held on April 28-30, 2021. The *National Institute on Aging* of the National Institutes of Health (NIH) has invited Cassava Sciences to showcase its scientific program at this event.

Lindsay Burns, PhD, Senior VP Neuroscience, will provide a pre-recorded, 10-minute overview of Cassava Sciences' program in Alzheimer's disease during this event. A link for this webcast will be available on Cassava Sciences' website on Wednesday, April 28th starting 8:30AM Eastern time and will remain there for approximately 90 days thereafter.

**About Cassava Sciences, Inc.**
Cassava Sciences' mission is to discover and develop innovations for chronic, neurodegenerative conditions. Over the past 10 years, Cassava Sciences has combined state-of-the-art technology with new insights in neurobiology to develop novel solutions for Alzheimer's disease. For more information, please visit: https://www.CassavaSciences.com.

**For More Information Contact:**
Eric Schoen, Chief Financial Officer
eschoen@CassavaSciences.com
(512) 501-2450



Source: Cassava Sciences, Inc.