UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSAVA SCIENCES, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID BREDT; GEOFFREY PITT;<br>QUINTESSENTIAL CAPITAL<br>MANAGEMENT LLC; ADRIAN HEILBUT;<br>JESSE BRODKIN; ENEA MILIORIS; and<br>PATRICK MARKEY,<br><br>        Defendants. | Civil Action No. 22-cv-9409 |

**NOTICE OF SEPARATE FILING**

The attached exhibits accompany the Complaint (Dkt. #1) as referenced in the Index of

Exhibits (Dkt. #1-2). Due to technical difficulties with CM/ECF, the exhibits accompanying the

Complaint could not all be filed as attachments to the Complaint. Accordingly, the exhibits are

being filed in separate docket entries as attachments to this Notice to ensure contemporaneous

filing with the Complaint.


Dated: Nov. 2, 2022

                                        /s/ Matthew J. Langley
                                        Matthew J. Langley
                                            MLangley@beneschlaw.com
                                            New York Registration No. 4831749

                                        J. Erik Connolly (*pro hac vice forthcoming)*
                                            EConnolly@beneschlaw.com
                                            Illinois ARDC No. 6269558
                                        Timothy Frey (*pro hac vice forthcoming)*
                                            Illinois ARDC No. 6303335
                                            TFrey@beneschlaw.com
                                        Kate Watson Moss (*pro hac vice forthcoming*)

1

kwatsonmoss@beneschlaw.com
Illinois ARDC No. 6321176
**BENESCH,   FRIEDLANDER,   COPLAN   &
ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949