# EXHIBIT 1

**Adrian H**
@Adrian_H

My statement today at the @CUNY Manhattan Borough Public Hearing

IT IS ALL MADE UP.  Enough is enough, @ChancellorCUNY @CUNYResearch @Vgbcc1 and Mr. Davis

$SAVA

My name is Adrian Heilbut. I'm here with concerns about research misconduct at CUNY. I tried to raise the alarm in March and April and was ignored. With no apparent progress, I'm back.

Dr. Hoau-Yan Wang of City College and the School of Medicine perpetrated a massive biomedical research fraud. CUNY has not taken action to stop the misconduct and cover-ups, and is still not doing its investigation under timelines dictated by policy.

Wang fabricated data for 20 years. His fantasies were the basis for a purported Alzheimer's drug now in clinical trials. Wang was also responsible for Phase 2 biomarker data, and most of that was also made up.

These fabrications may have led to False Claims to FDA and NIH, and potential securities fraud. Concerns were documented in an August 2021 petition to FDA and on PubPeer and given to CUNY. Any biologist can see the issues are real and undermine all of Wang's work, and misconduct has been confirmed by editorial retractions of 7 papers with 24 to go.

In the meantime -- FOR OVER A YEAR -- CUNY appears to have done almost nothing to investigate and STOP the FRAUD.
The failure to act with requisite urgency and transparency amplifies institutional risks and demands intervention by the Trustees:

1. The scientific reputation of CUNY is at stake. Mishandling of this case reflects poorly on all faculty and the integrity of all research and scholarship at CUNY. The Wang affair is a profound embarrassment, and is only going to get worse.

2. Failure to properly investigate imperils all Federal research funding to CUNY. Institutions receiving federal funding are required to "Foster a research environment that promotes responsible conduct of research... and deals promptly with allegations or evidence of possible research misconduct"

3. CUNY is failing trainees
CUNY has a special role to provide opportunities to students from diverse backgrounds. I fear trainees have been taken advantage of due to precarious financial or immigration status. Misconduct has contaminated the work of everyone from the Wang Lab, ending scientific careers and devaluing the CUNY degree. These trainees are victims who've been failed by a total lack of institutional oversight.

Integrity and research ethics.
Based on entirely fabricated research, a fake drug is being dosed to humans and peddled as a cure for Alzheimer's, in service of a likely securities fraud. IT IS ALL MADE UP. The ongoing charade makes a mockery of ethics, the FDA, Federal law, and the entire biomedical research system.

5. This case raises governance questions on how CUNY handles conflicts of interest, protects IP, does investigations, and complies with State and Federal Law.

To mitigate damage and show you take scientific integrity, human research, and the law seriously, I call on the Trustees to:

1. Disclose the status, committee composition, and timeline for completion and reporting of all investigations

2. Immediately stop ALL cover ups, and retract affected papers

3. Investigate how a lab has been operating as a CRO with trainee labor, and CUNY never sharing in IP

4. Ensure all evidence and records are secured and available for Federal criminal investigations

5. Comply with the New York Freedom of Information Law and produce records duly requested by the public without further delay

Prompt, decisive, and transparent action is critical because other institutions are deferring to anticipated CUNY findings. While I recognize that the situation is complex, CUNY can and must immediately act to STOP and EXPOSE this egregious scientific fraud.

For further information: www.simufilam.com
https://www.nytimes.com/2022/04/18/health/alzheimers-cassava-simufilam.html
https://www.wsj.com/articles/cassava-sciences-alzheimers-sec-investigation-11637154159
https://www.reuters.com/business/healthcare-pharmaceuticals/exclusive-cassava-sciences-fac...

5:46 PM · Oct 17, 2022 from The Graduate Center, CUNY · Twitter for iPhone

12 Retweets    2 Quote Tweets    58 Likes





**Statement to CUNY Manhattan Public Borough Hearing**
October 17 2022 – Adrian Heilbut <adrian@logphase.com>

My name is Adrian Heilbut. I'm here with concerns about research misconduct at CUNY. I tried to raise the alarm in March and April and was ignored. With no apparent progress, I'm back.

