# EXHIBIT 2



Gayle M. Horwitz
Senior Advisor to the Chancellor
& Secretary of the Board

205 East 42nd Street
New York, NY 10017
646-664-9006

TO:         Board of Trustees
FROM:    Gayle M. Horwitz
DATE:     October 21, 2022
RE:         Manhattan Borough Hearing and Public Hearing

On October 17, 2022, the Board of Trustees convened an in-person Manhattan Borough and Public Hearing at the CUNY Graduate Center.

Individuals were invited to testify in person at the Graduate Center or remotely via zoom. Six people testified remotely and 39 individuals testified in person.

Speakers expressed concerns over the recently announced development, SPARC Kips Bay, including loss of student housing, distance from Hunter's main campus and the fate of the 74th Street Hunter College Sciences and Health professions property.

Members of the PSC encouraged the University to increase the number of full-time faculty and increase adjunct salaries. They also expressed concerns over infrastructure and space issues at various campuses. Professors from multiple CUNY colleges also expressed concerns about the University's proposed budget, which allocated a disproportionate amount of funding for lecture hires, over professional staff hires.

Members of the CUNY School of Labor and Urban Studies (SLU) urged the University to establish a Labor Museum and also increase the number of classrooms and pubic space at the school.

Thirty-one (31) written testimonies are attached for your reference.


cc.     Chancellor Félix Matos Rodriguez
        Executive Vice Chancellor and University Provost Wendy F. Hensel
        Executive Vice Chancellor and Chief Operating Officer Hector Batista
        General Counsel & Sr. Vice Chancellor for Legal Affairs Derek Davis
        Senior Vice Chancellor for Institutional Affairs and Strategic Advancement
          and Special Counsel Glenda Grace
        Senior Vice Chancellor Labor Relations Pamela S. Silverblatt
        Interim Vice Chancellor of Budget and Finance and Chief Financial Officer
          Christina Chiappa
        Vice Chancellor for Student Affairs Denise Maybank

Vice Chancellor of Human Resources Management Doriane K. Gloria
Vice Chancellor for Communications and Marketing Maite Junco
Vice Chancellor for University Advancement James D. Gallo
Vice Chancellor for Information Technology & University Chief Information Officer
  Eusebio (Seb) Formoso
Vice Chancellor for Facilities Planning, Construction and Management Mohamed
  Attalla
Interim Vice Chancellor for Enrollment Management Reine T. Sarmiento

COMPANY

DATE

ANALYST

PAGE

PM Campbell   PMcCoy2020@gmail.com

Will Brookdale dorms remain

Will they Be replaced

Will the remnants/replacement
- keep affordable prices
- be renovated

Do you have a plan? (Y/N)

When will you release a timeline.

I hope at the very LEAST you can
provide transparency.

CUNY's  10/13/2022 article Addresses NONE
of this. Please Provide the information
so WE the students can do the job correctly



Thank you for giving me the time today to convey my deep concern over the plan to construct the Science Park and Research Campus that was announced last Thursday and that the Chancellor described in an email on Friday.  The plan fails to take account of Hunter's basic needs (might I say existence) in a variety of dimensions in any specific ways.

As context, please note that I am Professor of Economics and the Chair of the Department of Economics and Accounting at Hunter.  I joined Hunter in 2002.  I am completely committed to our students, both undergraduate and graduate.  I teach intro econ to about 300 students a year, and also masters students, and supervise a lot of research. I play soccer in our basement gym with them.  My research is in health economics – knowledge that I bring to my classrooms – but also for public policy in health – I have been a Senior Advisor at the Centers for Medicare and Medicaid Services since 2012.

Here are a few reasons why I felt compelled to express my views to you.

1. It is clear even from the big picture view in the Chancellor's email that the plan would diminish Hunter to the benefit of others and that Hunter's immediate and critical needs were not considered at all.  In the email, the Chancellor writes "to transform Hunter College's Brookdale Campus into a 1.5-million-square-foot, state-of-the-art public health and education hub to be known as Science Park and Research Campus (SPARC) Kips Bay".

While most thriving campuses around the country are growing to meet their space needs, we at Hunter are getting space (and recognition) taken away. I would understand this reorientation if Hunter were not fulfilling CUNYs mission.  On the contrary, Hunter's enrollments are robust (expanding slightly) when other CUNY campuses have shrunk dramatically.  We did it by being there for our students.  While many colleagues were in their pajamas in Fall 2021, Hunter came back with a robust in-person presence.  I taught 350 students in-person twice a week. Now the world is learning what we guessed early on -- that the education cost of staying home was massive.  Hunter students bore a substantially lower cost by being on campus and learning.  So we gained enrollment while other campuses shrunk.  Hunter's student quality has also continued to improve and so have our outcomes.  Our students are doing better each year, in the job market and in prestigious environments (eg. Fulbrights and Rhodes scholars).

2. The notion that Hunter Life Science can thrive in a campus completely removed from the 68th street campus (commuting from Brookdale to 68th street would be impractical for our students and faculty) is naïve at best. The segregation works for specialized graduate programs, but not generally at most universities. We don't have a "medical school campus" removed from the main campus as many universities do. We have basic science which is at

main campuses everywhere.  Moving our science faculty to Brookdale would effectively kill science at Hunter.

3. To be fair, the email from the Chancellor states that "the agreement provides for additional space to advance Hunter's science programming at the E. 73rd St. site, which the NYC Economic Development Corporation plans to develop."  This is a shockingly imprecise statement in response to the potential demise of what is an important part of Hunter's mission and why students come to Hunter.  As I understand it, there has been no attempt to communicate with our science chairs, nor visit our current facilities in the North building – which are decrepit -- before announcing a completely unexpected grand plan. We all thought our science labs would be moving to 73rd street very soon (after all, there's already a foundation for a building there) and that would allow others (like my department) to transition over time to more appropriate, modernized spaces.

4. The plan admits no thought has been put into what would happen to Hunter students who live at Brookdale.  The Chancellor wrote "We expect the dorms in the Brookdale campus to remain open until 2024 but more information will be made available later."  What is the plan?  I can understand why our Mayor and Governor would not think about this "detail".  But for CUNY to not have that front and center is really troubling.

5. I make these arguments as a concerned citizen of Hunter and CUNY. But I also need to state that these plans will have negative consequences for departments such as mine. Hunter's science students are our students. If Hunter's science is diminished – which this plan certainly will – then our students will be worse off. If our student quality declines, faculty quality will decline too, and a negative spiral will be inevitable. My department will be no exception.

In conclusion, I urge you, the Board, to take a very close look at the plans, to study the tradeoffs being made (implicitly if not explicitly) both in terms of time and priorities. Please oppose the plans as they are currently envisioned. It is not too late to make huge, substantive improvements to the conception. To those who might say – be patient, maybe this new campus will turn out to be fantastic when it is complete, I would note that even the grossly optimistic time I've heard mentioned is over a decade (if the history of retaining walls in the East River on the LES is revealing, let's call it two decades) away. But in that time, Hunter will be grossly diminished. And I have no doubt that, with it, so will CUNY.

Thank you for your time and attention.

Next year, CUNY is required to report to the state the percentage of classes taught by full-time faculty. The University must show real improvement, not just by deploying new Lecturers but by replenishing the ranks of the thousands of Professors whose lines were simply not filled when they retired or left the University over the past decade, the impact of which has hollowed out departments and diminished our students' opportunity to work with research-active faculty. There are many Assistant Professor candidates who would love to work full-time at CUNY. Make this the year that you bring them into CUNY, first with a strong budget request, then with a commitment of authorized lines for Professorial hires.

Thank you.

###

Vivien Giarpestad.

My hunter journey starts with the intention to only attend for one semester. I was a spring admit to another university and had made up my mind to leave hunter by that winter. I have chosen Hunter college over and over again, because I felt that the school cared for its students - specifically, prioritized students above all. This action on behalf of CUNY and the city has proved me wrong

I live in the Brookdale dorms because although I can commute, my commute is extensive and a time that I could be using to study or work of my day. I am fortunate enough to have option to commute if I need.

My neighbor from Upstate New York, is not fortunate enough to be able to commute if her housing was compromised. She is a transfer student and would been unable to attend this semester had she not given Brookdale housing, due to the cost of the other housing options.

The man on my floor who picked up a dead roach in my room when I was scared to - he is from France He relies on this housing. He does not know what he would do without it.

My friend, also from Staten Island, has an unstable home life and relies on Brookdale housing for the majority of the year to escape her home life. It is

a reason she chose Hunter college.

These are just instances from the people at Brookdale. A fraction of people who negatively affected. Hunter students rely housing and the instance I've stated abo even begin to represent the vitality of hous Hunter students. This isn't including the Ma other honors students who rely on the fr This doesn't include the non-hors students state, who will now not only have to pay out tuition, but almost double for housing th would at Brookdale.

Taking away not only Hunter college's spa AFFORDABLE housing for Hunters students and cruel, and offering no alternatives is evi It shows no acknowledgment of the lives o that will be impacted. And I feel betray College, a school that I have chosen over again.


The City University of New York

Ekaterina Likhtik, Ph.D.
Associate Professor
Department of Biological Sciences

Hunter College and The Graduate Center
Chair, Neuroscience Graduate Subprogram
City University of New York
695 Park Ave. 906A HN
New York, NY 10065
(212) 396-6927 (office)
elikhtik@genectr.hunter.cuny.edu

October 15, 2022

Statement on proposed SPARC Kips Bay Project:

My name is Ekaterina Likhtik, and I am an Associate Professor in the Biological Sciences Department at Hunter College. I am writing to express my absolute dismay regarding the proposed SPARC project at Kips Bay. This project dismisses over 10 years of work and planning that has already gone into making a CUNY Life Sciences Research and Health Professionals hub, the foundation of which has already been laid at 74th street, and which can be fully operational within the next 3 years. Instead, this proposal starts the whole process over again, throwing more than a decade down the drain. And for what? For another Life Sciences Research and Health Professionals hub that hasn't been planned yet and will take a minimum of another 10 years before it is likely to reach any sign of completion. How is the public meant to have any faith in the way that CUNY spends its allocated funds after this kind of waste and disregard? Instead of doing all the things that a Life Sciences Research and Health Professionals hub is meant to do, we will now spend a period of a generation, or more than 20 years (10 from the previous effort and 10 for the upcoming re-effort), just planning and building, rather than meeting goals. Kids that were born when the first project was going through planning will be finishing college, still unable to take advantage of its offerings.

There are several factual errors in the SPARC announcement that raise concern. First, despite making an accent on Research in the title of the building (Science Park and Research Campus, or SPARC), the announcement does not list research as one of the activities that will take place in this building. This is quite disheartening, as a building that's being sold as a research hub does not describe actual research in its proposed activities. Second, to make the already planned and started building on 74th street sound like a limited-use and limited-relevance facility, it is erroneously referred to in the announcement as the Hunter School of Nursing, which allows SPARC to be painted as a building with broader program and public appeal. This classification is incorrect. The 74th street building is in fact a Science Research and Education building, combining science research labs, undergraduate Hunter science education facilities including classrooms and lab class spaces, as well as the Nursing program.

State-of-the-art research lab space is a crucial and necessary investment in outdated and dilapidated research facilities at Hunter. The mixed-use of the 74th street building towards education and research as well as its proximity to Hunter's main campus, are essential for fostering productivity for faculty and for the student body by essentially creating a wider, walkable campus-like atmosphere. However, the SPARC campus is prohibitively far as it takes over 40 minutes to reach it from Hunter, making it substantially harder to meld together teaching and research for faculty and for students. Moreover, the

announced proposal makes suggests that Hunter research laboratories will be established at the SPARC facility, and that a redevelopment of the 74th street building will also house Hunter research labs (at some unspecified future time). Not only is this confusing and opaque, but it also makes collaborations between Hunter faculty exceedingly difficult as we become spread all over New York City. Moreover, it's wasteful, given that many of us use the same core facilities, such as the BioImaging facility, molecular cores, and the animal vivarium. Does this mean that we now have to establish all of these facilities across multiple campuses, thereby wasting funds? Or does it mean that some faculty will have access to these facilities on one campus, but others won't?

To summarize, the proposed project pushes Life Sciences Research further into the uncertain future, sows understandable doubt in CUNY's ability to bring such a center about, paints a confusing and unreliable picture as the feasibility of even conducting research at this facility, essentially creating impossible conditions for faculty and students by separating faculty labs from classrooms. In a time when institutions are trying hard to gather everything together under one roof and make things easier for research, this project does the opposite, placing the burden on the very people who are supposed to work in this environment to just make it work. But of course in practice, combining a commute to work with another commute within the workday is absurd. Moreover, spreading thin the common facilities for research across several, distant campuses is the opposite of helpful or productive and elevates the risk that many faculty will simply leave the institution to look for more favorable working conditions. I am disappointed and disheartened that CUNY is making this choice, which shows that the work that we and my colleagues do is not particularly important for the University.

