UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSAVA SCIENCES, INC., <br><br>         Plaintiff, <br><br> v. <br><br> DAVID BREDT; GEOFFREY PITT; QUINTESSENTIAL CAPITAL MANAGEMENT LLC; ADRIAN HEILBUT; JESSE BRODKIN; ENEA MILIORIS; and PATRICK MARKEY, <br><br>         Defendants. | Civil Action No. 22-cv-9409 |

## NOTICE OF SEPARATE FILING

The attached exhibits accompany the First Amended Complaint (Dkt. #30) as referenced in the Index of Exhibits (Dkt. #30-2). Due to technical difficulties with CM/ECF, the exhibits accompanying the First Amended Complaint could not all be filed as attachments to the First Amended Complaint. Accordingly, the exhibits are being filed in separate docket entries as attachments to this Notice to ensure contemporaneous filing with the First Amended Complaint.

Dated: Nov. 4, 2022

                                               */s/ Matthew J. Langley*
                                               Matthew J. Langley
                                                  MLangley@beneschlaw.com
                                                  New York Registration No. 4831749

                                       J. Erik Connolly (*pro hac vice forthcoming*)
                                                 EConnolly@beneschlaw.com
                                                 Illinois ARDC No. 6269558
                                       Timothy Frey (*pro hac vice forthcoming*)
                                                 Illinois ARDC No. 6303335
                                                 TFrey@beneschlaw.com
                                       Kate Watson Moss (*pro hac vice forthcoming*)

kwatsonmoss@beneschlaw.com
Illinois ARDC No. 6321176
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

2