# EXHIBIT 47



## Cassava Sciences to Present at SVB Leerink Global Healthcare Conference

February 23, 2021

AUSTIN, Texas, Feb. 23, 2021 (GLOBE NEWSWIRE) -- Cassava Sciences, Inc. (Nasdaq: SAVA), a clinical-stage biotechnology company developing product candidates for Alzheimer's disease, has been invited to present at the 10th Annual SVB Leerink Global Healthcare Conference.

Remi Barbier, President & CEO, and Eric Schoen, Chief Financial Officer, are scheduled to present on Thursday, February 25th at 2:20pm Eastern time and will participate in virtual one-on-one meetings with institutional analysts and investors throughout the conference.

The live webcast of Cassava Sciences' presentation can be accessed under the 'Investors' tab at     www.CassavaSciences.com and will be available for replay through May 26, 2021.

**About Alzheimer's Disease**
Alzheimer's disease is a progressive brain disorder that destroys memory and thinking skills. Currently, there are no drug therapies to halt Alzheimer's disease, much less reverse its course. As of 2020, there were approximately 50 million people worldwide living with dementia, a figure expected to increase to 150 million by 2050.[1] The annual global cost of dementia is now above $1 trillion, according to *Alzheimer's Disease International*, a charitable organization.

**About Simufilam, the Company's Lead Drug Candidate**
Simufilam is a proprietary, small molecule (oral) drug that restores the normal shape and function of altered filamin A (FLNA), a scaffolding protein, in the brain. Altered FLNA in the brain disrupts the normal function of neurons, leading to Alzheimer's pathology, neurodegeneration and neuroinflammation. The underlying science for simufilam is published in peer-reviewed journals, including *Journal of Neuroscience*, *Neurobiology of Aging*, *Journal of Biological Chemistry, Neuroimmunology and Neuroinflammation* and *Journal of Prevention of Alzheimer's Disease*. Cassava Sciences is also developing an investigational diagnostic, called SavaDx, to detect Alzheimer's disease with a simple blood test. Simufilam and SavaDx were both developed in-house. Both product candidates are substantially funded by peer-review research grant awards from the National Institutes of Health (NIH). Cassava Sciences owns worldwide development and commercial rights to its research programs in Alzheimer's disease, and related technologies, without royalty obligations to any third party.

**About Cassava Sciences, Inc.**
Cassava Sciences' mission is to discover and develop innovations for chronic, neurodegenerative conditions. Over the past 10 years, Cassava Sciences has combined state-of-the-art technology with new insights in neurobiology to develop novel solutions for Alzheimer's disease. For more information, please visit: https://www.CassavaSciences.com

**For More Information Contact:**
Eric Schoen, Chief Financial Officer
eschoen@CassavaSciences.com
(512) 501-2450

_____

[1] Alzheimer's Disease International, Dementia Statistics, available on-line and accessed February 20, 2021:
https://www.alzint.org/about/dementia-facts-figures/dementia-statistics/



Source: Cassava Sciences, Inc.