UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASSAVA SCIENCES, INC.,

     Plaintiff,

v.

DAVID BREDT; GEOFFREY PITT;
QUINTESSENTIAL CAPITAL
MANAGEMENT LLC; ADRIAN HEILBUT;
JESSE BRODKIN; ENEA MILIORIS; and
PATRICK MARKEY,

     Defendants.

Civil Action No. 22-cv-9409

## NOTICE OF SEPARATE FILING

The attached exhibits accompany the First Amended Complaint (Dkt. #30) as referenced in the Index of Exhibits (Dkt. #30-2). Due to technical difficulties with CM/ECF, the exhibits accompanying the First Amended Complaint could not all be filed as attachments to the First Amended Complaint. Accordingly, the exhibits are being filed in separate docket entries as attachments to this Notice to ensure contemporaneous filing with the First Amended Complaint.

Dated: Nov. 4, 2022

/s/ Matthew J. Langley
Matthew J. Langley
    MLangley@beneschlaw.com
    New York Registration No. 4831749

J. Erik Connolly (*pro hac vice forthcoming*)
    EConnolly@beneschlaw.com
    Illinois ARDC No. 6269558
Timothy Frey (*pro hac vice forthcoming*)
    Illinois ARDC No. 6303335
    TFrey@beneschlaw.com
Kate Watson Moss (*pro hac vice forthcoming*)

kwatsonmoss@beneschlaw.com
Illinois ARDC No. 6321176
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949