# EXHIBIT 103

   



Meeting Report | Neurosciences

# Glutamate-induced Hyperactivity of NMDA ion channel in Postmortem Alzheimer's Disease Brains

Nehal Shah and Jogeshwar Mukherjee

Journal of Nuclear Medicine May 2015, 56 (supplement 3) 411;

Article | Info & Metrics

## Abstract

**411**

**Objectives** The N-Methyl-D-Aspartate (NMDA) receptor may be adversely affected in Alzheimer's Disease (AD) brains due to neurodegeneration. We report $^3$H-MK801 autoradiographic studies in postmortem AD brains of the NMDA receptor ion-channel activity using glutamate (GLU), glycine (GLY), GLY site agonist serine (SER) and partial agonist 1-amino cyclopropane carboxylic acid (ACC).

**Methods** Human postmortem frontal cortex (FC) brain sections (AD, n=6, age 82-90, SP Stage C and controls (CL), n=6; age 85-88 SP Stage 0-A ) were obtained from Banner Health and sliced (10 mm) using a Leica cryotome. Adjacent brain slices were incubated in 10 mM GLU, GLY, ACC, or SER, or GLU combinations thereof in 5mM Tris/pH 7.4 buffer and $^3$H-MK801 (0.017mCi/cc) at 37°$^C$ for 2 hr. Non-specific binding was measured using standard MK-801 (10 mM). Using the Optiquant program, regions of interest were drawn and digital light units/mm$^2$ (DLU/mm$^2$) were used to quantify the percentage change in $^3$H-MK801.

**Results** At baseline, AD FC was 1.7 times higher than CL. Added GLU showed a 1.4 fold increase in CL while AD FC showed a 2.3-fold increase compared to baseline. Thus, in the presence of GLU, AD FC increased significantly

10/31/22, 9:06 PM     Glutamate-induced Hyperactivity of NMDA Receptor in Postmortem Alzheimer's Disease Brains | Journal of Nuclear Medicine

Case 1:22-cv-09409-GHW-OTW Document 39-3 Filed 11/04/22 Page 3 of 4

(3.5 fold) compared to CL. In the presence of GLY and SER, CL showed a greater increase in binding (>2 fold) compared to AD. However, this difference in GLY and SER was suppressed in the added presence of GLU. ACC had similar effects as GLU (2.6 fold compared to CL). These results indicate a significant increase in GLU-induced $^3$H-MK801 binding in AD brains, while little effect was seen in the presence of GLY, suggesting an anomalous GLY site in AD.

**Conclusions** Our preliminary results indicate that NMDA receptor activity is increased significantly in AD brains in the presence of GLU. Although NMDA ion-channel blocker, memantine, is used therapeutically in advanced AD, our findings suggest that diagnostic and therapeutic targeting of the ion-channel, GLU site, and GLY site may be appropriate in further refining diagnosis and treatment of mild to severe AD.

**Research Support** NIH AG 029479



◀ Previous

⌃ Back to top

**In this issue**

Journal of Nuclear Medicine
Vol. 56, Issue supplement 3
May 1, 2015
Table of Contents
Index by author

⚠ Article Alerts

✉ Email Article

🌐 Citation Tools

↪ Share

Tweet

Like 0

🔖 Bookmark this article

▼ **Related Articles**

*No related articles found.*

Google Scholar

▶ **Cited By...**

▶ **More in this TOC Section**

10/31/22, 9:06 PM    Glutamate-induced hyperactivity of NMDA receptors in postmortem Alzheimer's disease brain | Journal of Nuclear Medicine

Case 1:22-cv-09409-GHW-OTW   Document 39-3   Filed 11/04/22   Page 4 of 4

▶ **Similar Articles**

**We recommend**

Suppression of acetylcholine breakdown by butyrylcholinesterase inhibitor in postmortem Alzheimer's disease brain
Sharon Kuruvilla, J Nucl Med, 2014

Evaluation of serotonin 5HT1A receptors in postmortem Alzheimer's disease brains
Alisha Bajwa et al., J Nucl Med, 2013

Alteration in serotonin 5HT2A receptors and dopamine D2-like receptors in human Alzheimer's disease brains
Archana Venugopal et al., J Nucl Med, 2014

Preliminary studies of [99mTc]-memantine derivatives for NMDA receptors binding and vitro nerve cell uptake assay
Xingqin Zhou et al., J Nucl Med, 2012

Feasibility of using radiofluorinated perisynaptic calcium channel ligands to image early neurodegeneration
Nwe Linn Htet et al., J Nucl Med, 2007

Receptor and Transduction Processes for Umami Taste
Joseph G. Brand, The Journal of Nutrition, 2000

Regulation of Na-K-Cl cotransport in cultured canine airway epithelia: a [3H]bumetanide binding study
M. Haas et al., American Journal of Physiology - Cell Physiology, 1990

Functional NMDA receptors in rat erythrocytes
Asya Makhro et al., American Journal of Physiology - Cell Physiology, 2010

SARS-CoV-2 Omicron variant: Characteristics and prevention
Xuemei He et al., MedComm, 2021

Crystal structure of a heterotetrameric NMDA receptor ion channel
Erkan Karakas et al., Science, 2014

Powered by TRENDMD

SNM
MI

© 2022 Journal of Nuclear Medicine