```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
CASSAVA SCIENCES, INC.,                                        :
:
                              Plaintiff,                        :       1:22-cv-9409-GHW
:
           -v -                                                 :       ORDER REFERRING CASE
:       TO MAGISTRATE JUDGE
DAVID BREDT, *et al.*,                                         :
:
                              Defendants.                       :
:
-------------------------------------------------------------- X

The above entitled action is referred to a United States magistrate judge for the following purpose:

__X__ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific non-dispositive motion/dispute:


If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement

___ Inquest after default/damages hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas corpus

___ Social Security

__X__ Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

        Particular motion:
        _____
        _____

        All such motions: _____X_____

SO ORDERED.

Dated: November 7, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge