# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASSAVA SCIENCES, INC.,

      Plaintiff,

v.

DAVID BREDT; GEOFFREY PITT;
QUINTESSENTIAL CAPITAL
MANAGEMENT LLC; ADRIAN HEILBUT;
JESSE BRODKIN; ENEA MILIORIS; and
PATRICK MARKEY,

      Defendants.

Civil Action No. 22-cv-9409

Judge Gregory H. Woods

**ORDER FOR ADMISSION *PRO HAC VICE* OF J. ERIK CONNOLLY**

      The motion of J. Erik Connolly for admission to practice Pro Hac Vice in the above-captioned matter is GRANTED.

      Applicant has declared that he is a member in good standing of the Bar of Illinois, and that his contact information is as follows:

      J. Erik Connolly
      Benesch, Friedlander, Coplan & Aronoff LLP
      71 South Wacker Drive, Suite 1600
      Chicago, IL 60606
      Telephone: (312) 212-4949

      Applicant having requested admission Pro Hac Vice for all purposes as counsel for Plaintiff Cassava Sciences, Inc. in the above-entitled action.

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                _____
                                  United States District/Magistrate Judge