UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSAVA SCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID BREDT; GEOFFREY PITT; QUINTESSENTIAL CAPITAL MANAGEMENT LLC; ADRIAN HEILBUT; JESSE BRODKIN; ENEA MILIORIS; and PATRICK MARKEY, <br><br> Defendants. | Civil Action No. 22-cv-9409 <br><br> Judge Gregory H. Woods <br><br> **MOTION FOR ADMISSION *PRO HAC VICE* OF TIMOTHY FREY** |

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Timothy Frey hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff Cassava Sciences, Inc. in the above-captioned action.

I am a member in good standing of the Bar of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony, censured, suspended, disbarred, or denied admission or readmission by any court.

Attached as **Exhibit "A"** is a Certificate of Good Standing issued by the Supreme Court of Illinois.

Attached as **"Exhibit "B"** is my Affidavit pursuant to Local Rule 1.3.

Attached as **Exhibit "C"** is the text of a proposed Order.

WHEREFORE, for the reasons stated above, I respectfully move the Court to grant this motion.

Dated:  November 15, 2022

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Timothy Frey*
_____
Timothy Frey (*pro hac vice forthcoming*)
Illinois ARDC No. 6303335
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile:  (312) 767-9192
Email:  TFrey@beneschlaw.com

Matthew J. Langley
(New York Registration No. 4831749)
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile:  (312) 767-9192
Email:  MLangely@beneschlaw.com

J. Erik Connolly (*pro hac vice forthcoming)*
Illinois ARDC No. 6269558
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile:  (312) 767-9192
Email:  EConnolly@beneschlaw.com

Kate Watson Moss (*pro hac vice forthcoming*)
Illinois ARDC No. 6321176
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile:  (312) 767-9192
Email:  KWatsonMoss@beneschlaw.com

*Attorneys for Plaintiff Cassava Sciences, Inc.*