# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSAVA SCIENCES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BREDT; GEOFFREY PITT; QUINTESSENTIAL CAPITAL MANAGEMENT LLC; ADRIAN HEILBUT; JESSE BRODKIN; ENEA MILIORIS; and PATRICK MARKEY,<br><br>Defendants. | Civil Action No. 22-cv-9409<br><br>Judge Gregory H. Woods<br><br>**AFFIDAVIT OF TIMOTHY FREY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

**STATE OF ILLINOIS** )
                      )SS:
**COUNTY OF COOK**    )

TIMOTHY FREY, being first duly sworn, deposes and states as follows:

1. I am an attorney in good standing in the State of Illinois. I submit this affidavit in accordance with the Court's requirements for admission *pro hac vice* and state the following.

2. I am a partner at the law firm Benesch, Friedlander, Coplan, & Aronoff LLP, counsel for Plaintiff Cassava Sciences, Inc. in the above-captioned matter.

3. My office address and telephone number is:

   71 South Wacker Drive, Suite 1600
   Chicago, IL 60606
   Telephone: (312) 212-4949

4. I am admitted to the Bar of the State of Illinois. I am a member in good standing of the following courts: Illinois State Courts, the United States District Court for the Northern District of Illinois; and the United States District Court for the Central District of Illinois.

5. I am currently in good standing with all states, courts and bars in which I am admitted.

6. I have never been convicted of a felony. I have never been disbarred or denied admission or readmission by any court.

7. There are no disciplinary proceedings pending against me in any court or state bar.

8. A certificate of good standing issued within 30 days from the Supreme Court of Illinois is filed contemporaneously herewith.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Chicago, Illinois, on November 15, 2022.

                                                     Timothy Frey
                                                     Illinois ARDC No. 6303335

STATE OF ILLINOIS    )
                           )ss:
COUNTY OF COOK    )

SWORN TO BEFORE ME, a notary public in and for the State of Illinois this 15th day of November, 2022.

                                                   Notary Public
                                                   (My Commission Expires April 27, 2026)

[SEAL

```
THOMASINA DANIEL
Official Seal
Notary Public - State of Illinois
My Commission Expires Apr 27, 2026
```

2