# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSAVA SCIENCES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID BREDT; GEOFFREY PITT; QUINTESSENTIAL CAPITAL MANAGEMENT LLC; ADRIAN HEILBUT; JESSE BRODKIN; ENEA MILIORIS; and PATRICK MARKEY,<br><br>    Defendants. | Civil Action No. 22-cv-9409<br><br>Judge Gregory H. Woods<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* OF TIMOTHY FREY** |

The motion of Timothy Frey for admission to practice Pro Hac Vice in the above-captioned matter is GRANTED.

Applicant has declared that he is a member in good standing of the Bar of Illinois, and that his contact information is as follows:

>Timothy Frey
>Benesch, Friedlander, Coplan & Aronoff LLP
>71 South Wacker Drive, Suite 1600
>Chicago, IL 60606
>Telephone: (312) 212-4949

Applicant having requested admission Pro Hac Vice for all purposes as counsel for Plaintiff Cassava Sciences, Inc. in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____
United States District/Magistrate Judge