# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSAVA SCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID BREDT; GEOFFREY PITT; QUINTESSENTIAL CAPITAL MANAGEMENT LLC; ADRIAN HEILBUT; JESSE BRODKIN; ENEA MILIORIS; and PATRICK MARKEY, <br><br> Defendants. | Civil Action No. 22-cv-9409 <br><br> Judge Gregory H. Woods <br><br> **AFFIDAVIT OF KATE WATSON MOSS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

**STATE OF ILLINOS**          )
                              )SS:
**COUNTY OF COOK**            )

KATE WATSON MOSS, being duly sworn, deposes and states as follows:

1. I am an attorney in good standing in the State of Illinois. I submit this affidavit in accordance with the Court's requirements for admission *pro hac vice* and state the following.

2. I am an associate at the law firm Benesch, Friedlander, Coplan, and Aronoff LLP, counsel for Plaintiff Cassava Sciences, Inc. in the above-captioned matter.

3. My office address and telephone number is:

    71 South Wacker Drive, Suite 1600
    Chicago, IL 60606
    Telephone: (312) 212-4949

4. I am admitted to the Bar of the State of Illinois. I am a member in good standing of the following courts: Illinois State Court and the United States District Court for the Northern District of Illinois.

5. I am currently in good standing with all states, courts, and bars in which I am admitted.

6. I have never been convicted of a felony. I have never been disbarred or denied admission or readmission by any court.

7. There are no disciplinary proceedings pending against me in any court or state bar.

8. A certificate of good standing issued within 30 days from the Supreme Court of Illinois is filed contemporaneously herewith.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Chicago, Illinois on November 15, 2022.

_____
Kate Watson Moss
Illinois ARDC No. 6321176


STATE OF ILLINOIS    )
                     )ss:
COUNTY OF COOK       )

SWORN TO BEFORE ME, a notary public in and for the State of Illinois this 15th day of November, 2022.

_____
Notary Public
(My Commission Expires April 27, 2026)

[SEAL]

THOMASINA DANIEL
Official Seal
Notary Public - State of Illinois
My Commission Expires Apr 27, 2026

2