# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASSAVA SCIENCES, INC.,

      Plaintiff,

v.

DAVID BREDT; GEOFFREY PITT;
QUINTESSENTIAL CAPITAL
MANAGEMENT LLC; ADRIAN HEILBUT;
JESSE BRODKIN; ENEA MILIORIS; and
PATRICK MARKEY,

      Defendants.

Civil Action No. 22-cv-9409

Judge Gregory H. Woods

**ORDER FOR ADMISSION *PRO HAC VICE* OF KATE WATSON MOSS**

The motion of Kate Watson Moss for admission to practice *Pro Hac Vice* in the above-captioned matter is GRANTED.

Applicant has declared that she is a member in good standing of the Bar of Illinois, and that her contact information is as follows:

> Kate Watson Moss
> Benesch, Friedlander, Coplan & Aronoff LLP
> 71 South Wacker Drive, Suite 1600
> Chicago, IL 60606
> Telephone: (312) 212-4949

Applicant has requested admission *Pro Hac Vice* for all purposes as counsel for Plaintiff Cassava Sciences, Inc. in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                             _____
                                             United States District/Magistrate Judge