UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 22-cv-9409
Date Filed: 11/03/2022

**AFFIDAVIT OF SERVICE**

Cassava Sciences, Inc.

    Plaintiff/Petitioner,

vs.

David Bredt, et al.

    Defendant/Respondent.

---

State of New Jersey
County of Somerset   ss.

I, **James Swickle**, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action

On **11/12/2022** at **10:01 AM**, I served the within **SUMMONS IN A CIVIL ACTION, COMPLAINT JURY TRIAL DEMANDED, FIRST AMENDED COMPLAINT JURY TRIAL DEMANDED, APPENDIX & EXHIBITS, AND SUPPORTING DOCUMENTS** on Jesse Brodkin at 67 Maple Run, Basking Ridge, NJ 07920 in the manner indicated below:

By delivering to the within named person a true copy of this process and informing the person of the contents.

Description of person served:
**Sex:** Male - **Age:** 50's - **Skin:** White - **Hair:** Gray - **Height:** 5'9 - **Weight:** 190lbs

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on this
___14___ day of ___November___, 2022
by an affiant who is personally known to me
or produced identification.

_Debra J. Wurst_
NOTARY PUBLIC

X _____
James Swickle - Process Server
J & K Investigative Services Inc
P.O. Box 88
Somerville, NJ 08876
908-707-1900
Atty File#: - Our File# **103975**

DEBRA L. WURST
NOTARY PUBLIC OF NEW JERSEY
Commission # 50115701
My Commission Expires 10/28/2024

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| CASSAVA SCIENCES, INC. <br><br> *Plaintiff(s)* <br> v. <br> DAVID BREDT; GEOFFREY PITT; QUINTESSENTIAL CAPITAL MANAGEMENT LLC; ADRIAN HEILBUT; JESSE BRODKIN; ENEA MILIORIS; and PATRICK MARKEY, <br> *Defendant(s)* | Civil Action No. 22-cv-9409 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JESSE BRODKIN
67 MAPLE RUN
BASKING RIDGE, NJ 07920-1041
SOMERSET COUNTY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew J. Langley
Benesch Friedlander Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637
312-624-6408
mlangley@beneschlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/03/2022                                    /S/ V. BRAHIMI
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: