AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-9409

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **DAVID BREDT   W/M/40S/5'6"/190LBS** was received by me on *(date)* **11/09/2022**.

☑ I personally served the summons on the individual at *(place)* **7159 COUNTRY CLUB DRIVE LA JOLLA, CA 92037** at **11:25 AM** on *(date)* **11/12/2022**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: **ADDITIONAL DOCUMENTS SERVED: FIRST AMENDED COMPLAINT; COMPLAINT; APPENDIX AND EXHIBIT INDEX**

My fees are $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **11/14/2022**

*Kelly Hairgrove*
*Server's signature*

**KELLY HAIRGROVE SAN DIEGO R.P.S. #1874**
*Printed name and title*

**SAN DIEGO SERVICE OF PROCESS**
**2445 MORENA BLVD. #201**
**SAN DIEGO, CA 92110**
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| CASSAVA SCIENCES, INC. <br><br> *Plaintiff(s)* <br> v. <br> DAVID BREDT; GEOFFREY PITT; QUINTESSENTIAL CAPITAL MANAGEMENT LLC; ADRIAN HEILBUT; JESSE BRODKIN; ENEA MILIORIS; and PATRICK MARKEY, <br> *Defendant(s)* | Civil Action No. 22-cv-9409 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DAVID BREDT
7159 COUNTRY CLUB DR
LA JOLLA, CA 92037-5612
SAN DIEGO COUNTY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew J. Langley
Benesch Friedlander Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637
312-624-6408
mlangley@beneschlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/03/2022 /S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: