AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| CASSAVA SCIENCES, INC. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-9409 |
| DAVID BREDT, GEOFFREY PITT, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David Bredt and Geoffrey Pitt .

Date: 11/28/2022

/s/ Meghan K. Spillane
*Attorney's signature*

Meghan K. Spillane (MS9564)
*Printed name and bar number*
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

*Address*

MSpillane@goodwinlaw.com
*E-mail address*

(212) 459-7193
*Telephone number*

(646) 558-4200
*FAX number*