

Jeffrey A. Simes
212.813.8879
jsimes@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
T: 212.813.8800
F: 212.355.3333

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/2022
```

**MEMORANDUM ENDORSED**

November 28, 2022

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

**Re:** *Cassava Sciences, Inc. v. David Bredt, et al.*, Civil Action No. 22-cv-9409-GHW-OTW

Dear Judge Woods:

We represent Defendants David Bredt and Geoffrey Pitt in the above-captioned matter. We write to request that the Court grant an extension to January 6, 2023 of the deadline for Defendants Bredt and Pitt to respond to the Complaint. We have conferred with counsel for Plaintiff by telephone on November 23, 2022, and by email on November 28, 2022, and Plaintiff consents to this extension request.

We understand that Dr. Bredt was served on or about November 12, 2022 and substituted service was initiated as to Dr. Pitt on or about November 17, 2022. Absent an extension, Dr. Bredt's response to the Complaint would be due on December 5, 2022, and counsel for Dr. Pitt has agreed to accept service of the Complaint on his behalf in exchange for this requested extension.

Defendants Bredt and Pitt request this extension to give their undersigned counsel time to evaluate the Complaint and prepare a response. As the Initial Case Management Conference is not scheduled to occur until January 11, 2023, we do not believe the requested extension would affect any other deadlines in this case. Defendants Bredt and Pitt have not previously sought an extension of their time to respond to the Complaint.

We thank the Court for its consideration of this submission.

Respectfully submitted,

*Jeffrey Simes*

Jeffrey A. Simes

cc: All counsel of record (via ECF)

---

Application denied. This case has been referred to Magistrate Judge Wang for all purposes, including scheduling and other pretrial matters. Dkt. No. 42. Any request for an extension should be addressed to Judge Wang.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 54.

SO ORDERED.

Dated: November 28, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge