UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSAVA SCIENCES, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DAVID BREDT; GEOFFREY PITT; QUINTESSENTIAL CAPITAL MANAGEMENT LLC; ADRIAN HEILBUT; JESSE BRODKIN; ENEA MILIORIS; and PATRICK MARKEY,<br><br>　　　　Defendants. | Case No. 22-cv-9409<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that David M. Levy of Kleinberg, Kaplan, Wolff & Cohen, P.C., 500 Fifth Avenue, New York, New York 10110, hereby appears in this action as counsel of record for Defendant Quintessential Capital Management LLC, and demands that copies of all pleadings, notices and other papers in this action be served upon the undersigned.

Dated: November 30, 2022

　　　　　　　　　　　　　　　　　　**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　David M. Levy

　　　　　　　　　　　　　　　　　　500 Fifth Avenue
　　　　　　　　　　　　　　　　　　New York, New York  10110
　　　　　　　　　　　　　　　　　　Telephone:　(212) 986-6000
　　　　　　　　　　　　　　　　　　Facsimile:　(212) 986-8866
　　　　　　　　　　　　　　　　　　Email:　　　DLevy@kkwc.com

　　　　　　　　　　　　　　　　　　*Attorneys for Quintessential Capital Management LLC*