UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSAVA SCIENCES, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>DAVID BREDT; GEOFFREY PITT; QUINTESSENTIAL CAPITAL MANAGEMENT LLC; ADRIAN HEILBUT; JESSE BRODKIN; ENEA MILIORIS; and PATRICK MARKEY,<br><br>      Defendants. | Case No. 22-cv-9409<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Joshua K. Bromberg of Kleinberg, Kaplan, Wolff & Cohen, P.C., 500 Fifth Avenue, New York, New York 10110, hereby appears in this action as counsel of record for Defendant Quintessential Capital Management LLC, and demands that copies of all pleadings, notices and other papers in this action be served upon the undersigned.

Dated: November 30, 2022

**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

By: _____
      Joshua K. Bromberg

500 Fifth Avenue
New York, New York  10110
Telephone:     (212) 986-6000
Facsimile:      (212) 986-8866
Email:           JBromberg@kkwc.com

*Attorneys for Quintessential Capital Management LLC*