UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASSAVA SCIENCES, INC.,

      Plaintiff,

v.

DAVID BREDT; GEOFFREY PITT;
QUINTESSENTIAL CAPITAL
MANAGEMENT LLC; ADRIAN HEILBUT;
JESSE BRODKIN; ENEA MILIORIS; and
PATRICK MARKEY,

      Defendants.

Case No. 22-cv-9409

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Alisa Benintendi of Kleinberg, Kaplan, Wolff & Cohen,

P.C., 500 Fifth Avenue, New York, New York 10110, hereby appears in this action as counsel of

record for Defendant Quintessential Capital Management LLC, and demands that copies of all

pleadings, notices and other papers in this action be served upon the undersigned.

Dated: November 30, 2022

                        **KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

By: *Alisa Benintendi*
                  Alisa Benintendi

500 Fifth Avenue
New York, New York  10110
Telephone:     (212) 986-6000
Facsimile:     (212) 986-8866
Email:        ABenintendi@kkwc.com

*Attorneys for Quintessential Capital Management LLC*