**LAW OFFICE OF DANIEL F. WACHTELL**
90 Broad Street, 23rd Floor
New York, New York 10004
917-667-6954
dan@danwachtell.com

December 3, 2022

**By CM/ECF**
The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Cassava Sciences, Inc. v. David Bredt, et al.</u>, No. 22 Civ. 9409 (GHW) (OTW)

Dear Judge Wang:

      We represent Defendant Jesse Brodkin in the above-captioned matter. We write to request an extension, to January 5, 2023, of the deadline for Mr. Brodkin to respond to the Complaint. We have conferred with counsel for Plaintiff by telephone and email, and Plaintiff consents to this extension request. We understand that Mr. Brodkin was served on or about November 12, 2022, and that absent an extension, his response to the Complaint would be due on December 5, 2022.
.

      Defendant Brodkin requests this extension to give undersigned counsel time to evaluate the Complaint and prepare a response. This is Mr. Brodkin's first request for an extension of time.

      We thank the Court for its consideration of this submission.

                                              Sincerely,

                                              Dan Wachtell

cc:    All counsel of record (via ECF)