UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSAVA SCIENCES, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>DAVID BREDT; GEOFFREY PITT; QUINTESSENTIAL CAPITAL MANAGEMENT LLC; ADRIAN HEILBUT; JESSE BRODKIN; ENEA MILIORIS; and PATRICK MARKEY,<br><br>      Defendants. | Case No. 22-cv-09409-(GHW)-(OTW)<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that I, Isaac B. Zaur, of the law firm Clarick Gueron Reisbaum LLP, hereby enter an appearance as counsel on behalf of defendants Jesse Brodkin and Adrian Heilbut in the above-captioned matter.

  I am admitted to practice in this Court.

Dated: New York, New York
    December 5, 2022

CLARICK GUERON REISBAUM LLP

By:  /s/ Isaac B. Zaur
   Isaac B. Zaur

220 Fifth Avenue, 14th Floor
New York, New York 10001
Phone: (212) 633-4310
Fax: (646) 478-9484
Email: izaur@cgr-law.com