AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-09409-GHW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Adrian Heilbut</u> was received by me on *(date)* <u>12-2-2022</u>.

☒ I personally served the summons on the individual at *(place)* <u>333 O'Farrell St Tower 2 - Ballroom Level - booth location LP105A , San Francisco, CA 94102</u> on *(date)* <u>Fri, Dec 02 2022</u> ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ <u>0</u> for travel and $ <u>400</u> for services, for a total of $ <u>400</u>.

I declare under penalty of perjury that this information is true.

Date: 12/05/2022

*Server's signature*

Mark Rovai (A1 Process Servers LLC)
San Francisco County RPS# 2021-0001486
*Printed name and title*

A1 Process Servers LLC, 595 Pacific Ave Floor 4, San Francisco, CA 94133
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 2, 2022, 10:19 am PST at Hilton - Union Square: 333 O'Farrell St Tower 2 - Ballroom Level - booth location LP105A , San Francisco, CA 94102 received by Adrian Heilbut. Other: Matched the picture provided to me. And said said yes when named. ;
I arrived at the conference and located the booth LP105A. After waiting a couple hours, a man approached the booth who matches the description and the given photo of Adrian Heilbut. I asked if he was indeed the the named subject and he said yes. I dropped the box of documents at his feet and he said thank you. We then began to make small talk. I informed him i was also looking to drop off packages for 2 other individuals. He smiled and asked their names. I told him the names and he claims that they did not make the trip from Europe. He said it was unnecessary for them to come this far but also mentioned that they did not want to be served and that was a factor in them not wanting to travel to USA.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| CASSAVA SCIENCES, INC.<br><br>*Plaintiff(s)*<br>v.<br>DAVID BREDT; GEOFFREY PITT;<br>QUINTESSENTIAL CAPITAL MANAGEMENT LLC;<br>ADRIAN HEILBUT; JESSE BRODKIN; ENEA<br>MILIORIS; and PATRICK MARKEY,<br>*Defendant(s)* | Civil Action No. 22-cv-9409 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ADRIAN HEILBUT
12 BEEKMAN PL APT 1B
NEW YORK, NY 10022-8064
NEW YORK COUNTY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew J. Langley
Benesch Friedlander Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637
312-624-6408
mlangley@beneschlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/03/2022 /S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: