UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASSAVA SCIENCES, INC.,

                  Plaintiff,

      v.

DAVID BREDT; GEOFFREY PITT;
QUINTESSENTIAL CAPITAL
MANAGEMENT LLC; ADRIAN HEILBUT;
JESSE BRODKIN; ENEA MILIORIS; and
PATRICK MARKEY,

                  Defendants.

Case No. 22-cv-09409-(GHW)-(OTW)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that I, Isaac B. Zaur, of the law firm Clarick Gueron Reisbaum LLP, hereby enter an appearance as counsel on behalf of defendant Enea Milioris in the above-captioned matter.

I am admitted to practice in this Court.

Dated:  New York, New York
        December 19, 2022

CLARICK GUERON REISBAUM LLP

By: _____/s/ Isaac B. Zaur_____
         Isaac B. Zaur

220 Fifth Avenue, 14th Floor
New York, New York 10001
Phone: (212) 633-4310
Fax: (646) 478-9484
Email: izaur@cgr-law.com