UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSAVA SCIENCES, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>DAVID BREDT; GEOFFREY PITT; QUINTESSENTIAL CAPITAL MANAGEMENT LLC; ADRIAN HEILBUT; JESSE BRODKIN; ENEA MILIORIS; and PATRICK MARKEY,<br><br>      Defendants. | Case No. 22-cv-09409-(GHW)-(OTW)<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that I, David Kumagai, of the law firm Clarick Gueron Reisbaum LLP, hereby enter an appearance as counsel on behalf of defendant Enea Milioris in the above-captioned matter.

  I am admitted to practice in this Court.

Dated: New York, New York
    December 19, 2022

                CLARICK GUERON REISBAUM LLP

                By: /s/ David Kumagai
                   David Kumagai

                220 Fifth Avenue, 14th Floor
                New York, New York 10001
                Phone: (212) 633-4310
                Fax: (646) 478-9484
                Email: dkumagai@cgr-law.com