AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Cassava Sciences, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 22 Civ. 9409 (GHW) (OTW) |
| David Bredt, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Enea Milioris.

Date: 12/19/2022

*Attorney's signature*

Daniel F. Wachtell, SDNY Bar ID DW0222
*Printed name and bar number*

Law Office of Daniel F. Wachtell
90 Broad Street, 23rd Floor
New York, New York 10004
*Address*

dan@danwachtell.com
*E-mail address*

(917) 667-6954
*Telephone number*

*FAX number*