

**Isaac B. Zaur**

izaur@cgr-law.com

**Direct: 212.633.4314**

**By ECF**                                                                                                              December 19, 2022

Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    *Cassava Sciences, Inc. v. David Bredt, et al.*, No. 22-cv-09409 (GHW) (OTW)

Dear Judge Wang:

    We represent Defendants Jesse Brodkin, Adrian Heilbut, and Enea Milioris in the above-captioned matter. We write to request (i) an adjournment of the initial case management conference; and (ii) an extension of our clients' time to respond to the Complaint.

    **Initial Case Management Conference**

    We respectfully request an adjournment of the initial case management conference scheduled for January 11, 2023 (ECF No. 43), to the week of February 20, 2023, week of February 27, 2023, or another date that is convenient for the Court.

    We have conferred with Plaintiff's counsel and counsel for Defendants Quintessential Capital Management LLC, David Bredt and Geoffrey Pitt, and they consent to this request.[1]

    We request the extension to accommodate the parties' and their counsel's schedules during the upcoming holidays and to provide the parties with additional time to comply with their respective obligations in advance of the initial case management conference. This is the first request by any party to adjourn the initial case management conference.

    **Time to Respond to Complaint for Defendants Brodkin, Heilbut, and Milioris**

    We respectfully request an extension, to March 9, 2023, of the deadline for Defendants Brodkin, Heilbut, and Milioris to respond to the operative Amended Complaint. We have conferred with Plaintiff's counsel, and Plaintiff consents to this request.

---

[1] The only other party, Defendant Patrick Markey, has not yet been served with the Complaint.

Defendant Brodkin's original deadline to respond to the Complaint was December 5, 2022. Defendant Brodkin has made one prior request for an interim extension of this deadline, to January 5, 2023, which was granted. (ECF No. 64.)

Defendant Heilbut's original deadline to respond to the Complaint was December 23, 2022. This is Defendant Heilbut's first request for an extension of his deadline to respond to the Complaint.

Defendant Milioris has not yet been served with the Complaint but has authorized us to accept service on his behalf and waive any defenses predicated on defects of service, in exchange for Plaintiff's agreement to the extensions requested herein. This is Defendant Milioris's first request for an extension of his deadline to respond to the Complaint.

Respectfully,

*/s/ Isaac B. Zaur*

Isaac B. Zaur

cc:   All counsel of record (via ECF)