UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSAVA SCIENCES, INC., | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:22-cv-09409-GHW-OTW<br>) |
| v. | ) **ORAL ARGUMENT REQUESTED**<br>) |
| DAVID BREDT, GEOFFREY PITT, QUINTESSENTIAL CAPITAL MANAGEMENT LLC, ADRIAN HEILBUT, JESSE BRODKIN, ENEA MILIORIS and PATRICK MARKEY, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## DAVID BREDT'S AND GEOFFREY PITT'S
## NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that Defendants David Bredt and Geoffrey Pitt, by their undersigned counsel, hereby move this Honorable Court for an Order, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 8, dismissing with prejudice Plaintiff's First Amended Complaint in its entirety against Defendants David Bredt and Geoffrey Pitt and for such other relief as the Court deems just and proper. Defendants will rely upon the Memorandum of Law in Support of David Bredt's and Geoffrey Pitt's Motion to Dismiss the First Amended Complaint, submitted herewith, as well as any further argument and briefing as may be presented. Defendants respectfully request that oral argument on this motion be held on a date and at a time designated by the Court.

This motion is made following the conference of counsel, which took place on January 4, 2023. Plaintiff declined an opportunity to amend. In accordance with Rule III.a. of Judge Wang's Individual Practices, the parties have agreed to the following proposed briefing schedule:

1

Plaintiff's Opposition Brief to be due on February 6, 2023, and Defendants Bredt's and Pitt's Reply Brief to be due on February 21, 2023.

Dated: January 6, 2023

Respectfully Submitted,

*/s/ Jeffrey A. Simes*
Jeffrey A. Simes
Meghan K. Spillane
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Tel.:   (212) 813-8800
Fax:   (212) 355-3333
jsimes@goodwinlaw.com
mspillane@goodwinlaw.com

*Attorneys for Defendants David Bredt and Geoffrey Pitt*

## **CERTIFICATE OF SERVICE**

      I, Jeffrey A. Simes, hereby certify that on January 6, 2023, a true and correct copy of the foregoing was electronically filed and served on all parties of record via the Court's CM/ECF system.

Dated: January 6, 2023                                                                                  */s/ Jeffrey A. Simes*