

**David M. Levy**
E-Mail: dlevy@kkwc.com
Direct Dial: 212.880.9894

January 20, 2023

<u>**VIA ECF**</u>

The Honorable Ona T. Wang
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Cassava Sciences, Inc. v. Bredt, et al.*, No. 22-cv-9409-GHW-OTW

Dear Magistrate Judge Wang:

  We represent Defendant Quintessential Capital Management ("QCM") in the above-captioned proceeding.

  In accordance with paragraph III(a) of Your Honor's Individual Practices in Civil Cases, we have conferred with counsel for Plaintiff by telephone on January 17, 2023, and by email on January 18-20, 2023 regarding QCM's anticipated motion to dismiss the First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). As the parties were unable to reach a resolution of the issues to be raised in QCM's forthcoming motion, we have agreed to the following briefing schedule and respectfully request that it be approved by the Court:

| | |
|---|---|
| February 6, 2023 | QCM to File Motion to Dismiss |
| March 10, 2023 | Plaintiff to File Opposition |
| March 24, 2023 | QCM to File Reply in Support of Motion |

  On November 30, 2022, Plaintiff filed QCM's executed Waiver of the Service of Summons, pursuant to which QCM's response to the First Amended Complaint currently is due on January 24, 2023 (ECF No. 61). There have been no other requests for an extension of time. Plaintiff's counsel has reviewed a draft of this letter and has consented to the request made herein.

              Respectfully submitted,

              */s/ David M. Levy*
              David M. Levy

cc: All counsel of record (via ECF)

Kleinberg, Kaplan, Wolff & Cohen, P.C. | 500 Fifth Avenue, New York, NY 10110 | 212.986.6000 | kkwc.com