UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CASSAVA SCIENCES, INC.,

       Plaintiffs,

   - against -

DAVID BREDT; GEOFFREY PITT;
QUINTESSENTIAL CAPITAL MANAGEMENT
LLC; ADRIAN HEILBUT; JESSE BRODKIN;
ENEA MILIORIS; and PATRICK MARKEY,

       Defendants.

------------------------------------- x

Case No. 22-cv-9409-GHW-OTW

**ORAL ARGUMENT REQUESTED**

### NOTICE OF QUINTESSENTIAL CAPITAL MANAGEMENT LLC'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that Defendant Quintessential Capital Management LLC, by its undersigned counsel, hereby moves this Honorable Court for an Order, pursuant to Federal Rules of Civil Procedure 8 and 12(b)(6), dismissing with prejudice Plaintiff's First Amended Complaint in its entirety against Defendant Quintessential Capital Management LLC and for such other relief as the Court deems just and proper. Defendant Quintessential Capital Management LLC will rely upon the Memorandum of Law in Support of Quintessential Capital Management LLC's Motion to Dismiss the First Amended Complaint and the Declaration of David M. Levy and Exhibit A thereto, submitted herewith, as well as any further argument and briefing as may be

12342212

presented. Defendant Quintessential Capital Management LLC respectfully requests that oral argument on this motion be held on a date and at a time designated by the Court.

    This motion is made following the conference of counsel, which took place on January 17, 2023. Plaintiff declined an opportunity to amend.

Dated: February 6, 2023

                              Respectfully submitted,

                         By: _____
                                  David M. Levy
                                  Joshua K. Bromberg
                                  Alisa Benintendi

                        **KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**
                        500 Fifth Avenue
                        New York, New York 10110
                        Telephone:  (212) 986-6000
                        Facsimile:   (212) 986-8866

                        Attorneys for Defendant **QUINTESSENTIAL CAPITAL MANAGEMENT LLC**

12342212

## CERTIFICATE OF SERVICE

**I, DAVID M. LEVY**, hereby certify that a copy of the foregoing Notice of Quintessential Capital Management LLC's Motion to Dismiss the First Amended Complaint, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 6, 2023.

Dated: February 6, 2023

_____
David M. Levy

12342212