UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CASSAVA SCIENCES, INC.,

                       Plaintiffs,

          - against -

DAVID BREDT; GEOFFREY PITT;
QUINTESSENTIAL CAPITAL MANAGEMENT
LLC; ADRIAN HEILBUT; JESSE BRODKIN;
ENEA MILIORIS; and PATRICK MARKEY,

                       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 22-cv-9409-GHW-OTW

**DECLARATION OF DAVID M. LEVY IN SUPPORT OF QUINTESSENTIAL CAPITAL MANAGEMENT LLC'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

    I, David M. Levy, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

    1.    I am admitted to practice law in the United States District Court for the Southern District of New York and am a partner in the law firm Kleinberg, Kaplan, Wolff & Cohen, P.C., counsel to Defendant Quintessential Capital Management LLC ("QCM") in the above-captioned action. I respectfully submit this declaration in support of QCM's Motion to Dismiss the First Amended Complaint.

12341940

2.      Attached as Exhibit A is an appendix of each of the statements challenged by Plaintiff in the First Amended Complaint and the appendices thereto, and a corresponding reference to the section of QCM's Memorandum of Law that explains why the statement is not defamatory and/or not otherwise attributable to QCM.

Executed on February 6, 2023.

_____
David M. Levy

12341940