```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CASSAVA SCIENCES, INC.,                   :
                                          :
                Plaintiff,                :      22-CV-9409 (GHW) (OTW)
                                          :
          -against-                       :      ORDER
                                          :
DAVID BREDT, et al.,                      :
                                          :
                Defendants.               :
                                          :
                                          :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference in this matter on March 8, 2023.

Pursuant to instructions given at the March 8 conference, the parties are directed to file a joint status letter by **March 24, 2023**, informing the Court of the status of third-party preservation notices.

**SO ORDERED.**

                                                               _s/ Ona T. Wang_

Dated: March 8, 2023                                 **Ona T. Wang**
      New York, New York                     United States Magistrate Judge