**Benesch**

Timothy Frey
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Direct Dial: 312.624.6365
tfrey@beneschlaw.com

April 7, 2023

**VIA ECF**

The Honorable Ona T. Wang
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    <u>Cassava Sciences, Inc. v. Bredt, et al., No. 22-cv-9409(GHW)(OTW):
Joint Status Letter Pursuant to March 27, 2023 Order of Magistrate Judge
Ona T. Wang (Dkt. 93)</u>

Dear Judge Wang:

Pursuant to the Court's March 27, 2023 Order, Plaintiff Cassava Sciences, Inc. ("Cassava") and Defendants David Bredt, Geoffrey Pitt, Quintessential Capital Management LLC ("QCM"), Adrian Heilbut, Jesse Brodkin and Patrick Markey (Plaintiffs and Defendants, collectively, the "Parties"), submit this joint status letter regarding the issuance of third party preservation notices.

The Parties have served document preservation notices to all third parties identified in the Parties' Rule 26(a) Initial Disclosures. Defendant QCM also represents that it has directed preservation notices to additional third parties that were not identified by name in the November 3, 2021 Quintessential Capital Management Report on Cassava (annexed as Exhibit 8 to Cassava Sciences, Inc's First Amended Complaint) and from whom Cassava has indicated it intends to take discovery.

Cassava contends that QCM was required to identify those third parties in its Rule 26(a)(1) Disclosures and reserves all rights with respect to that alleged failure. QCM contends that it was required to identify only "each individual likely to have discoverable information—along with the subjects of that information—that [QCM] may use to support its claims or defenses" (Fed. R. Civ. P. 26(a)(1)(A)(i)) and it has identified all such individuals, while reserving its rights to amend the Disclosures.

Respectfully submitted,

BENESCH, FRIEDLANDER,
    COPLAN & ARONOFF LLP

Timothy Frey
*Counsel for Cassava Sciences, Inc.*

/s/ Timothy M. Frey

Erik Connolly
Timothy M. Frey
Kate Watson Moss
Matthew John Langley
Benesch Friedlander Coplan & Aronoff
71 S. Wacker Drive
Suite 1600
Chicago, IL 60606
(312) 212-4949
Email: econnolly@beneschlaw.com
Email: tfrey@beneschlaw.com
Email: kwatsonmoss@beneschlaw.com
Email: mlangley@beneschlaw.com

/s/ Meghan K. Spillane (via email)

Jeffrey A. Simes
Meghan K. Spillane
Goodwin Procter, LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 813-8879
Fax: (212)-355-3333
Email: jsimes@goodwinprocter.com
Email: mspillane@goodwinlaw.com

*Attorneys for Defendants David Bredt and Geoffrey Pitt*

12366103.1 - 04/07/23

| | |
|---|---|
| *Attorneys for Plaintiff Cassava Sciences, Inc.* | */s/ Joshua Kallman Bromberg (via email)* |

David Levy
Alisa Benintendi
Joshua Kallman Bromberg
Kleinberg, Kaplan, Wolff & Cohen, P.C.
551 Fifth Avenue
New York, NY 10176
(212) 986-6000
Fax: (212) 986-8866
Email: dlevy@kkwc.com
Email: abenintendi@kkwc.com
Email: jbromberg@kkwc.com

*Attorneys for Defendant Quintessential Capital Management LLC*

*/s/ Daniel F. Wachtell (via email)*

Daniel F. Wachtell
Law Office of Daniel F. Wachtell
90 Broad Street
23rd Floor
New York, NY 10004
(917) 667-6954
Email: dan@danwachtell.com

David Robert Shine Kumagai
Isaac Berkman Zaur
Clarick Gueron Reisbaum LLP
220 5th Ave, 14th Floor
New York, NY 10019
212-633-4310
Email: dkumagai@cgr-law.com
Email: izaur@cgr-law.com

*Attorneys for Defendants Adrian Heilbut, Jesse Brodkin, and Enea Milioris*