AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Cassava Sciences, Inc. | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No.  22-cv-9409 |
| David Bredt; Geoffrey Pitt; et al. | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Cassava Sciences, Inc.

Date:   07/27/2023

/s/ Michael Vatis
*Attorney's signature*

Michael Vatis, NY Reg. No. 2258655
*Printed name and bar number*

Benesch, Friedlander, Coplan & Aronoff LLP
1155 Avenue of the Americas
26th Floor
New York, NY 10036
*Address*

mvatis@beneschlaw.com
*E-mail address*

(646) 328-0494
*Telephone number*

(646) 755-3397
*FAX number*