**Z U S T E L L U N G S Z E U G N I S**
**C E R T I F I C A T E**
**A T T E S T A T I O N**

Geschäftszeichen: AG M 9341E- bE -1429/2023

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conforment à l'article 6 de ladite Convention,

1.   dass der Antrag erledigt worden ist *)
     that the document has been served *)
     que la demande a été exécutée *)

     -   am (Datum)              23.06.2023
         the (date)
         le (date)

     -   in (Ort, Straße, Nummer)   nunmehr: Almbachstraße 5, 81379 München
         at (place, street, number)
         à (localité, rue, numéro)

     -   in einer der folgenden Formen nach Artikel 5:
         in one of the following methods authorised by article 5:
         dans une des formes suivantes prévues à l'article 5:

     ☒
     a)   in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *)
          in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *)
          selon les formes légales (article 5, alinéa premier, lettre a) *)

     ☐
     b)   in der folgenden besonderen Form *)
          in accordance with the following particular method *)
          selon la forme particulière suivante *)

     ☐
     c)   durch einfache Übergabe *)
          by delivery to the addressee, who accepted it voluntarily *)
          par remise simple *)

     Die in diesem Antrag erwähnten Schriftstücke sind übergeben worden an:
     The documents referred to in the request have been delivered to:
     Les documents mentionées dans la demande ont été remis à:

     -   (Name und Stellung der Person)                              Patrick Markey
         (identity and description of Person)
         (identité et qualité de la personne)

     -   Verwandschafts-, Arbeits- oder sonstiges Verhältnis zum
         Zustellungsempfänger:
         relationship to the addressee (family, business or other):
         liens de parenté, de subordination ou autres, avec le destinataire de l'acte:

2.   dass der Antrag aus folgenden Gründen nicht erledigt werden konnte *)
     that the documents has not been served, by reason of the following facts *)
     que la demande n'e pas été exécutée, en raison des faits suivants *)

     Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im
     einzelnen angegeben sind, zu zahlen oder zu erstatten *).
     In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached stateme
     Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint *).

     Anlagen
     Annexes
     Annexes

     Zurückgesandte Schriftstücke:                           Zugestellte Schriftstücke:
     Documents returned:                                      Vorladung, erste geänderte Klage,
     Pièces renvoyées:                                        Anhang und Beweisstück Index, Anhang A
                                                              Beweisstück 1-106
                                                              der Kate Watson Moss, Benesch Friedlander Coplan &
                                                              Aronoff LLPin Chicago, Aktenzeichen: 1:22-cv-09409-
                                                              GHW-OTW

     Gegebenenfalls Erledigungstücke:
     In appropriate cases, documents establishing the service:   Ausgefertigt in München am 04.07.2023
     Le cas échéant, les documents justivatifs de l'exécution    Done at                    the
                                                                  Fait à

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| CASSAVA SCIENCES, INC. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| DAVID BREDT; GEOFFREY PITT; QUINTESSENTIAL CAPITAL MANAGEMENT LLC; ADRIAN HEILBUT; JESSE BRODKIN; ENEA MILIORIS; and PATRICK MARKEY, | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PATRICK MARKEY
Laxenburger Straße 50 /9, 1100
Vienna, Austria

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew J. Langley
Benesch Friedlander Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, IL   60606-4637
312-624-6408
mlangley@beneschlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   11/03/2022

/S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: