UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSAVA SCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID BREDT, et al. | Case No. 1:22-cv-09409-GHW-OTW |

### NOTICE OF MOTION TO WITHDRAW MATTHEW J. LANGLEY AS COUNSEL FOR PLAINTIFF CASSAVA SCIENCES, INC.

PLEASE TAKE NOTICE THAT pursuant to Local Rule 1.4, it is hereby requested that the appearance of Matthew J. Langley be withdrawn as counsel for Plaintiff Cassava Sciences, Inc. in this matter. Matthew J. Langley is no longer employed at Benesch, Friedlander, Coplan & Aronoff, LLP. Plaintiff will continue to be represented by J. Erik Connolly, Timothy M. Frey and Kathleen Watson Moss of Benesch, who entered appearances *pro hac vice*, and Michael Vatis of Benesch, a member of the New York bar who has also entered an appearance in this matter.

The Undersigned counsel respectfully requests this Honorable Court enter an Order granting the motion to withdraw Matthew J. Langley.

Dated: August 22, 2023

Respectfully submitted,

By: s/Michael A. Vatis
Michael A. Vatis (NY Bar#2258655)
Benesch, Friedlander, Coplan & Aronoff LLP
1155 Avenue of the Americas, Fl 26
New York, New York 10036
Email: mvatis@beneschlaw.com

J. Erik Connolly (*Pro Hac Vice*)
Timothy Frey (*Pro Hac Vice*)
Kathleen Watson Moss (*Pro Hac Vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: 312.212.4949
Email: econnolly@beneshlaw.com
Email: tfrey@beneschlaw.com
Email: kwatsonmoss@beneschlaw.com

***Attorneys for Plaintiff***