UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSAVA SCIENCES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID BREDT, et al. | Case No. 1:22-cv-09409-GHW-OTW |

**DECLARATION OF MICHAEL A. VATIS IN SUPPORT OF MOTION TO WITHDRAW MATTHEW J. LANGLEY AS COUNSEL FOR PLAINTIFF**

I, Michael A. Vatis, declare under penalty of perjury that the following is true and correct:

1.   I submit this declaration in support of the motion seeking permission from the Court to withdraw the appearance of Matthew J. Langley as counsel for Plaintiff, Cassava Sciences, Inc., in the above-captioned matter.

2.   Matthew J. Langley is no longer employed with Benesch, Friedlander, Coplan & Aronoff, LLP and therefore, they will no longer be able to represent Plaintiff, Cassava Sciences, Inc., in this matter.

3.   J. Erik Connolly, Timothy M. Frey and Kathleen Watson Moss of Benesch made appearances as *pro hac vice*, and Michael Vatis of Benesch and a member of the New York state bar will continue to represent Plaintiff, Cassava Sciences, Inc. in this action.

4. Plaintiff, Cassava Sciences, Inc. is aware of the withdrawal of Matthew J. Langley and the continued representation by undersigned counsel.

| | |
|---|---|
| Dated: August 22, 2023 | Respectfully submitted,<br><br>By: s/Michael A. Vatis<br>Michael A. Vatis (NY Bar#2258655)<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>1155 Avenue of the Americas, Fl 26<br>New York, New York 10036<br>Email: mvatis@beneschlaw.com<br><br>J. Erik Connolly (*Pro Hac Vice*)<br>Timothy Frey (*Pro Hac Vice*)<br>Kathleen Watson Moss (*Pro Hac Vice*)<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>71 S. Wacker Drive, Suite 1600<br>Chicago, Illinois 60606<br>Telphone: 312.212.4949<br>Email: econnolly@beneshlaw.com<br>Email: tfrey@beneschlaw.com<br>Email: kwatsonmoss@beneschlaw.com<br><br>***Attorneys for Plaintiff*** |