UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSAVA SCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID BREDT, et al. | Case No. 1:22-cv-09409-GHW-OTW |

## **PROPOSED ORDER**

AND NOW, this _____ day of _____, 2023, upon consideration of the Plaintiff's Motion to Withdraw Matthew J. Langley as counsel for Cassava Sciences, Inc., it is **ORDERED** and **DECREED** that the motion is **GRANTED** and the Clerk of the Court shall terminate the appearance of Matthew J. Langley so that he no longer receives CM/ECF notices.

BY THE COURT:

_____
Magistrate Judge Ona T. Wang