

J. Erik Connolly
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Direct Dial:  312.624.6348
Fax:  312.767.9192
econnolly@beneschlaw.com

October 30, 2023

**VIA ECF**

The Honorable Ona T. Wang
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   *Cassava Sciences, Inc. v. David Bredt, et al.*, Civil Action No. 22-cv-9409-
> GHW-OTW

Dear Judge Wang:

I represent Plaintiff Cassava Sciences, Inc. in the above-captioned matter. On October 18, 2023, I submitted a response (Dkt. 102) to a letter filed by Defendants David Bredt and Geoffrey Pitt on October 16, 2023 (Dkt. 101). Defendants' letter pertained to a leaked report from the City University of New York ("CUNY") regarding allegations of research misconduct.  As set forth in my prior letter, Cassava both disputes the probative value of the leaked CUNY report and maintains that regardless of the minimal (if any) probative value, it is improper for the Court to consider in connection with the pending motions to dismiss.

However, out of an abundance of caution and in order to complete the record should the Court determine that the leaked CUNY report is somehow relevant to the pending motions, I am attaching an official statement published by CUNY on October 27, 2023.  Attached hereto as **Exhibit A** is a copy of that statement wherein CUNY makes clear that (1) "no final action as to [the investigation referenced in the leaked report] has been taken," and (2) "[b]ecause questions regarding the confidentiality and integrity of this investigation have been raised, CUNY will stay the underlying inquiry . . . until such time as the University completes a comprehensive investigation of the process."

I thank the Court for its attention to this matter.

The Honorable Ona T. Wang
October 30, 2023
Page 2

Very truly yours,

BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP

J. Erik Connolly

Encl.