# EXHIBIT A



ABOUT    ACADEMICS    ADMISSIONS    FINANCIAL AID    RESEARCH    COLLEGES

ABOUT ACADEMICS ADMISSIONS FINANCIAL AID RESEARCH COLLEGES

Home » The University

# Statement from The City University of New York

October 27, 2023

"On October 12, 2023, Science Magazine published an article – that later appeared in other publications – regarding The City University of New York's investigation into allegations of misconduct related to certain research conducted by Dr. Hoau-Yan Wang, a faculty member at the City College of New York. Consistent with its policy, CUNY will not comment on the accuracy of the investigation referenced in the articles because no final action as to this investigation has been taken.

"CUNY is committed to ensuring that its investigative processes are held to the highest procedural and ethical standards and that the fairness of the proceedings is preserved for all parties.  To that end, any finding regarding allegations of research misconduct must be reliable and credible.  Because questions regarding the confidentiality and integrity of this investigation have been raised, CUNY will stay the underlying inquiry into the allegations regarding Dr. Wang's research until such time as the University completes a comprehensive investigation of the process."

###

### NEWS SPOTLIGHT



**CUNY Chancellor Matos Rodríguez Outlines Vision to Transform CUNY by 2030 in State of the University**



**CUNY Launches Largest A Degree for Every Dream Marketing Campaign in College Admissions Season**

### FOLLOW US

   

+21

**RELATED POSTS**



**Statement from CUNY Chancellor Félix V. Matos Rodríguez**



**Statement from CUNY Chancellor Félix V. Matos Rodríguez**



**Statement from the Board of Trustees City University of New York**

| INFORMATION FOR | ADMISSIONS | RESOURCES | QUICKLINKS |
| --- | --- | --- | --- |
| Future Students | Apply Now | CUNYfirst | Blackboard | Donate | Subscribe |
| Current Students | Undergraduate Admissions | CUNY Student Guide | Find People (phone/email) |
| Faculty & Staff | Graduate Studies | CUNY Citizenship Now! | Communications and |
| Undocumented Students | Reenroll at CUNY | Discrimination and Retaliation | Freedom of Information |
| International Students | Transfer to CUNY | Reporting Portal | (FOIL) |
| The LGBTQI+ Community | Contact Us | Professional Resources | CUNY News |
| Students with Conviction Records | | Register to Vote | Employment at CUNY |
| | | Combating Sexual Misconduct (Title IX) | Sell to CUNY |
| Students with Disabilities | | | CUNY TV |
| | | CUNY Builds: CUCF Procurement | CUNY Civics |
| | | Emergency Preparedness | CUNY Arts |

Copyright 2023  |  Privacy  |  Security  |  Accessibility  |  Terms of Use  |  CUNY Alert  |  Contact Us