```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
CASSAVA SCIENCES, INC.,                                        :
                                                               :
                                   Plaintiff,                  :       1:22-cv-9409-GHW
                                                               :
                    -v –                                       :       ORDER
                                                               :
DAVID BREDT, et al.,                                           :
                                   Defendants.                 :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On February 6, 2023, Plaintiff submitted its opposition to Defendants Bredt and Pitt's motion to dismiss the complaint. Dkt. No. 80. Plaintiff appended a table to its opposition as Appendix A, which it described as listing the allegedly defamatory statements published by Defendants Bredt and Pitt, excluding the allegedly defamatory statements originally published by other Defendants and republished by Defendants Bredt and Pitt. Dkt. No. 80. at 10.

Plaintiff is directed to submit this table in native Excel format to the Court by February 8, 2024 by email. The chambers email address can be found on the Court's website.

SO ORDERED.

Dated: February 6, 2024
       New York, New York                         _____
                                                  GREGORY H. WOODS
                                                  United States District Judge