```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
CASSAVA SCIENCES, INC.,                                          :
                                                                 :
                              Plaintiff,                         :     1:22-cv-9409-GHW
                                                                 :
            -v –                                                 :     ORDER
                                                                 :
DAVID BREDT, et al.,                                             :
                              Defendants.                        :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/2024

GREGORY H. WOODS, United States District Judge:

On November 4, 2022, Plaintiff filed its first amended complaint. Dkt. No. 30 (the "FAC"). Plaintiff appended a table to the FAC as Appendix A, which it described as listing "some of the false and defamatory statements about Cassava that Defendants published on social media." FAC ¶ 287. Plaintiff is directed to submit this table in native Excel format to the Court by February 26, 2024 by email. The chambers email address can be found on the Court's website.

SO ORDERED.

Dated: February 23, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge