```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
:
CASSAVA SCIENCES, INC.,                                         :
:
                                    Plaintiff,                  :    1:22-cv-9409-GHW
:
            -v -                                                :    AMENDED ORDER
:    REFERRING CASE
DAVID BREDT, *et al.*,                                          :    TO MAGISTRATE JUDGE
                                    Defendants.                 :
:
---------------------------------------------------------------- X

The above entitled action is referred to a United States magistrate judge for the following purpose:

__X__ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific non-dispositive motion/dispute:

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement

____ Inquest after default/damages hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
Purpose: _____

____ Habeas corpus

____ Social Security

__X__ Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

Particular motion: _____
_____

All such motions: _____X_____

SO ORDERED.

Dated:  March 28, 2024
        New York, New York

                                                _____
                                                GREGORY H. WOODS
                                                United States District Judge