<u>INDEX OF APPENDICES & EXHIBITS</u>

| Appendix | Description |
|----------|-------------|
| A | Statements from social media |

| Ex. No. | Date | Description |
|---------|------|-------------|
| 1 | 10/17/2022 | Tweets by @Adrian_H re CUNY public hearing (https://twitter.com/Adrian_H/status/1582125936635392000), including images of "Statement to CUNY Manhattan Public Borough Hearing" |
| 2 | 10/21/2022 | Letters to the Board of Trustees Re: "Manhattan Borough Hearing and Public Hearing" |
| 3 | 2/19/2020 | Yale study, "Filamin A inhibition reduces seizure activity in a mouse model of focal cortical malformations" |
| 4 | 5/13/2023 | Milan study, "A novel filamin A-binding molecule may significantly enhance SST2 antitumoral actions in GH-secreting PitNET cells" |
| 5 | 9/11/2023 | Cochin study, "Simufilam Reverses Aberrant Receptor Interactions of Filamin A in Alzheimer's Disease" |
| 6 | 11/2/2021 | Statement 1. Tweet by Adrian Heilbut, "Not as crazy as photoshopping all of your studies for 20 years…" |
| 7 | 11/4/2021 | Statement 2. Tweet by Adrian Heilbut, "It is all complete, made-up garbage.  If it were not, $SAVA would be earnestly and openly defending everything in a transparent scientific way…" |
| 8 | 11/4/2021 | Statement 3. Tweet by Jesse Brodkin, "I will NEVER cover $sava . Simufilam is a frauuud!" |
| 9 | 11/5/2021 | Statement 4. Tweet by Adrian Heilbut, "The lies from $SAVA never end"; (9A) is the Tweet that Statement 4 was in reply to, archived by the WayBack Machine on 11/6/2021 |

| Ex. No. | Date | Description |
|---------|------|-------------|
| 10 | 11/6/2021 | Statement 5. Tweet by Jesse Brodkin, "Either $sava has been lying to us for months about having the blots or they submitted faked evidence…" archived by the WayBack Machine on 11/6/2021; 10(A) is the live version of Statement 5, capture 4/16/2024, with correspondent thread of messages; 10(B) is the tweet that Statement 5 was in reply to, archived by the WayBack Machine on 11/6/2021 |
| 11 | 11/7/2021 | Statement 6. Tweet by Jesse Brodkin, "Never $sava is a total fraud. $2 in 3 years max guaranteed." |
| 12 | 11/11/2021 | Statement 7. Tweet by Adrian Heilbut, "Just to be clear: $SAVA faked additional "raw" data last week…" |
| 13 | 11/11/2021 | Statement 8. Tweet by Jesse Brodkin, "🔖📋Get your daily $SAVA fraud here 👉📰 …" |
| 14 | 11/14/2021 | Statement 9. Tweet by Adrian Heilbut, "The privilege to conduct trials under an IND is based on a balance of safety and potential for efficacy. … We know IT WILL fail because we see and understand that the biology was MADE UP.  … If you cannot understand or admit this to yourself by now, you are going to be Remi's bagholder." |
| 15 | 11/16/2021 | Statement 10. Tweet by Adrian Heilbut, "2005 was the foundation for 2008, 2012, 2017, and the $SAVA Simufilam IND, the Phase 2 trials, and SavaDX.  It is all fabricated nonsense, built upon other fabricated nonsense, and it is all going to come crashing down…" |
| 16 | 11/17/2021 | Statement 11. Tweet by Adrian Heilbut, "this is just the start.. the whole $SAVA charade is going to unravel now …" |
| 17 | 11/17/2021 | Statement 12. Tweet by Jesse Brodkin, "So will CUNY circle the wagons around $sava fraud Wang with the SEC looking over their shoulder? … No Wang=No Patent=No Company=$0/share" |
| 18 | 11/18/2021 | Statement 13. Tweet by Adrian Heilbut, "I have no idea, but if someone was looking for people lying to pump in order to sell, the first logical place to check for liars would be $SAVA management." |

