# APPENDIX A

# STATEMENTS FROM SOCIAL MEDIA

**STATEMENTS FROM SOCIAL MEDIA**

| Stmt. No. | Ex. No. | Date | Author | Statement | Link |
|---|---|---|---|---|---|
| 1 | 6 | 11/2/2021 | Adrian Heilbut | Not as crazy as photoshopping all of your studies for 20 years.. and putting a molecule into humans based on nonsense. $SAVA | https://twitter.com/Adrian_H/status/1455654387691540486 |
| 2 | 7 | 11/4/2021 | Adrian Heilbut | It is all complete, made-up garbage.  If it were not, $SAVA would be earnestly and openly defending everything in a transparent scientific way..  everything about how they operate is about contriving the appearance of desirable results. | https://twitter.com/Adrian_H/status/1456275948693770240 |
| 3 | 8 | 11/4/2021 | Jesse Brodkin | I will NEVER cover $sava . Simufilam is a frauuud! | https://twitter.com/jesse_brodkin/status/1456272096053526550 |
| 4 | 9 | 11/5/2021 | Adrian Heilbut | The lies from $SAVA never end | https://twitter.com/Adrian_H/status/1456776594366869508 |
| 5 | 10 | 11/6/2021 | Jesse Brodkin | Either $sava has been lying to us for months about having the blots or they submitted faked evidence to the Journal of Neuroscience. Pick one. | https://twitter.com/jesse_brodkin/status/1456934307558301697 |
| 6 | 11 | 11/7/2021 | Jesse Brodkin | Never $sava is a total fraud. $2 in 3 years max guaranteed. | https://twitter.com/jesse_brodkin/status/1457490360402391044 |
| 7 | 12 | 11/11/2021 | Adrian Heilbut | Just to be clear: $SAVA faked additional "raw" data last week, sent it to @MarinaP63 at J Neurosci to receive their "blessing", halted the stock, then sent a press release relating this false, engineered news, causing the share price to double. Is there a legal term for that? | https://twitter.com/Adrian_H/status/1458780796005892097 |
| 8 | 13 | 11/11/2021 | Jesse Brodkin | 🔖📰Get your daily $SAVA fraud here 👉📧 It appears that in an effort to clear themselves of manipulated image accusations Cassava submitted some (long pause) MANIPULATED IMAGES.. I know right🤷, imagine the cajones and contempt that takes 🤯 | https://twitter.com/jesse_brodkin/status/1458771009813815300 |
| 9 | 14 | 11/14/2021 | Adrian Heilbut | The privilege to conduct trials under an IND is based on a balance of safety and potential for efficacy. If $SAVA pre-clinical and clinical data are fabricated or manipulated, or trials not properly run, there is no ethical or regulatory justification for further clinical trials. | https://twitter.com/Adrian_H/status/1460054040545566727 |

