UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSAVA SCIENCES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID BREDT; GEOFFREY PITT; QUINTESSENTIAL CAPITAL MANAGEMENT LLC; ADRIAN HEILBUT; JESSE BRODKIN; ENEA MILIORIS; and PATRICK MARKEY,<br><br>    Defendants. | Civil Action No. 22-cv-9409 |

## NOTICE OF SEPARATE FILING

The attached exhibits accompany the Second Amended Complaint (Dkt. #120) as referenced in the Index of Appendices and Exhibits (Dkt. #120-2). Due to technical difficulties with CM/ECF, the exhibits accompanying the Second Amended Complaint could not all be filed as attachments to the Second Amended Complaint. Accordingly, the exhibits are being filed in separate docket entries as attachments to this Notice to ensure contemporaneous filing with the Second Amended Complaint.

Dated: Apr. 29, 2024

                                              /s/ J. Erik Connolly
                                              J. Erik Connolly (*admitted pro hac vice*)
                                                  econnolly@beneschlaw.com
                                                  Illinois ARDC No. 6269558

                                              Timothy Frey (*admitted pro hac vice*)
                                                  tfrey@beneschlaw.com
                                                  Illinois ARDC No. 6303335

    Kate Watson Moss (*admitted pro hac vice*)
      kwatsonmoss@beneschlaw.com
      Illinois ARDC No. 6321176

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

Michael Vatis
   mvatis@beneschlaw.com
   NY Reg. No. 2258655

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
1155 Avenue of the Americas
26th Floor
New York, NY 10036