# EXHIBIT 4

Searchable abstracts of presentations at key conferences in endocrinology    ISSN 1470-3947 (print) | ISSN 1479-6848 (online)

Endocrine Abstracts


published by
bioscientifica

Search   Issues/Conferences   Cite   About   Our Services   Policies   Contact
Disclaimer

OC7.5    ‹ Prev   Next ›   ⌃ Section   ⌃ Contents   Cite

*Endocrine Abstracts* (2023) **90** OC7.5 | DOI: 10.1530/endoabs.90.OC7.5

⌃ ECE2023  ›  Oral Communications  ›  Oral Communications 7: Pituitary and Neuroendocrinology 2   (6 abstracts)

# A novel filamin A-binding molecule may significantly enhance SST2 antitumoral actions in GH-secreting PitNET cells

Giusy Marra [1] , Donatella Treppiedi [2] , Genesio Di Muro [1,3] , Federica Mangili [2] , Rosa Catalano [1] , Emanuela Esposito [1,4] , Emma Nozza [2] , Marco Locatelli [5,6] , Andrea Lania [7,8] , Elisa Sala [2] , Emanuele Ferrante [2] , Maura Arosio [1,2] , Lindsay H. Burns [9] , Giovanna Mantovani [1,2] & Erika Peverelli [1,2]

👁 280 views     Facebook     Twitter     ✉ Email     + More     🖨 Print

Author affiliations

The main target of pharmacological therapy for growth hormone (GH)-secreting pituitary tumors (GH-PitNET) is the somatostatin receptor type 2 (SST2). However, approximately half of patients treated with octreotide, an SST2 agonist, show a low response rate or are octreotide-resistant. Here we present mechanistic data that shows co-treatment with simufilam, a novel oral therapeutic candidate, enhances sensitivity to octreotide. We previously showed that the cytoskeleton protein filamin A (FLNA) is recruited to bind SST2 upon agonist stimulation, and this interaction is required for SST2 signaling in GH-PitNET cells. However, when phosphorylated at Ser2152, FLNA no longer enables SST2 signaling and all SST2 anti-tumor effects are abolished. Simufilam is a FLNA-binding small molecule shown to modulate FLNA's conformation and its interactions with partner proteins in disease states. We postulated that simufilam may restore FLNA's linkage to SST2 and therefore FLNA's ability to enable SST2 signal transduction. To test this hypothesis, we assessed simufilam's effects on FLNA phosphorylation, FLNA-SST2 complex formation, SST2 signal transduction, GH secretion and cell proliferation/apoptosis, in human primary cultured GH-PitNET cells and in



Volume 90  ›  ‹

25th European Congress of Endocrinology

📍 Istanbul, Turkey
📅 13 May 2023 - 16 May 2023

European Society of Endocrinology ↗

Browse other volumes

Summary

Abstracts

Volume Editors

Abstract Book

Article tools



G Select Language | ▼
| Disclaimer

My recent searches

No recent searches.

the rat pituitary tumor cell line GH4C1. Simufilam treatment reduced FLNA phosphorylation on Ser2152 in GH4C1 cells (-28±13% after 10 min, $P<0.01$ vs basal) and in primary human GH-PitNET cells (-59%). Additionally, FLNA-SST2 complexes in GH4C1 cells fell below basal levels after 1h octreotide treatment (-29±6.8%, $P<0.05$ vs bas) but were still elevated after 1h co-incubation with octreotide+simufilam (135±19.7%, $P<0.05$ vs bas). Simufilam did not affect the ability of octreotide to inhibit GH secretion in GH4C1 or primary GH-PitNET cells that are *in vitro* responsive to octreotide; however, a combination of simufilam+octreotide reduced GH secretion in primary GH-PitNET cells that are *in vitro* resistant to octreotide (*n*=2) (-42±3.5%, $P<0.001$ vs bas). Simufilam slightly reduced cell proliferation (-15±10.1%, $P<0.05$ vs bas) and ERK phosphorylation (-21±18.8%, $P<0.05$ vs bas), while increasing cell apoptosis (+17.8±7.3%, $P<0.05$ vs bas) in the GH4C1 cell line. Interestingly, co-treatment with simufilam+octreotide in GH4C1 potentiated the pro-apoptotic effect of the single drugs (+13±5% octreotide, $P<0.001$ vs bas; +36.8±9.2% octreotide+simufilam, $P<0.01$ vs bas, $P<0.05$ vs octreotide or simufilam alone). In conclusion, simufilam reduced FLNA phosphorylation, enhanced and prolonged the octreotide-induced FLNA-SST2 interaction and promoted SST2 signal transduction in human primary cultured GH-PitNET cells. These data suggest that co-treatment with simufilam may enhance the efficacy of octreotide or other somatostatin analog drugs in the management of pituitary tumors.

My recently viewed abstracts

A novel filamin A-binding molecule may significantly enhance SST2 antitumoral actions in GH-secreting PitNET cells (<1 min ago)

Authors

Marra Giusy

Treppiedi Donatella

Muro Genesio Di

Mangili Federica

Catalano Rosa

Esposito Emanuela

Nozza Emma

Locatelli Marco

Lania Andrea

Sala Elisa

Ferrante Emanuele

Arosio Maura

H. Burns Lindsay

Mantovani Giovanna ⌄

Peverelli Erika ⌄



Endocrine Abstracts

ISSN 1470-3947 (print) | ISSN 1479-6848 (online)

© Bioscientifica 2023 | Privacy policy | Cookie settings



Biosci**Abstracts**

Bioscientifica Abstracts is the gateway to a series of products that provide a permanent, citable record of abstracts for biomedical and life science conferences.

