# EXHIBIT 6

# PageVault

| | |
|---|---|
| Document title: | Adrian H on X: "@kgromax @stenosangiole @MicrobiomDigest Not as crazy as photoshopping all of your studies for 20 years.. and putting a molecule into humans based on nonsense. $SAVA" / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1455654387691540486 |
| Page loaded at (UTC): | Tue, 16 Apr 2024 17:49:55 GMT |
| Capture timestamp (UTC): | Tue, 16 Apr 2024 17:54:44 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 3 |
| Capture ID: | op5iTQsFuARWUcpMCDmaiU |
| User: | bfca-sdelaney |

PDF REFERENCE #:    pcHDgJcVc3CoVEywGE3JEf

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Adrian H** @Adrian_H · Oct 29, 2021

Not my discovery, but Garra Congoensis found another superb "Wang Special" $SAVA

Do these bands look the same to you, @stenosangiole ?

@MicrobiomDigest

4 3 14

**kgromax** @kgromax · Nov 2, 2021

Photoshopping a study is crazy!
Thx for this

2 2

**Adrian H**
@Adrian_H

Not as crazy as photoshopping all of your studies for 20 years.. and putting a molecule into humans based on nonsense.

$SAVA

9:53 PM · Nov 2, 2021

1 1

G Post your reply Reply

## Relevant people

**Adrian H** Follow
@Adrian_H
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**kgromax** Follow
@kgromax

**Steno** Follow
@stenosangiole
Soft Matter Physicist and Materials Scientist, head of SoftNanoLab group at Imperial College London, lover of arguments, hater of nationalism

## What's happening

**Rangers at Tigers**
MLB · LIVE

Trending in United States
**NYC City Hall**
13K posts

Trending
**Trade**
342K posts

Sports · Trending
**White Rat**

Politics · Trending
**#VacateTheChair**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**George Burns**
@gburn98

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Adrian H**
@Adrian_H

Not as crazy as photoshopping all of your studies for 20 years.. and putting a molecule into humans based on nonsense.

$SAVA

9:53 PM · Nov 2, 2021

1 1

Post your reply Reply

**George Burns**
@gburn98

## Relevant people

**Adrian H** Follow
@Adrian_H
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**kgromax** Follow
@kgromax

**Steno** Follow
@stenosangiole
Soft Matter Physicist and Materials Scientist, head of SoftNanoLab group at Imperial College London, lover of arguments, hater of nationalism

## What's happening

**Rangers at Tigers**
MLB · LIVE

Trending in United States
**NYC City Hall**
13K posts

Trending
**Trade**
342K posts

Sports · Trending
**White Rat**

Politics · Trending
**#VacateTheChair**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.



