# EXHIBIT 7

PageVault

| | |
|---|---|
| Document title: | Adrian H on Twitter: "It is all complete, made-up garbage. If it were not, $SAVA would be earnestly and openly defending everything in a transparent scientific way.. everything about how they operate is about contriving the appearance of desirable results.… https://t.co/XDvKch5xFz" |
| Capture URL: | https://web.archive.org/web/20211104162829/https:/twitter.com/Adrian_H/status/1456275948693770240 |
| Page loaded at (UTC): | Wed, 24 Apr 2024 19:50:18 GMT |
| Capture timestamp (UTC): | Wed, 24 Apr 2024 19:54:11 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 3 |
| Capture ID: | 8JinZDYRhimobjFC4abQFg |
| User: | bfca-mswanson |

PDF REFERENCE #:    qRy9rD94dXcqVbos7AkxAa

INTERNET ARCHIVE WaybackMachine https://twitter.com/Adrian_H/status/1456275948693770240 Go 3 captures 4 Nov 2021 - 11 Nov 2022 OCT NOV 04 2020 2021 NOV 2022 About this capture

Home About

Have an account? Log in

# Adrian H

@Adrian_H

Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

New York, NY

empiricist.ca

Joined March 2007

**James** @eyemightbewrong · 2h

QCM drops short report on $SAVA yesterday. I read it, good work, it looks bad, but also misses most important point. Even if studies are fake, & self dealing & former fraudsters, COULD the drug work? MIGHT it be better than placebo. Today $SAVA PRs counter & stock squeezes +50%

> **Quintessential Capital Management** @QCMFunds
> QCM is SHORT shares of Cassava Sciences $SAVA link to our explosive report: qcmfunds.com/wp-content/upl…

2 1

**James** @eyemightbewrong · 2h

That's issue the short report neglected, imhop. Yes this might be a house of fraud & nonsense, but is there a shot this drug actually is better than placebo, & they are faking studies & committing fraud just to reinforce. Is there a logic to it working

3 1

**James** @eyemightbewrong · 2h

QCM does amazing work, & they do address the science. But that is what I ask $SAVA shorts — ok probably everything u said is true, but none of it would matter if the drug does work marginally better than placebo & there aren't safety problems. Prove that drug is garbage not co.

2 1

**Adrian H** @Adrian_H · 2h

That's not how it is supposed to work. FDA is there to make sure that drugs are proven safe and effective before they are used. If the drug mechanism is made up nonsense, the drug is not going to work, even marginally.

2 3

**James** @eyemightbewrong · 1h

I agree. I'm saying in order to be persuaded to take on a short I hv to be sure the drug is actually complete garbage. It's clear Mgmt is very bad and laws may be broken, but if drug is good that could paper over that. I will read ur work Adrian, I like everything u wrote so far

2 1

**Adrian H**
@Adrian_H

Follow

Replying to @eyemightbewrong

## It is all complete, made-up garbage. If it were not, $SAVA would be earnestly and openly defending everything in a transparent scientific way.. everything about how they operate is about contriving the appearance of desirable results.

8:03 AM - 4 Nov 2021

1 Like

© 2021 Twitter About Help Center Terms Privacy policy Cookies Ads info

**Adrian H**
@Adrian_H

Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

New York, NY
empiricist.ca
Joined March 2007

© 2021 Twitter About Help Center Terms Privacy policy Cookies Ads info

**Quintessential Capital Management** @QCMFunds
QCM is SHORT shares of Cassava Sciences $SAVA link to our explosive report: qcmfunds.com/wp-content/upl...

2 1

**James** @eyemightbewrong · 2h
That's issue the short report neglected, imhop. Yes this might be a house of fraud & nonsense, but is there a shot this drug actually is better than placebo, & they are faking studies & committing fraud just to reinforce. Is there a logic to it working

3 1

**James** @eyemightbewrong · 2h
QCM does amazing work, & they do address the science. But that is what I ask $SAVA shorts — ok probably everything u said is true, but none of it would matter if the drug does work marginally better than placebo & there aren't safety problems. Prove that drug is garbage not co.

2 1

**Adrian H** @Adrian_H · 2h
That's not how it is supposed to work. FDA is there to make sure that drugs are proven safe and effective before they are used. If the drug mechanism is made up nonsense, the drug is not going to work, even marginally.

2 3

**James** @eyemightbewrong · 1h
I agree. I'm saying in order to be persuaded to take on a short I hv to be sure the drug is actually complete garbage. It's clear Mgmt is very bad and laws may be broken, but if drug is good that could paper over that. I will read ur work Adrian, I like everything u wrote so far

2 1

**Adrian H**
@Adrian_H
Follow

Replying to @eyemightbewrong

It is all complete, made-up garbage. If it were not, $SAVA would be earnestly and openly defending everything in a transparent scientific way.. everything about how they operate is about contriving the appearance of desirable results.

8:03 AM - 4 Nov 2021

1 Like

1

© 2021 Twitter About Help Center Terms Privacy policy Cookies Ads info



