# EXHIBIT 8

| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "I will NEVER cover $sava . Simufilam is a frauuud! https://t.co/zfBJaDIaTp" / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1456272096053526550 |
| Page loaded at (UTC): | Tue, 16 Apr 2024 19:24:17 GMT |
| Capture timestamp (UTC): | Tue, 16 Apr 2024 19:27:03 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 7 |
| Capture ID: | c757dVQoDnxZHRcqckZDB1 |
| User: | bfca-sdelaney |

PDF REFERENCE #:    83G2rUhgDMMyobLMUzc5Ge

X

Post

Search

- Home
- Explore
- Notifications 1
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

**Jesse brodkin** @jesse_brodkin

I will NEVER cover $sava . Simufilam is a frauuud!

2:48 PM · Nov 4, 2021

12 2 16

Post your reply Reply

**Lawrence Shaw** @lawrenceshaw82 · Nov 5, 2021
Respect, Jesse. Will you definitely eat the hat when partnership is announced?
3 7

**Jesse brodkin** @jesse_brodkin · Nov 5, 2021
I am a man of my word.
1 1

**Steve horvath** @Steveho52708380 · Nov 5, 2021
It'll taste better than the shit your eating now that for sure.

**Nose Rub** @NoseRubInvest · Nov 4, 2021
How worried is the hat?
2 2

**Jesse brodkin** @jesse_brodkin · Nov 4, 2021
Oddly complacent 🤷‍♂️ he sees no sign of deal
1

**Tommy Chong** @tommychong Ad
Looking for something a little stronger? Try Space Chews👽

**George Burns** @gburn98

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**#FCBPSG**
25.3K posts

Trending
**Trade**
334K posts

Sports · Trending
**#Browns**
1,703 posts

Sports · Trending
**Raphina**
2,453 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Post

From gimmespacechews.com

23 · 25 · 240 · 1M

**Jake Schaible #BannedByTrump** @JJSchaible · Nov 4, 2021
Bulls & Bears make money.

**Rick Anthony** @crusader1969 · Nov 4, 2021
Your broker may not agree and force you to cover

3

**Rafael Lopez G.** @Rafael_Lopez_G_ · Nov 4, 2021
Never marry to a stock bro, move on.

3

**MaxTweets** @Maxolulbikunle · Nov 4, 2021
Oh yes, please don't cover.. you will only lose your shirt right.. and what's that in your world.. nothing since FUD is your reality.!!

1

**Raj Swaminathan** @ecrdays · Nov 5, 2021
Institutions are buying, shorts have yet to cover, wsb is smelling blood and finally getting into the game. Hope you aren't the last man standing.

1 · 1

**Jake Atchley** @jake_snake20 · Nov 5, 2021

Search

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**#FCBPSG**
25.3K posts

Trending
**Trade**
334K posts

Sports · Trending
**#Browns**
1,703 posts

Sports · Trending
**Raphina**
2,453 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**George Burns** @gburn98

Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

**Biotech Beast** @Biotech_Beast · Nov 4, 2021

Surprised if J Neurosci determined there was nothing funny with Fig 11.

pubpeer.com/publications/F......

That figure was added to the PubPeer page in September not August with the Citizen Petition, so perhaps the journal didn't check that figure.
$SAVA.

5 2 7

This Post was deleted by the Post author. Learn more

**Jesse brodkin** @jesse_brodkin · Nov 4, 2021

Huh? Who paid? What fraud? One more silly tweet from you and you are blocked.

## More replies

**Ph.D** @PhDUCLA · Nov 4, 2021

That's gotta hurt 😂 you fucked with the wrong company, wrong investors, wrong stock. More pain coming your way!

1 2

**George Burns** @gburn98

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow

Liberal, scientist, small business owner

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**#FCBPSG**
25.3K posts

Trending
**Trade**
334K posts

Sports · Trending
**#Browns**
1,703 posts

Sports · Trending
**Raphina**
2,453 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Ph.D** @PhDUCLA · Nov 4, 2021
That's gotta hurt 😂 you fucked with the wrong company, wrong investors, wrong stock. More pain coming your way!
1 2

**Jesse brodkin** @jesse_brodkin · Nov 4, 2021
I'll agree with you on investors, those guys are impervious to reason. However, our approach is mainly targeted at regulators. The company remains a total scam and I'm sticking with price target of $2 after P3, if it happens $sava
5 2

