# EXHIBIT 9

PageVault

| | |
|---|---|
| Document title: | Adrian H on Twitter: "The lies from $SAVA never end… " |
| Capture URL: | https://web.archive.org/web/20211106001341/https:/twitter.com/Adrian_H/status/1456776594366869508 |
| Page loaded at (UTC): | Wed, 24 Apr 2024 19:54:36 GMT |
| Capture timestamp (UTC): | Wed, 24 Apr 2024 19:55:53 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 2 |
| Capture ID: | iKW7z81gq6aqu2e8Mn9FvV |
| User: | bfca-mswanson |

PDF REFERENCE #:     wGeacrH3ExKAhMeCfgTQG7



# EXHIBIT 9A

# PageVault

| | |
|---|---|
| Document title: | Alexander Trevelyan on Twitter: "Just to make this extra painfully clear for everyone. One last time:… https://t.co/fh8PMRxR6b" |
| Capture URL: | https://web.archive.org/web/20211106000009/https:/twitter.com/ClicksAndHisses/status/1456771802655461379 |
| Page loaded at (UTC): | Tue, 30 Apr 2024 01:30:58 GMT |
| Capture timestamp (UTC): | Tue, 30 Apr 2024 01:31:52 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 2 |
| Capture ID: | h5HbvSfzfWL2rKFfc33wHa |
| User: | bfca-ccoronado |

PDF REFERENCE #:        cfQzfLcCrpzAZmr284i8KN

**Alexander Trevelyan** @ClicksAndHisses · 2h
Conversation with someone at Journal of Neuroscience re $SAVA:
- JN reached out to Wang, was referred to co-author for original Westerns.
- Cassava provided JN Westerns.
- JN not interested in sharing how they verified images.
@Adrian_H @jesse_brodkin @PatricioMarceso @DRnotaDR

5 2 6

**Alexander Trevelyan**
@ClicksAndHisses
Follow

Just to make this extra painfully clear for everyone. One last time:

and images. As a reminder, Cassava Sciences does not have its own laboratory facilities. We use other people's labs. For this reason, we don't have the original films or images for the Western blots in question. Those were generated by our science collaborator at CUNY

JN_EiC
to me

Cassava sent us the blots, so we communicated back to them after our investigation was complete.

As I understand it there are ongoing investigations that we are not involved in.

4:53 PM - 5 Nov 2021

1 Like

1

© 2021 Twitter About Help Center Terms Privacy policy Cookies Ads info

**Alexander Trevelyan**
@ClicksAndHisses

Bioinformatics/Genomics Software Dev | Physics PhD | Ice Hockey, Climbing, and MTG

Joined November 2009

© 2021 Twitter About Help Center Terms Privacy policy Cookies Ads info

Document title: Alexander Trevelyan on Twitter: "Just to make this extra painfully clear for everyone. One last time:… https://t.co/fh8PMRxR6b"
Capture URL: https://web.archive.org/web/20211106000009/https:/twitter.com/ClicksAndHisses/status/1456771802655461379
Capture timestamp (UTC): Tue, 30 Apr 2024 01:31:52 GMT
Estimated post date: 11/06/2021 12:00:09 AM

