# EXHIBIT 10

PageVault

| | |
|---|---|
| Document title: | Jesse brodkin on Twitter: "Either $sava has been lying to us for months about having the blots or they submitted faked evidence to the Journal of Neuroscience. Pick one. … https://t.co/wBRuPX4wpP" |
| Capture URL: | https://web.archive.org/web/20211106103950/https:/twitter.com/jesse_brodkin/status/1456934307558301697 |
| Page loaded at (UTC): | Wed, 24 Apr 2024 19:56:26 GMT |
| Capture timestamp (UTC): | Wed, 24 Apr 2024 19:56:54 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 2 |
| Capture ID: | 8PZL4mzbVdj35TugzNeNjT |
| User: | bfca-mswanson |

PDF REFERENCE #:    1L4jwVBWPutr3X1x1C5jCh



INTERNET ARCHIVE WaybackMachine
https://twitter.com/jesse_brodkin/status/1456934307558301697 Go
4 captures
6 Nov 2021 - 11 Nov 2022
OCT NOV NOV
06
2020 2021 2022
About this capture

Home About

Have an account? Log in

**Jesse brodkin**
@jesse_brodkin

Follow

Either $sava has been lying to us for months about having the blots or they submitted faked evidence to the Journal of Neuroscience. Pick one.

> **Alexander Trevelyan** @ClicksAndHisses
> Had a nice evening and came back to all this fan mail. So one last encore for everyone before bed. Just for those still not connecting the dots. Thank you, and goodnight. $SAVA
> Show this thread

3:39 AM - 6 Nov 2021

© 2021 Twitter About Help Center Terms Privacy policy Imprint Cookies Ads info

**Jesse brodkin**
@jesse_brodkin

Liberal, scientist, small business owner

New Jersey, USA

Joined July 2012

© 2021 Twitter About Help Center Terms Privacy policy Imprint Cookies Ads info

# EXHIBIT 10A

PageVault

| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "Either $sava has been lying to us for months about having the blots or they submitted faked evidence to the Journal of Neuroscience. Pick one." / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1456934307558301697 |
| Page loaded at (UTC): | Tue, 16 Apr 2024 20:04:56 GMT |
| Capture timestamp (UTC): | Tue, 16 Apr 2024 20:06:54 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 6 |
| Capture ID: | 7LFZvBWMVwYjien2tJayf8 |
| User: | bfca-sdelaney |

PDF REFERENCE #:    tYViKUoyoNdLc4bomLDnhY





Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

**Jesse brodkin**
@jesse_brodkin

Either $sava has been lying to us for months about having the blots or they submitted faked evidence to the Journal of Neuroscience. Pick one. x.com/ClicksAndHisse...

You're unable to view this Post because this account owner limits who can view their Posts. Learn more

10:39 AM · Nov 6, 2021

11 1 18 1

Post your reply Reply

**Matt Nachtrab** @MattNachtrab · Nov 6, 2021
Don't act on @jesse_brodkin @DRnotaDR or @Adrian_H advice alone. Listen to $sava conference calls. Read this website. As I take in all the facts I am bullish on $sava. ad-science.org
1 1 1

**Jesse brodkin** @jesse_brodkin · Nov 6, 2021
Absolutely, read it all. Demand disclosure. Evaluate the data. Make your own judgment.
1 2

**Jesse brodkin** @jesse_brodkin · Nov 6, 2021
Cassavafraud.com Citizens Petition, QCM report. It's all there.
1 1

**MaT** @MaT15047766 · Nov 7, 2021
Jesse, I dont think anyone took QCM seriously. do you know anyone who listened to QCM and shorted SAVA?
2

**Lawrence Shaw** @lawrenceshaw82 · Nov 7, 2021
I think some interns did and they lost their pocket money 🤣
1 2

**MaT** @MaT15047766 · Nov 7, 2021
It's always about some interns, trying to prove something they are not. Gullible kids.
1 1

**MaT** @MaT15047766 · Nov 7, 2021
Jesse,Adrian... Qcm and you FUD buddies,
Are you guys in hurry to delete your tweets/pages and blocking others for asking questions?
Looks to me you are emotionally involved with your scheme. Are you crying?
Makes me feel good if you tell - still are short on SAVA and how much?
3

**Paul** @lipa0902 · Nov 6, 2021
When I re-examined the paper, I can't see how those blots were not fake. Now $SAVA provided the "originals", and it all make a lot of sense. It's a 9-y old paper. J Neu really did not really bother do lots of digging.
3 7

**George Burns**
@gburn98

## Relevant people

**Jesse brodkin**
@jesse_brodkin
Follow
Liberal, scientist, small business owner

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**Araujo**
66.8K posts

Sports · Trending
**Malik Monk**

Trending in United States
**Dubai**
201K posts

Music · Trending
**Metro**
152K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

X

Post

Search

- Home
- Explore
- Notifications 1
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

George Burns
@gburn98 ...

