# EXHIBIT 11



| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "@GalaxyH111 @Adrian_H @ClicksAndHisses @DRnotaDR @PatricioMarceso Never $sava is a total fraud. $2 in 3 years max guaranteed." / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1457490360402391044 |
| Page loaded at (UTC): | Tue, 16 Apr 2024 20:07:21 GMT |
| Capture timestamp (UTC): | Tue, 16 Apr 2024 20:08:30 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 4 |
| Capture ID: | am3XmbH5fAdttTzxPQP6fV |
| User: | bfca-sdelaney |

PDF REFERENCE #:    rFRWfZTzVDaFvqigCgVvU2

X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

← Post

Search

**Adrian H** @Adrian_H · Nov 3, 2021
Cassava Sciences is a shambolic scientific charade.

We have assessed virtually every aspect of Cassava's programs, & reveal a pattern of deliberate, coordinated misconduct.

Our letter to FDA & slides:
cassavafraud.com
$SAVA

@DRnotaDR @jesse_brodkin @PatricioMarceso

43 · 29 · 102

This Post was deleted by the Post author. Learn more

**Jesse brodkin**
@jesse_brodkin

Never $sava is a total fraud. $2 in 3 years max guaranteed.

11:29 PM · Nov 7, 2021

2

G Post your reply Reply

**Who Is David Rocker** @wallstsceptic · Nov 7, 2021
I suggest that you avoid issuing guarantees. Makes you sound more like the pump and dump types like @QCMFunds and @AlderLaneeggs who pulled a fast one on genuine $SAVA shorts and critics, like @Adrian_H .

And you seem all right.

1 · 1

**Jesse brodkin** @jesse_brodkin · Nov 7, 2021
noted, thanks

1

**Who Is David Rocker** @wallstsceptic · Nov 7, 2021
I wish you guys success.

2

## More replies

**margie** @margie28016568 · Apr 16, 2023
youre a bad bad man Jerry

12

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**Araujo**
70.6K posts

Trending
**Trade**
331K posts

Sports · Trending
**Donnarumma**
5,749 posts

Trending in United States
**Ant Robinson**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

**margie** @margie28016568 · Apr 16, 2023
youre a bad bad man Jerry

12

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**Araujo**
70.6K posts

Trending
**Trade**
331K posts

Sports · Trending
**Donnarumma**
5,749 posts

Trending in United States
**Ant Robinson**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**George Burns**
@gburn98

X

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**margie** @margie28016568 · Apr 16, 2023
youre a bad bad man Jerry

12

**Relevant people**

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**What's happening**

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**Araujo**
70.6K posts

Trending
**Trade**
331K posts

Sports · Trending
**Donnarumma**
5,749 posts

Trending in United States
**Ant Robinson**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**George Burns**
@gburn98





