# EXHIBIT 12



| | |
|---|---|
| Document title: | (1) Adrian H on X: "Just to be clear: $SAVA faked additional "raw" data last week, sent it to @MarinaP63 at J Neurosci to receive their "blessing", halted the stock, then sent a press release relating this false, engineered news, causing the share price to double. Is there a legal term for that?" / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1458780796005892097 |
| Page loaded at (UTC): | Tue, 16 Apr 2024 20:16:54 GMT |
| Capture timestamp (UTC): | Tue, 16 Apr 2024 20:18:25 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 6 |
| Capture ID: | 8JzdpxhUj8M27Qx53UrCrF |
| User: | bfca-sdelaney |

PDF REFERENCE #:    hCh3PdV8UVGpBrTuANWQpi



Document title: (1) Adrian H on X: &quot;Just to be clear: $SAVA faked additional "raw" data last week, sent it to @MarinaP63 at J Neurosci to receive their "blessing",…
Capture URL: https://twitter.com/Adrian_H/status/1458780796005892097
Capture timestamp (UTC): Tue, 16 Apr 2024 20:18:25 GMT    Page 1 of 5



Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

@MicrobiomDigest

7

**BruinAnteaterStocks** @BruinStocks · Nov 12, 2021
Wait, now you're claiming Remi halted $SAVA trading?

1

**Adrian H** @Adrian_H · Nov 12, 2021
Yes, who do you think asked for a news halt prior to the market opening to bump up the drama? There were then subsequent volatility halts.

2 1

**BruinAnteaterStocks** @BruinStocks · Nov 12, 2021
What news halt?

2

**Adrian H** @Adrian_H · Nov 12, 2021
Why are you arguing about an obvious fact?

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/03/2021 | 16:05:00 | SKINW | The Beauty Health Co Wt | NASDAQ | D | |
| 11/04/2021 | 06:56:05 | PTRS | Partners Bancorp | NASDAQ | T3 | |
| 11/04/2021 | 08:25:05 | LEVL | Level One Bancorp, Inc Cmn Stk | NASDAQ | T3 | |
| 11/04/2021 | 08:25:05 | LEVLP | Level One Bancorp, Inc. | NASDAQ | T3 | |
| 11/04/2021 | 09:25:16 | SAVA | Cassava Sciences Inc Cmn | NASDAQ | T3 | |
| 11/04/2021 | 09:31:16 | EVAX | Evaxion Biotech A/S | NASDAQ | LUDP | |
| 11/04/2021 | 09:31:38 | XRTX | XORTX Therapeutics Inc. Cm | NASDAQ | LUDP | |
| 11/04/2021 | 09:31:44 | TSVTV | 2seventy bio, Inc Cm St | NASDAQ | LUDP | |
| 11/04/2021 | 09:33:23 | FATBB | FAT Brands Inc Cl B Cs | NASDAQ | LUDP | |
| 11/04/2021 | 09:37:22 | XRTX | XORTX Therapeutics Inc. Cm | NASDAQ | LUDP | |
| 11/04/2021 | 09:37:27 | EVAX | Evaxion Biotech A/S | NASDAQ | LUDP | |

| | |
|---|---|
| | the security will be released for trading. All trade halt and resum will be posted in HH:MM:SS format. |
| T7 | **Single Stock Trading Pause/Quotation-Only Period** Quotations have resumed for affected security, but trading remai |
| R4 | **Qualifications Issues Reviewed/Resolved; Quotations/Tradin Resume** |
| R9 | **Filing Requirements Satisfied/Resolved; Quotations/Trading Resume** |
| C3 | **Issuer News Not Forthcoming; Quotations/Trading To Resum** |
| C4 | **Qualifications Halt ended; maint. req. met; Resume** |
| C9 | **Qualifications Halt Concluded; Filings Met; Quotes/Trades T** |
| C11 | **Trade Halt Concluded By Other Regulatory Auth,; Quotes/Tr Resume** |
| R1 | **New Issue Available** |
| R2 | **Issue Available** |
| IPOQ | **IPO security released for quotation** |
| IPOE | **IPO security - positioning window extension** |
| MWCQ | **Market Wide Circuit Breaker Resumption** |
| M | **Volatility Trading Pause** Trading has been paused in an Exchange-Listed issue (Market C Code = C) |

1 1

**BruinAnteaterStocks** @BruinStocks · Nov 12, 2021
Why are you taking a typical event in finance and try to frame it as some sort of special situation? Stocks are halted all the time because of volatility because the reason (like, for example rumor of news) for the volatility is unknown or unconfirmed.

1 3

**Adrian H** @Adrian_H · Nov 12, 2021
It was not, initially, a volatility halt. It started as orchestrated drama, for which $SAVA asked for a halt, to disseminate engineered news based on another set of fabricated image data, in my opinion.

