# EXHIBIT 13

![PageVault]

| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "☐  ☐  Get your daily $SAVA fraud here ☐  ☐  It appears that in an effort to clear themselves of manipulated image accusations Cassava submitted some (long pause) MANIPULATED IMAGES.. I know right☐  ♂, imagine the cajones and contempt that takes ☐   https://t.co/GBLiImfX2o" / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1458771009813815300 |
| Page loaded at (UTC): | Tue, 16 Apr 2024 20:18:43 GMT |
| Capture timestamp (UTC): | Tue, 16 Apr 2024 20:19:35 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 3 |
| Capture ID: | 3w3TwHXtujXUq98JjsTdqP |
| User: | bfca-sdelaney |

PDF REFERENCE #:   n1EGGkDJEeyQmRMPdaB5GC



# Post

**cave bear** @cavebear2509 · Nov 11, 2021

It appears you're inventing things out of thin air again.
It also appears the earth is flat. But when you look closer, you see the earth is actually round. If you look even closer, you will see that is it an ellipsoid.
It appears you need some drugs yourself. Or maybe less 🤡

♡ 1

## Relevant people

**Jesse brodkin** @jesse_brodkin  — Follow
Liberal, scientist, small business owner

**Elisabeth Bik** @MicrobiomDigest — Follow
Science integrity consultant, PhD. #ImageForensics Previously @ Stanford and (gasp!) uBiome. She/her. elisabethbik.bsky Patreon.com/elisabethbik 🇳🇱🇺🇸

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**Araujo**
76.7K posts

Sports · Trending
**Dembele**
91.7K posts

Trending in United States
**Dubai**
207K posts

Trending
**Trade**
333K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

**George Burns** @gburn98