# EXHIBIT 14

PageVault

| | |
|---|---|
| Document title: | (1) Adrian H on X: "@jake_snake20 @brainblast3000 @arkabagchi24 @lawrenceshaw82 @MicrobiomDigest @Vinnie66007649 @gaomesi @CassavaSciences @SECGov @US_FDA We know IT WILL fail because we see and understand that the biology was MADE UP. It is not a matter of hope, or optimism, or liking what one sees — it is all fabricated nonsense. If you cannot understand or admit this to yourself by now, you are going to be Remi's bagholder." / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1460054040545566727 |
| Page loaded at (UTC): | Tue, 16 Apr 2024 20:29:44 GMT |
| Capture timestamp (UTC): | Tue, 16 Apr 2024 20:31:34 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 13 |
| Capture ID: | rqsvMtJzRo91JfgtjjcH7J |
| User: | bfca-sdelaney |

PDF REFERENCE #:    iLF6qaPDrWfKrjiZJK1MKv



Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Elisabeth Bik** @MicrobiomDigest · Nov 10, 2021
Advice needed:
I raised concerns @PubPeer and to EiC about Western blots in a journal. Authors did not respond.
Journal said they got original blots and they look fine, but will not release originals unless authors agree. I ask authors, but they don't respond.
What to do?

19 9 106

**Elisabeth Bik** @MicrobiomDigest · Nov 10, 2021
OK, this situation has evolved in the past hour. The journal did post some of the original scans in an Erratum online today. I am still concerned, but applaud this decision.

10 6 79

**Elisabeth Bik** @MicrobiomDigest · Nov 10, 2021
Check out the concerns here:
pubpeer.com/publications/F...
and the Erratum with the original blots:
jneurosci.org/content/jneuro...
Not sure if these are X rays, though. No MW markers, no film edges.

17 13 44

**Adrian H** @Adrian_H · Nov 10, 2021
What about Fig 1, Fig 2, Fig 5, Fig 10, and Fig 11, about which questions have also been raised?

$SAVA

1 9

**Adrian H** @Adrian_H · Nov 10, 2021
It's going to take some time to look at these wb images carefully, but I already suspect there is something unusual about the exposure/saturation of the bands vs exposure of the background and artifacts. Play with the contrast/exposure and observe how things change $SAVA

3 6

**Ddd** @gaomesi · Nov 13, 2021
Colluding attacks that resulted in investors' losses are crimes. Just so you know. Why dont you call doctors and clinical trial centers frauds? @CassavaSciences $sava

1 1

**George Burns**
@gburn98

## Relevant people

**Adrian H**
@Adrian_H
Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Jake Atchley**
@jake_snake20
Follow

**DrBrainBlast**
@brainblast3000
Follow
UCSD Neuroscience. Former Chargers fan.

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**#FCBPSG**
55.1K posts

Sports · Trending
**Araujo**
90.3K posts

Trending
**Trade**
336K posts

Sports · Trending
**Dembele**
101K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.







Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

George Burns
@gburn98

**Ddd** @gaomesi · Nov 13, 2021
Colluding attacks that resulted in investors' losses are crimes. Just so you know. Why dont you call doctors and clinical trial centers frauds? @CassavaSciences $sava

1 1

**DrBrainBlast** @brainblast3000 · Nov 13, 2021
Only if the claims are false and they knew that. Hurting your feelings or investment isn't a crime. Any scientist without blinders on can see clearly see the long pattern of fraud. the vast majority of biotech's don't go through all this, bc they don't commit blatant fraud

1 1

**Ddd** @gaomesi · Nov 13, 2021
They made speculations and accusations, without any hard evidence. A piece of advice: SEC
@SECGov
Jury Finds for SEC on Securities Fraud Claims: Hedge Fund Manager Lied About Company to profit on short sales

sec.gov/news/press-rel...

1 1 2

**DrBrainBlast** @brainblast3000 · Nov 13, 2021
I mean the evidence is right there, you just have to see it. As I said, it's very clear to anyone without blinders on. You can go look at the published images yourself.

1 2

**Ddd** @gaomesi · Nov 13, 2021
I dont see any evidence. Here is attackers' logic: we wanna accuse $sava of fraud, but shoot, sava's clinical trials gave so darn good data, what should we do? Ok, lets find a research article that was published long time ago, pick some photos and say, hey look, fraud!

