# EXHIBIT 15

| | |
|---|---|
| Document title: | (2) Adrian H on X: "@ClicksAndHisses @sing3r @bluejaunt100 @lawrenceshaw82 @ADScience4 @Bullzzeyez @savascience @PhDUCLA @MITGrad3 $SAVA is perfectly happy to light NIH and investor money on fire so long as they manage to siphon off a large chunk of it for themselves" / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1460704956277829640 |
| Page loaded at (UTC): | Mon, 29 Apr 2024 14:04:02 GMT |
| Capture timestamp (UTC): | Mon, 29 Apr 2024 14:07:06 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 3 |
| Capture ID: | hg5vVyGtmfdgh1Bb1HSRYt |
| User: | bfca-ccoronado |

PDF REFERENCE #:   kK2AnEp2yYgGVcRP8HCm96

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

You're unable to view this Post because this account owner limits who can view their Posts. Learn more

**Arthur Singer** @sing3r · Nov 16, 2021
2005 is a long while ago...
3 2

**Gully Foyle** @bluejaunt100 · Nov 16, 2021
Exactly. $SAVA has a statute of limitations on the truth! After a few years facts don't matter to some folks.
1 8

**Adrian H** @Adrian_H · Nov 16, 2021
2005 was the foundation for 2008, 2012, 2017, and the $SAVA Simufilam IND, the Phase 2 trials, and SavaDX. It is all fabricated nonsense, built upon other fabricated nonsense, and it is all going to come crashing down.
2 4

**Arthur Singer** @sing3r · Nov 16, 2021
SO the success of their hundreds of millions of dollar investment in a P3 program all depends on that 2005 paper? That just doesn't sound right. Guys?@lawrenceshaw82 @ADScience4 @Bullzzeyez @savascience @PhDUCLA @MITGrad3 Etc. Etc.
6 1

You're unable to view this Post because this account owner limits who can view their Posts. Learn more

**Adrian H**
@Adrian_H

$SAVA is perfectly happy to light NIH and investor money on fire so long as they manage to siphon off a large chunk of it for themselves

8:22 PM · Nov 16, 2021

6

Post your reply Reply

Jan
@810964733763B

## Relevant people

**Adrian H** Follow
@Adrian_H
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Arthur Singer** Follow
@sing3r
Lawyer, StartUp Guru, Ex Music Pirate

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
14.2K posts

Entertainment · Trending
**Jojo Siwa**
14.9K posts

Politics · Trending
**Rob Reiner**
3,514 posts

Trending in United States
**Afroman**
8,034 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

**Adrian H**
@Adrian_H

$SAVA is perfectly happy to light NIH and investor money on fire so long as they manage to siphon off a large chunk of it for themselves

8:22 PM · Nov 16, 2021

6

Post your reply

Reply

## Relevant people

**Adrian H**
@Adrian_H
Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Arthur Singer**
@sing3r
Follow
Lawyer, StartUp Guru, Ex Music Pirate

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
14.2K posts

Entertainment · Trending
**Jojo Siwa**
14.9K posts

Politics · Trending
**Rob Reiner**
3,514 posts

Trending in United States
**Afroman**
8,034 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**Jan**
@810964733763B



