# EXHIBIT 16

**Page Vault**

| | |
|---|---|
| Document title: | (1) Adrian H on X: "@MarinaP63 and I have no doubt that the SEC is going to investigate the stunt $SAVA pulled two weeks submitting additional fabricated data in a fake "Erratum" to fool the Journal of Neuroscience into issuing a statement of "exoneration" https://t.co/FidtIaNlQN" / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1460978798439157765 |
| Page loaded at (UTC): | Tue, 16 Apr 2024 20:40:41 GMT |
| Capture timestamp (UTC): | Tue, 16 Apr 2024 20:41:34 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 3 |
| Capture ID: | gemcPbC6wQav4Lj5fiLSWq |
| User: | bfca-sdelaney |

PDF REFERENCE #:     tu5888iSJ5RhpTj4jyjtjD



Post

Search

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

**Adrian H** @Adrian_H · Nov 17, 2021

Pity there were no warning signs here... $SAVA

> **Joseph Walker** @joewalkerWSJ · Nov 17, 2021
>
> The Securities and Exchange Commission is investigating Cassava Sciences, people familiar with the matter say. The company's experimental Alzheimer's drug has enthralled investors and raised questions about the research backing it up. wsj.com/articles/cassa... via @WSJ

5 · 29

**Adrian H** @Adrian_H · Nov 17, 2021

this is just the start.. the whole $SAVA charade is going to unravel now

cc: @MarinaP63

3 · 17

**Adrian H**
@Adrian_H

and I have no doubt that the SEC is going to investigate the stunt $SAVA pulled two weeks submitting additional fabricated data in a fake "Erratum" to fool the Journal of Neuroscience into issuing a statement of "exoneration"

> **Adrian H** @Adrian_H · Nov 11, 2021
>
> Just to be clear: $SAVA faked additional "raw" data last week, sent it to @MarinaP63 at J Neurosci to receive their "blessing", halted the stock, then sent a press release relating this false, engineered news, causing the share price to double.
> ...
> Show more

2:31 PM · Nov 17, 2021

1 · 12

G Post your reply Reply

This Post was deleted by the Post author. Learn more

**Adrian H** @Adrian_H · Nov 17, 2021

the Ph2 clinical data is very much in doubt here too. I agree that this is a rare or unprecedented situation.. typically when something like this happens, the sponsor admits it and stops the trial themselves.

**George Burns**
@gburn98

## Relevant people

**Adrian H** @Adrian_H Follow

Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Marina Picciotto** @MarinaP63 Follow

Yale Interdepartmental Neuroscience Program Director, SfN president, nicotinian and Iso's mom

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**Araujo**
102K posts

Sports · Trending
**Xavi**
67.7K posts

Sports · Trending
**Dembele**
109K posts

Trending in United States
**Clooney**
9,128 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**Post**

**Adrian H** @Adrian_H · Nov 17, 2021

the Ph2 clinical data is very much in doubt here too. I agree that this is a rare or unprecedented situation.. typically when something like this happens, the sponsor admits it and stops the trial themselves.

### Relevant people

**Adrian H**
@Adrian_H                                     **Follow**

Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Marina Picciotto**
@MarinaP63                                     **Follow**

Yale Interdepartmental Neuroscience Program Director, SfN president, nicotinian and Iso's mom

### What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**Araujo**
102K posts

Sports · Trending
**Xavi**
67.7K posts

Sports · Trending
**Dembele**
109K posts

Trending in United States
**Clooney**
9,128 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

**Home**
**Explore**
**Notifications**
**Messages**
**Grok**
**Lists**
**Bookmarks**
**Communities**
**Premium**
**Profile**
**More**

**Post**



**George Burns**
@gburn98