# EXHIBIT 17

PageVault

| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "So will CUNY circle the wagons around $sava fraud Wang with the SEC looking over their shoulder? (I'm guessing they won't ☐ ) No Wang=No Patent=No Company=$0/share" / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1461003095282966532 |
| Page loaded at (UTC): | Tue, 16 Apr 2024 20:42:44 GMT |
| Capture timestamp (UTC): | Tue, 16 Apr 2024 20:43:35 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 3 |
| Capture ID: | a2ZPmLYiNnXzzCdNweB3my |
| User: | bfca-sdelaney |

PDF REFERENCE #:    rfdAGemv9vQVZs7KgTPbWh

X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

← Post

Search

**Jesse brodkin**
@jesse_brodkin

So will CUNY circle the wagons around $sava fraud Wang with the SEC looking over their shoulder? (I'm guessing they won't 😳)
No Wang=No Patent=No Company=$0/share

4:07 PM · Nov 17, 2021

1 1 7

G Post your reply Reply

**BruinAnteaterStocks** @BruinStocks · Nov 17, 2021
Has CUNY even opened up the envelope to your complaint? or is it still sitting there with April's Penny Saver? $SAVA

1

**Jesse brodkin** @jesse_brodkin · Nov 17, 2021
Place your bet, the market is still open.

## Relevant people

**Jesse brodkin**
@jesse_brodkin
Follow
Liberal, scientist, small business owner

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**Dortmund**
Trending with Atletico

Sports · Trending
**Araujo**
104K posts

Trending in United States
**Clooney**
9,173 posts

Sports · Trending
**Dembele**
111K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Jesse brodkin** @jesse_brodkin · Nov 17, 2021
Place your bet, the market is still open.

## Relevant people

**Jesse brodkin**
@jesse_brodkin
Follow
Liberal, scientist, small business owner

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**Dortmund**
Trending with Atletico

Sports · Trending
**Araujo**
104K posts

Trending in United States
**Clooney**
9,173 posts

Sports · Trending
**Dembele**
111K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**George Burns**
@gburn98



