# EXHIBIT 18



| | |
|---|---|
| Document title: | (1) Adrian H on X: "@jesse_brodkin @lawrenceshaw82 @Catmand25130831 @helioscap @BruinStocks @wasteofneurons1 @zeenaaida @LuoshengPeng @ADScience4 @Trade_Like_Dean @CassavaSciences @MicrobiomDigest @QCMFunds I have no idea, but if someone was looking for people lying to pump in order to sell, the first logical place to check for liars would be $SAVA management." / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1461543350587338754 |
| Page loaded at (UTC): | Tue, 16 Apr 2024 20:52:44 GMT |
| Capture timestamp (UTC): | Tue, 16 Apr 2024 20:53:38 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 5 |
| Capture ID: | butgH9y1U6yQV3jZTevwWD |
| User: | bfca-sdelaney |

PDF REFERENCE #:    vaxwDtQyj8Wv3G5jFw5HNV



X

← Post

Search

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

**BruinAnteaterStocks** @BruinStocks · Nov 17, 2021 ···

$SAVA fam, here is your late breaking, brand new $SAVA news item which is, of course...a month old:

@LuoshengPeng @ADScience4 @lawrenceshaw82 @Trade_Like_Dean @CassavaSciences @Adrian_H @MicrobiomDigest @jesse_brodkin @QCMFunds @helioscap

story a month before Dow Jones and WSJ

Helios Capital @helioscap · Oct 20

$SAVA: Undisclosed SEC investigation? Records withheld for "law enforcement purposes, the release of which could reasonably be expected to interfere with enforcement activities."

cc: @probesreporter @FoiaW

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
STATION PLACE
100 F STREET, NE
WASHINGTON, DC 20549-2465

Office of FOIA Services

October 20, 2021

[redacted]

Re: Freedom of Information Act (FOIA), 5 U.S.C. § 552
Request No. 21-02663-FOIA

Dear [redacted]:

This letter responds to your request, dated and received in this office on September 3, 2021, for "emails sent to, from, or copied to addresses in the @sec.gov domain to and/or from the following addresses: remi@cassavasciences.com or lburns@cassavasciences.com."

We are withholding records that may be responsive to your request under 5 U.S.C. § 552(b)(7)(A). This exemption protects from disclosure records compiled for law enforcement purposes, the release of which could reasonably be expected to interfere with enforcement activities. Since Exemption 7(A) protects the records from disclosure, we have not determined if other exemptions apply. Therefore, we reserve the right to assert other exemptions when Exemption 7(A) no longer applies.

It is the general policy of the Commission to conduct its investigations on a non-public basis. Thus, subject to the provisions of FOIA, the Commission does not disclose the existence or non-existence of an investigation or information gathered unless made a matter of public record in proceedings brought before the Commission or in the courts. Accordingly, the assertion of this exemption should not be construed as an indication by the Commission or its staff that any violations of

9 6 19

**BS World** @zeenaaida · Nov 18, 2021 ···

All this mess brings nothing for families that are prying for a miracle. Can't you all just leave your personal interests and ego on aside and let the FDA determine if this drug work!! Can't all of you stop been experts. Let $SAVA and all companies work in peace!

3 1 12

**Jesse brodkin** @jesse_brodkin · Nov 18, 2021 ···

If Remi is a con artist manipulating scientific results to defraud investors and take advantage of elderly sick patients, he is a sociopath that should be stopped immediately. I hope you agree.

3 4

**J** @joosteenpindoos · Nov 18, 2021 ···

@jesse_brodkin you're here tweeting day in and day out about Cassava Sciences. Your intentions are to put this company out of business by any means necessary. You don't even care if the drug works. It sounds like you might be the sociopath, no?

3 2

**BruinAnteaterStocks** @BruinStocks · Nov 19, 2021 ···

Plot twist; @jesse_brodkin knows he's schilling and wants to join our side. He's the only one capable of being rational $SAVA..come on Jesse, we love ya!

2 2

**Jesse brodkin** @jesse_brodkin · Nov 19, 2021 ···

Ha ha... not happening.

**Jesse brodkin** @jesse_brodkin · Nov 4, 2021

I will NEVER cover $sava . Simufilam is a frauuud!

**George Burns**
@gburn98 ···

## Relevant people

**Adrian H** @Adrian_H Follow

Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Jesse brodkin** @jesse_brodkin Follow

Liberal, scientist, small business owner

**Lawrence Shaw** @lawrenceshaw82 Follow

ad-science.org No financial advices. Do your due diligence

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**#FCBPSG**
66.6K posts

Trending in United States
**Crispi**
1,932 posts

Sports · Trending
**Barca**
Trending with Barcelona, Mbappe

Sports · Trending
**Araujo**
109K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

Ha ha... not happening.

**Jesse brodkin** @jesse_brodkin · Nov 4, 2021
I will NEVER cover $sava . Simufilam is a frauuud!

1

**Jesse brodkin** @jesse_brodkin · Nov 19, 2021
I will come over when anyone ANYONE can replicate Wang's work or Remi's. Ask yourself why no other Big Pharma is even trying simufilam in even rodents... it would cost them pennies. $sava has no enforceable patent, $100B/yr field wide open and they couldn't be bothered. Why?

