# EXHIBIT 19

PageVault

| | |
|---|---|
| Document title: | (1) Enea Milioris on X: "How is it legal for $SAVA to spinal tap folks and then just make up their biomarker values?" / X |
| Capture URL: | https://twitter.com/DRnotaDR/status/1461663337066995719 |
| Page loaded at (UTC): | Tue, 16 Apr 2024 20:54:00 GMT |
| Capture timestamp (UTC): | Tue, 16 Apr 2024 20:54:46 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 3 |
| Capture ID: | rHsZACAk58pgw3zDJVtTYq |
| User: | bfca-sdelaney |

PDF REFERENCE #:   oYPAqCT7pjSdvaxvzdDtQr

**Enea Milioris**
@DRnotaDR

How is it legal for $SAVA to spinal tap folks and then just make up their biomarker values?

> **Swapnil Agarwal** @swapnilagarwal · Nov 18, 2021
> Replying to @BruinStocks @LuoshengPeng and 9 others
> Insane how this is legal!

11:51 AM · Nov 19, 2021

2 13

Post your reply
Reply

This Post was deleted by the Post author. Learn more

**Enea Milioris** @DRnotaDR · Nov 19, 2021
It's all in our report at cassavafraud.com
Read it and you'll find all the proof you need 👍
Or, get a team of PhDs to disprove our report on record and take us to court 👌

1 1

**App_lit** @samuelma101 · Nov 19, 2021
Knock, Knock.
Who is there?
SEC.
😀

George Burns
@gburn98

## Relevant people

**Enea Milioris**
@DRnotaDR
Follow
Surfing 🌊 Waves & Markets 📍 Biotech/Pharma Specialist - Trader

**Swapnil Agarwal**
@swapnilagarwal
Follow
Swapnil Agarwal The Alchemist - CEO @nityacapital -$2.5B in Real Estate Assets🏡 - EY Entrepreneur of the Year -HBJ Most Admired CEO Houston🥇

**BruinAnteaterStocks**
@BruinStocks
Follow
Mathematician

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**#FCBPSG**
66.6K posts

Trending in United States
**Crispi**
1,941 posts

Sports · Trending
**Barca**
Trending with Barcelona, Mbappe

Sports · Trending
**Dortmund**
Trending with Atleti

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

**App_lit** @samuelma101 · Nov 19, 2021

Knock, Knock.
Who is there?
SEC.
😃

## Relevant people

**Enea Milioris**
@DRnotaDR
Follow
Surfing 🌊 Waves & Markets 🎈 Biotech/Pharma Specialist - Trader

**Swapnil Agarwal**
@swapnilagarwal
Follow
Swapnil Agarwal The Alchemist - CEO @nityacapital -$2.5B in Real Estate Assets🏡 - EY Entrepreneur of the Year -HBJ Most Admired CEO Houston🥇

**BruinAnteaterStocks**
@BruinStocks
Follow
Mathematician

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**#FCBPSG**
66.6K posts

Trending in United States
**Crispi**
1,941 posts

Sports · Trending
**Barca**
Trending with Barcelona, Mbappe

Sports · Trending
**Dortmund**
Trending with Atleti

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



