# EXHIBIT 20



| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "@EddieAdams69 To stop a sociopath from defrauding investors and harming elderly sick people and their families $sava" / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1461842547349860355 |
| Page loaded at (UTC): | Tue, 16 Apr 2024 20:55:41 GMT |
| Capture timestamp (UTC): | Tue, 16 Apr 2024 20:56:38 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 3 |
| Capture ID: | dToMw7JDRD6mWAV2WWEDgr |
| User: | bfca-sdelaney |

PDF REFERENCE #:   xoBN3iACrtLBRqqQpPULs7



Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Jesse brodkin** @jesse_brodkin · Nov 19, 2021

Wang tells this guy he can only get Simufilam (PTI-125) through $sava even though it's commercially available to any researcher (including us😉), it's almost like he doesn't want people looking at his miracle drug... very odd behavior for an "inventor" 🤔 medchemexpress.com/simufilam-hydr...

**From:** Hoau-yan Wang
**Sent time:** 03/26/2021 09:50:36 AM
**To:** [redacted]
**Subject:** Re: PTI-125

Dear Dr [redacted]

Thanks for your email. Your research on the impaired blood pressure control by the integrin-FLNA-actin in obesity is very interesting. While I am definitive like the idea of testing PTI-125 in your system, PTI-125 is a proprietary compound of the Cassava Sciences that is currently undergoing clinical trial. Unfortunately, I have no authority to give out PTI-125. Please contact Dr. Lindsay Burns, the VP in neuroscience at the Cassava (lburns@cassavasciences.com).

Good luck with your interesting research.

Hoau

*Hoau-Yan Wang, Ph.D.*
*Medical Professor*
*CUNY SOM*

9 4 15

**Jesse brodkin** @jesse_brodkin · Nov 19, 2021

it's in stock, and they give out FREE samples😃... have at it researchers (if you don't mind wasting your time on utter baloney😜)

4 6

**Eddie From Torrance** @EddieAdams69 · Nov 19, 2021

If this is "wasting your time on utter baloney". Why are you?

1

**Jesse brodkin**
@jesse_brodkin

To stop a sociopath from defrauding investors and harming elderly sick people and their families $sava

11:43 PM · Nov 19, 2021

1 3 1

Post your reply Reply

## More replies

**Catmando** @Catmand25130831 · Nov 20, 2021

Is Twitter on the short side? Did this stock turn political? I just told Jesse section 230 doesn't protect him like he thinks and I got a warning? Good lord

**George Burns**
@gburn98

## Relevant people

**Jesse brodkin** Follow
@jesse_brodkin
Liberal, scientist, small business owner

**Eddie From Torrance** Follow
@EddieAdams69
I used to be a dishwasher in Torrance, CA before I made it big. Anyone can be a star!

## What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**#FCBPSG**
68.7K posts

Trending in United States
**Crispi**
1,941 posts

Sports · Trending
**Dortmund**
Trending with Atleti

Sports · Trending
**Barca**
Trending with Barcelona, Mbappe

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

George Burns
@gburn98

Post

Catmando @Catmand25130831 · Nov 20, 2021
Is Twitter on the short side?  Did this stock turn political?  I just told Jesse section 230 doesn't protect him like he thinks and I got a warning?  Good lord



Search

### Relevant people

**Jesse brodkin** @jesse_brodkin — Follow
Liberal, scientist, small business owner

**Eddie From Torrance** @EddieAdams69 — Follow
I used to be a dishwasher in Torrance, CA before I made it big. Anyone can be a star!

### What's happening

**FC Barcelona vs Paris Saint-Germain**
UEFA Champions League · LIVE

Sports · Trending
**#FCBPSG**
68.7K posts

Trending in United States
**Crispi**
1,941 posts

Sports · Trending
**Dortmund**
Trending with Atleti

Sports · Trending
**Barca**
Trending with Barcelona, Mbappe

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2024 X Corp.