# EXHIBIT 21

PageVault

| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "@MagnificentAnsw @arkabagchi24 @Adrian_H @LetsHaveABall2 @bluejaunt100 @CookeWJ1 @wasteofneurons1 @AlderLaneeggs @QCMFunds @SEC_Enforcement @CassavaSciences Allowing an obvious fraud like $sava to continue to take advantage of patients, investors and families makes a mockery of our regulatory framework and markets. 50:50 Remi ends up behind bars." / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1462490125494099968 |
| Page loaded at (UTC): | Wed, 17 Apr 2024 18:08:44 GMT |
| Capture timestamp (UTC): | Wed, 17 Apr 2024 18:10:08 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 13 |
| Capture ID: | 4i6UTnK6Z6QLcXDtquYPob |
| User: | bfca-sdelaney |

Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

This Post was deleted by the Post author. Learn more

J @joosteenpindoos · Nov 20, 2021
I've already explained that piece. Please read the entire thread. Cover your shorts.

This Post was deleted by the Post author. Learn more

J @joosteenpindoos · Nov 20, 2021
What am I supposed to be looking at? You're correct, I am not a scientist. But I'm not a jackass either. I'll just keep posting these screenshots. Adrian seems worried.

GIF

J @joosteenpindoos · Nov 20, 2021
Reposting for visibility $SAVA

MagnificentAnswer @MagnificentAnsw · Nov 21, 2021
Wow!!! Thanks for posting this!!! Are you saying the holier-than-thou preacher Adrian had doubts about his doubts and might've started seeing the validity of $SAVA research back in mid-Oct (at the latest!!!) and still continued with the FUD and accusations???!!! @CassavaSciences

This Post was deleted by the Post author. Learn more

MagnificentAnswer @MagnificentAnsw · Nov 21, 2021

George Burns
@gburn98

Relevant people

Jesse brodkin
@jesse_brodkin
Liberal, scientist, small business owner
Follow

MagnificentAnswer
@MagnificentAnsw
My tweets are in my opinion.
Follow

Arka
@arkabagchi24
Follow

What's happening

Heat at 76ers
NBA · Starts at 11:00 PI

Sports · Trending
Lifetime Ban
13K posts

Sports · Trending
Starling Marte

Trending in United States
$VPAD

Trending in United States
$NEURAL
1,030 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.







X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

George Burns
@gburn98

← Post

here to stare at these for a little bit and see if she can find any foul play?

1

This Post was deleted by the Post author. Learn more

J @joosteenpindoos · Nov 20, 2021
I can't explain that 🤷‍♂️ could be a typo. Hardly amounts to fraud.

This Post was deleted by the Post author. Learn more

J @joosteenpindoos · Nov 20, 2021
I've already explained that piece. Please read the entire thread. Cover your shorts.

1

This Post was deleted by the Post author. Learn more

J @joosteenpindoos · Nov 20, 2021
What am I supposed to be looking at? You're correct, I am not a scientist. But I'm not a jackass either. I'll just keep posting these screenshots. Adrian seems worried.

1

J @joosteenpindoos · Nov 20, 2021
Reposting for visibility $SAVA

ibut 10:14 AM (4 hours ago)
Bik Hide details Inbox Reply Actions
drian Heilbut <aheilbut@gmail.com>
lisabeth Bik <ebikpriv@fastmail.com>
e: Cassava claims
hursday, October 14, 2021 10:13 AM
5 KB

your email and for all your help! Sorry to hear about the
iness again with Didier; it seems like some of those
ple are even more insane than the Cassava bulls.

lerstand your concerns and desire to back off a bit
gree that while there are definitely some issues with
me aspects might not be as serious as first thought. In
ug mechanisms, although very unusual, I'm growing
that the thrust of Wang's research might have been
some real biology. In fact there was a researcher from
expert on lymphocytes and cytoskeletal proteins, who
t to me last week after reading about it on
uare. According to his data (unpublished, but in
) there might be evidence for some of the Filamin-A
, which is a bit worrying indeed.

y frustrating that all this is taking so long to play out,
still trying to figure out what to do. If you are interested,
us are having a conference call this Friday at 10am EDT
next steps. It would be great if you could join in, and I
en have some mutual friends who will be participating.
number is 214-887-4175 or 240-276-9469

