# EXHIBIT 22

Page Vault

| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "For those of you that may have been confused by @SfNJournals decision to actively participate in fraud by exonerating $sava and surrendering their scientific integrity and voice to Remi, I put a helpful explainer here ☐   cc: @MarinaP63 @JuanLerma1 @barry_everitt @SECEnfDirector https://t.co/wMiEwOLfCs" / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1463129101821255681 |
| Page loaded at (UTC): | Wed, 17 Apr 2024 18:16:28 GMT |
| Capture timestamp (UTC): | Wed, 17 Apr 2024 18:17:18 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 6 |
| Capture ID: | 2xjKRqV9PrfqYrAYeYcbw2 |
| User: | bfca-sdelaney |

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

## Post

**Jesse brodkin**
@jesse_brodkin

For those of you that may have been confused by @SfNJournals decision to actively participate in fraud by exonerating $sava and surrendering their scientific integrity and voice to Remi, I put a helpful explainer here 😉 cc: @MarinaP63 @JuanLerma1 @barry_everitt @SECEnfDirector



12:55 PM · Nov 23, 2021

💬 14      ↻ 16      ♡ 39      🔖 3

G   Post your reply                              **Reply**

**Jesse brodkin** @jesse_brodkin · Nov 23, 2021
ref: twitter.com/barry_everitt/...

You're unable to view this Post because this account owner limits who can view their Posts. Learn more

💬 2      ↻      ♡ 1      ᐧ�瑞ᐧ

**Jesse brodkin** @jesse_brodkin · Nov 23, 2021
Ref:

Here again with my buddy Trevor Robbins at the Oval for day 3. Beautiful weather. IPA looming.

5:43 AM · 9/14/19 · Twitter for iPhone

G   **George Burns**
@gburn98

## Relevant people

**Jesse brodkin**
@jesse_brodkin                                  **Follow**
Liberal, scientist, small business owner

**SfN Journals** ✔️
@SfNJournals                                    **Follow**
@SfNtweets journals #JNeurosci and #eNeuro serve the field by publishing conceptual advances in neuroscience.

**Marina Picciotto**
@MarinaP63                                      **Follow**
Yale Interdepartmental Neuroscience Program Director, SfN president, nicotinian and Iso's mom

## What's happening

**Heat at 76ers**
NBA · Starts at 11:00 PI

Sports · Trending
**Lifetime Ban**
13.3K posts

Sports · Trending
**#BAYARS**
7,295 posts

Sports · Trending
**Zion Williamson**
Trending with jontay Porter, The NBA

Columbia University · Trending
**Columbia University**
17.8K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2024 X Corp.



Document title: (1) Jesse brodkin on X: &quot;For those of you that may have been confused by @SfNJournals decision to actively participate in fraud by exonerating…
Capture URL: https://twitter.com/jesse_brodkin/status/1463129101821255681
Capture timestamp (UTC): Wed, 17 Apr 2024 18:17:18 GMT



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

George Burns
@gburn98

← Post

From magicmind.com

45 24 244 942K

**Matt Nachtrab** @MattNachtrab · Nov 26, 2021
Over 100,000 doses of Simufilam administered with zero safety events. Aduhelm is already approved by the FDA with lower effectiveness and safety profile. FDA is allowing phase three to continue because they have seen full data and are not concerned. FDA will approve this drug

1

**Randall Henri Steinmeyer,** @Randall7575 · Nov 23, 2021
👏

2

**Gully Foyle** @bluejaunt100 · Nov 23, 2021
Examining COIs is fair game, though here the interlock and conflict are pretty profound. Journal is clubby, and conflicted regarding $SAVA certainly. Indifference to bias likely explains why JNeuro has such a low impact factor. Attend a ballgame, get a pub!

1 6

**Meatmelon** @meatmellon · Nov 24, 2021
IPA looming? More like lawsuit looming!

1

**Peter Hollas** @bongomanuk · Nov 24, 2021
I have met the queen, whose son is Prince Andrew, who knows Epstein. Give over...

1

**Gully Foyle** @bluejaunt100 · Nov 24, 2021
Well at the risk of offending even friends, when one considers the research in neuroscience, SFN was always populated by grad students and faculty, the lowest tier. Important research goes to ACNP, ANA, AAN, and Biological Psych. $SAVA had to go where it could.

1 5

Show more replies

## Discover more

Sourced from across X

**Jesse brodkin** @jesse_brodkin · 2h
Being a terrible company that doesn't produce any product sure pays well 🙁 $sava (ref: from Delaware class action case)

Search

## Relevant people

**Jesse brodkin** @jesse_brodkin — Follow
Liberal, scientist, small business owner

**SfN Journals** @SfNJournals — Follow
@SfNtweets journals #JNeurosci and #eNeuro serve the field by publishing conceptual advances in neuroscience.

