# EXHIBIT 23



| | |
|---|---|
| Document title: | (1) Adrian H on X: "@Valuations_ @jesse_brodkin I'm not assuming anything. The statement put out by JN was patently ridiculous. The "original" blot provided in the Erratum was faked. They need to explain or correct their statement and Erratum, and explain the process that that led to it. @MarinaP63 $SAVA" / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1463562262694842372 |
| Page loaded at (UTC): | Wed, 17 Apr 2024 18:27:10 GMT |
| Capture timestamp (UTC): | Wed, 17 Apr 2024 18:33:57 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 8 |
| Capture ID: | vSTZMw34CuSPHVb29WHz5r |
| User: | bfca-sdelaney |

**Post**

# Home

# Explore

# Notifications

# Messages

# Grok

# Lists

# Bookmarks

# Communities

# Premium

# Profile

# More

**Post**

**Jesse brodkin** @jesse_brodkin · Nov 23, 2021
For those of you that may have been confused by @SfNJournals decision to actively participate in fraud by exonerating $sava and surrendering their scientific integrity and voice to Remi, I put a helpful explainer here 😉 cc: @MarinaP63 @JuanLerma1 @barry_everitt @SECEnfDirector



💬 14     🔁 16     ♥ 39     ॥

**Jesse brodkin** @jesse_brodkin · Nov 23, 2021
Ref:

Here again with my buddy Trevor Robbins at the Oval for day 3. Beautiful weather. IPA looming.

5:43 AM · 9/14/19 · **Twitter for iPhone**

💬 1     🔁     ♥ 5     ॥

**Jesse brodkin** @jesse_brodkin · Nov 23, 2021
Aww Barry 😉, are you ashamed of being Trevor's buddy? Or was it something else 🫣

Nov 23

Follow

**Barry Everitt**
@barry_everitt

**@barry everitt blocked you**

## Relevant people

**Adrian H**     **Follow**
@Adrian_H
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Valuations**     **Follow**
@valuations_
Even if I miss I can't miss.

**Jesse brodkin**     **Follow**
@jesse_brodkin
Liberal, scientist, small business owner

## What's happening

**Manchester City vs Real Madrid**
UEFA Champior · Starts at 12:00 PI

Sports · Trending
**Fever**
30.6K posts

Trending in United States
**$CRUIZ**
1,371 posts

Sports · Trending
**Ted Crews**

Sports · Trending
**Pete Rose**
1,074 posts

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2024 X Corp.

**George Burns**
@gburn98



Document title: (1) Adrian H on X: &quot;@Valuations_ @jesse_brodkin I&#39;m not assuming anything. The statement put out by JN was patently ridiculous. The…
Capture URL: https://twitter.com/Adrian_H/status/1463562262694842372
Capture timestamp (UTC): Wed, 17 Apr 2024 18:33:57 GMT



Document title: (1) Adrian H on X: "&quot;@Valuations_ @jesse_brodkin I&#39;m not assuming anything. The statement put out by JN was patently ridiculous. The…
Capture URL: https://twitter.com/Adrian_H/status/1463562262694842372
Capture timestamp (UTC): Wed, 17 Apr 2024 18:33:57 GMT





Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

George Burns
@gburn98

Trevor W Robbins
University of Cambridge

Hide

1 3

**Jesse brodkin** @jesse_brodkin · Nov 24, 2021

Getting your earliest publications with the Grand Poobahs of neuroscience certainly greases one's career path... does it also create a sense of indebtedness? 🤷

**Glutamate-dopamine interactions in the ventral striatum: role in locomotor activity and responding with conditioned reinforcement**

Article Aug 1994

Lindsay H Burns · Barry John Everitt · Ann E. Kelley · Trevor W Robbins

Previous evidence suggests that glutamatergic limbic afferents participate in the potentiation of responding with conditioned reinforcement produced by intra-accumbens d-amphetamine. The present experiments were designed to investigate glutamate-dopamine interactions in the ventral striatum in both conditioned reinforcement and locomotor activity....

