# EXHIBIT 24

**Page Vault**

Document title: (1) Adrian H on X: "The truth about $SAVA SavaDx is that is a FAKE assay, the only purpose of which is to provide "confirmation" of the "treatment effects" of $SAVA's inert drug that does not and cannot bind Filamin-A Remi is a special kind of genius. https://t.co/cKYB1sotaV https://t.co/WnLDuVajon" / X

Capture URL: https://twitter.com/Adrian_H/status/1465870478527057920

Page loaded at (UTC): Wed, 17 Apr 2024 18:56:41 GMT

Capture timestamp (UTC): Wed, 17 Apr 2024 18:57:32 GMT

Capture tool: 10.46.0

Collection server IP: 54.145.42.72

Browser engine: Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36

Operating system: Linux (Node 20.9.0)

PDF length: 3

Capture ID: nCKmQKynNLtY7dNuATcCTE

User: bfca-sdelaney

PDF REFERENCE #:        jdSZer4UfDzgUDCQjwU57g

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

X Premium

Profile

More

**Post**

**Post**

**Adrian H**
@Adrian_H

•••

The truth about $SAVA SavaDx is that is a FAKE assay, the only purpose of which is to provide "confirmation" of the "treatment effects" of $SAVA's inert drug that does not and cannot bind Filamin-A

Remi is a special kind of genius.

cassavafraud.com/docs/SAVADx_Th...



### Conclusions

- SavaDx is a simple blood test for AD funded by NIH.

- Early data are encouraging!
  - SavaDx diagnosed AD patients vs. non-AD subjects in 122 samples.
  - SavaDx stratified AD patients into distinct groups.
  - SavaDx demonstrated target engagement/treatment effect of PTI-125 in a Phase 2a study.

*SavaDx shows potential as a simple, non-invasive tool to diagnose and stratify AD, and to confirm treatment effects of PTI-125.*

CASSAVA
SCIENCES

2:28 AM · Dec 1, 2021

💬 1          ⟲ 2          ♡ 7          🔖          ⬆️

(G) Post your reply                          **Reply**

**Darius** @risk2rise · Dec 1, 2021          •••

▐▐ GIF

💬          ⟲          ♡ 1          ᵢᵢᵢ          🔖  ⬆️

## Relevant people

**Adrian H**
@Adrian_H                          **Follow**

Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! Il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

## What's happening

**Manchester City vs Real Madrid**
UEFA Champior · Starts at 3:00 PM

Trending in United States
**Moskowitz**
6,626 posts                          •••

Politics · Trending
**Uncle Bosey**
Trending with New Guinea                 •••

Trending in United States
**#Dubai**
96.9K posts                          •••

Sports · Trending
**Paul DeJong**                          •••

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2024 X Corp.

(G) **George Burns**
@gburn98          •••



## Post

### Home
### Explore
### Notifications
### Messages
### Grok
### Lists
### Bookmarks
### Communities
### Premium
### Profile
### More

**Post**

**Darius** @risk2rise · Dec 1, 2021   ...



GIF

♡ 1

**Relevant people**



**Adrian H**
@Adrian_H   **Follow**

Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**What's happening**

**Manchester City vs Real Madrid**
UEFA Champion · Starts at 3:00 PM

Trending in United States
**Moskowitz**
6,626 posts

Politics · Trending
**Uncle Bosey**
Trending with New Guinea

Trending in United States
**#Dubai**
96.9K posts

Sports · Trending
**Paul DeJong**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.



**George Burns**
@gburn98   ...