# EXHIBIT 25

PageVault

| | |
|---|---|
| Document title: | (1) Adrian H on X: "@JJSchaible @LetsHaveABall2 @arkabagchi24 @TheBrainTrust7 @BruinStocks @cavebear2509 @lawrenceshaw82 @PatricioMarceso @jesse_brodkin @MattNachtrab @ZhuBaio @stvcone @sing3r @mosquitobight @GaryJMilne @Apexx_Gamer @shawn_roa100 @SfNJournals @MarinaP63 @JuanLerma1 @barry_everitt @SECEnfDirector @MicrobiomDigest @ClicksAndHisses @BioRad He's talking about measuring CSF/Plasma albumin, not SavaDx. That was done so $SAVA could claim a "Treatment Benefit" on BBB integrity. And it was not done properly or using routine clinical methods, and the numbers are complete manipulated garbage. https://t.co/lk3xRL7YEJ" / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1468386878009266176 |
| Page loaded at (UTC): | Wed, 17 Apr 2024 19:18:54 GMT |
| Capture timestamp (UTC): | Wed, 17 Apr 2024 19:20:30 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 16 |
| Capture ID: | fqDR8ynHNEdnyc3zMgTkxc |
| User: | bfca-sdelaney |

PDF REFERENCE #:    mSnQog2TSx7CUzucFzPfWr

< Post                                                                   Search

**Lawrence Shaw** @lawrenceshaw82 · Nov 27, 2021
Sure. You can block me and move on then. I would take that comment seriously if you actually participated. I recall your big claim was the cog scores plateaued at ~13. I'll take that plateauing!

💬 2          🔁          ♡ 2          📊          🔖          ⬆️

**cave bear** @cavebear2509 · Nov 27, 2021
Oh yes, the plateauing guy, I remember. I guess Biogen would pay billions for a drug that plateaued. Since they already payed billions for a drug that doesn't plateau, it   doesn't even make revenue.

💬 1          🔁          ♡ 2          📊          🔖          ⬆️

This Post was deleted by the Post author. Learn more

**BruinAnteaterStocks** @BruinStocks · Nov 27, 2021
Like I said: most of us just want P3 to continue. CPs are always about safety, and there is no evidence that simufilam is unsafe. If there is data fraud, then that should pan out and be resolved with the conclusion of P3, when they fail to meet endpoints.

💬 1          🔁          ♡ 3          📊          🔖          ⬆️

This Post was deleted by the Post author. Learn more

**BruinAnteaterStocks** @BruinStocks · Nov 27, 2021
The arguments you've presented have been defend by "its so obvious there's fraud." If that were the case why haven't the FDA, NIH and several journals take down $SAVA when the fraud is so obvious?

💬 2          🔁          ♡ 2          📊          🔖          ⬆️

**Eshaan Rao** @SaltTheSnail7 · Nov 27, 2021
I mean they are in the process of it lol FDA doesn't work quickly Hector

💬 2          🔁          ♡          📊          🔖          ⬆️

**BruinAnteaterStocks** @BruinStocks · Nov 27, 2021
What about journals? What about the rest of the alzheimers researchers? Why were they not able to spot the super obvious?

💬 1          🔁          ♡ 2          📊          🔖          ⬆️

**Eshaan Rao** @SaltTheSnail7 · Nov 27, 2021
They have. Which is why they doubted Savas science well before the CP. And no one in the field has payed any attention to the "breakthrough of a century" at all. Bc they know it's all fake, from proposed MOA to presented data. Only retail believes the shoddy science presented

💬 1          🔁          ♡ 1          📊          🔖          ⬆️

**BruinAnteaterStocks** @BruinStocks · Nov 27, 2021
Who's they? Can you please state the researchers and the institutions they work for and the documentation that show a large part of the AZ community that believes $SAVA is a fraud.

I'm not asking for Twitter accounts either.

💬 3          🔁          ♡ 2          📊          🔖          ⬆️

**Eshaan Rao** @SaltTheSnail7 · Nov 27, 2021
statnews.com/2021/07/30/alz...

💬 3          🔁          ♡ 2          📊          🔖          ⬆️

**BruinAnteaterStocks** @BruinStocks · Nov 27, 2021
I don't subscribe to Stat. But you can list whoever is referenced

---

**Relevant people**

**Adrian H** @Adrian_H   [Follow]
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même ! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Jake Schaible #Bann** @JJSchaible   [Follow]
Father. Husband. #Biotech geek. #Microglia stan. Conservative libertarian. One of the #Fellas

**Arka** @arkabagchi24   [Follow]

**What's happening**

Manchester City vs Real Madrid
UEFA Champions League · LIVE

Trending in United States
**#CharveTheDon**

Politics · Trending
**Raskin**
Trending with Comer Pyle, James Comer

Sports · Trending
**#Browns**
1,553 posts

Entertainment · Trending
**Brian Cox**
Trending with Logan Roy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2024 X Corp.

