# EXHIBIT 26

PageVault

| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "@lawrenceshaw82 @Adrian_H @JJSchaible @PatricioMarceso @Aang02315509 @Apexx_Gamer @MicrobiomDigest @mosquitobight @TheBrainTrust7 @LetsHaveABall2 @jake_snake20 @sing3r @ZhuBaio @Nemo_is_NoOne @007_mitty @BruinStocks @cavebear2509 @MattNachtrab @stvcone @GaryJMilne @shawn_roa100 @SfNJournals @MarinaP63 @JuanLerma1 @barry_everitt @SECEnfDirector @ClicksAndHisses @TurrigianoLab @US_FDA No. I don't want to reward fraudulent data. $sava should be punished so that others do not attempt this scam. The best thing for AD research and patients is to maintain a fraud free and fact based investment environment." / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1469095555859103746 |
| Page loaded at (UTC): | Wed, 17 Apr 2024 19:26:49 GMT |
| Capture timestamp (UTC): | Wed, 17 Apr 2024 19:28:43 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 15 |
| Capture ID: | u788CUw5HbrUALtRYN7Xgt |
| User: | bfca-sdelaney |

PDF REFERENCE #:    ttKiHPiu6nYE5btDwZexw3

**Jesse brodkin** @jesse_brodkin · Dec 6, 2021
They ditched the 3 month blinded extension for this reason.

**Lawrence Shaw** @lawrenceshaw82 · Dec 6, 2021
Then, they would also have found a reason to ditch the CMS readout 😛 especially when there is little need for it as P3 is underway. Also, can someone remind us when the ditching of the 3 month blinded extension was done? The exact date when it was announced ..

**Lawrence Shaw** @lawrenceshaw82 · Dec 6, 2021
It looks like the blinded extension was supposed to start well before CP. No reason for Cassava to have not started it since they can "fake" its 3 month results per your suspicions. Back then, they weren't under this type of scrutiny. So I don't know how it matters in this context

**Phloeodes Diabolicus** @PatricioMarceso · Dec 6, 2021
It was supposed to be a randomized placebo controlled blinded study, therefore not as easy to fake/manipulate (see non significant cog. results of P2b), so that might be a pretty good incentive to silently drop it!

**Lawrence Shaw** @lawrenceshaw82 · Dec 6, 2021
The FUD you guys are peddling with OL is that everything flows through Remi just before public presentation. And therefore it's easy to fake stuff despite the chain of custody that exists prior to the last step. Please stay focussed and stick to one theory.

**Phloeodes Diabolicus** @PatricioMarceso · Dec 6, 2021
Yeah, open label is, who would have thought, open. So that would be easier to manipulate than a blinded, placebo controlled study (easier to get rid of data points on the go, during study), which is why they might have said "Let's get rid of that, we can't easily manipulate it!"

**Eshaan Rao** @SaltTheSnail7 · Dec 6, 2021
Also begs the question of why Sava is doing so many questionable practices in their trials. If they truly had a miracle drugs, wouldn't they want to thoroughly convince everyone it's legit, especially when their proposed MOA is entirely novel?

**Eshaan Rao** @SaltTheSnail7 · Dec 6, 2021
No other reputable early stage biotech does even half the shady stuff Sava does. At every turn they've done the exact opposite of what would inspire confidence in their research and practices. Occam's razor suggests an obvious reason for why they've done so

**Walter_Mitty_007** @007_mitty · Dec 6, 2021
This argument is circular:

1.) Phase 2s are unreliable/too small/subject to fakery.

2.) Do more Phase 2s to prove .... something.

And yes, I refer to blinded or unblinded - confident you'd claim something either way.

Phase 3 is gold standard. Being done. See ya.

Document title: (1) Jesse brodkin on X: "@lawrenceshaw82 @Adrian_H @JJSchaible @PatricioMarceso @Aang02315509 @Apexx_Gamer @MicrobiomDigest…
Capture URL: https://twitter.com/jesse_brodkin/status/1469095555859103746
Capture timestamp (UTC): Wed, 17 Apr 2024 19:28:43 GMT
Page 1 of 14

← Post

**Eshaan Rao** @SaltTheSnail7 · Dec 6, 2021
I have yet to see a neuro PhD support savas research though 🤔

💬 3   🔁   ♡ 1

**Walter_Mitty_007** @007_mitty · Dec 6, 2021
I believe what you mean to say is 'publicly voice support' and/or 'publish research that supports'.

