# EXHIBIT 29

PageVault

| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "@lawrenceshaw82 @Aang02315509 @kickmofoass @Nemo_is_NoOne @JJSchaible @Adrian_H @PatricioMarceso @Apexx_Gamer @MicrobiomDigest @mosquitobight @TheBrainTrust7 @LetsHaveABall2 @jake_snake20 @sing3r @ZhuBaio @007_mitty @BruinStocks @cavebear2509 @MattNachtrab @stvcone @GaryJMilne @shawn_roa100 @SfNJournals @MarinaP63 @JuanLerma1 @barry_everitt @SECEnfDirector @ClicksAndHisses @TurrigianoLab Key is "confines of the study", obv Pei and Wang lab are supposed to be blind according to SEC filings and *very probably* study protocol. It's a shit-show of fraud and incompetence. SEC has been informed of $sava lies on filings ☐  " / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1469782611421716482 |
| Page loaded at (UTC): | Thu, 18 Apr 2024 13:33:24 GMT |
| Capture timestamp (UTC): | Thu, 18 Apr 2024 13:34:54 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 15 |
| Capture ID: | 6ZoqMhYTjfzf1xE5bHzD2s |
| User: | bfca-sdelaney |

PDF REFERENCE #:     2h1ywN7ge9LEeTeV6DYiJU

# Post

**Finding Nemo** @Nemo_is_NoOne · Dec 6, 2021
Is there a single person on the bull side has a PhD in neuroscience?

💬 3    🔁    ♡    📊    🔖    📤

**Eshaan Rao** @SaltTheSnail7 · Dec 6, 2021
I have genuinely been trying to find one

💬 1    🔁    ♡ 1    📊    🔖    📤

**Jesse brodkin** @jesse_brodkin · Dec 6, 2021
I will give the first non-anonymous PhD working in the CNS field $50 if they publicly state they think Simufilam has a better than 6% chance of hitting it's primary endpoint in the first $sava P3. (If you're not joking, then I'm good for it)

💬 4    🔁    ♡ 5    📊    🔖    📤

**バイオ株** @ZhuBaio · Dec 7, 2021
Only one Ph.D. who can claim its efficacy would be Dr Amber Khan, co-author of Wang's research. I'm looking at her Ph.D. dissertation and there are a lot of dubious WBs...

💬 1    🔁 3    ♡ 7    📊    🔖    📤

This Post was deleted by the Post author. Learn more

**バイオ株** @ZhuBaio · Dec 7, 2021
You're so quick! 😛

💬 1    🔁    ♡ 1    📊    🔖    📤

This Post was deleted by the Post author. Learn more

**Arthur Singer** @sing3r · Dec 7, 2021
Too easy to claim any WB image is manipulated without having the originals and even then you can argue about how it was done endlessly. This is why some folks have made a career of smearing others based on conjecture.

💬 3    🔁    ♡ 8    📊    🔖    📤

**Jake Atchley** @jake_snake20 · Dec 7, 2021
Terms always thrown around...
"look like"
"Appears"
"Seems"
"Looks to be"
"I believe"

💬 2    🔁    ♡ 2    📊    🔖    📤

**Phloeodes Diabolicus** @PatricioMarceso · Dec 7, 2021
Yeah, you ever heard of the concept of "diplomacy" or being "polite"? I hope that such concepts don't require too much abstraction...

💬 1    🔁    ♡ 1    📊    🔖    📤

**Jake Atchley** @jake_snake20 · Dec 7, 2021
Is this you doing that?  LOL

💬 1    🔁    ♡ 1    📊    🔖    📤

**Phloeodes Diabolicus** @PatricioMarceso · Dec 7, 2021
Glad my efforts aren't entirely lost here. 😉

💬 1    🔁    ♡ 2    📊    🔖    📤

This Post was deleted by the Post author. Learn more

Document title: (1) Jesse brodkin on X: &quot;@lawrenceshaw82 @Aang02315509 @kickmofoass @Nemo_is_NoOne @JJSchaible @Adrian_H @PatricioMarceso…
Capture URL: https://twitter.com/jesse_brodkin/status/1469782611421716482
Capture timestamp (UTC): Thu, 18 Apr 2024 13:34:54 GMT
Page 1 of 14

← Post                                             Search

**Jesse brodkin** @jesse_brodkin · Dec 6, 2021
They ditched the 3 month blinded extension for this reason.

💬 3      🔁      ♡      📊      🔖      ⬆️

**Lawrence Shaw** @lawrenceshaw82 · Dec 6, 2021
Then, they would also have found a reason to ditch the CMS readout 😜 especially when there is little need for it as P3 is underway. Also, can someone remind us when the ditching of the 3 month blinded extension was done? The exact date when it was announced ..

