# EXHIBIT 31

![PageVault]

| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "It looks like my perfectly reasonable letter regarding an opaque investigation of the $sava manipulated images by JoN didn't make the latest issue. I trust electronic publication can proceed without further delay ☐ The scientific community deserves transparency @MarinaP63" / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1471481003445268487 |
| Page loaded at (UTC): | Thu, 18 Apr 2024 13:41:42 GMT |
| Capture timestamp (UTC): | Thu, 18 Apr 2024 13:42:25 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 3 |
| Capture ID: | 9fC1iVcW5UH8qT6xLmrugN |
| User: | bfca-sdelaney |

PDF REFERENCE #:      37vMx12raeFkDePik83idx

X

Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

**Jesse brodkin**
@jesse_brodkin

It looks like my perfectly reasonable letter regarding an opaque investigation of the $sava manipulated images by JoN didn't make the latest issue. I trust electronic publication can proceed without further delay 👍 The scientific community deserves transparency @MarinaP63

**Jesse brodkin** @jesse_brodkin · Dec 16, 2021
Replying to @MarinaP63
@MarinaP63 I think this is a fair letter regarding your published erratum in JoN and deserves publication and an editors response before January (as "a few days" suggests).

9:31 PM Wed Dec 15

jneuro-feedback@highwire.org
To: Jesse Brodkin
Saturday

**Thank you for your eLetter response to Journal of Neuroscience**

Thank you for your submission. Below is a copy of your eLetter as we received it. Your eLetter, if accepted, should be viewable within a few days.

Sincerely,
The Editorial staff of Journal of Neuroscience

---------------------------------------------

Article (citation):

*"Erratum: Wang et al., "Reducing Amyloid-Related Alzheimer's Disease Pathogenesis by a Small Molecule Targeting Filamin A"." Journal of Neuroscience (2021): JN-ERR-2154-21. Web. 11 Dec. 2021.*

https://www.jneurosci.org/content/early/2021/11/10/JNEUROSCI.2154-21.2021

The eLetter *RE: Accompanying statement to this Erratum* was submitted on 11 Dec 2021:

This erratum was accompanied by a statement authorized by The Journal of Neuroscience authorized made by Cassava Sciences, reprinted in full below: "The Journal of Neuroscience follows COPE [Committee on Publication Ethics] guidelines and takes any claims of misconduct very seriously. In response to allegations of data manipulation in JNeurosci 2012;32:9773-9784 the Journal requested raw data, including images of original, uncropped Western blots. The Journal determined that there was one duplicated panel in Figure 8 and a Corrigendum was requested and will be printed. No evidence of data manipulation was found for Western blot data." However, upon inspection of the blot images it is arguably apparent that image manipulation has occurred (see pubpeer.com/publications/C239004AE2A2064BB47193DE5275AB). Would the authors of the authorized statement from the Journal of Neuroscience please disclose who exactly authorized this statement, who was involved in coming to the conclusion of "no evidence of manipulation" and what methods, including who was involved in the application of those methods, were employed to come to this determination? Additionally, this erratum is not accompanied by any COI statement. Would the authors of the authorized statement also please disclose any conflicts of interest of the persons involved in the decision and authorization for publication of the conclusions? This request seems reasonable as findings, even negative ones, in this journal typically require named authors, detailed methods and COI statements.

2:03 PM · Dec 16, 2021

2 2 8

Post your reply Reply

Show more replies

George Burns
@gburn98

**Relevant people**

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Marina Picciotto** @MarinaP63 Follow
Yale Interdepartmental Neuroscience Program Director, SfN president, nicotinian and Iso's mom

**What's happening**

WWE Speed
Wrestling | Every Wedr · Last night

#UngentlemanlyWarfare💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending in United States
Leak
74K posts

Sports · Trending
Trae Young
10.7K posts

Trending in Washington
Pete
41K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

← Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Show more replies

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Marina Picciotto** @MarinaP63 Follow
Yale Interdepartmental Neuroscience Program Director, SfN president, nicotinian and Iso's mom

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending in United States
**Leak**
74K posts

Sports · Trending
**Trae Young**
10.7K posts

Trending in Washington
**Pete**
41K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**George Burns** @gburn98 ···



