# EXHIBIT 32



| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "@Fitosifitness @gorrepativ @JoeSpringer I think the cognitive scores, like the biomarker data are lies and meant to defraud investors and contaminate the market for real science. $sava does a disservice to AD patients, and investors. What I have said about $sava research is true and undisputed by $sava☐  ♂" / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1471936321950302210 |
| Page loaded at (UTC): | Thu, 18 Apr 2024 13:52:48 GMT |
| Capture timestamp (UTC): | Thu, 18 Apr 2024 13:54:08 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 5 |
| Capture ID: | n4fcSpVmG4zNcbtL4omYtX |
| User: | bfca-sdelaney |

PDF REFERENCE #:    fxUJUQYB68nUSjRCXsjSvy



# Post

**O** @Fitosifitness · Dec 17, 2021
If Remi is a charlatan as you believe him to be, then why did he not sell at all time highs? And if in fact they are lying, won't phase 3 expose the truth?

💬 3    🔁    ♡ 3    📊    🔖    📤

**Jesse brodkin** @jesse_brodkin · Dec 17, 2021
I don't pretend or want to understand Remi. Yes P3 will fail. There is no need to put off the exposing and punishing the fraudulent behavior until that time. They are currently engaged in a massive fraud and should be stopped. The P3 is an additional but separate matter, imo

💬 1    🔁    ♡    📊    🔖    📤

**Venkat Gorrepati** @gorrepativ · Dec 17, 2021
Not many people believe your stories, may be few shorts believe this. There are many drugs failed in P3 and save also may fail but not because of fraud.

💬    🔁    ♡ 2    📊    🔖    📤

**StonksOnly** @StonksOnly6 · Dec 18, 2021
@jesse_brodkin diservice to AD patients? How, pls explain how? The drug is safe and well tolerated, no adverse side effects, and it shows improvement. If anything, you and people like you are doing diservice to each and every family affected by Alzheimers. You should be ashamed

💬 1    🔁 4    ♡ 11    📊    🔖    📤

## More replies

**Capt KO** @CaptKO1 · Dec 18, 2021
So you believe that everyone associated with SAVA is lying? Even the independent trial sites and those reading the data. Add in the FDA and NIH to the long list as well. In what universe does that even make sense? You continue to be delusional and are doing the real harm. Prayay

💬 1    🔁 1    ♡ 3    📊    🔖    📤

**Jesse brodkin** @jesse_brodkin · Dec 18, 2021
It only takes Wang, Remi and probably Burns to be active liars. Some at $sava are turning blind eye. Reg agencies haven't engaged yet. Sites are not privy to manipulation and need not be complicit.

💬    🔁 1    ♡ 4    📊    🔖    📤

**Jesse brodkin** @jesse_brodkin · Dec 17, 2021
Either I am an annoying skeptic or Remi is a sociopathic criminal taking advantage of sick and desperate people. Skeptic is an important and critical role in scientific inquiry while sociopath is an undisputed societal evil. Focus your attention as you see fit.

💬 2    🔁    ♡ 2    📊    🔖    📤

Show replies

**Incite Insight** @1inciteinsight · Dec 18, 2021
Jesse, do you believe 16 independent sites, with independent PIs, monitored by an independent CRA, all verified by the FDA and IRB, are faking the cog data?

Here is the kicker, I haven't even listed all the three-letter redundancies to ensure integrity.

💬    🔁 1    ♡ 2    📊    🔖    📤

**Benjamin Kosinski** @BennyyK · Dec 17, 2021
Disservice to ALZ patients? How delusional are you? Don't play



Case 1:22-cv-09409-GHW-OTW   Document 121-32   Filed 04/29/24   Page 6 of 6



Document title: (1) Jesse brodkin on X: &quot;@Fitosifitness @gorrepativ @JoeSpringer I think the cognitive scores, like the biomarker data are lies and meant to defrau…
Capture URL: https://twitter.com/jesse_brodkin/status/1471936321950302210
Capture timestamp (UTC): Thu, 18 Apr 2024 13:54:08 GMT
Page 4 of 4