# EXHIBIT 33

PageVault

| | |
|---|---|
| Document title: | Jesse brodkin on Twitter: "Important point on the continuing obligation JoN has to it's readers and the scientific community regarding $sava fraud in it's journal.… https://t.co/gzQFCtO6zr" |
| Capture URL: | https://web.archive.org/web/20211217215857/https:/twitter.com/jesse_brodkin/status/1471961847876272129 |
| Page loaded at (UTC): | Wed, 24 Apr 2024 19:59:16 GMT |
| Capture timestamp (UTC): | Wed, 24 Apr 2024 19:59:46 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 2 |
| Capture ID: | 5dGxNJST8GA5Ji4espxwVn |
| User: | bfca-mswanson |

PDF REFERENCE #:     voXcP6NCDzrr1MNf2oAqpn

Home About Have an account? Log in

**Jesse brodkin**
@jesse_brodkin

Follow

Important point on the continuing obligation JoN has to it's readers and the scientific community regarding $sava fraud in it's journal.

> **Alexander Trevelyan** @ClicksAndHisses
> Allow me to also clarify that the images in the erratum did not come from CUNY, they came from Cassava. @MarinaP63 has confirmed as much, and in this case there is no reason to wait for CUNY to finish their investigation before taking more firm acton.
> Show this thread

1:53 PM - 17 Dec 2021

2 Likes

2

© 2021 Twitter About Help Center Terms Privacy policy Imprint Cookies Ads info

**Jesse brodkin**
@jesse_brodkin

Liberal, scientist, small business owner

New Jersey, USA

Joined July 2012

© 2021 Twitter About Help Center Terms Privacy policy Imprint Cookies Ads info

