# EXHIBIT 34

PageVault

| | |
|---|---|
| Document title: | Jesse brodkin on Twitter: "It took a decade for Remi to build the $sava scam. Through scientific teamwork and perseverance we have exposed this fraud. The tide is turning 🔒   #ENDALZ… https://t.co/ZIA6kciyGs" |
| Capture URL: | https://web.archive.org/web/20211219001652/https:/twitter.com/jesse_brodkin/status/1472360231678234630 |
| Page loaded at (UTC): | Mon, 29 Apr 2024 14:08:53 GMT |
| Capture timestamp (UTC): | Mon, 29 Apr 2024 14:10:22 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 2 |
| Capture ID: | f9cBjf1yCi1a91BcWgtMmN |
| User: | bfca-ccoronado |

PDF REFERENCE #:     m4GMR1vW7mH3hcW8wXQKiL



Document title: Jesse brodkin on Twitter: &quot;It took a decade for Remi to build the $sava scam. Through scientific teamwork and perseverance we have exposed this…
Capture URL: https://web.archive.org/web/20211219001652/https://twitter.com/jesse_brodkin/status/1472360231678234630
Capture timestamp (UTC): Mon, 29 Apr 2024 14:10:22 GMT
Page 1 of 1