# EXHIBIT 35

PageVault

| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "But just on sheer impact, this guy is probably the winner. An image manipulation in response to questions of image manipulation followed by market manipulation. I could see jail time and an Editor resigning justified by this one pic alone. ☐   $sava https://t.co/Oc757q1w0v" / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1473031196334596099 |
| Page loaded at (UTC): | Thu, 18 Apr 2024 14:07:55 GMT |
| Capture timestamp (UTC): | Thu, 18 Apr 2024 14:09:03 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 7 |
| Capture ID: | oWdgtLpsgFqbZ4ZmuFGbwP |
| User: | bfca-sdelaney |

PDF REFERENCE #:    uVcYTtgJfimBBZoV2Zn2e6

X

Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

**Jesse brodkin** @jesse_brodkin · Dec 20, 2021

Award ceremony for $sava’s most brazen lie will be held in Twitter Spaces on January 27th, get your votes in. Reply to this tweet with you favorites. Winner gets 🎩

> **Adrian H** @Adrian_H · Dec 20, 2021
> Replying to @Adrian_H
> Does Wang 2017 deserve to win first for its physical impossibility, or Wang 2021 for comedy? $SAVA

5 · 13

**Jesse brodkin** @jesse_brodkin · Dec 20, 2021

Throwing this wandering $sava data point in the mix because he got the ball rolling 😘

1 · 4

**Jesse brodkin** @jesse_brodkin · Dec 20, 2021

Ahhhh and who can forget “the deal”, pure $sava pump genius 👌 .... And never happened 🤷‍♂️ so weird 😜.... Peng is still swimming with this lure in his mouth 😂

George Burns
@gburn98

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

## What’s happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare** 💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Music · Trending
**#TTPDBoardMeeting**
Trending with Lavender Haze, Midnight Rain

Politics · Trending
**Jesse Watters**

Trending in United States
**Eliot Wolf**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

**Luosheng Peng** @LuoshengPeng

$SAVA the biggest surprise from the C/C this morning was a large partner would come to fund its trial.

- it will come in weeks or a month
- it will not dilute the ownership
- it further validates the trial results released last week!

I'll add more over the next few weeks.

7:22 PM · 8/3/21 · Twitter Web App

7 Retweets 2 Quote Tweets 72 Likes

2 1 5

**Jesse brodkin** @jesse_brodkin · Dec 20, 2021

On a more serious note, $sava assured us "biomarkers don't lie", but Wang does! And wang was NEVER blinded 🤷‍♂️

1 5

**Jesse brodkin** @jesse_brodkin · Dec 20, 2021

"Buh buh the Open Label, you can't fudge that"... $sava pushed the limits of probability beyond credulity with their outrageous cherry-picking and cherry-dropping of patients... it's right there in the baseline 😎

1 5

**Jesse brodkin** @jesse_brodkin · Dec 20, 2021

This one was a pretty funny $sava lie too... a lie about a lie 😜

**Fiction:** Plasma p-tau for one individual Alzheimer's patient increased by 235%,

George Burns
@gburn98

Search

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare** 💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Music · Trending
**#TTPDBoardMeeting**
Trending with Lavender Haze, Midnight Rain

Politics · Trending
**Jesse Watters**

Trending in United States
**Eliot Wolf**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

George Burns
@gburn98

This one was a pretty funny $sava lie too… a lie about a lie 😜

**Fiction**: Plasma p-tau for one individual Alzheimer's patient increased by 235%, which was not shown in the scatterplot.

**Fact**: This patient's plasma p-tau increased by 38%, not 235%, as shown in a scatterplot.[2]

1 3

**Jesse brodkin** @jesse_brodkin · Dec 20, 2021

I like this one for trying to get through to particularly dense $sava bulls… all you have to do is be able to count to 22… you can do it bulls, I know you can 🤓

1 5

**Jesse brodkin** @jesse_brodkin · Dec 20, 2021

While we are on SavaDX here's another doozy of a $sava lie… (this poster man, I tell ya it's gunna win some awards one day 😜)

2 4

**Jesse brodkin** @jesse_brodkin · Dec 20, 2021

Just keeping score on that $sava P2b poster… cause it gets mind-numbing trying to keep track

**Relevant people**

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**What's happening**

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Music · Trending
**#TTPDBoardMeeting**
Trending with Lavender Haze, Midnight Rain

Politics · Trending
**Jesse Watters**

Trending in United States
**Eliot Wolf**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post
George Burns
@gburn98

Post

2 · 4

**Jesse brodkin** @jesse_brodkin · Dec 20, 2021

Just keeping score on that $sava P2b poster… cause it gets mind-numbing trying to keep track

1 · 9

**Jesse brodkin** @jesse_brodkin · Dec 20, 2021

From a financial point of view this may be the most damaging $sava lie. These intentionally manipulated images are in the patent and already ADMITTED to in JoN Erratum 😜

> **Jesse brodkin** @jesse_brodkin · Aug 26, 2021
> Replying to @zbiotech
> $sava and it appears they used these questionable slides in their patent .... oops
> [Q for attorneys, invalid patent if doctored data?]

1 · 8

**Jesse brodkin**
@jesse_brodkin

But just on sheer impact, this guy is probably the winner. An image manipulation in response to questions of image manipulation followed by market manipulation. I could see jail time and an Editor resigning justified by this one pic alone. 🚔 $sava

8:42 PM · Dec 20, 2021

Search

Relevant people
Jesse brodkin @jesse_brodkin Follow
Liberal, scientist, small business owner

What's happening
WWE Speed
Wrestling | Every Wedr · Last night
#UngentlemanlyWarfare💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare
Music · Trending
#TTPDBoardMeeting
Trending with Lavender Haze, Midnight Rain
Politics · Trending
Jesse Watters
Trending in United States
Eliot Wolf
Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

Figure 9.

8:42 PM · Dec 20, 2021

3 1 7

Post your reply

Reply

**Jesse brodkin** @jesse_brodkin · Dec 20, 2021

I almost forgot, this 👆 $sava crime was preceded by an attempted get-away 🚓🚙..

> **Jim H** @JimAKCO · Dec 20, 2021
> Replying to @jesse_brodkin
> "We don't have the original blots" but we can provide one to JoN and halt the market to announce it foiled them!

5

**super_plix** @super_plix · Dec 21, 2021

Is it weird that that the seven blots from the published figure don't line up with the original, uncropped blot?

1

**G5 Games** @G5games Ad

Don't miss out on the best Hidden Object Game. Play Hidden City Now for Free!

From g5.com

15 5 60 295K

**UpsideDown** @geauxUL · Dec 21, 2021

Can you explain what we're looking at in this pic? What are the red arrows pointing to?

**George Burns**
@gburn98

## Relevant people

**Jesse brodkin**
@jesse_brodkin
Follow
Liberal, scientist, small business owner

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Music · Trending
**#TTPDBoardMeeting**
Trending with Lavender Haze, Midnight Rain

Politics · Trending
**Jesse Watters**

Trending in United States
**Eliot Wolf**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**UpsideDown** @geauxUL · Dec 21, 2021
Can you explain what we're looking at in this pic? What are the red arrows pointing to?

George Burns
@gburn98

## Relevant people

**Jesse brodkin**
@jesse_brodkin
Follow
Liberal, scientist, small business owner

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Music · Trending
**#TTPDBoardMeeting**
Trending with Lavender Haze, Midnight Rain

Politics · Trending
**Jesse Watters**

Trending in United States
**Eliot Wolf**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.











