# EXHIBIT 36

PageVault

| | |
|---|---|
| Document title: | (1) Adrian H on X: "Decent chance that $SAVA ends red.. Just another pathetic and increasingly desperate pump-and-dump onto the ignorant and credulous. It is all made up." / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1473315921972314118 |
| Page loaded at (UTC): | Thu, 18 Apr 2024 14:09:38 GMT |
| Capture timestamp (UTC): | Thu, 18 Apr 2024 14:10:33 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 4 |
| Capture ID: | rxFUEBWuan3JGrnDFEpNLD |
| User: | bfca-sdelaney |

PDF REFERENCE #:    fBy6FdmxpRbnU19frAM4qU

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

**Adrian H**
@Adrian_H

Decent chance that $SAVA ends red..

Just another pathetic and increasingly desperate pump-and-dump onto the ignorant and credulous.

It is all made up.

3:34 PM · Dec 21, 2021 from Manhattan, NY

13 4 43

Post your reply Reply

**wcrichards** @wcrich1 · Dec 21, 2021
Cassava biggest problem... SUPPLY OF GREATER FOOLS IS SLOWING. $SAVA
1 11

**Adrian H** @Adrian_H · Dec 21, 2021
step up, Arthur @sing3r

**Midwestern Hedgie** @MidwestHedgie · Dec 21, 2021
$SAVA is the $GSX / $GOTU of biotech (fraud in plain sight, a few people pretending otherwise and squeezing the stock for fun), except $GSX had some small part of its business that was real.
3 16

**Adrian H** @Adrian_H · Dec 21, 2021
Except they are dosing people in the US with a useless drug and doing lumbar punctures and making a mockery of the entire system
1 5

Show replies

**kingkang** @kingkang80 · Dec 21, 2021
Puts are too expensive and shorting is too risky
1

**Lara Trump** @LaraLeaTrump Ad
From the entire Trump Family: We are very grateful for your support.

If you can chip in anything today, it will go a long way to Make America Great Again.

## Relevant people

**Adrian H** Follow
@Adrian_H
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Music · Trending
**#TTPDBoardMeeting**
Trending with Lavender Haze, Midnight Rain

Trending in United States
**Eliot Wolf**

Trending in United States
**AARO**
2,682 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

From winred.com

6.8K 2.7K 13K 5M

**BruinAnteaterStocks** @BruinStocks · Dec 22, 2021
Are these like your daily affirmations? 😄

**To The Max** 📚📐♻️🔯 @what5g00d · Dec 21, 2021

**Crunchy** @CD_Payne · Dec 21, 2021
Can't get more borrow on Schwab!

**Grillzem** @grillzem · Dec 21, 2021
I'm not educated, or invested in sava, but why should I not trust the 3rd party journalists? They have way less to gain then the short report authors.

1 2

**Angus** @Angus74579561 · Dec 21, 2021
Lol

**njefjay** @njefjay · Dec 22, 2021
fyi: live.euronext.com/node/7998320

1

Show more replies

**George Burns**
@gburn98

## Relevant people

**Adrian H**
@Adrian_H
Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare** 💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Music · Trending
**#TTPDBoardMeeting**
Trending with Lavender Haze, Midnight Rain

Trending in United States
**Eliot Wolf**

Trending in United States
**AARO**
2,682 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

- Home
- Explore
- Notifications 1
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

Show more replies

**Relevant people**

**Adrian H**
@Adrian_H
Follow

Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**What's happening**

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Music · Trending
**#TTPDBoardMeeting**
Trending with Lavender Haze, Midnight Rain

Trending in United States
**Eliot Wolf**

Trending in United States
**AARO**
2,682 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**George Burns**
@gburn98





