# EXHIBIT 37

# PageVault

| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "$sava is doing societal harm as well as committing securities fraud by lying about their "science"" / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1473457850584338440 |
| Page loaded at (UTC): | Thu, 18 Apr 2024 14:11:42 GMT |
| Capture timestamp (UTC): | Thu, 18 Apr 2024 14:12:21 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 2 |
| Capture ID: | 38qV9NqPCLSrVXFGMZTiFe |
| User: | bfca-sdelaney |

PDF REFERENCE #:     pdeavD3wSmKg99V9oSFc5d

X

Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

**Jesse brodkin**
@jesse_brodkin

$sava is doing societal harm as well as committing securities fraud by lying about their "science"

> **Adrian H** @Adrian_H · Dec 21, 2021
> Replying to @Vinnie66007649 @US_FDA and @SEC_Enforcement
> 1. Offers false hope w/ no scientific basis & no chance of working, sold to pts & docs under false pretenses.
>
> 2. Prevents them from participating in other trials & wastes money th...
> Show more

12:58 AM · Dec 22, 2021

1 10

Post your reply Reply

**George Burns**
@gburn98

Search

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Vinnie** @Vinnie66007649 Follow
Seeking common sense, only facts. No bashing

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Music · Trending
**#TTPDBoardMeeting**
Trending with Lavender Haze, Midnight Rain

Politics · Trending
**Jesse Watters**
8,799 posts

Trending in United States
**Eliot Wolf**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

