# EXHIBIT 38

PageVault

| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "@ForBetterSci It doesn't matter WHO points out the fraud and lies of $sava (ad hominem #1). Not baseless as Remi already admitted "visual errors" (you're plain wrong or lying) Wester Blots are the foundation of sava's science ☐ ♂. "Clean" is just wishful thinking #10. You look foolish. https://t.co/qNwnOblzgd" / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1476114812266590209 |
| Page loaded at (UTC): | Thu, 18 Apr 2024 14:16:22 GMT |
| Capture timestamp (UTC): | Thu, 18 Apr 2024 14:17:09 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 4 |
| Capture ID: | 7i6aZBXu6nQP2EaXDdZsnj |
| User: | bfca-sdelaney |

PDF REFERENCE #:   6gVEKUffAjG9FDQL6o3qgs







X

Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

This Post is from a suspended account. Learn more

**Jesse brodkin**
@jesse_brodkin

It doesn't matter WHO points out the fraud and lies of $sava (ad hominem #1). Not baseless as Remi already admitted "visual errors" (you're plain wrong or lying) Wester Blots are the foundation of sava's science 🤷‍♂️. "Clean" is just wishful thinking #10. You look foolish.

**George Burns**
@gburn98

## Relevant people

**Jesse brodkin**
@jesse_brodkin
Follow
Liberal, scientist, small business owner

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Yesterday

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Music · Trending
**#TTPDBoardMeeting**
Trending with Lavender Haze, Midnight Rain

Sports · Trending
**Dave Meltzer**

Trending in United States
**Eliot Wolf**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Post

8:56 AM · Dec 29, 2021

1 1 5

Post your reply Reply

**Phloeodes Diabolicus** @PatricioMarceso · Dec 29, 2021

So... does Poe's Law apply here? 😄

2

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

**George Burns**
@gburn98

Search

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Yesterday

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Music · Trending
**#TTPDBoardMeeting**
Trending with Lavender Haze, Midnight Rain

Sports · Trending
**Dave Meltzer**

Trending in United States
**Eliot Wolf**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Phloeodes Diabolicus** @PatricioMarceso · Dec 29, 2021
So... does Poe's Law apply here? 😁

2

**Relevant people**

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**What's happening**

**WWE Speed**
Wrestling | Every Wedr · Yesterday

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Music · Trending
**#TTPDBoardMeeting**
Trending with Lavender Haze, Midnight Rain

Sports · Trending
**Dave Meltzer**

Trending in United States
**Eliot Wolf**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**George Burns**
@gburn98

# EXHIBIT 38B

| | |
|---|---|
| Document title: | Jesse brodkin on Twitter: "It doesn't matter WHO points out the fraud and lies of $sava (ad hominem #1). Not baseless as Remi already admitted "visual errors" (you're plain wrong or lying) Wester Blots are the foundation of sava's science ☐ ♂. "Clean" is just wishful thinking #10. You look foolish.… https://t.co/JvYhCzJ9Es" |
| Capture URL: | https://web.archive.org/web/20211229094514/https:/twitter.com/jesse_brodkin/status/1476114812266590209 |
| Page loaded at (UTC): | Tue, 30 Apr 2024 01:23:51 GMT |
| Capture timestamp (UTC): | Tue, 30 Apr 2024 01:24:44 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 2 |
| Capture ID: | 1qjhvFbEzbuYCLYHcRD1yu |
| User: | bfca-ccoronado |

PDF REFERENCE #:     jgd639KcpGFQHYjRGE4nvF

**Jesse brodkin**
@jesse_brodkin

Liberal, scientist, small business owner

New Jersey, USA

Joined July 2012

**For Better Science** @ForBetterSci · 3h
This "article" relies on the baseless CP submitted by a lawyer working for someone invested in a competitor and someone who is short the stock - and on (don't laugh) Elizabeth Bik who specializes in criticizing finger paintings...err I mean wester blots. $SAVA is clean.

> **Dr. Keith R. Brunt** @prof_brunt
> Replying to @JoeSpringer
> There is a lot to explain, forbetterscience.com/2021/12/15/cas...
> $sava #ENDALZ

1 1

**Jesse brodkin**
@jesse_brodkin
Follow

Replying to @ForBetterSci

It doesn't matter WHO points out the fraud and lies of $sava (ad hominem #1). Not baseless as Remi already admitted "visual errors" (you're plain wrong or lying) Wester Blots are the foundation of sava's science 🤷‍♂️. "Clean" is just wishful thinking #10. You look foolish.

12:56 AM - 29 Dec 2021

1 Like

1

© 2021 Twitter About Help Center Terms Privacy policy Cookies Ads info

© 2021 Twitter About Help Center Terms Privacy policy Cookies Ads info

