# EXHIBIT 39

PageVault

| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "$sava is a fraudulent company cultivating a malicious mob through social media https://t.co/14BD62DYS6" / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1476671467764998144 |
| Page loaded at (UTC): | Thu, 18 Apr 2024 14:17:16 GMT |
| Capture timestamp (UTC): | Thu, 18 Apr 2024 14:17:57 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 3 |
| Capture ID: | aMLvdTKbVFtshSw9KBrttV |
| User: | bfca-sdelaney |

PDF REFERENCE #:     x8RSgBRWRdVtnN5osGdAJG

Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

**Jesse brodkin**
@jesse_brodkin

$sava is a fraudulent company cultivating a malicious mob through social media twitter.com/Adrian_H/statu...

> **Adam Feuerstein** @adamfeuerstein · Dec 30, 2021
> Warning: The $SAVA fight has escalated into dangerous territory.
>
> @JoeSpringer, ringleader of the Cassava retail investor mob, is using Twitter and YouTube to disclose the home addresses, phone numbers and other private info of people critical of Cassava....

9:48 PM · Dec 30, 2021

3 | 24

Post your reply | Reply

**Rafael Lopez G.** @Rafael_Lopez_G_ · Dec 31, 2021
That's quite a statement, can you prove $SAVA is a "fraudulent company" or is that your personal opinion?
1 | 3

**Lawrence Shaw** @lawrenceshaw82 · Dec 30, 2021
You can try throwing whatever shade you want on @JoeSpringer who wasn't aware of the doxxing, but what you guys did (QCM, Enea and Eshaan) was truly despicable. Posting LinkedIn bio and picture on twitter, reporting to employer and calling out family member names...
4 | 6 | 19

## More replies

**Mykel Hedetniemi** @MHedetniemi · Dec 30, 2021
I wish your retweet contained true information. I would definitely partake in send packages of poop to you people.

**George Burns**
@gburn98

Search

## Relevant people

**Jesse brodkin** @jesse_brodkin — Follow
Liberal, scientist, small business owner

**Adam Feuerstein** @adamfeuerstein — Follow
Reporter @statnews. The Harry Kane of biotech. Dog ❤️er. Polk Award winner. #COYS. Said one analyst: The likes of Adam Feuerstein attack viciously.

**Joe Springer** @JoeSpringer — Follow
I can do all things through Christ who strengthens me World's #1 Ranked Stock Analyst by Tipranks multibaggersvip.substack.com Stream 12 ET Weekdays

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Music · Trending
**#TTPDBoardMeeting**
Trending with Lavender Haze, Midnight Rain

Trending in United States
**Grusch**
Trending with AARO

Politics · Trending
**#morningjoe**
1,440 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Mykel Hedetniemi** @MHedetniemi · Dec 30, 2021
I wish your retweet contained true information. I would definitely partake in send packages of poop to you people.

George Burns
@gburn98

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Adam Feuerstein** @adamfeuerstein Follow
Reporter @statnews. The Harry Kane of biotech. Dog ❤️er. Polk Award winner. #COYS. Said one analyst: The likes of Adam Feuerstein attack viciously.

**Joe Springer** @JoeSpringer Follow
I can do all things through Christ who strengthens me World's #1 Ranked Stock Analyst by Tipranks multibaggersvip.substack.com Stream 12 ET Weekdays

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Music · Trending
**#TTPDBoardMeeting**
Trending with Lavender Haze, Midnight Rain

Trending in United States
**Grusch**
Trending with AARO

Politics · Trending
**#morningjoe**
1,440 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.



