# EXHIBIT 40

**PageVault**

| | |
|---|---|
| Document title: | (1) Adrian H on X: "Not content with fabricating scientific data, the $SAVA bulls are now fabricating correspondence from the DOJ for a pump.. https://t.co/T86tE3OZVT" / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1478028839150305282 |
| Page loaded at (UTC): | Thu, 18 Apr 2024 14:18:53 GMT |
| Capture timestamp (UTC): | Thu, 18 Apr 2024 14:19:41 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 4 |
| Capture ID: | e5fTG8rqCfczFCPsfg6cx3 |
| User: | bfca-sdelaney |

PDF REFERENCE #:    p4WAPPZwcTxGRhtKh9ZpiC





Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

**Adrian H**
@Adrian_H

Not content with fabricating scientific data, the $SAVA bulls are now fabricating correspondence from the DOJ for a pump..

Office by telephone at the above
y, United Department of Justice,

3:41 PM · Jan 3, 2022

7 · 3 · 22

Post your reply — Reply

**BruinAnteaterStocks** @BruinStocks · Jan 3, 2022
I have my doubts about the letter tbh with you. Most of us are pretty skeptical. Most of us aren't gonna distribute this unless we can verify its authenticity. $SAVA
1 · 4

**A.Martin007** @AMrtn007 · Jan 10, 2022
Jan 5th filed in the 8K they approved large bonuses for themselves before the company is even profitable and or considering paying back and portion to investors. Another red flag.

**Enea Milioris** @DRnotaDR · Jan 3, 2022
@sing3r Do we have a case against @JoeSpringer if he broadcasts blatantly faked material? TIA and happy new year!
1

**Tom** @Tom__Web · Jan 3, 2022
"Greco," lol.
1 · 2

**Omri Hurwitz** @OmriHurwitz · Ad
This AI product is making lots of headlines.

Go visit Gyaan's website to learn more about it.

DIGITAL JOURNAL

TECH & SCIENCE

This AI empowers sales teams to run and scale their revenue

By Mae Cornes Published April 11, 2024

## Relevant people

**Adrian H**
@Adrian_H
Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Music · Trending
**#TTPDBoardMeeting**
Trending with Lavender Haze, Midnight Rain

Sports · Trending
**Dave Meltzer**

Celebrities · Trending
**Megan Fox**
7,757 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

- Home
- Explore
- Notifications 1
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

From gyaan.ai

11 · 1 · 58 · 86K

**Eshaan Rao** @SaltTheSnail7 · Jan 3, 2022

This letter is laughable.

1 · 3

**Jowmax** @ChengyuGan · Jan 6, 2022

Stupidity is also energy, should be able to harness it. I am starting a small long position for short squeeze

Show more replies

## Relevant people

**Adrian H** @Adrian_H Follow

Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Music · Trending
**#TTPDBoardMeeting**
Trending with Lavender Haze, Midnight Rain

Sports · Trending
**Dave Meltzer**

Celebrities · Trending
**Megan Fox**
7,757 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**George Burns** @gburn98

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

Show more replies

## Relevant people

**Adrian H**
@Adrian_H
Follow

Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Music · Trending
**#TTPDBoardMeeting**
Trending with Lavender Haze, Midnight Rain

Sports · Trending
**Dave Meltzer**

Celebrities · Trending
**Megan Fox**
7,757 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

