# EXHIBIT 41

PageVault

| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "@ohadhammer Second step is to root out the frauds that are already in the market $sava" / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1478858109565161473 |
| Page loaded at (UTC): | Thu, 18 Apr 2024 14:22:48 GMT |
| Capture timestamp (UTC): | Thu, 18 Apr 2024 14:23:24 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 3 |
| Capture ID: | 7MNN2MaWX7JQNpGgLC16LP |
| User: | bfca-sdelaney |

PDF REFERENCE #:    g3Zxi4KFPHThHxSzLAbJAG





Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Ohad Hammer** @ohadhammer · Jan 5, 2022

I think Adam is spot on. If we want to restore the market's trust in biotech the first step is to stop IPOing preclin companies that are 3-4 years from meaningful clin data, esp when valuations are >500M
These companies don't belong on the public markets

> **Adam Feuerstein** @adamfeuerstein · Jan 5, 2022
> Replying to @PeterKolchinsky
> Peter, what I and others know is that there are more preclinical, riskier companies going public now than in the past. Trend is clear. That's not healthy for "the market." We all know you don't see this as a problem, and we expect you to make excuses for it.

12 6 93

**Jesse brodkin**
@jesse_brodkin

Second step is to root out the frauds that are already in the market $sava

10:37 PM · Jan 5, 2022

1 8

Post your reply
Reply

**Ohad Hammer** @ohadhammer · Jan 5, 2022

tbh I don't think that's a major issue for 99% of public biotechs. Most of them are credible and transparent about their activities. imo problem is the disconnect between valuations and risk profile + time to value creation

**George Burns**
@gburn98

Search

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Ohad Hammer** @ohadhammer Follow
Biotech VC

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Music · Trending
**#TTPDBoardMeeting**
Trending with Lavender Haze, Midnight Rain

Trending in United States
**Eliot Wolf**

Politics · Trending
**Vacate**
11.5K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

George Burns
@gburn98

**Ohad Hammer** @ohadhammer · Jan 5, 2022
tbh I don't think that's a major issue for 99% of public biotechs. Most of them are credible and transparent about their activities. imo problem is the disconnect between valuations and risk profile + time to value creation

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Ohad Hammer** @ohadhammer Follow
Biotech VC

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Music · Trending
**#TTPDBoardMeeting**
Trending with Lavender Haze, Midnight Rain

Trending in United States
**Eliot Wolf**

Politics · Trending
**Vacate**
11.5K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.