# EXHIBIT 42

PageVault

| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "@Aang02315509 @LogarithmicDis @arkabagchi24 @lawrenceshaw82 @pei_guy77 @sing3r @smogcitygiraffe @RonBurg26977072 @prof_brunt @PatricioMarceso @AD3ENDALZ @holyduckingshot @MattNachtrab @dogs_valley @DRnotaDR @Adrian_H @MicrobiomDigest @Apuntsdelcami @geoffrey_pitt @MarinaP63 @CassavaSciences @DrMariaALZ @alzassociation @alzfdn @Being_Patient_ @ADScience4 It is exactly that. Here is the proof. $sava has lied to the public, CTAD, SEC and now, apparently, you in private communications. https://t.co/k97xalUqgJ" / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1480332813232754693 |
| Page loaded at (UTC): | Thu, 18 Apr 2024 14:24:44 GMT |
| Capture timestamp (UTC): | Thu, 18 Apr 2024 14:26:15 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 16 |
| Capture ID: | 2Cfg5yd65DQUGLD1Nt99C5 |
| User: | bfca-sdelaney |

PDF REFERENCE #:     j8WeqbxYuYg9hsJdY2MwU5

X

Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

George Burns
@gburn98

**AD3** @AD3ENDALZ · Jan 8, 2022
Why not ? Please explain
1 · 1

**Dr. Keith R. Brunt** @prof_brunt · Jan 8, 2022
Well, how is it that this surgeons' date would get into the trial, and which trial when (Ph3 enrolment is at best just starting). And if they did, how did they know they were in the treatment and not placebo arm. Even so, they would at best be privy to self perception bias.
2 · 2

**AD3** @AD3ENDALZ · Jan 8, 2022
Lol … brunt / actually its the father that been in the OL p2 in since September NOT the P3

$SAVA your welcome

[redacted]
1mo ·

I'm sure some of you are dealing with a family member and dementia....I am and so many people I know are. Even though no one commented on my last post, it got hundreds of views and that's all I want. I want people to know there is a company out there whose #1 focus is treating, preventing, and curing Alzheimer's. So check them out when you can and find out if there is a study near your loved ones. #people #sava #cassavasciences #alzheimersawareness #alzheimersdisease #dementiaawareness

[redacted]
1mo ·

https://lnkd.in/emSTknQ9

Before you jump on band wagons of negative press for companies, think about all the patients who are participating. My father is in one of these studies, and his improvement since Sept. 1 has been amazing. Big Pharma is threatened by this company....
#neuroscience #journals #sava #cassavasciences

2 · 2 · 9

**Dr. Keith R. Brunt** @prof_brunt · Jan 8, 2022
Like I said, this can't be true. The pieces don't fit.
3

**Scott** @holyduckingshot · Jan 8, 2022
Yeah simple explanation, he entered ph2 open label trial 5 months AFTER the readout lol
1

**AD3** @AD3ENDALZ · Jan 8, 2022
Actually OL patients where increased from 100 - 150 -> 200 -> 220 so yes actually good news he is not part of the first 50
And showing improvement

$SAVA poor Scott
2 · 11

**Dr. Keith R. Brunt** @prof_brunt · Jan 8, 2022
Testimonials like this just compromise the integrity of the company.
6 · 3

**Lawrence Shaw** @lawrenceshaw82 · Jan 8, 2022
NOT coming the company. Why isn't that penetrating your brain?

## Relevant people

**Jesse brodkin** @jesse_brodkin — Follow
Liberal, scientist, small business owner

**Aang** @Aang02315509 — Follow
Sava long. Know what I know. May be wrong. Will help with DD. Disingenuous requests blocked. Biotech investing is risky. Sava is holy grail level risk

**LogarithmicDis** @LogarithmicDis — Follow
That's a cryoEM map of GABA ⬆ Where biotech and medicine collide Scientific integrity matters Opinions only

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare** 💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending
**#Panthers**

Music · Trending
**#TaylorSwift**
10.4K posts

Music · Trending
**#TTPDBoardMeeting**
7,747 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.



