# EXHIBIT 43



| | |
|---|---|
| Document title: | (1) Adrian H on X: "@LogarithmicDis @Marc_R_Van @ClicksAndHisses @sing3r @jesse_brodkin @MattNachtrab @DRnotaDR @holyduckingshot @MicrobiomDigest @Apuntsdelcami @geoffrey_pitt @MarinaP63 That is not the point here. The point is simply that there is evidence in black and white that SAVA / Wang photoshopped images that they sent to JNeuro as "originals", and then pumped the stock based on their "erratum"" / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1480688243578388480 |
| Page loaded at (UTC): | Thu, 18 Apr 2024 14:29:51 GMT |
| Capture timestamp (UTC): | Thu, 18 Apr 2024 14:30:52 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 8 |
| Capture ID: | 1BXAV7jjb2k9RzBeT29GKJ |
| User: | bfca-sdelaney |

PDF REFERENCE #:    o4vgWPX3AZZHdn7nVz4qB7

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

George Burns
@gburn98

**Matt Nachtrab** ✓ @MattNachtrab · Jan 6, 2022
@MicrobiomDigest @Adrian_H @Apuntsdelcami @geoffrey_pitt @holyduckingshot @jesse_brodkin @LogarithmicDis. Come clean on this giant short and distort scam before someone else does. You will get paid more than you are making in your part of the fraud.

> **U.S. Securities and Exchange Commission** ✓ @SEC · Jan 6, 2022
> Today we announced an award of more than $13 million to a whistleblower whose information and assistance prompted the opening of an investigation and significantly contributed to the success of an SEC enforcement action.

5   3   35

**Elisabeth Bik** @MicrobiomDigest · Jan 6, 2022
Are you accusing all of us of fraud in this tweet? Just checking if I read that correctly.

4   1   21

**Matt Nachtrab** ✓ @MattNachtrab · Jan 6, 2022
I wouldn't say I am accusing everyone tagged of fraud. If you know critical information regarding the short and distort tactics against $sava, there is still a chance to come clean. Maybe you were just paid or asked to look at something before it ended up in a report or a tweet?

2     9

**Adrian H** @Adrian_H · Jan 6, 2022
You are delusional.

2     8

**Matt Nachtrab** ✓ @MattNachtrab · Jan 6, 2022
You are possibly the biggest target of investigations @adrian_h. There is tons of documentation on your short position and misinformation you have spread. You have warned about short reports before they came. You admitted coordination between short reports before their release

2     5

**Adrian H** @Adrian_H · Jan 6, 2022
What exactly are you accusing me of?

1     2

**Matt Nachtrab** ✓ @MattNachtrab · Jan 6, 2022
I am not sure if you have committed any crimes but I think the authorities should spend an equal amount of resources spent on $sava and the people that have accused them of fraud, faking data, lying and etc. You guys have made $sava almost un-investable because of all the noise

2     7

**Adrian H** @Adrian_H · Jan 6, 2022
We have written careful, well-documented analyses and opinions of published scientific papers, SEC filings, and documents obtained via FOIA/FOIL requests. There's no distortion, no misinformation, nobody is paying us to do this, and we've been transparent about positions.

1     11

**Matt Nachtrab** ✓ @MattNachtrab · Jan 6, 2022
Well said but I think you took quite a number of logic leaps that were not appropriate. You never seemed to make personal attacks which is much more honorable. What do you think of QCM? Of dr. Bred and Pitt? Did you coordinate with them?

3     3

---

**Relevant people**

**Adrian H** @Adrian_H — Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**LogarithmicDis** @LogarithmicDis — Follow
That's a cryoEM map of GABA ⬆️ Where biotech and medicine collide Scientific integrity matters Opinions only

**Marc Van Handenhove** @Marc_R_Van — Follow

**What's happening**

WWE Speed — Wrestling | Every Wedr · Last night

#UngentlemanlyWarfare💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Sports · Trending
**Dave Meltzer**
Trending with Trick Williams

Music · Trending
**#TTPDBoardMeeting**
Trending with Lavender Haze, #TaylorSwift 🎼

Music · Trending
**matty healy**
6,881 posts

Show more

Terms of Service · Privacy Policy · Cookie Policy
Accessibility · Ads info · More...
© 2024 X Corp.

