# EXHIBIT 44

PageVault

| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "@DurinssBane @Apexx_Gamer @arkabagchi24 @LogarithmicDis @PatricioMarceso @johnsmithmdmph @RonBurg26977072 @MicrobiomDigest @Adrian_H @lawrenceshaw82 @Aang02315509 @pei_guy77 @sing3r @smogcitygiraffe @DRnotaDR @dogs_valley @prof_brunt @AD3ENDALZ @holyduckingshot @MattNachtrab @Apuntsdelcami @geoffrey_pitt @MarinaP63 @CassavaSciences @DrMariaALZ @alzassociation @alzfdn @Being_Patient_ @ADScience4 @LabatonSucharow @JoeSpringer I like this $sava manipulated image in response to accusations of $sava manipulating images☐ ☐ h/t Bik https://t.co/Zs6lpSH9bL" / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1481341654976057348 |
| Page loaded at (UTC): | Thu, 18 Apr 2024 14:34:00 GMT |
| Capture timestamp (UTC): | Thu, 18 Apr 2024 14:35:20 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 14 |
| Capture ID: | kirT3JtmF1f6QTtJmd5h4J |
| User: | bfca-sdelaney |

Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

**Aang** @Aang02315509 · Jan 12, 2022
I beg to differ. She had an option to use Kartogenin to get a flashy paper, yet she found PTI-125 more effective at crossing the BBB and impacting the cortical malformations. 70% reductions in seizures with no side effects is no easy claim to make
5 7

**Lawrence Shaw** @lawrenceshaw82 · Jan 12, 2022
Aang, since you have Adrian talking to you, can you get his esteemed opinion on improvements of Dr. Baker's acquaintances. Conceding it's anecdotal and just 2 patients, how can a fraud molecule improve AD at all? Is it (1) lucky miracle (2) placebo effect (3) Cassava planted lies
4 1 8

**Lawrence Shaw** @lawrenceshaw82 · Jan 12, 2022
Perhaps @jesse_brodkin or Alexander who are equally wise can take a shot as well.
2 3

**Jesse brodkin** @jesse_brodkin · Jan 12, 2022
Self selection bias (of the researcher in the YouTube) or lying liar, probably a little of both 🤷‍♂️
2 1

**Lawrence Shaw** @lawrenceshaw82 · Jan 12, 2022
@JoeSpringer FYI. Let's have Dr. Baker respond to "self selection bias" or "lying liar" claim.
1 3

**Jesse brodkin** @jesse_brodkin · Jan 12, 2022
Is that the Barbados educated guy who hides that on his Doc page?
2

**Adrian H** @Adrian_H · Jan 12, 2022
I think it is the ophthalmologist with some anecdote about two people who were supposedly in the study.
1

This Post was deleted by the Post author. Learn more

**LogarithmicDis** @LogarithmicDis · Jan 12, 2022
Testimony from patients or about patients can actually invalidate a clinical trial and require a new one. Patients may over or under report AE's and placebo effects. Some patients who hear testimonials and are not feeling better may drop out and skew the results. Reportable.
1 3

This Post was deleted by the Post author. Learn more

**LogarithmicDis** @LogarithmicDis · Jan 12, 2022
He hadn't done that. Maybe someone as an imposter, if at all. We're not evildoers and his name is everywhere. Bummer for him. That's why mine isn't.

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

Search

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**FlameofUdun** @DurinssBane Follow
Durin's Bane

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending
**#Panthers**

Sports · Trending
**Dave Meltzer**
Trending with Trick Williams

Trending in United States
**Judge Stoner**
7,599 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

valid.

2 1

**LogarithmicDis** @LogarithmicDis · Jan 11, 2022
That's because these intellectual dwarfs want to pump a GameStop-like phenomenon to pay off their trailer houses. They aren't interested in science, clinical trials or Alzheimer's.

2 2

**Aang** @Aang02315509 · Jan 11, 2022
Why don't you explain Dr.Bordeys results like I am an intellectual dwarf

2 4

**Jesse brodkin** @jesse_brodkin · Jan 11, 2022
Ok, read the results section and point to the binding RESULT. (You won't find one, but it will instructive for you)

2 3

**Aang** @Aang02315509 · Jan 12, 2022
Yup classic Jesse. Can one of you prove to me that Bordey labs lied about using Simufilam or their results were fake? And do you think CUNY will be interested in the binding question alone?

