# EXHIBIT 45

**PageVault**

| | |
|---|---|
| Document title: | (1) Adrian H on X: "@kerosetz @MagnificentAnsw @MattNachtrab @MicrobiomDigest $SAVA science is a total fraud and those relating hopeful anecdotes about patients currently in the clinical trials are either fools or shills." / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1484016429770817537 |
| Page loaded at (UTC): | Thu, 18 Apr 2024 14:39:12 GMT |
| Capture timestamp (UTC): | Thu, 18 Apr 2024 14:40:05 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 3 |
| Capture ID: | nhRhLAgAzsWYsTNhoVxajs |
| User: | bfca-sdelaney |

PDF REFERENCE #:        j5es1fZ9ow93Y7EU1d9vrq

# X

- **Home**
- **Explore**
- **Notifications** ①
- **Messages**
- **Grok**
- **Lists**
- **Bookmarks**
- **Communities**
- **Premium**
- **Profile**
- **More**

**Post**

**Post**

**Elisabeth Bik** @MicrobiomDigest · Jan 19, 2022
"We have been notified of these irregularities in Figure 9. We do not have a clear explanation for them. We have consulted with the publisher and journal. All authors agreed to retract the paper and resubmit without figure 9."
pubpeer.com/publications/7...



♡ 42    ⇄ 40    ♡ 177    ⅲ    🔖    ⬆

**Matt Nachtrab** ✓ @MattNachtrab · Jan 20, 2022
The paper is not related to $sava or Simufilam.  There are likely explanations for how a rectangle could end up behind the film.  I guess the authors chose to rerun the experiment. They must be confident the results won't change.

♡ 4    ⇄    ♡ 15    ⅲ    🔖    ⬆

**MagnificentAnswer** @MagnificentAnsw · Jan 20, 2022
Cognition data. They haven't been able to lay a glove on data. That's all that matters as the primary endpoint for phase 3 trials. Don't get distracted by noise. Cognition data. Outstanding. Collected by multiple independent sites. Cognition.
$SAVA #Bullish In my opinion #ENDALZ

♡ 1    ⇄ 1    ♡ 8    ⅲ    🔖    ⬆

This Post was deleted by the Post author. Learn more

**Adrian H**
@Adrian_H

$SAVA science is a total fraud and those relating hopeful anecdotes about patients currently in the clinical trials are either fools or shills.

4:14 AM · Jan 20, 2022

💬    ⇄    ♡ 5    🔖    ⬆

Ⓖ    Post your reply    **Reply**

Ⓖ **George Burns**
@gburn98    ...

## Relevant people

**Adrian H**    **Follow**
@Adrian_H
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**MagnificentAnswer**    **Follow**
@MagnificentAnsw
My tweets are in my opinion.

**Matt Nachtrab** ✓    **Follow**
@MattNachtrab
Posts are not investment advice. Reposted or liked content does not mean I agree with or support what is written in the content.

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare** 💪
In Theaters Tomorrow. Get tickets now!
🎬 Promoted by The Ministry Of Ungentlemanly Warfare

Sports · Trending
**Lions**
21.6K posts
...

Entertainment · Trending
**Peter Cullen**
...

Music · Trending
**#TTPDBoardMeeting**
Trending with
#THETORTUEDPOETSDEPARTMENT
...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.



Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

**Adrian H**
@Adrian_H

$SAVA science is a total fraud and those relating hopeful anecdotes about patients currently in the clinical trials are either fools or shills.

4:14 AM · Jan 20, 2022

5

Post your reply

Reply

## Relevant people

**Adrian H**
@Adrian_H
Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**MagnificentAnswer**
@MagnificentAnsw
Follow
My tweets are in my opinion.

**Matt Nachtrab**
@MattNachtrab
Follow
Posts are not investment advice. Reposted or liked content does not mean I agree with or support what is written in the content.

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare💪**
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Sports · Trending
**Lions**
21.6K posts

Entertainment · Trending
**Peter Cullen**

Music · Trending
**#TTPDBoardMeeting**
Trending with #THETORTUEDPOETSDEPARTMENT

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**George Burns**
@gburn98