# EXHIBIT 46

PageVault

| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "icymi MOAR $sava fraud news. A clean paper retraction by a group that was unfortunate enough to collaborate with Dr Wang ☐  " / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1484153502482022400 |
| Page loaded at (UTC): | Thu, 18 Apr 2024 14:40:38 GMT |
| Capture timestamp (UTC): | Thu, 18 Apr 2024 14:41:06 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 2 |
| Capture ID: | hJZEsm4GAmofKTbyyWB7DK |
| User: | bfca-sdelaney |

PDF REFERENCE #:    exbukHYXkjcYj7GcabxEZM

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Jesse brodkin**
@jesse_brodkin

icymi MOAR $sava fraud news. A clean paper retraction by a group that was unfortunate enough to collaborate with Dr Wang 😥

> **Jesse brodkin** @jesse_brodkin · Jan 19, 2022
> Definitely newsworthy when a journal and the authors agree to RETRACT a Wang paper! No messing around with "letters of concern" congrats to Molecular Neurodegeneration🎉 $sava
> x.com/MicrobiomDiges...

1:19 PM · Jan 20, 2022

8

Post your reply

Reply

George Burns
@gburn98

## Relevant people

**Jesse brodkin**
@jesse_brodkin
Follow
Liberal, scientist, small business owner

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Sports · Trending
**Lions**
21.6K posts

Music · Trending
**#TTPDBoardMeeting**
Trending with #THETORTUEDPOETSDEPARTMENT

Entertainment · Trending
**Peter Cullen**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.

