# EXHIBIT 47

| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "spelled out pretty clearly here, Wang attempted to clear himself of image manipulation accusations by producing manipulated images AGAIN (cc @JuanLerma1 @MarinaP63 ) $sava" / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1484230455452962817 |
| Page loaded at (UTC): | Thu, 18 Apr 2024 14:41:13 GMT |
| Capture timestamp (UTC): | Thu, 18 Apr 2024 14:41:55 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 3 |
| Capture ID: | wFABgdWKHN3NHWHD3YVJnB |
| User: | bfca-sdelaney |

PDF REFERENCE #:    x3VwUYhno3TiPpdXD7emkh



Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

**Jesse brodkin**
@jesse_brodkin

spelled out pretty clearly here, Wang attempted to clear himself of image manipulation accusations by producing manipulated images AGAIN (cc @JuanLerma1 @MarinaP63 ) $sava
x.com/ClicksAndHisse...

You're unable to view this Post because this account owner limits who can view their Posts. Learn more

6:24 PM · Jan 20, 2022

2 1 24

Post your reply Reply

**Peter Hollas** @bongomanuk · Jan 20, 2022
Or the gel was faulty, or any of a million other reasons more likely than manipulation.

2

**Jesse brodkin** @jesse_brodkin · Jan 20, 2022
Why more likely? He has motive, opportunity and the means. This is the third time he has tried to fake his way out of a fraud allegation 🤷‍♂️

1

**dtux101** @dtux101 · Jan 20, 2022
What was the outcome the other two times?

**Peter Hollas** @bongomanuk · Jan 20, 2022
Here is one from Bik's paper, why is there a box around the last channel?

**George Burns**
@gburn98

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Juan Lerma** @JuanLerma1 Follow
Neuroscientist. Vicepresident of European Brain Council. Director of the Cajal International Neuroscience Center CINC-CSIC

**Marina Picciotto** @MarinaP63 Follow
Yale Interdepartmental Neuroscience Program Director, SfN president, nicotinian and Iso's mom

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Entertainment · Trending
**Megatron**
12.4K posts

Entertainment · Trending
**cybertron**

Entertainment · Trending
**Peter Cullen**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**


George Burns
@gburn98

## Post

**Peter Hollas** @bongomanuk · Jan 20, 2022
Here is one from Bik's paper, why is there a box around the last channel?



### Relevant people

**Jesse brodkin** @jesse_brodkin — Follow
Liberal, scientist, small business owner

**Juan Lerma** @JuanLerma1 — Follow
Neuroscientist. Vicepresident of European Brain Council. Director of the Cajal International Neuroscience Center CINC-CSIC

**Marina Picciotto** @MarinaP63 — Follow
Yale Interdepartmental Neuroscience Program Director, SfN president, nicotinian and Iso's mom

### What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

#UngentlemanlyWarfare💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Entertainment · Trending
**Megatron**
12.4K posts

Entertainment · Trending
**cybertron**

Entertainment · Trending
**Peter Cullen**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2024 X Corp.

# EXHIBIT 47A

PageVault

| | |
|---|---|
| Document title: | Jesse brodkin on Twitter: "spelled out pretty clearly here, Wang attempted to clear himself of image manipulation accusations by producing manipulated images AGAIN (cc @JuanLerma1 @MarinaP63 ) $sava… https://t.co/Jt9U9tFnbz" |
| Capture URL: | https://web.archive.org/web/20220120182641/https:/twitter.com/jesse_brodkin/status/1484230455452962817 |
| Page loaded at (UTC): | Tue, 30 Apr 2024 01:25:20 GMT |
| Capture timestamp (UTC): | Tue, 30 Apr 2024 01:26:18 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 2 |
| Capture ID: | hJa283K9uQB7e2X3AicMNu |
| User: | bfca-ccoronado |

PDF REFERENCE #:    qL2aMDEiA8xo69boHWHWtw



INTERNET ARCHIVE WaybackMachine https://twitter.com/jesse_brodkin/status/1484230455452962817 Go
3 captures
20 Jan 2022 - 11 Nov 2022
DEC JAN NOV
20
2021 2022 2023
About this capture

Home About

Have an account? Log in

**Jesse brodkin**
@jesse_brodkin

Follow

spelled out pretty clearly here, Wang attempted to clear himself of image manipulation accusations by producing manipulated images AGAIN (cc @JuanLerma1 @MarinaP63 ) $sava

> **Alexander Trevelyan** @ClicksAndHisses
> I have received confirmation from Molecular Neurodegeneration that HY Wang did indeed attempt to provide apparently manipulated images to the journal, but that they did not accept them. Original blots were...

