# EXHIBIT 48

PageVault

| | |
|---|---|
| Document title: | (1) Adrian H on X: "$SAVA remains a complete scientific fraud that is going to have its rug pulled any day, and Mr. Market knows it.." / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1491812124200517633 |
| Page loaded at (UTC): | Thu, 18 Apr 2024 14:44:03 GMT |
| Capture timestamp (UTC): | Thu, 18 Apr 2024 14:44:51 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 4 |
| Capture ID: | ir7rCgA9HfMJxuAn7DWDjx |
| User: | bfca-sdelaney |

PDF REFERENCE #:     kCmREsUaiXgWedi1qS9ACL

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

**Adrian H**
@Adrian_H

$SAVA remains a complete scientific fraud that is going to have its rug pulled any day, and Mr. Market knows it..

4:31 PM · Feb 10, 2022

10 1 22

Post your reply Reply

**Darius** @risk2rise · Feb 10, 2022
Literally came here to see your commentary and response to FDA CP letter. You've been completely right on $OCGN and I believe you'll be correct here as well. Timing is the hardeat part IMHO...does the rug get pulled this year?

1 5

**Adrian H** @Adrian_H · Feb 10, 2022
The unravelling will certainly continue this year

**Solitude Soul** @solitudesoul7 · Feb 11, 2022

1

**AMCOFilms** @am_com_film Ad
Everything has a price except our PILOT check it out on amcofilms.com/watch-now to see what's going on in the White House and who will save the day! #ericroberts

From amcofilms.com

73 480 2.1M

**Relevant people**

**Adrian H**
@Adrian_H
Follow

Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**What's happening**

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Sports · Trending
**Lions**
21.8K posts

Trending
**Cancun**
9,779 posts

Music · Trending
**Phish**
2,593 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

From amcofilms.com

73 · 480 · 2.1M

**aaron** @aaronryden · Feb 10, 2022
You forgot to add "in my opinion". I am interested in hearing opinions from patients, caregivers, and physicians involved in the P2 & P3 trials.

3

**Paddington** @PadisRad · Feb 11, 2022
Will you issue apologies if you are wrong?

1 · 1

**Jon Bowers** @JonBowers7 · Feb 11, 2022
Speaking of scientific frauds...

Show additional replies, including those that may contain offensive content — **Show**

**George Burns**
@gburn98

## Relevant people

**Adrian H** @Adrian_H — **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Sports · Trending
**Lions**
21.8K posts

Trending
**Cancun**
9,779 posts

Music · Trending
**Phish**
2,593 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

Show additional replies, including those that may contain offensive content **Show**

## Relevant people

**Adrian H** @Adrian_H **Follow**

Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Sports · Trending
**Lions**
21.8K posts

Trending
**Cancun**
9,779 posts

Music · Trending
**Phish**
2,593 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**George Burns** @gburn98



