# EXHIBIT 49

PageVault

| | |
|---|---|
| Document title: | (1) Adrian H on X: "Meanwhile, NIH @NIHAging happily funds completely fraudulent science from $SAVA." / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1499598571611594755 |
| Page loaded at (UTC): | Thu, 18 Apr 2024 16:21:12 GMT |
| Capture timestamp (UTC): | Thu, 18 Apr 2024 16:22:16 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 4 |
| Capture ID: | tZSQTNJTL5yGbK8jJXWyY5 |
| User: | bfca-sdelaney |

PDF REFERENCE #:        mQ8S2D2AQ35uJHFEzjJHFk

Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

George Burns
@gburn98

**Adrian H**
@Adrian_H

Meanwhile, NIH @NIHAging happily funds completely fraudulent science from $SAVA.

> **Joseph G. Gleeson** @jogleeson_ucsd · Mar 3, 2022
> I just had an NIH grant rejected by CSR prior to review because a figure legend creeped into the 0.5in margin. I wish NIH had other things to focus on than page margins, but be careful!

4:12 AM · Mar 4, 2022

3 · 12

Post your reply

Reply

**Finding Nemo** @Nemo_is_NoOne · Mar 4, 2022
Because of $SAVA whales' connections at the NIH. The email correspondence between NIH staff and Lindsay is quite interesting. No wonder the whales lawyered up immediately after CP became public. N sets of white collar crime defense lawyers.

1 · 2

**Adrian H** @Adrian_H · Mar 4, 2022
You underestimate US government incompetence and how little most clinical psychologists know about biochemistry. There is no need for conspiracies.

1 · 3

## Relevant people

**Adrian H** @Adrian_H — Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**The National Institut** @NIHAging — Follow
Official X account of NIH's National Institute on Aging. Dedicated to improving the health of older adults through research. Privacy: go.usa.gov/xt7vb

**Joseph G. Gleeson** @jogleeson_ucsd — Follow
#UCSD Neurogeneticist studying origins and treatments of pediatric brain disease. CMO of #NLorem, and Neuroscience Director at #RCIGM

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare** 💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Sports · Trending
**Joe Schoen**

Trending in United States
**Leak**
79K posts

Music · Trending
**matty healy**
8,785 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

X

Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

**Adrian H** @Adrian_H · Mar 4, 2022
You underestimate US government incompetence and how little most clinical psychologists know about biochemistry. There is no need for conspiracies.
1 · 3

Show replies

**Jim H** @JimAKCO · Mar 4, 2022
Quite a small amount in 4Q, but some
1

**Adrian H** @Adrian_H · Mar 4, 2022
one day it's going to turn negative. What's $20m times three? $SAVA
1

**LogarithmicDis** @LogarithmicDis · Mar 4, 2022
Marina retweeted this. Really??? Tone deaf.

George Burns
@gburn98

## Relevant people

**Adrian H** @Adrian_H · Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**The National Institut** @NIHAging · Follow
Official X account of NIH's National Institute on Aging. Dedicated to improving the health of older adults through research. Privacy: go.usa.gov/xt7vb

**Joseph G. Gleeson** @jogleeson_ucsd · Follow
#UCSD Neurogeneticist studying origins and treatments of pediatric brain disease. CMO of #NLorem, and Neuroscience Director at #RCIGM

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare** 💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Sports · Trending
**Joe Schoen**

Trending in United States
**Leak**
79K posts

Music · Trending
**matty healy**
8,785 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

X

Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

**LogarithmicDis** @LogarithmicDis · Mar 4, 2022

Marina retweeted this. Really??? Tone deaf.

31.9K Tweets

Marina Picciotto Retweeted

**Joseph G. Gleeson** ... · Mar 3

I just had an NIH grant rejected by CSR prior to review because a figure legend creeped into the 0.5in margin. I wish NIH had other things to focus on than page margins, but be careful!

George Burns
@gburn98

## Relevant people

**Adrian H** @Adrian_H Follow

Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**The National Institut** @NIHAging Follow

Official X account of NIH's National Institute on Aging. Dedicated to improving the health of older adults through research. Privacy: go.usa.gov/xt7vb

**Joseph G. Gleeson** @jogleeson_ucsd Follow

#UCSD Neurogeneticist studying origins and treatments of pediatric brain disease. CMO of #NLorem, and Neuroscience Director at #RCIGM

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Sports · Trending
**Joe Schoen**

Trending in United States
**Leak**
79K posts

Music · Trending
**matty healy**
8,785 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.





