# EXHIBIT 50

PageVault

| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "@ACInvestorBlog My dude, $sava is a scamCo, don't tell your followers to buy frauds 🔲  ♂" / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1519765788248494083 |
| Page loaded at (UTC): | Thu, 18 Apr 2024 20:38:25 GMT |
| Capture timestamp (UTC): | Thu, 18 Apr 2024 20:39:10 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 3 |
| Capture ID: | efYvp2TbjgH8hhZjAa5GQE |
| User: | bfca-sdelaney |

PDF REFERENCE #:    1FahnAbh9YRnTDwqBaiQGE



