# EXHIBIT 51

PageVault

| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "$sava now poster-boy for fraud… congrats Remi ☐ ☐ ☐ https://t.co/mFHvQ2acwI" / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1523676546380095488 |
| Page loaded at (UTC): | Thu, 18 Apr 2024 14:55:38 GMT |
| Capture timestamp (UTC): | Thu, 18 Apr 2024 14:56:22 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 3 |
| Capture ID: | 2ForfRGUDWVFo2oZaYBumK |
| User: | bfca-mswanson |

PDF REFERENCE #:   oN1yNo8JCyaf8zKxcnxzg7



