# EXHIBIT 52



| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "@Adrian_H giving CUNY notice that we will not allow a cover-up of $sava Wang's scientific fraud. All investigation findings should be made public ASAP. @CUNYNeuro @CSOM_Official https://t.co/yFWxK29A67" / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1523778067478421504 |
| Page loaded at (UTC): | Thu, 18 Apr 2024 14:56:41 GMT |
| Capture timestamp (UTC): | Thu, 18 Apr 2024 14:57:23 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 4 |
| Capture ID: | kXaxepm4hN4qWwfFhyAqcv |
| User: | bfca-mswanson |

PDF REFERENCE #:    txwrbtSQRoYhteCTtX14iL




Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Jesse brodkin**
@jesse_brodkin

@Adrian_H giving CUNY notice that we will not allow a cover-up of $sava Wang's scientific fraud. All investigation findings should be made public ASAP. @CUNYNeuro @CSOM_Official

From cuny.edu

9:32 PM · May 9, 2022

5 11

Post your reply Reply

**Jesse brodkin** @jesse_brodkin · May 9, 2022
If you would like a copy of the letter @CUNY refused to post on their supposedly open public meeting, I think @Adrian_H may post a copy if enough people ask cc @adamfeuerstein @apoorva_nyc

2 4

**Ron Burgandy** @RonBurg26977072 · May 9, 2022
OH. MY. GOD! Adrian did not send that in. Please tell me when I saw that a week ago, it was a joke and he really didn't submit that? I am laughing my fucking ass off. Drinks are on me tonight! I literally thought it was a joke last week.

**Ron Burgandy** @RonBurg26977072 · May 9, 2022
LMAO!!

1

**George Burns**
@gburn98

## Relevant people

**Jesse brodkin** Follow
@jesse_brodkin
Liberal, scientist, small business owner

**Adrian H** Follow
@Adrian_H
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**CUNY Neuroscience** Follow
@CUNYNeuro
News, announcements and events from the neuroscience community in City University of New York's diverse multi-campus community.

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Music · Trending
**Tyler**
46.6K posts

Sports · Trending
**#PAKvsNZ**
7,408 posts

Music · Trending
**matty healy**
7,295 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

1

**Adrian H** @Adrian_H · May 9, 2022

to be fair, before they can release findings, they have to DO the investigation properly and with appropriate urgency...

4

Show additional replies, including those that may contain offensive content **Show**

## Relevant people

**Jesse brodkin** @jesse_brodkin **Follow**
Liberal, scientist, small business owner

**Adrian H** @Adrian_H **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**CUNY Neuroscience** @CUNYNeuro **Follow**
News, announcements and events from the neuroscience community in City University of New York's diverse multi-campus community.

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Music · Trending
**Tyler**
46.6K posts

Sports · Trending
**#PAKvsNZ**
7,408 posts

Music · Trending
**matty healy**
7,295 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**George Burns** @gburn98

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Show additional replies, including those that may contain offensive content

Show

George Burns
@gburn98

## Relevant people

**Jesse brodkin**
@jesse_brodkin
Follow
Liberal, scientist, small business owner

**Adrian H**
@Adrian_H
Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**CUNY Neuroscience**
@CUNYNeuro
Follow
News, announcements and events from the neuroscience community in City University of New York's diverse multi-campus community.

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Music · Trending
**Tyler**
46.6K posts

Sports · Trending
**#PAKvsNZ**
7,408 posts

Music · Trending
**matty healy**
7,295 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

