# EXHIBIT 53



| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "@TheRepublic__ Who cares? The image was "selectable". Case closed (again) $sava is a fraud." / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1527082440111468544 |
| Page loaded at (UTC): | Thu, 18 Apr 2024 15:02:34 GMT |
| Capture timestamp (UTC): | Thu, 18 Apr 2024 15:03:33 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 3 |
| Capture ID: | 3AAgsxgvCu4biLVJqvYe5R |
| User: | bfca-mswanson |

PDF REFERENCE #:      tmi2pvvTuQYfRZA3yGwmP5

**Jesse brodkin** @jesse_brodkin · May 12, 2022

Even little-ole Pete at Neurobiology of Aging could find the fraud in $sava Wang's papers. But somehow couldn't find it within himself to call it intentional😡 14 erroneous select-copy-pastes on one figure and they were all "accidental" 🙄

|  |  |
|---|---|
| **From:** | Peter Rapp <peter@nbaging.com> |
| **Sent time:** | 11/20/2021 10:59:14 AM |
| **To:** | Hoau-yan Wang |
| **Subject:** | [EXTERNAL] Wang et al. (2017), NBA, 55, 99-114 |

Dear Dr. Wang:

I write regarding your article, Wang et al., (2017) PTI-125 binds and reverses an altered confirmation of filamin A to reduce Alzheimer's disease pathogenesis. Neurobiol. Aging, 55, 99-114, for which you serve as corresponding author. A reader has brought to our attention credible concerns that, as Editor-in-Chief of the journal, I must take seriously.

The specific substance of the concerns is copied below:

**1. Figure 12:**
- **All blots in this figure contain 13 bands, corresponding to the 13 different conditions indicated at the bottom. However, the NR1 normalization blot shown at the top contains only 12 bands.**
- **The right-most four bands of the NR1 blot appear to show a different background than the left lanes of that blot**
- **The right-most three bands of the PLCgamma1 blot (and other blots) appear to show a different background than the left lanes of that blot**

*Editor's Note: Consistent with this description, each of the 7 blots in Fig. 12 in your originally submitted manuscript (NBA 16-1080) includes two separately selectable items, one of 3 or 4 lanes on the right, and a second panel with the remaining lanes.*

**2. Figure 3:**
- **One of the bands representing a 10-month sample, in the right blot, appears to be surrounded by a rectangle of a different background than the rest of the blot.**

**3. Figure 6:**
- **the same area appears to be visible both in the 6 month old HP panel as well as the 10 month old HP panel, albeit rotated and perhaps distorted.**

Please provide a full response to these complaints of figure manipulation, ideally including uncropped copies of the blots or photomicrographs used to configure Figs 3, 6, and 12. I would appreciate a response at your earliest convenience, within 30 days. Consistent with COPE guidelines, we anticipate informing the complainant regarding the response.

Please note that, in the absence of a satisfactory timely response, the journal may be obligated to pursue other corrective action.

Thank you for your attention to this important issue, and for supporting the accuracy and integrity of data published at Neurobiology of Aging.

Sincerely,
Peter R. Rapp
Peter R. Rapp, PhD
Editor-in-Chief
Neurobiology of Aging

12 3 22

**The Republic** @TheRepublic__ · May 19, 2022

Who is the reader that raised the issue?

1

**Jesse brodkin**
@jesse_brodkin

Who cares? The image was "selectable". Case closed (again) $sava is a fraud.

12:23 AM · May 19, 2022

2

G Post your reply Reply

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**The Republic** @TheRepublic__ Follow
Freedom is a gift.

## What's happening

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending in United States
**Leak**
75.5K posts

Sports · Trending
**#PAKvsNZ**
7,548 posts

Music · Trending
**#TTPDBoardMeeting**
Trending with #TaylorSwift, #THETORTUEDPOETSDEPARTMENT

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**George Burns**
@gburn98

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

**Jesse brodkin**
@jesse_brodkin

Who cares? The image was “selectable”. Case closed (again) $sava is a fraud.

12:23 AM · May 19, 2022

2

Post your reply
Reply

**Relevant people**

**Jesse brodkin**
@jesse_brodkin
Follow
Liberal, scientist, small business owner

**The Republic**
@TheRepublic__
Follow
Freedom is a gift.

**What's happening**

**WWE Speed**
Wrestling | Every Wedr · Last night

**#UngentlemanlyWarfare**
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Trending in United States
**Leak**
75.5K posts

Sports · Trending
**#PAKvsNZ**
7,548 posts

Music · Trending
**#TTPDBoardMeeting**
Trending with #TaylorSwift, #THETORTUEDPOETSDEPARTMENT

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.

**George Burns**
@gburn98

Document title: (1) Jesse brodkin on X: "@TheRepublic__ Who cares? The image was “selectable”. Case closed (again) $sava is a fraud." / X
Capture URL: https://twitter.com/jesse_brodkin/status/1527082440111468544
Capture timestamp (UTC): Thu, 18 Apr 2024 15:03:33 GMT



