# EXHIBIT 54

**PageVault**

| | |
|---|---|
| Document title: | Jesse brodkin on X: "Big SAVA news!!! new SEC filing? Nope. New PR from company? Nope…. Another pump-and-dump on nothing from a ScamCo? Yes ☐ https://t.co/3HFoun3bei" / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1531729699717713920 |
| Page loaded at (UTC): | Fri, 26 Apr 2024 21:32:46 GMT |
| Capture timestamp (UTC): | Fri, 26 Apr 2024 21:34:41 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 2 |
| Capture ID: | hMXbvFPFTuYnvSD5UUt2BU |
| User: | bfca-ccoronado |

PDF REFERENCE #:    hRs42MTBjUAVZnbsgZN7XC


