# EXHIBIT 55



| | |
|---|---|
| Document title: | (2) Adrian H on X: "@sing3r @NotFeuerstein @MicrobiomDigest @arkabagchi24 @Vinnie66007649 @Veganhippo21 @exponentialxp @jesse_brodkin @PatricioMarceso @CharlesStonkson @RonBurg26977072 @AD3ENDALZ @ClicksAndHisses @PhDUCLA @Nemo_is_NoOne @bluejaunt100 @LogarithmicDis @jbql88 @DurinssBane @jake_snake20 @MidwestHedgie @lipa0902 @Russell50k @MattNachtrab @dogs_valley @adamfeuerstein @misterbien2 @JimAKCO @ph @hoauyanwang @lindsaybbar @UCSF @UCSFMedicine @UCSFAging what does "returning the homeostasis of FLNA levels" even mean when the molecule does not even bind to its supposed target? IT IS ALL MADE UP. (Including Bordey's claims about effects of Simuflimflam in their epilepsy model)" / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1532849317379293185 |
| Page loaded at (UTC): | Mon, 29 Apr 2024 14:12:53 GMT |
| Capture timestamp (UTC): | Mon, 29 Apr 2024 14:20:31 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 20 |
| Capture ID: | ewa7yrcfJfAQG7aX7GKBYY |
| User: | bfca-ccoronado |

X

Home

Explore

Notifications 2

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

**Post**

---

**Post**

This Post was deleted by the Post author. Learn more

**Midwestern Hedgie** 🇦🇷 @MidwestHedgie · May 20, 2022
up 5% today, down 50% in 1 year



💬 1   ⟲   ♡ 7   ılıl   🔖 ⬆

**Phloeodes Diabolicus** @PatricioMarceso · May 20, 2022
Actually, to be correct, that's more like 80% down in 10 months...

💬 6   ⟲   ♡ 4   ılıl   🔖 ⬆

**Ron Burgandy** @RonBurg26977072 · May 20, 2022
Catch me in 10 months, let me know how you're doing then.  All this
shorting you all have done so far, you haven't covered because
there's no one selling significant amount.  TBH, I doubled my
holdings in the drop, and that's no lie.  February, mark it on your
calendar.  I will.

💬 3   ⟲   ♡ 5   ılıl   🔖 ⬆

**Phloeodes Diabolicus** @PatricioMarceso · May 20, 2022
Alright then. Pretty sure you earned your "yes" badge! I guess
somebody needs to finance that fancy Cassava mansion in the end.
🫡

💬 1   ⟲   ♡   ılıl   🔖 ⬆

**Jake Atchley** @jake_snake20 · May 20, 2022
Where are shares for you to cover 🧍

💬 1   ⟲   ♡ 2   ılıl   🔖 ⬆

**CB OG** @CharlesStonkson · May 20, 2022
He's not short, he just enjoys accusing people of fraud based on
stuff he doesn't understand

💬 2   ⟲ 1   ♡ 8   ılıl   🔖 ⬆

**Phloeodes Diabolicus** @PatricioMarceso · May 21, 2022
Hahaha. Let me get this straight: Your argument basically is
"Cheating and being extremely sloppy is standard practice in the
industry, therefore we're good and this is legit!"? Yeah, seems
solid...

💬 1   ⟲   ♡ 1   ılıl   🔖 ⬆

**Relevant people**

**Adrian H** @Adrian_H   Follow
Je ne te parle pas, je chante pour
moi-même, je chante pour moi-
même! Et je pense! il n'est pas
défendu de penser! I don't like
bullies. I block anon idiots.

**Arthur Singer** @sing3r   Follow
Lawyer, StartUp Guru, Ex Music
Pirate

**NOT Adam Feuerstei** @NotFeuerstein   Follow
Parody acct. I am a dog whistle for
short sellers and bear raids. The
night-night king of bio. Selective
quotes. Data is.

**What's happening**

Stagecoach 2024
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
14.7K posts

Sports · Trending
**Travis Hunter**

Music · Trending
**Willie Nelson**
3,410 posts

Entertainment · Trending
**jojo siwa**
14.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

**Jan** @810964733763B

X

**Post**

Home

Explore

Notifications 2

Messages

Grok

Lists

Bookmarks

Communities

X Premium

Profile

More

**Post**

Hahaha. Let me get this straight: Your argument basically is "Cheating and being extremely sloppy is standard practice in the industry, therefore we're good and this is legit!"? Yeah, seems solid...

💬 1   🔁   ♡ 1   🔖   ⬆️

**CB OG** @CharlesStonkson · May 21, 2022   •••
You've seen my experience. Needless to say, I think I have *slightly* more than all of you combined when it comes to small molecule biotech companies. But sure...keep laughing. New sites keep opening, patents keep being enrolled. We'll see who's laughing when the D3 reads out

💬 1   🔁 3   ♡ 7   📊   🔖   ⬆️

**Phloeodes Diabolicus** @PatricioMarceso · May 21, 2022   •••
You've read the hundreds of pages & tweets detailing WHAT is wrong. Instead of countering that with actual content you keep referring to your expertise (and try to insult others). Experts usually don't need to repeatedly state that they're experts. That seems rather desperate.

💬 5   🔁 1   ♡ 9   📊   🔖   ⬆️

**Vinnie** @Vinnie66007649 · May 23, 2022   •••
I have read hundreds of pages & numerous tweets with PhuDsters as well as the pro $SAVA. Simple conclusion: The allegations are false & lies. PhuDsters simply can't explain why FDA & Korean MFDS allow trials go forward?

💬 2   🔁   ♡ 3   📊   🔖   ⬆️

**Jack be quick** @jbql88 · May 23, 2022   •••
Pretty simple really, at this point FDA and Korean MFDS accept the safety data. The contention that they have rigorously evaluated let alone validated the $SAVA efficacy data to date is folly. To say the quality of this data is poor is generous.

💬 3   🔁 2   ♡ 7   📊   🔖   ⬆️

**Ph.D** @PhDUCLA · May 23, 2022   •••
Jack not so bright....That's all health authorities do..review data to support phase 3 clinical trials. It better be robust and compliant! They ask a ton of questions and diligently review prior to approval

💬 1   🔁   ♡ 1   📊   🔖   ⬆️

**Jack be quick** @jbql88 · May 23, 2022   •••
Review, yes, but rigorously review efficacy at this stage, no. Even $SAVA has retracted any claim of efficacy. Take your ill informed potty mouth tirades elsewhere.

💬 1   🔁   ♡ 2   📊   🔖   ⬆️

**Ph.D** @PhDUCLA · May 23, 2022   •••
They review every thing before phase 3. Safety efficacy from submitted CSR. Run shorty run! 😂

💬 1   🔁   ♡ 1   📊   🔖   ⬆️

**Jack be quick** @jbql88 · May 23, 2022   •••
It is clear you don't understand what the word rigorous means. Your childish rants highlight your ignorance and lack of objectivity. $SAVA

💬 1   🔁   ♡ 2   📊   🔖   ⬆️

**Ph.D** @PhDUCLA · May 23, 2022   •••
Of course no rigorous for nda approval...however certainly rigorous for subjecting thousands of patients for P3. Run shorty run! What a sham shorts trying to run! 💃

💬 1   🔁   ♡ 1   📊   🔖   ⬆️

**Jack be quick** @jbql88 · May 23, 2022   •••

**Jan** @810964733763B   •••

**Relevant people**

**Adrian H** @Adrian_H   [Follow]
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Arthur Singer** @sing3r   [Follow]
Lawyer, StartUp Guru, Ex Music Pirate

**NOT Adam Feuerstei** @NotFeuerstein   [Follow]
Parody acct. I am a dog whistle for short sellers and bear raids. The night-night king of bio. Selective quotes. Data is.

