# EXHIBIT 56



| | |
|---|---|
| Document title: | (1) Jesse brodkin on X: "@Nemo_is_NoOne @MoralOverdraft @MaxoluIbikunle @ChampyRobert @QCMFunds The entire basis for their drug "discovery" has been retracted. There is no non-opioid Naloxone binding site (where Simufilam supposedly binds). It started with a lie and just got out of control necessitating larger and larger lies to keep the story going $sava https://t.co/vED7y5QIbO" / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1564003968551895046 |
| Page loaded at (UTC): | Thu, 18 Apr 2024 17:26:16 GMT |
| Capture timestamp (UTC): | Thu, 18 Apr 2024 17:27:07 GMT |
| Capture tool: | 10.46.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 8 |
| Capture ID: | fNLzT82zMKdHWgiEiyyVwP |
| User: | bfca-mswanson |

PDF REFERENCE #:    7RGc5hW2scU5DTwsUFi1CF





X

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Finding Nemo** @Nemo_is_NoOne · Aug 27, 2022
$SAVA

For those who would like to make sense of the recent insider purchases, let's read some history.

From nytimes.com

4 2 12

**Quintessential Capital Managem** @QCMFun · Aug 28, 2022
Almost every fraud busted by QCM has seen insider purchases shortly before the bitter end. Another notable example is Wirecard $WDI, where fraudsters Marcus Braun was a huge buyer. Now he rots in jail where he belongs.

2 3 24

This Post was deleted by the Post author. Learn more

**Quintessential Capital Managem** @QCMFun · Aug 28, 2022
There are multiple reasons. In my experience, fraudsters understand that the market may gauge the validity of fraud allegations based on stock price performance. By keeping SP as high as possible they hope investors will shrug and forget about the shorts.

1 4

This Post was deleted by the Post author. Learn more

**AcidReflux** @ChampyRobert · Aug 28, 2022
Grego's really playing you saps....

**George Burns**
@gburn98

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Finding Nemo** @Nemo_is_NoOne Follow
INTJ Life is more than a few lines of code.

**The Ghost of Ration** @MoralOverdraft Follow
Born 1731 Europe, Died 2003 Cambridge MA Opinions only, Not fin advice, RT is not endorse. Objective reality means it's true or not regardless of your belief.

## Live on X

NBA is hosting
**'Thinking NBA' with Coach David McClure** +78

## What's happening

**Heat at 76ers**
NBA · Yesterday

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Sports · Trending
**#PAKvsNZ**
13.2K posts

Music · Trending
**#TSTTPD**
Trending with Begin Again

Music · Trending
**MORTEM**
9,801 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

George Burns
@gburn98

Post

1

This Post was deleted by the Post author. Learn more

**AcidReflux** @ChampyRobert · Aug 28, 2022
More attractive then me?!

...now I KNOW you've been lying through your teeth 😆

This Post was deleted by the Post author. Learn more

**AcidReflux** @ChampyRobert · Aug 28, 2022
Wait your turn, Ghost...plenty of cassavafraud kool-aid spewing from those attractive teats to go around...💋

3 3 8

**AcidReflux** @ChampyRobert · Aug 28, 2022
Game over 😆 🤣

1 2 3

**MaxTweets** @Maxolulbikunle · Aug 28, 2022
😂... I remember that- game over.. lol, clowns galore. Desperate, deplorable and honestly, must not have much else going in for them other than pouting on Twitter.... they got on the wrong stock this time...ouchies..

1 1

This Post was deleted by the Post author. Learn more

**MaxTweets** @Maxolulbikunle · Aug 28, 2022
but you know the science right? Adrian,Jesse& Bik all know the science better than the fellows who have worked on the science of Simufilam right ? Have u heard about the herd mentality of the

Search

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Finding Nemo** @Nemo_is_NoOne Follow
INTJ Life is more than a few lines of code.

**The Ghost of Ration:** @MoralOverdraft Follow
Born 1731 Europe, Died 2003 Cambridge MA Opinions only, Not fin advice, RT is not endorse. Objective reality means it's true or not regardless of your belief.

