# EXHIBIT 58

PageVault

| | |
|---|---|
| Document title: | (2) Jesse brodkin on X: "@Nemo_is_NoOne @MoralOverdraft @MaxoluIbikunle @ChampyRobert @QCMFunds @sava Apparently lying to pump stock price runs in the family. Here Mrs Barbier lies through her teeth in writing that her baloney femtomolar claim is correct and a typo will clear it all up (narrator: IT DIDN'T) $sava https://t.co/fOoIjpo2zD" / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1564008067628400641 |
| Page loaded at (UTC): | Mon, 29 Apr 2024 15:20:11 GMT |
| Capture timestamp (UTC): | Mon, 29 Apr 2024 15:23:08 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 10 |
| Capture ID: | fgaejrxdeES38hAnqneMnH |
| User: | bfca-ccoronado |

PDF REFERENCE #:     2QhDYQUGwmDnn98dNoHMC3



Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Finding Nemo** @Nemo_is_NoOne · Aug 27, 2022
$SAVA

For those who would like to make sense of the recent insider purchases, let's read some history.

nytimes.com
ENRON'S COLLAPSE; Before Debacle, Enron Insic
Some Enron Corp shareholders and lawmakers are focusing on $1.1 billion in Enron stock sol...

4 2 12

**Quintessential Capital Managem** @QCMFun · Aug 28, 2022
Almost every fraud busted by QCM has seen insider purchases shortly before the bitter end. Another notable example is Wirecard $WDI, where fraudsters Marcus Braun was a huge buyer. Now he rots in jail where he belongs.

2 3 24

This Post was deleted by the Post author. Learn more

**Quintessential Capital Managem** @QCMFun · Aug 28, 2022
There are multiple reasons. In my experience, fraudsters understand that the market may gauge the validity of fraud allegations based on stock price performance. By keeping SP as high as possible they hope investors will shrug and forget about the shorts.

1 4

This Post was deleted by the Post author. Learn more

**AcidReflux** @ChampyRobert · Aug 28, 2022
Grego's really playing you saps....

1

This Post was deleted by the Post author. Learn more

**AcidReflux** @ChampyRobert · Aug 28, 2022

**Jan**
@810964733763B

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Finding Nemo** @Nemo_is_NoOne Follow
INTJ Life is more than a few lines of code.

**The Ghost of Ration**: @MoralOverdraft Follow
Born 1731 Europe, Died 2003 Cambridge MA Opinions only, Not fin advice, RT is not endorse. Objective reality means it's true or not regardless of your belief.

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**#TheView**

Politics · Trending
**Rob Reiner**
3,964 posts

Sports · Trending
**Travis Hunter**

Entertainment · Trending
**Jerry Seinfeld**
16.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.





X

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

1

This Post was deleted by the Post author. Learn more

**AcidReflux** @ChampyRobert · Aug 28, 2022
More attractive then me?!

...now I KNOW you've been lying through your teeth 😆

This Post was deleted by the Post author. Learn more

**AcidReflux** @ChampyRobert · Aug 28, 2022
Wait your turn, Ghost...plenty of cassavafraud kool-aid spewing from those attractive teats to go around...💋

3 3 8

**AcidReflux** @ChampyRobert · Aug 28, 2022
Game over 😆 🤣

1 2 3

**MaxTweets** @Maxolulbikunle · Aug 28, 2022
😂... I remember that- game over.. lol, clowns galore. Desperate, deplorable and honestly, must not have much else going in for them other than pouting on Twitter.... they got on the wrong stock this time...ouchies..

1 1

This Post was deleted by the Post author. Learn more

**MaxTweets** @Maxolulbikunle · Aug 28, 2022
but you know the science right? Adrian,Jesse& Bik all know the science better than the fellows who have worked on the science of Simufilam right ? Have u heard about the herd mentality of the Amyliud-beta system of scientists? I'll place my bet with $SAVA

1 1 7

This Post was deleted by the Post author. Learn more

**MaxTweets** @Maxolulbikunle · Aug 28, 2022

**Jan**
@810964733763B

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Finding Nemo** @Nemo_is_NoOne Follow
INTJ Life is more than a few lines of code.

**The Ghost of Ration** @MoralOverdraft Follow
Born 1731 Europe, Died 2003 Cambridge MA Opinions only, Not fin advice, RT is not endorse. Objective reality means it's true or not regardless of your belief.

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**#TheView**

Politics · Trending
**Rob Reiner**
3,964 posts

Sports · Trending
**Travis Hunter**

Entertainment · Trending
**Jerry Seinfeld**
16.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Jan
@810964733763B

This Post was deleted by the Post author. Learn more

**MaxTweets** @Maxolulbikunle · Aug 28, 2022
It doesn't take much brain power to now be very bearish on Amyloid plays...that is evident already- no one is paying for it. Not the US govt, not private hospitals. There's nothing novel in Adrian's supposed bearishness on Amyloid beta ..

