# EXHIBIT 59



| | |
|---|---|
| Document title: | (2) Jesse brodkin on X: "The level of fraud with $sava is way beyond just securities, so this is probably the right move for the SEC to hand off to the DOJ, imo." / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1564322010171334656 |
| Page loaded at (UTC): | Mon, 29 Apr 2024 14:21:45 GMT |
| Capture timestamp (UTC): | Mon, 29 Apr 2024 14:22:55 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 4 |
| Capture ID: | srzh6gqPhWZmzDbdQbWH9n |
| User: | bfca-ccoronado |

PDF REFERENCE #:        8EGHtx9qoNR7gfb4Fagr53







Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Jesse brodkin** @jesse_brodkin · Aug 29, 2022

Yeah so about that $sava SEC investigation is "over with no action" talking point of the Dupes. I got a copy of that response to @probesreporter and it reads to me like they are passing their evidence over to DOJ who have "substantial interest"👍.

Aug 29 ··· 64%

FOIA Response 22-02769-T (Cassava Sciences_ Inc.).pdf Open in Acrobat

1 of 3

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
STATION PLACE
100 F STREET, NE
WASHINGTON, DC 20549-2465

Office of FOIA Services

August 4, 2022

Mr. J. Patrick Gavin
Probes Reporter, LLC
P.O. Box 47331
Plymouth, MN 55447

RE: Freedom of Information Act (FOIA), 5 U.S.C. § 552
Request No. **22-02769-T**

Dear Mr. Gavin:

This letter is in reference to your request, dated and received in this office on July 5, 2022, for copies of certain records of any investigation(s) that directly pertain to the conduct, disclosures, and/or transactions of the registrant Cassava Sciences, Inc. since July 5, 2020. Specifically, you listed six types of records for which you were interested, as well as information regarding confidential treatment requests.

We will be unable to respond to your request within the Freedom of Information Act's twenty day statutory time period, as there are unusual circumstances which impact on our ability to quickly process your request. Therefore, we are invoking the 10 day extension. These unusual circumstances are: (a) the need to search for and collect records from an organization geographically separated from this office; (b) the potential volume of records responsive to your request; and (c) the need for consultation with one or more other offices having a substantial interest in either the determination or the subject matter of the records. For these reasons, we will process your case consistent with the order in which we received your request.

We have identified approximately 6.06 gigabytes of electronic records (equivalent to approximately 48 boxes of records[1]) that may be responsive to your request. Under the FOIA, you are considered a "Media Use" requester. As such, all search and review services are free of charge to you.

[1] Please note that estimating the box equivalent of electronic data is not a precise measurement; consequently, the exact number of boxes may be more or less than estimated here.

15 11 38

**Jesse brodkin**
@jesse_brodkin

The level of fraud with $sava is way beyond just securities, so this is probably the right move for the SEC to hand off to the DOJ, imo.

6:40 PM · Aug 29, 2022

4 1 20

Post your reply Reply

**Jesse brodkin** @jesse_brodkin · Aug 29, 2022

This line from the DOJ investigation announcement reads a little stronger (and foretells SEC hand-off) in light of recent events with $sava

WASHINGTON, July 27 (Reuters) - The U.S. Justice Department has opened a criminal investigation into Cassava Sciences Inc (SAVA.O) involving whether the biotech company manipulated research results for its experimental Alzheimer's drug, two people familiar with the inquiry said.

The Justice Department personnel conducting the investigation into Austin, Texas-based Cassava specialize in examining whether companies or individuals have misled or defrauded investors, government agencies or consumers, according to the

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
14.8K posts

Entertainment · Trending
**jojo siwa**
15K posts

British Royal Family · Trending
**#PrinceandPrincessofWales**
6,986 posts

Sports · Trending
**Travis Hunter**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Jan
@810964733763B

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Texas-based Cassava specialize in examining whether companies or individuals have misled or defrauded investors, government agencies or consumers, according to the sources, who spoke on condition of anonymity. The sources did not provide details of the focus of the probe and whether the department was looking into any specific individuals.

5 5

**Jesse brodkin** @jesse_brodkin · Aug 31, 2022
And is entirely consistent with the SEC Enforcement Manual guidelines $sava

Authority:

A number of SEC rules grant the Commission the authority to make informal referrals, which authority the Commission has delegated to staff.

- **Rule 5(b) of the SEC's Informal and Other Procedures, 17 C.F.R. § 202.5(b):**

  After investigation or otherwise the Commission may in its discretion take one or more of the following actions: Institution of administrative proceedings looking to the imposition of remedial sanctions, initiation of injunctive proceedings in the courts, and, in the case of a willful violation, reference of the matter to the Department of Justice for criminal prosecution. The Commission may also, on some occasions, refer the matter to, or grant requests for access to its files made by, domestic and foreign governmental authorities or foreign securities authorities, SROs such as stock exchanges or the [Financial Industry Regulatory Authority, Inc.], and other persons or entities.

1 6

**Darren Estes** @DarrenEstes · Aug 29, 2022
All speculation and in the meantime, insiders have been buying LARGE! I have no idea one way or the other.

1

**Randall Henri Steinmeyer,** @Randall7575 · Aug 29, 2022
Beyond administratively, the SEC acts through DOJ. Hence, "criminal" securities cases are conducted via DOJ. (If pure administrive (ie fines or industry bars ) SEC handles.

1 4

## More replies

**George Orwell** @GOrwell0 · Aug 29, 2022
Is this the Reuters article with the "anonymous sources"? Media used anonymous sources to push the biggest conspiracy theory in history for 3 years, the Russia-Trump conspiracy theory. Did you believe those anonymous sources as well?

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
14.8K posts

Entertainment · Trending
**jojo siwa**
15K posts

British Royal Family · Trending
**#PrinceandPrincessofWales**
6,986 posts

Sports · Trending
**Travis Hunter**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**Jan**
@810964733763B

Post

Search

- Home
- Explore
- Notifications 2
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

**George Orwell** @GOrwell0 · Aug 29, 2022

Is this the Reuters article with the "anonymous sources"? Media used anonymous sources to push the biggest conspiracy theory in history for 3 years, the Russia-Trump conspiracy theory. Did you believe those anonymous sources as well?

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow

Liberal, scientist, small business owner

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
14.8K posts

Entertainment · Trending
**jojo siwa**
15K posts

British Royal Family · Trending
**#PrinceandPrincessofWales**
6,986 posts

Sports · Trending
**Travis Hunter**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**Jan** @810964733763B