# EXHIBIT 60

| | |
|---|---|
| Document title: | (2) Adrian H on X: "@NotFeuerstein IT'S ALL MADE UP." / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1568825495386554369 |
| Page loaded at (UTC): | Mon, 29 Apr 2024 14:23:49 GMT |
| Capture timestamp (UTC): | Mon, 29 Apr 2024 14:24:47 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 3 |
| Capture ID: | bNFsSoD7AAoWKHd9MNcL16 |
| User: | bfca-ccoronado |

PDF REFERENCE #:     vHRZuAaFAvfFUGTJQxrHPZ

Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

**NOT Adam Feuerstein (Parody)** @NotFeuerstein · Sep 10, 2022
Never forget how delusional the short sellers are

They will try to downplay their defamatory statements in the future, but there is plenty of saved evidence out there

$SAVA

Replying to @007_mitty @jesse_brodkin and 3 others

Dr. Wang has been making everything up for 21 years. Everything. None of it is real. A lot of people drank the Kool-Aid. Some may be so committed now they can't even recognize that it isn't real. Dr. Wang may not even know it isn't real. But it isn't real.

6:28 PM · 07 Nov 21 · Twitter Web App

4 4 18

**Adrian H**
@Adrian_H

IT'S ALL MADE UP.

4:55 AM · Sep 11, 2022

1 1

Post your reply Reply

## More replies

**jim Jackson** @ChrisLipsett1 · Sep 11, 2022
You are such a💩.I will personally fly to the courthouse to watch you fry.

1

**Jan**
@810964733763B

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**NOT Adam Feuerstei** @NotFeuerstein Follow
Parody acct. I am a dog whistle for short sellers and bear raids. The night-night king of bio. Selective quotes. Data is.

## What's happening

**Stagecoach 2024**
Music Festival · Earlier today

Trending in United States
**#PrinceandPrincessofWales**
7,005 posts

Entertainment · Trending
**jojo siwa**
15K posts

Sports · Trending

Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

**jim Jackson** @ChrisLipsett1 · Sep 11, 2022

You are such a💩.I will personally fly to the courthouse to watch you fry.

1

## Relevant people

**Adrian H** @Adrian_H Follow

Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**NOT Adam Feuerstei** @NotFeuerstein Follow

Parody acct. I am a dog whistle for short sellers and bear raids. The night-night king of bio. Selective quotes. Data is.

## What's happening

**Stagecoach 2024**
Music Festival · Earlier today

Trending in United States
**#PrinceandPrincessofWales**
7,005 posts

Entertainment · Trending
**jojo siwa**
15K posts

Sports · Trending
**Golden State**
3,218 posts

Trending in United States
**Congratulations Scott**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**Jan**
@810964733763B



