# EXHIBIT 61

**Page Vault**

| | |
|---|---|
| Document title: | **(2) Jesse brodkin on X: "Oh look, it seems that SavaDX collaborator Joel Ross is an addmitted crook in the largest insider trade in history. A perfect fit for $sava and Steve Arnold ☐   (h/t @Russell50k ) https://t.co/ADuWv1Slln https://t.co/fWEvcmsjWS" / X** |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1570041764563525633 |
| Page loaded at (UTC): | Mon, 29 Apr 2024 14:25:29 GMT |
| Capture timestamp (UTC): | Mon, 29 Apr 2024 14:26:39 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 3 |
| Capture ID: | uDZgvYwEW27aduR2LP8vnD |
| User: | bfca-ccoronado |

PDF REFERENCE #:        tb9fdtLKz3Eenh7M7WMSkK

X ← Post Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Jesse brodkin** @jesse_brodkin · Sep 13, 2022

Remi says in his $sava presentation that SavaDX "worked, but it didn't work" 🤔.... Remi this looks like the single best blood assay for Alzheimer's EVER seen, are you saying ITS ALL MADE UP?

3 2 12

**Jesse brodkin** @jesse_brodkin · Sep 13, 2022

I mean holy cow this assay is amazing! It can distinguish between AD, MCI and age with 100% accuracy on AD 😯. NO problems with variability. Why would $sava go back to the drawing board on this blockbuster assay???

2 11

**Jesse brodkin** @jesse_brodkin · Sep 13, 2022

This 👆 is a Dr. Steven Arnold (Harvard and former $sava SAB member) laboratory product. I wonder if he has any thoughts on his work product being trashed as too variable and in need of re-working the methods? I won't hold my breath for an answer 🙄 (because it's BS 🤫)

1 8

**Jesse brodkin**
@jesse_brodkin

Oh look, it seems that SavaDX collaborator Joel Ross is an addmitted crook in the largest insider trade in history. A perfect fit for $sava and Steve Arnold 👍 (h/t @Russell50k )
nj.com/business/2014/...

Monmouth County-based Diagnostic Studios

Jan
@810964733763B

**Relevant people**

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Chris Russell** @Russell50k Follow
Neurologist. Computer Scientist. Husband. Father.

**What's happening**

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
14.9K posts

Sports · Trending
**Travis Hunter**

Entertainment · Trending
**jojo siwa**
15K posts

Music · Trending
**Willie Nelson**
3,560 posts

Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Jesse brodkin**
@jesse_brodkin

Oh look, it seems that SavaDX collaborator Joel Ross is an addmitted crook in the largest insider trade in history. A perfect fit for $sava and Steve Arnold 👍 (h/t @Russell50k )
nj.com/business/2014/...

1:28 PM · Sep 14, 2022

12 1

Post your reply

Reply

Search

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Chris Russell** @Russell50k Follow
Neurologist. Computer Scientist. Husband. Father.

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
14.9K posts

Sports · Trending
**Travis Hunter**

Entertainment · Trending
**jojo siwa**
15K posts

Music · Trending
**Willie Nelson**
3,560 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**Jan**
@810964733763B



