# EXHIBIT 62



| | |
|---|---|
| Document title: | (2) Adrian H on X: "@JaneDoe35299512 @AlphaTrader00 Tide has not turned. The science is fraudulent and the drug is fake. It ticks me off when I am up 5x on my hedges though." / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1572430656797573120 |
| Page loaded at (UTC): | Mon, 29 Apr 2024 14:27:29 GMT |
| Capture timestamp (UTC): | Mon, 29 Apr 2024 14:28:50 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 3 |
| Capture ID: | fqCF5CnigrP59BGQx3eP4Q |
| User: | bfca-ccoronado |

PDF REFERENCE #:     rsfFuWDT3hyPYvUvJGUeAm



Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Adrian H** @Adrian_H · Sep 20, 2022
$SAVA chumps getting played again, with another pump based on two week old non-news
5 · 19

**Archimedes** @AlphaTrader00 · Sep 21, 2022
This $SAVA squeeze is wild.

How are you holding up?
1 · 2

**Adrian H** @Adrian_H · Sep 21, 2022
It's slightly annoying, but whatevs. Pretty focussed on other things right now
3 · 1

**Jane Doe** @JaneDoe35299512 · Sep 21, 2022
Any chance you go Long $SAVA at some point? Seems tide has turned
1

**Adrian H**
@Adrian_H

Tide has not turned. The science is fraudulent and the drug is fake. It ticks me off when I am up 5x on my hedges though.

3:40 AM · Sep 21, 2022

1 · 2

Post your reply
Reply

## More replies

**Jane Doe** @JaneDoe35299512 · Sep 21, 2022
Hmmm well FDA seems to disagree w you on the drug being fake and SEC not finding anything seems pretty exculpatory, but I respect your conviction. Happy trading
2

**Adrian H** @Adrian_H · Sep 21, 2022
SEC deciding they could not take enforcement action on violations of the securities law right now has zero bearing on the drug being fake or potential violation of other law.
1

**Jan**
@810964733763B

## Relevant people

**Adrian H**
@Adrian_H
Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Jane Doe**
@JaneDoe35299512
Follow
I hate Alzheimer's Disease. I am not a financial advisor and nothing I tweet is financial advice.

**Archimedes**
@AlphaTrader00
Follow
Thinker. Investor. Satire. Advocate of the Ladder-adjusted risk premium

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Travel · Trending
**Busch Gardens**
7,990 posts

British Royal Family · Trending
**#PrinceandPrincessofWales**
7,027 posts

Entertainment · Trending
**Jerry Seinfeld**
15K posts

Celebrities · Trending
**Lin-Manuel Miranda**

Show more

Terms of Service Privacy Policy Cookie Policy

# Post

**Adrian H** @Adrian_H · Sep 21, 2022

SEC deciding they could not take enforcement action on violations of the securities law right now has zero bearing on the drug being fake or potential violation of other law.

1

## Relevant people

**Adrian H** @Adrian_H  [Follow]
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Jane Doe** @JaneDoe35299512  [Follow]
I hate Alzheimer's Disease. I am not a financial advisor and nothing I tweet is financial advice.

**Archimedes** @AlphaTrader00  [Follow]
Thinker. Investor. Satire. Advocate of the Ladder-adjusted risk premium

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Travel · Trending
**Busch Gardens**
7,990 posts

British Royal Family · Trending
**#PrinceandPrincessofWales**
7,027 posts

Entertainment · Trending
**Jerry Seinfeld**
15K posts

Celebrities · Trending
**Lin-Manuel Miranda**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2024 X Corp.

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**


Jan
@810964733763B