# EXHIBIT 63



| | |
|---|---|
| Document title: | (2) Adrian H on X: "@JaneDoe35299512 @AlphaTrader00 and FDA gets a lot of things wrong. Reality still exists. The drug is fake, Wang is a fraud, and the $SAVA charade is going to come crashing down one of these days." / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1572445121509232643 |
| Page loaded at (UTC): | Mon, 29 Apr 2024 14:29:22 GMT |
| Capture timestamp (UTC): | Mon, 29 Apr 2024 14:30:19 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 3 |
| Capture ID: | fGtqzbkpZ6c55MW6p2Z8r4 |
| User: | bfca-ccoronado |

PDF REFERENCE #:        wHenawPpBP1tCeyHGLTBiY

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

**Post**

**Adrian H** @Adrian_H · Sep 20, 2022 ···
$SAVA chumps getting played again, with another pump based on two week old non-news

💬 5    🔁    ♡ 19    ᐈᎥᎥ    🔖    ⬆

**Archimedes** @AlphaTrader00 · Sep 21, 2022 ···
This $SAVA squeeze is wild.

How are you holding up?

💬 1    🔁    ♡ 2    ᐈᎥᎥ    🔖    ⬆

**Adrian H** @Adrian_H · Sep 21, 2022 ···
It's slightly annoying, but whatevs.  Pretty focussed on other things right now

💬 3    🔁    ♡ 1    ᐈᎥᎥ    🔖    ⬆

**Jane Doe** @JaneDoe35299512 · Sep 21, 2022 ···
Any chance you go Long $SAVA at some point? Seems tide has turned

💬 1    🔁    ♡    ᐈᎥᎥ    🔖    ⬆

**Adrian H** @Adrian_H · Sep 21, 2022 ···
Tide has not turned.  The science is fraudulent and the drug is fake. It ticks me off when I am up 5x on my hedges though.

💬 1    🔁    ♡ 2    ᐈᎥᎥ    🔖    ⬆

**Jane Doe** @JaneDoe35299512 · Sep 21, 2022 ···
Hmmm well FDA seems to disagree w you on the drug being fake and SEC not finding anything seems pretty exculpatory, but I respect your conviction. Happy trading

💬 2    🔁    ♡    ᐈᎥᎥ    🔖    ⬆

**Adrian H**
@Adrian_H

and FDA gets a lot of things wrong. Reality still exists. The drug is fake, Wang is a fraud, and the $SAVA charade is going to come crashing down one of these days.

4:38 AM · Sep 21, 2022

💬 2    🔁 1    ♡ 6    🔖    ⬆

Post your reply    **Reply**

## More replies

**Jane Doe** @JaneDoe35299512 · Sep 21, 2022 ···
I'm surprised someone as smart and detail focused as you is so dug in here. SEC not pursuing anything is very bad for scam thesis IMO. And FDA has had this $SAVA info for >1 year w no halt.

💬    🔁    ♡    ᐈᎥᎥ    🔖    ⬆

**Jan** @810964733763B ···

## Relevant people

**Adrian H** @Adrian_H    **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Jane Doe** @JaneDoe35299512    **Follow**
I hate Alzheimer's Disease. I am not a financial advisor and nothing I tweet is financial advice.

**Archimedes** @AlphaTrader00    **Follow**
Thinker. Investor. Satire. Advocate of the Ladder-adjusted risk premium

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Celebrities · Trending
**Lin-Manuel Miranda**    ···

Entertainment · Trending
**Jerry Seinfeld**    ···
15K posts

Travel · Trending
**Busch Gardens**    ···
Trending with Hunter Got High

Sports · Trending
**Travis Hunter**    ···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Jan
@810964733763B

**Jane Doe** @JaneDoe35299512 · Sep 21, 2022
I'm surprised someone as smart and detail focused as you is so dug in here. SEC not pursuing anything is very bad for scam thesis IMO. And FDA has had this $SAVA info for >1 year w no halt.

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Jane Doe** @JaneDoe35299512 Follow
I hate Alzheimer's Disease. I am not a financial advisor and nothing I tweet is financial advice.

**Archimedes** @AlphaTrader00 Follow
Thinker. Investor. Satire. Advocate of the Ladder-adjusted risk premium

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Celebrities · Trending
**Lin-Manuel Miranda**

Entertainment · Trending
**Jerry Seinfeld**
15K posts

Travel · Trending
**Busch Gardens**
Trending with Hunter Got High

Sports · Trending
**Travis Hunter**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

