# EXHIBIT 64



| | |
|---|---|
| Document title: | (2) Jesse brodkin on X: "@smogcitygiraffe Nope, I mean fraud $sava https://t.co/2DR0o7xnVV" / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1573053896326631426 |
| Page loaded at (UTC): | Mon, 29 Apr 2024 14:30:53 GMT |
| Capture timestamp (UTC): | Mon, 29 Apr 2024 14:32:03 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 4 |
| Capture ID: | aaHjok47gqfNHzrgx6ehEo |
| User: | bfca-ccoronado |

**Post**

**Jesse brodkin** @jesse_brodkin · Sep 22, 2022

If a 100% run-up on $sava on zero data has you interested in what's up with this stock, this is a good summary of the Cassava saga 👍
x.com/ClicksAndHisse...

> You're unable to view this Post because this account owner limits who can view their Posts. Learn more

💬 2        🔁        ♡ 3        📊        🔖 ⬆️

**Jay** @smogcitygiraffe · Sep 22, 2022

A good completely one-sided summary of course.

💬 1        🔁        ♡        📊        🔖 ⬆️

**Jesse brodkin** @jesse_brodkin · Sep 22, 2022

Does fraud have 2 sides?

💬 1        🔁        ♡ 2        📊        🔖 ⬆️

**Jay** @smogcitygiraffe · Sep 22, 2022

I'm sure you mean fraud accusations, and yes they obviously do, especially when a year lomg investigation leads to zero action on those accusations.  No?

💬 1        🔁        ♡        📊        🔖 ⬆️

**Jesse brodkin**
@jesse_brodkin

Nope, I mean fraud $sava



8:57 PM · Sep 22, 2022

💬 1        🔁        ♡ 2        🔖        ⬆️

---

**Relevant people**

**Jesse brodkin**
@jesse_brodkin          [ Follow ]
Liberal, scientist, small business owner

**Jay**
@smogcitygiraffe          [ Follow ]
Just a giraffe in the shadows running the streets.

**What's happening**



**Oilers at Kings**
NHL · This morning

Sports · Trending
**Travis Hunter**

Entertainment · Trending
**jojo siwa**
15.1K posts

Entertainment · Trending
**Jerry Seinfeld**
15.1K posts

Trending in United States
**#MorningJoe**
1,559 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

---



Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

8:57 PM · Sep 22, 2022

1 2

Post your reply Reply

**Jay** @smogcitygiraffe · Sep 22, 2022
Of course you do Jesse, obviously the lack of FDA/SEC action shows they are only accusations but you do you bud.

1

**Jesse brodkin** @jesse_brodkin · Sep 22, 2022
Thanks man

**Relevant people**

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Jay** @smogcitygiraffe Follow
Just a giraffe in the shadows running the streets.

**What's happening**

**Oilers at Kings**
NHL · This morning

Sports · Trending
**Travis Hunter**

Entertainment · Trending
**jojo siwa**
15.1K posts

Entertainment · Trending
**Jerry Seinfeld**
15.1K posts

Trending in United States
**#MorningJoe**
1,559 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**Jan**
@810964733763B

 **X**

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications (2)
- ✉️ Messages
- 📝 Grok
- ▤ Lists
- 🔖 Bookmarks
- 👥 Communities
- ✖️ Premium
- 👤 Profile
- ⊙ More

**Post**

**Post**

**Jesse brodkin** @jesse_brodkin · Sep 22, 2022    ⋯
Thanks man



💬    🔁    ♡    📊         🔖 ⬆️

### Relevant people

**Jesse brodkin**
@jesse_brodkin          **Follow**
Liberal, scientist, small business owner

**Jay**
@smogcitygiraffe          **Follow**
Just a giraffe in the shadows running the streets.

### What's happening

**Oilers at Kings**
NHL · This morning

Sports · Trending          ⋯
**Travis Hunter**

Entertainment · Trending          ⋯
**jojo siwa**
15.1K posts

Entertainment · Trending          ⋯
**Jerry Seinfeld**
15.1K posts

Trending in United States          ⋯
**#MorningJoe**
1,559 posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2024 X Corp.

**Jan**
@810964733763B          ⋯

Document title: (2) Jesse brodkin on X: &quot;@smogcitygiraffe Nope, I mean fraud $sava https://t.co/2DR0o7xnVV&quot; / X
Capture URL: https://twitter.com/jesse_brodkin/status/1573053896326631426
Capture timestamp (UTC): Mon, 29 Apr 2024 14:32:03 GMT