# EXHIBIT 65

# PageVault

| | |
|---|---|
| Document title: | (2) Adrian H on X: "@SassiItalyTours @UteRaptor @MicrobiomDigest @MattNachtrab @RonBurg26977072 @tobusmcgee @US_FDA @DOJCrimDiv @SEC @MidwestHedgie Simuflimflam has a totally different (imaginary) mechanism" / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1574916368499195905 |
| Page loaded at (UTC): | Mon, 29 Apr 2024 14:32:46 GMT |
| Capture timestamp (UTC): | Mon, 29 Apr 2024 14:33:46 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 4 |
| Capture ID: | qenjSQzbqyjzqv7LQGRhqa |
| User: | bfca-ccoronado |

PDF REFERENCE #:      vxFDv17NtJMPFMdQ72hfUM

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

Jan
@810964733763B

**Post**

**Matt Nachtrab** @MattNachtrab · Sep 24, 2022
The short and distort campaign on $sava is perpetrating a genocide on 250,000 Alzheimer's victims from the ~6 month they have caused to an approved @US_FDA trial. Nobody can deny Simufilam has a chance to help AD victims. The @DOJCrimDiv and @SEC are allowing this and must act!

💬 18   🔁 18   ♥ 66

**Tobus Was Here** @tobusmcgee · Sep 25, 2022
It's never the other way around, right? I see it as the money being poured into this very questionable science as a financial game is being diverted from other uses that might actually provide benefit. The genocide stuff is beyond the pale.

💬 2   🔁 1   ♥ 13

**Nebbiolo Inspector, Will Trave** @SassiItalyTours · Sep 25, 2022
It's really over the line, and you're 100% correct. It's not that I don't want AD cured or treated--as someone who's lost family members to it, of course I want meds for it. But we get those with more and better science, not stock pumping flim flam.

💬 4   ♥ 7

**Ron Burgandy** @RonBurg26977072 · Sep 25, 2022
The FDA is allowing Ph3. NIH has funded some. SEC has cleared. Why do you trust internet scientist more than those three entities?

💬 1   ♥ 9

**Nebbiolo Inspector, Will Trave** @SassiItalyTours · Sep 25, 2022
The halls of shattered dream biotech bankruptcies are littered with companies that failed Ph3 and had funding. Thanks to internet sleuths like @Adrian_H @MicrobiomDigest and @MidwestHedgie we just have the luxury of seeing the scam sooner than later.

💬 5   ♥ 3

**Matt Nachtrab** @MattNachtrab · Sep 26, 2022
Biotech is a high risk investment category. Most fail. So predicting it is like predicting clouds will be in the sky. The "slueths" have missed many times and use horrible tactics (ie discrediting rape victims). Characterizing $sava as a fraud is very wrong and out of line.

💬 1   ♥ 1

**Nebbiolo Inspector, Will Trave** @SassiItalyTours · Sep 26, 2022
You were comparing SAVA skeptics to purveyors of genocide yesterday. Maybe take several seats on "out of line" bucko.

The WB forgeries alone support calling it a fraud.

💬 3   ♥ 6

**Matt Nachtrab** @MattNachtrab · Sep 27, 2022
Severe interference with an fda approved trial on a drug that is known safe IS killing people because there is a good chance this drug works. I'm defending the right of the company and people to be in the trial without manipulation.

💬 2   🔁 2   ♥ 4

**Elisabeth Bik** @MicrobiomDigest · Sep 27, 2022
There is no proof whatsoever that Simufilam can save lives. Based on results presented by the company (not yet peer reviewed) it might halt cognitive decline - but there is no way of knowing if it increases life span. Saying the skeptics are committing genocide is out of line.

💬 11   🔁 1   ♥ 27

**Adrian H** @Adrian_H · Sep 27, 2022

Search

**Relevant people**

**Adrian H** @Adrian_H  [Follow]
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Nebbiolo Inspector,** @SassiItalyTours  [Follow]
Mark Twain knew well that travel is *inherently* political. Wine is culture. Italy Awaits.

**UteRaptor** @UteRaptor  [Follow]
looking to learn from consistent reliable information

**What's happening**

Stagecoach 2024
Music Festival · Last night

Travel · Trending
Busch Gardens
8,059 posts

Celebrities · Trending
Lin-Manuel Miranda

Entertainment · Trending
Jerry Seinfeld
15.1K posts

Sports · Trending
Travis Hunter

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2024 X Corp.



Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

increases life span. Saying the skeptics are committing genocide is out of line.

11 1 27

**Adrian H** @Adrian_H · Sep 27, 2022

It doesn't halt cognitive decline either, I'm afraid, because all the 'science' behind it was faked by a crazy fabulist, and it is a completely imaginary drug that doesn't even engage its (never-validated) target.

3 1 5

**UteRaptor** @UteRaptor · Sep 28, 2022

Any thoughts on the BIIB drug that is in its final phase?

2

**Adrian H** @Adrian_H · Sep 28, 2022

Congratulations to them..
has nothing to do with SAVA or their fake drug

1 3

**Nebbiolo Inspector, Will Trave** @SassiltalyTours · Sep 28, 2022

Imagine it has provided SAVA baggies some nice exit liquidity though on a sympathy pump.

I take it Simufilam is an unrelated drug?

1

**Adrian H**
@Adrian_H

Simuflimflam has a totally different (imaginary) mechanism

12:18 AM · Sep 28, 2022

1 5

Post your reply

Reply

**Nebbiolo Inspector, Will Trave** @SassiltalyTours · Sep 28, 2022

Imagine in the morning when the market realizes SAVA's unrelated drug ran as a sympathy play, you'll see predictable results for the pumpers chasing it.

1 2

## Relevant people

**Adrian H**
@Adrian_H
Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Nebbiolo Inspector, '**
@SassiltalyTours
Follow
Mark Twain knew well that travel is *inherently* political. Wine is culture. Italy Awaits.

**UteRaptor**
@UteRaptor
Follow
looking to learn from consistent reliable information

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Travel · Trending
**Busch Gardens**
8,059 posts

Celebrities · Trending
**Lin-Manuel Miranda**

Entertainment · Trending
**Jerry Seinfeld**
15.1K posts

Sports · Trending
**Travis Hunter**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**Jan**
@810964733763B

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

← Post

**Nebbiolo Inspector, Will Trave** @SassiItalyTours · Sep 28, 2022
Imagine in the morning when the market realizes SAVA's unrelated drug ran as a sympathy play, you'll see predictable results for the pumpers chasing it.

💬 1    🔁    ♡ 2    📊    🔖    ↗


Jan
@810964733763B

## Relevant people

**Adrian H**
@Adrian_H — Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Nebbiolo Inspector,**
@SassiItalyTours — Follow
Mark Twain knew well that travel is *inherently* political. Wine is culture. Italy Awaits.

**UteRaptor**
@UteRaptor — Follow
looking to learn from consistent reliable information

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Travel · Trending
**Busch Gardens**
8,059 posts

Celebrities · Trending
**Lin-Manuel Miranda**

Entertainment · Trending
**Jerry Seinfeld**
15.1K posts

Sports · Trending
**Travis Hunter**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2024 X Corp.

---

Document title: (2) Adrian H on X: &quot;@SassiItalyTours @UteRaptor @MicrobiomDigest @MattNachtrab @RonBurg26977072 @tobusmcgee @US_FDA…
Capture URL: https://twitter.com/Adrian_H/status/1574916368499195905
Capture timestamp (UTC): Mon, 29 Apr 2024 14:33:46 GMT                                                                                          Page 3 of 3