# EXHIBIT 66

PageVault

| | |
|---|---|
| Document title: | (2) Adrian H on X: "@SemiCynic @RonBurg26977072 @MattNachtrab @SassiItalyTours @tobusmcgee @US_FDA @DOJCrimDiv @SEC @MidwestHedgie Be careful with this line of thinking. They HAVE been fabricating results, &amp; the justification for the Ph3 was a charade. They're breaking critical scientific and ethical norms that enable human clinial research, as well as regulations. It's 100% made up scientific fraud." / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1576669435146174464 |
| Page loaded at (UTC): | Mon, 29 Apr 2024 14:34:30 GMT |
| Capture timestamp (UTC): | Mon, 29 Apr 2024 14:35:43 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 5 |
| Capture ID: | be5P1o9QmNmfjHpGhdwS6A |
| User: | bfca-ccoronado |

PDF REFERENCE #:    fUmNoNGeNjzXHaKGfAeQKw

← Post

🔍 Search

# X

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications (2)
- ✉️ Messages
- ✳️ Grok
- 📋 Lists
- 🔖 Bookmarks
- 👥 Communities
- ✖️ Premium
- 👤 Profile
- ⋯ More

**Post**

---

**Matt Nachtrab** ✓ @MattNachtrab · Sep 24, 2022
The short and distort campaign on $sava is perpetrating a genocide on 250,000 Alzheimer's victims from the ~6 month they have caused to an approved @US_FDA trial. Nobody can deny Simufilam has a chance to help AD victims. The @DOJCrimDiv and @SEC are allowing this and must act!

💬 18     🔁 18     ♥ 66

**Tobus Was Here** @tobusmcgee · Sep 25, 2022
It's never the other way around, right? I see it as the money being poured into this very questionable science as a financial game is being diverted from other uses that might actually provide benefit. The genocide stuff is beyond the pale.

💬 2     🔁 1     ♥ 13

**Nebbiolo Inspector, Will Trave** @SassiItalyTours · Sep 25, 2022
It's really over the line, and you're 100% correct. It's not that I don't want AD cured or treated--as someone who's lost family members to it, of course I want meds for it. But we get those with more and better science, not stock pumping flim flam.

💬 4     ♥ 7

**Ron Burgandy** @RonBurg26977072 · Sep 25, 2022
The FDA is allowing Ph3. NIH has funded some. SEC has cleared. Why do you trust internet scientist more than those three entities?

💬 1     ♥ 9

**Nebbiolo Inspector, Will Trave** @SassiItalyTours · Sep 25, 2022
The halls of shattered dream biotech bankruptcies are littered with companies that failed Ph3 and had funding. Thanks to internet sleuths like @Adrian_H @MicrobiomDigest and @MidwestHedgie we just have the luxury of seeing the scam sooner than later.

💬 5     ♥ 3

**Matt Nachtrab** ✓ @MattNachtrab · Sep 26, 2022
Biotech is a high risk investment category. Most fail. So predicting it is like predicting clouds will be in the sky. The "slueths" have missed many times and use horrible tactics (ie discrediting rape victims). Characterizing $sava as a fraud is very wrong and out of line.

💬 1     ♥ 1

**Nebbiolo Inspector, Will Trave** @SassiItalyTours · Sep 26, 2022
You were comparing SAVA skeptics to purveyors of genocide yesterday. Maybe take several seats on "out of line" bucko.

The WB forgeries alone support calling it a fraud.

💬 3     ♥ 6

**Matt Nachtrab** ✓ @MattNachtrab · Sep 27, 2022
Severe interference with an fda approved trial on a drug that is known safe IS killing people because there is a good chance this drug works. I'm defending the right of the company and people to be in the trial without manipulation.

💬 2     🔁 2     ♥ 4

**Elisabeth Bik** @MicrobiomDigest · Sep 27, 2022
There is no proof whatsoever that Simufilam can save lives. Based on results presented by the company (not yet peer reviewed) it might halt cognitive decline - but there is no way of knowing if it increases life span. Saying the skeptics are committing genocide is out of line.

💬 11     🔁 1     ♥ 27

**Matt Nachtrab** ✓ @MattNachtrab · Sep 27, 2022

---

**Jan** @810964733763B

---

### Relevant people

**Adrian H** @Adrian_H    [Follow]
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**SemiⓍynic** @SemiCynic    [Follow]
Market cynic & life optimist. Low IV lifestyle & high IV strategies. Not your fiduciary.

