# EXHIBIT 67

| | |
|---|---|
| Document title: | (2) Jesse brodkin on X: "@pei_guy77 @VanceNordaker @sing3r @MicrobiomDigest @BadgerMcLeod @ClicksAndHisses @Nemo_is_NoOne @JJSchaible @BruinStocks @cavebear2509 @lawrenceshaw82 @PatricioMarceso @MattNachtrab @ZhuBaio @stvcone @mosquitobight @GaryJMilne @Apexx_Gamer @shawn_roa100 @SfNJournals @MarinaP63 @JuanLerma1 @barry_everitt @SECEnfDirector @PLOSONE For just straight-up scientific illiteracy and insult-to-your-intelligence fraud, this one has got to take the top spot (and that's taken from a very rich $sava data set ☐    )" / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1576672703201042434 |
| Page loaded at (UTC): | Mon, 29 Apr 2024 14:36:16 GMT |
| Capture timestamp (UTC): | Mon, 29 Apr 2024 14:38:03 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 14 |
| Capture ID: | jAcD8otvdjbEgXTcN8ZtJr |
| User: | bfca-ccoronado |

PDF REFERENCE #:    x2dZ7ZazQEfFJCcY4ZkGpb

< Post

**Eshaan Rao** @SaltTheSnail7 · Nov 24, 2021
Oh really Arthur? How many WBs have you run?

💬 1   🔁   ♡ 1

**Arthur Singer** @sing3r · Nov 24, 2021
I can read and the whole field seems very subjective.
Shorts' argument was that they chose this method because 'it is easy to manipulate' but also difficult to nail down.
I imagine Dr. Bik will has 10s of thousands of papers that will keep her busy for many years to come.

💬 1   🔁   ♡ 2

**Stacy** @mosquitobight · Nov 24, 2021
People are offering you the opportunity to see for yourself - yet you refuse to look and evaluate the manipulation for yourself. Good thing you have money to burn!

💬 2   🔁   ♡ 1

**Eshaan Rao** @SaltTheSnail7 · Nov 24, 2021
Maybe we're all misconstruing this and bulls just have a money losing fetish. That's the most likely explanation at this point.

💬 1   🔁   ♡

**Stacy** @mosquitobight · Nov 24, 2021
IKR?!?! I thought I was lazy with my money! I just can't believe these people playing the stock market wearing blinders.

💬 1   🔁   ♡

**Shawn Roa** @shawn_roa100 · Nov 24, 2021
my heroo eshan told to short and blocked me I am Angry 😡 stacey u short too?

💬 2   🔁   ♡ 1

*This Post is from an account that no longer exists. Learn more*

*This Post was deleted by the Post author. Learn more*

**Steve Cone** @stvcone · Nov 25, 2021
Some are sentence challenged as well.

💬 1   🔁   ♡ 2

**Shawn Roa** @shawn_roa100 · Nov 25, 2021
he is not sentence challenged. LetsHaveABall name is a sentence 😎

*This Post was deleted by the Post author. Learn more*

**Eshaan Rao** @SaltTheSnail7 · Nov 25, 2021
that's all they have, bc they can't understand the science and refuse to try

💬 1   🔁   ♡ 2

*This Post is from an account that no longer exists. Learn more*

**Stacy** @mosquitobight · Nov 25, 2021
You sound very Trumpy with the stupid nicknames.

💬 2   🔁   ♡ 2

**Relevant people**

**Jesse brodkin** @jesse_brodkin — Follow
Liberal, scientist, small business owner

**Darcy Aiken** @pei_guy77 — Follow
Opinions mine.

**Vance Nordaker I** @VanceNordaker — Follow
Father of 6 children. SpaceX/Tesla fanboy. "What we do in life, echoes in eternity."

**What's happening**

Stagecoach 2024
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
15.2K posts

Entertainment · Trending
**jojo siwa**
15.1K posts

British Royal Family · Trending
**#PrinceandPrincessofWales**
7,117 posts

Celebrities · Trending
**Lin-Manuel Miranda**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2024 X Corp.

