# EXHIBIT 68

PageVault

| | |
|---|---|
| Document title: | (2) Adrian H on X: "@MoralOverdraft @sing3r @DurinssBane SIMUFLIMFLAM: IT'S ALL MADE UP™" / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1578081595172569092 |
| Page loaded at (UTC): | Mon, 29 Apr 2024 14:40:00 GMT |
| Capture timestamp (UTC): | Mon, 29 Apr 2024 14:41:00 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 3 |
| Capture ID: | ekUiCbXbzAUU82MZsA9PY9 |
| User: | bfca-ccoronado |

PDF REFERENCE #:    czWf5rvh7Qqb51gEbPzdwt





X

Post

Search

Home
Explore
Notifications 2
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Arthur Singer** @sing3r · Oct 6, 2022
$SAVA more interesting clues as to the MoA of Simufilam here.

scholar.google.com
Modulating binding affinity, specificity and confi
Y Deng, AK Efremov, J Yan, Biophysical Journal, 2022 - Cited by 5

1 5 20

**FlameofUdun** @DurinssBane · Oct 6, 2022
oh that completely made up MOA that isn't backed by any robust evidence? that one?

1

This Post was deleted by the Post author. Learn more

**Arthur Singer** @sing3r · Oct 6, 2022
I think there is a missing puzzle piece that could help solve the dilemma you cite. Let's put a pin in that for now.

1

This Post was deleted by the Post author. Learn more

**Adrian H**
@Adrian_H

SIMUFLIMFLAM: IT'S ALL MADE UP™

5:55 PM · Oct 6, 2022

2

Post your reply
Reply

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**The Ghost of Rationa** @MoralOverdraft Follow
Born 1731 Europe, Died 2003 Cambridge MA Opinions only, Not fin advice, RT is not endorse. Objective reality means it's true or not regardless of your belief.

**Arthur Singer** @sing3r Follow
Lawyer, StartUp Guru, Ex Music Pirate

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
15.4K posts

Entertainment · Trending
**Jojo Siwa**
15.2K posts

Travel · Trending
**Busch Gardens**
8,150 posts

Politics · Trending
**Rob Reiner**
3,828 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**Jan**
@810964733763B

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Adrian H**
@Adrian_H

SIMUFLIMFLAM: IT'S ALL MADE UP™

5:55 PM · Oct 6, 2022

2

Post your reply

Reply

Jan
@810964733763B

## Relevant people

**Adrian H**
@Adrian_H
Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**The Ghost of Ration**
@MoralOverdraft
Follow
Born 1731 Europe, Died 2003 Cambridge MA Opinions only, Not fin advice, RT is not endorse. Objective reality means it's true or not regardless of your belief.

**Arthur Singer**
@sing3r
Follow
Lawyer, StartUp Guru, Ex Music Pirate

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
15.4K posts

Entertainment · Trending
**Jojo Siwa**
15.2K posts

Travel · Trending
**Busch Gardens**
8,150 posts

Politics · Trending
**Rob Reiner**
3,828 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.