Dr. Hoau-Yan Wang of City College and the School of Medicine perpetrated a massive biomedical research fraud. CUNY has not taken action to stop the misconduct and cover-ups, and is still not doing its investigation under timelines dictated by policy.

Wang fabricated data for 20 years. His fantasies were the basis for a purported Alzheimer's drug now in clinical trials. Wang was also responsible for Phase 2 biomarker data, and most of that was also made up.

These fabrications may have led to False Claims to FDA and NIH, and potential securities fraud. Concerns were documented in an August 2021 petition to FDA and on PubPeer and given to CUNY. Any biologist can see the issues are real and undermine all of Wang's work, and misconduct has been confirmed by editorial retractions of 7 papers with 24 to go.

<u>In the meantime -- FOR OVER A YEAR -- CUNY appears to have done almost nothing to investigate and STOP the FRAUD.</u>
The failure to act with requisite urgency and transparency amplifies institutional risks and demands intervention by the Trustees:

**1. The scientific reputation of CUNY is at stake.** Mishandling of this case reflects poorly on all faculty and the integrity of all research and scholarship at CUNY. The Wang affair is a profound embarrassment, and is only going to get worse.

**2. Failure to properly investigate imperils all Federal research funding to CUNY.** Institutions receiving federal funding are required to "Foster a research environment that promotes responsible conduct of research… and deals promptly with allegations or evidence of possible research misconduct"

**3. CUNY is failing trainees**
CUNY has a special role to provide opportunities to students from diverse backgrounds. I fear trainees have been taken advantage of due to precarious financial or immigration status. Misconduct has contaminated the work of everyone from the Wang Lab, ending scientific careers and devaluing the CUNY degree. These trainees are victims who've been failed by a total lack of institutional oversight.



4. Those in power now aware of these issues share a responsibility to protect scientific integrity and research ethics.

Based on entirely fabricated research, a fake drug is being dosed to humans and peddled as a cure for Alzheimer's, in service of a likely securities fraud. **IT IS ALL MADE UP.** The ongoing charade makes a mockery of ethics, the FDA, Federal law, and the entire biomedical research system.

5. This case raises governance questions on how CUNY handles conflicts of interest, protects IP, does investigations, and complies with State and Federal Law.

To mitigate damage and show you take scientific integrity, human research, and the law seriously, I call on the Trustees to:

1. Disclose the status, committee composition, and timeline for completion and reporting of all investigations
2. Immediately stop ALL cover ups, and retract affected papers
3. Investigate how a lab has been operating as a CRO with trainee labor, and CUNY never sharing in IP
4. Ensure all evidence and records are secured and available for Federal criminal investigations
5. Comply with the New York Freedom of Information Law and produce records duly requested by the public without further delay

Prompt, decisive, and transparent action is critical because other institutions are deferring to anticipated CUNY findings. While I recognize that the situation is complex, CUNY can and must **immediately** act to STOP and EXPOSE this egregious scientific fraud.

---

For further information: www.simuflimflam.com

https://www.nytimes.com/2022/04/18/health/alzheimers-cassava-simufilam.html

https://www.wsj.com/articles/cassava-sciences-alzheimers-sec-investigation-11637154199

https://www.reuters.com/business/healthcare-pharmaceuticals/exclusive-cassava-sciences-faces-us-criminal-probe-tied-alzheimers-drug-sources-2022-07-27/



**Adrian H**
@Adrian_H

My statement today at the @CUNY Manhattan Borough Public Hearing

IT IS ALL MADE UP. Enough is enough, @ChancellorCUNY @CUNYResearch @Vgbcc1 and Mr. Davis

$SAVA

4:46 PM · Oct 17, 2022 from The Graduate Center, CUNY · Twitter for iPhone

12 Retweets   2 Quote Tweets   58 Likes

Jesse br... @jesse_... · Oct 17
Replying to @Adrian_H @CUNY and 3 others