Sincerely,

Ekaterina Likhtik

Hello, my name is Sofia Rosario. I am currently a senior at Hunter College and a former transfer student from Las Vegas. I moved to New York City last year and was housed at Brookdale. Given that I am from a different state and had no family to stay with in the city, dorming was the best and most affordable option for me. Since I was also a fulltime student I didn't have the opportunity to work and thus could not afford to save for an apartment going into my senior year, meaning that I would have to dorm again. This however, no longer became an option for me this past May. I was sent an email from my college's Residence Life office and informed that I was not accepted to live at Brookdale. I immediately emailed the Residence Life office to inform them that their offer of 79th street was completely unaffordable for me. They provided no help and no context as to why I wasn't allowed to live at Brookdale. It was at this point several friends and peers reached out to me saying they had no affordable housing options because of this. And myself, along with many others, spent this past summer facing potential housing insecurity. I was very lucky to be accepted into Brookdale less than a month before school started, but several of my peers were not. While I can appreciate the efforts being made to prioritize students' futures in their collegiate endeavors, kicking students out of the only affordable housing option is not the answer. 657 students, several of them my friends and peers will have nowhere to live. I am asking that there be a reconsideration or at least that another affordable housing option become available to students. It is unfortunate hearing that an institution that has done nothing but uplift and support students across all 5 boroughs for decades is so quick to take away a basic necessity for students. While 657 students may not seem like a lot, allow me to describe who these individuals are. They are people of color, members of the LGBTQ community, low income individuals, transfer students from different states and even different countries. I urge CUNY to look at this number and see every individual who will not be housed and then make their decision. Please do not force students to choose between a basic necessity and an opportunity. Thank you for your time.

Good evening, my name is Holliday Senguiz. I am a 2nd year Liber
and Sciences major and Admissions Ambassador at Stella and Chan
Guttman Community College. I am also a member of the Transform
Learning in the Humanities Student Advisory Board at CUNY. I w
upon today by Dr. Larry Johnson to testify my experience at G
share good news regarding what we have accomplished for our stud
To begin, I am grateful to be a Guttman student, and I am gr
the academic and professional opportunities I have been ~~giving~~ given
Most importantly, I am grateful to be in college, as I am the
my family to ~~do so~~ attend, and the mental health obstacles I'd en
my senior year of high school nearly kept me out of it. I a
my gratitude to the dedicated and wonderful faculty and sta
Guttman Community College: professors, adjunct professors, advi
and the rest. One of my favorite aspects of Guttman is their
Career Strategists and Student Success Advocates, advisors
equipped w/ the care, competency, and knowledge to guide s
both during and after their time here. My Career Strategist has
undeniably instrumental to my success as I've begun to na
the senior college transfer process in pursuit of my Bachel
I would also like to highlight our Counseling and Wellness O
the stability its counselors have provided me this year
undergone emotional turmoil. I take this time to remind
the indispensable nature of CUNY's Faculty and staff. Th
is vital to the success of your students. I would not be
student leader speaking before you, if it wasn't for the
my professors have given me. There is no good news without
people on campus to make it happen. I implore you to do
necessary to support our Faculty and staff for the sake of
students like me. Thank you.

**Remarks by Regina Miranda, Ph.D., Professor of Psychology, Hunter College, CUNY**
**SPARC Hearing**
**October 17, 2022**

Good afternoon.  I am here today as a Professor of Psychology at Hunter College, Director of the Laboratory for the Study of Youth Cognition and Suicide, and Co-Director of Clinical Training of the Health Psychology and Clinical Science Doctoral Program at The Graduate Center.  I am also here as the daughter of Honduran immigrants who is married to a native New Yorker of Puerto Rican heritage and who has two children in the New York City public school system. I have resided in New York City for over 25 years, and I have worked at Hunter for over 17 years. During the pandemic while others fled upstate or out of state, our family stayed put in our home in Crown Heights, Brooklyn. I would wager that the majority of the students whom we serve at Hunter and throughout CUNY also stayed.  Many served as essential workers, experiencing financial hardship, sickness, and loss, and many of them have been essential to our city's recovery.

The Psychology Department is the largest major at Hunter, and our most popular concentrations include clinical and health psychology.  However, mental health tends to receive less funding and attention than physical health, despite evidence that our physical well-being is inextricably tied to our emotional well-being, and despite increasing evidence and recognition that the course of chronic illness is often determined by biopsychosocial factors. In the federally-funded research conducted in my lab to try to understand why young people think about and attempt suicide, we collaborate with the NYC Health + Hospitals, and the families who take part in our research are primarily from lower socioeconomic backgrounds.

The US Preventative Services Task Force has recommended that doctors screen all patients under age 65 for anxiety, that children ages 12-18 be screened for major depression, and noted that screening for youth suicide risk is "...an area where more research is critical." These recommendations suggest recognition of our country's growing mental health crisis that pre-dated the pandemic.

I would like to urge you to prioritize mental health and the biopsychosocial factors that contribute to physical health outcomes, not only in your planning of SPARC, but also as decisions are made for where to invest within CUNY.  One of the potential consequences of SPARC is the loss of Hunter's long-sought science building, a building whose opening would have freed up needed research space for our Psychology Department. Currently, our facilities are overcrowded, our infrastructure outdated, and our faculty lines insufficient to meet student demand.  Many of us are called upon to overperform and overachieve in our teaching and mentoring of students, relative to the resources invested in us.  This has an impact on both faculty and student retention.

SPARC could be transformative for CUNY and New York City – but this transformation might take a decade or more to be realized. Our students and faculty have immediate needs for upgraded facilities now, and failure to meet those needs in the immediate future misses a critical opportunity to address the pressing physical and mental health needs of our communities now.

Thank you for your attention.

Testimony of Dr. Ben Ortiz:  CUNY BOT Manhattan Borough Hearing 10/17/22

Good afternoon. I'm Ben Ortiz, Professor and Chair of Biological Sciences at Hunter College.  I'm also an alumnus of the Department I now head.

For decades, the Hunter Sciences and Health Professions programs have been in great need of a new building and modern facilities to support their work.  This need has been well recognized and continually supported throughout the College community, all the way to the top of its Administration and Governance structures. Together, we worked across schools and departments to craft a plan for such a building.

We then worked, lobbied, testified, fought and argued as to why that building needed to house the basic sciences and health professions together, and why that building needed to be in close proximity to Hunter's main campus.  The compelling validity of those arguments is manifested by the foundation now laid for that building on East 73rd Street.  We won the support of Chancellors, Mayors and Governors past.  And the strong arguments we made for that vision helped CUNY win the large capital budget that was passed in 2022.

As such, we are shocked and dismayed to learn that CUNY now plans to give away that plot of land on East 73rd Street.  The Chancellor's message on Friday describes that land as "previously slated for Hunter's School of Nursing."  With all due respect, I need to correct that statement.  That land is slated for the Hunter College Sciences and Health Professions building, including the School of Nursing. That building is designed to also house the basic scientific research laboratories of the Departments of Biological Sciences, Chemistry, Physics and Psychology, and the core facilities required for their research endeavors.  That's a lot of space.  I read nothing in Friday's message that seems adequate to meet that mandate.

I read nothing in Friday's message that understands that unifying Hunter's basic and clinical sciences programs near Hunter's main campus can promote new synergies and yield enormous benefit to Hunter, to CUNY, and to the basic understanding of how to foster the health and well being of the people of New York, and well beyond.

That plot of land on East 73rd street is not merely a $1M a year maintenance bill to get rid of.  That plot of land is our future. It's the future Hunter needs to serve its students in the sciences. It's the future Hunter has earned fair and square.  I read nothing in Friday's message that addresses that future. Rather CUNY now seems poised to throw that future into the fire.

And so this raises a critical question. If Hunter College will not be having the future it's been working towards for decades, who's future will it be having?  The incongruity inherent in that question should alarm everyone here. That incongruity must be resolved, as it poses a serious threat to the mission of every unit of CUNY, and of CUNY itself.  I urge CUNY not to go down that treacherous path. Let's keep the 73rd street site, and build Hunter's future there, where it belongs.

Testimony of Pamela Stemberg, Adjunct Assistant Professor, English CCNY/ HCC, Part-Time Officer on the Executive Council of the PSC.

*I read the*

The other day, the Chancellor sent an email about the Science Park and Research Center at Kips Bay. How proud he was of CUNY's investment in the health sciences. How exciting it was to have the City and the State investing in a new center. How New York needed a new "crop" of health professionals every year. It's a great idea and one that is badly needed not only in New York but around the country. People are leaving the health professions because, during the pandemic, they were overworked, abused, and underpaid.

But students aren't crops; they are scholars and learners, or better yet, human beings with names and families and lives. They aren't a commodity to be harvested but individuals to be educated. And CUNY isn't a farm but a university. *and many others*

And right now, those learners and scholars in the other 25 schools that makeup CUNY, who are studying, who are learning, to be in the health professions are sitting in classrooms with too many students, inadequate ventilation, overburdened advisors, little mental health support, and in some cases, no toilet paper in the bathrooms. Seriously, no toilet paper?

But the learning environment of students reflect the working situations of their teachers. When a class is overcrowded, as many of them are, students feel overwhelmed, and so do their instructors. When advisors have a semesterly caseload of twenty-four hundred students, no one can be appropriately guided. Students see the missing ceiling tiles, the poor lighting, and the dirty, unkept toilets. These are terrible working conditions and equally difficult learning ones.

The burden is on instructors to ensure students get an education under abject circumstances. Both full-time and part-time faculty and staff work under demoralizing conditions for all involved. And yet students learn, and instructors teach. But we're at a crisis point. Students are leaving, and they aren't returning. *your crops are failing*

You might tell yourself that low enrollment is due to the pandemic, which may be valid to some extent. Still, pre-pandemic, we lost thousands of students yearly because of poor support systems, overcrowded classes, and poor infrastructure.

Look, we're all here for the same reasons. We want a university that creates a learning and research environment that benefits all. We want a safe and healthy workplace, and most of all, we want dignity and respect for our students, faculty, and staff. But we can't get any of those things without investment. The state and the city need to compensate for years of starvation by the racist austerity policies that have decreased our budgets. And it's your job, as CUNY administration, our trustees, to get the state funding we need to support what we have, not from tuition and excellence fees, but from who benefits the most, the City and the State, because no amount of shiny new buildings will fix the problems we have now.

Andrew Tsentner

As an alumnus of Hunter College, a Resident assistant of three years and events coordinator from Brookdale this news was certainly shocking. Brookdale houses over 600 students with affordable low income housing. What are you going to do about them? CUNY is meant to be affordable, the gateway to low income students to achieve financial success through a quality education. Why are we making that harder?  Reading the announcement's endless mention of financial reasons means it is obvious who this is meant to benefit. Yet we are coming out with one big question- what is the cost to those this has benefitted most: The Students?

The spaces of 23rd st to 34th st are already known as a health and bioscience hub. Yet it seems necessary to curtail students who need Brookdale for an absurdly expensive project.
How can CUNY expect to remain affordable? Who would be able to stay here for college if they can't afford to live here for that. Housing is a problem in this city and you're trying to fix it, so why are you worsening a housing problem in our public university system.

In my time at Brookdale, I have met countless students who have needed Brookdale for their economic security. Whether coming here as an out of state solution, personal troubles at home, or the essential need for affordable access to quality education- Brookdale has been there to provide students with that access. I ask now that the students of Hunter College that need affordable housing be given an alternative. The 51st and 79th st options are not enough. You are failing New York college students with this decision.



**BMCC**

**Ethnic and Race Studies**

Borough of Manhattan Community College
The City University of New York

199 Chambers St., S623
New York, NY 10007
phone 212-220-1370
fax 212-220-1508

October 17, 2022

Dear Members of the Board,

I am Dr. Judith Anderson and I am an Associate Professor in the Department of Ethnic and Race Studies at the Borough of Manhattan Community College and co-chair of the Blackness Race and Ethnic Studies Initiative (BRESI) Council at CUNY. I would like to update you on some of the wonderful projects taking place under the President's Fund for Excellence and Innovation (PFEI). The fund was created with the generous $30 million gift we received from philanthropist MacKenzie Scott to promote equity and innovation at the college. The PFEI uses a "strategic investment in innovative projects, initiatives, and programming that advance the College's mission, moves BMCC towards realization of the vision, and honors Ms. Scott's desire to focus on basic needs, equity and inclusion, economic mobility, and support for the demographic population served by BMCC/minoritized communities."

Projects include the BMCC Public Health Academy; Restoring Good Academic Standing through the Gaining Academic Insight & New Strategies Program (G.A.I.N.S.).; Business-Urban Male Leadership Academy (B-UMLA); the Virtual Campus: Using the BMCC OpenLab to Create Community, Foster Sense of Belonging, and Increase Student Engagement; the Social Justice & Equity Centers; Anti-racist Pedagogy Summer Workshops and Faculty/Student Fellowships; and the Black Studies Across the Americas undergraduate research program.