| Ex. No. | Date | Description |
|---------|------|-------------|
| 19 | 11/19/2021 | Statement 14. Tweet by Enea Milioris, "How is it legal for $SAVA to spinal tap folks and then just make up their biomarker values?" |
| 20 | 11/19/2021 | Statement 15. Tweet by Jesse Brodkin, "To stop a sociopath from defrauding investors and harming elderly sick people and their families $sava" |
| 21 | 11/21/2021 | Statement 16. Tweet by Jesse Brodkin, "Allowing an obvious fraud like $sava to continue to take advantage of patients, investors and families makes a mockery of our regulatory framework and markets. 50:50 Remi ends up behind bars." |
| 22 | 11/23/2021 | Statement 17. Tweet by Jesse Brodkin, "For those of you that may have been confused by @SfNJournals decision to actively participate in fraud by exonerating $sava and surrendering their scientific integrity and voice to Remi, I put a helpful explainer here 😉…" |
| 23 | 11/24/2021 | Statement 18. Tweet by Adrian Heilbut, "I'm not assuming anything.  The statement put out by JN was patently ridiculous.  The 'original' blot provided in the Erratum was faked.  They need to explain or correct their statement and Erratum, and explain the process that that led to it. …" |
| 24 | 11/30/2021 | Statement 19. Tweet by Adrian Heilbut, "The truth about $SAVA SavaDx is that is a FAKE assay, the only purpose of which is to provide 'confirmation' of the 'treatment effects' of $SAVA's inert drug that does not and cannot bind Filamin-A…" |
| 25 | 12/7/2021 | Statement 20. Tweet by Adrian Heilbut, "He's talking about measuring CSF/Plasma albumin, not SavaDx.  That was done so $SAVA could claim a "Treatment Benefit" on BBB integrity.  And it was not done properly or using routine clinical methods, and the numbers are complete manipulated garbage." |
| 26 | 12/9/2021 | Statement 21. Tweet by Adrian Heilbut, "Wut?  The premise of the entire charade (both for AD and for Bordey's bizarre claims) is that the drug binds FLNA.  The key data $SAVA showed to establish that is physically impossible and MADE UP.   It is all a complete fraud." |

| Ex. No. | Date | Description |
|---------|------|-------------|
| 27 | 12/9/2021 | Statement 22. Tweet by Jesse Brodkin, "No. I don't want to reward fraudulent data. $sava should be punished so that others do not attempt this scam. The best thing for AD research and patients is to maintain a fraud free and fact based investment environment." |
| 28 | 12/10/2021 | Statement 23. Report published by Defendants, "Cassava and the Wang Lab: Seeing Through the Blind." |
| 29 | 12/11/2021 | Statement 24. Tweet by Jesse Brodkin, "Key is 'confines of the study', obv Pei and Wang lab are supposed to be blind according to SEC filings and *very probably* study protocol. It's a shit-show of fraud and incompetence. SEC has been informed of $sava lies on filings 👍" |
| 30 | 12/13/2021 | Statement 25. Tweet by Jesse Brodkin, "So much easier to let the rest of society bear the costs of $sava fraud than to act responsibly and do your job, right @MarinaP63?  (Even when the investigation was done for you 🙂)…"; 30(B) is the article Brodkin linked to in Statement 25. |
| 31 | 12/16/2021 | Statement 26. Tweet by Jesse Brodkin, "It looks like my perfectly reasonable letter regarding an opaque investigation of the $sava manipulated images by JoN didn't make the latest issue…" |
| 32 | 12/17/2021 | Statement 27. Tweet by Jesse Brodkin, "I think the cognitive scores, like the biomarker data are lies and meant to defraud investors and contaminate the  market for real science. $sava does a disservice to AD patients, and investors. What I have said about $sava research is true and undisputed by $sava🤷" |
| 33 | 12/17/2021 | Statement 28. Tweet by Jesse Brodkin, "Important point on the continuing obligation JoN has to it's readers and the scientific community regarding $sava fraud in it's journal." |
| 34 | 12/18/2021 | Statement 29. Tweet by Jesse Brodkin, "It took a decade for Remi to build the $sava scam. Through scientific teamwork and perseverance we have exposed this fraud. The tide is turning 🌊 #ENDALZ" |
| 35 | 12/20/2021 | Statement 30. Tweet by Jesse Brodkin, "But just on sheer impact, this guy is probably the winner. An image manipulation in response to questions of image manipulation |

| Ex. No. | Date | Description |
|---------|------|-------------|
| | | followed by market manipulation. I could see jail time and an Editor resigning justified by this one pic alone. 🚓 $sava" |
| 36 | 12/21/2021 | Statement 31. Tweet by Adrian Heilbut, "Decent chance that $SAVA ends red..Just another pathetic and increasingly desperate pump-and-dump onto the ignorant and credulous. It is all made up." |
| 37 | 12/21/2021 | Statement 32. Tweet by Jesse Brodkin, "$sava is doing societal harm as well as committing securities fraud by lying about their 'science'" |
| 38 | 12/29/2021 | Statement 33. Tweet by Jesse Brodkin, "It doesn't matter WHO points out the fraud and lies of $sava …" 38(B) is the Tweet that Statement 33 was in reply to, as archived by the WayBack machine on 12/29/2021 |
| 39 | 12/30/2021 | Statement 34. Tweet by Jesse Brodkin, "$sava is a fraudulent company cultivating a malicious mob through social media" |
| 40 | 1/3/2022 | Statement 35. Tweet by Adrian Heilbut, "Not content with fabricating scientific data, the $SAVA bulls are now fabricating correspondence from the DOJ for a pump..[1]" |
| 41 | 1/5/2022 | Statement 36. Tweet by Jesse Brodkin, "Second step is to root out the frauds that are already in the market $sava" |
| 42 | 1/9/2022 | Statement 37. Tweet by Jesse Brodkin, "It is exactly that. Here is the proof. $sava has lied to the public, CTAD, SEC and now, apparently, you in private communications." |
| 43 | 1/10/2022 | Statement 38. Tweet by Adrian Heilbut, "That is not the point here.  The point is simply that there is evidence in black and white that SAVA / Wang photoshopped images that they sent to JNeuro as 'originals', and then pumped the stock based on their 'erratum'" |
| 44 | 1/12/2022 | Statement 39. Tweet by Jesse Brodkin, "I like this $sava manipulated image in response to accusations of $sava manipulating images 🤣 🤣 h/t Bik" |