| Stmt. No. | Ex. No. | Date | Author | Statement | Link |
|---|---|---|---|---|---|
| | | | | We know IT WILL fail because we see and understand that the biology was MADE UP.  It is not a matter of hope, or optimism, or liking what one sees — it is all fabricated nonsense. If you cannot understand or admit this to yourself by now, you are going to be Remi's bagholder. | |
| 10 | 15 | 11/16/2021 | Adrian Heilbut | 2005 was the foundation for 2008, 2012, 2017, and the $SAVA Simufilam IND, the Phase 2 trials, and SavaDX.  It is all fabricated nonsense, built upon other fabricated nonsense, and it is all going to come crashing down. $SAVA is perfectly happy to light NIH and investor money on fire so long as they manage to siphon off a large chunk of it for themselves | https://twitter.com/Adrian_H/status/1460700822279532546 |
| 11 | 16 | 11/17/2021 | Adrian Heilbut | this is just the start.. the whole $SAVA charade is going to unravel now cc: @MarinaP63 and I have no doubt that the SEC is going to investigate the stunt $SAVA pulled two weeks submitting additional fabricated data in a fake "Erratum" to fool the Journal of Neuroscience into issuing a statement of "exoneration" the Ph2 clinical data is very much in doubt here too. I agree that this is a rare or unprecedented situation.. typically when something like this happens, the sponsor admits it and stops the trial themselves. | https://twitter.com/Adrian_H/status/1460978798439157765 |
| 12 | 17 | 11/17/2021 | Jesse Brodkin | So will CUNY circle the wagons around $sava fraud Wang with the SEC looking over their shoulder? (I'm guessing they won't 🙄) No Wang=No Patent=No Company=$0/share | https://twitter.com/jesse_brodkin/status/1461003095282966532 |
| 13 | 18 | 11/18/2021 | Adrian Heilbut | I have no idea, but if someone was looking for people lying to pump in order to sell, the first logical place to check for liars would be $SAVA management. | https://twitter.com/Adrian_H/status/1461543350587338754 |
| 14 | 19 | 11/19/2021 | Enea Milioris | How is it legal for $SAVA to spinal tap folks and then just make up their biomarker values? | https://twitter.com/DRnotaDR/status/1461663337066995719 |
| 15 | 20 | 11/19/2021 | Jesse Brodkin | To stop a sociopath from defrauding investors and harming elderly sick people and their families $sava | https://twitter.com/jesse_brodkin/status/1461842547349860355 |
| 16 | 21 | 11/21/2021 | Jesse Brodkin | Allowing an obvious fraud like $sava to continue to take advantage of patients, investors and families makes a mockery of our regulatory framework and markets. 50:50 Remi ends up behind bars. | https://twitter.com/jesse_brodkin/status/1462490125494099968 |
| 17 | 22 | 11/23/2021 | Jesse Brodkin | For those of you that may have been confused by @SfNJournals decision to actively participate in fraud by exonerating $sava and surrendering their scientific integrity and voice to Remi, I put a helpful explainer here 😉 cc: @MarinaP63 @JuanLerma1 @barry_everitt @SECEnfDirector | https://twitter.com/jesse_brodkin/status/1463129101821255681 |

| Stmt. No. | Ex. No. | Date | Author | Statement | Link |
|---|---|---|---|---|---|
| 18 | 23 | 11/24/2021 | Adrian Heilbut | I'm not assuming anything. The statement put out by JN was patently ridiculous. The "original" blot provided in the Erratum was faked. They need to explain or correct their statement and Erratum, and explain the process that that led to it. @MarinaP63 $SAVA | https://twitter.com/Adrian_H/status/1463562262694842372 |
| 19 | 24 | 11/30/2021 | Adrian Heilbut | The truth about $SAVA SavaDx is that is a FAKE assay, the only purpose of which is to provide "confirmation" of the "treatment effects" of $SAVA's inert drug that does not and cannot bind Filamin-A<br>Remi is a special kind of genius.<br>https://cassavafraud.com/docs/SAVADx_Theranos2.0.pdf | https://twitter.com/Adrian_H/status/1465870478527057920 |
| 20 | 25 | 12/7/2021 | Adrian Heilbut | He's talking about measuring CSF/Plasma albumin, not SavaDx. That was done so $SAVA could claim a "Treatment Benefit" on BBB integrity. And it was not done properly or using routine clinical methods, and the numbers are complete manipulated garbage. | https://twitter.com/Adrian_H/status/1468386878009266176 |
| 21 | 26 | 12/9/2021 | Adrian Heilbut | Wut? The premise of the entire charade (both for AD and for Bordey's bizarre claims) is that the drug binds FLNA. The key data $SAVA showed to establish that is physically impossible and MADE UP. It is all a complete fraud. | https://twitter.com/Adrian_H/status/1469088912232570880 |
| 22 | 27 | 12/9/2021 | Jesse Brodkin | No. I don't want to reward fraudulent data. $sava should be punished so that others do not attempt this scam. The best thing for AD research and patients is to maintain a fraud free and fact based investment environment. | https://twitter.com/jesse_brodkin/status/1469095555859103746 |
| 23 | 28 | | | *See* Exhibit 28. Report published by Defendants, "Cassava and the Wang Lab: Seeing Through the Blind." | |
| 24 | 29 | 12/11/2021 | Jesse Brodkin | Key is "confines of the study", obv Pei and Wang lab are supposed to be blind according to SEC filings and *very probably* study protocol. It's a shit-show of fraud and incompetence. SEC has been informed of $sava lies on filings 👍 | https://twitter.com/jesse_brodkin/status/1469782611421716482 |
| 25 | 30 | 12/13/2021 | Jesse Brodkin | So much easier to let the rest of society bear the costs of $sava fraud than to act responsibly and do your job, right @MarinaP63? (Even when the investigation was done for you 🙄) cc: @TurrigianoLab | https://twitter.com/jesse_brodkin/status/1470366262505226244 |
| 26 | 31 | 12/16/2021 | Jesse Brodkin | It looks like my perfectly reasonable letter regarding an opaque investigation of the $sava manipulated images by JoN didn't make the latest issue. I trust electronic publication can proceed without further delay 👍 The scientific community deserves transparency @MarinaP63 | https://twitter.com/jesse_brodkin/status/1471481003445268487 |