Find out more





ECE 2023
25th European Congress of Endocrinology
13 – 16 May 2023, Istanbul Turkey

# A novel filamin A-binding molecule may significantly enhance SST2 antitumoral actions in GH-secreting PitNET cells

**Erika Peverelli**

**Milan, Italy**





# CONFLICT OF INTEREST

Erika Peverelli

☐ **I have the following potential conflicts of interest to report**:

      ☐ Research Contracts

      ☐ Consulting

      ☐ Employment in the Industry

      ☐ Stockholder of a healthcare company

      ☐ Owner of a healthcare company

      ☐ Other(s)

**X  I declare that I have no potential conflict of interest.**

Simufilam is a proprietary compound of Cassava Sciences provided to E.P. under a Material Transfer Agreement

# Pharmacological therapy in GH-secreting pituitary neuroendocrine tumors (PitNET)

**Somatostatin analogs (SSA)**



❖ **Inhibition of hormone secretion**

❖ **Inhibition of cell proliferation**

From Peverelli *et. al* Nat Rev Endocrinol (2021)

# Resistance to pharmacological treatment in GH-secreting pituitary tumors



# Filamin A

**FLNA**

➢ **STRUCTURAL ROLE:**

➢ **FUNCTIONAL ROLE:**



**2- transmembrane proteins anchoring to cytoskeleton**

**3- scaffold for signal transduction complexes**

1

**1-Actin filaments crosslinking**

# Filamin A and SST2 in GH secreting PitNET

## Stability



Peverelli E, et al. Endocrinology 2014

## Signalling

FLNA dominant negative mutants

FLNA dominant negative mutants



Peverelli E, et al. Endocrinology 2014

## Internalization and recycling



Treppiedi D, et al. Neuroendocrinology. 2020



Peverelli *et. al* Cancer Lett (2018)

**P-FLNA modulation:**
**new pharmacological strategies**
**to overcome SSA resistance?**

# Filamin A targeting molecule: Simufilam (PTI-125)



The Journal of Neuroscience, July 18, 2012 · 32(29):9773–9784 · 9773

Neurobiology of Disease

## Reducing Amyloid-Related Alzheimer's Disease Pathogenesis by a Small Molecule Targeting Filamin A

Hoau-Yan Wang,[1,2] Kalindi Bakshi,[1] Maya Frankfurt,[1] Andres Stucky,[1,2] Marissa Goberdhan,[1,2] Sanket M. Shah,[1] and Lindsay H. Burns[3]

[1]Department of Physiology, Pharmacology and Neuroscience, City University of New York Medical School, New York, New York 10031, [2]Department of Biology and Neuroscience, Graduate School of the City University of New York, New York, New York 10016, [3]Department of Science Education, Hofstra North Shore–Long Island Jewish School of Medicine, Hempstead, New York 11549-1000, and [4]Pain Therapeutics, Inc., Austin, Texas 78731

Neurobiology of Aging 55 (2017) 99–114

Contents lists available at ScienceDirect

## Neurobiology of Aging

journal homepage: www.elsevier.com/locate/neuaging

ELSEVIER

## PTI-125 binds and reverses an altered conformation of filamin A to reduce Alzheimer's disease pathogenesis

Hoau-Yan Wang [a,b,*], Kuo-Chieh Lee [a], Zhe Pei [a], Amber Khan [a,b], Kalindi Bakshi [a], Lindsay H. Burns [c]

[a] Department of Physiology, Pharmacology and Neuroscience, City University of New York School of Medicine, New York, NY, USA
[b] Department of Biology and Neuroscience, Graduate school of the City University of New York, New York, NY, USA
[c] Pain Therapeutics, Inc, Austin, TX, USA

### Simufilam:
- **binds with higher affinity an altered conformation of FLNA**
- **restore the FLNA native conformation**
- **change the affinity of FLNA for partner proteins**





FLNA altered conformation          FLNA native conformation

# Aim

To test Simufilam effects on FLNA phosphorylation, FLNA-SST2 binding, and SST2 signal transduction

➢ Rat GH-secreting tumoral pituitary cell line GH4C1
➢ Primary cultured cells derived from surgically removed human GH-secreting tumors

# Simufilam reduced FLNA phosphorylation



# Simufilam and octreotide co-treatment increased FLNA/SST2 interaction

Proximity Ligation Assay (PLA)



# Simufilam and octreotide co-treatment reduced GH secretion in octreotide-resistant tumor cells



# Simufilam and octreotide co-treatment reduced cell proliferation in octreotide-resistant tumor cells



*,p<0.05 vs bas; **, p<0.01 vs bas

# Simufilam potentiated the pro-apoptotic effect of octreotide in GH4C1 cells



*,p<0.05 vs bas; **, p<0.01 vs bas; ***, p<0.001 vs bas; §, p<0.05 vs oct;

# Conclusions

**In GH-secreting PitNET cells, simufilam:**

➢ **reduced FLNA phosphorylation**

➢ **enhanced and prolonged FLNA-SST2 interaction**

➢ **promoted SST2 signal transduction**

➢ **restore sensitivity to octreotide in octreotide-resistant tumor cells**



**…a combination therapy of Simufilam and SSA may be useful for GH-secreting PitNET resistant to SSA treatment**



# Thank you for your attention





**Endocrinology Lab**





**Prof. Giovanna Mantovani**

**Prof. Maura Arosio**

Department of Clinical Sciences and Community Health, University of Milan

Endocrinology Unit, Fondazione IRCCS Ca' Granda Ospedale Maggiore Policlinico, Milan