**CB OG** @CharlesStonkson · Nov 4, 2021
You, sir, deserve to lose all your money. Targeted at regulators?? You straight up plagiarized the CP originates approach (who shorted at 120) at 50. The FDA probably won't even read your letter, and if they do, it will be a secretary who immediately throws it in the trash.
2

**Jesse brodkin** @jesse_brodkin · Nov 4, 2021
Yes that was who the letter was addressed to. Office is Scientific Integrity. One more non-substantive tweet from you and you are blocked.
1

**CB OG** @CharlesStonkson · Nov 4, 2021
Does this count as substantive ?

2

**Phloeodes Diabolicus** @PatricioMarceso · Nov 4, 2021
Are you for real? Honest question: what are you trying to compensate?
1

**CB OG** @CharlesStonkson · Nov 4, 2021
I just really hate clueless, narcissistic, unoriginal SAVA bears. Honestly I hope you lose everything. You have no experience in biotech or investing. You are not objective or "science-based". You're jealous, money grubbing bottom feeders hiding behind "academic concern"
1

**Phloeodes Diabolicus** @PatricioMarceso · Nov 4, 2021
I guess everyone is entitled their own opinion. I just don't understand people making a lot of money and then trying to punch down on others who they think are in a worse position.
Just doesn't strike me as a very happy or emotionally balanced person, that's all. 🤷‍♂️
2

**Ph.D** @PhDUCLA · Nov 4, 2021
Shorts with their lies and FUD calling others unbalanced...I nearly spit my coffee out 😂🤦🏾‍♂️🤦‍♂️👟

**George Burns**
@gburn98

## Relevant people

**Jesse brodkin**
@jesse_brodkin
Follow
Liberal, scientist, small business owner

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**#FCBPSG**
25.3K posts

Trending
**Trade**
334K posts

Sports · Trending
**#Browns**
1,703 posts

Sports · Trending
**Raphina**
2,453 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

X

- Home
- Explore
- Notifications 1
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

**George Burns** @gburn98 ...

Post

2 · · · ·

**Ph.D** @PhDUCLA · Nov 4, 2021 ...
Shorts with their lies and FUD calling others unbalanced...I nearly spit my coffee out 😂🙇‍♂️🤦‍♂️👟

**Vinnie** @Vinnie66007649 · Nov 5, 2021 ...
You claimed you are a PHD scientist, why don't you accept science facts that $SAVA is not fraud and move on. It's time for a paradigm shift.
1 · 8

**Jesse brodkin** @jesse_brodkin · Nov 5, 2021 ...
I am. What fact?
1 · 1

**Vinnie** @Vinnie66007649 · Nov 5, 2021 ...
"Review by Journal of Neuroscience Shows No Evidence of Data Manipulation in Technical Paper Foundational to Cassava Sciences' Lead Drug Candidate." From the real experts, definitively not you nor your good company.
1 · 3

**Jesse brodkin** @jesse_brodkin · Nov 5, 2021 ...
Yeah I think they messed up 🤷‍♂️ I can see it with my eyes, end of story, imo
2

**Michael Velez** @mikev7777 · Nov 5, 2021 ...
You don't have the original blots. The Journal of Neuroscience does. You kept saying $SAVA should release the blots.

They did to the journal.

Or is this like the scientists who believed the sun revolved around the earth?
1 · 6

**Steve horvath** @Steveho52708380 · Nov 5, 2021 ...
Louder than learned is a perfect diagnosis for you Jesse.
1

**Travis Steinfadt** @TSteinermight · Nov 4, 2021 ...
Hahahaha 🤣🤣🤣🤣🤣 how's the hat doing? Please don't cover, seriously, please don't. I want to see what happens when your margins start calling🤣🤣🤣🤡🤡🤡😘
2

## Discover more

Sourced from across X

**Jesse brodkin** @jesse_brodkin · 20h ...
I predict we see the 'hard sniffing' Trump tomorrow in court

Search

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**#FCBPSG**
25.3K posts

Trending
**Trade**
334K posts

Sports · Trending
**#Browns**
1,703 posts

Sports · Trending
**Raphina**
2,453 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Jesse brodkin** @jesse_brodkin · 20h

I predict we see the 'hard sniffing' Trump tomorrow in court

1 4 663

## Relevant people

**Jesse brodkin**
@jesse_brodkin
Follow
Liberal, scientist, small business owner

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**#FCBPSG**
25.3K posts

Trending
**Trade**
334K posts

Sports · Trending
**#Browns**
1,703 posts

Sports · Trending
**Raphina**
2,453 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**George Burns**
@gburn98