When I've examined the paper, I can't see how those blots were not fake. Now $SAVA provided the "originals", and it all make a lot of sense. It's a 9-y old paper. J Neu really did not really bother do lots of digging.

3 | 7

**Jesse brodkin** @jesse_brodkin · Nov 6, 2021 ...
Why can't we see the originals? @MicrobiomDigest has asked nicely. It's been 3 months. We now KNOW they have them. What's the holdup $sava 🤷‍♂️

3

**Enea Milioris** @DRnotaDR · Nov 6, 2021 ...
How about lying to us for decades AND submitting faked evidence to all journals?

1 | 3

**Jesse brodkin** @jesse_brodkin · Nov 6, 2021 ...

1

**Michael Velez** @mikev7777 · Nov 6, 2021 ...
Or they got them from CUNY and gave them to the Journal.

Occam's razor. The simplest explanation to a problem is usually the correct one. No need to assume massive fraud, conspiracy, etc. $SAVA

1

**Travis Steinfadt** @TSteinermight · Nov 7, 2021 ...
You guys better get out. @QCMFunds bailed on you guys already!

2

**App_lit** @samuelma101 · Nov 7, 2021 ...
At least your Twitter scientists were telling the truth that QCM was independent of your own researches.

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**Araujo**
66.8K posts

Sports · Trending
**Malik Monk**

Trending in United States
**Dubai**
201K posts

Music · Trending
**Metro**
152K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

← Post                                                         🔍 Search

**X**

🏠 Home

🔍 Explore

🔔 Notifications (1)

✉️ Messages

▢ Grok

☰ Lists

🔖 Bookmarks

👥 Communities

✖ Premium

👤 Profile

⋯ More

**Post**

**App_lit** @samuelma101 · Nov 7, 2021
At least your Twitter scientists were telling the truth that QCM was independent of your own researches.

💬     🔁     ♡     📊     🔖     📤

**More replies**

**Former President Nall** @Nall17268025 · Nov 7, 2021
Either QCM is lying to the public or they are lying to their investment group. Pick one

[Image of QCM disclaimer and letter stating "QCM is SHORT the stock of Cassava Sciences (SAVA)" and communication regarding Cassava campaign, noting "we closed our position yesterday due to unexplained, extreme volatility and an anomalous price reaction."]

💬 1     🔁     ♡     📊     🔖     📤

**Jesse brodkin** @jesse_brodkin · Nov 7, 2021
I don't care and have no position or relationship with qcm 🤷‍♂️

💬 3     🔁     ♡ 2     📊     🔖     📤

**Rick Anthony** @crusader1969 · Nov 8, 2021
You don't care that your partners in crime (literally) left you high and dry and covered their short positions a day after their report ??

💬 1     🔁     ♡     📊     🔖     📤

**Jesse brodkin** @jesse_brodkin · Nov 8, 2021
What crime?

💬 1     🔁     ♡     📊     🔖     📤

**Former President Nall** @Nall17268025 · Nov 8, 2021
Partners in crime is an idiom and does not imply actual criminal activity

💬 1     🔁     ♡     📊     🔖     📤

**Jesse brodkin** @jesse_brodkin · Nov 8, 2021
What is: "partners in crime (literally)"? 😉

💬 1     🔁     ♡ 1     📊     🔖     📤

**Former President Nall** @Nall17268025 · Nov 8, 2021
Sorry i missed the parenthetical. My bad

💬 1     🔁     ♡     📊     🔖     📤

**Jesse brodkin** @jesse_brodkin · Nov 8, 2021
NP, I get accused of doing something illegal daily and I am honestly curious what it is that they think is illegal.