2 7

**BruinAnteaterStocks** @BruinStocks · Nov 12, 2021
Dude that's pure speculation.

1 1

**Mr. T** @timeout2575 · Nov 12, 2021
Are you new to this? Only LUDP halts are volatility halts. $SAVA

1

**Tommy Chong** @tommychong Ad
Looking for something a little stronger? Try our triple-strength, Space Chews.

George Burns
@gburn98

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Marina Picciotto** @MarinaP63 Follow
Yale Interdepartmental Neuroscience Program Director, SfN president, nicotinian and Iso's mom

**Elisabeth Bik** @MicrobiomDigest Follow
Science integrity consultant, PhD. #ImageForensics Previously @ Stanford and (gasp!) uBiome. She/her. elisabethbik.bsky Patreon.com/elisabethbik

## What's happening

FC Barcelona vs Paris Saint-Germain
UEFA Champions League · LIVE

Sports · Trending
Araujo
75.6K posts

Entertainment industry · Trending
Dubai
205K posts

Sports · Trending
Anthony Davis
22.7K posts

Sports · Trending
Kevin Durant
23.5K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Looking for something a little stronger? Try our triple-strength, Space Chews.

From gimmespacechews.com

7   3   52   204K

**SemiXynic** @SemiCynic · Nov 12, 2021
Gonna go out on a limb and postulate that the lack of lawsuits coming your way is a canary in the coal mine. Thanks for doing the legwork and assuming the risk. If they haven't come after you by now - it's because they have no case.

2   4

**Adrian H** @Adrian_H · Nov 12, 2021
Um, I also haven't done anything but comment on a bunch of scientific papers and make snarky tweets, which is still allowed.

1   4

**SemiXynic** @SemiCynic · Nov 12, 2021
Oh of course it's allowed, but a billion-dollar company could at least afford to mail you a cease and desist. Cheap tricks from deep pockets.

1

**Finding Nemo** @Nemo_is_NoOne · Nov 12, 2021
They have been busy photoshopping all their "original" images, can't think of other things just yet.

**Crunchy** @CD_Payne · Nov 12, 2021
Look, they ain't coming out with their hands up. The fraud is too deep now. Jail time awaits, so they will play out the string as hard as they can. Real question is who is bankrolling the fraud alpha play?

1

**Adrian H** @Adrian_H · Nov 12, 2021
I don't expect much from Remi. I expect better from J Neurosci.

2

**Finding Nemo** @Nemo_is_NoOne · Nov 12, 2021
Remi is so smart in this JN stunt, he literally shifted the "misleading investors" to Jneuro. The even more strange thing is, JNeuro doesn't realize not just their scientific reputation went down the drain, they





X

Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

2

**Finding Nemo** @Nemo_is_NoOne · Nov 12, 2021

Remi is so smart in this JN stunt, he literally shifted the "misleading investors" to Jneuro. The even more strange thing is, JNeuro doesn't realize not just their scientific reputation went down the drain, they could face many litigations in the days months years to come.

1

**Jesse brodkin** @jesse_brodkin · Nov 11, 2021

ooo✋ ooo ✋

1 6

**Danny Sullivan** @DJSulliee · Nov 11, 2021

Can you just shut up already? Let people invest and take there own risk. You're trying so hard, it's embarrassing at this point.

1

**Adrian H** @Adrian_H · Nov 11, 2021

No. I have been making a lot of progress.

7

## Discover more

Sourced across X

**Adrian H** @Adrian_H · Apr 14

Pro-Palestine protesters cheer as Iran attacks Israel

From jpost.com

354

**George Burns** @gburn98

## Relevant people

**Adrian H** @Adrian_H Follow

Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Marina Picciotto** @MarinaP63 Follow

Yale Interdepartmental Neuroscience Program Director, SfN president, nicotinian and Iso's mom

**Elisabeth Bik** @MicrobiomDigest Follow

Science integrity consultant, PhD. #ImageForensics Previously @ Stanford and (gasp!) uBiome. She/her. elisabethbik.bsky Patreon.com/elisabethbik

## What's happening

**FC Barcelona vs Paris Saint-Germain**

UEFA Champions League · LIVE

Sports · Trending
**Araujo**
75.6K posts

Entertainment industry · Trending
**Dubai**
205K posts

Sports · Trending
**Anthony Davis**
22.7K posts

Sports · Trending
**Kevin Durant**
23.5K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Adrian H** @Adrian_H · Apr 14

Pro-Palestine protesters cheer as Iran attacks Israel

From jpost.com

354

## Relevant people

**Adrian H**
@Adrian_H
Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Marina Picciotto**
@MarinaP63
Follow
Yale Interdepartmental Neuroscience Program Director, SfN president, nicotinian and Iso's mom

**Elisabeth Bik**
@MicrobiomDigest
Follow
Science integrity consultant, PhD. #ImageForensics Previously @ Stanford and (gasp!) uBiome. She/her. elisabethbik.bsky Patreon.com/elisabethbik

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**Araujo**
75.6K posts

Entertainment industry · Trending
**Dubai**
205K posts

Sports · Trending
**Anthony Davis**
22.7K posts

Sports · Trending
**Kevin Durant**
23.5K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**George Burns**
@gburn98