3 4

**Ddd** @gaomesi · Nov 13, 2021
What's more, the timing of the accusations was just right for shorts. @MicrobiomDigest @Adrian_H see this post:
twitter.com/lawrenceshaw82...
As in my another tweet, why not prove you didnt launch funded colluding malicious attacks? If you cannot, then you did it by your logic.

> **Lawrence Shaw** @lawrenceshaw82 · Nov 4, 2021
> School kid tags the principal to support latest FUD but asked to find something else 😂 oh btw Adrian, nice try. Many have reported you to SEC and received similar generic responses. You seem very excited about receiving any acknowledgements. Lost your money but mind too?

emails in the past. I have little hope from that side :-)

2 3

**Adrian H** @Adrian_H · 32m
@HHS_ORI has responded to our emails and is investigating the $SAVA situation, along with the original allegations from the Citizens Petition

Thank you for your your message and letter of concern. ORI has been notified of the data issues regarding Cassava Sciences research, including that of the citizen petition filed with the FDA in late August. As

## Relevant people

**Adrian H** @Adrian_H — Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Jake Atchley** @jake_snake20 — Follow

**DrBrainBlast** @brainblast3000 — Follow
UCSD Neuroscience. Former Chargers fan.

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**#FCBPSG**
55.1K posts

Sports · Trending
**Araujo**
90.3K posts

Trending
**Trade**
336K posts

Sports · Trending
**Dembele**
101K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

Post

Search

with the original allegations
from the Citizens Petition

Thank you for your message and letter of concern. ORI has been notified of the data issues regarding Cassava Sciences research, including that of the citizen petition filed with the FDA in late August. As the questioned research were supported, in part, by U.S. Public Health Service funds, ORI has jurisdiction in this matter and will proceed under our regulatory authority under 42 C.F.R. Part 93.400. ORI will review the material that you have provided and will you let you know should any additional information or clarification is needed at this time. Please let me know if you have any questions. ORI has assigned this matter as DIO 7470 in our file records, and any future correspondence should include that accession number.

Best

1

**Ddd** @gaomesi · Nov 13, 2021
Come on, give me break. If you are really scientists, why do you monitored the market and tracked the CP? You are interested in the stock not their science.
1 · 2

**DrBrainBlast** @brainblast3000 · Nov 13, 2021
so now your argument is scientists can't be investors? If you can't see how ridiculous that is then I don't think there's much more to discuss
1 · 3

**Ddd** @gaomesi · Nov 13, 2021
Hahah you are either blind to my argument, or saying @MicrobiomDigest and @Adrian_H are shorting the stock. If the latter is true, I think they are in trouble.
2 · 4

**DrBrainBlast** @brainblast3000 · Nov 13, 2021
so what's you argument? Bc it seems like you're saying actual scientists shouldn't invest
1

**Ddd** @gaomesi · Nov 13, 2021
Hey, again, if they are investors, they must be shorting $sava. Otherwise why would they bash it if they are long . Then they are in trouble, don't you think?
1 · 3

**DrBrainBlast** @brainblast3000 · Nov 13, 2021
and why do so many uninformed non scientists religiously support a company with more red flags than a bull fight? Must be out of the goodness of your hearts right, and not any monetary position?
3 · 4

**Ddd** @gaomesi · Nov 13, 2021
So you are admitting they are shorting $sava. Did they ever disclose that? Not as far as I know. Then holding their short positions while publishing unconfirmed speculations repeatedly in coordination is called stock manipulation. Even the dude who wrote the CP knew it.
2 · 1 · 3

**DrBrainBlast** @brainblast3000 · Nov 13, 2021
Adrian has multiple times from what I've seen. Dr. Bik has said she's not. it's only stock manipulation if it's false and they know it's false. But please keep spewing.
1 · 1 · 1

**Ddd** @gaomesi · Nov 13, 2021

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Jake Atchley** @jake_snake20 Follow

**DrBrainBlast** @brainblast3000 Follow
UCSD Neuroscience. Former Chargers fan.

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**#FCBPSG**
55.1K posts

Sports · Trending
**Araujo**
90.3K posts

Trending
**Trade**
336K posts

Sports · Trending
**Dembele**
101K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**Adrian H** @Adrian_H · Nov 14, 2021
The privilege to conduct trials under an IND is based on a balance of safety and potential for efficacy. If $SAVA pre-clinical and clinical data are fabricated or manipulated, or trials not properly run, there is no ethical or regulatory justification for further clinical trials.