2 4

**Jesse brodkin** @jesse_brodkin · Nov 19, 2021
Have you ever seen a named scientist on this site defend $sava? They are a joke. Researchers don't even take them seriously enough to debunk them, it that obvious to anyone anywhere near the field.

2 3

**Jesse brodkin** @jesse_brodkin · Nov 19, 2021
Even their paid scientific advisory board is completely silent. Wang, the supposed inventor of the greatest medical discovery of the century, is nowhere to be found. If that was me, no lawyer on the planet could stop me from defending myself and telling the world AD is cured 🙄

3 3

**Lawrence Shaw** @lawrenceshaw82 · Nov 19, 2021
"AD is cured"? 🤦‍♂️When the drug is still investigational and in trials, I am pretty sure there are restrictions wrt promoting it. Remi and co. have actually been cautious (contrary to your accusations about pumping) in informing investors about risks. P3 success isn't guaranteed.

1

**Lawrence Shaw** @lawrenceshaw82 · Nov 19, 2021
Remi keeps iterating "data will speak for itself". Only as a natural defense to CP and shorting shenanigans, he has had to defend and deal with some short term consequences. I don't know who asked you to cover and go long. Please don't. You are a great motivating opponent 😛

1 1

**Jesse brodkin** @jesse_brodkin · Nov 19, 2021
C'mon man the dude is in hiding, you know it, I know it. You sound like the defense lawyer for a client you know is guilty. You know that you are not obligated to hold, right? Take a step back, Wang stumbled upon the cure for AD, really? Why all the fudged blots?

2

**Lawrence Shaw** @lawrenceshaw82 · Nov 19, 2021

**George Burns**
@gburn98

## Relevant people

**Adrian H** @Adrian_H — Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Jesse brodkin** @jesse_brodkin — Follow
Liberal, scientist, small business owner

**Lawrence Shaw** @lawrenceshaw82 — Follow
ad-science.org No financial advices. Do your due diligence

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**#FCBPSG**
66.6K posts

Trending in United States
**Crispi**
1,932 posts

Sports · Trending
**Barca**
Trending with Barcelona, Mbappe

Sports · Trending
**Araujo**
109K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

← Post

like the defense lawyer for a client you know is guilty. You know that you are not obligated to hold, right? Take a step back, Wang stumbled upon the cure for AD, really? Why all the fudged blots?

💬 2    🔁    ♡    📊    🔖    ⬆️

**Lawrence Shaw** @lawrenceshaw82 · Nov 19, 2021
Who is in hiding? Remi or Wang? Come on, give us a hint about your inside knowledge

💬 1    🔁    ♡    📊    🔖    ⬆️

This Post was deleted by the Post author. Learn more

**Lawrence Shaw** @lawrenceshaw82 · Nov 19, 2021
First, I didn't send that email. Second, none of the info shared there is wrong. It can't be used to defend the accusations against company if the science doesn't check out

💬 1    🔁    ♡ 2    📊    🔖    ⬆️

**Jesse brodkin** @jesse_brodkin · Nov 19, 2021
Do you guys get emails directly from officers of the company often? Do they ever talk about, say, upcoming "material" events?

💬 2    🔁    ♡ 6    📊    🔖    ⬆️

**Jesse brodkin** @jesse_brodkin · Nov 19, 2021
Before you answer that, because I like you, I want you to know we FOIA'd Wang's communications 😘

💬 4    🔁    ♡ 3    📊    🔖    ⬆️

**Catmando** @Catmand25130831 · Nov 19, 2021
So you got a turd in your pocket? Who is we? I thought you guys were working individually and not colluding? Interesting

💬 1    🔁    ♡    📊    🔖    ⬆️

**Jesse brodkin** @jesse_brodkin · Nov 19, 2021
Colluding to tell the truth. Not interesting.

💬 2    🔁    ♡    📊    🔖    ⬆️

**Lawrence Shaw** @lawrenceshaw82 · Nov 19, 2021
If you are also colluding to short the stock prior to knowledge of each other's timed reports, I don't know if it's uninteresting.

💬 1    🔁    ♡    📊    🔖    ⬆️

**Jesse brodkin** @jesse_brodkin · Nov 19, 2021
No one on Twitter is in any fear of any of that stuff. Mostly that thing is lying to drop price in order to buy, or lying to pump in order to sell.. neither happening here, let's move on from this silly distraction.

💬 2    🔁    ♡ 1    📊    🔖    ⬆️

**Adrian H** @Adrian_H

I have no idea, but if someone was looking for people lying to pump in order to sell, the first logical place to check for liars would be $SAVA management.

3:54 AM · Nov 19, 2021

💬    🔁    ♡ 2    🔖    ⬆️

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Adrian H**
@Adrian_H

I have no idea, but if someone was looking for people lying to pump in order to sell, the first logical place to check for liars would be $SAVA management.

3:54 AM · Nov 19, 2021

2

Post your reply

Reply

## Relevant people

**Adrian H**
@Adrian_H
Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Jesse brodkin**
@jesse_brodkin
Follow
Liberal, scientist, small business owner

**Lawrence Shaw**
@lawrenceshaw82
Follow
ad-science.org No financial advices. Do your due diligence

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**#FCBPSG**
66.6K posts

Trending in United States
**Crispi**
1,932 posts

Sports · Trending
**Barca**
Trending with Barcelona, Mbappe

Sports · Trending
**Araujo**
109K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**George Burns**
@gburn98