Adrian Heilb
Call Message
Contact details
aheilbut@gmail.com
Add notes
Mail
Elisabeth Bik, Adrian Heil...
Cassava claims
Thank you Adrian. Who else is g... call? Anyone that I know of? Ver
Find all conversations
Events
No matches found
Open contact in ne

2:16 PM (less than a minute ago)
de details Inbox Reply Actions
ilbut <aheilbut@gmail.com>
Bik <ebikpriv@fastmail.com>
va claims
, October 14, 2021 2:15 PM

nning to be on the call, and also a couple of
e consulting for the hedge funds that are
should be worth the time.

just doing their standard reply to any
e made. They probably take forever to do any
wouldn't get your hopes up. Probably best to
until things settle down, since there have been
ions made and we all should want to be careful
er embarrassment. That's why I've been kinda
ut SAVA the last few days and talking more
Let me know if you have any thoughts or can
he comments from your sources about the
he original claims.

Call
Contact deta
aheilbu
Add no
Mail
Elisabeth Bik, A
Cassava claims
I know Jesse is pl
couple of researc
Find all c
Events
No matches fou
Open

2 1

MagnificentAnswer @MagnificentAnsw · Nov 21, 2021

Search

## Relevant people

Jesse brodkin
@jesse_brodkin
Follow
Liberal, scientist, small business owner

MagnificentAnswer
@MagnificentAnsw
Follow
My tweets are in my opinion.

Arka
@arkabagchi24
Follow

## What's happening

Heat at 76ers
NBA · Starts at 11:00 PI

Sports · Trending
**Lifetime Ban**
13K posts

Sports · Trending
**Starling Marte**

Trending in United States
**$VPAD**

Trending in United States
**$NEURAL**
1,030 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

← Post

Signaling. Anti-pSer[202]tau (AT-8), anti-pThr[231]tau (AT-180), anti-pThr[181] (AT-270), Reacti-Bind NeutrAvidin high binding capacity coated 96-well plates, covalently conjugated protein A/G-agarose beads, antigen elution buffer and chemiluminescent reagents were purchased from Pierce-Thermo Scientific. Biotinylated anti-IL1β (13-7016-85), anti-TNFα (13-7349-85) and anti–IL-6 (13-7068-85) were purchased from eBioscience. Phosphorstop

tate was determined by Western blotting with monoclonal anti-α7nAChR or -TLR4 antibodies. The FLNA–α7nAChR/TLR4 complex *blots were stripped and reprobed with monoclonal anti-FLNA to* validate equal immunoprecipitation efficiency and loading. To determine $A\beta_{42}$–α7nAChR complex levels, immobilized rabbit anti-actin (1 μg) protein A-conjugated agarose was added together with anti-$A\beta_{42}$ in the coimmunoprecipitation process. Immunoblotting

1 1

**J** @joosteenpindoos · Nov 20, 2021

Your Ph. D. friend wasted their money if they are unable to digest a simple paper. Beware of people leading you down the wrong path, Arka.

1

**William J. Cooke** @CookeWJ1 · Nov 20, 2021

WRONG PATH? LOL, physician heal thyself. At this point, your constant $SAVA shilling is so transparent. FOH.

1

**J** @joosteenpindoos · Nov 20, 2021

I'm a humble investor who has done my due diligence and more. My goal is to counter the short and distort scheme perpetrated by the crooked short sellers. $SAVA

1 2

This Post was deleted by the Post author. Learn more

**J** @joosteenpindoos · Nov 20, 2021

I literally posted screenshots that show that to be false. Are you claiming that my screenshots were doctored? Should we get Bik in here to stare at these for a little bit and see if she can find any foul play?

1

This Post was deleted by the Post author. Learn more

**J** @joosteenpindoos · Nov 20, 2021

I can't explain that 🤷‍♂️ could be a typo. Hardly amounts to fraud.

This Post was deleted by the Post author. Learn more

**J** @joosteenpindoos · Nov 20, 2021

I've already explained that piece. Please read the entire thread. Cover your shorts.

1

This Post was deleted by the Post author. Learn more

**J** @joosteenpindoos · Nov 20, 2021

What am I supposed to be looking at? You're correct, I am not a scientist. But I'm not a jackass either. I'll just keep posting these screenshots. Adrian seems worried.