**Marina Picciotto** @MarinaP63 — Follow
Yale Interdepartmental Neuroscience Program Director, SfN president, nicotinian and Iso's mom

## What's happening

**Heat at 76ers**
NBA · Starts at 11:00 PI

Sports · Trending
**Lifetime Ban**
13.3K posts

Sports · Trending
**#BAYARS**
7,295 posts

Sports · Trending
**Zion Williamson**
Trending with Jontay Porter, The NBA

Columbia University · Trending
**Columbia University**
17.8K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**Post**

Sourced from across X

**Jesse brodkin** @jesse_brodkin · 2h

Being a terrible company that doesn't produce any product sure pays well 😕 $sava (ref: from Delaware class action case)

| **Company** | **2021 CEO Compensation** |
|---|---|
| Alector, Inc. | $9,612,580 |
| AC Immune SA | $4,281,900 |
| vTv Therapeutics Inc. | $3,292,465 |
| Axsome Therapeutics, Inc. | $8,054,631 |
| Anavex Life Sciences Corp. | $9,417,057 |
| Synaptogenix, Inc. | $1,067,899 |
| Cognition Therapeutics, Inc. | $11,342,127 |
| Chiesi USA, Inc. | $2,123,652 |
| Athira Pharma, Inc. | $2,974,729 |
| Yumanity Therapeutics, Inc. | $4,494,240 |
| **Cassava Sciences, Inc.** | **$76,641,120** |
| **Mean Peer Compensation:** | **$5,666,128** |
| **Median Peer Compensation:** | **$4,388,070** |
| **Cassava Percentile Rank:** | **100%** |

💬 3          ⟲ 1          ♡ 13          📊 1.2K          🔖          ⬆️

**Relevant people**



**Jesse brodkin**          Follow
@jesse_brodkin
Liberal, scientist, small business owner

**SfN Journals** ✔️ 🟦          Follow
@SfNJournals
@SfNtweets journals #JNeurosci and #eNeuro serve the field by publishing conceptual advances in neuroscience.

**Marina Picciotto**          Follow
@MarinaP63
Yale Interdepartmental Neuroscience Program Director, SfN president, nicotinian and Iso's mom

**What's happening**

Heat at 76ers
NBA · Starts at 11:00 PI

Sports · Trending
**Lifetime Ban**
13.3K posts

Sports · Trending
**#BAYARS**
7,295 posts

Sports · Trending
**Zion Williamson**
Trending with jontay Porter, The NBA

Columbia University · Trending
**Columbia University**
17.8K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

**George Burns**
@gburn98

Document title: (1) Jesse brodkin on X: &quot;For those of you that may have been confused by @SfNJournals decision to actively participate in fraud by exonerating…
Capture URL: https://twitter.com/jesse_brodkin/status/1463129101821255681
Capture timestamp (UTC): Wed, 17 Apr 2024 18:17:18 GMT

**Post**

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

**Post**

**Jesse brodkin** @jesse_brodkin · 2h
Being a terrible company that doesn't produce any product sure pays well 🙄 $sava (ref: from Delaware class action case)

| Company | 2021 CEO Compensation |
|---|---|
| Alector, Inc. | $9,612,580 |
| AC Immune SA | $4,281,900 |
| vTv Therapeutics Inc. | $3,292,465 |
| Axsome Therapeutics, Inc. | $8,054,631 |
| Anavex Life Sciences Corp. | $9,417,057 |
| Synaptogenix, Inc. | $1,067,899 |
| Cognition Therapeutics, Inc. | $11,342,127 |
| Chiesi USA, Inc. | $2,123,652 |
| Athira Pharma, Inc. | $2,974,729 |
| Yumanity Therapeutics, Inc. | $4,494,240 |
| **Cassava Sciences, Inc.** | **$76,641,120** |
| **Mean Peer Compensation:** | **$5,666,128** |
| **Median Peer Compensation:** | **$4,388,070** |
| **Cassava Percentile Rank:** | **100%** |

💬 3   🔁 1   ♡ 18   📊 1.2K

**Relevant people**



**Jesse brodkin** @jesse_brodkin — Follow
Liberal, scientist, small business owner

**SfN Journals** ✓ @SfNJournals — Follow
@SfNtweets journals #JNeurosci and #eNeuro serve the field by publishing conceptual advances in neuroscience.

**Marina Picciotto** @MarinaP63 — Follow
Yale Interdepartmental Neuroscience Program Director, SfN president, nicotinian and Iso's mom

**What's happening**

Heat at 76ers
NBA · Starts at 11:00 PI

Sports · Trending
**Lifetime Ban**
13.3K posts

Sports · Trending
**#BAYARS**
7,295 posts

Sports · Trending
**Zion Williamson**
Trending with jontay Porter, The NBA

Columbia University · Trending
**Columbia University**
17.6K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2024 X Corp.



**George Burns** @gburn98