View

**Intra-amygdala infusion of the N-methyl-D-aspartate receptor antagonist AP5 impairs acquisition but not performance of discriminated approach to an appetitive CS**

Article Jun 1994

Lindsay H Burns · Barry John Everitt · Trevor W Robbins

The present experiments investigated the effects ofblocking glutamate transmission in the amygdala on the learning and subsequent performance of a discriminated approach response to food, as well as on locomotor activity and a test of neophobia to food. In the appetitive conditioning experiment, three separate groups of rats received intra-amygdala...

View

1 3

**Jesse brodkin** @jesse_brodkin · Nov 24, 2021

5 years and 5 papers together (JoN & $sava) is more than just being at the same university, just sayin

**Dissociation in Effects of Lesions of the Nucleus Accumbens Core and Shell on Appetitive Pavlovian Approach Behavior and the Potentiation of Conditioned Reinforcement and Locomotor Activity byd-Amphetamine**

Article Full-text available Apr 1999

John A Parkinson · Mary Olmstead · Lindsay H Burns · [...] · Barry John Everitt

Dopamine release within the nucleus accumbens (NAcc) has been associated with both the rewarding and locomotor-stimulant effects of abused drugs. The functions of the NAcc core and shell were investigated in mediating amphetamine-potentiated conditioned reinforcement and locomotion. Rats were initially trained to associate a neutral stimulus (Pavlo...

View

**Dissociation in Effects of Lesions of the Nucleus Accumbens Core and Shell on Appetitive Pavlovian Approach Behavior and the Potentiation of Conditioned Reinforcement and Locomotor Activity byd-Amphetamine**

Article Full-text available Mar 1999

John A Parkinson · Mary Olmstead · Lindsay H Burns · [...] · Barry John Everitt

View

1 6

**Jesse brodkin** @jesse_brodkin · Nov 24, 2021

And this Cassava Cabal has not drifted apart or lost touch, 40 years and still going strong (JoN ❤️ $sava)

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Valuations** @valuations_ Follow
Even if I miss I can't miss.

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

## What's happening

**Manchester City vs Real Madrid**
UEFA Champior · Starts at 12:00 PI

Sports · Trending
**Fever**
30.6K posts

Trending in United States
**$CRUIZ**
1,371 posts

Sports · Trending
**Ted Crews**

Sports · Trending
**Pete Rose**
1,074 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

# Post

## X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

---

**Barry Everitt**
85 Photos & videos

Tweets | Tweets & replies | **Media** | Likes

**Barry Everitt** @barry_everitt · 9/8/18
At the Oval nice & early watching the warm up & waiting for play. We've been doing this for nearly 40 years. Astonishing if I think long about it.

💬 1    🔁 7    ♡ 114

💬 1    🔁    ♡ 5    📊    🔖    ⬆

---

**Jesse brodkin** @jesse_brodkin · Nov 24, 2021
All this is not to say that having professional contacts is wrong, but rather let's not pretend for one minute that @SfNJournals "exoneration" of $sava was some disinterested 3rd party weighing the facts.. we can see the facts, this was something else (cc: @SECEnfDirector )

*Figure 9.*

💬 2    🔁 2    ♡ 9    📊    🔖    ⬆

---

**Valuations** @valuations_ · Nov 24, 2021
Unless Picciotto received money from SAVA, there's no conflict to disclose. She has more integrity than you're giving her credit for. Neuroscience is a small universe... And of course Burns co-authored with *her PI* I'm sure you did the same, no? Thread is bordering on this:

⏸ GIF

💬 2    🔁    ♡ 1    📊    🔖    ⬆

---

**Adrian H** @Adrian_H · Nov 24, 2021


**George Burns**
@gburn98

---

## Relevant people



**Adrian H** @Adrian_H — [Follow]
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Valuations** @valuations_ — [Follow]
Even if I miss I can't miss.