**バイオ株** @ZhuBaio · Nov 26, 2021

Drug development is all about risk/benefit. Some level of toxicity is allowed in oncology treatment. For $SAVA, we don't know long-term safety yet, and its rationale for efficacy is now controversial. Here's a question: is it ethical to expose it to patients. I don't think it is.

**Matt Nachtrab** @MattNachtrab · Nov 26, 2021

$sava has administered over 100,000 doses of Simufilam with zero safety events and improves cognition and biomarkers over a 12 month period. FDA approved Aduhelm with about 350 events out of a 1000 person study. Your tweet is irresponsible and misinformation.

**バイオ株** @ZhuBaio · Nov 27, 2021

I would recommend to study clinical trial basics. "Zero safety events" is not possible. Thank you

**BruinAnteaterStocks** @BruinStocks · Nov 27, 2021

Can we all agree there's no basis for a safety halt on P3? At least that?

**Jesse brodkin** @jesse_brodkin · Nov 27, 2021

Yes, I agree that my main concern is not safety, but fraud (fraud about safety is still possible). Can we agree that the company and trial should be stopped if it is found that all of their efficacy data is doctored?

**Matt Nachtrab** @MattNachtrab · Nov 27, 2021

How is that at all possible. The trials have been run at about 25 different sites with different principle investigators. All data points the same way. Many different labs. FDA has access to all data. NIH has access to all data. Where is the fraud?

**Jesse brodkin** @jesse_brodkin · Nov 27, 2021

FDA and nih are lazy and slow, they are investigating, it will come out. So far, every piece of information that we can get at looks completely made up. All clinical data is able to be messed with by Remi. Who told you the data is amazeballs?... Remi that's who 🤷‍♂️

**Lawrence Shaw** @lawrenceshaw82 · Nov 27, 2021

Remi certainly has amazeballs to falsely report unprecedented cognition results in a semi inconsequential early trial when a slowing decline would do. With FDA watching and in their own house. I am looking forward to their investigation reaults (if at all it's happening).

**Phloeodes Diabolicus** @PatricioMarceso · Nov 27, 2021

Lawrence (or Vinay, if I may), and all other $SAVA bulls, sometimes it seems to me like SAVA could shoot at you on 5th Avenue and you'd still support them.
You are ignoring a gazillion of red flags. Seriously, what on earth are you doing here?

**Lawrence Shaw** @lawrenceshaw82 · Nov 27, 2021

Sorry, I can't take your question seriously. Science based back n

Document title: (1) Adrian H on X: &quot;@JJSchaible @LetsHaveABall2 @arkabagchi24 @TheBrainTrust7 @BruinStocks @cavebear2509 @lawrenceshaw82…
Capture URL: https://twitter.com/Adrian_H/status/1468386878009266176
Capture timestamp (UTC): Wed, 17 Apr 2024 19:20:30 GMT
Page 2 of 15

these threads. Many, many examples on PubPeer. There are websites devoted to explaining the fraud. Multiple documents that lay it all out for you to read. But you won't. And you'll continue with your BS.

💬 2   🔁   ♥ 5   📊   🔖   📤

**Arthur Singer** @sing3r · Nov 26, 2021
A group of related Phd short critics with various levels of competence in the subject matter, relentlessly post on Pubpeer, RS and Twitter... Then coordinate with hedge funds and the WSJ & self publish websites to post scattershot & blanket criticism and no one can question them?

💬 3   🔁   ♥ 4   📊   🔖   📤

**Stacy** @mosquitobight · Nov 26, 2021
He has to read it first Arthur. Or are you doing it for him?

💬 2   🔁   ♥ 1   📊   🔖   📤

**Lawrence Shaw** @lawrenceshaw82 · Nov 26, 2021
Stacy, I tend to believe Arthur's instincts that all of this is coordinated. Cassava's paper contain errors and sloppiness I have seen in many research papers. It's become an easy target because the general incredulity at an attempted cure of AZ via a different mechanism.

💬 2   🔁   ♥ 1   📊   🔖   📤

**Arthur Singer** @sing3r · Nov 26, 2021
For my part, I believe people see it as too good to be true... but for the sake of our loved ones I hope it is proven to be disease modifying for AD.

If there's any fraud on either side I will advocate that it is thoroughly investigated and prosecuted, by the proper agencies.

💬 4   🔁   ♥ 4   📊   🔖   📤

**Steve Cone** @stvcone · Nov 26, 2021
Why stop a phase 3 trial unless there is a safety issue. So many on Twitter working so hard to stop it. It can only be to line their pockets or help out other AD drug candidates. The SPA assures a thorough testing. Let it run. There may be true hope for AD patients.

💬 3   🔁   ♥ 2   📊   🔖   📤

**バイオ株** @ZhuBaio · Nov 26, 2021
Drug development is all about risk/benefit. Some level of toxicity is allowed in oncology treatment. For $SAVA, we don't know long-term safety yet, and its rationale for efficacy is now controversial. Here's a question: is it ethical to expose it to patients. I don't think it is.