Semantics, I know. But it's funny how you guys/gals are so rigid on some things, and loose on others.

We are the delusional ones though. 🙄

💬 2   🔁   ♡ 1

**Eshaan Rao** @SaltTheSnail7 · Dec 6, 2021
Yea no one publicly has voiced any support. You'd think if any believed a true miracle pill for AD was being falsely attacked, they'd speak out no?

💬 1   🔁   ♡ 1

**Walter_Mitty_007** @007_mitty · Dec 6, 2021
I don't put any weight in it.

Most real scientists want to stay out of this.

💬 2

**Jesse brodkin** @jesse_brodkin · Dec 6, 2021
No one wants to be associated with the cure of the century, yeah that's it 😉

💬 3   🔁   ♡ 2

**Walter_Mitty_007** @007_mitty · Dec 6, 2021
To be clear - I've never maintained nor believe this is 'the cure of the century'.

I don't believe Cassava has either. Remi B has stated he believes AD will need a multi faceted approach.

💬 1

**Jesse brodkin** @jesse_brodkin · Dec 6, 2021
My dude, it REVERSES cognitive decline, these patients are literally getting smarter within weeks of taking Simufilam… SavaDX will identify AD years before onset with 100% accuracy and S will be started immediately (if it wasn't a total scam of gullible idiots that is 🙄 )

💬 2   🔁   ♡ 4

**Walter_Mitty_007** @007_mitty · Dec 6, 2021
^ I'd be careful on the above, you're claiming efficacy out of a phase 2. 🙃😂

Hey listen, times winding down, we'll see how you folks did soon enough.

💬 1   🔁   ♡ 1

**Jesse brodkin** @jesse_brodkin · Dec 6, 2021
You've got 2 years minimum for the P3s, then the fail and then the "re-do" then raise rinse/repeat… given the gullibility of his share holders he could be fleecing you guys for a decade

💬 1   🔁   ♡ 2

**Lawrence Shaw** @lawrenceshaw82 · Dec 6, 2021
Oh I will change my mind of course if P3 fails or CMS is an abject failure. If the shorts are right about the "total scam" theory, CMS has no shot. I mean ..zero. And we should know that in less than a





X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

Post

No offense, but 'TheBrainTrust7' told us u were either:

- Slightly insane.
- Under 30.

I'm glad it was the later. 🍻

We've all been there. 🕺

1

**Eshaan Rao** @SaltTheSnail7 · Dec 6, 2021
Lol what? That is me

2 1

**Walter_Mitty_007** @007_mitty · Dec 6, 2021
Doesn't seem to need explanation but:

20's - brain kicks in, but not full intelligence yet - still cocky.

30 - maturity kicks in, brain gaining speed, cocky sees the way the winds blowing.

We've all been there.

1

**Eshaan Rao** @SaltTheSnail7 · Dec 6, 2021
Oh good to know! Teach me more about the brain!

1

**Walter_Mitty_007** @007_mitty · Dec 6, 2021
^ This isn't a "my PhD is bigger than your PhD" game.

It's life.

1

**Eshaan Rao** @SaltTheSnail7 · Dec 6, 2021
I have yet to see a neuro PhD support savas research though 🤔

3 1

**Walter_Mitty_007** @007_mitty · Dec 6, 2021
I believe what you mean to say is 'publicly voice support' and/or 'publish research that supports'.

Semantics, I know. But it's funny how you guys/gals are so rigid on some things, and loose on others.

We are the delusional ones though. 🙄

2 1

**Eshaan Rao** @SaltTheSnail7 · Dec 6, 2021
Yea no one publicly has voiced any support. You'd think if any believed a true miracle pill for AD was being falsely attacked, they'd speak out no?