💬 3      🔁      ♡ 4      📊      🔖      ⬆️

**Lawrence Shaw** @lawrenceshaw82 · Dec 6, 2021
It looks like the blinded extension was supposed to start well before CP. No reason for Cassava to have not started it since they can "fake" its 3 month results per your suspicions. Back then, they weren't under this type of scrutiny. So I don't know how it matters in this context

💬 1      🔁      ♡ 3      📊      🔖      ⬆️

**Phloeodes Diabolicus** @PatricioMarceso · Dec 6, 2021
It was supposed to be a randomized placebo controlled blinded study, therefore not as easy to fake/manipulate (see non significant cog. results of P2b), so that might be a pretty good incentive to silently drop it!

💬 1      🔁      ♡ 2      📊      🔖      ⬆️

**Lawrence Shaw** @lawrenceshaw82 · Dec 6, 2021
The FUD you guys are peddling with OL is that everything flows through Remi just before public presentation. And therefore it's easy to fake stuff despite the chain of custody that exists prior to the last step. Please stay focussed and stick to one theory.

💬 2      🔁      ♡ 3      📊      🔖      ⬆️

**Phloeodes Diabolicus** @PatricioMarceso · Dec 6, 2021
Yeah, open label is, who would have thought, open. So that would be easier to manipulate than a blinded, placebo controlled study (easier to get rid of data points on the go, during study), which is why they might have said "Let's get rid of that, we can't easily manipulate it!"

💬 4      🔁      ♡ 1      📊      🔖      ⬆️

**Eshaan Rao** @SaltTheSnail7 · Dec 6, 2021
Also begs the question of why Sava is doing so many questionable practices in their trials. If they truly had a miracle drugs, wouldn't they want to thoroughly convince everyone it's legit, especially when their proposed MOA is entirely novel?

💬 3      🔁      ♡ 3      📊      🔖      ⬆️

**Eshaan Rao** @SaltTheSnail7 · Dec 6, 2021
No other reputable early stage biotech does even half the shady stuff Sava does. At every turn they've done the exact opposite of what would inspire confidence in their research and practices. Occam's razor suggests an obvious reason for why they've done so

💬 2      🔁      ♡ 2      📊      🔖      ⬆️

**Walter_Mitty_007** @007_mitty · Dec 6, 2021
This argument is circular:

1.) Phase 2s are unreliable/too small/subject to fakery.

2.) Do more Phase 2s to prove .... something.

And yes, I refer to blinded or unblinded - confident you'd claim something either way.

Phase 3 is gold standard. Being done. See ya

**Relevant people**

**Jesse brodkin** @jesse_brodkin   [Follow]
Liberal, scientist, small business owner

**Lawrence Shaw** @lawrenceshaw82   [Follow]
ad-science.org No financial advices. Do your due diligence

**Aang** @Aang02315509   [Follow]
Sava long. Know what I know. May be wrong. Will help with DD. Disingenuous requests blocked. Biotech investing is risky. Sava is holy grail level risk

**What's happening**

WWE Speed
Wrestling | Every Wedr · Last night

Trending in United States
**Leak**
73.5K posts

Sports · Trending
**Duncan**
14.5K posts

Politics · Trending
**Impeachment**
246K posts

Trending in United States
**#TransformersOne**
3,646 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More…
© 2024 X Corp.

**George Burns** @gburn98

**Jesse brodkin** @jesse_brodkin · Dec 6, 2021
He'll tell you there was a trend and that totally makes sense from what we've learned about the mechanism yadda yadda (that's if he doesn't totally cook the books)

**Lawrence Shaw** @lawrenceshaw82 · Dec 6, 2021
Lol there's no way in hell CMS can be "cooked" from here on. It's RCT and in great spotlight. Can't believe you can't even concede that one 😛

**Arthur Singer** @sing3r · Dec 6, 2021
If this is a scam by design, why would they maintain all of these early data readouts instead of simply pushing off scrutiny and relying solely on a P3 that is years away?

**Jesse brodkin** @jesse_brodkin · Dec 6, 2021
They ditched the 3 month blinded extension for this reason.

**Lawrence Shaw** @lawrenceshaw82 · Dec 6, 2021
Then, they would also have found a reason to ditch the CMS readout 😉 especially when there is little need for it as P3 is underway. Also, can someone remind us when the ditching of the 3 month blinded extension was done? The exact date when it was announced ..

**Lawrence Shaw** @lawrenceshaw82 · Dec 6, 2021
It looks like the blinded extension was supposed to start well before CP. No reason for Cassava to have not started it since they can "fake" its 3 month results per your suspicions. Back then, they weren't under this type of scrutiny. So I don't know how it matters in this context

**Phloeodes Diabolicus** @PatricioMarceso · Dec 6, 2021
It was supposed to be a randomized placebo controlled blinded study, therefore not as easy to fake/manipulate (see non significant cog. results of P2b), so that might be a pretty good incentive to silently drop it!