Document title: (1) Jesse brodkin on X: &quot;@Aang02315509 @LogarithmicDis @arkabagchi24 @lawrenceshaw82 @pei_guy77 @sing3r @smogcitygiraffe…
Capture URL: https://twitter.com/jesse_brodkin/status/1480332813232754693
Capture timestamp (UTC): Thu, 18 Apr 2024 14:26:15 GMT
Page 2 of 15









X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

Post

The more sunlight the better, imho. Still, I would love to hear from those more qualified than me.

2 · 8

**AD3** @AD3ENDALZ · Jan 8, 2022

Not sure you gonna have your answer from them ,like i did not have mine from bik when cornered in my last tweet to her but whatever. keep them honest they said ? 🧏 $SAVA and @adrian_h stop stalking my twitter account with your dog 🐕 account 😂and your other fake acnts #fail

4 · 4 · 16

This Post is unavailable. Learn more

**AD3** @AD3ENDALZ · Jan 8, 2022

$SAVA more proof starting ro emerge !!! #HOPE #ENDALZ @CassavaSciences @DrMariaALZ @alzassociation @alzfdn @Being_Patient_

3 · 11 · 28

**Matt Nachtrab** @MattNachtrab · Jan 8, 2022

Here are a couple more...

Search

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Aang** @Aang02315509 Follow
Sava long. Know what I know. May be wrong. Will help with DD. Disingenuous requests blocked. Biotech investing is risky. Sava is holy grail level risk

**LogarithmicDis** @LogarithmicDis Follow
That's a cryoEM map of GABA ⬆️ Where biotech and medicine collide Scientific integrity matters Opinions only

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending
**#Panthers**

Music · Trending
**#TaylorSwift**
10.4K posts

Music · Trending
**#TTPDBoardMeeting**
7,747 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

1 · 6

**Arthur Singer** @sing3r · Jan 8, 2022
I'm no image forensics expert. Still, I can see from these low resolution images what looks to be the purported change in background 'box' traverses one of the band's ends. Did anyone else notice this? @MicrobiomDigest @MarinaP63

5 · 3 · 9

**AD3** @AD3ENDALZ · Jan 8, 2022
👀 thx @sing3r .... Not sure if we wanted to give them that info lol ... i like it when they think they got it all figured out 👨‍💻 $SAVA

1 · 10

**Arthur Singer** @sing3r · Jan 8, 2022
The more sunlight the better, imho. Still, I would love to hear from those more qualified than me.

2 · 8

**AD3** @AD3ENDALZ · Jan 8, 2022
Not sure you gonna have your answer from them ,like i did not have mine from bik when cornered in my last tweet to her but whatever. keep them honest they said ? 🧏‍♂️ $SAVA and @adrian_h stop stalking my twitter account with your dog 🐩 account 😂 and your other fake acnts #fail

4 · 4 · 16

This Post is unavailable. Learn more

**AD3** @AD3ENDALZ · Jan 8, 2022
$SAVA more proof starting ro emerge !!! #HOPE #ENDALZ @CassavaSciences @DrMariaALZ @alzassociation @alzfdn @Being_Patient_

George Burns
@gburn98

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Aang** @Aang02315509 Follow
Sava long. Know what I know. May be wrong. Will help with DD. Disingenuous requests blocked. Biotech investing is risky. Sava is holy grail level risk

**LogarithmicDis** @LogarithmicDis Follow
That's a cryoEM map of GABA ⬆️ Where biotech and medicine collide Scientific integrity matters Opinions only

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare** 💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending
**#Panthers**

Music · Trending
**#TaylorSwift**
10.4K posts

Music · Trending
**#TTPDBoardMeeting**
7,747 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

> comes to family members seeing improvement ... you can all go to bed now and see you in 6-12months
> $SAVA

4    11    30

**Dr. Keith R. Brunt** @prof_brunt · Jan 8, 2022
This can't possibly be true.

3       1

**AD3** @AD3ENDALZ · Jan 8, 2022
Why not ? Please explain

1       1

**Dr. Keith R. Brunt** @prof_brunt · Jan 8, 2022
Well, how is it that this surgeons' date would get into the trial, and which trial when (Ph3 enrolment is at best just starting). And if they did, how did they know they were in the treatment and not placebo arm. Even so, they would at best be privy to self perception bias.