**Matt Nachtrab** ✓ @MattNachtrab · Jan 6, 2022
Well said but I think you took quite a number of logic leaps that were not appropriate. You never seemed to make personal attacks which is much more honorable. What do you think of QCM? Of dr. Bred and Pitt? Did you coordinate with them?

💬 3     🔁     ♡ 3

**Jesse brodkin** @jesse_brodkin · Jan 6, 2022
Name one "logical leap", ($10 you haven't even read it 😉)

💬 4     🔁     ♡ 3

**Matt Nachtrab** ✓ @MattNachtrab · Jan 7, 2022
You guys have access to very little information to conclude all of the data that the FDA has likely seen is some sort of elaborate fraud. There were definitely some mistakes found. The baseline scores changed a lot. The leap is calling them liars and fraudsters.

💬 5     🔁 1     ♡ 5

**Adrian H** @Adrian_H · Jan 7, 2022
Matt, how about you go through our actual letter with a red pen, identify the "logical leaps", and we can discuss.

The issues in Wang's papers aren't mistakes. It was deliberate scientific fraud, over decades. Either you still don't understand, or your don't want to understand.

💬 4     🔁     ♡ 6

**Matt Nachtrab** ✓ @MattNachtrab · Jan 7, 2022
See, that is a lie/leap. The baseline shifted but the patients recorded in the baseline lowered their Adas-cog by 3.2 over 12 months. There are only 50 patients in that data. Do you think the fda didn't look closely at that? But approved phase 3 spas after it came out? No way

💬 2     🔁     ♡ 3

**Adrian H** @Adrian_H · Jan 7, 2022
No, what you don't get is FDA doesn't look closely at data just b/c it exists or the co sends a PR. In fact they probably won't look at that open-label at ALL until a filing for approval. Even then it will be irrelevant. The OL "efficacy" claims are a stunt to fool investors.

💬 1     🔁     ♡ 3

**Matt Nachtrab** ✓ @MattNachtrab · Jan 7, 2022
We are working on a phase two ad therapy study that doesn't agree with what you are saying. 150 phase 2 studies. 5 show cognition improvement at 6 months. Only one shows it at 12. Simufilam. It's open label but the stats are solid. The data didn't go through $sava.

💬 1     🔁     ♡ 4

**Adrian H** @Adrian_H · Jan 7, 2022
As we've discussed ad nausum, OL cognition is BS to begin with, and there are obvious problems in that data (changing baselines, dropouts). It is uninterpretable & meaningless, yet you cling to it despite co and Remi TELLING you that you can't rely on it.. b/c they know it is BS

💬 3     🔁     ♡ 4

**Matt Nachtrab** ✓ @MattNachtrab · Jan 7, 2022
It doesn't prove efficacy like a full phase three study. That's why they are doing a full phase 3. The phase two studies do show the drug is safe. They also show with statistical significance that biomarkers and cognition does improve. This implies phase three will go well.

💬 2     🔁     ♡ 2

**Scott** @holyduckingshot · Jan 7, 2022

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

George Burns
@gburn98

Post

biomarkers and cognition does improve. This implies phase three will go well.

2 2

**Scott** @holyduckingshot · Jan 7, 2022
Every phase 3 trial is predicated upon success in ph2. Do you have stats for ph3 success? Simu has those burdens to overcome plus open label ph2 and higher failure rates in CNS drugs

4 2

**LogarithmicDis** @LogarithmicDis · Jan 7, 2022
How about simple protein chemistry analytics? Store-bought antibodies thrown on some gels? No Simoa, IMR, EIMAF/a-EIMAF, or MSD? Only a couple IEFs for a brand new protein conformation? No mass spectrometry? No Xray diffraction powder?