1 3

**Adrian H** @Adrian_H · Jan 12, 2022
Nobody claimed that Bordey et al. didn't use Simufilam or that their results were fake. Their paper is poorly done and they did not prove or even make a good biological argument that the effect (if any) of PTI-125 on seizures in their system is mediated through FLNA binding.

1 4

**Adrian H** @Adrian_H · Jan 12, 2022
and in fact they ADMIT THAT if you bother to read the paper

1 1

**Aang** @Aang02315509 · Jan 12, 2022
Dude you are shouting from the rooftops claiming fraud and then sneak in an argument that Bordey did not confirm the exact MoA. None of us are stating the paper has all their research on binding. But its clear they are working on finding a similar biologic with FLNA modulation

2 3

**Adrian H** @Adrian_H · Jan 12, 2022
Bordey has almost nothing to do with anything, and it establishes bupkis with respect to $SAVA

For some reason, you scientific illiterates are obsessed with the fact that some lab from Yale published a lousy paper that tried to use PTI-125 to prove what they wanted to see

1 2

**Aang** @Aang02315509 · Jan 12, 2022
Are you suggesting Bordey had a financial interest in massaging results seen with the drug? And are you equating them to some low grade academic lab?

1 2

**Adrian H** @Adrian_H · Jan 12, 2022
No, I'm suggesting Bordey had an academic interest in showing that one could target FLNA in her FCD model using a small molecule as the icing on top to get a flashy STM paper. I'm saying the paper was badly done and didn't do experiments it should have to make the

**Relevant people**

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**FlameofUdun** @DurinssBane Follow
Durin's Bane

**What's happening**

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending
**#Panthers**

Sports · Trending
**Dave Meltzer**
Trending with Trick Williams

Trending in United States
**Judge Stoner**
7,599 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**George Burns**
@gburn98

Document title: (1) Jesse brodkin on X: "@DurinssBane @Apexx_Gamer @arkabagchi24 @LogarithmicDis @PatricioMarceso @johnsmithmdmph…
Capture URL: https://twitter.com/jesse_brodkin/status/1481341654976057348
Capture timestamp (UTC): Thu, 18 Apr 2024 14:35:20 GMT
Page 2 of 13



Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

**Arthur Singer** @sing3r · Jan 11, 2022

alz-journals.onlinelibrary.wiley.com
Encouraging interim results at 9 months from ar
Background Simufilam is a novel drug candidate for Alzheimer's disease (AD). This ...

1 5

**Phloeodes Diabolicus** @PatricioMarceso · Jan 11, 2022
These are literally just the abstracts from the AAIC contributions last July.

3 3

**Darcy Aiken** @pei_guy77 · Jan 11, 2022
That may be, but us $SAVA longs never tire of good news 😎

complianceweek.com/risk-managemen...

1 1 6

**Lawrence Shaw** @lawrenceshaw82 · Jan 11, 2022
Thanks for sharing. It's definitely very shady (illegal for a fda citizen petition?) how the lawyer firm waited until profit taking to declare their CP was from anonymous shorts. Highlighted by this article. It hasn't been stressed enough actually.

2 1 8

**Darcy Aiken** @pei_guy77 · Jan 11, 2022
Waiting before declaring the short interest sounds unethical (if nothing else) to me. I wonder if there will be any consequences for Jordan Thomas formerly @LabatonSucharow.

1 2

**Phloeodes Diabolicus** @PatricioMarceso · Jan 11, 2022
For those that know and understand the facts, nothing changed. Only those that don't understand the facts could then all of sudden blame some "shorts ex machina" for why those facts wouldn't be valid.

2 1

**LogarithmicDis** @LogarithmicDis · Jan 11, 2022
That's because these intellectual dwarfs want to pump a GameStop-like phenomenon to pay off their trailer houses. They aren't interested in science, clinical trials or Alzheimer's.