10:24 AM - 20 Jan 2022

1 Retweet 2 Likes

1 2

© 2022 Twitter About Help Center Terms Privacy policy Cookies Ads info

**Jesse brodkin**
@jesse_brodkin

Liberal, scientist, small business owner

New Jersey, USA

Joined July 2012

© 2022 Twitter About Help Center Terms Privacy policy Cookies Ads info

# EXHIBIT 47B

PageVault

| | |
|---|---|
| Document title: | Alexander Trevelyan on Twitter: "I have received confirmation from Molecular Neurodegeneration that HY Wang did indeed attempt to provide apparently manipulated images to the journal, but that they did not accept them. Original blots were requested but Dr. Wang could not provide them. @MicrobiomDigest… https://t.co/3i5WTUMGTV" |
| Capture URL: | https://web.archive.org/web/20220120181626/https:/twitter.com/ClicksAndHisses/status/1484227063259168769 |
| Page loaded at (UTC): | Tue, 30 Apr 2024 01:26:51 GMT |
| Capture timestamp (UTC): | Tue, 30 Apr 2024 01:27:47 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 2 |
| Capture ID: | mWByRfmfBao6463y5AhwxZ |
| User: | bfca-ccoronado |

PDF REFERENCE #:     mtBEE4QzgMpbAQTWzWrZCh

INTERNET ARCHIVE WaybackMachine https://twitter.com/ClicksAndHisses/status/1484227063259168769 Go
9 captures
20 Jan 2022 - 20 Jan 2022
DEC JAN APR
20
2021 2022 2023
About this capture

Home About Have an account? Log in

**Alexander Trevelyan**
@ClicksAndHisses

Bioinformatics/Genomics Software Dev | Physics PhD | Known FUDster | Ice Hockey, Climbing, and MTG

Joined November 2009

**Alexander Trevelyan**
@ClicksAndHisses
Follow

I have received confirmation from Molecular Neurodegeneration that HY Wang did indeed attempt to provide apparently manipulated images to the journal, but that they did not accept them. Original blots were requested but Dr. Wang could not provide them.

@MicrobiomDigest

Thank you for reach out to us. This message is to address the inquiry you sent to our Editor-in-Chief, Dr. Bu.

For you question, "*Can you clarify whether or not the journal received any raw data from the authors*", a short answer is yes and no. The data of the integrity concern is Fig 9 of the paper, which was added in revision to address reviewers' concerns, and these data were not produced in Dr. Yassine's lab, but a "newly added" author for that round of submission, Dr. HY Wang from the City College of New York. When the potential integrity issue was called to our attention, Dr. Yassine requested the original blot images from Dr. HY Wang for MN's editorial team and Springer Nature's Research Integrity Group to examine. Unfortunately, these "original" blot images from Dr. HY Wang also had visible signs very much looking like image manipulation, and Dr. Wang said he couldn't find other images from the repeated experiments. So, yes, Dr. HY Wang did provide a few images that he said were the original blot images; and no, we don't think so.

By the way, Dr. Yassine also provided original blot images in Fig 1-8 that were produced in his lab; and those have passed our scrutinization.

After reviewing the "original" blot images provided by Dr. HY Wang, all the authors, editors, and our publisher agreed retraction is the right call in this case.

Hope this answers your question.

10:11 AM - 20 Jan 2022

**1** Retweet **2** Likes

1 2

© 2022 Twitter About Help Center Terms Privacy policy Cookies Ads info

© 2022 Twitter About Help Center Terms Privacy policy Cookies Ads info

Document title: Alexander Trevelyan on Twitter: "I have received confirmation from Molecular Neurodegeneration that HY Wang did indeed attempt to provide…
Capture URL: https://web.archive.org/web/20220120181626/https:/twitter.com/ClicksAndHisses/status/1484227063259168769
Capture timestamp (UTC): Tue, 30 Apr 2024 01:27:47 GMT
Estimated post date: 01/20/2022 6:16:26 PM