**What's happening**

Stagecoach 2024
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
14.7K posts

Sports · Trending
**Travis Hunter**

Music · Trending
**Willie Nelson**
3,410 posts

Entertainment · Trending
**jojo siwa**
14.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2024 X Corp.

← Post

X

- Home
- Explore
- Notifications ②
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

for subjecting thousands of patients for P3.  Run shorty run.  What a sham shorts trying to run! 🩸

💬 1      🔁      ♡ 1      📊      🔖      ⬆

**Jack be quick** @jbql88 · May 23, 2022                                          ···
Nice to see you agree there has been no rigorous review or endorsement of efficacy by the FDA to date.  $SAVA

💬 3      🔁      ♡ 1      📊      🔖      ⬆

**Ph.D** @PhDUCLA · May 23, 2022                                                   ···
Both regulatory agencies endorsed Phase 3 based on non clinical and clinical safety and efficacy studies conducted to date.  Run! 😂

💬 1      🔁      ♡ 1      📊      🔖      ⬆

**Jack be quick** @jbql88 · May 23, 2022                                          ···
It is correct to say the FDA is allowing Phase 3 to proceed at this date.  It is not correct to say the FDA has endorsed the phase 3 trials.  The SPA is not an endorsement.  You are worthy of no more of my time.  $SAVA

💬 1      🔁      ♡ 3      📊      🔖      ⬆

**Ph.D** @PhDUCLA · May 23, 2022                                                   ···
All Health Authorities must review CTA/IND data to allow phase 3 trials.  This allowance is an endorsement!  RUN! 😂

💬 2      🔁 2      ♡ 5      📊      🔖      ⬆

**Jack be quick** @jbql88 · May 23, 2022                                          ···
@Ph.DUCLA has been taught the difference between "review" and "rigorous evaluation", but continues to show his ignorance by not understanding the definition of the word "endorsement". You are the weakest link. Goodbye.  $SAVA

💬 2      🔁      ♡ 2      📊      🔖      ⬆

**Ph.D** @PhDUCLA · May 23, 2022                                                   ···
Let me make it simple for ya Jack...if the total data didn't support P3, which must be reviewed and assessed, then no Health Authority would allow/approve a P3 clinical trial exposing patients to an investigational drug.  Run Jack RUN! 😩

💬 1      🔁 3      ♡ 7      📊      🔖      ⬆

**Jack be quick** @jbql88 · May 23, 2022                                          ···
@PhDUCLA The FDA makes no judgement the data "support" conducting a Phase 3 trial.  They only review to determine patients are not exposed to unreasonable or significant risk. Once cleared the company is free to waste shareholder money on a hopeless drug.  See Remoxy. $SAVA

💬 1      🔁      ♡ 3      📊      🔖      ⬆

**CB OG** @CharlesStonkson · May 23, 2022                                          ···
lol why do the shorts' arguments always boil down to semantics of word choice...keep paying that interest and waiting for the "imminent" clinical hold...

💬 2      🔁      ♡ 4      📊      🔖      ⬆

**Phloeodes Diabolicus** @PatricioMarceso · May 23, 2022                           ···
They don't. Still waiting for an explanation how those mouse brains miraculously changed some features like color and orientation and beamed themselves from one group to another.

💬 1      🔁      ♡ 3      📊      🔖      ⬆

**CB OG** @CharlesStonkson · May 23, 2022                                          ···
🙄 who cares it's microscopy images...everyone knows they mean next to nothing. If you hadn't noticed...um..we are out of preclinical and running 2 large scale US based Phase 3 trials...

**Jan** @810964733763B                                                            ···

---

🔍 Search

### Relevant people

**Adrian H** @Adrian_H                                        [Follow]
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Arthur Singer** @sing3r                                     [Follow]
Lawyer, StartUp Guru, Ex Music Pirate

**NOT Adam Feuerstei** @NotFeuerstein                          [Follow]
Parody acct. I am a dog whistle for short sellers and bear raids. The night-night king of bio. Selective quotes. Data is.

### What's happening

🎡 **Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
14.7K posts

Sports · Trending
**Travis Hunter**

Music · Trending
**Willie Nelson**
3,410 posts

Entertainment · Trending
**jojo siwa**
14.9K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2024 X Corp.

---

# Post

**CB OG** @CharlesStonkson · May 23, 2022 · · ·
😐 who cares it's microscopy images...everyone knows they mean next to nothing. If you hadn't noticed...um..we are out of preclinical and running 2 large scale US based Phase 3 trials...

💬 2      ⇄      ♡ 5      🔖      ⬆

**Phloeodes Diabolicus** @PatricioMarceso · May 23, 2022 · · ·
Yeah, you're right, who cares, let's just discard the scientific basis. It's impossible that the clinical data are presented in a more favorable light than warranted, because why on earth would they do that? Let's just not question things. Hooray.

💬 2      ⇄      ♡      📊      🔖      ⬆

**CB OG** @CharlesStonkson · May 23, 2022 · · ·
The scientific basis is the multiple mouse studies, med chem assays, and the three Phase 2 clinical trials.  Not a couple microscopy images in a crap journal.  But please lecture me on the science of drug development...move me, astonish me...delight my eyes

💬 1      ⇄ 1      ♡ 3      📊      🔖      ⬆

**Phloeodes Diabolicus** @PatricioMarceso · May 23, 2022 · · ·
Yup, it's exactly those mouse studies that are being questioned. And if it only were in one journal...
But who cares, shall we boast and post pictures of our cars in front of our offices instead? Sounds like more fun!

💬 1      ⇄      ♡ 1      📊      🔖      ⬆

**CB OG** @CharlesStonkson · May 23, 2022 · · ·
As someone who has worked in actual drug development for over 10 years...I'm telling you...no one with any relevance cares about those microscopy images.  You want to crossover from art appreciation to pharmaceuticals or learn to trade/invest? Maybe listen to ppl who are successful

💬 2      ⇄ 1      ♡ 4      📊      🔖      ⬆

**CB OG** @CharlesStonkson · May 23, 2022 · · ·
Not bitter, jealous internet trolls trying to make a name for themselves by any means necessary by constantly harassing actual scientists, misrepresenting their own knowledge, and even victim shaming someone who was raped as a child...(love how Adrian continues to defend that)

💬 1      ⇄      ♡ 3      📊      🔖      ⬆

**Phloeodes Diabolicus** @PatricioMarceso · May 23, 2022 · · ·
Dude, who is constantly and arrogantly insulting others here?

💬 2      ⇄      ♡ 1      📊      🔖      ⬆

**CB OG** @CharlesStonkson · May 23, 2022 · · ·
um...both sides?

💬 1      ⇄      ♡ 2      📊      🔖      ⬆

**Phloeodes Diabolicus** @PatricioMarceso · May 23, 2022 · · ·
Ok, but you're kind of spearheading that movement.

💬 1      ⇄      ♡      📊      🔖      ⬆

**CB OG** @CharlesStonkson · May 23, 2022 · · ·
Oh does it hurt *that* much to be told the claims you make are nonsense? Maybe stick to your respective fields if getting called out on false or misconstrued statements that are obviously dumb to people with actual experience hurts that much.

💬 1      ⇄ 1      ♡ 4      📊      🔖      ⬆

**CB OG** @CharlesStonkson · May 23, 2022

## X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

**Jan**
@810964733763B

### Relevant people

**Adrian H** @Adrian_H   [Follow]
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Arthur Singer** @sing3r   [Follow]
Lawyer, StartUp Guru, Ex Music Pirate

**NOT Adam Feuerstei** @NotFeuerstein   [Follow]
Parody acct. I am a dog whistle for short sellers and bear raids. The night-night king of bio. Selective quotes. Data is.