## Live on X

NBA is hosting
**'Thinking NBA' with Coach David McClure** +78

## What's happening

**Heat at 76ers**
NBA · Yesterday

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Sports · Trending
**#PAKvsNZ**
13.2K posts

Music · Trending
**#TSTTPD**
Trending with Begin Again

Music · Trending
**MORTEM**
9,801 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**MaxTweets** @Maxolulbikunle · Aug 28, 2022
but you know the science right? Adrian,Jesse& Bik all know the science better than the fellows who have worked on the science of Simufilam right ? Have u heard about the herd mentality of the Amyliud-beta system of scientists? I'll place my bet with $SAVA

1    1    7

This Post was deleted by the Post author. Learn more

**MaxTweets** @Maxolulbikunle · Aug 28, 2022
It doesn't take much brain power to now be very bearish on Amyloid plays...that is evident already- no one is paying for it. Not the US govt, not private hospitals. There's nothing novel in Adrian's supposed bearishness on Amyloid beta ..

This Post was deleted by the Post author. Learn more

**MaxTweets** @Maxolulbikunle · Aug 28, 2022
I'm not going to make it easy for you. You need to understand the various kinds of amyloid in the disease pathology.... That's the difference between $SAVA and all these other clueless amyloid-beta companies. You need to find out yourself.

4

This Post was deleted by the Post author. Learn more

**MaxTweets** @Maxolulbikunle · Aug 28, 2022
Good try fella... again,there are various 'states' of amyloid. You don't understand that. Secondly, if you understand the pathology of the disease, you would know that the placebo-effect risk is negligible in the OL data released.and....

1    1

**MaxTweets** @Maxolulbikunle · Aug 28, 2022
They already have placebo-controlled biomarker data - even though that is only for 28-days, that data was essentially complemented by the 6-month OL biomarker data. See, the tea leaf work here is tying things together , which is impossible if you're a short!

This Post was deleted by the Post author. Learn more

**MaxTweets** @Maxolulbikunle · Aug 28, 2022
Lol.. I'll give you a hint... there's solid amyloid, there's also circulating amyloid. Do your research to find out the difference. I don't know why stop at 18 instead of 56, but that's an executive decision. It has no bearing on the result.

1

**MaxTweets** @Maxolulbikunle · Aug 28, 2022
The result was still stellar at 28. And knowing they're a small company at that time, they may have been trying to be more efficient with the $$ from the NIH... and expecting to move forward with the OL extension and use the money for that instead..

1

This Post was deleted by the Post author. Learn more

X

Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

with the OL extension and use the money for that instead..

1

This Post was deleted by the Post author. Learn more

**Finding Nemo** @Nemo_is_NoOne · Aug 28, 2022

Let's review this humanly impossible BM correlation among placebo. Guess Wang didn't learn human physiology and human biochemistry. Oh, I forgot about the viability of the frozen dead brain tissue, someone has to help me with that one, @jesse_brodkin?

1 3

**Jesse brodkin** @jesse_brodkin · Aug 28, 2022

No biology experiment (ever) shows 0.97 correlation between biochemical measures, much less a dozen that are overall unchanged. This graph alone is proof-positive of data manipulation of clinical trial data by $sava and Wang 🤷‍♂️

1 6

**Jesse brodkin** @jesse_brodkin · Aug 28, 2022

Here's another straight-up admission of data manipulation; first and second cohort (pills vs cherries) of patients are statistically significantly different for no reason other than an investigation of data manipulation was started between the cohort readouts $sava

1 1 5

**Jesse brodkin**
@jesse_brodkin

**George Burns**
@gburn98

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Finding Nemo** @Nemo_is_NoOne Follow
INTJ Life is more than a few lines of code.

**The Ghost of Ration:** @MoralOverdraft Follow
Born 1731 Europe, Died 2003 Cambridge MA Opinions only, Not fin advice, RT is not endorse. Objective reality means it's true or not regardless of your belief.