This Post was deleted by the Post author. Learn more

**MaxTweets** @Maxolulbikunle · Aug 28, 2022
I'm not going to make it easy for you. You need to understand the various kinds of amyloid in the disease pathology.... That's the difference between $SAVA and all these other clueless amyloid-beta companies. You need to find out yourself.

4

This Post was deleted by the Post author. Learn more

**MaxTweets** @Maxolulbikunle · Aug 28, 2022
Good try fella... again,there are various 'states' of amyloid. You don't understand that. Secondly, if you understand the pathology of the disease, you would know that the placebo-effect risk is negligible in the OL data released.and....

1 1

**MaxTweets** @Maxolulbikunle · Aug 28, 2022
They already have placebo-controlled biomarker data - even though that is only for 28-days, that data was essentially complemented by the 6-month OL biomarker data. See, the tea leaf work here is tying things together , which is impossible if you're a short!

This Post was deleted by the Post author. Learn more

**MaxTweets** @Maxolulbikunle · Aug 28, 2022
Lol.. I'll give you a hint... there's solid amyloid, there's also circulating amyloid. Do your research to find out the difference. I don't know why stop at 18 instead of 56, but that's an executive decision. It has no bearing on the result.

1

**MaxTweets** @Maxolulbikunle · Aug 28, 2022
The result was still stellar at 28. And knowing they're a small company at that time, they may have been trying to be more efficient with the $$ from the NIH... and expecting to move forward with the OL extension and use the money for that instead..

1

This Post was deleted by the Post author. Learn more

**Finding Nemo** @Nemo_is_NoOne · Aug 28, 2022
Let's review this humanly impossible BM correlation among placebo. Guess Wang didn't learn human physiology and human biochemistry. Oh, I forgot about the viability of the frozen dead brain tissue, someone has to help me with that one, @jesse_brodkin?

Wang vs Lund

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Finding Nemo** @Nemo_is_NoOne Follow
INTJ Life is more than a few lines of code.

**The Ghost of Ration** @MoralOverdraft Follow
Born 1731 Europe, Died 2003 Cambridge MA Opinions only, Not fin advice, RT is not endorse. Objective reality means it's true or not regardless of your belief.

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**#TheView**

Politics · Trending
**Rob Reiner**
3,964 posts

Sports · Trending
**Travis Hunter**

Entertainment · Trending
**Jerry Seinfeld**
16.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Let's review this humanly impossible BM correlation among placebo. Guess Wang didn't learn human physiology and human biochemistry. Oh, I forgot about the viability of the frozen dead brain tissue, someone has to help me with that one, @jesse_brodkin?



1    3

**Jesse brodkin** @jesse_brodkin · Aug 28, 2022
No biology experiment (ever) shows 0.97 correlation between biochemical measures, much less a dozen that are overall unchanged. This graph alone is proof-positive of data manipulation of clinical trial data by $sava and Wang 🤷

1    6

**Jesse brodkin** @jesse_brodkin · Aug 28, 2022
Here's another straight-up admission of data manipulation; first and second cohort (pills vs cherries) of patients are statistically significantly different for no reason other than an investigation of data manipulation was started between the cohort readouts $sava



1    1    5

**Jesse brodkin** @jesse_brodkin · Aug 28, 2022
The entire basis for their drug "discovery" has been retracted. There is no non-opioid Naloxone binding site (where Simufilam supposedly binds). It started with a lie and just got out of control necessitating larger and larger lies to keep the story going $sava

Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

Jan
@810964733763B

larger and larger lies to keep the story going $sava

1 4

**Jesse brodkin** @jesse_brodkin · Aug 28, 2022

They've been lying for so long they have gotten sloppy. Here they got the thermodynamics backwards. If Simufilam binds AD-FilaminA with higher affinity (left curve) then that's the conformation that is increased with addition of Simufilam (i.e. causes AD) $sava

1 3

**Jesse brodkin** @jesse_brodkin · Aug 28, 2022

Here they got so lazy they just moved the data in the middle of making the slide 🤦‍♂️ $sava

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Finding Nemo** @Nemo_is_NoOne Follow
INTJ Life is more than a few lines of code.

**The Ghost of Ration…** @MoralOverdraft Follow
Born 1731 Europe, Died 2003 Cambridge MA Opinions only, Not fin advice, RT is not endorse. Objective reality means it's true or not regardless of your belief.

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**#TheView**

Politics · Trending
**Rob Reiner**
3,964 posts

Sports · Trending
**Travis Hunter**

Entertainment · Trending
**Jerry Seinfeld**
16.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.







Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

1 3

**Jesse brodkin** @jesse_brodkin · Aug 28, 2022
I don't know what the expiration data on this dumb attempt at a pump based on a total lie is, but at 1+ years I think we can safely say Remi was FOS when he pumped a "deal" @sava

Tweet

Luosheng Peng @LuoshengPeng

$SAVA the biggest surprise from the C/C this morning was a large partner would come to fund its trial.

- it will come in weeks or a month
- it will not dilute the ownership
- it further validates the trial results released last week!

I'll add more over the next few weeks.

7:22 PM · 8/3/21 · Twitter Web App

7 Retweets 2 Quote Tweets 72 Likes

2 4

**Jesse brodkin**
@jesse_brodkin

Apparently lying to pump stock price runs in the family. Here Mrs Barbier lies through her teeth in writing that her baloney femtomolar claim is correct and a typo will clear it all up (narrator: IT DIDN'T) $sava

Jan
@810964733763B

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Finding Nemo** @Nemo_is_NoOne Follow
INTJ Life is more than a few lines of code.

**The Ghost of Ration**: @MoralOverdraft Follow
Born 1731 Europe, Died 2003 Cambridge MA Opinions only, Not fin advice, RT is not endorse. Objective reality means it's true or not regardless of your belief.

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**#TheView**

Politics · Trending
**Rob Reiner**
3,964 posts

Sports · Trending
**Travis Hunter**

Entertainment · Trending
**Jerry Seinfeld**
16.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Document title: (2) Jesse brodkin on X: &quot;@Nemo_is_NoOne @MoralOverdraft @MaxoluIbikunle @ChampyRobert @QCMFunds @sava Apparently lying to pump…
Capture URL: https://twitter.com/jesse_brodkin/status/1564008067628400641
Capture timestamp (UTC): Mon, 29 Apr 2024 15:23:08 GMT
Page 7 of 9



X

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

🥳🥳 x.com/ClicksAndHisse...

2 5

**Finding Nemo** @Nemo_is_NoOne · Aug 28, 2022
Rush terminated all coop with Wang in 11/2021. $SAVA discord had a discussion, someone did some digging, found Rush board held a special meeting, after internal review, board decided to end all ties, projects and clinical trials. Conveniently Discord forgot their own findings.

5

**LogarithmicDis** @LogarithmicDis · Aug 29, 2022
Magnitude of order is a difficult concept for $SAVA
1 milliCi = 1000 microCi

(Besides the fact that Geiger counters are inappropriate for beta emitters of low activity)

2 2

**Jesse brodkin** @jesse_brodkin · Aug 29, 2022
Femtomolar

2

## More replies

**zeus** @zeusPharma · Aug 29, 2022
If no 14C ever used, then it's an open-and-shut case. As for the amount of FLNA, it is more obvious. If each assay used 100 ug (triplet 30x3 = 90 samples, 100 ugx90 = 9000 ug = 9 mg), it would require at least 10 lbs of brain tissue.

2

**Jan**
@810964733763B

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Finding Nemo** @Nemo_is_NoOne Follow
INTJ Life is more than a few lines of code.

**The Ghost of Ration:** @MoralOverdraft Follow
Born 1731 Europe, Died 2003 Cambridge MA Opinions only, Not fin advice, RT is not endorse. Objective reality means it's true or not regardless of your belief.

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**#TheView**

Politics · Trending
**Rob Reiner**
3,964 posts

Sports · Trending
**Travis Hunter**

Entertainment · Trending
**Jerry Seinfeld**
16.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

# Post

← Post   Search

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post


Jan
@810964733763B

zeus @zeusPharma · Aug 29, 2022

If no 14C ever used, then it's an open-and-shut case. As for the amount of FLNA, it is more obvious. If each assay used 100 ug (triplet 30x3 = 90 samples, 100 ugx90 = 9000 ug = 9 mg), it would require at least 10 lbs of brain tissue.

💬     🔁     ♡ 2     📊     🔖  ⬆️

## Relevant people

**Jesse brodkin**
@jesse_brodkin    [Follow]
Liberal, scientist, small business owner

**Finding Nemo**
@Nemo_is_NoOne    [Follow]
INTJ Life is more than a few lines of code.

**The Ghost of Rational**
@MoralOverdraft    [Follow]
Born 1731 Europe, Died 2003 Cambridge MA Opinions only, Not fin advice, RT is not endorse. Objective reality means it's true or not regardless of your belief.

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**#TheView**

Politics · Trending
**Rob Reiner**
3,964 posts

Sports · Trending
**Travis Hunter**

Entertainment · Trending
**Jerry Seinfeld**
16.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2024 X Corp.