**Ron Burgandy** @RonBurg26977072    [Follow]

### What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
15.1K posts

Celebrities · Trending
**Lin-Manuel Miranda**

Music · Trending
**#HEYA**
Trending with #IVE_SWITCH

Politics · Trending
**Permitless**
3,852 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2024 X Corp.

---

← Post

Search

- Home
- Explore
- Notifications 2
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

Jan
@810964733763B

increases life span. Saying the skeptics are committing genocide is out of line.

11 1 27

**Matt Nachtrab** @MattNachtrab · Sep 27, 2022
There is also no evidence that it is not going to save lives. That is my point. It's on a phase 3 trial. Let them do it. Families in the open label are saying it brought their moms and dads back. Even if for a few years it is saving lives but it could be the cure to AD.

4

This Post was deleted by the Post author. Learn more

**Matt Nachtrab** @MattNachtrab · Oct 2, 2022
That is exactly the point. These people are trying to prevent $sava from rejecting the null hypothesis by running a phase three trial. They earned a right to do that. How does that make me a zealot?

This Post was deleted by the Post author. Learn more

**Ron Burgandy** @RonBurg26977072 · Oct 2, 2022
Fucking hilarious. You are officially an idiot. If you think ANYTHING but a safety concern is going to stop P3 at this point, you shouldn't even be on Twitter you should be going back to your job restocking shelves after your break.

This Post was deleted by the Post author. Learn more

**Adrian H**
@Adrian_H

Be careful with this line of thinking.

They HAVE been fabricating results, & the justification for the Ph3 was a charade. They're breaking critical scientific and ethical norms that enable human clinial research, as well as regulations. It's 100% made up scientific fraud.

8:24 PM · Oct 2, 2022

1 4

Post your reply — Reply

**Adrian H** @Adrian_H · Oct 2, 2022
It does not matter if the fake drug is harmless. The patients in these trials are still taking risks (lumbar punctures) and not getting to try other trials that might work. Hundreds of millions of $ will be wasted (and some getting shunted to Remi). Investors will be screwed.

1 1 5

**Adrian H** @Adrian_H · Oct 2, 2022
And they are destroying the integrity of the system that everybody is trying to honestly operate in. They're cheating on the exam.

1 3

**Adrian H** @Adrian_H · Oct 2, 2022

## Relevant people

**Adrian H** @Adrian_H — Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**SemiXynic** @SemiCynic — Follow
Market cynic & life optimist. Low IV lifestyle & high IV strategies. Not your fiduciary.

**Ron Burgandy** @RonBurg26977072 — Follow

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
15.1K posts

Celebrities · Trending
**Lin-Manuel Miranda**

Music · Trending
**#HEYA**
Trending with #IVE_SWITCH

Politics · Trending
**Permitless**
3,852 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

And they are destroying the integrity of the system that everybody is trying to honestly operate in. They're cheating on the exam.

1 3

**Adrian H** @Adrian_H · Oct 2, 2022

and, rather importantly for Drs. Wang and Burns, $SAVA took $20 million in grants from the NIH and taxpayers based on False Claims, and then fabricated their results in performance of that research

2

**Relevant people**

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**SemiXynic** @SemiCynic Follow
Market cynic & life optimist. Low IV lifestyle & high IV strategies. Not your fiduciary.

**Ron Burgandy** @RonBurg26977072 Follow

**What's happening**

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
15.1K posts

Celebrities · Trending
**Lin-Manuel Miranda**

Music · Trending
**#HEYA**
Trending with #IVE_SWITCH

Politics · Trending
**Permitless**
3,852 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**Jan** @810964733763B

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Jan
@810964733763B

**Adrian H** @Adrian_H · Oct 2, 2022

and, rather importantly for Drs. Wang and Burns, $SAVA took $20 million in grants from the NIH and taxpayers based on False Claims, and then fabricated their results in performance of that research

2

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Semi𝕏ynic** @SemiCynic Follow
Market cynic & life optimist. Low IV lifestyle & high IV strategies. Not your fiduciary.

**Ron Burgandy** @RonBurg26977072 Follow

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
15.1K posts

Celebrities · Trending
**Lin-Manuel Miranda**

Music · Trending
**#HEYA**
Trending with #IVE_SWITCH

Politics · Trending
**Permitless**
3,852 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.