Jan @810964733763B

**Eshaan Rao** @SaltTheSnail7 · Nov 24, 2021
Oh really Arthur? How many WBs have you run?

**Arthur Singer** @sing3r · Nov 24, 2021
I can read and the whole field seems very subjective. Shorts' argument was that they chose this method because 'it is easy to manipulate' but also difficult to nail down.
I imagine Dr. Bik will has 10s of thousands of papers that will keep her busy for many years to come.

**Stacy** @mosquitobight · Nov 24, 2021
People are offering you the opportunity to see for yourself - yet you refuse to look and evaluate the manipulation for yourself. Good thing you have money to burn!

**Eshaan Rao** @SaltTheSnail7 · Nov 24, 2021
Maybe we're all misconstruing this and bulls just have a money losing fetish. That's the most likely explanation at this point.

**Stacy** @mosquitobight · Nov 24, 2021
IKR?!?!  I thought I was lazy with my money!  I just can't believe these people playing the stock market wearing blinders.

**Shawn Roa** @shawn_roa100 · Nov 24, 2021
my heroo eshan told to short and blocked me I am Angry 😡 stacey u short too?

This Post is from an account that no longer exists. Learn more

This Post was deleted by the Post author. Learn more

**Steve Cone** @stvcone · Nov 25, 2021
Some are sentence challenged as well.

**Shawn Roa** @shawn_roa100 · Nov 25, 2021
he is not sentence challenged. LetsHaveABall name is a sentence 😎

This Post was deleted by the Post author. Learn more

**Eshaan Rao** @SaltTheSnail7 · Nov 25, 2021
that's all they have, bc they can't understand the science and refuse to try

This Post is from an account that no longer exists. Learn more

**Stacy** @mosquitobight · Nov 25, 2021





X
Post
Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Jan
@810964733763B

This Post is from an account that no longer exists. Learn more

**Stacy** @mosquitobight · Nov 25, 2021
You sound very Trumpy with the stupid nicknames.
2 · 2

This Post is from an account that no longer exists. Learn more

**Stacy** @mosquitobight · Nov 25, 2021
Go back to your gaming and porn.
1 · 3

This Post is from an account that no longer exists. Learn more

**Stacy** @mosquitobight · Nov 25, 2021
Says the toothless Trumpy incel 😂
1 · 2

This Post is from an account that no longer exists. Learn more

**Eshaan Rao** @SaltTheSnail7 · Nov 25, 2021
God you're vile
1 · 2

This Post is from an account that no longer exists. Learn more

**Stacy** @mosquitobight · Nov 25, 2021
You were the one calling names saying Adrian H was a janitor. Turnabout fair play. Unless you can't take the heat.
1 · 1

This Post is from an account that no longer exists. Learn more

**Eshaan Rao** @SaltTheSnail7 · Nov 25, 2021
Quit being a snowflake
1 · 1

This Post is from an account that no longer exists. Learn more

**Eshaan Rao** @SaltTheSnail7 · Nov 25, 2021
Nah we block cause you're just annoying with nothing to add lol can only take nonsensical abuse for so long 😂
2 · 2

This Post is from an account that no longer exists. Learn more

**Eshaan Rao** @SaltTheSnail7 · Nov 25, 2021
Lol Vinay blocked me. So did Anthony and all those others who blindly pump a fraud. Good lucky though! I assume you're so angry bc of your losses. Hope you don't lose more (that's a lie)
1 · 2

This Post is from an account that no longer exists. Learn more

## Relevant people

**Jesse brodkin** @jesse_brodkin — Follow
Liberal, scientist, small business owner

**Darcy Aiken** @pei_guy77 — Follow
Opinions mine.

**Vance Nordaker I** @VanceNordaker — Follow
Father of 6 children. SpaceX/Tesla fanboy. "What we do in life, echoes in eternity."