I am here today representing the Black Studies across the Americas undergraduate research program for which I am a co-creator and director along with Dr. Lissette Acosta who is an Assistant Professor the Department of Ethnic and Race Studies, and Jessica Levin from the Office of Internships and Experiential Learning. The Black Studies across the Americas program launched in Spring 2022 and we are now in our second semester of the program. We are excited to have received funds from BRESI to continue the program into the Spring 2023 semester. Financial support for our international collaborators was provided by the NYU Center for Latin American and Caribbean Studies, the Ohio State University Center for Latin American Studies, the NYU Center for the Study of Africa and the African Diaspora, Casa de las Americas at LaGuardia Community College, the Environmental Community Humanities Oasis Project at the CUNY Graduate Center, and the UJIMA Collective.

In the program, faculty and students work with international collaborators to create open access educational materials that insert Black Studies into disciplines where it is not traditionally found like math, foreign languages, and business. The hybrid format of the program allows us to work across borders with Afro-descendant scholar activists representing Argentina, Brazil, the Dominican Republic, Costa Rica, Peru and the Garifuna of Central America. All materials are shared on the college's OpenLab site making them available to anyone who wants to teach and learn more about Africans and Afro-descendants across the Americas. Our program has served faculty from English, Math, Modern Languages, Academic Literacy and Linguistics, Social Sciences, Human Services and Criminal Justice, Ethnic and Race Studies, Teacher Education, and Media Arts and Technology. The students come from a wide variety of majors including Science, Accounting, Human Services, Music and Art, Computer Information Systems, Teacher Educations, Business, Speech Communications and Theater, and Allied Health.

The Black Studies across the Americas program is unique at CUNY as there are few opportunities for undergraduate students, especially community college students, to gain experience in ethnic studies

**CUNY Board of Trustees Public Hearing - October 17, 2022**
James Davis, President, Professional Staff Congress

Good evening, I am Andrea Vásquez, PSC First Vice President, reading testimony from PSC President James Davis. Thank you Chairman Thompson, Trustees, and colleagues, for the opportunity to share these remarks.

In its fiscal year 2023 state budget request, the University went bold and asked for a 16% increase in state operating aid. The union commended that request and fought hard in Albany to see it fulfilled. We helped win support for the New Deal for CUNY, increasing the number of legislative sponsors to 71. Funding to hire new full-time faculty is a cornerstone of the New Deal legislation. We were pleased that the enacted budget delivered far greater resources to CUNY than any in recent memory. But I am concerned about the University's use of the funds designated to hire new full-time faculty.

Specifically, the rate at which the University is hiring Lecturers at the expense of Professors is alarming. The proportions established this year, with the $53 million in new funds for full-time faculty, are not sustainable. CUNY's budget request indicated an intention to hire 500 Professors, 500 Lecturers, 75 non-teaching Research Professors. But in fact, only 30 percent of the funding designated for full-time faculty went to Professorial hires, $16 million out of $53 million. That decision permitted the University to authorize only 120 Professorial searches, as compared with 475 Lecturer searches. If the University continues to appoint only one Professor for every 4 Lecturers, CUNY will not maintain a research-active faculty, which is critical for serving our students, our disciplines, and the public.

CUNY lost 383 full-time faculty to retirement and attrition over the past five semesters, the vast majority of them Professors. The 120 new Professorial appointments won't begin to backfill that loss, to say nothing of the massive deficit in Professorial lines that occurred over the previous decade, dating back to the Recession of 2008.

There is an important place for Lecturers, and the PSC supports Lecturer searches as a path for our highly qualified adjuncts to full-time employment. At the current rate, however, CUNY will give the appearance of addressing the full-time faculty shortage, but will eviscerate the scholarly and research capacity of academic departments. With $53 million in recurring annual funds, the University should have hired more than 120 Professors university-wide. It must do better going forward.

Lecturers expand our teaching power and make other contributions, including committee service, governance, mentoring, and curriculum development. But they are not expected to pursue scholarship and research and they cannot serve as department chairs. Even as they enhance our colleges, Lecturer appointments will prevent departments from expanding and evolving if they are not accompanied by Professorial hires.



**Ethnic and Race Studies**

Borough of Manhattan Community College
The City University of New York

199 Chambers St., S623
New York, NY 10007
phone 212-220-1370
fax 212-220-1508

research as most research programs are currently STEM focused. Our program stands out among programs across the country in its combining of ethnic studies with content from disciplines like science and math. Using a holistic model, our program provides students with mentorship, research skills, professional development skills, networking across international borders, and revaluing their own histories and life experiences. Furthermore, students also get to work with Afro-descendant activists who share common experiences with them as well as a passion for social justice and activism. We are also excited to be able to create educational materials that can be accessed by anyone. That could be within or outside of a formal education setting where tools are needed to help people discuss the history of Afro-descendants in the Americas, racism, and other themes that can be challenging to talk about. This program demonstrates how investing more in our students directly benefits our larger community here in the U.S. and around the globe. Our long-term goal, with the financial support of CUNY, is to make this program a permanent fixture at the college while expanding it across the university system. We appreciate your continued support of this important and innovative program. Thank you.

Sincerely,

Judith M. Anderson
juanderson@bmcc.cuny.edu

**Statement to CUNY Manhattan Public Borough Hearing**
**October 17 2022 – Adrian Heilbut <adrian@logphase.com>**

My name is Adrian Heilbut. I'm here with concerns about research misconduct at CUNY. I tried to raise the alarm in March and April and was ignored. With no apparent progress, I'm back.

Dr. Hoau-Yan Wang of City College and the School of Medicine perpetrated a massive biomedical research fraud. CUNY has not taken action to stop the misconduct and cover-ups, and is still not doing its investigation under timelines dictated by policy.

Wang fabricated data for 20 years. His fantasies were the basis for a purported Alzheimer's drug now in clinical trials.  Wang was also responsible for Phase 2 biomarker data, and most of that was also made up.

These fabrications may have led to False Claims to FDA and NIH, and potential securities fraud.  Concerns were documented in an August 2021 petition to FDA and on PubPeer and given to CUNY. Any biologist can see the issues are real and undermine all of Wang's work, and misconduct has been confirmed by editorial retractions of 7 papers with 24 to go.

**In the meantime -- FOR OVER A YEAR -- CUNY appears to have done almost nothing to investigate and STOP the FRAUD.**
The failure to act with requisite urgency and transparency amplifies institutional risks and demands intervention by the Trustees:

**1. The scientific reputation of CUNY is at stake.** Mishandling of this case reflects poorly on all faculty and the integrity of all research and scholarship at CUNY.  The Wang affair is a profound embarrassment, and is only going to get worse.

**2. Failure to properly investigate imperils all Federal research funding to CUNY.**
Institutions receiving federal funding are required to "Foster a research environment that promotes responsible conduct of research… and deals promptly with allegations or evidence of possible research misconduct"

**3. CUNY is failing trainees**
CUNY has a special role to provide opportunities to students from diverse backgrounds. I fear trainees have been taken advantage of due to precarious financial or immigration status. Misconduct has contaminated the work of everyone from the Wang Lab, ending scientific careers and devaluing the CUNY degree. These trainees are victims who've been failed by a total lack of institutional oversight.

**4. Those in power now aware of these issues share a responsibility to protect scientific integrity and research ethics.**

Based on entirely fabricated research, a fake drug is being dosed to humans and peddled as a cure for Alzheimer's, in service of a likely securities fraud. **IT IS ALL MADE UP.** The ongoing charade makes a mockery of ethics, the FDA, Federal law, and the entire biomedical research system.

**5. This case raises governance questions on how CUNY handles conflicts of interest, protects IP, does investigations, and complies with State and Federal Law.**

To mitigate damage and show you take scientific integrity, human research, and the law seriously, I call on the Trustees to:

1. **Disclose the status, committee composition, and timeline for completion and reporting of all investigations**

2. **Immediately stop ALL cover ups, and retract affected papers**

3. **Investigate how a lab has been operating as a CRO with trainee labor, and CUNY never sharing in IP**

4. **Ensure all evidence and records are secured and available for Federal criminal investigations**

5. **Comply with the New York Freedom of Information Law and produce records duly requested by the public without further delay**

Prompt, decisive, and transparent action is critical because other institutions are deferring to anticipated CUNY findings. While I recognize that the situation is complex, CUNY can and must **immediately** act to STOP and EXPOSE this egregious scientific fraud.

---

For further information:  www.simuflimflam.com

https://www.nytimes.com/2022/04/18/health/alzheimers-cassava-simufilam.html

https://www.wsj.com/articles/cassava-sciences-alzheimers-sec-investigation-11637154199

https://www.reuters.com/business/healthcare-pharmaceuticals/exclusive-cassava-sciences-faces-us-criminal-probe-tied-alzheimers-drug-sources-2022-07-27/

October 19, 2022
adrian@logphase.com

Dear CUNY Trustees -

Thank you for the opportunity to speak to you at the October 17 Manhattan Borough Public Hearing. As I have previously disclosed, I am an independent analyst and investor, and had (and currently have) short positions in Cassava Sciences. At this point, however, my major motivation and interest in this case is to ensure that the truth is exposed and the scientific record is corrected without undue delay, that the gaslighting, coverup, and obfuscation ends, that the integrity of the system for new drug clinical testing and evaluation gets repaired, that CUNY handles its own risks and improves, and that justice gets done.

Please find enclosed further written testimony and supplementary materials, which provide important context, explanation, and documentation in support of my necessarily abbreviated spoken comments.

1. **October 17 2022** Manhattan Borough Public Hearing Testimony

**Correspondence with Regulators, Journals and CUNY**

2. **November 2021**: Letter to FDA (includes detailed scientific concerns, including problems with Phase 2 biomarker data, and citations to the original Bredt/Pitt Citizen petition which first documented concerns)

3. **November 2021**: Slide Presentation outlining concerns from FDA Letter

4. **March 2022**: Email to Chair of the CUNY Committee on Academic Policy, Programs, and Research

5. **April 2022**: Letter / Public Testimony to CUNY Board of Trustees

6. **July 2022**: Letter to Journal Editors (documentation and links for past and ongoing fabrication and cover-up attempts)

7. FOIL correspondence with CUNY Central, illustrating undue delay and obstruction and a lack of good faith in endeavoring to respond to requests:
   a. Brodkin request
   b. Heilbut request

**Press Coverage**
8. Jan 17 2022: **New Yorker** : Jordan Thomas' Army of Whistle-Blowers
9. Nov 17 2021: **WSJ** SEC Investigating Cassava Sciences
10. Mar 30 2022: **Retraction Watch**: Five Studies Linked to Cassava Sciences Retracted
11. Apr 18 2022: **NY Times**: Scientists Question Data Behind Experimental Alzheimer's Drug
12. Apr 5 2022: **Stat News**: Troubles Mount for Cassava Sciences
13. Jul 27: **Reuters:** Cassava Sciences faces U.S. criminal probe tied to Alzheimer's drug, sources say

Sincerely,

Adrian Heilbut, PhD

Susan N. Bernstein
Adjunct Assistant Professor
Queens College, City University of New York
Phone: 718-416-5747
E-mail: susan.naomi@gmail.com
**IN PERSON** Testimony 10/17/2022
CUNY Board of Trustees Manhattan Borough Hearing

I am an adjunct assistant professor at Queens College and I have heard people say that it is not safe for Adjuncts to speak. But as CUNY professor and Hunter College alumna Audre Lorde once said, "Your silence will not protect you." Indeed our collective silence will not benefit anyone. With that in mind, I testify today on behalf of our students to bear witness to the ventilation problems that students experienced long before the Covid-19 pandemic began. The following four problems, among many others not listed, cause students the most suffering as they attempt  to pursue their education:

1) Classrooms as hot as 85 degrees with no windows and no working fans. Students walk out of class to avoid asthma attacks, vomiting, and fainting.
2) Airtight classrooms with no ventilation and bright fluorescent lights. The lack of ventilation causes breathing problems and the fluorescent lights cause migraines.
3) Fourth floor classrooms where strong winds blow straight and hard into open windows, disrupting lectures and discussions. The window airconditioners in those fourth floor rooms are so loud that the students cannot hear themselves speak.
4) Elevators so small and crowded that social distancing is impossible. Frequently )broken and too small to fit wheel chairs, the elevators are in violation of the Americans with Disabilities Act. In other words, the elevators cannot accommodate people with mobility challenges, breathing difficulties, and other disabilities, and disabled people cannot access their classrooms.

Once again, these issues existed before this pandemic began. Since then, nothing has changed and, with the realities of Covid-19, these problems hold new urgency.

I speak on behalf of our students and in memory of Audre Lorde. The damage is real, past and present. But a better world is possible. Fix the ventilation now, before the next emergency.

Thank you.

Good evening, all! I am Valdon Tau Battice, Lecturer of English at Guttman Community College. As much as this is present tense/ future tense conversation, allow me to go back into a bit because I want to evidence that good things have been happening at Guttman and can continue to happen, at Guttman, with CUNY's fullest support.