---

[1] This tweet includes a screenshot of text saying "United Department of Justice," where 'States' has been left out.

| Ex. No. | Date | Description |
|---------|------|-------------|
| 45 | 1/19/2022 | Statement 40. Tweet by Adrian Heilbut, "$SAVA science is a total fraud and those relating hopeful anecdotes about patients currently in the clinical trials are either fools or shills." |
| 46 | 1/20/2022 | Statement 41. Tweet by Jesse Brodkin, "icymi MOAR $sava fraud news. A clean paper retraction by a group that was unfortunate enough to collaborate with Dr Wang 😳" |
| 47 | 1/20/2022 | Statement 42. Tweet by Jesse Brodkin, "spelled out pretty clearly here, Wang attempted to clear himself of image manipulation accusations by producing manipulated images AGAIN…" 47(A) is Statement 42 as archived by the WayBack Machine on 1/20/2022; 47(B) is the Tweet that Statement 42 was in reply to as archived by the WayBack Machine on 1/20/2022. |
| 48 | 2/10/2022 | Statement 43. Tweet by Adrian Heilbut, "$SAVA remains a complete scientific fraud that is going to have its rug pulled any day, and Mr. Market knows it.." |
| 49 | 3/3/2022 | Statement 44. Tweet by Adrian Heilbut, "Meanwhile, NIH @NIHAging happily funds completely fraudulent science from $SAVA." |
| 50 | 4/28/2022 | Statement 45. Tweet by Jesse Brodkin, "My dude, $sava is a scamCo, don't tell your followers to buy frauds 🙏🏾" |
| 51 | 5/9/2022 | Statement 46. Tweet by Jesse Brodkin, "$sava now poster-boy for fraud… congrats Remi 👏 👏 👏" |
| 52 | 5/9/2022 | Statement 47. Tweet by Jesse Brodkin, "@Adrian_H giving CUNY notice that we will not allow a cover-up of $sava Wang's scientific fraud. All investigation findings should be made public ASAP…" |
| 53 | 5/18/2022 | Statement 48. Tweet by Jesse Brodkin, "Who cares? The image was 'selectable'. Case closed (again) $sava is a fraud." Includes archived versions of statement and its thread. |
| 54 | 5/31/2022 | Statement 49. Tweet by Jesse Brodkin, "Big SAVA news!!!   new SEC filing? Nope. New PR from company? Nope…. Another pump-and-dump on nothing from a ScamCo? Yes |

| Ex. No. | Date | Description |
|---------|------|-------------|
| 55 | 6/3/2022 | Statement 50. Tweet by Adrian Heilbut, "what does "returning the homeostasis of FLNA levels" even mean when the molecule does not even bind to its supposed target? IT IS ALL MADE UP…" |
| 56 | 8/28/2022 | Statement 51. Tweet by Jesse Brodkin, "Here's another straight-up admission of data manipulation; first and second cohort (pills vs cherries) of patients are statistically significantly different for no reason other than an investigation of data manipulation was started between the cohort readouts $sava" |
| 57 | 8/28/2022 | Statement 52. Tweet by Jesse Brodkin, "I don't know what the expiration data on this dumb attempt at a pump based on a total lie is, but at 1+ years I think we can safely say Remi was FOS when he pumped a "deal" @sava" |
| 58 | 8/28/2022 | Statement 53. Tweet by Jesse Brodkin, "Apparently lying to pump stock price runs in the family. Here Mrs Barbier lies through her teeth in writing that her baloney femtomolar claim is correct and a typo will clear it all up (narrator: IT DIDN'T) $sava" |
| 59 | 8/29/2022 | Statement 54. Tweet by Jesse Brodkin, "The level of fraud with $sava is way beyond just securities, so this is probably the right move for the SEC to hand off to the DOJ, imo." |
| 60 | 9/10/22 | Statement 55. Tweet by Adrian Heilbut, "IT'S ALL MADE UP." |
| 61 | 9/14/2022 | Statement 56. Tweet by "Jesse Brodkin, Oh look, it seems that SavaDX collaborator Joel Ross is an addmitted crook in the largest insider trade in history. A perfect fit for $sava and Steve Arnold 👍" |
| 62 | 9/20/2022 | Statement 57. Tweet by Adrian Heilbut, "$SAVA chumps getting played again, with another pump based on two week old non-news<br>Tide has not turned. The science is fraudulent and the drug is fake." |
| 63 | 9/20/2022 | Statement 58. Tweet by Adrian Heilbut, "and FDA gets a lot of things wrong. Reality still exists. The drug is fake, Wang is a fraud, and the $SAVA charade is going to come crashing down one of these days." |