| Stmt. No. | Ex. No. | Date | Author | Statement | Link |
|---|---|---|---|---|---|
| 27 | 32 | 12/17/2021 | Jesse Brodkin | I think the cognitive scores, like the biomarker data are lies and meant to defraud investors and contaminate the  market for real science. $sava does a disservice to AD patients, and investors. What I have said about $sava research is true and undisputed by $sava🤷 | https://twitter.com/jesse_brodkin/ status/1471936321950302210 |
| cut | n/a | 12/17/2021 | Jesse Brodkin | The $sava lies never stop 🤦 | https://twitter.com/jesse_brodkin/ status/1471945262239207428 |
| 28 | 33 | 12/17/2021 | Jesse Brodkin | Important point on the continuing obligation JoN has to it's readers and the scientific community regarding $sava fraud in it's journal. | https://twitter.com/jesse_brodkin/ status/1471961847876272129 |
| 29 | 34 | 12/18/2021 | Jesse Brodkin | It took a decade for Remi to build the $sava scam. Through scientific teamwork and perseverance we have exposed this fraud. The tide is turning 🌊 #ENDALZ | https://twitter.com/jesse_brodkin/ status/1472360231678234630 |
| 30 | 35 | 12/20/2021 | Jesse Brodkin | But just on sheer impact, this guy is probably the winner. An image manipulation in response to questions of image manipulation followed by market manipulation. I could see jail time and an Editor resigning justified by this one pic alone. 🚓 $sava | https://twitter.com/jesse_brodkin/ status/1473031196334596099 |
| 31 | 36 | 12/21/2021 | Adrian Heilbut | Decent chance that $SAVA ends red.. Just another pathetic and increasingly desperate pump-and-dump onto the ignorant and credulous. It is all made up. | https://twitter.com/Adrian_H/status/1473315921972314118 |
| 32 | 37 | 12/21/2021 | Jesse Brodkin | $sava is doing societal harm as well as committing securities fraud by lying about their "science" | https://twitter.com/jesse_brodkin/ status/1473457850584338440 |
| 33 | 38 | 12/29/2021 | Jesse Brodkin | It doesn't matter WHO points out the fraud and lies of $sava (ad hominem #1). Not baseless as Remi already admitted "visual errors" (you're plain wrong or lying) Wester Blots are the foundation of sava's science 🤷. "Clean" is just wishful thinking #10. You look foolish. | https://twitter.com/jesse_brodkin/ status/1476114812266590209 |
| 34 | 39 | 12/30/2021 | Jesse Brodkin | $sava is a fraudulent company cultivating a malicious mob through social media | https://twitter.com/jesse_brodkin/ status/1476671467764998144 |
| 35 | 40 | 1/3/2022 | Adrian Heilbut | Not content with fabricating scientific data, the $SAVA bulls are now fabricating correspondence from the DOJ for a pump..[1] | https://twitter.com/Adrian_H/status/1478028839150305282 |