💬 1     🔁     ♡ 1     📊     🔖     📤

**Rick Anthony** @crusader1969 · Nov 8, 2021
Stock manipulation to start

💬 1     🔁     ♡     📊     🔖     📤

**Jesse brodkin** @jesse_brodkin · Nov 8, 2021
Just read, I don't see anything that applies. Do you want to be more specific?

**George Burns**
@gburn98

**Relevant people**

**Jesse brodkin**
@jesse_brodkin    [Follow]
Liberal, scientist, small business owner

**What's happening**

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**Araujo**
66.8K posts

Sports · Trending
**Malik Monk**

Trending in United States
**Dubai**
201K posts

Music · Trending
**Metro**
152K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2024 X Corp.





Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Stock manipulation to start

1

**Jesse brodkin** @jesse_brodkin · Nov 8, 2021
Just read, I don't see anything that applies. Do you want to be more specific?

**Prometheus** @gigatroll95 · Nov 6, 2021
Keep up the good work. This fake company and its scamsters need to be exposed...

1

**kgromax** @kgromax · Nov 6, 2021
The Journal's reputation and revenue stream rest entirely on its capability to ensure integrity - if they don't and become complacent (the case here?), they are not better than a Google Drive for papers $SAVA @TEschJNFE

4

**Delmar Price** @DelmarPrice3 · Nov 6, 2021
Just another cartoonish response from a FUD flower.

1

**Travis Steinfadt** @TSteinermight · Nov 6, 2021
You guys stink of desperation. It's a good look for you guys! 🤡

2

**George Burns**
@gburn98

## Relevant people

**Jesse brodkin**
@jesse_brodkin
Follow
Liberal, scientist, small business owner

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**Araujo**
66.8K posts

Sports · Trending
**Malik Monk**

Trending in United States
**Dubai**
201K posts

Music · Trending
**Metro**
152K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

**Travis Steinfadt** @TSteinermight · Nov 6, 2021
You guys stink of desperation. It's a good look for you guys! 🤡

2

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**Araujo**
66.8K posts

Sports · Trending
**Malik Monk**

Trending in United States
**Dubai**
201K posts

Music · Trending
**Metro**
152K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

# EXHIBIT 10B

PageVault

| | |
|---|---|
| Document title: | Alexander Trevelyan on Twitter: "Had a nice evening and came back to all this fan mail. So one last encore for everyone before bed. Just for those still not connecting the dots. Thank you, and goodnight. $SAVA… https://t.co/1m2CHuPLV5" |
| Capture URL: | https://web.archive.org/web/20211106072057/https:/twitter.com/ClicksAndHisses/status/1456884262494375937 |
| Page loaded at (UTC): | Mon, 29 Apr 2024 15:24:03 GMT |
| Capture timestamp (UTC): | Mon, 29 Apr 2024 15:25:27 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 2 |
| Capture ID: | 4g51QAUuS2SGA6KnXpJhc7 |
| User: | bfca-ccoronado |

PDF REFERENCE #:    jYZGDNFE2RACcCSbsnsuhB



Home About

Have an account? Log in

**Alexander Trevelyan**
@ClicksAndHisses

Bioinformatics/Genomics Software Dev | Physics PhD | Ice Hockey, Climbing, and MTG

Joined November 2009

**Alexander Trevelyan** @ClicksAndHisses · 9h
Conversation with someone at Journal of Neuroscience re $SAVA:
- JN reached out to Wang, was referred to co-author for original Westerns.
- Cassava provided JN Westerns.
- JN not interested in sharing how they verified images.
@Adrian_H @jesse_brodkin @PatricioMarceso @DRnotaDR

7 2 13

**Alexander Trevelyan**
@ClicksAndHisses

Follow

Had a nice evening and came back to all this fan mail. So one last encore for everyone before bed. Just for those still not connecting the dots. Thank you, and goodnight. $SAVA

**and images. As a reminder, Cassava Sciences does not have its own laboratory facilities. We use other people's labs. For this reason, we don't have the original films or images for the Western blots in question. Those were generated by our science collaborator at CUNY**

JN_EiC
to me
We contacted Dr. Wang directly and were referred to a co-author.

JN_EiC
to me
Cassava sent us the blots, so we communicated back to them after our investigation was complete.

12:20 AM - 6 Nov 2021

© 2021 Twitter About Help Center Terms
Privacy policy Cookies Ads info