**Jake Atchley** @jake_snake20 · Nov 14, 2021
And despite all you and your team's resistance and FUD, P3 continues to move forward. While you keep searching, keep stomping your feet, P3 will keep going.

**Vinnie** @Vinnie66007649 · Nov 14, 2021
The P3 train has started and gaining speed, knock out FUDsters on the track. It's too late to jump onboard. SEC is to investigate manipulation. Stay tune. Lol

**Arka** @arkabagchi24 · Nov 14, 2021
Well there are clearly Administrative Actions under 21CFR312.42 (or even 21CFR312.44) that are in place for these situations, where there is strong evidence that the data provided is inherently untrue/doctored, and thus can't meet the standards in 21CFR312.22(a).

**Lawrence Shaw** @lawrenceshaw82 · Nov 14, 2021
Stop quoting irrelevant stuff as a scare tactic. I can dig and quote SEC rules about naked shorting, market manipulation with attacks against a public company, collusion, etc. 😛 Where's your "strong evidence" of data material to FDA being untrue or doctored?? @US_FDA @SECGov

**Arka** @arkabagchi24 · Nov 14, 2021
Yes, this is all an evil hedgie cabal where we are aggressively "naked shorting" (LMAO) and market manipulating using our secret dark pool trading terminals.
$SAVA on the other hand, their whole JN news situation a couple weeks ago. That totally was not market manipulation.

**Lawrence Shaw** @lawrenceshaw82 · Nov 14, 2021
Btw what JN news "situation" are you referring to? Stop the CNN style reporting of a watergate type scandal 😂

style reporting of a watergate type scandal 😂

This Post was deleted by the Post author. Learn more

**Lawrence Shaw** @lawrenceshaw82 · Nov 14, 2021
Yeah, isn't that consistent with what Marina from JN tweeted on Nov 10th?

> **Marina Picciotto** @MarinaP63 · Nov 10, 2021
> A Corrigendum for Wang et al 2012 has been published. Following COPE guidelines, if there is evidence of misconduct from the host institution, we will take further action jneurosci.org/content/early/...

**Arka** @arkabagchi24 · Nov 14, 2021
Well, the contention is that the provided image to JN has strange irregularities, the "corrected" duplication contained more than just duplication. The erratum they provided had some concerning indications of manipulation.

jneurosci.org/content/jneuro...

**DrBrainBlast** @brainblast3000 · Nov 14, 2021
Apparently their MO in these situations is to say "they're compression artifacts or someone accidentally edited the square they were going to crop" and move on. Never malicious in their eyes. Although I sense deep down they know and are just trying to pump.

**Lawrence Shaw** @lawrenceshaw82 · Nov 14, 2021
Not only were you out of your league discussing the science, you are now claiming that deep down we know your version of the truth but "pumping" against our conviction. I'll resist and not block you. Just ignored from here on. Don't want to do an Adrian yet.

**DrBrainBlast** @brainblast3000 · Nov 14, 2021
Ahh so you block anyone you disagree with too. A true charlatan. But yes, I find it hard to believe this many outspoken critics are truly that blind to deny things that are easily observed. "out of my league discussing the science" did make me laugh though.

**Lawrence Shaw** @lawrenceshaw82 · Nov 14, 2021
This is Twitter and I can't make you shut up. But your remark should apply to folks like Adrian that blocked countless people. Using it on me is incorrrect. Check out my history of tweets and how responsive I have been with people disagreeing with me. Abusive people aside

**DrBrainBlast** @brainblast3000 · Nov 14, 2021
I was trying to find reasonable, scientific minded people to engage with about this. But apparently there are none on the bull side. Which I guess is comforting. Good luck. I hope you see reason (or defer to actual experts in the field) before you blind adoration leads you astray

**Lawrence Shaw** @lawrenceshaw82 · Nov 14, 2021
There are risks and complex science wrt MoA isnt clear cut. Besides

Document title: (1) Adrian H on X: "@jake_snake20 @brainblast3000 @arkabagchi24 @lawrenceshaw82 @MicrobiomDigest @Vinnie66007649 @gaomesi…
Capture URL: https://twitter.com/Adrian_H/status/1460054040545566727
Capture timestamp (UTC): Tue, 16 Apr 2024 20:31:34 GMT
Page 6 of 12

X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

Post

defer to actual experts in the field) before your blind adoration leads you astray

3    1

**Lawrence Shaw** @lawrenceshaw82 · Nov 14, 2021
There are risks and complex science wrt MoA isnt clear cut. Besides the preclinical experiments in a handful of mice, one has to rely on clinical data. You are relying on the low odds of a big network of frauds that @US_FDA hasn't caught. Good luck. I'll congratulate you if right