Search

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**MagnificentAnswer** @MagnificentAnsw Follow
My tweets are in my opinion.

**Arka** @arkabagchi24 Follow

## What's happening

**Heat at 76ers**
NBA · Starts at 11:00 PM

Sports · Trending
**Lifetime Ban**
13K posts

Sports · Trending
**Starling Marte**

Trending in United States
**$VPAD**

Trending in United States
**$NEURAL**
1,030 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

1 3

J @joosteenpindoos · Nov 20, 2021
"An antibody to a1 does not match with the a7 nAChR right?" - True

"But SAVA cited papers using an a1 nAChR antibody to detect a7 nAChR in the brain, right?" - False. Here are some screenshots from the 2017 study.

**2. Materials and methods**

*2.1. Materials and chemicals*

Anti-pY[960]IRb (44-800G) and $A\beta_{1-42}$ were obtained from Invitrogen. Anti-PSD-95 (05494), -$A\beta_{42}$ (AB5739), and -NFTs (AB1518) were from Millipore Bioscience Research Reagents. Anti-pY[1150/1151]IRβ (SC-81500), -phosphotyrosine (SC-508), -α7nAChR (SC-65844), -FLNA (SC-7565 [IP], SC-28284, SC-271440), anti–insulin receptor substrate 1 (IRS-1) (SC-515017), -TLR4 (SC-293072), -IRβ (SC-20739, SC-81465), anti–neuronal nitric oxide synthase (nNOS) (SC-5302), -phospholipase C-γ1 (PLCγ1) (SC-7290), -pY[402]PyK (SC-81512), anti–NMDA receptor subunit 1 (NR1) (SC-1467 [IP], SC-9058 [WB]), anti–NMDA receptor subunit 2A (SC-9056), anti–NMDA receptor subunit 2B (SC-9057), -tau (SC-1995 [IP], SC-58860 [WB]), -γprotein kinase C (SC-166385), -actin (SC-7210), -β-actin (SC-47778), -nitrotyrosine (SC-32757), -Arc (SC-15325 [IP], SC-17839 [WB]), anti–tumor necrosis factorα (TNFα) (SC-8301), anti–Interleukin-6 (IL-6) (SC-7920), anti–Interleukin-1β (IL-1β) (SC-7884) and -tau (SC-1995 [IP], SC-58860 [WB]) were all purchased from Santa Cruz Biotechnology. Anti-pY[416]Src (#2101) was from Cell Signaling. Anti-pSer[202]tau (AT-8), anti-pThr[231]tau (AT-180), anti-pThr[181] (AT-270), Reacti-Bind NeutrAvidin high binding capacity coated 96-well plates, covalently conjugated protein A/G-agarose beads, antigen elution buffer and chemiluminescent reagents were purchased from Pierce-Thermo Scientific. Biotinylated anti-IL1β (13-7016-85), anti-TNFα (13-7349-85) and anti–IL-6 (13-7068-85) were purchased from eBioscience. Phosphorstop

These assessments used previously (Wang et al., 2012) described coimmunoprecipitation methods. Two-hundred mg of synaptosomes from either postmortem brain slices or prefrontal cortex or hippocampus of treated mice were pelleted by centrifugation, solubilized by brief sonication in 250 mL of immunoprecipitation buffer (25 mM HEPES, pH 7.5; 200 mM NaCl, 1 mM EDTA, cocktail of protease, and protein phosphatase inhibitors) and incubated at 4 °C with end-to-end shaking for 1 hour. Following dilution with 750 mL of ice-cold immunoprecipitation buffer and centrifugation (4 °C) to remove insoluble debris, the FLNA–α7nAChR/TLR4 and $A\beta_{42}$–α7nAChR complexes in the lysate were isolated by immunoprecipitation with 16-hour incubation at 4 °C with respective rabbit anti-FLNA (1 mg) and anti-$A\beta_{42}$ antibodies (1 mg) immobilized on protein A-conjugated agarose beads. The resultant immunocomplexes were pelleted by centrifugation at 4 °C. After 3 washes with 1 mL of ice-cold PBS (pH 7.2) and centrifugation, the isolated FLNA–α7nAChR/TLR4 and $A\beta_{42}$–α7nAChR complexes were solubilized by boiling for 5 minutes in 100 mL of SDS-polyacrylamide gel electrophoresis (PAGE) sample preparation buffer (62.5 mM Tris-HCl, pH 6.8; 10% glycerol, 2% SDS; 5% 2-mercaptoethanol, 0.1% bromophenol blue). The content of α7nAChRs/TLR4s in 50% of the anti-FLNA and α7nAChRs in 50% of the anti-$A\beta_{42}$ immunoprecipitate was determined by Western blotting with monoclonal anti-α7nAChR or -TLR4 antibodies. The FLNA–α7nAChR/TLR4 complex *blots were stripped and reprobed with monoclonal anti-FLNA to* validate equal immunoprecipitation efficiency and loading. To determine $A\beta_{42}$–α7nAChR complex levels, immobilized rabbit anti-actin (1 μg) protein A-conjugated agarose was added together with anti-$A\beta_{42}$ in the coimmunoprecipitation process. Immunoblotting