**Jesse brodkin** @jesse_brodkin — [Follow]
Liberal, scientist, small business owner

## What's happening

**Manchester City vs Real Madrid**
UEFA Champior · Starts at 12:00 PM

Sports · Trending
**Fever**
30.6K posts

Trending in United States
**$CRUIZ**
1,371 posts

Sports · Trending
**Ted Crews**

Sports · Trending
**Pete Rose**
1,074 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

---



**Post**

▶ GIF

💬 2     🔁     ♡ 1     ⬛     🔖     ⬆

**Adrian H** @Adrian_H · Nov 24, 2021

The simple and reasonable question is: Did Prof. Everitt or Prof. Robbins communicate at all with anyone at J Neurosci regarding this case?

💬 1     🔁     ♡ 2     📊     🔖     ⬆

**Valuations** @valuations_ · Nov 24, 2021

They wouldn't even need to. I'm sure Picciotto knows Burns (at least her work), and that may have influenced the decision. But as Dr.Bik has highlighted, seems like the larger issue is most editors would rather ignore problems. Easier to kick the can.

💬 2     🔁     ♡     📊     🔖     ⬆

**Adrian H** @Adrian_H · Nov 24, 2021

They didn't ignore problems or kick the can here.  They issued a very unusual, premature statement with no basis in fact which was used to pump the stock.

💬 1     🔁     ♡ 3     📊     🔖     ⬆

**Adrian H** @Adrian_H · Nov 24, 2021

The fact that these players know and work with each other unusually closely should have made it immediately clear to J Neuroscience that their handling of these concerns needed to be very careful and transparent.

💬 1     🔁     ♡ 2     📊     🔖     ⬆

**Valuations** @valuations_ · Nov 24, 2021

But that's my point, it's not unusually close. It's small universe, Robbins and Everitt are giants in the field. Doesn't mean Picciotto is explicitly helping Burns and SAVA commit fraud, but might mean she's inclined to give the benefit of the doubt that it was simply a mistake.

💬 3     🔁     ♡     📊     🔖     ⬆

**Valuations** @valuations_ · Nov 24, 2021

Aside from being EiC, she's a Yale researcher who probably teaches, and has a family etc, and a lot on her plate. Good chance she passed the review on to someone else and simply issued the statement. I think it's unfair to assume nefarious collusion.

💬 2     🔁     ♡     📊     🔖     ⬆

**Adrian H** @Adrian_H

I'm not assuming anything.  The statement put out by JN was patently ridiculous.  The "original" blot provided in the Erratum was faked.  They need to explain or correct their statement and Erratum, and explain the process that that led to it.  @MarinaP63 $SAVA

5:36 PM · Nov 24, 2021

💬     🔁 1     ♡ 7     🔖     ⬆

Ⓖ  Post your reply                                    [ Reply ]

### Relevant people

**Adrian H** @Adrian_H    [ Follow ]
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Valuations** @valuations_    [ Follow ]
Even if I miss I can't miss.

**Jesse brodkin** @jesse_brodkin    [ Follow ]
Liberal, scientist, small business owner

### What's happening

**Manchester City vs Real Madrid**
UEFA Champior · Starts at 12:00 Pt

Sports · Trending
**Fever**
30.6K posts

Trending in United States
**$CRUIZ**
1,371 posts

Sports · Trending
**Ted Crews**

Sports · Trending
**Pete Rose**
1,074 posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

Ⓖ **George Burns** @gburn98



Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Adrian H**
@Adrian_H

I'm not assuming anything. The statement put out by JN was patently ridiculous. The "original" blot provided in the Erratum was faked. They need to explain or correct their statement and Erratum, and explain the process that that led to it. @MarinaP63 $SAVA

5:36 PM · Nov 24, 2021

1 7

Post your reply

Reply

## Relevant people

**Adrian H**
@Adrian_H
Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Valuations**
@valuations_
Follow
Even if I miss I can't miss.

**Jesse brodkin**
@jesse_brodkin
Follow
Liberal, scientist, small business owner

## What's happening

**Manchester City vs Real Madrid**
UEFA Champior · Starts at 12:00 PI

Sports · Trending
**Fever**
30.6K posts

Trending in United States
**$CRUIZ**
1,371 posts

Sports · Trending
**Ted Crews**

Sports · Trending
**Pete Rose**
1,074 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**George Burns**
@gburn98