💬 3   🔁   ♥ 2   📊   🔖   📤

**Matt Nachtrab** ✓ @MattNachtrab · Nov 26, 2021
$sava has administered over 100,000 doses of Simufilam with zero safety events and improves cognition and biomarkers over a 12 month period. FDA approved Aduhelm with about 350 events out of a 1000 person study. Your tweet is irresponsible and misinformation.

💬 1   🔁 1   ♥ 12   📊   🔖   📤

**バイオ株** @ZhuBaio · Nov 27, 2021
I would recommend to study clinical trial basics. "Zero safety events" is not possible. Thank you

💬 4   🔁   ♥   📊   🔖   📤

**BruinAnteaterStocks** @BruinStocks · Nov 27, 2021
Can we all agree there's no basis for a safety halt on P3? At least that?

**Lawrence Shaw** @lawrenceshaw82 · Nov 26, 2021
Stacy, I tend to believe Arthur's instincts that all of this is coordinated. Cassava's paper contain errors and sloppiness I have seen in many research papers. It's become an easy target because the general incredulity at an attempted cure of AZ via a different mechanism.

**Arthur Singer** @sing3r · Nov 26, 2021
For my part, I believe people see it as too good to be true... but for the sake of our loved ones I hope it is proven to be disease modifying for AD.

If there's any fraud on either side I will advocate that it is thoroughly investigated and prosecuted, by the proper agencies.

**Steve Cone** @stvcone · Nov 26, 2021
Why stop a phase 3 trial unless there is a safety issue. So many on Twitter working so hard to stop it. It can only be to line their pockets or help out other AD drug candidates. The SPA assures a thorough testing. Let it run. There may be true hope for AD patients.

**バイオ株** @ZhuBaio · Nov 26, 2021
Drug development is all about risk/benefit. Some level of toxicity is allowed in oncology treatment. For $SAVA, we don't know long-term safety yet, and its rationale for efficacy is now controversial. Here's a question: is it ethical to expose it to patients. I don't think it is.

**Matt Nachtrab** @MattNachtrab · Nov 26, 2021
$sava has administered over 100,000 doses of Simufilam with zero safety events and improves cognition and biomarkers over a 12 month period. FDA approved Aduhelm with about 350 events out of a 1000 person study. Your tweet is irresponsible and misinformation.

**バイオ株** @ZhuBaio · Nov 27, 2021
I would recommend to study clinical trial basics. "Zero safety events" is not possible. Thank you

**BruinAnteaterStocks** @BruinStocks · Nov 27, 2021
Can we all agree there's no basis for a safety halt on P3? At least that?

**Jesse brodkin** @jesse_brodkin · Nov 27, 2021
Yes, I agree that my main concern is not safety, but fraud (fraud about safety is still possible). Can we agree that the company and trial should be stopped if it is found that all of their efficacy data is doctored?

**Matt Nachtrab** @MattNachtrab · Nov 27, 2021
How is that at all possible. The trials have been run at about 25 different sites with different principle investigators. All data points the same way. Many different labs. FDA has access to all data. NIH has access to all data. Where is the fraud?

**Jesse brodkin** @jesse_brodkin · Nov 27, 2021
FDA and nih are lazy and slow, they are investigating, it will come

Document title: (1) Adrian H on X: &quot;@JJSchaible @LetsHaveABall2 @arkabagchi24 @TheBrainTrust7 @BruinStocks @cavebear2509 @lawrenceshaw82…
Capture URL: https://twitter.com/Adrian_H/status/1468386878009266176
Capture timestamp (UTC): Wed, 17 Apr 2024 19:20:30 GMT
Page 4 of 15

> the same way. Many different labs. FDA has access to all data. NIH has access to all data. Where is the fraud?

**Jesse brodkin** @jesse_brodkin · Nov 27, 2021
FDA and nih are lazy and slow, they are investigating, it will come out. So far, every piece of information that we can get at looks completely made up. All clinical data is able to be messed with by Remi. Who told you the data is amazeballs?... Remi that's who 🤷

**Lawrence Shaw** @lawrenceshaw82 · Nov 27, 2021
Remi certainly has amazeballs to falsely report unprecedented cognition results in a semi inconsequential early trial when a slowing decline would do. With FDA watching and in their own house. I am looking forward to their investigation reaults (if at all it's happening).

**Phloeodes Diabolicus** @PatricioMarceso · Nov 27, 2021
Lawrence (or Vinay, if I may), and all other $SAVA bulls, sometimes it seems to me like SAVA could shoot at you on 5th Avenue and you'd still support them.
You are ignoring a gazillion of red flags. Seriously, what on earth are you doing here?

**Lawrence Shaw** @lawrenceshaw82 · Nov 27, 2021
Sorry, I can't take your question seriously. Science based back n forth is more fun for me

**Phloeodes Diabolicus** @PatricioMarceso · Nov 27, 2021
It's just that it feels more like Cargo Cult Science than an actual scientific debate, to be honest.

**Lawrence Shaw** @lawrenceshaw82 · Nov 27, 2021
Sure. You can block me and move on then. I would take that comment seriously if you actually participated. I recall your big claim was the cog scores plateaued at ~13. I'll take that plateauing!