1 1

**Walter_Mitty_007** @007_mitty · Dec 6, 2021

Search

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Lawrence Shaw** @lawrenceshaw82 Follow
ad-science.org No financial advices. Do your due diligence

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

## What's happening

**Manchester City vs Real Madrid**
UEFA Champions League · LIVE

Sports · Trending
**#Pelicans**
Trending with Zion Williamson, Jontay Porter

Columbia University · Trending
**Columbia University**
21K posts

Politics · Trending
**Raskin**
Trending with Comer Pyle, James Comer

Trending in United States
**Venmo**
20.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

Post

his 30s - so I truly hope he has fun things to do every now and then.

1

**Eshaan Rao** @SaltTheSnail7 · Dec 6, 2021
Not 30 yet! But I'm a workaholic so fun things are few and far between lol sava is just truly interesting and will go down in history books (not the way bulls want). It's fascinating to see it unfold in real time

3 4

**Walter_Mitty_007** @007_mitty · Dec 6, 2021
No offense, but 'TheBrainTrust7' told us u were either:

- Slightly insane.
- Under 30.

I'm glad it was the later. 🍻

We've all been there. 🕺

1

**Eshaan Rao** @SaltTheSnail7 · Dec 6, 2021
Lol what? That is me

2 1

**Walter_Mitty_007** @007_mitty · Dec 6, 2021
Doesn't seem to need explanation but:

20's - brain kicks in, but not full intelligence yet - still cocky.

30 - maturity kicks in, brain gaining speed, cocky sees the way the winds blowing.

We've all been there.

1

**Eshaan Rao** @SaltTheSnail7 · Dec 6, 2021
Oh good to know! Teach me more about the brain!

1

**Walter_Mitty_007** @007_mitty · Dec 6, 2021
^ This isn't a "my PhD is bigger than your PhD" game.

It's life.

1

**Eshaan Rao** @SaltTheSnail7 · Dec 6, 2021
I have yet to see a neuro PhD support savas research though 🤔

3 1

**Walter_Mitty_007** @007_mitty · Dec 6, 2021
I believe what you mean to say is 'publicly voice support' and/or 'publish research that supports'.

Semantics, I know. But it's funny how you guys/gals are so rigid on some things, and loose on others.

Search

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Lawrence Shaw** @lawrenceshaw82 Follow
ad-science.org No financial advices. Do your due diligence

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

## What's happening

**Manchester City vs Real Madrid**
UEFA Champions League · LIVE

Sports · Trending
**#Pelicans**
Trending with Zion Williamson, Jontay Porter

Columbia University · Trending
**Columbia University**
21K posts

Politics · Trending
**Raskin**
Trending with Comer Pyle, James Comer

Trending in United States
**Venmo**
20.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

< Post                                                     Search

We are the delusional ones though. 🙄

**Eshaan Rao** @SaltTheSnail7 · Dec 6, 2021
Yea no one publicly has voiced any support. You'd think if any believed a true miracle pill for AD was being falsely attacked, they'd speak out no?

**Walter_Mitty_007** @007_mitty · Dec 6, 2021
I don't put any weight in it.

Most real scientists want to stay out of this.

**Jesse brodkin** @jesse_brodkin · Dec 6, 2021
No one wants to be associated with the cure of the century, yeah that's it 😉

**Walter_Mitty_007** @007_mitty · Dec 6, 2021
To be clear - I've never maintained nor believe this is 'the cure of the century'.

I don't believe Cassava has either. Remi B has stated he believes AD will need a multi faceted approach.

**Jesse brodkin** @jesse_brodkin · Dec 6, 2021
My dude, it REVERSES cognitive decline, these patients are literally getting smarter within weeks of taking Simufilam… SavaDX will identify AD years before onset with 100% accuracy and S will be started immediately (if it wasn't a total scam of gullible idiots that is 🙄)

**Walter_Mitty_007** @007_mitty · Dec 6, 2021
^ I'd be careful on the above, you're claiming efficacy out of a phase 2. 🙃😂

Hey listen, times winding down, we'll see how you folks did soon enough.