**Lawrence Shaw** @lawrenceshaw82 · Dec 6, 2021
The FUD you guys are peddling with OL is that everything flows through Remi just before public presentation. And therefore it's easy to fake stuff despite the chain of custody that exists prior to the last step. Please stay focussed and stick to one theory.

**Phloeodes Diabolicus** @PatricioMarceso · Dec 6, 2021
Yeah, open label is, who would have thought, open. So that would be easier to manipulate than a blinded, placebo controlled study (easier to get rid of data points on the go, during study), which is why they might have said "Let's get rid of that, we can't easily manipulate it!"

**Eshaan Rao** @SaltTheSnail7 · Dec 6, 2021
Also begs the question of why Sava is doing so many questionable practices in their trials. If they truly had a miracle drugs, wouldn't they want to thoroughly convince everyone it's legit, especially when their proposed MOA is entirely novel?

← Post

**Eshaan Rao** @SaltTheSnail7 · Dec 6, 2021
Yea no one publicly has voiced any support. You'd think if any believed a true miracle pill for AD was being falsely attacked, they'd speak out no?

**Walter_Mitty_007** @007_mitty · Dec 6, 2021
I don't put any weight in it.

Most real scientists want to stay out of this.

**Jesse brodkin** @jesse_brodkin · Dec 6, 2021
No one wants to be associated with the cure of the century, yeah that's it 😉

**Walter_Mitty_007** @007_mitty · Dec 6, 2021
To be clear - I've never maintained nor believe this is 'the cure of the century'.

I don't believe Cassava has either. Remi B has stated he believes AD will need a multi faceted approach.

**Jesse brodkin** @jesse_brodkin · Dec 6, 2021
My dude, it REVERSES cognitive decline, these patients are literally getting smarter within weeks of taking Simufilam... SavaDX will identify AD years before onset with 100% accuracy and S will be started immediately (if it wasn't a total scam of gullible idiots that is 🙄)

**Walter_Mitty_007** @007_mitty · Dec 6, 2021
^ I'd be careful on the above, you're claiming efficacy out of a phase 2. 🙃😂

Hey listen, times winding down, we'll see how you folks did soon enough.

**Jesse brodkin** @jesse_brodkin · Dec 6, 2021
You've got 2 years minimum for the P3s, then the fail and then the "re-do" then raise rinse/repeat... given the gullibility of his share holders he could be fleecing you guys for a decade

**Lawrence Shaw** @lawrenceshaw82 · Dec 6, 2021
Oh I will change my mind of course if P3 fails or CMS is an abject failure. If the shorts are right about the "total scam" theory, CMS has no shot. I mean ..zero. And we should know that in less than a year. So we will see. This won't be too prolonged

**Jesse brodkin** @jesse_brodkin · Dec 6, 2021
He'll tell you there was a trend and that totally makes sense from what we've learned about the mechanism yadda yadda (that's if he doesn't totally cook the books)

**Lawrence Shaw** @lawrenceshaw82 · Dec 6, 2021
Lol there's no way in hell CMS can be "cooked" from here on. It's RCT and in great spotlight. Can't believe you can't even concede that one 😛

---

**Relevant people**

**Jesse brodkin** @jesse_brodkin — Follow
Liberal, scientist, small business owner

**Lawrence Shaw** @lawrenceshaw82 — Follow
ad-science.org No financial advices. Do your due diligence

**Aang** @Aang02315509 — Follow
Sava long. Know what I know. May be wrong. Will help with DD. Disingenuous requests blocked. Biotech investing is risky. Sava is holy grail level risk

**What's happening**

WWE Speed
Wrestling | Every Wedr · Last night

Trending in United States
**Leak**
73.5K posts

Sports · Trending
**Duncan**
14.5K posts

Politics · Trending
**Impeachment**
246K posts

Trending in United States
**#TransformersOne**
3,646 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

Document title: (1) Jesse brodkin on X: &quot;@lawrenceshaw82 @Aang02315509 @kickmofoass @Nemo_is_NoOne @JJSchaible @Adrian_H @PatricioMarceso...
Capture URL: https://twitter.com/jesse_brodkin/status/1469782611421716482
Capture timestamp (UTC): Thu, 18 Apr 2024 13:34:54 GMT   Page 4 of 14

**Arthur Singer** @sing3r · Dec 6, 2021
If this is a scam by design, why would they maintain all of these early data readouts instead of simply pushing off scrutiny and relying solely on a P3 that is years away?

**Jesse brodkin** @jesse_brodkin · Dec 6, 2021
They ditched the 3 month blinded extension for this reason.

**Lawrence Shaw** @lawrenceshaw82 · Dec 6, 2021
Then, they would also have found a reason to ditch the CMS readout 😛 especially when there is little need for it as P3 is underway. Also, can someone remind us when the ditching of the 3 month blinded extension was done? The exact date when it was announced ..