2       2

**AD3** @AD3ENDALZ · Jan 8, 2022
Lol ... brunt / actually its the father that been in the OL p2 in since September  NOT the P3

$SAVA your welcome



## Relevant people

**Jesse brodkin** @jesse_brodkin — Follow
Liberal, scientist, small business owner

**Aang** @Aang02315509 — Follow
Sava long. Know what I know. May be wrong. Will help with DD. Disingenuous requests blocked. Biotech investing is risky. Sava is holy grail level risk

**LogarithmicDis** @LogarithmicDis — Follow
That's a cryoEM map of GABA ⬆ Where biotech and medicine collide Scientific integrity matters Opinions only

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare** 💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending
**#Panthers**

Music · Trending
**#TaylorSwift**
10.4K posts

Music · Trending
**#TTPDBoardMeeting**
7,747 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2024 X Corp.


George Burns @gburn98





Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

George Burns
@gburn98

Post

2 2 9

**Dr. Keith R. Brunt** @prof_brunt · Jan 8, 2022
Like I said, this can't be true. The pieces don't fit.

3

**Scott** @holyduckingshot · Jan 8, 2022
Yeah simple explanation, he entered ph2 open label trial 5 months AFTER the readout lol

1

**AD3** @AD3ENDALZ · Jan 8, 2022
Actually OL patients where increased from 100 - 150 -> 200 -> 220
so yes actually good news he is not part of the first 50
And showing improvement

$SAVA poor Scott

2 11

**Dr. Keith R. Brunt** @prof_brunt · Jan 8, 2022
Testimonials like this just compromise the integrity of the company.

6 3

**Lawrence Shaw** @lawrenceshaw82 · Jan 8, 2022
NOT coming the company. Why isn't that penetrating your brain?

2 5

**Lawrence Shaw** @lawrenceshaw82 · Jan 8, 2022
I think I know why. You haven't covered your short position yet. It's your integrity that's been compromised by your blatant refusal to believe a heartening improvement of an AD patient: imagine if that were your dad, a-hole

1 7

**Phloeodes Diabolicus** @PatricioMarceso · Jan 9, 2022
yourlogicalfallacyis.com/appeal-to-emot...

3 2

**Dr. Keith R. Brunt** @prof_brunt · Jan 9, 2022
Well that is one way to deal with contrarian evidence. I am flabbergasted and actually feel bad for those folks so invested, that they resort to denial is rather than weighing scientific evidence.

Search

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Aang** @Aang02315509 Follow
Sava long. Know what I know. May be wrong. Will help with DD. Disingenuous requests blocked. Biotech investing is risky. Sava is holy grail level risk

**LogarithmicDis** @LogarithmicDis Follow
That's a cryoEM map of GABA ⬆️ Where biotech and medicine collide Scientific integrity matters Opinions only

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare** 💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending
**#Panthers**

Music · Trending
**#TaylorSwift**
10.4K posts

Music · Trending
**#TTPDBoardMeeting**
7,747 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

3 3

**Darcy Aiken** @pei_guy77 · Jan 9, 2022
How long, in your opinion, Dr Brunt, would it take for a rigorous audit of all $SAVA's data going back to 2005? That's what the Citizen Petition is requesting, halt the trials for an audit.

2

**Darcy Aiken** @pei_guy77 · Jan 9, 2022
If Dr Brunt doesn't want to estimate, I'd be happy to hear from some of the PhDs with short positions. How much time would it likely take for a rigorous audit of $SAVA data going back to 2005 like the CP is calling for?

4 1

**LogarithmicDis** @LogarithmicDis · Jan 9, 2022
1/ (I don't have a position). But the FDA and NIH audits need not go back that far. It could take at least over a year, depending on their discoveries. Plus, they may have to audit several entities (IRB, CRO, and several site locations, etc). Then we're talking a few years.

3 2

**Arthur Singer** @sing3r · Jan 9, 2022
Isn't FDA in regular communication with this company as they are with the shorts? At a minimum shorts have called and fired off multiple addendums. Isn't SPA an open channel to allow questions to be addressed before instituting any audit? Btw- an Audit is not a Hold.