1 3 3

**Adrian H** @Adrian_H · Jan 7, 2022
Not to mention that most of the biomarker data was made up and/or cherry-picked..

1 4

**Matt Nachtrab** @MattNachtrab · Jan 7, 2022
Here we go again. @jesse_brodkin this is the type of leap of logic I was talking about. You can't just say they are liars they are frauds. Biomarker data is made up and cherry picked. It discredits everything else you say.

2 3

**Adrian H** @Adrian_H · Jan 7, 2022
Go read our letter where we (esp @DRnotaDR ) explain exactly how and why the biomarker data appears to be made up and/or cherry-picked.

2 4

**Adrian H** @Adrian_H · Jan 7, 2022
cassavafraud.com/docs/SAVARepor...

Page 6 through 12. I look forward to your detailed rebuttal.

1 2

**Enea Milioris** @DRnotaDR · Jan 7, 2022
So y'all arguing with an SA author.. ok

Seeking Alpha

TRENDING MARKET NEWS STOCK IDEAS DIVID

Matthew Nachtrab

Long ideas | Healthcare

## Cassava Sciences: Likelihood Of FDA Success Implies 11x Upside

Jan. 03, 2022 5:00 PM

**Summary**

- The market is pricing in an approximately 6% chance of FDA approval for Cassava Sciences' Alzheimer's small molecule pill,

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**LogarithmicDis** @LogarithmicDis Follow
That's a cryoEM map of GABA ⬆️ Where biotech and medicine collide Scientific integrity matters Opinions only

**Marc Van Handenho** @Marc_R_Van Follow

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Sports · Trending
**Dave Meltzer**
Trending with Trick Williams

Music · Trending
**#TTPDBoardMeeting**
Trending with Lavender Haze, #TaylorSwift

Music · Trending
**matty healy**
6,881 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

**Summary**

- The market is pricing in an approximately 6% chance of FDA approval for Cassava Sciences' Alzheimer's small molecule pill, Simufilam.

1 4

**LogarithmicDis** @LogarithmicDis · Jan 7, 2022
I know. It's cute to see the world through Matt's naïveté, as demonstrated here. He's clutching his teddy bear for emotional support since his theses are blown out of the water. Likeable guy though.

1 4

**Enea Milioris** @DRnotaDR · Jan 7, 2022
Yet another man-child about to be wiped off the market without learning a single thing. Oh well, maybe our next report will be in cartoon format 🙌🐣

3 6

**Matt Nachtrab** @MattNachtrab · Jan 7, 2022
If you can't convince people that Cassava is a fraud and they are liars you degrade into name calling. Truth is you guys do not know all the facts. You are on the outside too. I think you guys are wrong and $sava does have a drug that works.

4 6

**Jesse brodkin** @jesse_brodkin · Jan 7, 2022
Ahhh the "secret data" argument… so compelling, right up there with the omniscient FDA argument 🙄

> **Jesse brodkin** @jesse_brodkin · Jan 7, 2022
> Replying to @lipa0902 and @sing3r
> 💯… bulls argument is always; secret data exists, fda would have stopped cause they have seen all data, Bordey probably checked behind the scenes, SPA Implies secret review has happened etc.. Just look at what is in front of you and apply …
> Show more

1 6

**Arthur Singer** @sing3r · Jan 8, 2022
I'm no image forensics expert. Still, I can see from these low resolution images what looks to be the purported change in background 'box' traverses one of the band's ends. Did anyone else notice this? @MicrobiomDigest @MarinaP63

5 3 9

You're unable to view this Post because this account owner limits who can view their Posts. Learn more

G George Burns
@gburn98

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**LogarithmicDis** @LogarithmicDis Follow
That's a cryoEM map of GABA ⬆️ Where biotech and medicine collide Scientific integrity matters Opinions only