2 2

**Aang** @Aang02315509 · Jan 11, 2022
Why don't you explain Dr.Bordeys results like I am an intellectual dwarf

2 4

**Jesse brodkin** @jesse_brodkin · Jan 11, 2022
Ok, read the results section and point to the binding RESULT. (You won't find one, but it will instructive for you)

2 3

**Aang** @Aang02315509 · Jan 12, 2022
Yup classic Jesse. Can one of you prove to me that Bordey labs lied about using Simufilam or their results were fake? And do you think CUNY will be interested in the binding question alone?

1 3

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**FlameofUdun** @DurinssBane Follow
Durin's Bane

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending
**#Panthers**

Sports · Trending
**Dave Meltzer**
Trending with Trick Williams

Trending in United States
**Judge Stoner**
7,599 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Post

1

**Jay** @smogcitygiraffe · Jan 10, 2022
Ahh, I get it, you guys just copied Bredt and Pitts work to recoup their short losses. It wasn't something you PhD group came up with on their own if not for them. Thanks for clarifying.
3 1 6

**Arthur Singer** @sing3r · Jan 11, 2022
Here is a new abstract for SavaDx: alz-journals.onlinelibrary.wiley.com/doi/10.1002/al... $SAVA
4 3 11

**Arthur Singer** @sing3r · Jan 11, 2022
alz-journals.onlinelibrary.wiley.com
Encouraging interim results at 9 months from ar
Background Simufilam is a novel drug candidate for Alzheimer's disease (AD). This ...
1 5

**Phloeodes Diabolicus** @PatricioMarceso · Jan 11, 2022
These are literally just the abstracts from the AAIC contributions last July.
3 3

**Darcy Aiken** @pei_guy77 · Jan 11, 2022
That may be, but us $SAVA longs never tire of good news 😎

complianceweek.com/risk-managemen...
1 1 6

**Lawrence Shaw** @lawrenceshaw82 · Jan 11, 2022
Thanks for sharing. It's definitely very shady (illegal for a fda citizen petition?) how the lawyer firm waited until profit taking to declare their CP was from anonymous shorts. Highlighted by this article. It hasn't been stressed enough actually.
2 1 8

**Darcy Aiken** @pei_guy77 · Jan 11, 2022
Waiting before declaring the short interest sounds unethical (if nothing else) to me. I wonder if there will be any consequences for Jordan Thomas formerly @LabatonSucharow.
1 2

**Phloeodes Diabolicus** @PatricioMarceso · Jan 11, 2022
For those that know and understand the facts, nothing changed. Only those that don't understand the facts could then all of sudden blame some "shorts ex machina" for why those facts wouldn't be valid.
2 1

**LogarithmicDis** @LogarithmicDis · Jan 11, 2022
That's because these intellectual dwarfs want to pump a GameStop-like phenomenon to pay off their trailer houses. They aren't interested in science, clinical trials or Alzheimer's.
2 2

**Aang** @Aang02315509 · Jan 11, 2022
Why don't you explain Dr.Bordeys results like I am an intellectual dwarf
2 4

George Burns
@gburn98

Search

**Relevant people**

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**FlameofUdun** @DurinssBane Follow
Durin's Bane

**What's happening**

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending
**#Panthers**

Sports · Trending
**Dave Meltzer**
Trending with Trick Williams

Trending in United States
**Judge Stoner**
7,599 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

← Post

2 4

**Jesse brodkin** @jesse_brodkin · Jan 11, 2022
Ok, read the results section and point to the binding RESULT. (You won't find one, but it will instructive for you)

2 3

**Aang** @Aang02315509 · Jan 12, 2022
Yup classic Jesse. Can one of you prove to me that Bordey labs lied about using Simufilam or their results were fake? And do you think CUNY will be interested in the binding question alone?

1 3

**Adrian H** @Adrian_H · Jan 12, 2022
Nobody claimed that Bordey et al. didn't use Simufilam or that their results were fake. Their paper is poorly done and they did not prove or even make a good biological argument that the effect (if any) of PTI-125 on seizures in their system is mediated through FLNA binding.