### What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
14.7K posts

Sports · Trending
**Travis Hunter**

Music · Trending
**Willie Nelson**
3,410 posts

Entertainment · Trending
**jojo siwa**
14.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

Post

nonsense? Maybe stick to your respective fields if getting called out on false or misconstrued statements that are obviously dumb to people with actual experience hurts that much.

💬 1    🔁 1    ♡ 4    📊    🔖  ⬆

**CB OG** @CharlesStonkson · May 23, 2022                                      ···
Sorry if sometimes my true feelings toward a bunch of armchair scientists with no relevant experience constantly defaming actual, professional scientists due to their complete ignorance of how drug development at small biotech takes place show

💬 1    🔁 1    ♡ 3    📊    🔖  ⬆

**Phloeodes Diabolicus** @PatricioMarceso · May 23, 2022                        ···
Hey, why don't you just state your perceived superiority without making any factual claims a few more times here? You know you want to.

💬 1    🔁    ♡ 1    📊    🔖  ⬆

**CB OG** @CharlesStonkson · May 23, 2022                                      ···
Perceived? lol. Facts are facts.

💬 1    🔁    ♡ 3    📊    🔖  ⬆

**CB OG** @CharlesStonkson · May 23, 2022                                      ···
When the Phase 3 reads out positive...and every short is like "but the blots??!! How could we have know?"...maybe you look around your discord chat filled with people with zero experience in drug development...you will think of the hundreds if not thousands of tweets of mine

💬 4    🔁 1    ♡ 6    📊    🔖  ⬆

**Phloeodes Diabolicus** @PatricioMarceso · May 23, 2022                        ···
Hahaha. Oh goodness, ok, I can't anymore. I yield to your stubbornness. For your sake, I truly hope you're not anything like your Twitter persona in reality. Enjoy and be nice, maybe then you'll one day actually have someone to cruise with in that shiny Japanese car.

💬 3    🔁    ♡ 1    📊    🔖  ⬆

**LogarithmicDis** @LogarithmicDis · May 24, 2022                               ···
$SAVA cult fans are, as they say,  "reaching".



💬 3    🔁    ♡ 8    📊    🔖  ⬆

---

### Relevant people

 **Adrian H**   [ Follow ]
@Adrian_H
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Arthur Singer**   [ Follow ]
@sing3r
Lawyer, StartUp Guru, Ex Music Pirate

**NOT Adam Feuerstei**   [ Follow ]
@NotFeuerstein
Parody acct. I am a dog whistle for short sellers and bear raids. The night-night king of bio. Selective quotes. Data is.

### What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending               ···
**Jerry Seinfeld**
14.7K posts

Sports · Trending                      ···
**Travis Hunter**

Music · Trending                       ···
**Willie Nelson**
3,410 posts

Entertainment · Trending               ···
**jojo siwa**
14.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

---



Post

Search

- Home
- Explore
- Notifications 2
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

Jan
@810964733763B

PhD advisor! I'm important dammit! Listen to me!

3 | 8

**Gully Foyle** @bluejaunt100 · May 24, 2022
This individual's "insights" into $SAVA are commensurate w/ his extremely junior & obscure role at an even more obscure biotech. This seems an unfortunate fellow whose career didn't go as he liked. Perhaps he likes watching paint dry -as long as the P3 will take to complete.

1 | 6

**LogarithmicDis** @LogarithmicDis · May 24, 2022
Maybe he could re-direct his energy toward his own company and salvage its dismal existence.
-95% is startling

1 | 3

**Gully Foyle** @bluejaunt100 · May 24, 2022
No doubt he is applying his insights and skill to his own workplace. That said, I'm feeling a bit guilty - it's as though he is wearing an intellectual "kick me" sign, and we are indulging him. Perhaps his plan is that $SAVA is a last chance to help his career?

3 | 5

**Vegan Hippo** @Veganhippo21 · May 24, 2022
Nah, it's clear that Adrian wants a job at a HF! Clear as day! Some of us worked in one, and left for better opportunities!

1 | 1

**super_plix** @super_plix · May 24, 2022
You mean your fanfiction about making money and knowing Wang?

1

**super_plix** @super_plix · May 24, 2022
I'm sure he would love to know you've been talking about him on twitter even though he has lawyered up?

1

**Vinnie** @Vinnie66007649 · May 24, 2022

## Relevant people

**Adrian H** @Adrian_H — Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Arthur Singer** @sing3r — Follow
Lawyer, StartUp Guru, Ex Music Pirate

**NOT Adam Feuerstei** @NotFeuerstein — Follow
Parody acct. I am a dog whistle for short sellers and bear raids. The night-night king of bio. Selective quotes. Data is.

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
14.7K posts

Sports · Trending
**Travis Hunter**

Music · Trending
**Willie Nelson**
3,410 posts

Entertainment · Trending
**jojo siwa**
14.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**Post**

I'm sure he would love to know you've been talking about him on twitter even though he has lawyered up?

💬 1          🔁          ♡          📊                    🔖  ↗

**Vinnie** @Vinnie66007649 · May 24, 2022
As Bik used often: Honest Q, is it right & ethical to criticize, smear with lies, laugh at & bad mouth Remi & Wang in tweets when both of them don't use Twitter?

💬 1          🔁          ♡          📊                    🔖  ↗

**Jesse brodkin** @jesse_brodkin · May 24, 2022          •••
It's a public company so it's definitely ethical to criticize. In fact, you rely on other members of the public to perform due diligence. There have been no lies. Bad mouthing comes with the territory when you perpetrate a fraud on vulnerable patients and gullible investors🧑‍⚖️

💬 3          🔁          ♡ 1        📊                    🔖  ↗

**Vinnie** @Vinnie66007649 · May 24, 2022          •••
When should we have our 1 to 1 about $SAVA Publications?

💬 1          🔁          ♡          📊                    🔖  ↗

**Jesse brodkin** @jesse_brodkin · May 24, 2022          •••
Go for it. You are free to tweet at will.

💬 1          🔁          ♡          📊                    🔖  ↗

**Finding Nemo** @Nemo_is_NoOne · May 25, 2022          •••
Just wondering why Vinnie and the other bulls don't ask Wang and the journal EiC to join conversations. Wang can explain his science and the data in the articles, journals will have, again, opportunities to justify their decisions

💬 2          🔁          ♡ 3        📊                    🔖  ↗

**Vinnie** @Vinnie66007649 · May 25, 2022          •••
How the hell you know about the Journal articles? You have zero understanding about how drugs work but dogmatically following fake PhuDsters to short stocks. Shorting urgent needed developmental drug is human scum.

💬 2          🔁          ♡          📊                    🔖  ↗

**Finding Nemo** @Nemo_is_NoOne · May 25, 2022          •••
AD is a terrible condition, a tremendous burden on families. It is unethical and immoral to take advantage of the elderly people just because the need is urgent. $SAVA faked data, cheated in the clinical trials, @hoauyanwang @lindsaybbar and Remi are the human scum.

💬 1          🔁          ♡ 3        📊                    🔖  ↗

**Vinnie** @Vinnie66007649 · May 25, 2022          •••
You are definitely lost in the coral sea. So U.S. FDA, Korean MFDS are so incompetent, misjudging their reviews, & assessments. Yet a person like you can tell $SAVA is fake. My advice, go back to school & learn some basic science.

💬 1          🔁          ♡          📊                    🔖  ↗

**Finding Nemo** @Nemo_is_NoOne · May 25, 2022          •••
FDA has been auditing $SAVA and Wang lab, why don't you find out more about it?

💬 2          🔁          ♡ 2        📊                    🔖  ↗

**Vinnie** @Vinnie66007649 · May 25, 2022          •••
I don't need to find out, all $SAVA trials are on going. I repeat: 333 AD deaths @$970M cost/day. Anyone delay/stop any AD trials are Public Enemy #1 plus causing suffering from patients & families. You decide.