## Live on X

NBA is hosting
'Thinking NBA' with Coach David McClure +78

## What's happening

**Heat at 76ers**
NBA · Yesterday

**#UngentlemanlyWarfare**💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Sports · Trending
**#PAKvsNZ**
13.2K posts

Music · Trending
**#TSTTPD**
Trending with Begin Again

Music · Trending
**MORTEM**
9,801 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

George Burns
@gburn98

← Post

1 1 5

**Jesse brodkin**
@jesse_brodkin

The entire basis for their drug "discovery" has been retracted. There is no non-opioid Naloxone binding site (where Simufilam supposedly binds). It started with a lie and just got out of control necessitating larger and larger lies to keep the story going $sava

pM Naloxone Binds Filamin A

**Table 1.** FLNA expression (Optical intensity of Western blot bands, arbitrary units)

| | A7 cells | M2 cells | SK-N-MC cells | Rat cortex |
|---|---|---|---|---|
| 15 μg | 825.8±69.6 | 0±0 | 351.3±63.9 | 230.3±29.4 |
| 30 μg | 2454.8±259.9 | 0±0 | 983.8±89.0 | 664.8±67 |

Solubilized proteins (15 or 30 μg) from membrane preparations were size-fractioned by 7.5% SDS-PAGE and electrophoretically transferred onto nitrocellulose for Western blotting using specific anti-FLNA antibodies. n=4.
doi:10.1371/journal.pone.0001554.t001

**NLX binding in FLNA-expressing cells and affinity measurement**

To validate the binding of NLX to FLNA, we assessed binding of [$^3$H]NLX to membranes prepared from the human melanoma cell line M2 that lacks filamin and to membranes from its FLNA-transfected subclone A7. We first confirmed FLNA expression in A7 cells and absence in M2 cells by Western blotting using a specific anti-FLNA antibody (Table 1). FLNA was also detected in the human neuroblastoma SK-N-MC cell line and in rat cortical membranes (Table 1). Importantly, [$^3$H]NLX bound to A7 membranes and this binding was robustly displaced by naltrexone but not by morphine, illustrating that NLX and naltrexone bind to a novel site distinct from MOR (Fig 2A). Negligible [$^3$H]DAMGO binding to A7 cells suggested that these cells (and presumably their M2 parent line) do not express MORs (Fig. 2B). Finally, the filamin-deficient M2 cells do not express molecules that bind [$^3$H]NLX (Fig. 2C).

In an affinity assessment, a competition (displacement) curve for the inhibition of [$^3$H]NLX binding to A7 cell membranes was performed using 16 concentrations of naltrexone. Analysis by nonlinear regression showed two saturable sites ($R^2$ = 0.9788) with an $IC_{50}$-H of 3.94 picomolar and an $IC_{50}$-L of 834 picomolar (Fig. 3).

**Precise NLX binding site determined using overlapping peptides**

To deduce the precise binding domain within FLNA where NLX binds, several overlapping peptide sequences derived from the carboxy-terminus where FLNA intersects with synaptic membranes were used to absorb [$^3$H]NLX. Both $FLNA_{2556-2565}$ and $FLNA_{2561-2570}$ markedly attenuated [$^3$H]NLX binding to A7 cell membranes and to purified human FLNA (Fig. 4). This result was confirmed using FLNA purified from FLNA- and MOR-expressing SK-N-MC cells. At 500 pM concentration, [$^3$H]NLX binds to immunoaffinity-purified FLNA in the presence or absence of irreversible MOR antagonist, β-FNA. These data together suggest that NLX binds with high affinity to FLNA with the binding site located at $FLNA_{2561-2565}$.