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
15.2K posts

Entertainment · Trending
**jojo siwa**
15.1K posts

British Royal Family · Trending
**#PrinceandPrincessofWales**
7,117 posts

Celebrities · Trending
**Lin-Manuel Miranda**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

X

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

bc of your losses. Hope you don't lose more (that's a lie)

1 2

This Post is from an account that no longer exists. Learn more

**Eshaan Rao** @SaltTheSnail7 · Nov 25, 2021
Lol if you've been swinging successfully why are you so mad? 🤔

1 2

This Post is from an account that no longer exists. Learn more

**Lawrence Shaw** @lawrenceshaw82 · Nov 25, 2021
It looks like things escalated after Apexx was called a Trumper. Atleast gtk thats considered a grave insult in our midst here :) Sava is a fraud - said NO independent neuroscientist. Just biased, financially motivated network of people. And some "PHDs" placing bets on CP alone.

4 2

**Jesse brodkin** @jesse_brodkin · Nov 26, 2021
Well there's @ClicksAndHisses @MicrobiomDigest and these guys: (show me one named scientist that doesn't think $sava is a fraud)

The company said Thursday that a preliminary analysis of a small clinical trial showed its drug, called simufilam, improved the cognition of patients with Alzheimer's disease — a benefit that no other treatment for Alzheimer's has ever shown.

Asked by STAT to examine the simufilam data, Alzheimer' scientists not involved in Cassava's study said the cognitive benefit claim was exaggerated and not supported by the design of the clinical trial.

The conclusions reached by Cassava about simufilam's benefit for Alzheimer's patients are "overblown, inappropriate, and naive," said Rob Howard, an Alzheimer's researcher and professor of psychiatry at University College London. "It's the sort of presentation that one might expect an undergraduate to make."

Lon Schneider, a physician and Alzheimer's expert at the Keck School of Medicine of the University of Southern California, described Cassava's study results as "uninterpretable."

**William Hu** @williamhu43 · Sep 9, 2021
Replying to @LuoshengPeng and @MicrobiomDigest
The whole blog reads like advertising for Cassava. The initial analysis was negative, and a magical redo resulted in a heavily manipulated outcome-based on scientific publications with serious integrity issues. Only reason for discussion now is for ...

4 4

**GaryJMilne** @GaryJMilne · Nov 26, 2021
Seriously, where is the scientific rigour in asserting your claims. All you have here is off the cuff remarks.

2 1

**Jesse brodkin** @jesse_brodkin · Nov 26, 2021
Are you a scientist using you real name that doesn't think $sava is a scam? You could be the founding member, claim your prize 🎁

1 3

**GaryJMilne** @GaryJMilne · Nov 26, 2021
I don't claim to be a scientist, but you do. As such I expect a much higher standard of proof before making definitive public claims regarding the integrity of your fellow scientists. Failing to do so only diminishes your credibility.

3 4

**Stacy** @mosquitobight · Nov 26, 2021
How many times must it be spelled out for you? It's everywhere in these threads. Many, many examples on PubPeer. There are websites devoted to explaining the fraud. Multiple documents that

**Jan**
@810964733763B

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Darcy Aiken** @pei_guy77 Follow
Opinions mine.

**Vance Nordaker I** @VanceNordaker Follow
Father of 6 children. SpaceX/Tesla fanboy. "What we do in life, echoes in eternity."

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
15.2K posts

Entertainment · Trending
**jojo siwa**
15.1K posts

British Royal Family · Trending
**#PrinceandPrincessofWales**
7,117 posts

Celebrities · Trending
**Lin-Manuel Miranda**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.

**Stacy** @mosquitobight · Nov 26, 2021
How many times must it be spelled out for you? It's everywhere in these threads. Many, many examples on PubPeer. There are websites devoted to explaining the fraud. Multiple documents that lay it all out for you to read. But you won't. And you'll continue with your BS.

**Arthur Singer** @sing3r · Nov 26, 2021
A group of related Phd short critics with various levels of competence in the subject matter, relentlessly post on Pubpeer, RS and Twitter... Then coordinate with hedge funds and the WSJ & self publish websites to post scattershot & blanket criticism and no one can question them?

**Stacy** @mosquitobight · Nov 26, 2021
He has to read it first Arthur. Or are you doing it for him?

**Lawrence Shaw** @lawrenceshaw82 · Nov 26, 2021
Stacy, I tend to believe Arthur's instincts that all of this is coordinated. Cassava's paper contain errors and sloppiness I have seen in many research papers. It's become an easy target because the general incredulity at an attempted cure of AZ via a different mechanism.