I want to mention that encouraging students in their destinies is something I am particularly proud of at Guttman. A shining example is Jose Hernandez Lozano whom I had in two English sections and then wound up coaching through an independent study, which used photography and interviews, to explore Chicano identity in New York City. Jose, born in Jilotopec, a small town just outside of Mexico City, immigrated to the United States as a seven year old, and wound up at Guttman as a freshman. That's where our relationship in 2018 began. He would always ask me about my own photographic explorations of identity and when the time came for him to buy his own camera, I was happy to go with him to B & H to get his first Canon DSLR Camera. I assigned him an "NYC Chicano" photo project wherein he passionately started seeing himself as someone who could be of high value to the Chicano population in the South Bronx. That exploration became the independent study, "Chicanos in NYC " as well as his first photo exhibit. Jose no longer wanted to be a social worker: he said he wanted to go on to study Latinx studies and perhaps be a professor to bring usable knowledge to underrepresented populations of color. Ultimately, Jose transferred to Lehman college and earned his Bachelor's degree. He is now considering the Masters programs at the University of New Mexico in pursuit of his dream to be a professor of Latinx studies.

Obviously, Jose had substantial resources within him and it goes without saying that colleges are awakening spaces for young people to find

themselves. I submit to you that in the small physical space that Guttman is, there's a substantial space for students to find themselves. Guttman, though small on physical acreage, is huge on student connectivity. Guttman keeps working on student support and this is probably one of the best things happening in Guttman. I take no personal ownership of Jose's success. But I take tremendous comfort and encouragement in knowing that My colleagues and I, in our individual and collective ways, poured into Jose, and students like him, from very personal spaces. All the good that we wanted for ourselves we want for them, and more.

And now into the present. One particularly good thing of which I can speak is BeMW, a new annual magazine initiative through the BMI United Men of Color support system, which I hope will connect young black and brown men of color to their capacities as thinkers, writers, editors, photographers, and creators. And while it is but embryonic, we hope to premiere a bouncing baby online and in hardcopy next Spring as a testament of what our students can create. Just as Jose saw himself in the "Chicanos of New York City" project, this magazine will allow other historically underserved young men of color to develop talents that may be hidden and undiscovered: the hope is that this public-facing production translates into growing personal, social, and academic success. This is part of the goodness and the greatness that is happening at Guttman. Guttman connects students to themselves and, in doing so, encourages students to connect more meaningfully to their world. And this is not simply a good thing that is happening at Guttman; it is a great thing that is happening at Guttman. And we need as much financial and spatial support to maximize our students' potential for greatness. So, Trustees, let's support more Jose(s). Let's support more programs like BMI. Thank you.

# HUNTER  COLLEGE

## The City University of New York

Office of the Provost
695 Park Avenue
New York, NY 10065
212 650-3655 (voice)

Thank you for the opportunity to speak here this evening. I speak from two perspectives. I am the acting associate provost for Research at Hunter College, and I am also a professor with a lab in the wonderful example of brutalist architecture we call the North Building, completed before the US entered World War 2. During my career at Hunter, I've had ceilings collapse overhead, on multiple occasions, spilling plaster and tiles all over my desk, expensive computer equipment and student work areas. I've never had a working gas supply or hot water, but I still count myself as one of the luckier scientists. I've never had to move my lab because it became un-inhabitable. I didn't need to wait two years as an untenured professor because my lab space wasn't available. I've never been denied a grant because the agency felt my facilities were inadequate. But now in my role as provost, I know that many of my colleagues have suffered like that. I know that nearly every grant review we receive expresses doubt about Hunter's commitment to research facilities. We're quite rightly proud of the 25 million dollars our scientists raise from outside agencies and I know that you are too. This enterprise is in great jeopardy now because of failing facilities and the proposed plan only worsens our plight in the near future.

I also spent two terms as Chair of Hunter's largest undergraduate major, Psychology. I will say, without hesitation, the biggest obstacle our students face is finding opportunities to work with Faculty in their laboratories. It's essential experience in many career paths, from clinical therapy to molecular neuroscience. Fewer than 3% of Psych majors can find research slots in our over-crowded and substandard facilities. Other crowded majors have similar stats. Hunter College is a genuine pipeline from deprivation to success, for so many students from so many diverse backgrounds. But we're serving so few of our students, our pipeline is leaking more than Nord Stream II.

Like many of our students, I had no idea what research was like or how science happens. My first weeks in a lab setting were totally transformative, actually seeing how knowledge gets made. I was hooked for life and I've seen that same spark in dozens of Hunter students. But these students are also learning a less transformational fact. They work in substandard and un-supported facilities. Columbia and Cornell have sparkling labs doing cutting edge science, but CUNY students don't get opportunities to participate in that world. Their world is peeling paint and decaying ceilings. They see this. They know this world all too well, and we're supposed to be showing them a new path. The plan for a Brookdale SPARC speaks eloquently about uplifting our citizens and developing our Biomedical workforce through CUNY, but it contains very little about logistics or feasibility. We have a plan for a Nursing and Science Building within a short walk of Hunter College. It would serve many more Hunter students who could walk from lab to class and back in a realistic time. The commute from Hunter to Brookdale is 28 minutes according to google, but much longer if you ask someone who actually rides the subway or walks those long avenue blocks from the 6 train. A walk that takes them into a flood zone along the East River. I'm no developer, but I've built a lot of

sandcastles. That site will need massive shoring to prevent a repeat of Hurricane Sandy's damage, flooding the morgue and debilitating the campus.

And really, what will happen to the labs and students working in Brookdale now, while a new research park is being constructed in their very space? How will that work? The 74th St. building has been designed, approved and could be built right away and completed within a few years. The foundation is already built. It's a perfect location within the east side medical corridor and enhances the collaborations we already have with MSK, Weill Cornell, and Mt. Sinai. CUNY students work in those labs and I'd like to keep sending more and more of New York City's finest minds to those sparkling research facilities.

Finally, I must point out the deep unfairness. Hunter College is the most crowded CUNY campus. We're one of the most research active College in the system. We haven't had significant capital investment in my entire 22 year career. Now we're given an already overcrowded campus that we had already traded for a more appropriate space on 74th st. That's smoke and mirrors, not workforce development. I urge you to consider the SPARC plan more realistically and to continue your support for the Hunter College School of Nursing and Science building on the Upper East Side. The board has always been supportive and I hope that continues.

Thank you,

Christopher B. Braun
Acting Associate Provost for Research,
Hunter College (CUNY)



## STATEMENT

### Jeffrey A. Butts, Ph.D.
Research Professor and Director, Research and Evaluation Center

JOHN JAY COLLEGE OF CRIMINAL JUSTICE
CITY UNIVERSITY OF NEW YORK
524 WEST 59TH STREET (SUITE 605BMW)
NEW YORK, NY  10019

212.237.8486 (DESK)
JBUTTS@JJAY.CUNY.EDU
WWW.JOHNJAYREC.NYC
WWW.JEFFREYBUTTS.NET

Good Afternoon. I appreciate the opportunity to speak to Members of the Board of Trustees, the Chancellery, and Presidents and Deans of the CUNY system to provide an update on the work we do at John Jay to help transform public safety. We appreciate your support and the support of the Research Foundation.

I am a Research Professor at John Jay College of Criminal Justice, where I direct the Research and Evaluation Center. Our staff and affiliated CUNY graduate students build research evidence to support safer communities.

Since I joined CUNY in 2010, our center has raised $47 million in external funding.

We are funded by federal and state agencies and national foundations, such as Annie E. Casey, Robert Wood Johnson, MacArthur, and New York-based funders, such as the Pinkerton Foundation and New York Community Trust.

Our most extensive research partnerships are with New York City government, including City Council, the Department of Health and Mental Hygiene, and most significantly, the Mayor's Office of Criminal Justice.

Since 2013, we have developed and managed more than $30 million of research and technical assistance projects for City government.

This critical work continues today.

Last year, we began a $2.6 million project funded by the U.S. Department of the Treasury to test the economic benefits of expanding the City's network of violence prevention programs inspired by the Cure Violence approach, known here as the Crisis Management System.

We are estimating the reductions in Medicaid-reimbursed medical care resulting from lower gun injuries in neighborhoods served by Cure Violence. If we show enough savings, the Federal government will reimburse the City for the cost of the new programs and produce safer communities for all New Yorkers, including CUNY students, faculty, and staff.

New York increased its investment in Cure Violence since we began to evaluate the model. Our research shows that a community-based approach can help prevent violence. And when implemented correctly, it can shift public attitudes away from using violence and create greater support for public safety workers, including police.

Our work to enhance community health and safety continues with new projects.

We are currently partnering with several other units at John Jay College to assess New York City's Police Reform and Reinvention Collaborative. The Collaborative emerged from recommendations by the Mayor's Office, NYPD, and City Council. Our part of the effort is a $1.4 million project to assess racial disparities and the unintended consequences of justice-system operations.

Finally, we recently received an $800,000 federal grant to evaluate an effort by the Bronx District Attorney to divert people facing first-time gun charges If they participate in an intensive program operated by New York's *Osborne Association*.

We are proud of our work to enhance public safety while helping the College to train a new generation of CUNY justice researchers.

I thank you for your attention.

October 17, 2022

**TESTIMONY: CUNY BOARD OF TRUSTEES**
**BARBARA BOWEN, PROFESSOR OF ENGLISH, QUEENS COLLEGE**

Good afternoon. When I finished my term as PSC President, I didn't think I'd be back here so soon. Perhaps you didn't think so either. But the conditions I have experienced on my return to Queens College are so unsafe that I cannot remain silent.

Let me describe my classroom to you. Windowless, cramped and with cinder block walls, it has a small UV air purifier, no indication that the filters are ever changed, and one filthy, decrepit fan for ventilation. Every class session, we have to choose between the fan that makes it impossible to hear each other, the noise of the corridor if we leave the door open for air, or the stifling heat—and worse—if we keep the door closed.

I thought at first that I'd been assigned a uniquely awful classroom, but I quickly found that I was not alone. Our department has made a huge effort to return to teaching in person, and almost all our classes are on campus. Many are in windowless, poorly ventilated rooms like mine. One colleague resorted to buying her own carbon dioxide monitor. The recommended level of CO2, indicating sufficient fresh air intake and reduced risk of viral transmission, is below 1,000 parts per million.[1] Her classroom measured 2,500.

And you wonder why enrollment is low and workers are reluctant to return to campus? The happy-talk about reopening does not fool us. The University is failing in its fundamental moral, legal and contractual responsibility: not to expose us to a workplace that can kill us. Apparently it's more important to you to show the governor that CUNY is open for business than to ensure that workers and, especially, students—many of whom have been traumatized by the pandemic—are not being sickened on campus. We have already had too many COVID deaths at CUNY.

I support the PSC leadership and my brave colleagues in calling on the University to publish full, transparent, up-to-date ventilation data on every classroom, office, library and lab we are expected to occupy. I do not doubt that there are some adequately ventilated rooms at CUNY, and I know Buildings and Grounds staff have worked on campus throughout the pandemic to make rooms safe. But if there are safe spaces, why not show us which they are?

City College and Brooklyn College briefly posted web pages with ventilation data, but the pages were almost immediately taken down. The Queens College union chapter had to submit a FOIL request to get the report produced by Ramboll, your consulting firm, but the Ramboll report was

---

[1] American Society of Heating, Refrigerating and Air Conditioning Engineers, *ASHRAE Standard 62.1-2016. Ventilation for Acceptable Indoor Air Quality*. 2016.

not room by room and seemed designed only to provide written clearance that the buildings could be reopened.

That you have failed to provide ventilation data is bad enough; that you have done so while imposing a ban on requests that students wear masks is reckless and absurd.

And lest you cite lack of funds as an excuse, let me remind you that CUNY received $1.5 billion in federal stimulus funds, of which $891 million was available for institutional purposes. Queens College alone was allocated $55 million in institutional funding. In the report filed for the federal government on use of funds, Queens College indicates that it still has unspent funding and lists zero expenditures in on "implementing evidence-based practices to monitor and suppress coronavirus in accordance with public health guidelines." Why hasn't the federal money been spent to commission a true room-by-room ventilation report, publicize the report and act on its findings? It's not too late to do a report now.

Until you do, you need to tell us why any of us should risk our health and our lives in rooms where the air may not be safe to breathe.

(No subject)

Tania Caldwell <Tania.Caldwell85@slu3.cuny.edu>
Mon 10/17/2022 3:48 PM
To: Careers - J1 Visa <tcaldwell@spainuscc.org>
Tania Caldwell
Co-Chair, Student Union
Masters Degree Student at the School of Labor and Urban Studies

My name is Tania Caldwell, I am co-chair of the Student Union at the CUNY School of Labor and Urban Studies. I graduated this past June with a BA in Urban Studies and am currently enrolled in the School's Masters degree program.

I my three minutes, I can't even begin to tell you how beneficial the School has been to me and to my fellow students.

On behalf of the student union, I want to express our gratitude both to the Trustees and the School's Advisory Board, first for establishing the School, more recently for obtaining the space needed to re-open our Library, and now for coming up with a plan to obtain the classroomsand to launch NYC's first labor museum.