| Ex. No. | Date | Description |
|---------|------|-------------|
| 64 | 9/22/2022 | Statement 59. Tweet by Jesse Brodkin, "Nope, I mean fraud $sava[2]" |
| 65 | 9/27/2022 | Statement 60. Tweet by Adrian Heilbut, "It doesn't halt cognitive decline either, I'm afraid, because all the 'science' behind it was faked by a crazy fabulist, and it is a completely imaginary drug that doesn't even engage its (never-validated) target…Simuflimflam has a totally different (imaginary) mechanism" |
| 66 | 10/2/2022 | Statement 61. Tweet by Adrian Heilbut, "Be careful with this line of thinking. They HAVE been fabricating results, & the justification for the Ph3 was a charade … It's 100% made up scientific fraud." |
| 67 | 10/2/2022 | Statement 62. Tweet by Jesse Brodkin, "For just straight-up scientific illiteracy and insult-to-your-intelligence fraud, this one has got to take the top spot…" |
| 68 | 10/6/2022 | Statement 63. Tweet by Adrian Heilbut, "SIMUFLIMFLAM: IT'S ALL MADE UP™" |
| 69 | 10/11/2022 | Statement 64. Tweet by Jesse Brodkin, "I don't think DOJ hired EXTRA people to investigate $sava …Whether Remi/Wang go to jail is really a question of how well they covered their tracks. What is not in question is that they did the crime." |
| 70 | 10/16/2022 | Statement 65. Tweet by Adrian Heilbut, "Who is crazy, who is stupid, who is lying, and who is evil is not really my concern.  The drug is fake; the research was fake; it is all a charade. IT IS ALL MADE UP. $SAVA" |
| 71 | 10/19/22 | Statement 66. Tweet by Adrian Heilbut, "It is not a 'drug'. IT IS ALL MADE UP. The entire thing is completely, utterly, insane." |
| 72 | 10/22/2022 | Statement 67. Tweet by Adrian Heilbut, "SavaDx went off track as soon as they got anyone who wasn't Wang to try to produce data, because.. wait for it.. IT WAS ALL MADE UP (and utter nonsense to boot)" |

---

[2] Includes an image containing a page from a retracted paper called "pM Naloxone Binds Filamin A."

| Ex. No. | Date | Description |
|---|---|---|
| 73 | 10/27/22 | Statement 68. Tweet by Adrian Heilbut, "what you're trying to say here is that IT'S ALL MADE UP" |
| 74 | 5/5/23 | Statement 69. Tweet by Adrian Heilbut, "As with the Bordey paper, this is actually a fantastic experiment $SAVA has done to determine just what kind of fantastical results a lab can come up with when given an inert compound targeting their pet protein" |
| 75 | 9/19/23 | Statement 70. Tweet by Enea Milioris, "Funny how the drug stopped working when Nadav left the picture" |
| 76 | 10/13/23 | Statement 71. Tweet by Adrian Heilbut, "Do you really think that the 'dog ate my homework' is going to work here? There was no data and no record of any of the work. A reasonable inference and implication might be that the research was never actually done, or in other words, that IT IS ALL MADE UP." |
| 77 | 10/13/23 | Statement 72. Tweet by Adrian Heilbut, "It's a totally different issue, … But there's equivalence between that and allegedly completely fake science and an allegedly imaginary drug" |
| 78 | 3/21/24 | Statement 73. Tweet by Adrian Heilbut, "I have multiple motives, but my primary motive is I don't like bullshit.  My motives don't matter, however, because I am correct.  Wang's fraud and misconduct has already been well established…" |
| 79 | 3/21/24 | Statement 74. Tweet by Adrian Heilbut, "It doesn't work because all of the 'science' & justification for testing it has been fabricated or complete bullshit, in my scientific opinion. I don't need to pretend to do a clinical trial and give grandma a spinal tap to know …" |
| 80 | 3/25/24 | Statement 75. Tweet by Adrian Heilbut, "I can't recall anybody flat-out fabricating data for a Phase 2 clinical trial under FDA IND before" |
| 81 | 11/4/2021 | Press Release: "Review by Journal of Neuroscience Shows No Evidence of Data Manipulation in Technical Paper Foundational to Cassava Sciences' Lead Drug Candidate" |
| 82 | 2/28/24 | US SEC Form 10-K Annual Report for Fiscal Year Ended December 31, 2023 |