| Stmt. No. | Ex. No. | Date | Author | Statement | Link |
|---|---|---|---|---|---|
| cut | n/a | 1/3/2022 | Jesse Brodkin | Remi is truly blessed | |

| Stmt. No. | Ex. No. | Date | Author | Statement | Link |
|---|---|---|---|---|---|
| 46 | 51 | 5/9/2022 | Jesse Brodkin | $sava now poster-boy for fraud… congrats Remi 👏👏👏 | https://twitter.com/jesse_brodkin/status/1523676546380095488 |
| 47 | 52 | 5/9/2022 | Jesse Brodkin | @Adrian_H  giving CUNY notice that we will not allow a cover-up of $sava Wang's scientific fraud. All investigation findings should be made public ASAP.<br>@CUNYNeuro @CSOM_Official | https://twitter.com/jesse_brodkin/status/1523778067478421504 |
| 48 | 53 | 5/18/2022 | Jesse Brodkin | Even little-ole Pete at Neurobiology of Aging could find the fraud in $sava Wang's papers. But somehow couldn't find it within himself to call it intentional 😡 14 erroneous select-copy-pastes on one figure and they were all "accidental" 🙄<br>Who cares? The image was "selectable". Case closed (again) $sava is a fraud. | https://twitter.com/jesse_brodkin/status/1527082440111468544 |
| 49 | 54 | 5/31/2022 | Jesse Brodkin | Big SAVA news!!!  new SEC filing? Nope. New PR from company? Nope…. Another pump-and-dump on nothing from a ScamCo? Yes | |

| Stmt. No. | Ex. No. | Date | Author | Statement | Link |
|---|---|---|---|---|---|
| 56 | 61 | 9/14/2022 | Jesse Brodkin | Oh look, it seems that SavaDX collaborator Joel Ross is an addmitted crook in the largest insider trade in history. A perfect fit for $sava and Steve Arnold 👍 | https://twitter.com/jesse_brodkin/ status/1570041764563525633 |
| 57 | 62 | 9/20/2022 | Adrian Heilbut | $SAVA chumps getting played again, with another pump based on two week old non-news<br>Tide has not turned. The science is fraudulent and the drug is fake. | https://twitter.com/Adrian_H/st atus/1572321603341484035 |
| 58 | 63 | 9/20/2022 | Adrian Heilbut | and FDA gets a lot of things wrong. Reality still exists. The drug is fake, Wang is a fraud, and the $SAVA charade is going to come crashing down one of these days. | https://twitter.com/Adrian_H/st atus/1572445121509232643 |
| 59 | 64 | 9/22/2022 | Jesse Brodkin | Nope, I mean fraud $sava[5] | https://twitter.com/jesse_brodkin/ status/1573053896326631426 |
| 60 | 65 | 9/27/2022 | Adrian Heilbut | It doesn't halt cognitive decline either, I'm afraid, because all the 'science' behind it was faked by a crazy fabulist, and it is a completely imaginary drug that doesn't even engage its (never-validated) target.<br>Congratulations to them..<br>has nothing to do with SAVA or their fake drug<br>Simuflimflam has a totally different (imaginary) mechanism | https://twitter.com/Adrian_H/st atus/1574916368499195905 |
| 61 | 66 | 10/2/2022 | Adrian Heilbut | Be careful with this line of thinking.<br>They HAVE been fabricating results, & the justification for the Ph3 was a charade. They're breaking critical scientific and ethical norms that enable human clinial research, as well as regulations.  It's 100% made up scientific fraud. | https://twitter.com/Adrian_H/st atus/1576669435146174464 |
| 62 | 67 | 10/2/2022 | Jesse Brodkin | For just straight-up scientific illiteracy and insult-to-your-intelligence fraud, this one has got to take the top spot (and that's taken from a very rich $sava data set 😉) | https://twitter.com/jesse_brodkin/ status/1576672703201042434 |
| 63 | 68 | 10/6/2022 | Adrian Heilbut | SIMUFLIMFLAM: IT'S ALL MADE UP™ | https://twitter.com/Adrian_H/st atus/1578081595172569092 |
| 64 | 69 | 10/11/2022 | Jesse Brodkin | I don't think DOJ hired EXTRA people to investigate $sava (probably hired consultants) I think Wang was in the compensation bonus pool. Whether Remi/Wang go to jail is really a question of how well they covered their tracks. What is not in question is that they did the crime. | https://twitter.com/jesse_brodkin/ status/1579897035360464896 |