3    1

**Arka** @arkabagchi24 · Nov 14, 2021
I think you are strawmanning some of the narratives around SAVA when you say "big network of frauds". Its an unfair diminution of whats happening. It's more like a confluence of genuine fraud (Wang, p-hacking in P2 data) and then oversight/laziness from Journals + regulators

1    4

**Lawrence Shaw** @lawrenceshaw82 · Nov 14, 2021
P-hacking applies to Wang? Check out Jesse tweets and QCM reports. Apparently it's Wang, Remi, Lindsay, Boris from IMIC and many others in on this. How am I incorrect in my characterization?

1    2

**Arka** @arkabagchi24 · Nov 14, 2021
No, that is why I put the comma between Wang and p-hacking. Sorry I wasn't clear, p-hacking does not apply to Wang. The p-hacking is another skeleton in the closet that has to do with their P2 data.
I had suspicions about $SAVA using P2 p-hacking even before the CP came out lol

1    3

**Lawrence Shaw** @lawrenceshaw82 · Nov 14, 2021
Just to be clear, the p hacking you are referring to applies to plasma ptau data in SavaDx poster? Or in more places?

1

**Arka** @arkabagchi24 · Nov 14, 2021
I am referring to the p-hacking in their ADAS-Cog11 P2 data.
But yes was also some p-hacking in the biomarker data, like the CSF tau/Ab42 ratios & the baseline CSF Ab42 grand mean showing some incongruity with the group means.

1    2

**Lawrence Shaw** @lawrenceshaw82 · Nov 14, 2021
Ok. Let's focus on adas cog 11 as it's a primary outcome for approval. By p hacking there, I am guessing you are alleging cherry picking of the first 50 patients reported and don't believe the cohort is ordered by completion time?

1    1

**Arka** @arkabagchi24 · Nov 14, 2021
cassavasciences.com/news-releases/...

Yes, basically Cassava used suspect exclusionary criteria to change the patient mix and shift baselines to reflect dramatic improvement in ADAS-Cog11 when there really was none.

cassavasciences.com
Cassava Sciences' Simufilam Improves Cognition
The Investor Relations website contains information about Cassava Sciences, Inc.'s ...

Search

**Relevant people**

Adrian H
@Adrian_H
Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

Jake Atchley
@jake_snake20
Follow

DrBrainBlast
@brainblast3000
Follow
UCSD Neuroscience. Former Chargers fan.

**What's happening**

FC Barcelona vs Paris Saint-Germain
UEFA Champions League · LIVE

Sports · Trending
#FCBPSG
55.1K posts

Sports · Trending
Araujo
90.3K posts

Trending
Trade
336K posts

Sports · Trending
Dembele
101K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2024 X Corp.





Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

cassavasciences.com
Cassava Sciences' Simufilam Improves Cognitior
The Investor Relations website contains information about Cassava Sciences, Inc.'s ...

2 · 4

**Lawrence Shaw** @lawrenceshaw82 · Nov 14, 2021
"When there really was none" ?Like you saw the raw data and audited it yourself.🤣

1 · 1

**Arka** @arkabagchi24 · Nov 14, 2021
SAVA stopped providing any raw baseline cog score data. The avg cognitive scores remained stable while the baselines moved a lot, which happened bc of patient mix change. The baselines moved w so much magnitude that the new patients needed scores 2 std devs > the original cohort

2 · 2

**Lawrence Shaw** @lawrenceshaw82 · Nov 14, 2021
If Cassava shares drop outs data early and later in the study, and we see how that explains the data along with the overall <10% dropouts over a long duration, we will revisit this conversation :) suggest you atleast skim through a branch of statistics called "survival analysis"

1 · 1

**Arka** @arkabagchi24 · Nov 14, 2021
Care to elaborate on how survival analysis would help absolve SAVA of p-hacking concerns? I cannot provide examples of other biopharma companies providing detailed patient-dropout data in P2. So you might be right, but I have doubts SAVA will ever rectify it.

1 · 1

**Lawrence Shaw** @lawrenceshaw82 · Nov 14, 2021
Simplistic analogy but longer ppl survive an experiment, longer they stay. Fine grained drop out rates drastically reduce with time. Cassava's latest data at 12 month with little baseline mean change indicates that. Check out proportion of survival plateauing in attached curve.