1 1

J @joosteenpindoos · Nov 20, 2021
Your Ph. D. friend wasted their money if they are unable to digest a simple paper. Beware of people leading you down the wrong path, Arka.

1

**William J. Cooke** @CookeWJ1 · Nov 20, 2021
WRONG PATH? LOL, physician heal thyself. At this point, your constant $SAVA shilling is so transparent. FOH.

1

J @joosteenpindoos · Nov 20, 2021
I'm a humble investor who has done my due diligence and more. My goal is to counter the short and distort scheme perpetrated by the crooked short sellers. $SAVA

1 2

This Post was deleted by the Post author. Learn more

J @joosteenpindoos · Nov 20, 2021
I literally posted screenshots that show that to be false. Are you claiming that my screenshots were doctored? Should we get Bik in here to stare at these for a little bit and see if she can find any foul play?

1

This Post was deleted by the Post author. Learn more

J @joosteenpindoos · Nov 20, 2021
I can't explain that 🤷‍♂️ could be a typo. Hardly amounts to fraud.

This Post was deleted by the Post author. Learn more

J @joosteenpindoos · Nov 20, 2021
I've already explained that piece. Please read the entire thread. Cover your shorts.

**George Burns**
@gburn98

## Relevant people

**Jesse brodkin**
@jesse_brodkin
Follow
Liberal, scientist, small business owner

**MagnificentAnswer**
@MagnificentAnsw
Follow
My tweets are in my opinion.

**Arka**
@arkabagchi24
Follow

## What's happening

**Heat at 76ers**
NBA · Starts at 11:00 PM

Sports · Trending
**Lifetime Ban**
13K posts

Sports · Trending
**Starling Marte**

Trending in United States
**$VPAD**

Trending in United States
**$NEURAL**
1,030 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

X

- Home
- Explore
- Notifications 1
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

George Burns
@gburn98

← Post

Search

1

**J** @joosteenpindoos · Nov 20, 2021
Reposting for visibility $SAVA

but 10:14 AM (4 hours ago)
Bik Hide details Inbox Reply Actions
drian Heilbut <aheilbut@gmail.com>
lisabeth Bik <ebikpriv@fastmail.com>
e: Cassava claims
hursday, October 14, 2021 10:13 AM
5 KB

your email and for all your help! Sorry to hear about the
iness again with Didier; it seems like some of those
ple are even more insane than the Cassava bulls.

erstand your concerns and desire to back off a bit
gree that while there are definitely some issues with
me aspects might not be as serious as first thought. In
ug mechanisms, although very unusual, I'm growing
that the thrust of Wang's research might have been
some real biology. In fact there was a researcher from
expert on lymphocytes and cytoskeletal proteins, who
t to me last week after reading about it on
uare. According to his data (unpublished, but in
) there might be evidence for some of the Filamin-A
, which is a bit worrying indeed.

y frustrating that all this is taking so long to play out,
still trying to figure out what to do. If you are interested,
s are having a conference call this Friday at 10am EDT
next steps. It would be great if you could join in, and I
en have some mutual friends who will be participating.
number is 214-887-4175 or 240-276-9469

Adrian Heilb
Call Message
Contact details
aheilbut@gmail.com
Add notes
Mail
Elisabeth Bik, Adrian Heil...
Cassava claims
Thank you Adrian. Who else is g
call? Anyone that I know of? We
Find all conversations
Events
No matches found
Open contact in ne