**cave bear** @cavebear2509 · Nov 27, 2021
Oh yes, the plateauing guy, I remember. I guess Biogen would pay billions for a drug that plateaued. Since they already payed billions for a drug that doesn't plateau, it doesn't even make revenue.

*This Post was deleted by the Post author. Learn more*

**BruinAnteaterStocks** @BruinStocks · Nov 27, 2021
Like I said: most of us just want P3 to continue. CPs are always about safety, and there is no evidence that simufilam is unsafe. If there is data fraud, then that should pan out and be resolved with the conclusion of P3, when they fail to meet endpoints.

*This Post was deleted by the Post author. Learn more*

**BruinAnteaterStocks** @BruinStocks · Nov 27, 2021
The arguments you've presented have been defend by "its so obvious there's fraud." If that were the case why haven't the FDA,

Document title: (1) Adrian H on X: &quot;@JJSchaible @LetsHaveABall2 @arkabagchi24 @TheBrainTrust7 @BruinStocks @cavebear2509 @lawrenceshaw82…
Capture URL: https://twitter.com/Adrian_H/status/1468386878009266176
Capture timestamp (UTC): Wed, 17 Apr 2024 19:20:30 GMT
Page 5 of 15

This Post was deleted by the Post author. Learn more

**BruinAnteaterStocks** @BruinStocks · Nov 27, 2021
The arguments you've presented have been defend by "its so obvious there's fraud." If that were the case why haven't the FDA, NIH and several journals take down $SAVA when the fraud is so obvious?

**Eshaan Rao** @SaltTheSnail7 · Nov 27, 2021
I mean they are in the process of it lol FDA doesn't work quickly Hector

**BruinAnteaterStocks** @BruinStocks · Nov 27, 2021
What about journals? What about the rest of the alzheimers researchers? Why were they not able to spot the super obvious?

**Eshaan Rao** @SaltTheSnail7 · Nov 27, 2021
They have. Which is why they doubted Savas science well before the CP. And no one in the field has payed any attention to the "breakthrough of a century" at all. Bc they know it's all fake, from proposed MOA to presented data. Only retail believes the shoddy science presented

**BruinAnteaterStocks** @BruinStocks · Nov 27, 2021
Who's they? Can you please state the researchers and the institutions they work for and the documentation that show a large part of the AZ community that believes $SAVA is a fraud.

I'm not asking for Twitter accounts either.

**Eshaan Rao** @SaltTheSnail7 · Nov 27, 2021
statnews.com/2021/07/30/alz…

**BruinAnteaterStocks** @BruinStocks · Nov 27, 2021
I don't subscribe to Stat. But you can list whoever is referenced there. Also I doubt there's more than 5 names there. The AZ research community is orders of magnitude larger than that.

**Eshaan Rao** @SaltTheSnail7 · Nov 27, 2021
"I doubt" again you make any evidence suit your views bc you don't want to believe otherwise. The fact that ZERO other papers have shown any link bt FLNA and AD, and there are NO other drug discovery small molecule programs targeting FLNA in AD should tell you something.

**BruinAnteaterStocks** @BruinStocks · Nov 27, 2021
You have zero evidence that says otherwise. Zero. You have an opinion. Proof that Dr Bordey is ditching $SAVA would be her, stating, specifically she out on $SAVA. The end. Anything less is speculation.

**Eshaan Rao** @SaltTheSnail7 · Nov 27, 2021
I have a lot of evidence that absolutely no one is working on FLNA in AD. You can look it up yourself as well. This is a big signal that suggests no one in industry believes Sava's MOA. But please. Keep screaming into the void about what you don't want to believe


**George Burns**
@gburn98

**Relevant people**

**Adrian H** @Adrian_H — Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Jake Schaible #Bann** @JJSchaible — Follow
Father. Husband. #Biotech geek. #Microglia stan. Conservative libertarian. One of the #Fellas

**Arka** @arkabagchi24 — Follow

**What's happening**

Manchester City vs Real Madrid
UEFA Champions League · LIVE

Trending in United States
**#CharveTheDon**

Politics · Trending
**Raskin**
Trending with Comer Pyle, James Comer

Sports · Trending
**#Browns**
1,553 posts

Entertainment · Trending
**Brian Cox**
Trending with Logan Roy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2024 X Corp.

← Post

**Eshaan Rao** @SaltTheSnail7 · Nov 27, 2021
I have a lot of evidence that absolutely no one is working on FLNA in AD. You can look it up yourself as well. This is a big signal that suggests no one in industry believes Sava's MOA. But please. Keep screaming into the void about what you don't want to believe

💬 4   🔁   ♡ 2   📊   🔖   📤

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 4, 2021
"no one"?

Obviously PSEN1 & PSEN2 and their complexes are both highly active targets in AD research. And both are well published binding partners to FLNA (aka ABP280).