**Jesse brodkin** @jesse_brodkin · Dec 6, 2021
You've got 2 years minimum for the P3s, then the fail and then the "re-do" then raise rinse/repeat… given the gullibility of his share holders he could be fleecing you guys for a decade

**Lawrence Shaw** @lawrenceshaw82 · Dec 6, 2021
Oh I will change my mind of course if P3 fails or CMS is an abject failure. If the shorts are right about the "total scam" theory, CMS has no shot. I mean ..zero. And we should know that in less than a year. So we will see. This won't be too prolonged

**Jesse brodkin** @jesse_brodkin · Dec 6, 2021
He'll tell you there was a trend and that totally makes sense from what we've learned about the mechanism yadda yadda (that's if he doesn't totally cook the books)

**Lawrence Shaw** @lawrenceshaw82 · Dec 6, 2021

**Relevant people**

**Jesse brodkin** @jesse_brodkin — Follow
Liberal, scientist, small business owner

**Lawrence Shaw** @lawrenceshaw82 — Follow
ad-science.org No financial advices. Do your due diligence

**Adrian H** @Adrian_H — Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**What's happening**

Manchester City vs Real Madrid
UEFA Champions League · LIVE

Sports · Trending
#Pelicans🦢
Trending with Zion Williamson, Jontay Porter

Columbia University · Trending
**Columbia University**
21K posts

Politics · Trending
**Raskin**
Trending with Comer Pyle, James Comer

Trending in United States
**Venmo**
20.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More…
© 2024 X Corp.

**Lawrence Shaw** @lawrenceshaw82 · Dec 6, 2021
Lol there's no way in hell CMS can be "cooked" from here on. It's RCT and in great spotlight. Can't believe you can't even concede that one 😛

**Arthur Singer** @sing3r · Dec 6, 2021
If this is a scam by design, why would they maintain all of these early data readouts instead of simply pushing off scrutiny and relying solely on a P3 that is years away?

**Jesse brodkin** @jesse_brodkin · Dec 6, 2021
They ditched the 3 month blinded extension for this reason.

**Lawrence Shaw** @lawrenceshaw82 · Dec 6, 2021
Then, they would also have found a reason to ditch the CMS readout 😛 especially when there is little need for it as P3 is underway. Also, can someone remind us when the ditching of the 3 month blinded extension was done? The exact date when it was announced ..

**Lawrence Shaw** @lawrenceshaw82 · Dec 6, 2021
It looks like the blinded extension was supposed to start well before CP. No reason for Cassava to have not started it since they can "fake" its 3 month results per your suspicions. Back then, they weren't under this type of scrutiny. So I don't know how it matters in this context

**Phloeodes Diabolicus** @PatricioMarceso · Dec 6, 2021
It was supposed to be a randomized placebo controlled blinded study, therefore not as easy to fake/manipulate (see non significant cog. results of P2b), so that might be a pretty good incentive to silently drop it!

**Lawrence Shaw** @lawrenceshaw82 · Dec 6, 2021
The FUD you guys are peddling with OL is that everything flows through Remi just before public presentation. And therefore it's easy to fake stuff despite the chain of custody that exists prior to the last step. Please stay focussed and stick to one theory.

**Phloeodes Diabolicus** @PatricioMarceso · Dec 6, 2021
Yeah, open label is, who would have thought, open. So that would be easier to manipulate than a blinded, placebo controlled study (easier to get rid of data points on the go, during study), which is why they might have said "Let's get rid of that, we can't easily manipulate it!"

**Eshaan Rao** @SaltTheSnail7 · Dec 6, 2021
Also begs the question of why Sava is doing so many questionable practices in their trials. If they truly had a miracle drugs, wouldn't they want to thoroughly convince everyone it's legit, especially when their proposed MOA is entirely novel?

practices in their trials. If they truly had a miracle drugs, wouldn't they want to thoroughly convince everyone it's legit, especially when their proposed MOA is entirely novel?