**Lawrence Shaw** @lawrenceshaw82 · Dec 6, 2021
It looks like the blinded extension was supposed to start well before CP. No reason for Cassava to have not started it since they can "fake" its 3 month results per your suspicions. Back then, they weren't under this type of scrutiny. So I don't know how it matters in this context

**Phloeodes Diabolicus** @PatricioMarceso · Dec 6, 2021
It was supposed to be a randomized placebo controlled blinded study, therefore not as easy to fake/manipulate (see non significant cog. results of P2b), so that might be a pretty good incentive to silently drop it!

**Lawrence Shaw** @lawrenceshaw82 · Dec 6, 2021
The FUD you guys are peddling with OL is that everything flows through Remi just before public presentation. And therefore it's easy to fake stuff despite the chain of custody that exists prior to the last step. Please stay focussed and stick to one theory.

**Phloeodes Diabolicus** @PatricioMarceso · Dec 6, 2021
Yeah, open label is, who would have thought, open. So that would be easier to manipulate than a blinded, placebo controlled study (easier to get rid of data points on the go, during study), which is why they might have said "Let's get rid of that, we can't easily manipulate it!"

**Eshaan Rao** @SaltTheSnail7 · Dec 6, 2021
Also begs the question of why Sava is doing so many questionable practices in their trials. If they truly had a miracle drugs, wouldn't they want to thoroughly convince everyone it's legit, especially when their proposed MOA is entirely novel?

**Eshaan Rao** @SaltTheSnail7 · Dec 6, 2021
No other reputable early stage biotech does even half the shady stuff Sava does. At every turn they've done the exact opposite of what would inspire confidence in their research and practices. Occam's razor suggests an obvious reason for why they've done so

**Walter_Mitty_007** @007_mitty · Dec 6, 2021
This argument is circular:

← Post

Occam's razor suggests an obvious reason for why they've done so

**Walter_Mitty_007** @007_mitty · Dec 6, 2021
This argument is circular:

1.) Phase 2s are unreliable/too small/subject to fakery.

2.) Do more Phase 2s to prove .... something.

And yes, I refer to blinded or unblinded - confident you'd claim something either way.

Phase 3 is gold standard. Being done. See ya.

**Finding Nemo** @Nemo_is_NoOne · Dec 6, 2021
If FDA finds no evidence of fraud, phase III can continue, what do Remi and bulls fear? Don't bulls want to find out the truth as well? Why do Remi and bulls insist on P3 while so many questions are asked by the scientific community?

This Post is from an account that no longer exists. Learn more

**Finding Nemo** @Nemo_is_NoOne · Dec 6, 2021
Is there a single person on the bull side has a PhD in neuroscience?

**Eshaan Rao** @SaltTheSnail7 · Dec 6, 2021
I have genuinely been trying to find one

**Jesse brodkin** @jesse_brodkin · Dec 6, 2021
I will give the first non-anonymous PhD working in the CNS field $50 if they publicly state they think Simufilam has a better than 6% chance of hitting it's primary endpoint in the first $sava P3. (If you're not joking, then I'm good for it)

**バイオ株** @ZhuBaio · Dec 7, 2021
Only one Ph.D. who can claim its efficacy would be Dr Amber Khan, co-author of Wang's research. I'm looking at her Ph.D. dissertation and there are a lot of dubious WBs...

This Post was deleted by the Post author. Learn more

**バイオ株** @ZhuBaio · Dec 7, 2021
You're so quick! 😛

This Post was deleted by the Post author. Learn more

**Arthur Singer** @sing3r · Dec 7, 2021
Too easy to claim any WB image is manipulated without having the originals and even then you can argue about how it was done endlessly. This is why some folks have made a career of smearing others based on conjecture.

### Relevant people

**Jesse brodkin** @jesse_brodkin
Liberal, scientist, small business owner

**Lawrence Shaw** @lawrenceshaw82
ad-science.org No financial advices. Do your due diligence

**Aang** @Aang02315509
Sava long. Know what I know. May be wrong. Will help with DD. Disingenuous requests blocked. Biotech investing is risky. Sava is holy grail level risk

### What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

Trending in United States
**Leak**
73.5K posts

Sports · Trending
**Duncan**
14.5K posts

Politics · Trending
**Impeachment**
246K posts

Trending in United States
**#TransformersOne**
3,646 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2024 X Corp.

Document title: (1) Jesse brodkin on X: "@lawrenceshaw82 @Aang02315509 @kickmofoass @Nemo_is_NoOne @JJSchaible @Adrian_H @PatricioMarceso...
Capture URL: https://twitter.com/jesse_brodkin/status/1469782611421716482
Capture timestamp (UTC): Thu, 18 Apr 2024 13:34:54 GMT
Page 6 of 14







Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

originals and even then you can argue about how it was done endlessly. This is why some folks have made a career of smearing others based on conjecture.