2 1

**Darcy Aiken** @pei_guy77 · Jan 9, 2022
I agree that an audit wouldn't require a hold. Jordan Thomas had other ideas he expressed in the 3rd supplement:

[redacted] Again, the Citizen's Petition sin
cy pause any related clinical trials, until a rigorous audit of all related Cassav
clinical trial results can be conducted. Of course, if Cassava Sciences has t
ng drug, after it explains the many irregularities in its research and clinical t
a groundbreaking drug and public confidence in the company will be restc

3 1

**LogarithmicDis** @LogarithmicDis · Jan 9, 2022
With respect, the CP really is inconsequential in of itself. It's not how things are done. But what it has done is throw eyes on the issue, which has resulted in properly submitted requests for audits. This I know.

2 1

**Ron Burgandy** @RonBurg26977072 · Jan 9, 2022
LOL, first Adrian downplays the CP and now this from @LogarithmicDis (Jesse?). The fact that you knew it was

**George Burns**
@gburn98

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Aang** @Aang02315509 Follow
Sava long. Know what I know. May be wrong. Will help with DD. Disingenuous requests blocked. Biotech investing is risky. Sava is holy grail level risk

**LogarithmicDis** @LogarithmicDis Follow
That's a cryoEM map of GABA ⬆ Where biotech and medicine collide Scientific integrity matters Opinions only

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending
**#Panthers**

Music · Trending
**#TaylorSwift**
10.4K posts

Music · Trending
**#TTPDBoardMeeting**
7,747 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

← Post

**Ron Burgandy** @RonBurg26977072 · Jan 9, 2022
LOL, first Adrian downplays the CP and now this from @LogarithmicDis (Jesse?). The fact that you knew it was meaningless but also drove the market cap of SAVA down, absolutely proves this was a move for nothing less than to distort and short.

💬 2   🔁 1   ♡ 5

**Arka** @arkabagchi24 · Jan 9, 2022
The CP isn't regulatory action in itself, it's an appeal to regulators to take action. The CP filing is of no direct consequence to ongoing trials. The CP's release led to the mkt pricing in audits + potential administrative actions from FDA under 21CFR312 subpart C.

💬 1   🔁   ♡ 1

**Jay** @smogcitygiraffe · Jan 9, 2022
So in other words the point of the CP was to drop the stock price so Bredt and Pitt could recover their short losses. Thanks for clarifying Aurko.

💬 1   🔁 2   ♡ 8

**Arka** @arkabagchi24 · Jan 9, 2022
If you cared about AD patients, you'd understand the point of the CP was to protect patients and the sanctity of evidence based medicine. Administrative Actions and 21CFR exists for situations like $SAVA.
But you're too obsessed with your long position on SAVA to understand.

💬 3   🔁   ♡ 5

**Jay** @smogcitygiraffe · Jan 9, 2022
That's odd, if that's true where is the CP for Aduhelm which causes brain swelling and brain bleeds? No protection there Aurko? Please explain.

💬 1   🔁   ♡ 7

**Arka** @arkabagchi24 · Jan 9, 2022
Jay why aren't you more vocal $BIIB if you care about patients suffering from adverse reactions? It's almost like you only care about your stock position in $SAVA rather than about the treatments out there for AD patients.

💬 4   🔁   ♡ 4

**Arthur Singer** @sing3r · Jan 9, 2022
You said you were in it for patient safety and he said he was in it for patient benefit.... Poor logic there.

💬 1   🔁   ♡ 3

**Arka** @arkabagchi24 · Jan 9, 2022
So it looks like he doesn't care about patient safety (or benefit, based on the fact that Simufilam is inert).
Again, more proof that you guys are only in this because of stock price/greed.

💬 1   🔁   ♡ 1

**Arthur Singer** @sing3r · Jan 9, 2022
Based on the fact that you are short, you might say just about anything to hurt this company?