**Marc Van Handenho** @Marc_R_Van Follow

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Sports · Trending
**Dave Meltzer**
Trending with Trick Williams

Music · Trending
**#TTPDBoardMeeting**
Trending with Lavender Haze, #TaylorSwift

Music · Trending
**matty healy**
6,881 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

notice this? @MicrobiomDigest @MarinaP63

5 3 9

You're unable to view this Post because this account owner limits who can view their Posts. Learn more

**Adrian H** @Adrian_H · Jan 10, 2022

Also, still waiting for Arthur's clarification on the amazing disappearing blob.

1 1

**LogarithmicDis** @LogarithmicDis · Jan 10, 2022

Why are why even dealing with blobs and bands? Ridiculous to be developing a drug with WBs. Please $SAVA, step into the 21st century with your protein chemistry.

2 1 3

**Marc Van Handenhove** @Marc_R_Van · Jan 10, 2022

Hi Adrian, why you don't use your real account? Not ready to step into the 21st century and assume your tweet?

1

**Adrian H** @Adrian_H · Jan 10, 2022

Not sure why you think that is me.. he has a totally different style and focus. But go on, keep making random accusations instead of addressing the questions that are raised.

4 1

**LogarithmicDis** @LogarithmicDis · Jan 10, 2022

Let's discuss protein chemistry and binding. Where are the competitive binding assays? Computational modeling? Structural studies with XR diffraction? Zero. In any respectable lab, these would be done in addition to the 2nd yr biology student gel work.

2 1

**Adrian H**
@Adrian_H

That is not the point here. The point is simply that there is evidence in black and white that SAVA / Wang photoshopped images that they sent to JNeuro as "originals", and then pumped the stock based on their "erratum"

11:49 PM · Jan 10, 2022

4

Post your reply

Reply

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

**George Burns**
@gburn98

Search

## Relevant people

**Adrian H**
@Adrian_H
Follow

Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**LogarithmicDis**
@LogarithmicDis
Follow

That's a cryoEM map of GABA ⬆ Where biotech and medicine collide Scientific integrity matters Opinions only

**Marc Van Handenho**
@Marc_R_Van
Follow

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Sports · Trending
**Dave Meltzer**
Trending with Trick Williams

Music · Trending
**#TTPDBoardMeeting**
Trending with Lavender Haze, #TaylorSwift

Music · Trending
**matty healy**
6,881 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···

© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

4

Post your reply

Reply

This Post was deleted by the Post author. Learn more

**Adrian H** @Adrian_H · Jan 11, 2022

The ITC rig to which I have access is down and I'm still waiting for it to be repaired. If/when I have results I'll report them.

1

## Relevant people

**Adrian H**
@Adrian_H
Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**LogarithmicDis**
@LogarithmicDis
Follow
That's a cryoEM map of GABA ⬆️ Where biotech and medicine collide Scientific integrity matters Opinions only

**Marc Van Handenho**
@Marc_R_Van
Follow

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Sports · Trending
**Dave Meltzer**
Trending with Trick Williams

Music · Trending
**#TTPDBoardMeeting**
Trending with Lavender Haze, #TaylorSwift

Music · Trending
**matty healy**
6,881 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Adrian H** @Adrian_H · Jan 11, 2022

The ITC rig to which I have access is down and I'm still waiting for it to be repaired. If/when I have results I'll report them.

1

**Relevant people**

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**LogarithmicDis** @LogarithmicDis Follow
That's a cryoEM map of GABA ⬆️ Where biotech and medicine collide Scientific integrity matters Opinions only

**Marc Van Handenho** @Marc_R_Van Follow

**What's happening**

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Sports · Trending
**Dave Meltzer**
Trending with Trick Williams

Music · Trending
**#TTPDBoardMeeting**
Trending with Lavender Haze, #TaylorSwift

Music · Trending
**matty healy**
6,881 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**George Burns** @gburn98