1 4

**Adrian H** @Adrian_H · Jan 12, 2022
and in fact they ADMIT THAT if you bother to read the paper

1 1

**Aang** @Aang02315509 · Jan 12, 2022
Dude you are shouting from the rooftops claiming fraud and then sneak in an argument that Bordey did not confirm the exact MoA. None of us are stating the paper has all their research on binding. But its clear they are working on finding a similar biologic with FLNA modulation

2 3

**Adrian H** @Adrian_H · Jan 12, 2022
Bordey has almost nothing to do with anything, and it establishes bupkis with respect to $SAVA

For some reason, you scientific illiterates are obsessed with the fact that some lab from Yale published a lousy paper that tried to use PTI-125 to prove what they wanted to see

1 2

**Aang** @Aang02315509 · Jan 12, 2022
Are you suggesting Bordey had a financial interest in massaging results seen with the drug? And are you equating them to some low grade academic lab?

1 2

**Adrian H** @Adrian_H · Jan 12, 2022
No, I'm suggesting Bordey had an academic interest in showing that one could target FLNA in her FCD model using a small molecule as the icing on top to get a flashy STM paper. I'm saying the paper was badly done and didn't do experiments it should have to make the claims implied.

1 1

**Aang** @Aang02315509 · Jan 12, 2022
I beg to differ. She had an option to use Kartogenin to get a flashy paper, yet she found PTI-125 more effective at crossing the BBB and impacting the cortical malformations. 70% reductions in seizures with no side effects is no easy claim to make

5 7

**Lawrence Shaw** @lawrenceshaw82 · Jan 12, 2022
Aang, since you have Adrian talking to you, can you get his

Search

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**FlameofUdun** @DurinssBane Follow
Durin's Bane

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending
**#Panthers**

Sports · Trending
**Dave Meltzer**
Trending with Trick Williams

Trending in United States
**Judge Stoner**
7,599 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

X

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

with no side effects is no easy claim to make

5 7

**Lawrence Shaw** @lawrenceshaw82 · Jan 12, 2022
Aang, since you have Adrian talking to you, can you get his esteemed opinion on improvements of Dr. Baker's acquaintances. Conceding it's anecdotal and just 2 patients, how can a fraud molecule improve AD at all? Is it (1) lucky miracle (2) placebo effect (3) Cassava planted lies

4 1 8

**Lawrence Shaw** @lawrenceshaw82 · Jan 12, 2022
Perhaps @jesse_brodkin or Alexander who are equally wise can take a shot as well.

2 3

**Jesse brodkin** @jesse_brodkin · Jan 12, 2022
Self selection bias (of the researcher in the YouTube) or lying liar, probably a little of both 🤷

2 1

**Lawrence Shaw** @lawrenceshaw82 · Jan 12, 2022
@JoeSpringer FYI. Let's have Dr. Baker respond to "self selection bias" or "lying liar" claim.

1 3

**Jesse brodkin** @jesse_brodkin · Jan 12, 2022
Is that the Barbados educated guy who hides that on his Doc page?

2

**Adrian H** @Adrian_H · Jan 12, 2022
I think it is the ophthalmologist with some anecdote about two people who were supposedly in the study.

1

This Post was deleted by the Post author. Learn more

**LogarithmicDis** @LogarithmicDis · Jan 12, 2022
Testimony from patients or about patients can actually invalidate a clinical trial and require a new one. Patients may over or under report AE's and placebo effects. Some patients who hear testimonials and are not feeling better may drop out and skew the results. Reportable.

1 3

This Post was deleted by the Post author. Learn more

**LogarithmicDis** @LogarithmicDis · Jan 12, 2022
He hadn't done that. Maybe someone as an imposter, if at all. We're not evildoers and his name is everywhere. Bummer for him. That's why mine isn't.