---

**X**

🏠 Home
🔍 Explore
🔔 Notifications ②
✉️ Messages
Grok
🗒 Lists
🔖 Bookmarks
✕ Premium
👥 Communities
✕ Premium
👤 Profile
⊙ More

**Post**

**Jan**
@810964733763B          •••

---

**Relevant people**

**Adrian H**          [Follow]
@Adrian_H
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Arthur Singer**          [Follow]
@sing3r
Lawyer, StartUp Guru, Ex Music Pirate

**NOT Adam Feuerstei**          [Follow]
@NotFeuerstein
Parody acct. I am a dog whistle for short sellers and bear raids. The night-night king of bio. Selective quotes. Data is.

**What's happening**

Stagecoach 2024
Music Festival · Last night

Entertainment · Trending          •••
**Jerry Seinfeld**
14.7K posts

Sports · Trending          •••
**Travis Hunter**

Music · Trending          •••
**Willie Nelson**
3,410 posts

Entertainment · Trending          •••
**jojo siwa**
14.9K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2024 X Corp.

X

- Home
- Explore
- Notifications [2]
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**



**Vinnie** @Vinnie66007649 · May 25, 2022
I don't need to find out, all $SAVA trials are on going. I repeat: 333
AD deaths @$970M cost/day. Anyone delay/stop any AD trials are
Public Enemy #1 plus causing suffering from patients & families.
You decide.
💬 2    🔁 1    ♥ 4    📊    🔖    📤

**Finding Nemo** @Nemo_is_NoOne · May 25, 2022
Hohoho, I am doing you such a favor, to warn you of the impending
implosion. Go ahead with your bullish view on $SAVA. Hopefully
some people will read these couple of tweets of mine and go find
out if the audit is real.
💬 1    🔁    ♥ 3    📊    🔖    📤

**Vinnie** @Vinnie66007649 · May 25, 2022
@Adrian_H. I did miss your tweet as I m not ur follower. Hohoho, is it
X 'mas yet? Am I still in ur nominated list as SAVA SAB? I do trust
every word u say & believe ur warning. BTW, audit is a good mgt
practice, I was an auditor.
💬 2    🔁    ♥    📊    🔖    📤

**Vegan Hippo** ✓ @Veganhippo21 · May 26, 2022
First I teach them trading, after that geometry, after that I teach
them how to close the calls. But I can't teach them NOT to short
$SAVA

**Finding Nemo** @Nemo_is_NoOne · May 24
Replying to @Veganhippo21 @DurinsBane and 22 others
Leap calls on $TSLA? at this level? Oh boy, good luck with that, be sure to
get out when a sizable bounce comes in. I am in no position to speak for
Adrian, but I believe he doesn't even want to work for GS/DE Shaw.

712.21

💬 3    🔁 3    ♥ 6    📊    🔖    📤

**Finding Nemo** @Nemo_is_NoOne · May 26, 2022
Did you sell those leap calls?
💬 1    🔁    ♥    📊    🔖    📤

**Vegan Hippo** ✓ @Veganhippo21 · May 26, 2022
Sold and posted gains(your buddies see it on discord)70k...too bad,
sold too early, but still that's ok, that's alright, Dawn is off
white...Weekend will be fun, little fun cooking, and just reflection.
When $SAVA moons I will be holding that Moderna #2 like there is
no tomorrow
💬 2    🔁    ♥ 3    📊    🔖    📤

**Finding Nemo** @Nemo_is_NoOne · May 26, 2022
$SAVA is heading to zeros, hold as you wish. I don't know anyone
who in discord, I don't talk to anyone in discord.

## Relevant people

**Adrian H** @Adrian_H    [Follow]
Je ne te parle pas, je chante pour
moi-même, je chante pour moi-
même! Et je pense! il n'est pas
défendu de penser! I don't like
bullies. I block anon idiots.

**Arthur Singer** @sing3r    [Follow]
Lawyer, StartUp Guru, Ex Music
Pirate

**NOT Adam Feuerstein** @NotFeuerstein    [Follow]
Parody acct. I am a dog whistle for
short sellers and bear raids. The
night-night king of bio. Selective
quotes. Data is.

## What's happening

🎡 **Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
14.7K posts

Sports · Trending
**Travis Hunter**

Music · Trending
**Willie Nelson**
3,410 posts

Entertainment · Trending
**jojo siwa**
14.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

**Post**


**Jan** @810964733763B

**X** Post   🔍 Search

🏠 Home

🔍 Explore

🔔 Notifications ②

✉️ Messages

Grok

☰ Lists

🔖 Bookmarks

👥 Communities

✕ Premium

👤 Profile

⊙ More

**Post**

---

**Finding Nemo** @Nemo_is_NoOne · May 26, 2022 ···
$SAVA is heading to zeros, hold as you wish. I don't know anyone who in discord, I don't talk to anyone in discord.

💬 2   🔁   ♡ 2   📊   🔖 ⬆️

**Vinnie** @Vinnie66007649 · May 26, 2022 ···
Liar, liar, liar, Jesse does not like liar. Your hero Adrian was in Discord SAVA general, same as your buddy Aurko. I believe they were booted out. You could try to join, they might allow you in as special member.

💬    🔁   ♡ 2   📊   🔖 ⬆️

**Phloeodes Diabolicus** @PatricioMarceso · May 26, 2022 ···
You talk about people with different opinions being booted out as if it were an acceptable or even good thing. Maybe you should pause and think there.
No way to learn if not from people with different knowledge/opinions than yours.

💬 3   🔁   ♡ 3   📊   🔖 ⬆️

**Vinnie** @Vinnie66007649 · May 26, 2022 ···
Beetle, ur welcome to join Discord SAVA General, it's up to the moderators to decide. I am not the moderator & Aurko wanted to be my friend & help me while he was in Discord.

💬 1   🔁   ♡   📊   🔖 ⬆️

**Phloeodes Diabolicus** @PatricioMarceso · May 26, 2022 ···
I was/am sincerely trying to help you too. Then again, perhaps people like COLUMN and AD3 were/are also trying to. But that is precisely why it is important to get the full picture and shape your own opinion. The Discords don't help with that, they rather hinder that process.

💬 2   🔁   ♡ 1   📊   🔖 ⬆️

**Ph.D** @PhDUCLA · May 26, 2022 ···
Discords have plenty of debate and discussions, what isn't tolerated are blatant lies/FUD from shorts, the same ones being repeated that the standard twitter clown show...you clowns are toast! 😎

💬 1   🔁   ♡   📊   🔖 ⬆️

**Phloeodes Diabolicus** @PatricioMarceso · May 26, 2022 ···
How does the Discord explain that the same mouse brains show up in different treatment groups in several independent instances and this was concealed by showing different areas, stretching the images and/or changing their contrast?

💬 2   🔁   ♡ 3   📊   🔖 ⬆️

This Post was deleted by the Post author. Learn more

You're unable to view this Post because this account owner limits who can view their Posts. Learn more

This Post was deleted by the Post author. Learn more

You're unable to view this Post because this account owner limits who can view their Posts. Learn more

This Post was deleted by the Post author. Learn more

**Jan** @810964733763B ···

---

## Relevant people

**Adrian H** @Adrian_H   [Follow]
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Arthur Singer** @sing3r   [Follow]
Lawyer, StartUp Guru, Ex Music Pirate

**NOT Adam Feuerstei** @NotFeuerstein   [Follow]
Parody acct. I am a dog whistle for short sellers and bear raids. The night-night king of bio. Selective quotes. Data is.