**Figure 2. NLX target is distinct from MOR but also bound by naltrexone.** *A*, Naltrexone but not morphine markedly reduced [$^3$H]NLX binding in FLNA-expressing A7 membranes. *n*=6. *B*, The absence of [$^3$H]DAMGO binding using twice the amount of A7 membranes shows these lines do not express MOR. *n*=4. *C*, Parent M2 melanoma cells do not express NLX targets. *n*=4. * p<0.05 compared to control.
doi:10.1371/journal.pone.0001554.g002

**Figure 3. NLX binds A7 membranes with picomolar affinity.** A competition (displacement) curve for the inhibition of [$^3$H]NLX binding by naltrexone to membranes from FLNA-expressing A7 cells shows two affinity states with $IC_{50}$-H of 3.94 picomolar and $IC_{50}$-L of 834 picomolar. A nonlinear curve-fit analysis was performed using a competition equation that assumed two saturable sites for the naltrexone curve comprising of 16 concentrations ranging from 0.1 pM to 1 μM. Data are derived from 6 experiments each using a different set of A7 cells.
doi:10.1371/journal.pone.0001554.g003

PLoS ONE | www.plosone.org 3 February 2008 | Volume 3 | Issue 2 | e1554

9:36 PM · Aug 28, 2022

1 4

Post your reply Reply

**Jesse brodkin** @jesse_brodkin · Aug 28, 2022

They've been lying for so long they have gotten sloppy. Here they got the thermodynamics backwards. If Simufilam binds AD-FilaminA with higher affinity (left curve) then that's the conformation that is increased with addition of Simufilam (i.e. causes AD) $sava

Search

**Relevant people**

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Finding Nemo** @Nemo_is_NoOne Follow
INTJ Life is more than a few lines of code.

**The Ghost of Ration:** @MoralOverdraft Follow
Born 1731 Europe, Died 2003 Cambridge MA Opinions only, Not fin advice, RT is not endorse. Objective reality means it's true or not regardless of your belief.

**Live on X**
NBA is hosting
'Thinking NBA' with Coach David McClure +78

**What's happening**

Heat at 76ers
NBA · Yesterday

#UngentlemanlyWarfare
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Sports · Trending
#PAKvsNZ
13.2K posts

Music · Trending
#TSTTPD
Trending with Begin Again

Music · Trending
MORTEM
9,801 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Post

1 3

**Jesse brodkin** @jesse_brodkin · Aug 28, 2022
Here they got so lazy they just moved the data in the middle of making the slide 🤦‍♂️ $sava

1 3

Show replies

George Burns
@gburn98

Search

Relevant people

Jesse brodkin
@jesse_brodkin
Follow
Liberal, scientist, small business owner

Finding Nemo
@Nemo_is_NoOne
Follow
INTJ Life is more than a few lines of code.

The Ghost of Rationa
@MoralOverdraft
Follow
Born 1731 Europe, Died 2003 Cambridge MA Opinions only, Not fin advice, RT is not endorse. Objective reality means it's true or not regardless of your belief.

Live on X

NBA is hosting
'Thinking NBA' with Coach David McClure
+78

What's happening

Heat at 76ers
NBA · Yesterday

#UngentlemanlyWarfare💪
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Sports · Trending
#PAKvsNZ
13.2K posts

Music · Trending
#TSTTPD
Trending with Begin Again

Music · Trending
MORTEM
9,801 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

George Burns
@gburn98

Show replies

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Finding Nemo** @Nemo_is_NoOne Follow
INTJ Life is more than a few lines of code.

**The Ghost of Rationa** @MoralOverdraft Follow
Born 1731 Europe, Died 2003 Cambridge MA Opinions only, Not fin advice, RT is not endorse. Objective reality means it's true or not regardless of your belief.

## Live on X

NBA is hosting
**'Thinking NBA' with Coach David McClure** +78

## What's happening

**Heat at 76ers**
NBA · Yesterday

**#UngentlemanlyWarfare**
In Theaters Tomorrow. Get tickets now!
Promoted by The Ministry Of Ungentlemanly Warfare

Sports · Trending
**#PAKvsNZ**
13.2K posts

Music · Trending
**#TSTTPD**
Trending with Begin Again

Music · Trending
**MORTEM**
9,801 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.