**Arthur Singer** @sing3r · Nov 26, 2021
For my part, I believe people see it as too good to be true... but for the sake of our loved ones I hope it is proven to be disease modifying for AD.

If there's any fraud on either side I will advocate that it is thoroughly investigated and prosecuted, by the proper agencies.

**Steve Cone** @stvcone · Nov 26, 2021
Why stop a phase 3 trial unless there is a safety issue. So many on Twitter working so hard to stop it. It can only be to line their pockets or help out other AD drug candidates. The SPA assures a thorough testing. Let it run. There may be true hope for AD patients.

**バイオ株** @ZhuBaio · Nov 26, 2021
Drug development is all about risk/benefit. Some level of toxicity is allowed in oncology treatment. For $SAVA, we don't know long-term safety yet, and its rationale for efficacy is now controversial. Here's a question: is it ethical to expose it to patients. I don't think it is.

**Matt Nachtrab** @MattNachtrab · Nov 26, 2021
$sava has administered over 100,000 doses of Simufilam with zero safety events and improves cognition and biomarkers over a 12 month period. FDA approved Aduhelm with about 350 events out of a 1000 person study. Your tweet is irresponsible and misinformation.

**バイオ株** @ZhuBaio · Nov 27, 2021
I would recommend to study clinical trial basics. "Zero safety events" is not possible. Thank you

Document title: (2) Jesse brodkin on X: &quot;@pei_guy77 @VanceNordaker @sing3r @MicrobiomDigest @BadgerMcLeod @ClicksAndHisses @Nemo_is_NoOne…
Capture URL: https://twitter.com/jesse_brodkin/status/1576672703201042434
Capture timestamp (UTC): Mon, 29 Apr 2024 14:38:03 GMT
Page 5 of 13

**バイオ株** @ZhuBaio · Nov 27, 2021
I would recommend to study clinical trial basics. "Zero safety events" is not possible. Thank you

**BruinAnteaterStocks** @BruinStocks · Nov 27, 2021
Can we all agree there's no basis for a safety halt on P3? At least that?

**Jesse brodkin** @jesse_brodkin · Nov 27, 2021
Yes, I agree that my main concern is not safety, but fraud (fraud about safety is still possible). Can we agree that the company and trial should be stopped if it is found that all of their efficacy data is doctored?

**Matt Nachtrab** ✓ @MattNachtrab · Nov 27, 2021
How is that at all possible. The trials have been run at about 25 different sites with different principle investigators. All data points the same way. Many different labs. FDA has access to all data. NIH has access to all data. Where is the fraud?

**Jesse brodkin** @jesse_brodkin · Nov 27, 2021
FDA and nih are lazy and slow, they are investigating, it will come out. So far, every piece of information that we can get at looks completely made up. All clinical data is able to be messed with by Remi. Who told you the data is amazeballs?... Remi that's who 🤷

**Lawrence Shaw** @lawrenceshaw82 · Nov 27, 2021
Remi certainly has amazeballs to falsely report unprecedented cognition results in a semi inconsequential early trial when a slowing decline would do. With FDA watching and in their own house. I am looking forward to their investigation reaults (if at all it's happening).

**Phloeodes Diabolicus** @PatricioMarceso · Nov 27, 2021
Lawrence (or Vinay, if I may), and all other $SAVA bulls, sometimes it seems to me like SAVA could shoot at you on 5th Avenue and you'd still support them.
You are ignoring a gazillion of red flags. Seriously, what on earth are you doing here?

**Lawrence Shaw** @lawrenceshaw82 · Nov 27, 2021
Sorry, I can't take your question seriously. Science based back n forth is more fun for me

**Phloeodes Diabolicus** @PatricioMarceso · Nov 27, 2021
It's just that it feels more like Cargo Cult Science than an actual scientific debate, to be honest.