Key to this plan is a street level welcome center for both the School and a Museum. My own first experience with SLU instructive. I was very exciting about enrolling in the School. And the fact that it was so centrally located, made it very convenient.
Although I worked in the area, I never knew the Schooleven existed. On my first day of orientation, I could find the School. It took me over 10 minutes to realize that the school was located in an office building. There were no sign, no welcome center and the building's security guard in the lobby, didn't even knew which floor to send me.

Other students had the same experience. This past September, I came to greet new students at the Schoolorientation and I encountered students who had the same problem.

All the other CUNY campuses have street level visibility and access.  SLU needs a place to receive its students, potential students, students from other campuses visiting our library, visitors attending the School's public programs, and of course, visitors to the new Museum.

On behalf of the SLU Student Union, I urge the Board of Trustees to lease the storefront

# Testimony and Supporting Documents
## of
## Arthur Cheliotes, Advisory Board Chairman
## The School of Labor and Urban Studies
## City University of New York.

## Business Manager, Local 1180,
## Communications Workers of America, AFLCIO
## 6 Harrison Street - New York, New York 10013
## Office – 212/226-6565  Mobile – 917/880-7233 Email - acheliotes@cwa1180.org

## Before the
## Board of Trustees of the City University of New York
## October 17th, 2022

In June 2018, the Board of Trustees established the 25th and newest unit of the University, the CUNY School of Labor and Urban Studies.
A school that is dedicated to public service and social justice.

Thanks to your support <u>we are surpassing expectations.</u>

<u>SLU is growing rapidly, SLU enrollments have grown 29% over last year</u>

Unions provide tuition support of $4 million yearly for its members at SLU
Unions secured State earmarks of $5 million
Unions secured  City earmarks $1.4 million

<u>HOWEVER! We have a problem this board can solve</u>
<u>It is Visibility and Space.</u>
SLU is called <u>"CUNY's best kept secret"</u>
SLU's geographic location, in mid-Manhattan, is ideal
<u>BUT its housing on the upper floors makes it invisible to the public.</u>
<u>Of 25 colleges and Professional Schools SLU is the ONLY ONE that</u>
<u>does NOT have street level visibility and access.</u>

<u>We also lack classrooms</u>
<u>A recent CUNY space assessment indicated it would need 12 additional</u>
<u>classrooms.</u>

Last year CUNY leased an additional floor so SLU could re-open OUR library.
The new floor however <u>only provided two of the twelve classrooms.</u>

Understandably, there was some reluctance to add classrooms
that would only be used during evening hours.

Our School's Advisory Board, composed of 22 unions came up with a creative plan that would maximize the use of additional space.
<u>The plan includes a collaboration with the Museum of the City of New</u>
<u>York for dual use space that would serve as New York's Labor</u>
<u>Museum by day and four new classrooms at night. With a storefront to</u>
<u>serve as an inviting "front door" for prospective student and visitors.</u>

The State Legislature and Governor were so impressed by the plan's solution to this dilemma they:

Allocated $3 million in capital funds to support it.

The Borough President added another $200,000.

The benefits are clear. The plan adds classrooms and an education venue for college students as well as high school students on class trips, It provides visibility for SLU and a branding opportunity for CUNY. It adds a mid-town tourist attraction and contributes to the post-pandemic, revitalization of the City

The cost of leasing the storefront space is $200,000 per annum. We are not asking CUNY Central Office to assume <u>any other cost</u> associated with this initiative.

<u>The Storefront for the Welcome Center is currently vacant and available.</u>

<u>Let's not lose this extraordinary opportunity to make something big happen.</u>

## CUNY SCHOOL OF LABOR AND URBAN STUDIES
### Labor and Community Advisory Board

February 19, 2022

Dear Trustee Chair Bill Thompson and Chancellor Felix Matos Rodríguez:

We are writing to you in our capacities as members of the Advisory Board of the CUNY School of Labor and Urban Studies to underscore the importance of addressing the School's critical space deficit, and to propose a creative solution to the problem.

As you know, SLU is in urgent need of additional classrooms to accommodate its growing student body, and office and work space to accommodate the faculty and staff who serve those students. We understand that one of the concerns is the cost-efficiency of leasing classroom space that is used, in large part, only during the evening hours. To remedy that, we propose that the University lease additional space for the School that can used as classrooms for SLU students in the evening, and as a public exhibit space—specifically, a labor museum—during the day and on weekends.

Many of us in the labor movement have long had a deep interest in establishing a labor museum in NYC. The closest we have come to that vision was a temporary exhibit at the Museum of the City of New York, which several of SLU's faculty played important roles in developing. The exhibit, "City of Workers, City of Struggle," documented the history of labor and working-class experience in New York from the Colonial period to the present. The artifacts, photographs, videos and digital reproductions that comprised the exhibit have been in storage since January 2020. Establishing a labor museum at SLU would bring this vital history back to life, utilizing it as the basis for a permanent collection that would be expanded with additional displays on current topics, including a focus on the role of essential workers during the pandemic.

Such a museum would attract tourists and locals alike and could be part of the effort to revitalize our great City. We also envision the development of community education programs for public school children and other groups who ordinarily have little or no exposure to labor and working-class history.

Our vision includes street-level access to the Museum and the School. We urge the University to consider leasing the storefront space that is currently available at the School's location at 25 West 43rd Street. The storefront would allow for branding and, given the mid-town locale, increase the visibility of the School and the University significantly.

Given the feasibility of multi-purposing new space, the existence of an exhibit already curated, and the depressed rental market, we believe the opportunity exists to accomplish multiple objectives at a relatively low initial cost. We also believe the future expansion of the museum can be funded with private and public funding. By designing the museum as a flexible space, the School could expand its services to the general public while also addressing its need for classroom and office space. We believe the realization of this proposal would be good for the School, the University, the City, and the general public.

Museums of labor and industry have been established in Sydney, Copenhagen, Manchester, Bologna, and Johannesburg, to name just a few. New York City has the most densely unionized workforce in the nation and a proud history of labor struggle. As members of SLU's advisory board, we stand ready to work with you to realize this vision.

We would welcome the opportunity to discuss this with you in more detail.

Sincerely,

Arthur Cheliotes,
Chair, SLU Advisory Board, and
Business Manager, CWA 1180

Vincent Alvarez, President
New York City Central Labor
Council, AFL-CIO

Henry Garrido,
Executive Director,
DC 37 AFSCME

George Gresham, President,
1199 SEIU United Healthcare
Workers East

Michael Mulgrew, President,
United Federation of Teachers

Kyle Bragg, President
32BJ Service Employees
International Union

Dennis G. Trainor,
Vice President
Communications Workers of
America (CWA), District 1

Wayne Spence, President
Public Employee Federation

Beverly Brakeman, Director
United Auto Workers (UAW)
Region 9A

Tony Utano, President
Transport Workers Union (TWU)
Local 100

Edgar Romney,
Secretary Treasurer
Workers United (SEIU)

Anthony Wells, President
Social Service Employees Union
(SSEU), Local 371

Gloria Middleton, President
Communications Workers of
America (CWA) Local 1180

Lowell Peterson,
Executive Director, Writers Guild
of America East (WGAE)

Joe McDermott,
Executive Director,
Consortium for Worker
Education

Lester Crockett, President
Civil Service Employees
Association (CSEA), Region 2

Kuba Brown
Business Manager/
Financial Secretary
IEOU Local 94

James Davis, President
Professional Staff Congress
(PSC)

# A NYC Museum of Labor

## Advisory Board: CUNY School of Labor and Urban Studies (SLU)

In May 2019, The Museum of the City of New York mounted a special exhibit entitled "City of Workers: City of Struggle," covering working-class life and labor struggles from New York's Colonial period to the present. The show closed in January 2020 and has remained in storage ever since. Below, we provide a brief outline describing how this exhibit can be brought back to life at SLU's midtown Manhattan campus and done so in a way that would resolve some of the School's space issues and provide a foundation for a permanent and expanded collection. This new Labor Museum would bring the history of labor to a wide swathe of New Yorkers and non-New Yorkers—from public school children to scholars to members of the labor movement.

### A Labor Museum for the Nation's "Labor Town"

"City of Workers: City of Struggle" was designed by The Museum of the City of New York to inform and inspire its audience about the history of work and workers, and the labor movement. Using video, photography, wall hangings, audio tapes, and artifacts, this exhibit traces the history of working-class people who built New York City into the vast metropolis it is today. It draws on the experiences of artisans, enslaved people, garment workers, municipal employees, and many others. It focuses attention on those who built our skyscrapers, bridges, roads, and tunnels, as well as those who educate our children, staff our hospitals, and provide public services. It tells the stories of women, African Americans, Latinx peoples, Asians, European and non-European immigrants, as well as the native-born: stories of migration and immigration, poverty and economic mobility, the American dream—and its opposite. The exhibit also highlights unions and social movements; strikes and struggles; heartbreaks and victories. Whether about the Triangle Shirtwaist Factory fire in the early 20th century or the walkout of fast-food workers that sparked the "Fight-for-$15" in the early 21st century, these are stories of reform that have led to protections and improvements in the lives of working people in New York and the nation.

The content of this exhibit remains relevant today, as our City and our nation confront economic inequality and discrimination against people of color, women, and the LGBTQ community. It is a history that should be shared with every generation of students, activists, and potential leaders in society and government.

### Housing The Museum at SLU's Mid-Town Manhattan Campus

The "City of Workers: City of Struggle" exhibit would be transferred to SLU and CUNY and would be the basis for the new museum's permanent collection. As the museum develops, it would both expand its permanent collection and mount temporary exhibits on a range of contemporary topics concerning urban workers and labor institutions. Among its activities, the museum would offer education programs and tours to New York City public school students, who ordinarily have little or no opportunity to learn about labor history or working-class movements.

The space allocated to SLU would house exhibits in the daytime and on weekends and double as classroom space in the evening. This dual usage would address two needs – i.e., the need for more SLU classrooms and the need for a labor museum - with one solution.

### An Expanded Mission and Vision

With the addition of a Labor Museum, the CUNY School for Labor and Urban Studies would become the nation's foremost center for labor education, policy research, and culture. By

providing a permanent home for the "City of Workers: City of Struggle" exhibit and expanding it into a full-fledged labor museum, SLU will create new opportunities for public education and will play an important role in preparing future leaders. By attracting visitors and tourists from many walks of life, the new museum will also contribute toward revitalizing the City in the post-pandemic period.

In addition to providing new cultural opportunities for New Yorkers and others, the Museum would be a source of additional space for classrooms to SLU's student body. It would allow the School to reopen its library and expand services for its students and distinguished faculty, as well as for external scholars of labor and social policy. With these enhancements, SLU could attract a broader student body with an array of scholarly and cultural interests within the fields of Labor and Urban Studies.

**A Good Fit for a New Labor Museum**

- The establishment of a Labor Museum conforms to SLU's stated mission to educate and advance workers and serve the community.
- Members of SLU's faculty played a key role in developing the original "City of Workers" exhibit. Distinguished Professor Joshua Freeman led the academic advisory committee and edited the volume based on the exhibit.
- The School's mid-Manhattan facility is ideally situated to attract local, national, and international visitors to its museum.
- The City University of New York, like the labor movement itself, has been a vehicle for poor and working people to achieve job security and upward mobility. The new Museum is entirely consistent with the University's public charge.

**Phases of Development**

Phase I

Leased storefront property (currently available in the building) would provide street-level access and branding for the School, CUNY, and the Museum. Most of the "City of Workers" exhibit consists of photographs, videos, and digital reproductions that are displayed on walls. Approximately 3,000 square feet would be required for the exhibit: this would be designed as a multi-purpose facility, providing public space during day-time hours and weekends and five additional classrooms for the School during evening hours (Monday-Thursday). Development of the museum would be guided by a diverse advisory committee drawn from the ranks of museum curators, urbanists and historians.

Phase II

The SLU Advisory Board and SLU Foundation Trustees plan to raise private and public funds to maintain and expand the museum. This would allow us to update the existing exhibit and add displays on current topics, including new labor legislation, the role of essential workers during the pandemic, and new efforts to organize. The School could also open the museum to serve as an event space.

Museums of labor and industry have been established in Johannesburg, Manchester, Sydney, Copenhagen, and Bologna to name just a few. New York City is the most densely unionized workforce in the nation with a proud history of labor struggle. It, too, should have a museum of labor.

# APPENDIX

As envisioned, the Museum project would be a partnership between the University, SLU and its affiliated organizations, i.e, SLU's Labor and Community Advisory Board and the SLU Foundation). Other partners may include the Museum of the City of New York and the NYS Labor History Association. The Museum would be realized in phases, starting with the leasing of gallery space and the installation of a single exhibit, drawn from "City of Workers; City of Struggle," currently held by the Museum of the City of New York.

**PHASE I:** Lease agreement, acquisition and installation of exhibit, establishment of policies and procedures.

**Hours of Operation:**
Monday-Saturday: 10a.m.-5 p.m.
Educational tours:  10 a.m.-2 p.m. (weekdays only)

**Admissions**
Tickets and informational brochures will be issued at a SLU Welcome Center, established in the proposed storefront. Entrance fees will be based on a sliding-scale donation system (free to those who can't afford it).