9

| Ex. No. | Date | Description |
|---|---|---|
| 83 | 2/28/23 | US SEC Form 10-K Annual Report for Fiscal Year Ended December 31, 2022 |
| 84 | 2/28/2022 | US SEC Form 10-K Annual Report for Fiscal Year Ended December 31, 2021 |
| 85 | 3/23/2021 | US SEC Form 10-K Annual Report for Fiscal Year Ended December 31, 2020 |
| 86 | 3/26/2020 | US SEC Form 10-K Annual Report for Fiscal Year Ended December 31, 2019 |
| 87 | 3/27/2019 | Press Release: "Pain Therapeutics Announces Name Change to Cassava Sciences, Inc." |
| 88 | 4/15/2019 | Press Release: "Cassava Sciences Completes Patient Enrollment for a Phase 2a Study in Patients with Alzheimer's Disease" |
| 89 | 6/18/2019 | Press Release: "Cassava Sciences to Present at Maxim Group's Conference on Alzheimer's Disease" |
| 90 | 9/9/2019 | Press Release: "Cassava Sciences Reports Positive Phase 2a Clinical Results in Alzheimer's Patients" |
| 91 | 9/16/2019 | Press Release: "Cassava Sciences Initiates Phase 2b Clinical Study in Alzheimer's Patients" |
| 92 | 10/24/2019 | Press Release: "Cassava Sciences' Clinical Results in Alzheimer's Selected as Late-Breaking News at CTAD 2019" |
| 93 | 10/29/2019 | Press Release: "Cassava Sciences Announces Recent Clinical Highlights and Third Quarter 2019 Financial Results" |
| 94 | 12/6/2019 | Press Release: "Cassava Sciences Announces Additional Positive Phase 2a Clinical Data in Alzheimer's Disease at CTAD 2019" |
| 95 | 1/28/2020 | Press Release: "Cassava Sciences Announces Completion of Patient Enrollment of a Phase 2b Study in Alzheimer's Disease" |
| 96 | 2/11/2020 | Press Release: "Cassava Sciences Announces Phase 2a Study of PTI-125 Published in The Journal of Prevention of Alzheimer's Disease (JPAD)" |

| Ex. No. | Date | Description |
|---------|------|-------------|
| 97 | 3/19/2020 | Press Release: "Cassava Sciences Announces Clinical Update and Business Progress Across Neuroscience Pipeline" |
| 98 | 3/25/2020 | Press Release: "Cassava Sciences Announces Initiation of an Open-Label Study to Evaluate PTI-125 in Patients with Alzheimer's Disease" |
| 99 | 3/26/2020 | Press Release: "Cassava Sciences Announces Full-year 2019 Financial Results and Anticipated Key Milestones for 2020" |
| 100 | 4/23/2020 | Press Release: "Cassava Sciences Announces New $2.5 Million Research Grant Award from National Institutes of Health" |
| 101 | 6/3/2020 | Press Release: "Cassava Sciences Announces Presentation at the Jefferies Virtual Healthcare Conference and Provides Updates Regarding Phase 2b Study of PTI-125" |
| 102 | 7/9/2020 | Press Release: "Cassava Sciences to Give Keynote Presentation on SavaDx at a Scientific Conference" |
| 103 | 8/12/2020 | Press Release: "Cassava Sciences Announces Second Quarter 2020 Financial Results and Mid-year Business Review" |
| 104 | 9/14/2020 | Press Release: "Cassava Sciences Announces Final Results of a Phase 2b Clinical Study of Simufilam in Patients with Alzheimer's Disease" |
| 105 | 9/30/2020 | Press Release: "Cassava Sciences' Phase 2b Clinical Results in Alzheimer's Selected as Late-Breaking News at CTAD 2020" |
| 106 | 11/4/2020 | Press Release: "Cassava Sciences Announces Additional Clinical Data from a Phase 2b Study of Sumifilam in Alzheimer's Disease" |
| 107 | 1/4/2021 | Press Release: "Cassava Sciences Appoints Dr. James Kupiec as Chief Clinical Development Officer" |
| 108 | 2/2/2021 | Press Release: "Cassava Sciences' Simufilam Improves Cognition and Behavior in Alzheimer's Disease in Interim Analysis of Open-label Study" |