☐

| Stmt. No. | Ex. No. | Date | Author | Statement | Link |
|---|---|---|---|---|---|
| 65 | 70 | 10/16/2022 | Adrian Heilbut | Who is crazy, who is stupid, who is lying, and who is evil is not really my concern.  The drug is fake; the research was fake; it is all a charade. IT IS ALL MADE UP. $SAVA | https://twitter.com/Adrian_H/status/1581794074545180672 |
| 66 | 71 | 10/19/22 | Adrian Heilbut | It is not a "drug". IT IS ALL MADE UP. The entire thing is completely, utterly, insane. | https://twitter.com/Adrian_H/status/1582899656908242946 |
| 67 | 72 | 10/22/2022 | Adrian Heilbut | SavaDx went off track as soon as they got anyone who wasn't Wang to try to produce data, because.. wait for it.. IT WAS ALL MADE UP (and utter nonsense to boot) | https://twitter.com/Adrian_H/status/1583904241608929280 |
| 68 | 73 | 10/27/22 | Adrian Heilbut | what you're trying to say here is that IT'S ALL MADE UP | https://twitter.com/Adrian_H/status/1585747644084781060 |
| 69 | 74 | 5/5/23 | Adrian Heilbut | As with the Bordey paper, this is actually a fantastic experiment $SAVA has done to determine just what kind of fantastical results a lab can come up with when given an inert compound targeting their pet protein | https://twitter.com/Adrian_H/status/1654637249974214656 |
| 70 | 75 | 9/19/23 | Enea Milioris | Funny how the drug stopped working when Nadav left the picture | https://twitter.com/DRnotaDR/status/1704173737598157008 |
| 71 | 76 | 10/13/23 | Adrian Heilbut | Do you really think that the "dog ate my homework" is going to work here? There was no data and no record of any of the work. A reasonable inference and implication might be that the research was never actually done, or in other words, that IT IS ALL MADE UP. | https://twitter.com/Adrian_H/status/1712840312291225673 |
| 72 | 77 | 10/13/23 | Adrian Heilbut | It's a totally different issue, but I can assure you that many of those outraged with $SAVA were also outraged with Aduhelm and FDA shenanigans and skeptical of amyloid Abs. But there's equivalence between that and allegedly completely fake science and an allegedly imaginary drug | https://twitter.com/Adrian_H/status/1712881971347517840 |
| 73 | 78 | 3/21/24 | Adrian Heilbut | I have multiple motives, but my primary motive is I don't like bullshit.  My motives don't matter, however, because I am correct.  Wang's fraud and misconduct has already been well established; there is no need to politely wait for more people to be ripped off. | https://twitter.com/Adrian_H/status/1770980495624487106 |
| 74 | 79 | 3/21/24 | Adrian Heilbut | It doesn't work because all of the "science" & justification for testing it has been fabricated or complete bullshit, in my scientific opinion.  I don't need to pretend to do a clinical trial and give grandma a spinal tap to know that for sure.<br><br>The other accounts are not me. | https://twitter.com/Adrian_H/status/1770991599368970713 |

| Stmt. No. | Ex. No. | Date | Author | Statement | Link |
|---|---|---|---|---|---|
| 75 | 80 | 3/25/24 | Adrian Heilbut | I can't recall anybody flat-out fabricating data for a Phase 2 clinical trial under FDA IND before | https://twitter.com/Adrian_H/status/1772306001191997797 |