1

**Arka** @arkabagchi24 · Nov 14, 2021
The latest baseline data was released? I thought the 9 month follow up was released in September and the next follow up at 12 months

**George Burns**
@gburn98

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Jake Atchley** @jake_snake20 Follow

**DrBrainBlast** @brainblast3000 Follow
UCSD Neuroscience. Former Chargers fan.

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**#FCBPSG**
55.1K posts

Sports · Trending
**Araujo**
90.3K posts

Trending
**Trade**
336K posts

Sports · Trending
**Dembele**
101K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.

X

Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

1

**Arka** @arkabagchi24 · Nov 14, 2021

The latest baseline data was released? I thought the 9 month follow up was released in September and the next follow up at 12 months is due EoY.

1

**Lawrence Shaw** @lawrenceshaw82 · Nov 14, 2021

They released the baseline data for first 50 patients finishing 12 month mark. At CTAD last week.

**Simufilam 9-Month Interim Analysis, First 50 Subjects**

| Attribute | Mean (±SD) |
|---|---|
| Age (SD) | 69 (±6.4) |
| # Females | 23 (46%) |
| MMSE (SD) | 22.6 (±2.9) |
| ADAS-Cog11 (SD) | 16.6 (±7.7) |
| NPI (SD) | 4.7 (±8.2) |
| # Trial Sites | 7 |

**12-MONTH INTERIM ANALYSIS – Baseline Attributes**

Baseline attributes of the first 50 subjects to reach 12 months of treatment are shown below.

| Attribute | Baseline Mean (± SD) |
|---|---|
| Age (SD) | 69.6 (±6.4) |
| # Females | 23 (46%) |
| MMSE (SD) | 22.7 (±2.8) |
| ADAS-Cog11 (SD) | 16.7 (±7.86) |
| NPI (SD) | 4.7 (±8.2) |
| # Trial Sites | 7 |

2 1 4

**Jake Atchley** @jake_snake20 · Nov 14, 2021

"Oh". LOL!

1 1

**Adrian H** @Adrian_H · Nov 14, 2021

So in other words, once they stop messing around with the population that they report, there's no more improvement.

1 2

**Arka** @arkabagchi24 · Nov 14, 2021

Exactly. Their minimal increase in baseline score at this 12-month mark isn't an absolution from p-hacking, it actually sheds even more light on the p-hacking within their previous data releases.

2 2

**Lawrence Shaw** @lawrenceshaw82 · Nov 15, 2021

For someone who didn't know this number was released at CTAD, you sure do talk a lot. 😁 Take a break and give a chance for other friends of yours continue.

1 2

**Arka** @arkabagchi24 · Nov 15, 2021

I didn't realize this was the official follow up data. It's not like they made any filings or PR release for this.

But I do find it interest how the current 12 month follow up seems to indicate no baseline change essentially, after a few months of rapid baseline change.

2 2

## Relevant people

**Adrian H** @Adrian_H Follow

Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Jake Atchley** @jake_snake20 Follow

**DrBrainBlast** @brainblast3000 Follow

UCSD Neuroscience. Former Chargers fan.

## What's happening

**FC Barcelona vs Paris Saint-Germain**

UEFA Champions League · LIVE

Sports · Trending
**#FCBPSG**
55.1K posts

Sports · Trending
**Araujo**
90.3K posts

Trending
**Trade**
336K posts

Sports · Trending
**Dembele**
101K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**George Burns** @gburn98

← **Post**

I didn't realize this was the official follow up data. It's not like they made any filings or PR release for this.
But I do find it interest how the current 12 month follow up seems to indicate no baseline change essentially, after a few months of rapid baseline change.

💬 2   🔁   ♡ 2

**Lawrence Shaw** @lawrenceshaw82 · Nov 15, 2021
Of course you do. I don't blame you when you just wait for Adrian message (which I can't see due to his blocking habits) to make the shorts feel better about their bets. Good night Sir.

💬 1   🔁   ♡

**Arka** @arkabagchi24 · Nov 15, 2021
What? Just wondering: does the recent CTAD presentation cognitive-baseline score data explain away that the first baseline change from 15.5 to 16.6 would have required replacement subjects with a mean cognitive score that has a 0.21% chance of occurrence?

💬 2   🔁   ♡ 2

**DrBrainBlast** @brainblast3000 · Nov 15, 2021
They don't care about the actual concerns Arka. Just move on. This will be an important lesson. Biotech frauds, especially in NDDs, come and go all the time. This is just the first they're experiencing.