2:16 PM (less than a minute ago)
de details Inbox Reply Actions
ilbut <aheilbut@gmail.com>
Bik <ebikpriv@fastmail.com>
va claims
, October 14, 2021 2:15 PM

nning to be on the call, and also a couple of
e consulting for the hedge funds that are
should be worth the time.

just doing their standard reply to any
e made. They probably take forever to do any
vouldn't get your hopes up. Probably best to
until things settle down, since there have been
ions made and we all should want to be careful
er embarrassment. That's why I've been kinda
ut SAVA the last few days and talking more
. Let me know if you have any thoughts or can
he comments from your sources about the
he original claims.

Call
Contact deta
aheilbu
Add no
Mail
Elisabeth Bik, A
Cassava claims
I know Jesse is pl
couple of researc
Find all c
Events
No matches fou
Open

2 1

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
Wow!!! Thanks for posting this!!! Are you saying the holier-than-thou preacher Adrian had doubts about his doubts and might've started seeing the validity of $SAVA research back in mid-Oct (at the latest!!!) and still continued with the FUD and accusations???!!! @CassavaSciences

This Post was deleted by the Post author. Learn more

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
Are you saying that he was impersonating and that you or Adrian set him up? But even if so, how do you know that it was him sending the e-mail and not just got ahold of it from somewhere and posted it on Twitter now? Plot thickens.

This Post was deleted by the Post author. Learn more

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
Only if the words that were typed in the e-mail that AH sent are to be assumed to be falsehoods about his doubts. So my inference is correct as long as AH was telling the truth there. Or are you saying he lied there?

This Post was deleted by the Post author. Learn more

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**MagnificentAnswer** @MagnificentAnsw Follow
My tweets are in my opinion.

**Arka** @arkabagchi24 Follow

## What's happening

**Heat at 76ers**
NBA · Starts at 11:00 PI

Sports · Trending
**Lifetime Ban**
13K posts

Sports · Trending
**Starling Marte**

Trending in United States
**$VPAD**

Trending in United States
**$NEURAL**
1,030 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.



Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

correct as long as AH was telling the truth there. Or are you saying he lied there?

This Post was deleted by the Post author. Learn more

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
Did the calls take place? Did anyone on the calls continued "the bait" or whatever else? Or were there real calls just using FDA criminal investigator numbers... if they're indeed that? No matter what, just side noise, but interesting.
2

**Adrian H** @Adrian_H · Nov 21, 2021
I was punking the jackass who was trying to impersonate Bik, and I made it very, very obvious. It turned out better than I could have possibly hoped for.
1 4

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
That's a twist, but it's still in realm of noise, either side of it. Cognition improved at 6, 9, & 12 m reported by multiple sites. At 12 m, 2 statisticians had direct access to data and analyzed and confirmed. Biomarkers improved, no placebo effect there. $SAVA #Bullish
1

**Adrian H** @Adrian_H · Nov 21, 2021
GMAFB $SAVA

2 2

**Adrian H** @Adrian_H · Nov 21, 2021
and the biomarker data.. IT'S ALL MADE UP
1 1

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
Is there a definitive proof to this statement above? Or you're going on a hunch?
1

This Post was deleted by the Post author. Learn more

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
"Surely you know". "Please don't call me Shirley" 🙂
This punch still doesn't land at the cognition improvement and I have no reason to doubt the lab that reported improvements. BTW, the data, if I remember correctly, is by Quanterix, and the analysis is by the company.
1

**George Burns**
@gburn98

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**MagnificentAnswer** @MagnificentAnsw Follow
My tweets are in my opinion.

**Arka** @arkabagchi24 Follow

## What's happening

**Heat at 76ers**
NBA · Starts at 11:00 PI

Sports · Trending
**Lifetime Ban**
13K posts

Sports · Trending
**Starling Marte**

Trending in United States
**$VPAD**

Trending in United States
**$NEURAL**
1,030 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

This punch still doesn't land at the cognition improvement and I have no reason to doubt the lab that reported improvements. BTW, the data, if I remember correctly, is by Quanterix, and the analysis is by the company.