Interaction of Presenilins with the Filamin Family of Actin-Binding Proteins
From jneurosci.org

💬 3   🔁 1   ♡ 6   📊   🔖   📤

**Eshaan Rao** @SaltTheSnail7 · Dec 4, 2021
a paper from 1998 doesn't exactly show anyone is targeting FLNA in AD now, does it

💬 3   🔁   ♡ 2   📊   🔖   📤

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 4, 2021
You do know there have been a few thousand papers relevant to the topic of AD and these two known FLNA binding partners since then, right?

Here's another....
ncbi.nlm.nih.gov/pmc/articles/P…

💬 2   🔁 1   ♡ 5   📊   🔖   📤

**Eshaan Rao** @SaltTheSnail7 · Dec 4, 2021
Another 12 year old paper. Also doesn't that show an AD mutation increases FLNA expression? Pretty incongruous with Sava's proposed mechanism for FLNA in AD huh. But you're in industry, so maybe you know better...

💬 2   🔁   ♡   📊   🔖   📤

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 4, 2021
In addition to your illogical argumentum ad novitatem, your goal post shift is noted. A claim there is no interest in FLNA pathway as an NDD target has retreated to $SAVA 's proposed MOA? Perhaps an 11 yr old paper is something you may read?

sciencedirect.com/science/articl…

💬 4   🔁 1   ♡ 8   📊   🔖   📤

**Adrian H** @Adrian_H · Dec 4, 2021
Who cares? A handful of papers about associations between FLNA and various other proteins also connected to AD does not in any way establish FLNA as a target. And Wang's papers remain made up.

💬 2   🔁   ♡ 3   📊   🔖   📤

---

**Relevant people**

**Adrian H** @Adrian_H  [Follow]
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même ! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Jake Schaible #Bann** @JJSchaible  [Follow]
Father. Husband. #Biotech geek. #Microglia stan. Conservative libertarian. One of the #Fellas

**Arka** @arkabagchi24  [Follow]

**What's happening**

Manchester City vs Real Madrid
UEFA Champions League · LIVE

Trending in United States
#CharveTheDon

Politics · Trending
Raskin
Trending with Comer Pyle, James Comer

Sports · Trending
#Browns
1,553 posts

Entertainment · Trending
Brian Cox
Trending with Logan Roy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2024 X Corp.

Document title: (1) Adrian H on X: &quot;@JJSchaible @LetsHaveABall2 @arkabagchi24 @TheBrainTrust7 @BruinStocks @cavebear2509 @lawrenceshaw82…
Capture URL: https://twitter.com/Adrian_H/status/1468386878009266176
Capture timestamp (UTC): Wed, 17 Apr 2024 19:20:30 GMT
Page 7 of 15



X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

George Burns @gburn98

← Post

Who cares? A handful of papers about associations between FLNA and various other proteins also connected to AD does not in any way establish FLNA as a target. And Wang's papers remain made up.

2 · 3

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 4, 2021

Certainly you don't. Why should you?
You're stuck on a laughable myth "FLNA is hardly expressed in brain".

Clearly, till you kill this toxic belief, nothing else anyone writes about FLNA as a CNS target will matter to you.

So let's start there...
proteinatlas.org/ENSG0000019692...

1 · 1 · 2

**Adrian H** @Adrian_H · Dec 4, 2021

I didn't say that it is not expressed in brain; it is a ubiquitous structural protein. But it is predominantly expressed elsewhere - it is orders of magnitude higher in smooth muscle. And the idea plasma FLNA fragments reflect state or amt of FLNA in brain is totally ridiculous.

1

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 4, 2021

You see to be suggesting I misquoted you?
I didn't. It's verbatim.

But let's focus on killing one myth before I disabuse you of others. Are you willing to admit you were wrong in this prior statement?

> **Adrian H** @Adrian_H · Nov 4, 2021
> Replying to @Adrian_H
> SavaDx trade secret is out: they measure the 90kDa / 280kDa FLNA ratio. Anyone can try to validate or copy this assay; $SAVA has no SavaDX IP
> ...
> Show more

1

**Adrian H** @Adrian_H · Dec 4, 2021

Search

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Jake Schaible #Bann** @JJSchaible Follow
Father. Husband. #Biotech geek. #Microglia stan. Conservative libertarian. One of the #Fellas

**Arka** @arkabagchi24 Follow

## What's happening

**Manchester City vs Real Madrid**
UEFA Champions League · LIVE

Trending in United States
**#CharveTheDon**

Politics · Trending
**Raskin**
Trending with Comer Pyle, James Comer

Sports · Trending
**#Browns**
1,553 posts

Entertainment · Trending
**Brian Cox**
Trending with Logan Roy

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**Adrian H** @Adrian_H · Dec 4, 2021

No. Look at the plot above. It is hardly expressed in brain. Detecting transcripts by RNAseq doesn't mean much, when tissues that actually express it have levels 100x to 1000x higher. There is no target selectivity for brain, nor is brain a major source of FLNA in plasma.

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 4, 2021

You're still missing the point:
mRNA isn't "the target" - the protein IS.