💬 3   🔁   ♡ 3

**Eshaan Rao** @SaltTheSnail7 · Dec 6, 2021
No other reputable early stage biotech does even half the shady stuff Sava does. At every turn they've done the exact opposite of what would inspire confidence in their research and practices. Occam's razor suggests an obvious reason for why they've done so

💬 2   🔁   ♡ 2

**Walter_Mitty_007** @007_mitty · Dec 6, 2021
This argument is circular:

1.) Phase 2s are unreliable/too small/subject to fakery.

2.) Do more Phase 2s to prove …. something.

And yes, I refer to blinded or unblinded - confident you'd claim something either way.

Phase 3 is gold standard.  Being done.  See ya.

💬 1   🔁   ♡ 2

**Finding Nemo** @Nemo_is_NoOne · Dec 6, 2021
If FDA finds no evidence of fraud, phase III can continue, what do Remi and bulls fear?Don't bulls want to find out the truth as well? Why do Remi and bulls insist on P3 while so many questions are asked by the scientific community?

💬 2   🔁   ♡ 2

*This Post is from an account that no longer exists. Learn more*

**Finding Nemo** @Nemo_is_NoOne · Dec 6, 2021
Is there a single person on the bull side has a PhD in neuroscience?

💬 3   🔁   ♡

**Eshaan Rao** @SaltTheSnail7 · Dec 6, 2021
I have genuinely been trying to find one

💬 1   🔁   ♡ 1

**Jesse brodkin** @jesse_brodkin · Dec 6, 2021
I will give the first non-anonymous PhD working in the CNS field $50 if they publicly state they think Simufilam has a better than 6% chance of hitting it's primary endpoint in the first $sava P3. (If you're not joking, then I'm good for it)

💬 4   🔁   ♡ 5

**バイオ株** @ZhuBaio · Dec 7, 2021
Only one Ph.D. who can claim its efficacy would be Dr Amber Khan, co-author of Wang's research. I'm looking at her Ph.D. dissertation and there are a lot of dubious WBs…

💬 1   🔁 3   ♡ 7

*This Post was deleted by the Post author. Learn more*

**バイオ株** @ZhuBaio · Dec 7, 2021
You're so quick! 😜

💬 1   🔁   ♡ 1

*This Post was deleted by the Post author. Learn more*





X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Post

You're so quick! 😜

1 1

This Post was deleted by the Post author. Learn more

**Arthur Singer** @sing3r · Dec 7, 2021
Too easy to claim any WB image is manipulated without having the originals and even then you can argue about how it was done endlessly. This is why some folks have made a career of smearing others based on conjecture.

3 8

**Jake Atchley** @jake_snake20 · Dec 7, 2021
Terms always thrown around…
"look like"
"Appears"
"Seems"
"Looks to be"
"I believe"

2 2

**Phloeodes Diabolicus** @PatricioMarceso · Dec 7, 2021
Yeah, you ever heard of the concept of "diplomacy" or being "polite"? I hope that such concepts don't require too much abstraction...

1 1

**Jake Atchley** @jake_snake20 · Dec 7, 2021
Is this you doing that? LOL

1 1

**Phloeodes Diabolicus** @PatricioMarceso · Dec 7, 2021
Glad my efforts aren't entirely lost here. 😉

1 2

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

**Jesse brodkin** @jesse_brodkin · Dec 7, 2021
yes it's depressing, it's even more depressing that when it's flagged in a journal, nothing happens which creates a perverse incentive to continue and potentially ruin these students careers CC @MarinaP63 @TurrigianoLab

3 2

**Lawrence Shaw** @lawrenceshaw82 · Dec 7, 2021
Yep very depressing. This one too btw. How could graphs D & F be so identical? They seem like different experiments (each repeated n = 3 times?) Not sure what's going on here.