3 · 8

**Jake Atchley** @jake_snake20 · Dec 7, 2021
Terms always thrown around…
"look like"
"Appears"
"Seems"
"Looks to be"
"I believe"

2 · 2

**Phloeodes Diabolicus** @PatricioMarceso · Dec 7, 2021
Yeah, you ever heard of the concept of "diplomacy" or being "polite"? I hope that such concepts don't require too much abstraction…

1 · 1

**Jake Atchley** @jake_snake20 · Dec 7, 2021
Is this you doing that? LOL

1 · 1

**Phloeodes Diabolicus** @PatricioMarceso · Dec 7, 2021
Glad my efforts aren't entirely lost here. 😉

1 · 2

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

**Jesse brodkin** @jesse_brodkin · Dec 7, 2021
yes it's depressing, it's even more depressing that when it's flagged in a journal, nothing happens which creates a perverse incentive to continue and potentially ruin these students careers CC @MarinaP63 @TurrigianoLab

3 · 2

**Lawrence Shaw** @lawrenceshaw82 · Dec 7, 2021
Yep very depressing. This one too btw. How could graphs D & F be so identical? They seem like different experiments (each repeated n = 3 times?) Not sure what's going on here.

**Figure 6.** ***CACNA1C, CACNA1A,* and *CACNA1H* mRNAs encode two distinct proteins from overlapping cistrons through a cap-independent mechanism.** (A,B,C) Western blot analysis of HEK293 protein lysates transiently transfected with *CACNA1C* (A), *CACNA1A* (B), or *CACNA1H* (C) *in vitro* transcribed mRNA. Full-length mRNAs were capped with either an m7G or an m7A cap. STOP construct had two premature termination codons inserted upstream of C-terminal protein start sites. 5'-hairpin constructs had a large hairpin structure inserted directly downstream of the initiating methionine. (D,E,F) qPCR analysis of RNA collected from HEK293 cells transiently transfected with *CACNA1C* (D), *CACNA1A* (E), or *CACNA1H* (F) mRNA. (n=3 for each condition).

4 · 2 · 13

**George Burns**
@gburn98

## Relevant people

**Jesse brodkin** @jesse_brodkin · Follow
Liberal, scientist, small business owner

**Lawrence Shaw** @lawrenceshaw82 · Follow
ad-science.org No financial advices. Do your due diligence

**Aang** @Aang02315509 · Follow
Sava long. Know what I know. May be wrong. Will help with DD. Disingenuous requests blocked. Biotech investing is risky. Sava is holy grail level risk

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

Trending in United States
**Leak**
73.5K posts

Sports · Trending
**Duncan**
14.5K posts

Politics · Trending
**Impeachment**
246K posts

Trending in United States
**#TransformersOne**
3,646 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

X

Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

HEK293 cells transiently transfected with *CACNA1C* (D), *CACNA1A* (E), or *CACNA1H* (F) mRNA. (n=3 for each condition).

4 2 13

This Post was deleted by the Post author. Learn more

**Lawrence Shaw** @lawrenceshaw82 · Dec 7, 2021
Thank you. I am a humble spotter trying to follow the footsteps of Dr. Bik 👍
2 4

**Lawrence Shaw** @lawrenceshaw82 · Dec 7, 2021
@jesse_brodkin why did you delete your tweet? Are you saying I don't have a sharp eye 😭

1 6

**Jesse brodkin** @jesse_brodkin · Dec 7, 2021
Because it has nothing to do with $sava
2 3

**Jesse brodkin** @jesse_brodkin · Dec 7, 2021
It's a dick move
2 2

**Eshaan Rao** @SaltTheSnail7 · Dec 7, 2021
I mean if the man wants to be obsessed who am I to stop him
2 2

**Stacy** @mosquitobight · Dec 7, 2021
Well - you are a handsome young man with an impressive resume. I think he might be smitten. I def think you can do much better though 😉
1 2

**Lawrence Shaw** @lawrenceshaw82 · Dec 7, 2021
This comment made me 🤣🤣 for so many untruths in it. Anyway yeah .. sure. I think @Apexx_Gamer will respond better to you 😅
1

**George Burns**
@gburn98

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Lawrence Shaw** @lawrenceshaw82 Follow
ad-science.org No financial advices. Do your due diligence

**Aang** @Aang02315509 Follow
Sava long. Know what I know. May be wrong. Will help with DD. Disingenuous requests blocked. Biotech investing is risky. Sava is holy grail level risk

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

Trending in United States
**Leak**
73.5K posts

Sports · Trending
**Duncan**
14.5K posts

Politics · Trending
**Impeachment**
246K posts

Trending in United States
**#TransformersOne**
3,646 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