💬 2   🔁   ♡ 2

**Arka** @arkabagchi24 · Jan 9, 2022
You'd say anything good about $SAVA because you desperately want the stock to go up. Why aren't you $SAVA fans talking about:

---

**Relevant people**

**Jesse brodkin** @jesse_brodkin [Follow]
Liberal, scientist, small business owner

**Aang** @Aang02315509 [Follow]
Sava long. Know what I know. May be wrong. Will help with DD. Disingenuous requests blocked. Biotech investing is risky. Sava is holy grail level risk

**LogarithmicDis** @LogarithmicDis [Follow]
That's a cryoEM map of GABA ⬆️ Where biotech and medicine collide Scientific integrity matters Opinions only

**What's happening**

WWE Speed
Wrestling | Every Wedr · Last night

#UngentlemanlyWarfare💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending
**#Panthers**

Music · Trending
**#TaylorSwift**
10.4K posts

Music · Trending
**#TTPDBoardMeeting**
7,747 posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More…
© 2024 X Corp.

**Arka** @arkabagchi24 · Jan 9, 2022
You'd say anything good about $SAVA because you desperately want the stock to go up. Why aren't you $SAVA fans talking about: finance.yahoo.com/news/aribio-co...
Great Alz cognition results WITH placebo. No fanfare from you + people at AD-Science. Why? bc they are greedy stock pumpers

**Lawrence Shaw** @lawrenceshaw82 · Jan 9, 2022
Do you have a short position in $sava? Why do you keep attacking it non stop?

**Arka** @arkabagchi24 · Jan 9, 2022
Yes I do! Because its a Special Situations investment, as its a thorough fraud. Now tell me why are incessantly pumping SAVA's stock? Its obviously because of your long position.
Tell me why you haven't disseminated any of AriBio's P2 data that demonstrated cognitive benefit

**Lawrence Shaw** @lawrenceshaw82 · Jan 9, 2022
We looked at AriBio P2 data. It's cog data isn't statsig for the full group. The sub group analysis which hints at it needs further verification. But our time is limited. We don't work for biotech VC firms 🙂. Our DD in $sava means we stick to what we researched thoroughly.

**Arka** @arkabagchi24 · Jan 9, 2022
Don't believe that @ADScience4 or anyone affiliated have looked through AriBio's P2 data & meaningfully discussed it. Can you show proof of when @ADScience4 or these related blogs have talked about this potential AD therapy? Otherwise its obvious you're just greedy stock pumpers

**Lawrence Shaw** @lawrenceshaw82 · Jan 9, 2022
Nope. Our intent for the website was dedicate it to all things AD. Do you want to contribute? Happy to publish whatever you have about other promising AD companies. As long as you represent the facts accurately. @Aang02315509 FYI.

**Lawrence Shaw** @lawrenceshaw82 · Jan 9, 2022
Also happy for you to publish your name and promote it. In case, your tweetstorm today was driven by that desire

**Arka** @arkabagchi24 · Jan 9, 2022
My desire is you show proof that people at @ADScience4 and other affiliated parties have meaningfully discussed (so, for longer than like 3 or 4 posts) other potential AD therapies, including non-IPO's. Or else its clear they are stock pumpers who desperately want to pump bags

**Darcy Aiken** @pei_guy77 · Jan 9, 2022
"Subjects in the 10 mg and 30 mg groups showed 1.17 and 0.76 points decline in ADAS-Cog 13, respectively compared to baseline after 52 weeks of treatment"  So AriBio is in second place and showed less benefit than Simufilam?  Right?

Document title: (1) Jesse brodkin on X: &quot;@Aang02315509 @LogarithmicDis @arkabagchi24 @lawrenceshaw82 @pei_guy77 @sing3r @smogcitygiraffe...
Capture URL: https://twitter.com/jesse_brodkin/status/1480332813232754693
Capture timestamp (UTC): Thu, 18 Apr 2024 14:26:15 GMT
Page 10 of 15

← Post

"Subjects in the 10 mg and 30 mg groups showed 1.17 and 0.76 points decline in ADAS-Cog 13, respectively compared to baseline after 52 weeks of treatment" So AriBio is in second place and showed less benefit than Simufilam? Right?