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

**George Burns**
@gburn98

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**FlameofUdun** @DurinssBane Follow
Durin's Bane

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending
**#Panthers**

Sports · Trending
**Dave Meltzer**
Trending with Trick Williams

Trending in United States
**Judge Stoner**
7,599 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Document title: (1) Jesse brodkin on X: "@DurinssBane @Apexx_Gamer @arkabagchi24 @LogarithmicDis @PatricioMarceso @johnsmithmdmph…
Capture URL: https://twitter.com/jesse_brodkin/status/1481341654976057348
Capture timestamp (UTC): Thu, 18 Apr 2024 14:35:20 GMT
Page 6 of 13

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

**LogarithmicDis** @LogarithmicDis · Jan 12, 2022
Unfortunately, I don't know enough to speak to that directly. But I do know this: the ongoing trials with all of this garbage going on from every and all directions don't have a chance at being valid - even if they did or didn't start from a valid starting point.
1

**LogarithmicDis** @LogarithmicDis · Jan 12, 2022
And I feel sorry for Gma and Gpa getting blood draws and lumbar punctures for this shitstorm. I just took my own father in for an LP yesterday. So decrepit, such pain, poor guy.
1 2

**Arka** @arkabagchi24 · Jan 12, 2022
I had a family member with Multiple Sclerosis who had to get multiple lumbar punctures when he was being diagnosed years ago. It's unimaginably scary and $SAVA cultists do NOT understand it. The pain, bruising, fear, etc.
3

This Post was deleted by the Post author. Learn more

**LogarithmicDis** @LogarithmicDis · Jan 12, 2022
I thought you're a pediatrician? Geriatrics are a long haul away from that specialty? Have you tried to stick a spinal needle through a degenerated spine recently? Careful, you're blowing your fake cover.
1 1

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

This Post is from an account that no longer exists. Learn more

**Phloeodes Diabolicus** @PatricioMarceso · Jan 12, 2022
Just checking in: is everything ok, you sound a bit desperate. I would ask you for understanding that some people are not o.k. with clinical fraud.
If you accuse others of being short, I take it that means you are not long, otherwise that would be a ridiculous accusation.
1 2

This Post is from an account that no longer exists. Learn more

**George Burns**
@gburn98

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**FlameofUdun** @DurinssBane Follow
Durin's Bane

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending
**#Panthers**

Sports · Trending
**Dave Meltzer**
Trending with Trick Williams

Trending in United States
**Judge Stoner**
7,599 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

1 2

This Post is from an account that no longer exists. Learn more

**Phloeodes Diabolicus** @PatricioMarceso · Jan 12, 2022
I am pointing out that you erroneously say this as if it were a bad thing or somehow mattered regarding the presented facts. Do I scold you for having a long position (which you haven't admitted)?
3 1

**Phloeodes Diabolicus** @PatricioMarceso · Jan 12, 2022
The mistake you are making here @Apexx_Gamer basically is that you are mistaking a correlation for a causation!
1 1

This Post is from an account that no longer exists. Learn more

This Post is from an account that no longer exists. Learn more

**Phloeodes Diabolicus** @PatricioMarceso · Jan 12, 2022
It's all good, but it seems here like you are accusing me of those things you are doing (i.e. confusing words)
And: Physical impossibility of binding, wrong antibodies, altered and duplicated mouse brain micrographs among many others are clear facts. Sorry if you don't like them.
1 1

This Post is from an account that no longer exists. Learn more

**Phloeodes Diabolicus** @PatricioMarceso · Jan 12, 2022
You were the one confusing "assumption" with "accusation" while desperately spewing insults.
All of those facts were presented outside of Twitter. Also notice how you are now back-pedaling. You began saying there were no facts.
2 1

This Post is from an account that no longer exists. Learn more

**Phloeodes Diabolicus** @PatricioMarceso · Jan 12, 2022
You believe the reported femtomolar binding results are possible using C14? You believe that mouse brain slices were accidentally stretched & moved and then put in panels of other groups by mistake in at least three instances? You believe 7nAChR binding with improper antibodies?
1 2

This Post is from an account that no longer exists. Learn more

**Phloeodes Diabolicus** @PatricioMarceso · Jan 12, 2022
Ok, but there also weren't tons of worrying evidence pointing to a made-up MoA. That is a difference, no?
1 1

This Post is from an account that no longer exists. Learn more

**FlameofUdun** @DurinssBane · Jan 12, 2022
So you're not capable of looking at the data yourself and identifying the obvious issues?