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
14.7K posts

Sports · Trending
**Travis Hunter**

Music · Trending
**Willie Nelson**
3,410 posts

Entertainment · Trending
**jojo siwa**
14.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

X

- Home
- Explore
- Notifications 2
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

Jan
@810964733763B

---

**Post**

You're unable to view this Post because this account owner limits who can view their Posts. Learn more

This Post was deleted by the Post author. Learn more

You're unable to view this Post because this account owner limits who can view their Posts. Learn more

You're unable to view this Post because this account owner limits who can view their Posts. Learn more

You're unable to view this Post because this account owner limits who can view their Posts. Learn more

**Arthur Singer** @sing3r · May 27, 2022  ···
Frankly this is hard to follow without spending 24/7 on Twitter like shorts do.  It appears that some folks at Universities and Journals can change their minds, who knew?  Maybe the science is being validated?

science.org
**Actin-binding protein filamin-A drives tau aggreg**
Filamin-A induces tau aggregation through F-actin and contributes to progressive ...

💬 2    ⟲ 2    ♡ 4    📊    🔖 ⬆️

**Arthur Singer** @sing3r · May 27, 2022  ···
So, the $SAVA SVifilam Phase 3 trial is back on at UCSF?
clinicaltrials.gov/ct2/show/NCT05...

ity of California - San Francisco: Memory and Aging Center
n Francisco, **California**, **United States**, 94158
ntact: Lawren VandeVrede, MD    Lawren.VandeVrede@ucsf.edu
ncipal Investigator: Lawren VandeVrede, MD

💬 7    ⟲ 10    ♡ 18    📊    🔖 ⬆️

**AD3** @AD3ENDALZ · May 27, 2022  ···
Amazing 😍!!

💬 1    ⟲    ♡ 8    📊    🔖 ⬆️

**Arthur Singer** @sing3r · May 27, 2022  ···
They are truly brave to stand up for the rights of their patients against the Hedge Fund short onslaught! THANK YOU for your COURAGE!  @UCSFMedicine @UCSFAging

💬 1    ⟲ 2    ♡ 3    📊    🔖 ⬆️

**Phloeodes Diabolicus** @PatricioMarceso · May 27, 2022  ···
Ok, I know I'm running the risk of being blocked by you by asking this but what's the actual evidence supporting your viewpoint here?

💬 1    ⟲    ♡ 1    📊    🔖 ⬆️

**Arthur Singer** @sing3r · May 27, 2022  ···
That's  a loaded and misleading start... I've never blocked anyone as far as I can recall? Even those who've blocked me off and on and from time to time to attack me and then block my response.  Love the attempt at 'the when did you stop beating  your dog ?' line of questioning.

💬 2    ⟲    ♡ 2    📊    🔖 ⬆️

---

## Relevant people

**Adrian H** @Adrian_H     [Follow]
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Arthur Singer** @sing3r     [Follow]
Lawyer, StartUp Guru, Ex Music Pirate

**NOT Adam Feuerstein** @NotFeuerstein     [Follow]
Parody acct. I am a dog whistle for short sellers and bear raids. The night-night king of bio. Selective quotes. Data is.

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
14.7K posts

Sports · Trending
**Travis Hunter**

Music · Trending
**Willie Nelson**
3,410 posts

Entertainment · Trending
**jojo siwa**
14.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

X

Home

Explore

Notifications   2

Messages

Grok

Lists

Bookmarks

Communities

X Premium

Profile

More

Post

**Post**   🔍 Search

far as I can recall? Even those who've blocked me off and on and from time to time to attack me and then block my response.  Love the attempt at 'the when did you stop beating  your dog ?' line of questioning.

💬 2   ↻   ♡ 2   📊   🔖   ⬆️

**Phloeodes Diabolicus** @PatricioMarceso · May 27, 2022   ⋯
Ok, that's fair. Then you and I share the trait of not blocking anyone. Many other $SAVA disciples have blocked me though because of me being friendly but critical(?)
My question to you about the evidence here remains the same though.

💬 1   ↻   ♡   📊   🔖   ⬆️

**Arthur Singer** @sing3r · May 27, 2022   ⋯
I understand there's a large group with many resources in science, journalism, big pharma, within Universities and at some government agencies who worked in concert to find all of $SAVA's flaws great and small and that you refuse ever concede on any of them. What's to discuss?

💬 3   ↻   ♡ 1   📊   🔖   ⬆️

**Phloeodes Diabolicus** @PatricioMarceso · May 27, 2022   ⋯
You do realize that that is per definition a textbook conspiracy theory?
But I meant more: based on what do you think UCSF hasn't withdrawn?

💬 2   ↻   ♡ 3   📊   🔖   ⬆️

**Arthur Singer** @sing3r · May 27, 2022   ⋯
Labelling and belittling again, bravo!
To your point: "based on what do you think UCSF hasn't withdrawn?" My answer is that I can READ.  Their first emails were legally problematic at best, they already had folks in the trial, they decided not to be bullied, good sense, etc.

💬 1   ↻   ♡   📊   🔖   ⬆️

**Phloeodes Diabolicus** @PatricioMarceso · May 27, 2022   ⋯
Labelling and belittling? How so?
What does your reading ability have to do with anything here? My point is more: you are referring to a website that has been last updated April 26th, no?

💬 1   ↻   ♡ 2   📊   🔖   ⬆️

**Adrian H** @Adrian_H · May 27, 2022   ⋯
guys, I suggest everyone takes the weekend off

💬 1   ↻   ♡ 4   📊   🔖   ⬆️

**Phloeodes Diabolicus** @PatricioMarceso · May 27, 2022   ⋯
Good suggestion!

💬 1   ↻   ♡   📊   🔖   ⬆️

**Arthur Singer** @sing3r · May 27, 2022   ⋯
Have a great weekend, glad your friend came in to help the debate. You're not an honest broker, but I won't block you. Enjoy your weekend with your morals and your conscience.

💬 1   ↻   ♡ 2   📊   🔖   ⬆️

**Phloeodes Diabolicus** @PatricioMarceso · May 27, 2022   ⋯
You enjoy your weekend too! Speaking about honesty: I'd appreciate if you admitted mixing up the two trials.
And also let me know how you come up with that moral judgement there.

💬 1   ↻   ♡ 1   📊   🔖   ⬆️

**Jan**
@810964733763B   ⋯

### Relevant people

**Adrian H**   [Follow]
@Adrian_H
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Arthur Singer**   [Follow]
@sing3r
Lawyer, StartUp Guru, Ex Music Pirate

**NOT Adam Feuerstei**   [Follow]
@NotFeuerstein
Parody acct. I am a dog whistle for short sellers and bear raids. The night-night king of bio. Selective quotes. Data is.

### What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
14.7K posts

Sports · Trending
**Travis Hunter**

Music · Trending
**Willie Nelson**
3,410 posts

Entertainment · Trending
**jojo siwa**
14.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2024 X Corp.

X

**Post**

**Home**
**Explore**
**Notifications** 2
**Messages**
**Grok**
**Lists**
**Bookmarks**
**Communities**
**Premium**
**Profile**
**More**

**Post**

if you admitted mixing up the two trials.
And also let me know how you come up with that moral judgement there.

💬 1        🔁        ❤️ 1        📊

**Arthur Singer** @sing3r · May 27, 2022        ···
Is that the lifeline he fed you... YOU mixed them up, not ME.  You're not honest and not fooling anyone who can read:
clinicaltrials.ucsf.edu/trial/NCT05026...

💬 1        🔁 1        ❤️ 4        📊

**Phloeodes Diabolicus** @PatricioMarceso · May 27, 2022        ···
That site was last updated April 26th and references and links to REFOCUS.