**Lawrence Shaw** @lawrenceshaw82 · Nov 27, 2021
Sure. You can block me and move on then. I would take that comment seriously if you actually participated. I recall your big claim was the cog scores plateaued at ~13. I'll take that plateauing!

**cave bear** @cavebear2509 · Nov 27, 2021

← Post

comment seriously if you actually participated. I recall your big claim was the cog scores plateaued at ~13. I'll take that plateauing!

💬 2    🔁     ♡ 2    📊    🔖    ⬆️

**cave bear** @cavebear2509 · Nov 27, 2021
Oh yes, the plateauing guy, I remember. I guess Biogen would pay billions for a drug that plateaued. Since they already payed billions for a drug that doesn't plateau, it  doesn't even make revenue.

💬 1    🔁     ♡ 2    📊    🔖    ⬆️

*This Post was deleted by the Post author. Learn more*

**BruinAnteaterStocks** @BruinStocks · Nov 27, 2021
Like I said: most of us just want P3 to continue. CPs are always about safety, and there is no evidence that simufilam is unsafe. If there is data fraud, then that should pan out and be resolved with the conclusion of P3, when they fail to meet endpoints.

💬 1    🔁     ♡ 3    📊    🔖    ⬆️

*This Post was deleted by the Post author. Learn more*

**BruinAnteaterStocks** @BruinStocks · Nov 27, 2021
The arguments you've presented have been defend by "its so obvious there's fraud." If that were the case why haven't the FDA, NIH and several journals take down $SAVA when the fraud is so obvious?

💬 2    🔁     ♡ 2    📊    🔖    ⬆️

**Eshaan Rao** @SaltTheSnail7 · Nov 27, 2021
I mean they are in the process of it lol FDA doesn't work quickly Hector

💬 2    🔁     ♡     📊    🔖    ⬆️

**BruinAnteaterStocks** @BruinStocks · Nov 27, 2021
What about journals? What about the rest of the alzheimers researchers? Why were they not able to spot the super obvious?

💬 1    🔁     ♡ 2    📊    🔖    ⬆️

**Eshaan Rao** @SaltTheSnail7 · Nov 27, 2021
They have. Which is why they doubted Savas science well before the CP. And no one in the field has payed any attention to the "breakthrough of a century" at all. Bc they know it's all fake, from proposed MOA to presented data. Only retail believes the shoddy science presented

💬 1    🔁     ♡ 1    📊    🔖    ⬆️

**BruinAnteaterStocks** @BruinStocks · Nov 27, 2021
Who's they? Can you please state the researchers and the institutions they work for and the documentation that show a large part of the AZ community that believes $SAVA is a fraud.

I'm not asking for Twitter accounts either.

💬 3    🔁     ♡ 2    📊    🔖    ⬆️

**Eshaan Rao** @SaltTheSnail7 · Nov 27, 2021
statnews.com/2021/07/30/alz...

💬 3    🔁     ♡ 2    📊    🔖    ⬆️

**BruinAnteaterStocks** @BruinStocks · Nov 27, 2021
I don't subscribe to Stat. But you can list whoever is referenced there. Also I doubt there's more than 5 names there. The AZ research community is orders of magnitude larger than that.

**Relevant people**

**Jesse brodkin** @jesse_brodkin    [Follow]
Liberal, scientist, small business owner

**Darcy Aiken** @pei_guy77    [Follow]
Opinions mine.

**Vance Nordaker I** ✓ @VanceNordaker    [Follow]
Father of 6 children. SpaceX/Tesla fanboy. "What we do in life, echoes in eternity."

**What's happening**

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
15.2K posts

Entertainment · Trending
**jojo siwa**
15.1K posts

British Royal Family · Trending
**#PrinceandPrincessofWales**
7.117 posts

Celebrities · Trending
**Lin-Manuel Miranda**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

**BruinAnteaterStocks** @BruinStocks · Nov 27, 2021
I don't subscribe to Stat. But you can list whoever is referenced there. Also I doubt there's more than 5 names there. The AZ research community is orders of magnitude larger than that.