**Promotional Materials**
Basic informational brochures and other materials promoting the exhibit will be prepared by SLU's communications staff.

**Staffing:**
- One security guard, 10 a.m.-5:00p.m., Monday-Saturday (provided by SLU Foundation and off-set my admission revenues)
- One college assistant to staff the Welcome Center on Saturdays - provided by SLU (Admissions to the Museum will be handled by SLU Admissions staff during the week until traffic warrants and revenues support an additional full-time staff member during weekday hours.
- One Non-Teaching Adjunct to develop educational materials - provided by SLU
- One or more docents, who would conduct student tours and provide information to other visitors.

**Cost to be assumed by CUNY**
Storefront: 1,267 sf @ $170/sf = 215,390
Classroom space: 7,758 sf @ $51/sf = $395,658
Estimated cost of lease $611,048 will provide SLU with five additional classrooms during evening hours)

**PHASE II:**  SLU, its Advisory Board, and the SLU Foundation Trustees will conduct a robust campaign to raise private funds for expansion of the exhibit into a full-fledged museum, with both a permanent collection and the capacity to mount relevant and timely rotating exhibits. Fund-raising targets will include major national foundations as well as smaller specialized arts and labor-oriented foundations. The campaign will also benefit from SLU's existing relationships with unions, employers, and the non-profit sector.  Additional space and staff will be added based on need and revenues from external sources.



**UFT**

United Federation of Teachers
A Union of Professionals

February 7, 2022

Chairman William Thompson
Chancellor Felix Matos Rodriguez
City University of New York
205 East 42nd Street
New York, N.Y. 10017

Dear Chair Thompson and Chancellor Matos Rodriguez:

I am writing to re-iterate my support for a proposal I and a dozen other labor leaders submitted to you in June 2021. That proposal, attached here, calls for the establishment of a Labor Museum under the auspices of the CUNY School for Labor and Urban Studies.

As envisioned, the University would lease dual-use space that will provide the School with the classrooms it needs during evening hours, while providing exhibit space for the museum during the daytime and on the weekends.

The Labor Museum will start modestly with an exhibit drawn from the collection of the Museum of the City of New York. This exhibit, "City of Workers, City of Struggle," was universally applauded by the many labor leaders, union members, students, and other museumgoers who saw it. As the founding exhibit of SLU's Labor Museum, it will have a permanent home and the broad audience it deserves. Further expansion of the Museum will be dependent on private and public funding.

For me personally—and for the educators I represent—this project has very special potential. Forward-thinking educators have long lamented the fact that school children learn very little about labor history or working-class culture and experience. Most progress through life with very little understanding of what workers and the labor movement have contributed to the welfare of this nation. Our efforts to reverse this cultural trend have met with limited success. The creation of a Labor Museum at CUNY would be a giant step in the right direction, introducing thousands of New Yorkers and visitors to the magnificent achievements of workers and working-class communities, especially those in our City and State.

I call your attention to the plan for an education component, including guided school tours and educational materials. Many of my members would be eager to organize class trips to a museum that would spotlight the contributions that workers and the labor movement have made to the development of our City and life as we know it today.   This is a unique asset--a huge plus--in calculating the potential for a CUNY/SLU Labor Museum.

I urge the University to lease the space SLU needs to establish the museum and provide the classroom it needs for its students. I look forward to celebrating the opening such a museum with you.

Sincerely,

*Michael Mulgrew*

Michael Mulgrew
President

52 Broadway, New York, NY 10004   p: 212.777.7500   www.uft.org

Officers: Michael Mulgrew President, LeRoy Barr Secretary, Michael Sill Assistant Secretary, Debra Penny Treasurer, Thomas Brown Assistant Treasurer
Vice Presidents: Karen Alford, Mary Jo Ginese, Anne Goldman, Leo Gordon, Janella Hinds, Richard Mantell, Mary Vaccaro



CHAIR
Labor

COMMITTEES
Agriculture
Commerce, Economic Development
and Small Business
Corporations, Authorities and
Commission
Internet and Technology
New York City Education
Transportation

NEW YORK
STATE
SENATE

JESSICA RAMOS
SENATOR, 13th DISTRICT

☐ ALBANY OFFICE:
9th Legislative Office Bldg
Albany, NY 12247
Phone (518) 455-2529

☐ DISTRICT OFFICE:
74-09 37th Ave , Ste 302
Jackson Heights, NY 11372
Phone (718) 205-3881

Chair William Thompson
Chancellor Felix Matos Rodriguez
City University of New York
205 East 42nd Street
New York, New York 10017

Dear Chair Thompson and Chancellor Matos Rodriguez,

I'm writing to you regarding the CUNY School of Labor and Urban Studies (SLU). As Chair of the NY Senate Committee on Labor Committee, I want to express my appreciation for the support you have both given the School—support that has allowed SLU to help untold New Yorkers advance their careers and achieve social mobility, and to prepare the next generation of labor and community leaders.

I know that the University recently leased an additional floor for SLU at its current location that will allow the School to reopen its library and provide office space for faculty and staff who were in temporary quarters. I am also aware, however, that the School needs additional classrooms in order to meet the current and future needs of its students, and without which it cannot grow to its full potential.

SLU's Advisory Board has shared the attached proposal with me. As you can see, the plan would not only provide the School with the needed classrooms but would also establish a museum of labor for the City of New York—something labor leaders have long envisioned. This imaginative proposal would create a dual-purpose space that would serve as museum space during the day and as classrooms in the evenings. I think you will agree that it is a very creative and efficient use of resources.

Curated content for the museum has already been identified: a highly acclaimed exhibit about the workers who built New York City and its labor movement. I want to emphasize that this project would create a unique opportunity to educate, engage and inspire the public, especially those unacquainted with the contributions of the labor movement, or too young to be aware of the struggles of working people.

I understand that the SLU Advisory Board is only requesting funds from the university to lease storefront and museum space, which would then be multi-purposed for both exhibitions and classrooms. I believe that this exciting project has the potential to make a significant contribution to the School, to the University, to the labor movement, and to the City as a whole.

I urge you to support this proposal.

Sincerely,

*Jessica Ramos*

Chair, Labor Committee, NYS Senate

c. Senate Leader Andrea Stewart Cousins
   Senator Toby Stavisky
   Members, SLU Advisory Board



LATOYA JOYNER
Assemblywoman 77th District
Bronx County

THE ASSEMBLY
STATE OF NEW YORK
ALBANY

CHAIR
Labor

COMMITTEES
Education
Housing
Judiciary
Ways and Means

December 17, 2021

Dr. Félix V. Matos Rodríguez
Chancellor, City University of New York
205 East 42nd Street
New York, NY 10017

Dear Chancellor Rodriguez:

I write in strong support of the establishment of a dedicated Labor Museum in conjunction with the CUNY School of Labor and Urban Studies (SLU) that would provide immense educational benefits for New Yorkers and provide the School with much needed additional classroom space. The establishment of such a museum has long been a goal of labor leaders and would be a valuable addition to CUNY's ongoing efforts to reach beyond the classroom to engage the broader community in its educational mission.

The University recently leased additional space for SLU and that is making it possible for the School to re-open its library by moving faculty and staff who were temporarily housed at the library but School's substantial enrollment means that the acquisition of additional space remains a top priority. During a recent meeting with the Advisory Board, I was informed of a proposal using a multi-purpose approach that would provide for street-level visibility and create a unique opportunity to educate, inspire, and engage the public, especially those too young to be aware of the contributions and struggles of working people. It is my understanding that the Advisory Board is requesting that the University provide funding for the storefront and classrooms needed for the School as well as approving the use of the space as a Labor Museum during non-classroom hours. This is a very creative and efficient use of resources that will contribute significantly to the City and its labor movement.

I urge your approval of this request and thank you for your consideration. I also look forward to working with you on issues of shared concern in the future.

Sincerely,

Hon. Latoya Joyner
Member of the Assembly
Bronx, 77th District

cc.    Bill Thompson, Chair of the CUNY Board of Trustees
       Assembly Speaker Carl Heastie
       Assembly Member Debra Glick, Chair Higher Education Committee
       Members, CUNY School of Labor and Urban Studies Advisory Board

*Elizabeth Cohn*

Thank you, Chancellor and Board of Trustees, for allowing us to share our thoughts and concerns about this plan. I am Elizabeth Cohn, Rudin Professor for Nursing at Hunter College. I am also the recipient of millions of dollars in NIH funding to help improve care to our most vulnerable and underserved populations. I current share an office at Brookdale, one of my window is a garbage bag. *here is interesting, intermixed interest* *classroom little room for expanse Research are? tent?*

At a time when need to attract and support our nursing workforce and the admirable goals and aspirations of nurse researchers, this will delay and demoralize our faculty who have been working at Brookdale in its disrepair for years.

From a research standpoint, I am stymied. ~~For about the last five years,~~ *As part of NIH applications* schools have been including research facilities statements and it is part of the score of competitive applications. Recently people have been including pictures of their award-winning facilities, from meeting rooms and conference rooms to innovation labs and spaces. This plan has the potential to make us less competitive overall for grants at a time when schools like ours, and researchers who work on the social determinants of health are in high regard and high demand.

With vague planning and an uncertain timeline, I will have trouble articulating to the National Institutes of Health and the Robert Wood Johnson Foundation (my two largest funders) where and how we will carry out the proposed projects. Where a dedicated state of the art building could have increased our ability to be competitive, this plan may well set us back.

Please help us deliver the teaching and research that can grow our students, and the community engagement and improved health our communities deserve. *Thank you for you consideration.*

Hello my name is Bella Desgracia and I am a 2nd year Business Administration second at Guttman Community College and I am also an Admissions Abassador and president of PTK Beta Phi of the Gamma Chapter. Im here to testify today to the experience I have had at Guttman. My journy to Guttman was different from the average student, coming from Texas I was completley ignorant to the cultural society of New York City. And its CUNY system as a whole. The only reason I attend Guttman is because of a happy coincidental Google search that told me they were the best community college in the New York State "according to Niche". Within my year at attending Guttman I have been pleasantly suprised by the sense of comunity and academics that float down the halls. Within every classroom I have felt that my academics were put first rather than my toition. Guttmans active attention to my status as a student and future status have not gone unnoticed by me and others. I hope that in future years Guttman can maintain its character and charisma that inspire me to do better; to do my best. I hope that I can support Guttman in the way that they have suported me. I hope others can exsperienced college as I have, with respect, support, & community. Thank you for your attention.

**Testimony of Michael Green**
**Retire Professor of Chemistry, City College of New York**

**Before the Board of Trustees of the City University of New York**
**October 17, 2022**

There is a crisis in faculty hiring. Although I have been retired for four years, I was asked to teach (as an adjunct) the third-to-fourth year course I had taught the most of the 52 years I taught at CCNY, physical chemistry. Another course for seniors and master's students, inorganic chemistry, is still not assigned; a faculty member could be assigned, at the cost of finding someone else for the more difficult task of teaching the introductory course, and an adjunct is being sought at this time. The central problem is obvious: the CCNY Chemistry Department has not been allowed to hire since 2015 (except perhaps for faculty hired primarily for research at the ASRC), and there have been several retirements since then, including mine. The faculty shortage has become critical. If for some reason it were only this department, then it should be possible to cure the problem with a couple of hires. However, as far as I know, the problem is more general; if the problem is as general as it appears to be, the entire college, at least, and possibly the entire university, is at risk. While I am not aware of the reason for the hiring block, as far as I can see, the College, and perhaps the University, is being strangled. It no longer matters what the reason is, but there must be a cure quickly. It is not appropriate to be seeking adjuncts at the last moment for advanced courses. In such a case it is impossible to guarantee the quality of the instruction. I understand CCNY is to be allowed a grand total of eight tenure track hires, which probably does not cover retirements for a year. Lecturers are not much of an answer, as they do not fully participate in the department; as these are temporary positions, they may leave, and there is no guarantee that they will be replaced. Even if they are replaced, temporary faculty members cannot help a department to survive.

I'm John Gillooly, and I am a lecturer in the History Dept. at City College

I have four suggestions for improving the opportunities for and the welfare of lecturers, which I will first lay out, and then elaborate on point by point

1. Higher Pay

2. Additional Pay Steps to the pay schedule

3. Greater chance to move from the lecturer rank to a professorial track

4. A substantial increase in the number of full-time lecturers

As for higher pay: Lecturers have a heavy workload - four classes a semester - but their pay scale is below even that of assistant professors. The recent inflation is a reason for why all workers should get a raise. But in NYC, where housing costs have risen astronomically over the last few decades, the cost of living has risen so much higher.

A lecturer position is a terminal appointment. There is no chance to be promoted as with a professorial track, which also means higher pay. The lecturer track does contain a series of pay steps, but before long, a lecturer can find themselves at the top of the pay scale, without a chance of further step raises. So I'm asking that additional pay steps be added to the lecturer pay scale, in the interest of fairness but also as a way of enhancing the morale of longer-term teachers.