| Ex. No. | Date | Description |
|---------|------|-------------|
| 109 | 2/8/2021 | Press Release: "Cassava Sciences Announces Significant Program Progress and Expected Key Milestones in 2021 for Its Clinical Program in Alzheimer's Disease" |
| 110 | 2/22/2021 | Press Release: "Cassava Sciences Announces Positive End-of-Phase 2 Meeting with FDA and Outlines Pivotal Phase 3 Program for Simufilam in Alzheimer's Disease" |
| 111 | 2/23/2021 | Press Release: "Cassava Sciences to Present at SVB Leerink Global Healthcare Conference" |
| 112 | 3/23/2021 | Press Release: "Cassava Sciences Announces Full-year 2020 Financial Results and Business Highlights" |
| 113 | 4/21/2021 | Press Release: "Cassava Sciences Reports First Quarter 2021 Financial Results and Announces Guidance on Clinical Data Release" |
| 114 | 4/26/2021 | Press Release: "Cassava Sciences Invited by the NIH to Participate in Sachs 4th Annual Neuroscience Innovation Forum" |
| 115 | 4/27/2021 | Press Release: "Cassava Sciences Invited to Participate in B. Riley Securities' Neuroscience Conference" |
| 116 | 5/10/2021 | Press Release: "Cassava Sciences Announces Initiation of Cognition Maintenance Study in Alzheimer's disease" |
| 117 | 5/12/2021 | Press Release: "Cassava Sciences Announces New $2.7 Million Research Grant Award from National Institutes of Health" |
| 118 | 5/24/2021 | Press Release: "Cassava Sciences to Participate in Q&A Panel Discussion on Alzheimer's Disease" |
| 119 | 6/17/2021 | Press Release: "Cassava Sciences to Present at the Raymond James 2021 Human Health Innovation Conference" |
| 120 | 6/21/2021 | Press Release: "Cassava Sciences Provides Mid-Year Corporate Update, Clinical Development Progress and Announces Guidance on Clinical Data Release" |
| 121 | 6/21/2021 | Press Release: "Cassava Sciences Selects Clinical Research Organization for Phase 3 Clinical Program in Alzheimer's Disease" |

| Ex. No. | Date | Description |
|---|---|---|
| 122 | 7/21/2021 | Press Release: "Cassava Sciences to Present New Clinical Dataset at 2021 Alzheimer's Association International Conference" |
| 123 | 7/26/2021 | Press Release: "Cassava Sciences Announces Positive Data with SavaDx from a Randomized Controlled Phase 2b Study of Simufilam" |
| 124 | 7/29/2021 | Press Release: "Cassava Sciences Announces Positive Cognition Data With Simufilam in Alzheimer's Disease" |
| 125 | 7/29/2021 | Press Release: "Cassava Sciences Announces Positive Biomarker Data with Simufilam in Alzheimer's Disease" |
| 126 | 8/24/2021 | Press Release: "Cassava Sciences Announces Agreement with FDA on Special Protocol Assessments (SPA) for its Phase 3 Studies of Simufilam for the Treatment of Alzheimer's Disease" |
| 127 | 8/25/2021 | Press Release: "Cassava Sciences Responds to Allegations" |
| 128 | 8/27/2021 | Press Release: "Cassava Sciences Releases Statement Regarding Plasma p-tau Analysis from a Previously Disclosed Phase 2b Clinical Study in Alzheimer's Patients" |
| 129 | 9/3/2021 | Press Release: "Cassava Sciences Releases a Public Statement Regarding Recent Allegations" |
| 130 | 9/22/2021 | Press Release: "Cassava Sciences Announces Top-line Results of 12-month Interim Analysis from Open-label Study Evaluating Simufilam in Alzheimer's Disease" |
| 131 | 10/6/2021 | Press Release: "Cassava Sciences Initiates a Phase 3 Efficacy Trial of Simufilam for the Treatment of Patients with Alzheimer's Disease" |
| 132 | 11/18/2021 | Press Release: "Cassava Sciences Initiates a Second Phase 3 Study of Simufilam for the Treatment of Patients with Alzheimer's Disease" |
| 133 | 12/21/2021 | Press Release: "Science Journal Finds No Evidence to Support Claims of Data Manipulation in 2005 Publication" |