💬 2   🔁   ♡

**Jake Atchley** @jake_snake20 · Nov 15, 2021
If you're so sure it will crash, why do you tweet about it constantly? Just let it crash….or, maybe you're not so sure.

💬 1   🔁   ♡ 1

**DrBrainBlast** @brainblast3000 · Nov 15, 2021
I could ask the same about you if you are so sure it will succeed.

💬 2   🔁   ♡

**Jake Atchley** @jake_snake20 · Nov 15, 2021
That's the difference, the Longs you've been battling don't guarantee it will work.  We like what we've seen so far, most of us have family members affected by AD, but every single one of us know that it's not a guarantee.  You all keep telling us IT WILL fail.

💬 2   🔁 1   ♡ 1

**Adrian H**
@Adrian_H

We know IT WILL fail because we see and understand that the biology was MADE UP.  It is not a matter of hope, or optimism, or liking what one sees — it is all fabricated nonsense. If you cannot understand or admit this to yourself by now, you are going to be Remi's bagholder.

1:16 AM · Nov 15, 2021

💬 1   🔁   ♡

Post your reply     **Reply**

**More replies**

**Jake Atchley** @jake_snake20 · Nov 15, 2021
Then just move on to your next short position.  You don't need any data, originals.  You've made your conclusion.  But, if you're so sure, why are you running your own study to disprove it.  If you already know for sure, you wouldn't waste your time.  Admit it, you're not

---

**Relevant people**

**Adrian H**
@Adrian_H            [Follow]
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de pense! I don't like bullies. I block anon idiots.

**Jake Atchley**
@jake_snake20       [Follow]

**DrBrainBlast**
@brainblast3000     [Follow]
UCSD Neuroscience. Former Chargers fan.

**What's happening**

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**#FCBPSG**
55.1K posts

Sports · Trending
**Araujo**
90.3K posts

Trending
**Trade**
336K posts

Sports · Trending
**Dembele**
101K posts

Show more

Document title: (1) Adrian H on X: &quot;@jake_snake20 @brainblast3000 @arkabagchi24 @lawrenceshaw82 @MicrobiomDigest @Vinnie66007649 @gaomesi…
Capture URL: https://twitter.com/Adrian_H/status/1460054040545566727
Capture timestamp (UTC): Tue, 16 Apr 2024 20:31:34 GMT                                                                        Page 10 of 12

**Jake Atchley** @jake_snake20 · Nov 15, 2021
Then just move on to your next short position. You don't need any data, originals. You've made your conclusion. But, if you're so sure, why are you running your own study to disprove it. If you already know for sure, you wouldn't waste your time. Admit it, you're not sure.

**Adrian H** @Adrian_H · Nov 15, 2021
I am sure, but a lot of people have still been fooled and need convincing.

**Jake Atchley** @jake_snake20 · Nov 15, 2021
No, your not. From the data that's been presented, you're "100% sure it will fail", remember. If you can't convince others from the data you already have, then it's not conclusive it will fail. You're smart, you can understand this, no?

**Adrian H** @Adrian_H · Nov 15, 2021
No. Much of the "data that's been presented" has been fabricated or manipulated. If people take that data at face value, it makes sense that they would have hope for the drug. It's not so easy to disabuse cult members from something they've committed to, nor do I care to try.

# Post

**Adrian H** @Adrian_H · Nov 15, 2021

No. Much of the "data that's been presented" has been fabricated or manipulated. If people take that data at face value, it makes sense that they would have hope for the drug. It's not so easy to disabuse cult members from something they've committed to, nor do I care to try.

## Relevant people

**Adrian H** @Adrian_H — Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Jake Atchley** @jake_snake20 — Follow

**DrBrainBlast** @brainblast3000 — Follow
UCSD Neuroscience. Former Chargers fan.

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**#FCBPSG**
55.1K posts

Sports · Trending
**Araujo**
90.3K posts

Trending
**Trade**
336K posts

Sports · Trending
**Dembele**
101K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2024 X Corp.

**George Burns** @gburn98

Document title: (1) Adrian H on X: &quot;@jake_snake20 @brainblast3000 @arkabagchi24 @lawrenceshaw82 @MicrobiomDigest @Vinnie66007649 @gaomesi…
Capture URL: https://twitter.com/Adrian_H/status/1460054040545566727
Capture timestamp (UTC): Tue, 16 Apr 2024 20:31:34 GMT
Page 12 of 12