1

**Adrian H** @Adrian_H · Nov 21, 2021
No, the company rejected the biomarker data from Quanterix because it showed nothing was happening, and got Wang to make up the "re-do".

2 1

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
and speaking of "re-do", I wouldn't call it that either 'cause it appears it was not the same samples that were re-analyzed, but a 2nd, pristine set, that got re-analyzed... presumably by Wang if WSJ is correct. Just to be clear on terminology of "re-do".

2

**William J. Cooke** @CookeWJ1 · Nov 21, 2021
OK, this is getting confusing! Why would anyone expect "Wang," whoever he is to, get different results from the first lab. Independent testing labs can't risk their reputation and credibility by giving one client a "wink and a nod".

1 1

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
Are you accusing some lab of giving a wink and a nod? While it'd be interesting to see supporting proof, what I am looking at is the cognition data improvement @ 6, 9, & 12 mo, increasingly so. 2 independent statisticians with direct data access analyzed & confirmed.

2

**Adrian H** @Adrian_H · Nov 21, 2021
ah, that cognition data

Ongoing Open-label Study

- We are conducting a one-year, open-label safety study of simufilam, with scientific and financial support from the National Institutes of Health (NIH).
- Study subjects have mild-to-moderate Alzheimer's disease (MMSE 16 to 26) and are evaluated for safety, cognition and behavior.
  - Study is fully enrolled: ~ 200+ study subjects from 16 investigator sites in the U.S. and Canada.
- We conducted pre-planned interim analyses on first 50 study subjects who completed 6, 9 & 12 months of open-label treatment with simufilam 100 mg b.i.d.
  - Treatment effects observed in an open-label study are not proof of drug safety or efficacy, nor can open-label data predict clinical success in a Phase 3 program.

CASSAVA sciences

1 2

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
I like the cognition data improvement, what can I tell ya?! The data look awesome to me. Absolutely awesome. Even FDA must've been impressed to give them a go ahead with ph3 trials. #somethingaboutdataBullish . $SAVA #Bulllish In my opinion.

3 4

**Arka** @arkabagchi24 · Nov 21, 2021
Yeah those p-hacked cognitive score data with absurdly loose exclusionary criteria and a strange decision to do OL before CL (more so susceptible to placebo effects) would yield so much horseshit data it would make anyone #bullish at face value

1 3

**George Burns**
@gburn98

Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**MagnificentAnswer** @MagnificentAnsw Follow
My tweets are in my opinion.

**Arka** @arkabagchi24 Follow

What's happening

**Heat at 76ers**
NBA · Starts at 11:00 PI

Sports · Trending
**Lifetime Ban**
13K posts

Sports · Trending
**Starling Marte**

Trending in United States
**$VPAD**

Trending in United States
**$NEURAL**
1,030 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

Yeah those p-hacked cognitive score data with absurdly loose exclusionary criteria and a strange decision to do OL before CL (more so susceptible to placebo effects) would yield so much horseshit data it would make anyone #bullish at face value

1 3

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
ah, the use of jargon, of course. Who wouldn't like that. 🙂 I guess I'll just have to wait for ph3 data reveals! Man, what if they shorten the trial & say the efficacy is just overwhelmingly clear? The show will be shortened. Oh well. As long as the stock moons to $4,000. 🙂 🚀🍿

2 2

**Gully Foyle** @bluejaunt100 · Nov 21, 2021
Let $SAVA put their confidence on display. Add a futility analysis for both P3's with a publicly announced DSMB, like $BIIB did. And you seem "knowledgeable." Then you know the cognition data cannot be interpreted without the full analysis set. Ask Lindsay when you see her.

1 2

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
They've put confidence on display by starting 2 ph3 studies and CMS study back in May-June. If it were not for FUD, they'd have higher pps and could afford a few more expansions into other space, e.g. Parkinson's, etc. Their patents are excellent. $SAVA #Bullish In my opinion.

1 2

**Gully Foyle** @bluejaunt100 · Nov 21, 2021
That is a non-answer and incorrect. The P3 w/o an interim is an attempt by $SAVA to delay getting an answer. Again, why have they never presented all the data - the FAS - and why no interim analysis. Surely they want to rush this medicine to patients everywhere. Try again.