Furthermore, at issue is in many FLNA related DISEASES, it's the OVER expression and/or translation of mRNA that is this issue. You clearly miss both if looking only at heathy brains.

**Adrian H** @Adrian_H · Dec 4, 2021

No, you are missing the point.

How do the levels of FLNA proteolytic fragments in PLASMA reflect anything about FLNA state in BRAIN, when FLNA (protein or RNA) is >100X more abundant in other tissues, including platelets and smooth muscle? (Plus, FLNA is not a secreted protein)

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 5, 2021

Again, if the $SAVA MOA is correct, then it's NOT native FLNA, but an aberrant & toxic confirmation. NOT what's abundantly seen in healthy tissue.

If correct, it'd be analogous to pTau181 and ABeta42, both of which can also be detected in blood.

alzres.biomedcentral.com
Plasma pTau181 predicts cortical brain atrophy i
Background To investigate the association of plasma pTau181, assessed with a new …

**Adrian H** @Adrian_H · Dec 5, 2021

Except $SAVA are measuring 90kDa and 280kDa fragments of FLNA, and they are using plain old commercial FLNA antibodies to do so. So all they are "measuring" is FLNA. And you can't distinguish Wang's magical "altered" FLNA with an ordinary western, anyway..

Try again, Jake.

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 5, 2021

So you think. You don't know for sure - even with your rather impressive sleuthing.

The fact remains we all are still in the dark on the actual method they used in SavaDx. For example, I'm guessing they may have used a protease digestion step prior to IF - but who knows.

**Adrian H** @Adrian_H · Dec 5, 2021

Actually, we know for sure. This is straight from $SAVA's own slides.





Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

George Burns @gburn98

used a protease digestion step prior to IP - but who knows.

1

**Adrian H** @Adrian_H · Dec 5, 2021

Actually, we know for sure. This is straight from $SAVA's own slides. We also have information from the SavaDx grants, and some of the primary western blot data.

## SavaDx - Pilot Diagnostic Studies

**Study A** (n=44; Dr. Joel Ross; AD confirmed by Amyvid or FDG-PET)

| | AD | MCI-AD | MCI-SNAP | Elderly Normal Controls |
|---|---|---|---|---|
| n | 15 | 2 | 8 | 19 |
| Age | 75.3 (11.9) | 77.5 (3.5) | 77.4 (4.6) | 75.6 (4.3) |
| Sex | 9M, 5F (1 na) | 1M, 1F | 5M,3F | 13M, 6F |
| MMSE | 19.9 (3.3) | 25.0 (0.0) | 27.0 (2.5) | 29.2 (0.7) |
| Protein 1 | 10906 (3698) | 6722 (4717) | 1183 (944.70) | 1127 (1124) |
| Protein 2 | 50 (0.0) | 381 (468) | 8215 (3551) | 7222 (1995) |
| Ratio 1 / 2 | 218.1 (73.96) | 102 (138) | 0.172 (0.188) | 0.148 (0.136) |

**Study B** (n=78; Dr. Steven Arnold; AD confirmed by CSF Tau/pTau)

| | | AD | MCI-AD | MCI-SNAP | Elderly Normal Controls | Young N |
|---|---|---|---|---|---|---|
| [illegible] | | 20 | 13 | 14 | 21 | 10 |
| [illegible] | | 68.27 (8.6) | 71.51 (6.750 | 73.64 (16.46) | 70.24 (5.99) | 23.2 (4. |
| [illegible] | | 12F, 8M | 6F, 8M | 4F, 9M | 14F, 7M | 5F, 5M |
| [illegible] | | 16.9 (7.1) | 24.3 (3.3) | 28.1 (2.4) | 29.3 (1.0) | na |
| [illegible] | [illegible] | 10201 (2691) | 6293 (3735) | 2451 (2972) | 217.5 (379.8) | 50 (0.0) |
| [illegible] | [illegible] | 122.4 (323) | 2348 (2784) | 7184 (3155) | 7815 (3705) | 50 (0.0) |
| [illegible] | | 193.5 (67.82) | 41.44 (73.24) | 0.4258 (0.54) | 0.02798 (0.04) | 1 (0.0) |

CASSAVA sciences

**Adrian H** @Adrian_H · Nov 4, 2021

Cassava Sciences has two products in development: Simufilam, & SavaDx, a proprietary diagnostic for Alzheimer's.

According to $SAVA 10K, SavaDx is NOT protect...

2

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 5, 2021

Again. I saw this.
And again. I suspect we only know part of the story. Even you admitted elsewhere in twitter you've no clue how they could determine a RATIO using the same MAb ... nor do I. Hence it's clear we are missing key - perhaps non-obvious - parts of their method.

1 4

**Adrian H** @Adrian_H · Dec 5, 2021

It's easy to measure the ratio using same FLNA antibody by western.. b/c you get 2 (or 3 bands) at right sizes if those different degradation products are present.
When they do try to run the assay, that's what they get. The "western" data on their poster wasn't SavaDx or FLNA.