Figure 6. *CACNA1C*, *CACNA1A*, and *CACNA1H* mRNAs encode two distinct proteins from

**George Burns**
@gburn98

Search

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Lawrence Shaw** @lawrenceshaw82 Follow
ad-science.org No financial advices. Do your due diligence

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

## What's happening

**Manchester City vs Real Madrid**
UEFA Champions League · LIVE

Sports · Trending
**#Pelicans**
Trending with Zion Williamson, Jontay Porter

Columbia University · Trending
**Columbia University**
21K posts

Politics · Trending
**Raskin**
Trending with Comer Pyle, James Comer

Trending in United States
**Venmo**
20.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Document title: (1) Jesse brodkin on X: &quot;@lawrenceshaw82 @Adrian_H @JJSchaible @PatricioMarceso @Aang02315509 @Apexx_Gamer @MicrobiomDigest…
Capture URL: https://twitter.com/jesse_brodkin/status/1469095555859103746
Capture timestamp (UTC): Wed, 17 Apr 2024 19:28:43 GMT
Page 9 of 14





Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

2 2

**Stacy** @mosquitobight · Dec 7, 2021
Well - you are a handsome young man with an impressive resume. I think he might be smitten. I def think you can do much better though 😉
1 2

**Lawrence Shaw** @lawrenceshaw82 · Dec 7, 2021
This comment made me 🤣🤣 for so many untruths in it. Anyway yeah .. sure. I think @Apexx_Gamer will respond better to you 😅
1

This Post is from an account that no longer exists. Learn more

**Stacy** @mosquitobight · Dec 9, 2021
Where's your pic gamer boy? Can't show your face?
1

This Post is from an account that no longer exists. Learn more

**Stacy** @mosquitobight · Dec 9, 2021
Hard to argue with an Incel slinging shit - hiding behind a giant phallic symbol. I'm guessing there is a bit of wishful thinking here.
1 3

This Post is from an account that no longer exists. Learn more

**Stacy** @mosquitobight · Dec 9, 2021
Wow - pretty funny for an anonymous failed gamer. Impressive flex.
1

This Post is from an account that no longer exists. Learn more

**Elisabeth Bik** @MicrobiomDigest · Dec 9, 2021
What a lovely addition to my collection of tweets by anonymous $Sava fans spewing misogynistic hate. Very classy, Apexx.
5 1 22

This Post is from an account that no longer exists. Learn more

**Lawrence Shaw** @lawrenceshaw82 · Dec 9, 2021
She looks at just one tweet of yours and conveniently ignores many from her friend Stacy who actually started the invectives about someone's looks. The thread is right here .. Anyway not surprised that Dr. Bik takes things out of context. Funny she retweeted her own message 😅
3 5

**Jesse brodkin** @jesse_brodkin · Dec 9, 2021
You guys are still on attack the messenger 🙄… read the new $sava CP and 😭 downloads.regulations.gov/FDA-2021-P-093…
3 3

**Lawrence Shaw** @lawrenceshaw82 · Dec 9, 2021
As for the binding affinity claims, Todd in Yahoo saved some analysis on my end. I will bet he is right. Anyway, to summarize, no reading this supplement didn't evoke the reaction you were hoping for. It

George Burns
@gburn98

**Relevant people**

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Lawrence Shaw** @lawrenceshaw82 Follow
ad-science.org No financial advices. Do your due diligence

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**What's happening**

**Manchester City vs Real Madrid**
UEFA Champions League · LIVE

Sports · Trending
**#Pelicans**
Trending with Zion Williamson, Jontay Porter

Columbia University · Trending
**Columbia University**
21K posts

Politics · Trending
**Raskin**
Trending with Comer Pyle, James Comer

Trending in United States
**Venmo**
20.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

← Post

Search

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

**Lawrence Shaw** @lawrenceshaw82 · Dec 9, 2021
As for the binding affinity claims, Todd in Yahoo saved some analysis on my end. I will bet he is right. Anyway, to summarize, no reading this supplement didn't evoke the reaction you were hoping for. It was more like 🤣🤦‍♂️🤡

Todd 1 hour ago

I'm not a scientist but the attachment to the CP today seems to be centered around this statement.

"Our recent re-inspection of the Methods section for this crucial experiment shows seemingly irrefutable evidence of data manipulation/fabrication. The section states: "PTI-125's affinity for FLNA was determined in immunopurified FLNA using [C14]PTI-125 (57.7 Ci/mmol) .... Briefly, a binding curve was generated by incubation of 0.1 µg immunopurified FLNA from control or AD hippocampus ..."

more-so dialing in on the specific activity of [C14] in [C14]PTI-125 (57.7 Ci/mmol) where pure [C14] specific activity is 62.5 mCi/mmol.