X
Post
Search
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

**Lawrence Shaw** @lawrenceshaw82 · Dec 7, 2021
This comment made me 🤣🤣 for so many untruths in it. Anyway yeah .. sure. I think @Apexx_Gamer will respond better to you 😅
1

This Post is from an account that no longer exists. Learn more

**Stacy** @mosquitobight · Dec 9, 2021
Where's your pic gamer boy? Can't show your face?
1

This Post is from an account that no longer exists. Learn more

**Stacy** @mosquitobight · Dec 9, 2021
Hard to argue with an Incel slinging shit - hiding behind a giant phallic symbol. I'm guessing there is a bit of wishful thinking here.
1 3

This Post is from an account that no longer exists. Learn more

**Stacy** @mosquitobight · Dec 9, 2021
Wow - pretty funny for an anonymous failed gamer. Impressive flex.
1

This Post is from an account that no longer exists. Learn more

**Elisabeth Bik** @MicrobiomDigest · Dec 9, 2021
What a lovely addition to my collection of tweets by anonymous $Sava fans spewing misogynistic hate. Very classy, Apexx.
5 1 22

This Post is from an account that no longer exists. Learn more

**Lawrence Shaw** @lawrenceshaw82 · Dec 9, 2021
She looks at just one tweet of yours and conveniently ignores many from her friend Stacy who actually started the invectives about someone's looks. The thread is right here .. Anyway not surprised that Dr. Bik takes things out of context. Funny she retweeted her own message 😅
3 5

**Jesse brodkin** @jesse_brodkin · Dec 9, 2021
You guys are still on attack the messenger 🙄... read the new $sava CP and 😭 downloads.regulations.gov/FDA-2021-P-093...
3 3

**Lawrence Shaw** @lawrenceshaw82 · Dec 9, 2021
As for the binding affinity claims, Todd in Yahoo saved some analysis on my end. I will bet he is right. Anyway, to summarize, no reading this supplement didn't evoke the reaction you were hoping for. It was more like 🤣🤦‍♂️🤡

Todd 1 hour ago
I'm not a scientist but the attachment to the CP today seems to be centered around this statement.

'Our recent re-inspection of the Methods section for this crucial experiment shows seemingly irrefutable evidence of data manipulation/fabrication. The section states: "PTI-125's affinity for FLNA was determined in immunopurified FLNA using [C14]PTI-125 (57.7 Ci/mmol) .... Briefly, a binding curve was generated by incubation of 0.1 µg immunopurified FLNA from control or AD hippocampus ..."

more-so dialing in on the specific activity of [C14] in [C14]PTI-125 (57.7 Ci/mmol) where pure [C14] specific activity is 62.5 mCi/mmol.

Lets assume for just a second that their argument is valid.
1) Peptides containing one [C14] would have a specific activity of 50-60 mCi/mmol off by an order of magnitude (1000 to [C14]PTI-125: 57.7 Ci/mmol)

**Relevant people**

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Lawrence Shaw** @lawrenceshaw82 Follow
ad-science.org No financial advices. Do your due diligence

**Aang** @Aang02315509 Follow
Sava long. Know what I know. May be wrong. Will help with DD. Disingenuous requests blocked. Biotech investing is risky. Sava is holy grail level risk

**What's happening**

WWE Speed
Wrestling | Every Wedr · Last night

Trending in United States
Leak
73.5K posts

Sports · Trending
Duncan
14.5K posts

Politics · Trending
Impeachment
246K posts

Trending in United States
#TransformersOne
3,646 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

George Burns
@gburn98

← Post

> 'Our recent re-inspection of the Methods section for this crucial experiment shows seemingly irrefutable evidence of data manipulation/fabrication. The section states: 'PTI-125's affinity for FLNA was determined in immunopurified FLNA using [C14]PTI-125 (57.7 Ci/mmol) ... Briefly, a binding curve was generated by incubation of 0.1 μg immunopurified FLNA from control or AD hippocampus ..."
>
> more-so dialing in on the specific activity of [C14] in [C14]PTI-125 (57.7 Ci/mmol) where pure [C14] specific activity is 62.5 mCi/mmol.
>
> Lets assume for just a second that their argument is valid.
> 1) Peptides containing one [C14] would have a specific activity of 50-60 mCi/mmol off by an order of magnitude (1000 to [C14]PTI-125: 57.7 Ci/mmol)
> 2) Is it a possibility that there was a human error leaving the "m" out of the documentation? where it should have been documented [C14]PTI-125 (57.7 mCi/mmol)
>
> The argument in supplement is then reduced to toilet paper.
> Since the clinical trial results support Simufilam, it appears that the entire CP is based on a clerical error and not the underlying science.
>
> Hope the FDA sees this quickly

○ 3        ⇄ 3        ♡ 3        📊        🔖  ⬆️

**Phloeodes Diabolicus** @PatricioMarceso · Dec 9, 2021
Honest question: Doesn't it become tiring constantly having to come up with reasons why something can be defended / justified? At which point does the evidence finally add up and become overwhelming? Never? Maybe $SAVA then should file for tax exemption, as religious institution.