💬 1    🔁    ♡ 1    📊    🔖 ⬆️

**Arka** @arkabagchi24 · Jan 9, 2022
There's no concerns about AR1001 being a totally inert drug with faked preclinical data, you ignored that part. You also ignored how it was blinded. But I'm glad that you are no longer focused on just PTI-125 to pump your bags. You're learning! Maybe you can wait for their IPO.

💬 2    🔁    ♡    📊    🔖 ⬆️

**Lawrence Shaw** @lawrenceshaw82 · Jan 9, 2022
You aren't very smart if you don't think their p2 "sub group" analysis of patients not taking aricept (weird exclusion without proven cross interactions with the drug) is not the very definition of p-hacking. Simpson's paradox and confounders galore. Actually CP needed for that.

💬 2    🔁    ♡ 3    📊    🔖 ⬆️

**Arka** @arkabagchi24 · Jan 9, 2022
Perhaps @ADScience4 can talk about this instance of potential p-hacking/shady "sub group analysis" of non-donepezil subjects? Wouldn't it be good for an Alzheimer's blog to talk about something other than $SAVA for once rather than incessantly pumping a stock?

💬 1    🔁    ♡ 1    📊    🔖 ⬆️

**Lawrence Shaw** @lawrenceshaw82 · Jan 9, 2022
We are happy to do that. Just understaffed and focus on something else atm. Wanna contribute? Asking again

💬 1    🔁    ♡ 3    📊    🔖 ⬆️

**Arka** @arkabagchi24 · Jan 9, 2022
Don't want to contribute to an ostensible Alzheimers blog that I currently believe is full of bad faith stock pumpers who will go out of their way to put $SAVA on a pedestal rather than actually care about Alz therapy and Alz patients. Prove they aren't bad faith stock pumpers.

💬 3    🔁    ♡    📊    🔖 ⬆️

**Lawrence Shaw** @lawrenceshaw82 · Jan 9, 2022
Then STFU and let the blog focus on one promising AD drug at a time. 👋

💬 1    🔁    ♡ 2    📊    🔖 ⬆️

**Arka** @arkabagchi24 · Jan 9, 2022
Seriously? Your way of explaining away blatant stock pumping is "let us focus on ONE drug at a time".

You are so obviously lying. You are conveniently focusing on "one drug at a time" only because that drug happens to belong to a company whose stock you are bagholding.

💬 1    🔁    ♡    📊    🔖 ⬆️

**Lawrence Shaw** @lawrenceshaw82 · Jan 9, 2022
ad-science.org is a blog that has never mentioned stock price or asked you to invest in sava. All it's articles are fact based. In fact, for the most part we simply react to the falsifications perpetuated by shorts like you. Thank you for your time today Mr. Bagchi

ad-science.org
Alzheimers and Investing
Just research. Not financial advice

---

**Relevant people**

**Jesse brodkin** @jesse_brodkin — [Follow]
Liberal, scientist, small business owner

**Aang** @Aang02315509 — [Follow]
Sava long. Know what I know. May be wrong. Will help with DD. Disingenuous requests blocked. Biotech investing is risky. Sava is holy grail level risk

**LogarithmicDis** @LogarithmicDis — [Follow]
That's a cryoEM map of GABA ⬆️ Where biotech and medicine collide Scientific integrity matters Opinions only

**What's happening**

WWE Speed
Wrestling | Every Wedr · Last night

#UngentlemanlyWarfare💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending
**#Panthers**

Music · Trending
**#TaylorSwift**
10.4K posts

Music · Trending
**#TTPDBoardMeeting**
7,747 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More…
© 2024 X Corp.





Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

our questions. But it sounds like they provided you with non-public material information, you should probably disclose publicly and notify the SEC.

1 · 4

**Aang** @Aang02315509 · Jan 10, 2022

No it doesn't sound like that all. They already announced they blinded by timepoint and merely stressed it in a response. Maybe before spreading false accusations, you can check with the SEC also

1 · 1

**Jesse brodkin**
@jesse_brodkin

It is exactly that. Here is the proof. $sava has lied to the public, CTAD, SEC and now, apparently, you in private communications.