**George Burns**
@gburn98

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**FlameofUdun** @DurinssBane Follow
Durin's Bane

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending
**#Panthers**

Sports · Trending
**Dave Meltzer**
Trending with Trick Williams

Trending in United States
**Judge Stoner**
7,599 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

X
Post
Search
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

This Post is from an account that no longer exists. Learn more

**FlameofUdun** @DurinssBane · Jan 12, 2022
So you're not capable of looking at the data yourself and identifying the obvious issues?
1

This Post is from an account that no longer exists. Learn more

This Post is from an account that no longer exists. Learn more

**FlameofUdun** @DurinssBane · Jan 12, 2022
Unfortunately for that statement, the issues of manipulation are correct but the drug also doesn't work. The flimsy P2 trials were cooked to get retail to invest before a P3. From study sites to trial design to issues with data, it's pretty clear.
1

This Post is from an account that no longer exists. Learn more

**FlameofUdun** @DurinssBane · Jan 12, 2022
"under the guise of science" valid criticisms have been brought up and not addressed at all. It's clear the entire preclinical suite of work related to PTI is fabricated. So how of they faked that work, does the drug do what they say?
1

This Post is from an account that no longer exists. Learn more

**LogarithmicDis** @LogarithmicDis · Jan 12, 2022
Apexx, you're naive in the realm of clinical trials. If you had taken time to read this very long thread, instead of hyperventilate all over your keyboard, you'd see the fraud problem in CT's has been discussed. Here's an ex:

businessnc.com
Deceit at Duke: How fraud at a university resear
A Duke University researcher's doubts about a colleague's work triggers an embarrassing ...

2 1

This Post is from an account that no longer exists. Learn more

**FlameofUdun** @DurinssBane · Jan 12, 2022
You have provided zero facts anywhere from what I've seen? Just regurgitated talking points from the discord. Which I need to tell you, isn't the summit of great minds you think it is
2 3

**LogarithmicDis** @LogarithmicDis · Jan 12, 2022
Apexx will soon retreat back to the Discord therapy room, once he runs out of gas with regurgitated talking points. He has no interest in learning anything scientific. He just wants a GameStop type pop to pay off his trailer house. Am I wrong? Then engage the SCIENCE.
2 2

This Post is from an account that no longer exists. Learn more

George Burns
@gburn98

Relevant people

Jesse brodkin @jesse_brodkin Follow
Liberal, scientist, small business owner

FlameofUdun @DurinssBane Follow
Durin's Bane

What's happening

WWE Speed
Wrestling | Every Wedr · Last night

#UngentlemanlyWarfare💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending
#Panthers

Sports · Trending
Dave Meltzer
Trending with Trick Williams

Trending in United States
Judge Stoner
7,599 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

George Burns
@gburn98

in learning anything scientific. He just wants a GameStop type pop to pay off his trailer house. Am I wrong? Then engage the SCIENCE.

2 2

This Post is from an account that no longer exists. Learn more

**LogarithmicDis** @LogarithmicDis · Jan 12, 2022
You missed the point, Einstein. No X-ray crystallography, competitive binding studies, computational modeling, fragment studies, etc. Zippo. Nada. Nothing. It's not like FLNA is a mystery… so why not study it properly with available tools?

1 2

This Post is from an account that no longer exists. Learn more

**FlameofUdun** @DurinssBane · Jan 12, 2022
A large part of this system relies on good faith research and conduct. When it's abused, it undermines the whole system, as we see with Sava.

2 2

**Arka** @arkabagchi24 · Jan 12, 2022
The $SAVA fan strawman is that critics claim Remi & Wang traveled to every site administering cog tests and fudging data. No. Indep labs can exclude subjects, etc w/out needing to log in a central server & SAVA has dropped N's in the biomarker and clinical data repeatedly

1

This Post is from an account that no longer exists. Learn more

**Arka** @arkabagchi24 · Jan 12, 2022
Sponsors can access live data, Cantab and Axiom allow this and it's totally 21CFR11 compliant. But we live in Disneyland, where Magic Happens. The $SAVA ADAS-Cog data is organic, and PTI-125 can reverse Alzheimer's symptoms in a few weeks.