💬 1        🔁        ❤️        📊

**Arthur Singer** @sing3r · May 28, 2022        ···
Hair splitting aside, one arm of the phase 3 trial for Simufilam, a  76 week trial for 1083 patients is up and running at UCSF and it began in November!   clinicaltrials.ucsf.edu/trial/NCT05026...

💬 1        🔁        ❤️ 8        📊

**Phloeodes Diabolicus** @PatricioMarceso · May 28, 2022        ···
But can you admit when you were wrong, as you were here?
That webpage was last updated April 26th.

💬        🔁        ❤️        📊

**Vinnie** @Vinnie66007649 · May 28, 2022        ···
What's wrong with you beetle? Are you still in denial mode & won't accept UCSF is back on $SAVA trial? It is a win for everyone, except the shorts.

💬 3        🔁 1        ❤️ 8        📊

**Ron Burgandy** @RonBurg26977072 · May 28, 2022        ···
I told him, I confirmed with UCSF myself.  They are participating, they are screening and accepting patients. He can't accept that Bredt's buddy screwed him over.  And he's literally disappointed that they are trying to help find relief from Alzheimer's.  That's a sick individual

💬 2        🔁 2        ❤️ 8        📊

**Phloeodes Diabolicus** @PatricioMarceso · May 28, 2022        ···
Ron, what will you do if it turns out this information is not accurate? Will you acknowledge it or just delete your tweets once again?

💬 4        🔁        ❤️        📊

**Ron Burgandy** @RonBurg26977072 · May 28, 2022        ···
Let's put it this way, I know your letter was real, I know he "intended" to pull out.  But they are in, I assume because he now knows the data is legit. So, when you check back in with Bredt's little friend, will you admit you were wrong?  He now obviously knows the drug is legit

💬 2        🔁 1        ❤️ 4        📊

**Phloeodes Diabolicus** @PatricioMarceso · May 28, 2022        ···
Would you like to bet on this? Or can I convince you to do sth. funny if you're wrong here?
You are right, I cannot imagine UCSF participating in this and I think you're stretching your knowledge / the truth.

💬 5        🔁        ❤️        📊

**Vinnie** @Vinnie66007649 · May 29, 2022        ···
Beetle, do you really want to bet?
What do you want to bet?

**Jan** @810964733763B        ···

---

**Relevant people**

**Adrian H** @Adrian_H        Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Arthur Singer** @sing3r        Follow
Lawyer, StartUp Guru, Ex Music Pirate

**NOT Adam Feuerstei** @NotFeuerstein        Follow
Parody acct. I am a dog whistle for short sellers and bear raids. The night-night king of bio. Selective quotes. Data is.

**What's happening**

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
14.7K posts

Sports · Trending
**Travis Hunter**

Music · Trending
**Willie Nelson**
3,410 posts

Entertainment · Trending
**jojo siwa**
14.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

Document title: (2) Adrian H on X: &quot;@sing3r @NotFeuerstein @MicrobiomDigest @arkabagchi24 @Vinnie66007649 @Veganhippo21 @exponentialxp…
Capture URL: https://twitter.com/Adrian_H/status/1532849317379293185
Capture timestamp (UTC): Mon, 29 Apr 2024 14:20:31 GMT

← Post

♡ 5

**Vinnie** @Vinnie66007649 · May 29, 2022
Beetle, do you really want to bet?
What do you want to bet?

💬 2          ♡          ⎙

**Vinnie** @Vinnie66007649 · May 29, 2022
Beetle, it seems like you changed ur mind in the bet, that's ok.
Being a psychologist, (ratman included)keep thinking ur constant
affirmative lies will brainwash us to believe wrong is right & vice
versa won't work. $SAVA ll complete P3, with high prob of success.

💬 1          ♡          ⎙

**Phloeodes Diabolicus** @PatricioMarceso · May 29, 2022
Haven't changed my mind. I'm just not sure about what to possibly
use as wager.

💬 1          ♡          ⎙

**Vinnie** @Vinnie66007649 · May 29, 2022
@Veganhippo21 suggest betting for a dog, I have one already. Since
I am considering getting away from Twitter like letshavebail2, I wage
you stop tweeting against biotechs which develop AD drugs & you
never see me promoting $SAVA in Twitter.

💬 1          ♡          ⎙

**Phloeodes Diabolicus** @PatricioMarceso · May 29, 2022
Sorry, I have to tweet when I see what I perceive to be an obvious
case of fraud / abysmal scientific integrity.
How about you pin a tweet saying "I was wrong, UCSF is NOT
participating in $SAVA trials because their data doesn't make any
sense."...

💬 2          ♡ 1          ⎙

**Vinnie** @Vinnie66007649 · May 29, 2022
That's the worst bet I have ever seem in my life. Come on, be real
since you are so positive that you are right all the time. Take my bet
offer.

💬 1          ♡          ⎙

**Phloeodes Diabolicus** @PatricioMarceso · May 29, 2022
*lol* What are you trying to achieve here? I never said that I'm right
all the time (that was MJ), didn't even say I know for sure about
UCSF, just that I can't imagine them actually participating.
Take it or leave it, wagers should be realistic & involve some kind of
timeframe.

💬 2          ♡          ⎙

**Vinnie** @Vinnie66007649 · May 29, 2022
U R the one raising bets, not me. Now U R backing off. Ok, I will
lessen the bet. U get off any negative tweets towards biotech AD
development drugs for 12 months. That's 12 months without pay? I
won't tweet anything related to $SAVA for 18 months (versus ur 12
months) Deal!

💬 2          ♡ 1          ⎙

**Phloeodes Diabolicus** @PatricioMarceso · May 29, 2022
Tbh. this sounds like someone is afraid they might have to publicly
admit they were wrong...

💬 2          ♡ 3          ⎙

**Vinnie** @Vinnie66007649 · May 29, 2022
Come on, I take ur bet challenge, just except my bet offer. Be a
man, ur comrades will be very proud of you.

💬 1          ♡          ⎙

## Relevant people

**Adrian H** @Adrian_H          [Follow]
Je ne te parle pas, je chante pour
moi-même, je chante pour moi-
même! Et je pense! il n'est pas
défendu de penser! I don't like
bullies. I block anon idiots.

**Arthur Singer** @sing3r          [Follow]
Lawyer, StartUp Guru, Ex Music
Pirate

**NOT Adam Feuerstei** @NotFeuerstein          [Follow]
Parody acct. I am a dog whistle for
short sellers and bear raids. The
night-night king of bio. Selective
quotes. Data is.

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
14.7K posts

Sports · Trending
**Travis Hunter**

Music · Trending
**Willie Nelson**
3,410 posts

Entertainment · Trending
**jojo siwa**
14.9K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

**Jan** @810964733763B

X

- Home
- Explore
- Notifications (2)
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- X Premium
- Profile
- More

**Post**

Post

**Vinnie** @Vinnie66007649 · May 29, 2022
Come on, I take ur bet challenge, just except my bet offer. Be a man, ur comrades will be very proud of you.

💬 1      🔁      ♡      ᴵ�815      🔖  ⬆

**Phloeodes Diabolicus** @PatricioMarceso · May 29, 2022
No offense but you seriously have to work on your convincing-strategy.
Also, why would I even be interested in you stopping to tweet? I am not. This is not a contest, I am not trying to silence my opposition or make them "disappear"!!!

💬 1      🔁      ♡ 1      ᴵ�815      🔖  ⬆

**Vinnie** @Vinnie66007649 · May 29, 2022
Beetle, u challenge anyone to bet, I accept the offer. Simply, you back off & making excuses. Not tweeting will hurt your wallet & I understand. It's fine with me but everyone knows what character you are. Noise, back off commitment, nothing else.