**Eshaan Rao** @SaltTheSnail7 · Nov 27, 2021
"I doubt" again you make any evidence suit your views bc you don't want to believe otherwise. The fact that ZERO other papers have shown any link bt FLNA and AD, and there are NO other drug discovery small molecule programs targeting FLNA in AD should tell you something.

**BruinAnteaterStocks** @BruinStocks · Nov 27, 2021
You have zero evidence that says otherwise. Zero. You have an opinion. Proof that Dr Bordey is ditching $SAVA would be her, stating, specifically she out on $SAVA. The end. Anything less is speculation.

**Eshaan Rao** @SaltTheSnail7 · Nov 27, 2021
I have a lot of evidence that absolutely no one is working on FLNA in AD. You can look it up yourself as well. This is a big signal that suggests no one in industry believes Sava's MOA. But please. Keep screaming into the void about what you don't want to believe

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 4, 2021
"no one"?

Obviously PSEN1 & PSEN2 and their complexes are both highly active targets in AD research. And both are well published binding partners to FLNA (aka ABP280).

jneurosci.org/content/18/3/9...

**Eshaan Rao** @SaltTheSnail7 · Dec 4, 2021
a paper from 1998 doesn't exactly show anyone is targeting FLNA in AD now, does it

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 4, 2021
You do know there have been a few thousand papers relevant to the topic of AD and these two known FLNA binding partners since then, right?

Here's another....
ncbi.nlm.nih.gov/pmc/articles/P...

**Eshaan Rao** @SaltTheSnail7 · Dec 4, 2021
Another 12 year old paper. Also doesn't that show an AD mutation increases FLNA expression? Pretty incongruous with Sava's proposed mechanism for FLNA in AD huh. But you're in industry, so maybe you know better...

**Jake Schaible #BannedByTrump** @JJSchaible · Dec 4, 2021
In addition to your illogical argumentum ad novitatem, your goal post shift is noted. A claim there is no interest in FLNA pathway as an NDD target has retreated to $SAVA 's proposed MOA? Perhaps an 11 yr old paper is something you may read?

sciencedirect.com/science/articl...

**Post**

In addition to your illogical argumentum ad novitatem, your goal post shift is noted. A claim there is no interest in FLNA pathway as an NDD target has retreated to $SAVA 's proposed MOA? Perhaps an 11 yr old paper is something you may read?

sciencedirect.com/science/articl...

💬 4    🔁 1    ♡ 8

**Finding Nemo** @Nemo_is_NoOne · Dec 4, 2021
Let's not complicate it, could you take a look at the "original image" $SAVA sent to JNeuro, and tell us what you see? Take another look at images Dr. Bik has questioned and tell us what you see. This task is super easy.

💬 3    🔁    ♡ 4

**Darcy Aiken** @pei_guy77 · Dec 4, 2021
When writing to a scientific journal to request another review of $SAVA data, do you disclose any short position in advance? Do you explain how it might benefit you financially if they back your POV, or do you keep that in the shadows as long as possible like Drs Bredt & Pitt?

💬 2    🔁    ♡ 6

**Darcy Aiken** @pei_guy77 · Dec 4, 2021
Hypothetically of course.

💬    🔁    ♡ 2

*This Post was deleted by the Post author. Learn more*

**Darcy Aiken** @pei_guy77 · Dec 4, 2021
Science may not care, but the editors-in-chief might appreciate full disclosure. 😀

💬 2    🔁    ♡ 3

*You're unable to view this Post because this account owner limits who can view their Posts. Learn more*

*This Post was deleted by the Post author. Learn more*

**Elisabeth Bik** @MicrobiomDigest · Oct 2, 2022
You have clearly not seen my second slide 😂

💬 3    🔁 1    ♡ 10

**Arthur Singer** @sing3r · Oct 2, 2022
Shoutout to @ClicksAndHisses for finally releasing some exculpatory information from 'your' treasure trove of FOILed documents. Online he says he'll release more to coincide with CUNY decision? Why not release them now??? Science Integrity would suggest that course of action?