I would also ask that a path needs to be established making it easier for a lecturer to have their appointment converted to a tenure-track position. What I've seen at City College is that is almost impossible for a lecturer to move into a tenure-track. In my own department recently, a lecturer was able to be appointed as an assistant professor, but only after having his dissertation published on a top university press, and being offered a full-time position at Barnard College. There needs to be more opportunity for worthy candidates to move to a tenure track.

Finally, I would advocate in the strongest terms that CUNY continue to create full-time lectureships as a way of moving away from the current model in which the majority of classes are taught by adjuncts. More lectureships would not only would this mean that more teachers would be decently compensated, but students would benefit from having teachers who have already demonstrated their excellence in the classroom.



**Business Management**

Borough of Manhattan Community College
The City University of New York

245 Greenwich St., F730
New York, NY 10007
phone 212-220-8205
fax 212-220-1281

October 17, 2022

Dear Members of the Board,

I am Shawn Grant, an Assistant Professor in the Business Management Department of the Borough of Manhattan Community College. Thank you for this opportunity to share the amazing work that my colleagues and I are engaged in to support our students, made possible through grant funding provided by BMCC's President's Fund for Excellence and Innovation ("PFEI").

The President's fund was established through the generous $30 million dollar donation to BMCC by philanthropist MacKenzie Scott. It represents an investment by our institution to support the initiatives, innovations and ideas of the faculty and staff of BMCC with a view towards "increasing equity, fostering inclusion and dismantling systemic racism." Most importantly, it is a commitment to our students without whom none of us would be here today.

I serve on two of the seven grant projects that were selected in 2021 to receive funding through the President's Fund--the Anti-racist Pedagogy Project and the B-UMLA Pilot Program.

I have had the honor of leading the Anti-racist Pedagogy Project along with my colleagues, professors Kirsten Cole and Angela Polite. Our project provides a year-long series of workshops and other professional development for BMCC's faculty and staff. These workshops have strengthened our collective capacity to incorporate anti-racist practices into our work at the college with a view towards dismantling racism and bias in student engagement and increasing student belonging, and by doing so, raising the retention and graduation rates of our students. Our project utilizes a variety of strategies to strengthen the capacity of faculty and staff to implement anti-racist pedagogical practices across disciplines at BMCC. The Faculty Fellows component of the project offers customized department workshops and faculty coaching during the academic year. In 2022 we have offered 12 workshops for faculty, staff, and students, in addition to a week long, intensive, summer seminar for 36 members of the BMCC faculty.

We received additional funding through BMCC's through our partnership with the success program Conexiones to provide stipends to faculty and teaching staff participants in a monthly faculty and staff Inquiry Group focused on anti-racist pedagogy. My colleagues and I are grateful to the BRESI Counsel for choosing our project, the Impact of Anti-racist Professional Development, to receive a grant to support our summer research work to prepare a paper for publication on the Anti-racist Pedagogy Project that will give us an opportunity to share our work with other institutions who are seeking to foster anti-racist environments in higher education classrooms

PFEI grant funding has supported my colleagues and me in the development and operationalization of the B-UMLA program, a collaboration between the Business Management



**Business Management**

Borough of Manhattan Community College
The City University of New York

245 Greenwich St., F730
New York, NY 10007
phone 212-220-8205
fax 212-220-1281

Department and the Urban Male Leadership Academy ("UMLA") at BMCC to address the equity gaps in the retention and graduation rates of Black and Latino male business majors. The program provides individualized tutoring targeting student needs, peer, alumni, faculty, and professional mentoring, enhanced academic advising, career exploration and leadership workshops and supplemental instruction. The B-UMLA program also includes a comprehensive BMCC-to-Senior College pipeline in collaboration with Baruch College, Zicklin School of Business, the Baruch Academy As a member of the design team, along with Ashtian Holmes, Peter Hoontis, Yuleisy Audain and Azeez Alimi, we have focused our efforts on supporting our Black and Latino first year business majors, who experience the lowest rates of retention and the highest rates in which students receive a grade of D, F, withdraw from the course or receive an incomplete ("DFWI") in the Business Management Department. I have also contributed by leading the development of a faculty mentor program within the department, in which I also serve as a faculty mentor. Since its inception to date, the program has seen marked increases in the retention rates of business majors participating in the B-UMLA program as compared to business majors who do not participate in B-UMLA. Recent data indicates a retention rate of 77% for B-UMLA as compared to approximately 43% for business majors who do not participate in the program. The long term goal is to scale the program to other institutions.

All institutions of higher education must directly confront not just the symptoms, but the underlying disease of systemic and institutional racism which imbues education and perpetuates barriers to the success of our students. We must all recognize and acknowledge how bias has impacted and continues to impact both our learners' and our own experiences within academia so we can actively work to address these issues. I hope that this committee will commit to investing in fostering anti-racist teaching and learning communities throughout CUNY. Thank you.

Sincerely,

Shawn Grant
shgrant@bmcc.cuny.edu

**Testimony of Zoe Hu,**
**PSC Chapter Chair, CUNY Graduate Center**

**Before the Board of Trustees of the City University of New York**
**October 17, 2022**

My name is Zoe Hu, and I am the chair of the PSC's Graduate Center chapter. I am also a third-year PhD student at the GC, as well as an instructor at Hunter College.

I am a strong believer in the CUNY system, and in public higher education in general. It is my opinion that New York City benefits immeasurably from the talent that moves through CUNY—that CUNY equips all of us, workers and students, with the tools we need to become more deeply enmeshed in the fabric of the city and to alter that fabric for the better.

At the same time, as a graduate student, I see first hand the way CUNY is failing its workers. I see, also, the devastating impact this failure has on the university system as a whole.

So much of CUNY's functioning hinges on graduate students, who are by and large some of the system's most precarious workers. During their careers, GC workers like me are sent out to CUNY's various campuses to teach students and assist professors. We are the lifeblood that circulates through the entire system, ensuring its functioning and interconnection; often, in our teaching assignments, we are the first educators that undergraduates encounter, as the majority of our students are freshmen and sophomores. For these students we are the face of CUNY and what CUNY has to offer them.

And yet we are unable to do our work because our livelihoods are deteriorating. A recent study of graduate student wages and stipends found that, adjusted for cost of living, the Graduate Center's English department, where I study, ranks second to bottom in income. This is within the entire United States. Meaning that compared to all other English PhDs in the country, the Graduate Center's is the second-to-worst department in terms of an attendee's standard of living. Added together, my stipend and wages are around 28,000 a year, pre-tax. The average rent in Brooklyn right now is 3,000 dollars. It is a simple fact of math that one cannot survive in New York City on Graduate Center payment alone, even as one performs full-time Graduate Center work.

Furthermore, as an English PhD student I am lucky, for English is the rare department within the GC where all graduate students are fully funded—other GC PhDs have no stipend funding at all and are taking on two or three part-time jobs in addition to their teaching loads. It is easy to imagine what all of this does to our work as educators and researchers. Many graduate workers try extremely hard for their students, but they are still too overtaxed, too tired, not paid nearly enough. They are teaching fifty students in a room and being paid nothing for some of that work, because non-teaching hours—during which we grade, offer feedback, and do some of the most important aspects of educational labor—are often unremunerated. So the work suffers, as do the students.

Meanwhile, next door at NYU and Columbia, where graduate students recently went on strike, graduate workers make an average of 45,000 a year. The salary of Rutgers, a public university in a state where cost of living is lower, is 43,000 dollars. That CUNY pays its grad workers what it does is an embarrassment. It is an embarrassment for what is supposed to be one of the greatest public university systems in the country. And it means that prospective graduate students, many of whom do get accepted to the schools I mentioned, are no longer even considering CUNY as an option.

I obviously did not go into a CUNY graduate program for the money. I went to CUNY because, as I said, I believe in its values and mission. But everywhere I look, it feels as if my colleagues are barely able to

sustain themselves—they are taking seven, eight years to complete their PhDs. They are juggling multiple jobs. They are grading on subways. And the entire university is disadvantaged, greatly, because of it. As graduate workers we deserve not just a livable wage but a fair wage. It is time that CUNY leadership does the right thing—not just for us, but for the system as a whole. Thank you.

**Testimony of Geoffrey Kurtz**
**Associate Professor of Political Science, BMCC**

**Before the Board of Trustees of the City University of New York**
**October 17, 2022**

I am Geoffrey Kurtz, an Associate Professor of Political Science at BMCC and a PSC Community College Officer. In the past year, CUNY and the PSC were united in calling on State and City elected officials to support a major increase in CUNY funding. Our joint efforts helped to bring about the largest year-over-year increase in CUNY funding in decades. We owe it to our students, and to the communities from which they come, to continue that joint effort to transform our university. Today, I urge the Board of Trustees to craft a fiscal year 2022-2023 budget request to the State and City sufficient to fund a New Deal for CUNY -- sufficient to increase the full-time faculty to student ratio, professionalize adjunct pay, raise the ratio of mental health counselors and advisors to students to align it with national standards, invest in a capital renewal plan, and make CUNY tuition-free again. Trustees: I call on you to be bold in your vision for CUNY's budget. This is the year to win a New Deal for CUNY.

BOT Testimony, 10/17/22

Thank you, Chair Thompson, Trustees, for hearing this testimony, and thank you to my colleagues who are presenting and listening as well. I'm Penny Lewis, I teach at the School of Labor and Urban Studies and I am secretary of the Professional Staff Congress.

Last spring the union conducted a survey to learn about our membership's priorities for our next contract. More than anything, we heard one thing: CUNY needs a raise. Management clearly has the Board's support for higher salaries, as ~~today~~ you will likely approve appointments of dozens of administrators whose executive compensation plans considerably exceed that of tens of thousands of the professionals we represent at CUNY. Additionally, you will approve raises that bring salary increases of $30,000, even $90,000 ~~more~~ for some of the most senior management above their publicly listed salaries as of 2019-2020. If you believe management deserves this level of support and celebration, then surely our underpaid full-time faculty and staff, and our adjunct faculty who often struggle to afford even basic living expenses in NYC, deserve a substantial raise in the next contract. On behalf of our members, I ask that in your budget request, and in our contract negotiations, the Board bring the same enthusiasm and commitment to fair, competitive salaries for the thousands of employees who make CUNY run.

In our survey, members consistently demanded "salaries that are appropriate for the high cost of living in New York City"; as one put it, "Inflation is insane and our salaries are no longer livable. People are leaving because of this, and those of us who stay have even more work!" I am moved, but not surprised, to report that the only thing that our members prioritized higher than salaries was protecting quality education for CUNY students. All of us who work at CUNY have made extraordinary efforts over our careers, and especially the past two and a half years of the pandemic to continue to provide the best education to our amazing students, and to support them in every way we can.

And we know that adequate and competitive pay goes hand in hand with high quality education. ~~Our members~~ We do not effectively serve our students, teach our classes, run our labs and conduct our research when we are concerned about

making rent, paying tuition for our children's colleges, getting bills paid and putting food on the table. We have heard from department chairs about failed job searches and losing top candidates, because of uncompetitive salaries, especially for those relocating for the job. Our colleagues are leaving for better pay and more flexibility. [One chair told us of a dedicated, long-serving and successful colleague who was promoted to full professor during the pandemic, but who did not get any salary increase with the promotion—the college almost lost this colleague to another school with a better offer, until the union helped intervene to win a belated salary bump.] Our part-time faculty still do not receive equal pay for equal work, and many of our full-time titles, such as our CLIP and CUNY Start faculty and our College Lab Technicians, have salaries that are too low for NY and do not reflect their expertise and contributions to our university. Most of our members are at or near the top of their salary scales and are falling further behind as inflation soars.

[In the budget request for FY 2023/2024, we expect the Board to take seriously its responsibility to advocate on behalf of the needs of CUNY employees including PSC members. In contract settlements, this means seeking funds to cover real raises across the board that exceed inflation, and to address the ongoing inequities and considerable underpay faced by too many of our full-time and all of our part-time employees. Beyond raises, the Board should seek funding to promote Lab Technicians, whose workload increases as their roles grow in complexity. The Board should seek funding to continue hiring full-time faculty until the shortage is eliminated, and funding to continue to restructure adjunct pay so that all of the hours worked are compensated. The Board should seek funding to reward extraordinary service, to support research, to regularize salary increases with promotion and Certificates of Continuous Employment (CCEs). The Board must seek funding to pay for more and higher salary differentials for Higher Education Officers (HEOs) and the reclassifications that serve as promotions in the title, as HEOs have, like CLTs, been asked to do more and achieve higher, but with fewer colleagues and less  support.]

In short, we expect the trustees to recognize all of the essential , dedicated, innovative and brilliant labor our colleagues perform every day and that you insist, as we do, that our pay reflect it. Thank you.

Howard S. Meltzer, PhD
Professor of Music, BMCC-CUNY
Borough of Manhattan Community College
Fiterman Hall – F1130P
245 Greenwich Street
New York, New York 10007
October 13, 2022

To the Trustees of the City University of New York:

I returned to in-person teaching as soon as I could, returning to a full schedule of face-to-face classes in Fall 2021. Among the four courses I am teaching this semester is a General Education music survey class, Music and Western Society. It is running with six students, well below the usual size of sections of twenty-five I taught before the pandemic. Yet, I would maintain that this is among the most valuable classes I have taught in my entire career, a statement I make based on this experience.