| Ex. No. | Date | Description |
|---|---|---|
| 134 | 12/23/2021 | Press Release: "Cassava Sciences Launches Clinical Website to Support Phase 3 Studies of Oral Simufilam in Alzheimer's Disease" |
| 135 | 2/10/2022 | Press Release: "FDA Denies Citizen Petitions Filed on Behalf of Short Selling Clients" |
| 136 | 2/28/2022 | Press Release: "Cassava Sciences Reports Full-year 2021 Financial Results and Operating Updates" |
| 137 | 3/30/2022 | Press Release: "Cassava Sciences Announces Fireside Chat and Presentation Tuesday, April 5th" |
| 138 | 4/25/2022 | Press Release: "Cassava Sciences Invited to Participate in B. Riley Securities' Neuroscience Conference" |
| 139 | 5/5/2022 | Press Release: "Cassava Sciences Reports First Quarter Financial Results for 2022 and Updates on Phase 3 Clinical Program" |
| 140 | 8/3/2022 | Press Release: "Cassava Sciences Reports Second Quarter Financial Results for 2022, Mid-year Corporate Update and Interim Analysis of Open-label Study" |
| 141 | 8/18/2022 | Press Release: "No Evidence of Data Manipulation in Science Publication on Simufilam" |
| 142 | 10/13/2022 | Press Release: "Cassava Sciences Announces Initiation of an Open-label Extension Study" |
| 143 | 11/3/2022 | Press Release: "Cassava Sciences Files Lawsuit Against Perpetrators of 'Short and Distort' Campaign" |
| 144 | 11/7/2022 | Press Release: "Cassava Sciences Reports Third Quarter Financial Results for 2022 and Business Update" |
| 145 | 12/6/2022 | Press Release: "Cassava Sciences Announces Completion of Dosing in Open-Label Study of Simufilam for Alzheimer's Disease" |
| 146 | 1/24/2023 | Press Release: "Cassava Sciences Announces Positive Top-Line Clinical Results in Phase 2 Study Evaluating Simufilam in Alzheimer's Disease" |

| Ex. No. | Date | Description |
|---------|------|-------------|
| 147 | 2/8/2023 | Press Release: "Cassava Sciences Announces Patient Enrollment Update for Phase 3 Studies of Simufilam for the Treatment of Alzheimer's Disease |
| 148 | 2/28/2023 | Press Release: "Cassava Sciences Reports Full-year 2022 Financial Results and Operating Updates" |
| 149 | 4/26/2023 | Press Release: "Cassava Sciences to Present at the 2023 H.C. Wainwright Investor Conference" |
| 150 | 5/1/2023 | Press Release: "Cassava Sciences Reports Q1 2023 Financial Results and Operating Updates" |
| 151 | 5/8/2023 | Press Release: "New Data by Academic Researchers Highlights Biological Activity of Simufilam on Filamin A" |
| 152 | 5/11/2023 | Press Release: "Cassava Sciences Completes Patient Dosing in Randomized Controlled Trial of Simufilam in Alzheimer's Disease" |
| 153 | 6/1/2023 | Press Release: "Cassava Sciences to Present at the Jeffries Global Healthcare Conference" |
| 154 | 6/12/2023 | Press Release: "New Publication Highlights Basic Science Supporting Simufilam" |
| 155 | 6/27/2023 | Press Release: "New Research Shows Simufilam Suppresses Overactive mTor" |
| 156 | 7/5/2023 | Press Release: "Oral Simufilam Slowed Cognitive Decline in Randomized Withdrawal Trial of Mild-to-Moderate Alzheimer's Disease" |
| 157 | 8/3/2023 | Press Release: "Cassava Sciences Reports Q2 2023 Financial Results and Operating Updates" |
| 158 | 9/6/2023 | Press Release: "Cassava Sciences Invited to Present in Four Upcoming Investor Conferences" |
| 159 | 9/11/2023 | Press Release: "Cassava Sciences Announces Science Publication That Confirms Mechanism of Action of Simufilam, a Novel Drug Candidate for People with Alzheimer's Disease" |

| Ex. No. | Date | Description |
|---------|------|-------------|
| 160 | 10/2/2023 | Press Release: "Cassava Sciences Completes Patient Enrollment for Pivotal Phase 3 Clinical Trial of Oral Simufilam in Alzheimer's Disease" |
| 161 | 10/5/2023 | Press Release: "Cassava Sciences to Present at the Jeffries Biotech CNS/Neuro Summit in NY" |
| 162 | 10/12/2023 | Press Release: "Statement by Cassava Sciences Regarding an Internal CUNY Report Leaked to the Press" |
| 163 | 10/25/2023 | Press Release: "MRI Data Suggest Simufilam is Not Associated with Amyloid-related Imaging Abnormalities (ARIA)" |
| 164 | 11/6/2023 | Press Release: "Cassava Sciences Completes Enrollment for Pivotal Phase 3 Program of Simufilam in Alzheimer's Disease" |
| 165 | 11/7/2023 | Press Release: "Cassava Sciences Reports Third Quarter 2023 Financial and Operating Results" |
| 166 | 2/7/2024 | Press Release: "No Decline in Cognition Scores in Patients with Mild Alzheimer's Disease Who Received Simufilam Continuously for 24 Months" |
| 167 | 2/28/2024 | Press Release: "Cassava Sciences Reports Full-year 2023 Financial Results and Corporate Updates" |
| 168 | 3/4/2024 | Press Release: "Cassava Sciences Announces Virtual Presentation at the AD/PD 2024 International Conference" |
| 169 | 3/25/2024 | Press Release: "Cassava Sciences Announces Completion of an Interim Safety Review of Oral Simufilam On-going Phase 3 Trials" |
| 170 | 11/4/2020 | *Journal of Prevention of Alzheimer's Disease 7(4)*: "PTI-125 Reduces Biomarkers of Alzheimer's Disease in Patients" |
| 171 | 12/8/2017 | *Neuroimmunology and Neuroinflammation (December 2017)*: "Altered filamin A enables amyloid beta-induced tau hyperphosphorylation and neuroinflammation in Alzheimer's disease Topic: Alzheimer's Disease" |