2 4

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
#FDAisSatisfied

1

**Gully Foyle** @bluejaunt100 · Nov 21, 2021
So you can't answer? Understood. Nice hashtag tho.

1 1

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
So I just did by pointing to what I view as important for success.

1 4

**Gully Foyle** @bluejaunt100 · Nov 21, 2021
Let's agree you don't understand data or why a FAS is needed, and don't understand that FDA SPA process does not involve data audits or prior review. But understood you'll say whatever to justify $SAVA lack of transparency.

1 4

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
Nah, let's not agree on that, but I am open to agreeing that we'll disagree on that, though I suspect that deep down (maybe not even that deep down?) you know full well that I know data. Irrelevant, though, for success of the company.

1 1

**Gully Foyle** @bluejaunt100 · Nov 21, 2021

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**MagnificentAnswer** @MagnificentAnsw Follow
My tweets are in my opinion.

**Arka** @arkabagchi24 Follow

## What's happening

**Heat at 76ers**
NBA · Starts at 11:00 PM

Sports · Trending
**Lifetime Ban**
13K posts

Sports · Trending
**Starling Marte**

Trending in United States
**$VPAD**

Trending in United States
**$NEURAL**
1,030 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

disagree on that, though I suspect that deep down (maybe not even that deep down?) you know full well that I know data. Irrelevant, though, for success of the company.

1 1

**Gully Foyle** @bluejaunt100 · Nov 21, 2021
Last post. Agree you know data well enough to avoid answering directly about the lack of full analysis set. So you are complicit. It exposes $SAVA for what they are, and no deflection on your part avoids that major flaw in your or early $SAVA claims, which they retracted.

1 7

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
No. Let's learn to focus by remembering: Cognition improved @ 6, 9 & 12 mo. @ 12 mo no placebo effect likely. 2 Independent statisticians w/ DIRECT access to data analyzed & confirmed. Behavior score improved. Biomarkers improved, objective data, no placebo effect. $SAVA #Bullish

2

This Post was deleted by the Post author. Learn more

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
Nice try at a diversion and, at the very same time, accusation of a diversion. As I had stated before: "What they accuse you of, they're doing it themselves". Proves to be the case over and over again. Back to what's important for ph3 trial (and FDA approval): Cognition.

1 4

**Arka** @arkabagchi24 · Nov 21, 2021
Let's talk about the cognitive scores! Why did the February cognitive baseline data change so dramatically upon patient mix change, that you would have a less than 0.1% chance of selecting patients with cognitive scores that extreme ?

1 2

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
Glad you want to talk cognition data. Why did 2 independent statisticians with DIRECT access to data analyzed & confirmed spectacular results?

Magnificent Answer: 'cause the data are real!

In my opinion.

2 4

This Post was deleted by the Post author. Learn more

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
You should have told me that you're auditioning for a role of comedian. Almost funny, though not quite there yet.

This Post was deleted by the Post author. Learn more

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
I disagree w/ your lie detector. Do you have any PROOF that they were not independent statisticians before you try to throw mud at that? It doesn't stick, I'll tell you that.

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**MagnificentAnswer** @MagnificentAnsw Follow
My tweets are in my opinion.

**Arka** @arkabagchi24 Follow

## What's happening

**Heat at 76ers**
NBA · Starts at 11:00 PI

Sports · Trending
**Lifetime Ban**
13K posts

Sports · Trending
**Starling Marte**

Trending in United States
**$VPAD**

Trending in United States
**$NEURAL**
1,030 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Post

were not independent statisticians before you try to throw mud at that? It doesn't stick, I'll tell you that.

This Post was deleted by the Post author. Learn more

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
No obfuscation found by me. The statements by SAVA stand. In my opinion.

This Post was deleted by the Post author. Learn more

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
Your opinion does not equal fact. Unless you can provide documentary evidence that you can get into their heads and know it for a fact. Can you provide those?