2

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 5, 2021

Yet you have no evidence that they run SavaDx on WB producing anything 2 or more bands per lane, besides the control, So far, only thing shown is WB with a SINGLE band and a control (albumin) comparing same band at day 0 & day 28.

**Adrian H** @Adrian_H · Nov 4, 2021

Replying to @Adrian_H

Now we know! But this raises another issue, which we hinted at before..in this poster, $SAVA claims to show a Western of SavaDX. But how can they be measuring a RATIO on wb if there is only one band?! What is this figure really showing?...
Show more

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Jake Schaible #Bann** @JJSchaible Follow
Father. Husband. #Biotech geek. #Microglia stan. Conservative libertarian. One of the #Fellas

**Arka** @arkabagchi24 Follow

## What's happening

**Manchester City vs Real Madrid**
UEFA Champions League · LIVE

Trending in United States
**#CharveTheDon**

Politics · Trending
**Raskin**
Trending with Comer Pyle, James Comer

Sports · Trending
**#Browns**
1,553 posts

Entertainment · Trending
**Brian Cox**
Trending with Logan Roy

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

is only one band?. What is this figure really showing?...
Show more

2 2

**Adrian H** @Adrian_H · Dec 5, 2021
Actually, yes we do.. this is what a $SAVA Western blot of FLNA looks like when Dr. Xu, an honest, God-fearing Entomologist does the experiment.. you get 280kDA, 110kDA, and 90kDA bands, as expected..

1 1 2

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 5, 2021
You do realize, even with this FIOA, you still no proof that the method Dr. Xu used here, which yields multiple band WS is the EXACT SAME method Wang used to produce his results showing a single band WS result. In fact, fraud or not, we MUST conclude they used DIFFERENT methods

1 3

**Adrian H** @Adrian_H · Dec 5, 2021
Whatever Wang used, if he did wb to measure 280/90 FLNA ratio, there must have been 2 bands.

Fig2 "western" is to fool suckers. It make no sense (nor is albumin a sensible loading control). I don't know how Ph2 "SavaDx" was generated, but I know Wang has a history of fabrication

3 1

**Arka** @arkabagchi24 · Dec 5, 2021
Is albumin not a decent loading control because albumin is a high-abundance protein?

1

**Adrian H** @Adrian_H · Dec 5, 2021
It sounds odd to me. It's THE most abundant protein in plasma, it binds all kinds of random stuff (why you use BSA to block nonspecific binding), and varies with age. Can anybody find a reference using albumin as a control for quantifying low abundance proteins in plasma by wb?

George Burns
@gburn98

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Jake Schaible #Bann** @JJSchaible Follow
Father. Husband. #Biotech geek. #Microglia stan. Conservative libertarian. One of the #Fellas

**Arka** @arkabagchi24 Follow

## What's happening

**Manchester City vs Real Madrid**
UEFA Champions League · LIVE

Trending in United States
**#CharveTheDon**

Politics · Trending
**Raskin**
Trending with Comer Pyle, James Comer

Sports · Trending
**#Browns**
1,553 posts

Entertainment · Trending
**Brian Cox**
Trending with Logan Roy

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**Adrian H** @Adrian_H · Dec 5, 2021
It sounds odd to me. It's THE most abundant protein in plasma, it binds all kinds of random stuff (why you use BSA to block nonspecific binding), and varies with age. Can anybody find a reference using albumin as a control for quantifying low abundance proteins in plasma by wb?

**Adrian H** @Adrian_H · Dec 6, 2021
Jake, you're good with pubmed and google.. can you find us a reference?

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 7, 2021
Since you asked so nice, I spoke to my guy;

I'm more familiar with albumin being commonly used back in the day in CSF WB. Maybe used here as they were comparing CSF to serum? Obviously, actin wouldn't work as a LC for FLMA.

ncbi.nlm.nih.gov/pmc/articles/P…

**Arka** @arkabagchi24 · Dec 7, 2021
Perhaps the reason albumin is a poor loading control is  bc normalizing your data to any high abundance protein would make a low abundance protein signal look like noise so regardless of what it binds it's more about the signal, which is directly tied to concentration / abundance

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 7, 2021
"So by his logic, as albumin has super high abundance, only an idiot would ever use TOTAL protein normalization as a LC in serum or CSF WB!  He better tell @BioRad."
- just some random guy... who also provided the following. 🤣

bio-rad.com/en-us/applicat….

> bio-rad.com
> Total Protein Normalization
> Total protein normalization is a better alternative to resolve inherent difficulties with…

**Adrian H** @Adrian_H · Dec 7, 2021
Yes, Jake, because the signal you get from measuring total protein, using a generic stain for ALL protein is much less sensitive and you don't blow it out the same way that you would measuring by Western blot as Wang did in Fig 2 of the SavaDx poster.

Try again..

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 7, 2021
So you're now back to saying you DO know the EXACT method Wang used to generate his SavaDx data in Fig 2, including the specific Ab used to measure albumin and all the rest in his ACTUAL method? Why hold it back from the world?  Don't play coy. Let's see it!