Lets assume for just a second that their argument is valid.
1) Peptides containing one [C14] would have a specific activity of 50-60 mCi/mmol off by an order of magnitude (1000 to [C14]PTI-125: 57.7 Ci/mmol)
2) Is it a possibility that there was a human error leaving the "m" out of the documentation?
where it should have been documented [C14]PTI-125 (57.7 mCi/mmol)

The argument in supplement is then reduced to toilet paper.
Since the clinical trial results support Simufilam, it appears that the entire CP is based on a clerical error and not the underlying science.

Hope the FDA sees this quickly

3 3 3

**Phloeodes Diabolicus** @PatricioMarceso · Dec 9, 2021
Honest question: Doesn't it become tiring constantly having to come up with reasons why something can be defended / justified? At which point does the evidence finally add up and become overwhelming? Never? Maybe $SAVA then should file for tax exemption, as religious institution.

3 2 9

**Aang** @Aang02315509 · Dec 9, 2021
No it isn't tiring clarifying made up FUD. Your latest attacks exploiting a typo. We can wait for p3 results. Can you ?

3 4

**Phloeodes Diabolicus** @PatricioMarceso · Dec 9, 2021
How is it exploiting a typo though?

1 1

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 9, 2021
I suspect he means the hypothetical missing "m"?

1 1

**Phloeodes Diabolicus** @PatricioMarceso · Dec 9, 2021
Ok, what about it?

1

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 9, 2021
Ask him. I've more been focused on all the other binding displacement data, such at that detailed in the '068 patent. col 147, sec. E. (where $SAVA used FITC-NLX). Or what's detailed in Fig 2 & 3 on pg 3 of the following (which used [3H-NLX]).

journals.plos.org/plosone/articl...

2

**Adrian H** @Adrian_H · Dec 9, 2021
Which one of those provides evidence for binding of the actual $SAVA drug, Simufilam, to the actual supposed target, FLNA? (I thought you told me that the "cryptic binding sites" on the native protein were critical..)

$SAVA isn't going to be able to BS their way out of this..

1 3

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 9, 2021

George Burns
@gburn98

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Lawrence Shaw** @lawrenceshaw82 Follow
ad-science.org No financial advices. Do your due diligence

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

## What's happening

**Manchester City vs Real Madrid**
UEFA Champions League · LIVE

Sports · Trending
**#Pelicans**
Trending with Zion Williamson, Jontay Porter

Columbia University · Trending
**Columbia University**
21K posts

Politics · Trending
**Raskin**
Trending with Comer Pyle, James Comer

Trending in United States
**Venmo**
20.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**Post**

$SAVA isn't going to be able to BS their way out of this..

💬 1   🔁   ♥ 3

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 9, 2021
For nth time, I remain agnostic if direct binding of PTI-125 to FLNA is real as I retain other hypothesis, ex: allosteric interaction with a key FLNA binding partner, or A strand inhibitor. Still, there's clear in vivo data that shows FLNA related activity outside the Wang lab.

💬 2   🔁   ♥

**Adrian H** @Adrian_H · Dec 9, 2021
Wut? The premise of the entire charade (both for AD and for Bordey's bizarre claims) is that the drug binds FLNA. The key data $SAVA showed to establish that is physically impossible and MADE UP. It is all a complete fraud.

💬 1   🔁   ♥ 5

**Jesse brodkin** @jesse_brodkin · Dec 9, 2021
Since the patent contains fraudulent data, even if it does "work" (it won't) it will be the company with the best chemical manufacturing and distribution that will make money of it, and that ain't $sava

💬 3   🔁   ♥ 6

**Lawrence Shaw** @lawrenceshaw82 · Dec 9, 2021
Then wait for P3 results so your future company can use that as evidence to sell a @US_FDA approved Alzheimer's drug. Atleast we would have found something that actually works for AD patients. Trying to desperately halt the trials suggests a motive very different 😉

💬 1   🔁   ♥ 1

**Lawrence Shaw** @lawrenceshaw82 · Dec 9, 2021
Are you willing to give that chance to the neutrals who don't care about $sava or the mistakes in paper/patent but wanna see if the drug can work? It can't be passing the phase 2 trials or reducing hard-to-treat seizures if it didn't have any biological activity in the brain.