○ 3        ⇄ 2        ♡ 9        📊        🔖  ⬆️

**Aang** @Aang02315509 · Dec 9, 2021
No it isn't tiring clarifying made up FUD. Your latest attacks exploiting a typo. We can wait for p3 results. Can you ?

○ 3        ⇄         ♡ 4        📊        🔖  ⬆️

**Phloeodes Diabolicus** @PatricioMarceso · Dec 9, 2021
How is it exploiting a typo though?

○ 1        ⇄         ♡ 1        📊        🔖  ⬆️

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 9, 2021
I suspect he means the hypothetical missing "m"?

○ 1        ⇄         ♡ 1        📊        🔖  ⬆️

**Phloeodes Diabolicus** @PatricioMarceso · Dec 9, 2021
Ok, what about it?

○ 1        ⇄         ♡         📊        🔖  ⬆️

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 9, 2021
Ask him.  I've more been focused on all the other binding displacement data, such at that detailed in the '068 patent. col 147, sec. E.  (where $SAVA used FITC-NLX).  Or what's detailed in Fig 2 & 3 on pg 3 of the following (which used [3H-NLX]).

journals.plos.org/plosone/articl...

○ 2        ⇄         ♡         📊        🔖  ⬆️

**Adrian H** @Adrian_H · Dec 9, 2021
Which one of those provides evidence for binding of the actual $SAVA drug, Simufilam, to the actual supposed target, FLNA?  (I thought you told me that the "cryptic binding sites" on the native protein were critical..)

$SAVA isn't going to be able to BS their way out of this..

○ 1        ⇄         ♡ 3        📊        🔖  ⬆️

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 9, 2021
For nth time, I remain agnostic if direct binding of PTI-125 to FLNA is real as I retain other hypothesis, ex: allosteric interaction with a key FLNA binding partner, or  A strand inhibitor.  Still, there's clear in vivo data that shows FLNA related activity outside the Wang lab.

○ 2        ⇄         ♡         📊        🔖  ⬆️

**Adrian H** @Adrian_H · Dec 9, 2021
Wut?  The premise of the entire charade (both for AD and for Bordey's bizarre claims) is that the drug binds FLNA.  The key data

Document title: (1) Jesse brodkin on X: &quot;@lawrenceshaw82 @Aang02315509 @kickmofoass @Nemo_is_NoOne @JJSchaible @Adrian_H @PatricioMarceso...
Capture URL: https://twitter.com/jesse_brodkin/status/1469782611421716482
Capture timestamp (UTC): Thu, 18 Apr 2024 13:34:54 GMT                                                                Page 10 of 14



Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

2

**Adrian H** @Adrian_H · Dec 9, 2021
Wut? The premise of the entire charade (both for AD and for Bordey's bizarre claims) is that the drug binds FLNA. The key data $SAVA showed to establish that is physically impossible and MADE UP. It is all a complete fraud.

1 · 5

**Jesse brodkin** @jesse_brodkin · Dec 9, 2021
Since the patent contains fraudulent data, even if it does "work" (it won't) it will be the company with the best chemical manufacturing and distribution that will make money of it, and that ain't $sava

3 · 6

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 10, 2021
At a minimum, you do know about data exclusively, right? Even if zero patent (highly unlikely) newly approved NCEs are granted periods data exclusivity.
Ex. in EU, 8 yrs. In some cases, this is longer than remaining patent term.

ema.europa.eu/en/glossary/da....

2

**Adrian H** @Adrian_H · Dec 10, 2021
AYFKM?

Give it up Jake.. you are embarrassing yourself. What do you think you are accomplishing?

2 · 1

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 10, 2021
Are you seriously unaware of EMA & FDA data exclusivity grants? Or it this just another case of you being triggered by actual facts which contradict your narrative?

From fda.gov

3 · 2

**Finding Nemo** @Nemo_is_NoOne · Dec 10, 2021
Jake, would you please comment on $SAVA's clinical trial conduct? Let's set aside the science for a moment, could we look at the new evidence and say whether $SAVA violated FDA guidelines for clinical trials? Shouldn't FDA look into this first?

2 · 1 · 4

**Chris** @kickmofoass · Dec 11, 2021
Not FDA's responsibility to look into Joppa violation.

1

**Jesse brodkin** @jesse_brodkin · Dec 11, 2021
That would be hhs, reported to them yesterday

**George Burns**
@gburn98

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Lawrence Shaw** @lawrenceshaw82 Follow
ad-science.org No financial advices. Do your due diligence

**Aang** @Aang02315509 Follow
Sava long. Know what I know. May be wrong. Will help with DD. Disingenuous requests blocked. Biotech investing is risky. Sava is holy grail level risk

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

Trending in United States
**Leak**
73.5K posts

Sports · Trending
**Duncan**
14.5K posts

Politics · Trending
**Impeachment**
246K posts

Trending in United States
**#TransformersOne**
3,646 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

← Post

Not FDA's responsibility to look into Joppa violation.