Safari 7:14 PM Sun Jan 9

Cancel FOIL 11-22-2021_vRedacted.pdf

**From:** Qiang Xu <qcx07a@acu.edu>
**Sent time:** 04/29/2021 10:03:58 AM
**To:** Zhe Pei <[redacted]@hotmail.com>
**Cc:** Carrie Crowley <ccrowley@cassavasciences.com>; Ben Thornton <gthornton@cassavasciences.com>; Hoau-yan Wang
**Subject:** [EXTERNAL] Re: Would you please help me to confirm the list of all CSF samples? Thank you

Good moring, Zhe,

You are very welcome! As I mentioned in my previous email, some handwritings on the labels were not very readable. I tried my best. However, I could be wrong. How about you double check on those two tubes and make sure you agree with my reading?

Also, different folks labeled the tubes differently. "scr" and "day 1" could both mean "SV2", screen visit 2? Carrie, could you confirm if my understanding is correct?

Carrie, please let us know when you would like us to ship the rest of CSF samples to Hoau's lab.

Many blessings,

John

On Thu, Apr 29, 2021 at 6:37 AM Zhe Pei <[redacted]@hotmail.com> wrote:

Dear Prof. Xu,

Thank you so much for the correction! Here is the updated form. I really appreciate your kindly help!

Thank you again and have a great day!

Page 8

Export · Save to my Dropbox

12:17 AM · Jan 10, 2022

2 · 5

Post your reply · Reply

**Jesse brodkin** @jesse_brodkin · Jan 10, 2022

Oh, and BTW, I did send to the SEC 😉 (and CTAD and FDA 👍)

3

## More replies

**Lawrence Shaw** @lawrenceshaw82 · Jan 10, 2022

You lied about patient initials being hipaa information, revealed part of them from a confined conversation which wasn't supposed to be public, announced on twitter that you reported to HHS to suppress the stock price. Should that be reported to SEC as well?

2 · 3

**Jesse brodkin** @jesse_brodkin · Jan 10, 2022

Yeah, me and sava have the same obligations 🙄. Go ahead, but just FYI there are whistleblower protections you will be flirting with violating tough guy.

1

Show replies

**George Burns**
@gburn98

## Relevant people

**Jesse brodkin** @jesse_brodkin · Follow
Liberal, scientist, small business owner

**Aang** @Aang02315509 · Follow
Sava long. Know what I know. May be wrong. Will help with DD. Disingenuous requests blocked. Biotech investing is risky. Sava is holy grail level risk

**LogarithmicDis** @LogarithmicDis · Follow
That's a cryoEM map of GABA ⬆️ Where biotech and medicine collide Scientific integrity matters Opinions only

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending
**#Panthers**

Music · Trending
**#TaylorSwift**
10.4K posts

Music · Trending
**#TTPDBoardMeeting**
7,747 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

just FYI there are whistleblower protections you will be flirting with violating tough guy.

1

Show replies

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

Search

## Relevant people

**Jesse brodkin**
@jesse_brodkin
Follow
Liberal, scientist, small business owner

**Aang**
@Aang02315509
Follow
Sava long. Know what I know. May be wrong. Will help with DD. Disingenuous requests blocked. Biotech investing is risky. Sava is holy grail level risk

**LogarithmicDis**
@LogarithmicDis
Follow
That's a cryoEM map of GABA ⬆️ Where biotech and medicine collide Scientific integrity matters Opinions only

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending
**#Panthers**

Music · Trending
**#TaylorSwift**
10.4K posts

Music · Trending
**#TTPDBoardMeeting**
7,747 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···

© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

Show replies

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Aang** @Aang02315509 Follow
Sava long. Know what I know. May be wrong. Will help with DD. Disingenuous requests blocked. Biotech investing is risky. Sava is holy grail level risk

**LogarithmicDis** @LogarithmicDis Follow
That's a cryoEM map of GABA ⬆️ Where biotech and medicine collide Scientific integrity matters Opinions only

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending
**#Panthers**

Music · Trending
**#TaylorSwift**
10.4K posts

Music · Trending
**#TTPDBoardMeeting**
7,747 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.