1 3

This Post is from an account that no longer exists. Learn more

**Arka** @arkabagchi24 · Jan 12, 2022
I'd rather the FDA doesn't just allow a sponsor that has faked their preclinical and clinical data get away with actually progressing to the NDA submission phase, that is a privilege to hold for non-fraudulent sponsors. Of course this isn't what you want since you are long

2 4

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**FlameofUdun** @DurinssBane Follow
Durin's Bane

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending
**#Panthers**

Sports · Trending
**Dave Meltzer**
Trending with Trick Williams

Trending in United States
**Judge Stoner**
7,599 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

preclinical and clinical data get away with actually progressing to the NDA submission phase, that is a privilege to hold for non-fraudulent sponsors. Of course this isn't what you want since you are long

2 4

**FlameofUdun** @DurinssBane · Jan 12, 2022
At this point it just seems like a fundamental difference in morality.

2 1

This Post is from an account that no longer exists. Learn more

**FlameofUdun** @DurinssBane · Jan 12, 2022
I am not Adrian. But it seems your ilk love to assume everyone is him.

2 2

This Post is from an account that no longer exists. Learn more

**FlameofUdun** @DurinssBane · Jan 12, 2022
It seems like you'll believe whatever you want at this point, so I won't try to convince otherwise. But I am not Adrian nor do I have a position in Sava. Good luck!

1

This Post is from an account that no longer exists. Learn more

**FlameofUdun** @DurinssBane · Jan 12, 2022
Clearly you do not. Or maybe you're just incapable of accurately interpreting the evidence. Which actually seems likely

1

This Post is from an account that no longer exists. Learn more

**FlameofUdun** @DurinssBane · Jan 12, 2022
I am defending my own interpretation of the data and science in question. The only logical conclusion any scientist familiar with such studies would make is fraud, as that is the only way to explain many of the observations. I see no long has even attempted to explain them either

2 1

This Post is from an account that no longer exists. Learn more

**FlameofUdun** @DurinssBane · Jan 12, 2022
Yes and their rebuttals lie even more about basic scientific concepts/experiments. Seemed like a deliberate attempt to mislead while doing damage control. Savas initial rebuttal is actually what clued me in to their fraud. Lies and obfuscation through and through

2 1

**Jesse brodkin**
@jesse_brodkin

I like this $sava manipulated image in response to accusations of $sava manipulating images🤣🤣 h/t Bik

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**FlameofUdun** @DurinssBane Follow
Durin's Bane

## What's happening

WWE Speed
Wrestling | Every Wedr · Last night

#UngentlemanlyWarfare💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending
#Panthers

Sports · Trending
Dave Meltzer
Trending with Trick Williams

Trending in United States
Judge Stoner
7,599 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

← Post

Search

$sava manipulating images🤣🤣 h/t Bik

7:05 PM · Jan 12, 2022

1 1 9

G Post your reply Reply

**LogarithmicDis** @LogarithmicDis · Jan 12, 2022

I'm still wondering why we are developing a billion dollar drug on blots without 21st century lab methods. Prove altered FLNA exists beyond gels. $SAVA @CassavaSciences

1 2

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow

Liberal, scientist, small business owner

**FlameofUdun** @DurinssBane Follow

Durin's Bane

## What's happening

**WWE Speed**

Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare💪**

In Theaters Tomorrow. Get tickets now!

Promoted by The Ministry Of Ungentlemanly Warfare

Trending

**#Panthers**

Sports · Trending

**Dave Meltzer**

Trending with Trick Williams

Trending in United States

**Judge Stoner**

7,599 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2024 X Corp.

**George Burns** @gburn98

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

**LogarithmicDis** @LogarithmicDis · Jan 12, 2022
I'm still wondering why we are developing a billion dollar drug on blots without 21st century lab methods. Prove altered FLNA exists beyond gels. $SAVA
@CassavaSciences

1 2

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**FlameofUdun** @DurinssBane Follow
Durin's Bane

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending
**#Panthers**

Sports · Trending
**Dave Meltzer**
Trending with Trick Williams

Trending in United States
**Judge Stoner**
7,599 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.