💬 1      🔁      ♡      ᴵ�815      🔖  ⬆

**Phloeodes Diabolicus** @PatricioMarceso · May 29, 2022
So, whatever terms you might suggest, I am obliged to immediately agree to them, otherwise I am not being a man and making excuses?
Sorry, but I don't think that's the way it works.
The offer I made still stands if you change your mind, though.

💬 1      🔁      ♡ 1      ᴵ�815      🔖  ⬆

**Vinnie** @Vinnie66007649 · May 30, 2022
Pat beetle, I can tell u kicking & screaming @ yourself for offering the bet. Think better next time, what u think might not what it suppose to be. Stop humiliating yourself. BTW r u really a psychologist?

💬 1      🔁      ♡      ᴵ�815      🔖  ⬆

**Phloeodes Diabolicus** @PatricioMarceso · May 30, 2022
*sigh* Don't you think that if I indeed were so desperate, it would be me who resorted to name-calling and being disrespectful?

💬 4      🔁      ♡ 6      ᴵ�815      🔖  ⬆

**Vinnie** @Vinnie66007649 · May 30, 2022
There is no name calling, it is beetle. I didn't call u something else. Challenge people & offer bet yet uncertain with own finding shows ur true character. Put that aside, UCSF participation is good for everyone. Trials are required to further study the drug.

💬 1      🔁      ♡ 1      ᴵ�815      🔖  ⬆

**Vegan Hippo** ✅ @Veganhippo21 · May 30, 2022
Name calling, you picked to be beetle 🪲 take the bet, come on, we are jacked. Jesse I hope still has his favorite hat! UCSF is great news, for both sides, we wanna see what's up! $SAVA to cure (reduce) AZ 2025 (little earlier).

💬 1      🔁 2      ♡ 4      ᴵ�815      🔖  ⬆

**Adrian H** @Adrian_H · May 30, 2022
You want name calling?  I'll oblige.  Vinnie and VeganHippo, you are a bunch of total pussies who can't even stand up and say anything under your own name.  Either you don't really believe what you say, or you are cowards, or most likely both.

💬 2      🔁 2      ♡ 4      ᴵ�815      🔖  ⬆

**Adrian H** @Adrian_H · May 30, 2022
I'll bet you two clowns $1000 each that there are no Cassava trials going on at UCSF -- on condition that that you put your names on it.

**Jan** @810964733763B

## Relevant people

**Adrian H** @Adrian_H   [Follow]
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! Il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Arthur Singer** @sing3r   [Follow]
Lawyer, StartUp Guru, Ex Music Pirate

**NOT Adam Feuerstei** @NotFeuerstein   [Follow]
Parody acct. I am a dog whistle for short sellers and bear raids. The night-night king of bio. Selective quotes. Data is.

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
14.7K posts

Sports · Trending
**Travis Hunter**

Music · Trending
**Willie Nelson**
3,410 posts

Entertainment · Trending
**jojo siwa**
14.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

X

**Post**

Q Search

**Home**

**Explore**

**Notifications** 2

**Messages**

**Grok**

**Lists**

**Bookmarks**

**Communities**

**Premium**

**Profile**

**More**

**Post**

⊙ 2   ⇄ 2   ♡ 4   ⊪   🔖   ⬆

**Adrian H** @Adrian_H · May 30, 2022
I'll bet you two clowns $1000 each that there are no Cassava trials going on at UCSF -- on condition that that you put your names on it.

But I am doubly safe, because I know you are pussies.

⊙ 5   ⇄ 2   ♡ 6   ⊪   🔖   ⬆

**Vinnie** @Vinnie66007649 · May 30, 2022
Adrian, I will let you think about your post, the wording & offer. You might change your mind & delete it. Your post does not make me look bad. Have a good night.

⊙ 1   ⇄   ♡   🔖   ⬆

**Jesse brodkin** @jesse_brodkin · May 30, 2022
🤌

⊙ 2   ⇄   ♡ 1   ⊪   🔖   ⬆

**Exponentialxp** @exponentialxp · May 31, 2022
The stock price is going up, we need some @jesse_brodkin . We need to make up some random stuff

⊙ 1   ⇄   ♡ 1   ⊪   🔖   ⬆

**Jesse brodkin** @jesse_brodkin · May 31, 2022
You called 😃... tell me, have you anonymous pussies decided to put your money and your name where your mouths are??? I gather you are feeling giddy in this silly no-news $sava pump, here's your chance to show us how tough you are:

> **Adrian H** @Adrian_H · May 30, 2022
> Replying to @Adrian_H @Veganhippo21 and 32 others
> I'll bet you two clowns $1000 each that there are no Cassava trials going on at UCSF -- on condition that that you put your names on it.
> ...
> Show more

⊙ 2   ⇄   ♡ 1   ⊪   🔖   ⬆

**CB OG** @CharlesStonkson · May 31, 2022
Adrian accepted the bet with me...and I have heard nothing about it. I don't think ever had any intention of paying if wrong...and thus far the evidence heavily supports that.

⊙ 1   ⇄   ♡ 3   ⊪   🔖   ⬆

**CB OG** @CharlesStonkson · May 31, 2022
@adrian_h what's the status of the UCSF trial site? A simple phone call should be enough to check.

⊙ 3   ⇄ 2   ♡ 3   ⊪   🔖   ⬆

**Vinnie** @Vinnie66007649 · Jun 1, 2022
When they switched topic to talk about Remi, published data & fraud, it is an obvious sign they were kicking themselves for the loss. I don't expect they will pay the bet, if it does, I m sure the money will go to charity or Dr Bik's patreon acct. The winner will decide.

⊙ 1   ⇄   ♡ 1   ⊪   🔖   ⬆

**Adrian H** @Adrian_H · Jun 1, 2022
Dr. Johnson has emailed UCSF and I trust that he will post their reply when he receives it.

⊙ 2   ⇄   ♡ 3   ⊪   🔖   ⬆

**CB OG** @CharlesStonkson · Jun 1, 2022

**Jan**
@810964733763B
···

**Relevant people**

**Adrian H** @Adrian_H   **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Arthur Singer** @sing3r   **Follow**
Lawyer, StartUp Guru, Ex Music Pirate

**NOT Adam Feuerstei** @NotFeuerstein   **Follow**
Parody acct. I am a dog whistle for short sellers and bear raids. The night-night king of bio. Selective quotes. Data is.

**What's happening**

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
14.7K posts   ···

Sports · Trending
**Travis Hunter**   ···

Music · Trending
**Willie Nelson**
3,410 posts   ···

Entertainment · Trending
**jojo siwa**
14.9K posts   ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

**Adrian H** @Adrian_H · Jun 1, 2022

Dr. Johnson has emailed UCSF and I trust that he will post their reply when he receives it.

💬 2          🔁          ♡ 3          ⬚

**CB OG** @CharlesStonkson · Jun 1, 2022

I assume the auto reply stating the clinical staff will get in touch with me won't suffice

💬 1          🔁          ♡ 1          ⬚

**CB OG** @CharlesStonkson · Jun 1, 2022

We'll see...it says email the PI if no response in 5 days, but I did because obviously that is what it will take to convince everyone. I'm sure he is *thrilled* there are so many people interested in this...

💬 4          🔁          ♡ 3          ⬚

**Arthur Singer** @sing3r · Jun 2, 2022

Simply goes to show that harassment, intimidation and economic pressure drive decision making (or indecision) at both journals and universities. This is NOT about scientific integrity but rather an economic degeneracy that is overtaking science.

💬 1          🔁 1          ♡ 6          ⬚

**Phloeodes Diabolicus** @PatricioMarceso · Jun 2, 2022

Or so you tell yourself...
Ask yourself this: Is that really the most parsimonious explanation for all the retractions, expressions of concern, site withdrawals, etc.?