[Image of letter dated December 9, 2021]

**Jan** @810964733763B

---

Document title: (2) Jesse brodkin on X: &quot;@pei_guy77 @VanceNordaker @sing3r @MicrobiomDigest @BadgerMcLeod @ClicksAndHisses @Nemo_is_NoOne…
Capture URL: https://twitter.com/jesse_brodkin/status/1576672703201042434
Capture timestamp (UTC): Mon, 29 Apr 2024 14:38:03 GMT                                    Page 9 of 13





Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Jan
@810964733763B

Post

2 1 5

**Darcy Aiken** @pei_guy77 · Oct 2, 2022

The fact that you achieved retractions on 2/26 papers outside of @PLOSONE, but retractions or EoCs on 100% of papers in PLOSONE concerns me.

Was the nature of the complaints similar across most of the papers? The timing is just the icing on the cake.

2 2

**Jesse brodkin** @jesse_brodkin · Oct 2, 2022

The data manipulation techniques in publication are varied, but seem to have one thing in common: Wang (for $sava communications add Remi and you've got all you need for a 100% fraudulent company) pubpeer.com/search?q=Hoau-...

1 1

**Jesse brodkin** @jesse_brodkin · Oct 2, 2022

For $sava lies, this one is my favorite:

> **Jesse brodkin** @jesse_brodkin · Feb 14, 2022
> Replying to @jesse_brodkin
> I mean 🙄
>
> 
> 

Search

Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Darcy Aiken** @pei_guy77 Follow
Opinions mine.

**Vance Nordaker I** @VanceNordaker Follow
Father of 6 children. SpaceX/Tesla fanboy. "What we do in life, echoes in eternity."

What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
15.2K posts

Entertainment · Trending
**jojo siwa**
15.1K posts

British Royal Family · Trending
**#PrinceandPrincessofWales**
7,117 posts

Celebrities · Trending
**Lin-Manuel Miranda**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

2 3

**Jesse brodkin**
@jesse_brodkin

For just straight-up scientific illiteracy and insult-to-your-intelligence fraud, this one has got to take the top spot (and that's taken from a very rich $sava data set 😉)

> **Jesse brodkin** @jesse_brodkin · Mar 17, 2022
> 💉$sava news💉
> We are now in possession of the P3 Investigators Brochure 🥳. Why is this news? Well, because FDA regulations state that if the IB is misleading that is grounds for a clinical hold 🙀. So let's take a look .. 1/13

8:37 PM · Oct 2, 2022

1

Post your reply
Reply

Jan
@810964733763B

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Darcy Aiken** @pei_guy77 Follow
Opinions mine.

**Vance Nordaker I** @VanceNordaker Follow
Father of 6 children. SpaceX/Tesla fanboy. "What we do in life, echoes in eternity."

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
15.2K posts

Entertainment · Trending
**jojo siwa**
15.1K posts

British Royal Family · Trending
**#PrinceandPrincessofWales**
7,117 posts

Celebrities · Trending
**Lin-Manuel Miranda**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Jan
@810964733763B

← Post

Search

**Jesse brodkin**
@jesse_brodkin

For just straight-up scientific illiteracy and insult-to-your-intelligence fraud, this one has got to take the top spot (and that's taken from a very rich $sava data set 😉)

> **Jesse brodkin** @jesse_brodkin · Mar 17, 2022
> 🗞️$sava news🗞️
> We are now in possession of the P3 Investigators Brochure 🥳. Why is this news? Well, because FDA regulations state that if the IB is misleading that is grounds for a clinical hold 🙀. So let's take a look .. 1/13

8:37 PM · Oct 2, 2022

1

Post your reply

Reply

## Relevant people

**Jesse brodkin** @jesse_brodkin — Follow
Liberal, scientist, small business owner

**Darcy Aiken** @pei_guy77 — Follow
Opinions mine.

**Vance Nordaker I** @VanceNordaker — Follow
Father of 6 children. SpaceX/Tesla fanboy. "What we do in life, echoes in eternity."

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
15.2K posts

Entertainment · Trending
**jojo siwa**
15.1K posts

British Royal Family · Trending
**#PrinceandPrincessofWales**
7,117 posts

Celebrities · Trending
**Lin-Manuel Miranda**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.