At our meeting on October 3rd, that small group of students engaged with popular music from 16th Century Italy. In the course of the lesson, the students confronted questions of interpreting text, choices in representing images and concepts, but the discussion broadened into general questions about society in 16th Century Venice – publication and distribution of music in print, business contracts for publication, issues of intellectual property, finally a discussion of the Reformation and the conflicts that arose from that. I am recounting this not to demonstrate the breadth of the class or even to boast of the students' response, the pointed questions they asked, including one question about copyright that sent me back to scholarly writings in order to find the answer myself. Instead, it was the simple statement of an eighteen-year old first semester student who said "This is the first time I've been in a room with other students since before High School. I didn't meet anyone from my classes until we had an in-person graduation in June."

The pandemic has damaged an already fragile CUNY – at a department meeting yesterday, our chair delivered a dire report on the financial state of the College, and spoke ominously of cuts to vulnerable programs. Mayor Adams has intimated cuts to the Community College funding. As New York City struggles to regain its bearings post-pandemic, please keep in mind my eighteen-year old student who merely wants the opportunity to sit among his peers in a classroom. His desire is indicative of the strength, the resilience of our students who wish to participate in a return a more "normal" life. I urge the Board of Trustees to advocate full funding for the Community Colleges and the City University of New York as a whole.

Sincerely yours,

Howard S. Meltzer

Board of Trustees Testimony

Rebecca Smart BMCC/Baruch

Monday 10/17/2022

Dear Felix

Your salary: $745,311 My salary 62,240.00

(12 X higher than me).

On my Sunday, I start off with my homebrewed iced coffee, using the cheapest brand of coffee I find at the store, plus a little Café Bustelo. I cannot afford imported coffee.

I don't take a bike ride, because I don't own a bike, but also I am a bit scared of riding in NYC (I Live in Bay Ridge, not a posh suburb). But even if I did, I couldn't afford a Blue Trek!

I don't go to brunch, too expensive. Movies in the theater either.

My Sundays include house cleaning and grading, which I am not paid for, and adding that time to my total hours worked and then dividing it by my total salary, well it's a shit amount of pay, so I don't do that math. It's too depressing.

I can't call my mom, because she passed in 2018. The last time I had seen her was in the summer of 2017. At that time, she was in a nursing home in Oklahoma (where I am originally from). At the end of that visit, I promised I would be back to see her at Christmas, but then I couldn't really afford the trip. Nor could I afford to take time off and go see her when she went into hospice in January of 2018. When she passed on a Saturday in February, I took off two days, that Monday and Tuesday, one for each of the colleges where I work (Baruch and BMCC). My family postponed any memorial services until I was able to return to Oklahoma during spring break.

But I'm not here to talk about just me; y'all already know how hard it is for adjuncts and even with all the testimony given over the years with personal stories of hardship suffered by the exploited workers at CUNY, it just doesn't seem to move you.

So now I'll talk about a student. My daughter is 22, just a few years older than your sons!. She is not in currently in college. She began in the fall of 2019 at a school out of state, where she unfortunately was added to the list of young women who are sexually assaulted on campuses, so that horrible experience, plus the pandemic, led to her dropping out of that school. She moved in with me, in our one-bedroom apartment (Even though you sons are now away at college, do they still have their own bedrooms at your home? I assume they probably do, how lovely for them). After leaving school, my daughter began working as a nanny while also attending Brooklyn College. She was constantly frustrated to the point of tears by the lack of people who she was able to speak to in person, whether it be about enrollment or financial aid. In the end, it was too difficult for her to deal with all the complications of navigating BC's processes online and she declined to re-enroll for a second year.

This past April, she was on the northbound R train that was boarded by all the subway riders who had been injured by the shooter on the southbound subway train, and assisted in preventing the bleeding of one of those injured persons.

So, as you can imagine, my daughter has quite a bit of trauma from the past several years. She really could use a therapist. But she is having great difficulty finding a therapist that accepts NY Health Plus, which is the only health insurance we can afford for her; to add her to my plan would cost $1000/month.

So she is staying out of college for now, because she has limited monies left. Her father had some monies saved for her, but it is not enough to finish even a bachelors without taking on debt. I am unable to help with more than just a bit of cash here and there, because I barely make enough to cover my month to month expenses.

I have worked for CUNY, first as a graduate student and then as an adjunct, for almost 25 years. For the last 5-10 years, I have taught a more than full-time teaching load, and most of it at CUNY. My current schedule is 4 classes in each regular semester, plus a course in the winter intersession and two summer classes. That's a total of 11 classes a year. I am currently seeking more classes, so I can increase my income and maybe make it up to around $70,000 (bringing me up from 1/12th of what you make to almost 1/10th!).

Let me reiterate, in case you missed it: I work for CUNY, for all intents and purposes, full-time, but cannot afford to send my own child to CUNY.

Maybe there's nothing you can do to get me to a place where I can have Sundays like you. I didn't go to Yale or Columbia, I went to the University of Oklahoma (BOOMER SOONER), where I received a BA and MS in psychology. I moved to NYC to get my PhD at the CUNY Grad Center, but the aforementioned daughter arrived before I finished it, and I haven't been able to get back to it. I have neither the money or the time do finish my PhD, but I'm hoping at least I can get to a point where I can make enough to help my daughter.

You and the Board say you care about students. Both my daughter and I were CUNY students, but no longer are. I hear a lot of talk about increasing retention and graduation rates. But I don't see the solution for myself and my daughter to get back on track so that we can both graduate. Any suggestions?

**Testimony of Lynne Turner**
**Adjunct Lecturer, LaGuardia Community College**
**Doctoral Candidate in Sociology, Graduate Center**
**PSC-CUNY Officer for Part-time Personnel**
**CUNY Board of Trustees Manhattan Borough Hearing**
**October 17, 2022**

CUNY is emerging from the pandemic at the intersection of two dueling futures. The first is the ongoing danger of deepened austerity, underfunding, and the vicious cycle of under-enrollment, class cancellations, oversized classes, layoffs and cuts, thereby prompting further declines in retention, future enrollment, and student success.  The second is the promised realization of the fully funded, equitable university that CUNY students, workers and communities need and deserve.

As the CUNY Board of Trustees, it is your responsibility to nurture a thriving, accessible public university system, and to advance and advocate for the robust New York State and City budgets to make it so. It is further your responsibility to ensure that the adjunct faculty that teach the majority of CUNY's courses are rewarded for their invaluable contribution to NYC's working-class students through livable compensation, secure employment, and priority opportunity to secure full-time employment as new faculty positions become available.

In the months to come, my union the PSC CUNY, will augment our campaigning for full funding and New Deal for CUNY legislation, as we simultaneously enter contract bargaining. We call upon you, the Board of Trustees, to set your sights high and put forward a budget request commensurate with the "Greatest Urban University in the World." And then fight for it. Make these more than talking points. They must be and remain the urgently necessary reality.

FELICIA WHARTON
PSC TREASURER

Good evening. My name is Felicia Wharton. I am the treasurer of the professional staff Congress. And a doctoral lecturer at the Brooklyn Educational Opportunity Center, administered by New York City College of Technology.

We are excited about the Life Science Hub that will anchor the Hunter School of Nursing and the School of Health Professions and the many opportunities created by bringing together multiple institutions. However, our concern is that many faculty, staff, and students are barely hanging on in crumbling and dangerous working and learning conditions at many other campuses. At Hunter College, my alma mater, the Biology, and Chemistry Departments have a challenging time retaining faculty because of the state of facilities - some of our colleagues have left. For years, the faculty and staff have been hoping construction would resume at the building on 74th Street as set out in CUNY's master plan. Again, we were hopeful after fighting hard to get more resources from Albany. With no delays, we understand that it would be -- 2031 before this project, including a sea wall, would be complete. We need relief NOW -- it's overdue. Given this new plan, will you relocate faculty and staff working in Brookdale as soon as possible rather than when construction potentially begins a few years from now?

Brooklyn College is another campus with severe infrastructure needs. Again poorly maintained labs have enabled the recruitment of grad students in the biology department, and it was reported that a professor wears a helmet in case tiles fall from the ceiling in Boylan hall. I, too, share my colleagues' fear because while teaching at the BEOC, the projector screen came loose, and I was hit on the hand. Luckily, I was not seriously injured. Another issue I would like to bring to your attention is the mold found on campuses. Bronx Community College, City Tech, and the BEOC are three campuses where mold was found. This is unacceptable. I find that the administration does not remediate the issue properly because why is the mold reappearing? Also, they need transparency on how the issue is being remediated. I am here to say that the conditions in which we work and students learn are in dire need of repairs, which sends a message that we are not valued. Faculty, staff, and students do not feel safe. Look at the many social media feeds that document the crumbling infrastructure of CUNY.

Increasing CUNY's capital budget in next year's budget request is essential to mediate the backlog of major repairs that our buildings, many of which are 50-plus years old. This is essential to retaining and recruiting potential faculty, staff, and students to the people's university.

**Resolution to Build a Centralized Payment System
for CUNY Graduate Center Doctoral and Master's Students
to Ensure Timely Payment and Consistent Teaching Workload across the Senior Colleges**

*Adopted by the Doctoral and Graduate Students' Council (DGSC) on February 18th, 2022*
*Endorsed by the PSC-Graduate Center Executive Committee*
*Co-sponsored by the University Student Senate (USS), the Undergraduate Student Government at Baruch College, the College of Staten Island Student Government, Brooklyn College Undergraduate Student Government (USG), and John Jay College of Criminal Justice Student Council*

To the attention of:
CUNY Chancellor, Félix V. Matos Rodríguez
CUNY University Provost, Wendy F. Hensel
Graduate Center President, Robin L. Garrell
Graduate Center Provost, Steve Everett

WHEREAS, City University of New York Graduate Center (hereinafter "CUNY GC") doctoral and master's students that are admitted to their programs with funding packages are legally guaranteed timely payment of said funding as well as a consistent work schedule and safe working conditions, and

WHEREAS, during their first year of study, some CUNY GC doctoral and master's students receive funding solely from CUNY GC, and

WHEREAS, after the first year of study, some CUNY GC doctoral and master's students' funding source changes so that they receive their funding via alternative sources (either through senior colleges or thesis advisors rather than directly from CUNY GC), and

WHEREAS, this funding structure (hereinafter "Non-Centralized Payment System") not only applies to bench science doctoral (biology, biochemistry, chemistry, physics, computer science, and earth and environmental sciences) and master's students (astrophysics), but also may apply to doctoral and master's students from other departments at CUNY GC, and

WHEREAS, the Non-Centralized Payment System frequently results in late paychecks, missing paychecks, or underpayment, and

WHEREAS, even within the same department, different CUNY GC doctoral students have different teaching workloads at the senior colleges, where some are assigned one class per semester and others are assigned multiple classes per semester, class size at one senior college could be twice as the other college, and

WHEREAS, this Non-Centralized Payment System and its corresponding inconsistent teaching workload requires coordination among CUNY GC, multiple senior colleges, and CUNY Central, and

WHEREAS, many CUNY GC doctoral students are worried about standing up for themselves when faced with late paychecks, missing paychecks, underpayment, or inconsistent teaching workloads at senior colleges, out of fear of retaliation or damaging the relations with either the senior college or their doctoral and master's thesis advisor, and

WHEREAS, a system which consistently mishandles its employees' payment is exploitative and can negatively impact students' wellbeing, for example some CUNY GC doctoral students have lost housing and experienced food scarcity due to Non-Centralized Payment complications, and

WHEREAS, when CUNY GC doctoral students are being exploited to the point of being unable to house and feed themselves, they are unable to properly support the CUNY undergraduate students for whom they are responsible, and

WHEREAS, it is bad branding for CUNY to allow its GC doctoral students to experience housing instability and food scarcity, and may drive away future students who may apply to CUNY GC, and

WHEREAS, at this time, CUNY GC is unable to monitor some of CUNY GC doctoral and master's students' bi-weekly paycheck after their first year of study because doctoral and master students' bi-weekly paycheck was from either the senior college or the doctoral and master student's thesis advisor as a result of the Non-Centralized Payment System, let it be

RESOLVED, we demand the CUNY GC President and Provost take the lead in moving towards a centralized payment system to track all doctoral and master's students' bi-weekly paycheck breakdown to ensure on time and correct bi-weekly paychecks and to further guarantee consistent teaching workload across the senior colleges; and let it be

FURTHER RESOLVED, we demand the CUNY Chancellor and other members of the administration at CUNY Central, including the University Provost, coordinate with each of the CUNY GC and senior college Presidents and Provosts to build a Centralized Payment System for all CUNY GC doctoral and master's students to ensure timely, accurate, and consistent bi-weekly payments throughout the academic year; and let it be,

FINALLY RESOLVED, we demand issues with CUNY GC doctoral and master's students' timeliness of paychecks and consistency of teaching workload be coordinated at the level of CUNY Central in the interim period while the centralized payment system is being built.