| Ex. No. | Date | Description |
|---|---|---|
| 172 | 3/31/2017 | *Neurobiology of Aging (2017)*: "PTI-125 binds and reverses an altered conformation of filamin A to reduce Alzheimer's disease pathogenesis" |
| 173 | 7/18/2012 | *The Journal of Neuroscience 32(29)*: *"*Reducing Amyloid-Related Alzheimer's Disease Pathogenesis by a Small Molecule Targeting Filamin A" |
| 174 | 2/1/1998 | *The Journal of Neuroscience 18(3)*: "Interaction of Presenilins with the Filamin Family of Actin-Binding Proteins" |
| 175 | 7/11/2000 | *Neuro Report 11(14)*: "Presenilin 1 interaction with cytoskeleton and association with actin filaments" |
| 176 | 9/13/2000 | *Journal of Cell Science 113*: "Physical and genetic interaction of filamin with presenilin in Drosophila" |
| 177 | 11/1/2004 | *Nature Cell Biology December (2004)*: "The many faces of filamin: A versatile molecular scaffold for cell motility and signalling" |
| 178 | 02/1/2009 | *Journal of Neuropathology & Experimental Neurology 68(2)*: "Hyaline Protoplasmic Astrocytopathy of Neocortex" |
| 179 | 6/11/2010 | *Journal of Alzheimer's Disease 22*: "Alzheimer's Disease Linked Presenilin Mutation (PS1M146L) Induces Filamin Expression and γ-Secretase Independent Redistribution" |
| 180 | 8/28/2014 | *Journal of Physiology – Paris 108*: "Participation of group I p21-activated kinases in neuroplasticity" |
| 181 | 11/10/2005 | *Acta Neuropathologica Communications (2015)*: "Investigating the role of filamin C in Belgian patients with frontotemporal dementia linked to GRN deficiency in FTLD-TDP brains" |
| 182 | 6/28/2019 | *Experimental Neurobiology (2019)*: "Memantine Improves Cognitive Function and Alters Hippocampal and Cortical Proteome in Triple Transgenic Mouse Model of Alzheimer's Disease" |
| 183 | 2/19/2020 | *Science Translational Medicine (2020)*: "Filamin A inhibition reduces seizure activity in a mouse model of focal cortical malformations" |

| Ex. No. | Date | Description |
|---|---|---|
| 184 | 11/19/2020 | *Frontiers in Cell and Developmental Biology (2020)*: "Echinacoside Suppresses Amyloidogenesis and Modulates F-actin Remodeling by Targeting the ER Stress Sensor PERK in a Mouse Model of Alzheimer's Disease" |
| 185 | 5/10/2010 | *Brain Research 1345 (2010)*: "Filamin-A and Myosin VI colocalize with fibrillary Tau protein in Alzheimer's disease and FTDP-17 brains" |
| 186 | 5/25/2022 | *Sci. Adv.*, "Actin-binding protein filamin-A drives tau aggregation and contributes to progressive supranuclear palsy pathology" |
| 187 | 11/24/2022 | *Front Aging Neuroscience*, "Evidence of Filamin A loss of solubility at the prodromal stage of neuropathologically-defined Alzheimer's disease" |
| 188 | 11/18/2022 | *Molecular Neurobiology*, "Direct and Indirect Effects of Filamin A on Tau Pathology in Neuronal Cells" |
| 189 | 02/22/2023 | *Biochemical and Biophysical Research Communications*, "Filamin A is overexpressed in non-alcoholic steatohepatitis and contributes to the progression of inflammation and fibrosis" |
| 190 | 6/15/2022 | *Molecular Neurodegeneration*: "Calcium-dependent cytosolic phospholipase A2 activation is implicated in neuroinflammation and oxidative stress associated with ApoE4" |
| 191 | 6/29/2023 | *Frontiers in Aging*, "Simufilam Suppresses Overactive mTOR and Restores Its Sensitivity to Insulin in Alzheimer's Disease Patient Lymphocytes" |