This Post was deleted by the Post author. Learn more

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
If you doubt something, present facts for why those 2 statisticians are not independent. If you don't have such facts, then... oh well?
2

This Post was deleted by the Post author. Learn more

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
I'm so happy, actually, that you guys again veer off the cognition data and into anything else, but the cognition data. Shows me you still haven't found a way to lay a glove on it. Spectacular data, eh? $SAVA #Bullish
1

**Adrian H** @Adrian_H · Nov 21, 2021
The cognition data were not the basis for considering the Ph2 "successful" and justifying doing a Ph3. Cognition was a purely a marketing stunt to sell the stock. The actual endpoint of the Ph2 were the biomarkers, because $SAVA knew those could be faked by the great Wang.
2 5

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
Have you checked the actual primary endpoint of ph3 trials? It may be an interesting revelation for you, it sounds like. $SAVA #Bullish
2

**Arka** @arkabagchi24 · Nov 21, 2021
What about the cognitive data primary endpoint for Ph3 is so #bullish to you? Haven't you just read a few arguments that would suggest $SAVA has absolutely no way of meeting that endpoint ?
1 2

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
Au contraire. I think $SAVA has excellent chances at succeeding in ph3 trials on those stellar cognition data in ph2 further aided by improved behavior score further aided by biomarkers. #Bullish In my opinion.
1

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

George Burns
@gburn98

Search

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**MagnificentAnswer** @MagnificentAnsw Follow
My tweets are in my opinion.

**Arka** @arkabagchi24 Follow

## What's happening

**Heat at 76ers**
NBA · Starts at 11:00 PI

Sports · Trending
**Lifetime Ban**
13K posts

Sports · Trending
**Starling Marte**

Trending in United States
**$VPAD**

Trending in United States
**$NEURAL**
1,030 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

MagnificentAnswer @MagnificentAnsw · Nov 21, 2021
Au contraire. I think $SAVA has excellent chances at succeeding in ph3 trials on those stellar cognition data in ph2 further aided by improved behavior score further aided by biomarkers. #Bullish In my opinion.
1

**Arka** @arkabagchi24 · Nov 21, 2021
But we are contending that the cognition data was heavily massaged using 1) OL before a CL Ph3, which is rare and concerning since cog improvements are susceptible to placebo 2) deliberately selecting patients to reflect improvement in cog when there wasn't any
2 · 2

**Jesse brodkin** @jesse_brodkin · Nov 21, 2021
The cognition results were not statistically significant and unpublishable, apparently.
2 · 4

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
then you don't have to be afraid that ph3 will be successful, though I PERSONALLY think that ph3 trials will be successful. I guess we disagree. #FDAwillDecide
1 · 2

**Jesse brodkin**
@jesse_brodkin

Allowing an obvious fraud like $sava to continue to take advantage of patients, investors and families makes a mockery of our regulatory framework and markets. 50:50 Remi ends up behind bars.

6:36 PM · Nov 21, 2021

2 · 4

Post your reply
Reply

**MagnificentAnswer** @MagnificentAnsw · Nov 21, 2021
I'm interested in odds of the drug succeeding. This is what matters to millions of current and future patients. This is what matters to investors. This is what matters to me. I think I'm liking the odds. $SAVA #Bullish
3 · 1 · 6

**Jesse brodkin** @jesse_brodkin · Nov 21, 2021
The mark always feels like they are getting a good deal, that how a con works.
1 · 5

## More replies

**Antonio Pulice** @totopulice · Nov 22, 2021
You just went from being a fake scientist to a fake lawyer.

George Burns
@gburn98

## Relevant people

**Jesse brodkin**
@jesse_brodkin
Follow
Liberal, scientist, small business owner

**MagnificentAnswer**
@MagnificentAnsw
Follow
My tweets are in my opinion.

**Arka**
@arkabagchi24
Follow

## What's happening

**Heat at 76ers**
NBA · Starts at 11:00 PI

Sports · Trending
**Lifetime Ban**
13K posts

Sports · Trending
**Starling Marte**

Trending in United States
**$VPAD**

Trending in United States
**$NEURAL**
1,030 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

**Antonio Pulice** @totopulice · Nov 22, 2021
You just went from being a fake scientist to a fake lawyer.

**Relevant people**

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**MagnificentAnswer** @MagnificentAnsw Follow
My tweets are in my opinion.

**Arka** @arkabagchi24 Follow

**What's happening**

**Heat at 76ers**
NBA · Starts at 11:00 PI

Sports · Trending
**Lifetime Ban**
13K posts

Sports · Trending
**Starling Marte**

Trending in United States
**$VPAD**

Trending in United States
**$NEURAL**
1,030 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**George Burns** @gburn98