**Adrian H** @Adrian_H · Dec 7, 2021
No, I can see from looking at the image that there is a ton of protein and signal and it looks saturated.  It's a stupid way to measure plasma FLNA (and they've always previously measured the 90/280





Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

**Adrian H** @Adrian_H · Dec 7, 2021
No, I can see from looking at the image that there is a ton of protein and signal and it looks saturated. It's a stupid way to measure plasma FLNA (and they've always previously measured the 90/280 FLNA ratio) & the blot looks faked, esp because the FLNA bands are so strong.
1 1

**Adrian H** @Adrian_H · Dec 7, 2021
You're a joke.
1 1

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 7, 2021
Recalling "we have all the data" (and that I need practice reading) I reviewed the "previously reported" CSF data.

The evidence is clear why $SAVA selected albumin. It's not a load control, per your claim. They intentionally measured it - in BOTH CSF & plasma - as a biomarker.

1

This Post was deleted by the Post author. Learn more

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 8, 2021
But there are clear clin/reg reasons. Recall why these studies were done in the first place; to explore various assay methods using SavaDx for later refinement and possible use as a 2ndary endpoint in pivotals - only then SOP to transfer such an assay to a CAP/CLIA central lab.
1 1

**Adrian H**
@Adrian_H

He's talking about measuring CSF/Plasma albumin, not SavaDx. That was done so $SAVA could claim a "Treatment Benefit" on BBB integrity. And it was not done properly or using routine clinical methods, and the numbers are complete manipulated garbage.

cassavasciences.com
Cassava Sciences Announces Additional Clinical Data f
The Investor Relations website contains information about Cassava Sciences, Inc.'s business for ...

1:08 AM · Dec 8, 2021

2 3

**George Burns**
@gburn98

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Jake Schaible #Bann** @JJSchaible Follow
Father. Husband. #Biotech geek. #Microglia stan. Conservative libertarian. One of the #Fellas

**Arka** @arkabagchi24 Follow

## What's happening

**Manchester City vs Real Madrid**
UEFA Champions League · LIVE

Trending in United States
**#CharveTheDon**

Politics · Trending
**Raskin**
Trending with Comer Pyle, James Comer

Sports · Trending
**#Browns**
1,553 posts

Entertainment · Trending
**Brian Cox**
Trending with Logan Roy

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

Post

1:08 AM · Dec 8, 2021

2 · 3

Post your reply

Reply

**Adrian H** @Adrian_H · Dec 8, 2021

Jake, you can't seem to keep track of which assays you are talking about between your own successive tweets.

More reading, less spewing acronyms to try to sound like you have a clue.

1 · 1

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 8, 2021

You which acronym are you having issue with? I get you have no NDD R&D NCE or Dx clin/reg experience... try Google.

Come early to AAIC next yr. I hear they give a nice primer to PhD w/ no RWE in AD Drug Dev.

1 · 2

Search

## Relevant people

**Adrian H**
@Adrian_H
Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Jake Schaible #Bann**
@JJSchaible
Follow
Father. Husband. #Biotech geek. #Microglia stan. Conservative libertarian. One of the #Fellas

**Arka**
@arkabagchi24
Follow

## What's happening

**Manchester City vs Real Madrid**
UEFA Champions League · LIVE

Trending in United States
**#CharveTheDon**

Politics · Trending
**Raskin**
Trending with Comer Pyle, James Comer

Sports · Trending
**#Browns**
1,553 posts

Entertainment · Trending
**Brian Cox**
Trending with Logan Roy

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

← Post

 **Jake Schaible #BannedByTrump** @JJSchaible · Dec 8, 2021

You which acronym are you having issue with? I get you have no NDD R&D NCE or Dx clin/reg experience... try Google.

Come early to AAIC next yr. I hear they give a nice primer to PhD w/ no RWE in AD Drug Dev.

💬 1        🔁        ♥ 2        📊        🔖 ⬆️

**George Burns**
@gburn98

🔍 Search

### Relevant people

 **Adrian H**
@Adrian_H        [Follow]

Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

 **Jake Schaible #Bann**
@JJSchaible        [Follow]

Father. Husband. #Biotech geek. #Microglia stan. Conservative libertarian. One of the #Fellas

 **Arka**
@arkabagchi24        [Follow]

### What's happening

**Manchester City vs Real Madrid**
UEFA Champions League · LIVE

Trending in United States
**#CharveTheDon**

Politics · Trending
**Raskin**
Trending with Comer Pyle, James Comer

Sports · Trending
**#Browns**
1,553 posts

Entertainment · Trending
**Brian Cox**
Trending with Logan Roy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2024 X Corp.

Document title: (1) Adrian H on X: &quot;@JJSchaible @LetsHaveABall2 @arkabagchi24 @TheBrainTrust7 @BruinStocks @cavebear2509 @lawrenceshaw82…
Capture URL: https://twitter.com/Adrian_H/status/1468386878009266176
Capture timestamp (UTC): Wed, 17 Apr 2024 19:20:30 GMT        Page 15 of 15