💬 1   🔁   ♥

**Jesse brodkin** @jesse_brodkin

No. I don't want to reward fraudulent data. $sava should be punished so that others do not attempt this scam. The best thing for AD research and patients is to maintain a fraud free and fact based investment environment.

12:04 AM · Dec 10, 2021

💬 2   🔁   ♥ 2

**Jesse brodkin** @jesse_brodkin · Dec 10, 2021
I would be willing to compromise on throwing Remi, Wang and any that knew in jail, liquidating the co and all the officers, allowing a small 3 mo blind P2 trial (as was planed) run by a reputable CRO to proceed. This would handle my perverse incentive problem and allow you hope.

💬 1

**Lawrence Shaw** @lawrenceshaw82 · Dec 10, 2021
Can you atleast wait for CMS trial results? That's a randomised trial

Document title: (1) Jesse brodkin on X: &quot;@lawrenceshaw82 @Adrian_H @JJSchaible @PatricioMarceso @Aang02315509 @Apexx_Gamer @MicrobiomDigest…
Capture URL: https://twitter.com/jesse_brodkin/status/1469095555859103746
Capture timestamp (UTC): Wed, 17 Apr 2024 19:28:43 GMT
Page 12 of 14




← Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

allow you hope.

1

**Lawrence Shaw** @lawrenceshaw82 · Dec 10, 2021

Can you atleast wait for CMS trial results? That's a randomised trial with most definitely much increased oversight 😛 That should conclude much sooner than P3. You can attempt to throw whoever you dislike (for interfering with your "perverse incentive") in jail.

3

**Jesse brodkin** @jesse_brodkin · Dec 10, 2021

It's not randomized until 12mo, then 6 more months, meanwhile Remi and Wang are free and polluting the research and investment environment, so no. Will you support removing Remi and the board for gross misconduct and appoint a caretaker CEO?

1

**Jesse brodkin** @jesse_brodkin · Dec 10, 2021

We can all agree that swift and fair resolutions to the investigations is in everyone's best interest. That is why we are investigating ourselves and pushing hard for government and regulatory action.

**Savant Not** @not_savant · Dec 10, 2021

More: if their binding data are "suspect", like the rest of the preclinical and biomarker data, they have no validated efficacy data. With that background, their safety data is, at best, suspect. So, we should let $SAVA expose patients and do planned lumbar punctures?? NO!

4 3

**George Burns**
@gburn98

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Lawrence Shaw** @lawrenceshaw82 Follow
ad-science.org No financial advices. Do your due diligence

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

## What's happening

**Manchester City vs Real Madrid**
UEFA Champions League · LIVE

Sports · Trending
**#Pelicans**
Trending with Zion Williamson, Jontay Porter

Columbia University · Trending
**Columbia University**
21K posts

Politics · Trending
**Raskin**
Trending with Comer Pyle, James Comer

Trending in United States
**Venmo**
20.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Savant Not** @not_savant · Dec 10, 2021

More: if their binding data are "suspect", like the rest of the preclinical and biomarker data, they have no validated efficacy data. With that background, their safety data is, at best, suspect. So, we should let $SAVA expose patients and do planned lumbar punctures?? NO!

4 3

George Burns
@gburn98

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Lawrence Shaw** @lawrenceshaw82 Follow
ad-science.org No financial advices. Do your due diligence

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

## What's happening

**Manchester City vs Real Madrid**
UEFA Champions League · LIVE

Sports · Trending
**#Pelicans**
Trending with Zion Williamson, Jontay Porter

Columbia University · Trending
**Columbia University**
21K posts

Politics · Trending
**Raskin**
Trending with Comer Pyle, James Comer

Trending in United States
**Venmo**
20.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.