💬 1    🔁    ♡    📊    🔖    ↗

**Jesse brodkin** @jesse_brodkin · Dec 11, 2021
That would be hhs, reported to them yesterday

💬 2    🔁    ♡ 1    📊    🔖    ↗

**Lawrence Shaw** @lawrenceshaw82 · Dec 11, 2021
Again not "attacking messenger", but curious what the reporting was about? That they used patient initials for marking the samples? Hope you also told the HHS how you made 2/3rds of the initials public when it was probably meant to be confined to the custodians in the chain.

💬 2    🔁    ♡ 2    📊    🔖    ↗

**Aang** @Aang02315509 · Dec 11, 2021
Doctor and labs usually share patient name and details with each other. I assume its a circle of trust. Someone publicizing that information is probably more liable

💬 1    🔁    ♡ 1    📊    🔖    ↗

**Lawrence Shaw** @lawrenceshaw82 · Dec 11, 2021
Right. Also I haven't seen all the FOIA emails to check if the whole names and details were transparent. Do you know about that?

💬 1    🔁    ♡    📊    🔖    ↗

**Aang** @Aang02315509 · Dec 11, 2021
So far I have only seen initials. I don't think revealing those violate HIPAA. So maybe Jesse is ok

💬 1    🔁    ♡ 2    📊    🔖    ↗

**Lawrence Shaw** @lawrenceshaw82 · Dec 11, 2021
Then what is the HHS report about? That's why I am confused about this whole thing. Patient initials being used isn't HIPAA violation if it can't be used to de-identify .. and particularly when patients consent to its usage. So what did Cassava do wrong that Jesse didn't?

💬 2    🔁    ♡ 1    📊    🔖    ↗

**Aang** @Aang02315509 · Dec 11, 2021
I think he is suggesting that cassava did not get patient consent. Perhaps there were more than just initials in other emails. I haven't seen any of those drop in redacted form so it doesn't make sense. Anyway It's a routine form all of us fill at any clinic

💬 3    🔁    ♡ 1    📊    🔖    ↗

**Lawrence Shaw** @lawrenceshaw82 · Dec 11, 2021
I don't believe that people voluntarily participating in experimental drug research are not providing content to their "initials" to be used within the confines of the study.

💬 2    🔁    ♡ 1    📊    🔖    ↗

**Jesse brodkin**
@jesse_brodkin

Key is "confines of the study", obv Pei and Wang lab are supposed to be blind according to SEC filings and *very probably* study protocol. It's a shit-show of fraud and incompetence. SEC has been informed of $sava lies on filings 👍

9:34 PM · Dec 11, 2021

💬 3    🔁    ♡ 6    🔖    ↗

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

9:34 PM · Dec 11, 2021

3 6

Post your reply Reply

**Jake Atchley** @jake_snake20 · Dec 11, 2021
Prolly, seems, appears to be, we believe, this is all an effing joke.

**Jake Atchley** @jake_snake20 · Dec 13, 2021
Adding "very probably" to my list, "prolly" haven't seen that one yet.

**バイオ株** @ZhuBaio · Dec 13, 2021
This is a clinical trial 101. $SAVA case will be a good material for medical undergrad exam.
2

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Lawrence Shaw** @lawrenceshaw82 Follow
ad-science.org No financial advices. Do your due diligence

**Aang** @Aang02315509 Follow
Sava long. Know what I know. May be wrong. Will help with DD. Disingenuous requests blocked. Biotech investing is risky. Sava is holy grail level risk

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

Trending in United States
**Leak**
73.5K posts

Sports · Trending
**Duncan**
14.5K posts

Politics · Trending
**Impeachment**
246K posts

Trending in United States
**#TransformersOne**
3,646 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

← Post

Search

バイオ株 @ZhuBaio · Dec 13, 2021

This is a clinical trial 101. $SAVA case will be a good material for medical undergrad exam.

2

## Relevant people

**Jesse brodkin**
@jesse_brodkin
Follow
Liberal, scientist, small business owner

**Lawrence Shaw**
@lawrenceshaw82
Follow
ad-science.org No financial advices. Do your due diligence

**Aang**
@Aang02315509
Follow
Sava long. Know what I know. May be wrong. Will help with DD. Disingenuous requests blocked. Biotech investing is risky. Sava is holy grail level risk

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

Trending in United States
**Leak**
73.5K posts

Sports · Trending
**Duncan**
14.5K posts

Politics · Trending
**Impeachment**
246K posts

Trending in United States
**#TransformersOne**
3,646 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