💬 6          🔁          ♡ 3          ⬚

**Exponentialxp** @exponentialxp · Jun 3, 2022

1) most publisher don't retract paper even if the research is dubious . 2) no body would have cared for wang research for not for sava and money involved.3)  fda has complete data and is not run by Twitter phd

💬 1          🔁          ♡          ⬚

**Jesse brodkin** @jesse_brodkin · Jun 3, 2022

1) true, it must be really bad
2) sad but mostly true
3) still waiting on audit 🔍

💬 3          🔁          ♡ 1          ⬚

**Exponentialxp** @exponentialxp · Jun 3, 2022

1) the timing of retraction with stock pricing running is suspicious. Causation can be different 2) shorts talking about science integrity is funny. Oxy-moron

💬 1          🔁          ♡          ⬚

**Vegan Hippo** ✓ @Veganhippo21 · Jun 3, 2022

On average, $SAVA is short about 50-60% of daily volume. With shorts covering and re-shorting again. It's interesting strategy, however, they did not count us in. The only issue here is that we won't sell at these prices...Selling naked calls, shorting & naked shorts = EPIC SETUP

| | Short Vol | Tota |
|---|---|---|
| | 207,583.00 | 431, |
| | 159,902.00 | 1,004, |
| 1 % | 398,102.00 | 5,059, |
| | 773,077.00 | 345, |

---

## Relevant people

**Adrian H** @Adrian_H   **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Arthur Singer** @sing3r   **Follow**
Lawyer, StartUp Guru, Ex Music Pirate

**NOT Adam Feuerstei** @NotFeuerstein   **Follow**
Parody acct. I am a dog whistle for short sellers and bear raids. The night-night king of bio. Selective quotes. Data is.

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
14.7K posts

Sports · Trending
**Travis Hunter**

Music · Trending
**Willie Nelson**
3,410 posts

Entertainment · Trending
**jojo siwa**
14.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

**Jan** @810964733763B



Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

X Premium

Profile

More

**Post**

**Jan**
@810964733763B

**1 %** | 98,102.00 | 5,059,
| 73,077.00 | 345,
| 94,471.00 | 351,

💬 2   🔁 2   ♡ 6

**Vinnie** @Vinnie66007649 · Jun 3, 2022
I start 🎉 this most shorted SAVA stock not just in Alzheimer's. This apparent "GARBAGE" drug, according to Jesse, may be able to treat: PD, epilepsy, small lung, skin, pancreatic cancers, etc. just to name a few. Priority is to get P3 to completion.

💬 1   🔁   ♡ 2

**Elisabeth Bik** @MicrobiomDigest · Jun 3, 2022
'May be able to treat'??? Based on which clinical trial? Citation needed 🤔

💬 4   🔁   ♡ 8

**Arka** @arkabagchi24 · Jun 3, 2022
How far up your own asshole does one need to reach to determine that PTI-125 can treat Parkinson's, epilepsy, and multiple cancers.

💬 6   🔁   ♡ 6

**Elisabeth Bik** @MicrobiomDigest · Jun 3, 2022
Based on which mechanism would it be able to treat such different diseases? Epilepsy might make sense, but treating cancers as well? Real answers, please, no insults. I will assume an insult means that there are no facts to base the above statement on.

💬 7   🔁 1   ♡ 10

**NOT Adam Feuerstein (Parody)** @NotFeuerstein · Jun 3, 2022
A quick pubmed search pulls up several papers exploring filamin A and cancer

Here is one paper proposing simufilams potential in cancer

cellandbioscience.biomedcentral.com/articles/10.11...

💬 2   🔁 5   ♡ 11

**NOT Adam Feuerstein (Parody)** @NotFeuerstein · Jun 3, 2022
FLNA also interacts with many proteins related to cancer metastasis and high levels of FLNA have been correlated with increased metastatic potential. Perhaps simufilam can block some of these interactions. Obviously needs further study

**Relevant people**

**Adrian H** @Adrian_H   Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Arthur Singer** @sing3r   Follow
Lawyer, StartUp Guru, Ex Music Pirate

**NOT Adam Feuerstein** @NotFeuerstein   Follow
Parody acct. I am a dog whistle for short sellers and bear raids. The night-night king of bio. Selective quotes. Data is.

**What's happening**

Stagecoach 2024
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
14.7K posts

Sports · Trending
**Travis Hunter**

Music · Trending
**Willie Nelson**
3,410 posts

Entertainment · Trending
**jojo siwa**
14.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- X Premium
- Profile
- More

**Post**

**Post**

**NOT Adam Feuerstein (Parody)** @NotFeuerstein · Jun 3, 2022    ···
FLNA also interacts with many proteins related to cancer metastasis and high levels of FLNA have been correlated with increased metastatic potential. Perhaps simufilam can block some of these interactions. Obviously needs further study.

💬 1    🔁 1    ♡ 6    ⊓    ⬆

**Arthur Singer** @sing3r · Jun 3, 2022    ···
Returning the homeostasis of FLNA levels may well interfere with various disease processes. Simufilam has the potential to achieve this as demonstrated in Bordey's work at Yale. The claimed altered conformations of FLNA and femtomolar affinity are NOT required elements.

💬 2    🔁 1    ♡ 4    ⊓    ⬆

**Adrian H**
@Adrian_H

what does "returning the homeostasis of FLNA levels" even mean when the molecule does not even bind to its supposed target?

IT IS ALL MADE UP.  (Including Bordey's claims about effects of Simuflimflam in their epilepsy model)

10:18 PM · Jun 3, 2022

💬 2    🔁    ♡ 1    🔖    ⬆

⊙  Post your reply                     **Reply**

## More replies

**Vinnie** @Vinnie66007649 · Jun 3, 2022    ···
I love it, anything related to FLNA, misfolded protein is made up & fraud. New Science according to Adrian. A Bordey of Yale is fraud too.

💬 1    🔁    ♡ 1    ⊓    ⬆

**Arthur Singer** @sing3r · Jun 3, 2022    ···
Honestly, you must know what I'm saying. Remember, not everything which creates and demonstrates a beneficial downstream effect has a clearly defined and understood upstream mechanism of action.  Efficacy alone is sufficient, especially in terminal diseases.

💬 1    🔁 1    ♡ 2    ⊓    ⬆

### Relevant people

**Adrian H**
@Adrian_H                    **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Arthur Singer**
@sing3r                      **Follow**
Lawyer, StartUp Guru, Ex Music Pirate

**NOT Adam Feuerstei**
@NotFeuerstein               **Follow**
Parody acct. I am a dog whistle for short sellers and bear raids. The night-night king of bio. Selective quotes. Data is.

### What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
14.7K posts

Sports · Trending
**Travis Hunter**

Music · Trending
**Willie Nelson**
3,410 posts

Entertainment · Trending
**jojo siwa**
14.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

**Jan**
@810964733763B

X

- Home
- Explore
- Notifications (2)
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

**Post**

**Arthur Singer** @sing3r · Jun 3, 2022

Honestly, you must know what I'm saying. Remember, not everything which creates and demonstrates a beneficial downstream effect has a clearly defined and understood upstream mechanism of action. Efficacy alone is sufficient, especially in terminal diseases.

💬 1    🔁 1    ♥ 2

**Relevant people**

**Adrian H**
@Adrian_H          **Follow**

Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Arthur Singer**
@sing3r          **Follow**

Lawyer, StartUp Guru, Ex Music Pirate

**NOT Adam Feuerstei**
@NotFeuerstein          **Follow**

Parody acct. I am a dog whistle for short sellers and bear raids. The night-night king of bio. Selective quotes. Data is.

**What's happening**



**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
14.7K posts

Sports · Trending
**Travis Hunter**

Music · Trending
**Willie Nelson**
3,410 posts

Entertainment · Trending
**jojo siwa**
14.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

**Jan**
@810964733763B