# EXHIBIT 69

PageVault

| | |
|---|---|
| Document title: | (2) Jesse brodkin on X: "@smogcitygiraffe @ChampyRobert @lipa0902 @evanisnotdead @JaneDoe35299512 @Adrian_H @TCBBIO @jenthedefender I don't think DOJ hired EXTRA people to investigate $sava (probably hired consultants) I think Wang was in the compensation bonus pool. Whether Remi/Wang go to jail is really a question of how well they covered their tracks. What is not in question is that they did the crime. https://t.co/hNeT65Y8HH" / X |
| Capture URL: | https://twitter.com/jesse_brodkin/status/1579897035360464896 |
| Page loaded at (UTC): | Mon, 29 Apr 2024 14:42:00 GMT |
| Capture timestamp (UTC): | Mon, 29 Apr 2024 14:44:20 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 7 |
| Capture ID: | 6YQt63uASKfL8jpgu3Dizj |
| User: | bfca-ccoronado |

PDF REFERENCE #:    jwXswb64LVrtevZjp1wq3g

← Post

**Paul** @lipa0902 · Oct 10, 2022
Boris Nikolov, owner of IMIC, one of clinical research sites for $SAVA clinical trials, owner of $SAVA stock, went on Youtube stock pumping channel, to openly tout $SAVA to retail investors. How often do you see this in a normal biotech company?

💬 4    🔁 2    ♡ 9

**Paul** @lipa0902 · Oct 10, 2022
One of the clinical investigators in IMIC, Evelyn Lopez-Brignoni, received FDA Form 483 warning for not following clinical protocols. Shady clinical sites like this are great friends of biotech scammers like $SAVA
Pay them options. They'll fake it for you.

💬 2    ♡ 6

**Evan Rowe** @evanisnotdead · Oct 10, 2022
It takes like 10 minutes to spot the $SAVA fraud, so naturally authorities from multiple agencies have been working on it for over a year. At this point I will be shocked if any action is taken, and shocked even more if anyone is held to account.

💬 3    ♡ 5

**Jesse brodkin** @jesse_brodkin · Oct 10, 2022
What if you had to document ALL of it and gather evidence to prove beyond a reasonable doubt that it's all lies intended to deceive? (Maybe that would take a year 😬 ), but yeah DOJ and CUNY need to stop dithering and show us what they've been doing for a year.
$sava

💬 2    ♡ 5

**TCB** @TCBBIO · Oct 10, 2022
Jesse's right about the high reasonable doubt standard for DOJ. Under the more lenient standard the SEC uses, it appears the SEC didn't find anything to pursue. What are the chances the DOJ finds anything to satisfy the much higher burden of proof? Unlikely.

💬 2

**Jesse brodkin** @jesse_brodkin · Oct 10, 2022
Ok, so what's the hold up? (My theory is there is just too much fraud and they are overwhelmed and they thought Wang would roll on Remi, and he hasn't.... Yet)  @jenthedefender , what's YOUR theory?

💬 2

**TCB** @TCBBIO · Oct 10, 2022
Fair question. My theory is they will wrap up with no charges based on: SEC closing recommendation, no apparent more serious "formal" investigation recommended by SEC, no apparent subpoenas as I expect shorts/longs would have heard something."too much fraud"=SEC action yet none

💬 2

**Jesse brodkin** @jesse_brodkin · Oct 10, 2022
I can see how a $sava long might take some solace in the SEC shitting the bed. It would make a subsequent indictment by DOJ unusual, but not even close to the unusualness of $sava discovered a cure for AD, binds at femtomolar and defies the laws of thermodynamics etc Occam's raz

💬 2    ♡ 2

**Adrian H** @Adrian_H · Oct 10, 2022
I have said it before, but the problem for $SAVA is that based on reading that Reuters article carefully, that the issues of most likely initial interest to the DOJ do not have anything to do with the SEC or securities laws.

💬 1    ♡ 6

### Relevant people

**Jesse brodkin** @jesse_brodkin — [Follow]
Liberal, scientist, small business owner

**Jay** @smogcitygiraffe — [Follow]
Just a giraffe in the shadows running the streets.

**AcidReflux** @ChampyRobert — [Follow]
CLASSY☆BOUGIE☆RATCHET. ...Not financial advice.

### What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
15.4K posts

Travel · Trending
**Busch Gardens**
8,173 posts

Trending in United States



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Post

I have said it before, but the problem for $SAVA is that based on reading that Reuters article carefully, that the issues of most likely initial interest to the DOJ do not have anything to do with the SEC or securities laws.

1 · 6

**Jane Doe** @JaneDoe35299512 · Oct 11, 2022
What would be an example of something that $SAVA could have done that WOULD interest DOJ but WOULD NOT interest SEC? Given they have to file all material items w SEC, any whiff of fraud would be a slam dunk Wells Notice then action. But they passed. Why? Legit Q

3 · 1

**Evan Rowe** @evanisnotdead · Oct 11, 2022
I think there are a lot of things in this category. SEC is not equipped to determine if
research is faked, but can certainly take action if other investigators confirm it.

2 · 3

**Paul** @lipa0902 · Oct 11, 2022
You are right. That's why DOJ has hired experts to investigate $SAVA research misconduct, according to the Reuter report.

4 · 1

**AcidReflux** @ChampyRobert · Oct 11, 2022
Lol it's cute the way Paul pretends to have a clue.

1 · 1

**Jay** @smogcitygiraffe · Oct 11, 2022
He's just intentionally lying and making stuff up. Has been for quite some time now.

2 · 2

**Jesse brodkin** @jesse_brodkin · Oct 11, 2022
Ya know who has been lying and making stuff up for quite some time?

1 · 1

**Jay** @smogcitygiraffe · Oct 11, 2022

Search

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Jay** @smogcitygiraffe Follow
Just a giraffe in the shadows running the streets.

**AcidReflux** @ChampyRobert Follow
CLASSY☆BOUGIE☆RATCHET. ...Not financial advice.

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
15.4K posts

Travel · Trending
**Busch Gardens**
8,173 posts

Trending in United States
**#PrinceandPrincessofWales**
7,129 posts

Sports · Trending
**Travis Hunter**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**Jan**
@810964733763B











Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

1 · 1

**Jay** @smogcitygiraffe · Oct 11, 2022
Are you saying Paul is making accurate statements about the article and paying trial sites in stock options?

1

**Jesse brodkin**
@jesse_brodkin

I don't think DOJ hired EXTRA people to investigate $sava (probably hired consultants) I think Wang was in the compensation bonus pool. Whether Remi/Wang go to jail is really a question of how well they covered their tracks. What is not in question is that they did the crime.

The Justice Department personnel conducting the investigation into Austin, Texas-based Cassava specialize in examining whether companies or individuals have misled or defrauded investors, government agencies or consumers, according to the sources, who spoke on condition of anonymity. The sources did not provide details of the focus of the probe and whether the department was looking into any specific individuals.

6:09 PM · Oct 11, 2022

3 · 1 · 4

Post your reply

Reply

**Paul** @lipa0902 · Oct 12, 2022
Wang disclosed he owns $SAVA options. We know Wang's lab was the sole lab to perform BM analysis for P2a/b/OL (LUND only did once when Wang lab was shutdown due to COVID). If Remi pays Wang in options, is it a stretch to think Remi may also paid other clinical sites in options?

3 · 2

**Harm Reduction** @MountainTimeZ · Oct 12, 2022
A post-hoc analysis of biomarker data revealed high variability in levels of CSF biomarkers over 28 days. For example, placebo-treated patients recorded changes in levels of CSF tau and p-tau ranging from -54% to +34% and -49% to +253%, respectively, from baseline to Day 28.

**misterbien** @misterbien2 · Oct 16, 2022
OH BOY ❗ 🆘

#DOJ PERSONNEL SPECIALIZED « IN EXAMINING WETHER COMPANIES OR INDIVIDUAL HAVE MISLED OR DEFRAUDED INVESTORS »

➡️ Just what is needed for $SAVA 😉

2

## More replies

**Jay** @smogcitygiraffe · Oct 11, 2022
You are certainly welcome to your opinion Jesse, you generally state it as such and provide some supporting evidence to your point. It would seem, coming from your point of view, making unsubstantiated dishonest statements would be unnecessary.

**Jan**
@810964733763B

## Relevant people

**Jesse brodkin** @jesse_brodkin
Follow
Liberal, scientist, small business owner

**Jay** @smogcitygiraffe
Follow
Just a giraffe in the shadows running the streets.

**AcidReflux** @ChampyRobert
Follow
CLASSY☆BOUGIE☆RATCHET. ...Not financial advice.

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
15.4K posts

Travel · Trending
**Busch Gardens**
8,173 posts

Trending in United States
**#PrinceandPrincessofWales**
7,129 posts

Sports · Trending
**Travis Hunter**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Post

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

**Jay** @smogcitygiraffe · Oct 11, 2022

You are certainly welcome to your opinion Jesse, you generally state it as such and provide some supporting evidence to your point. It would seem, coming from your point of view, making unsubstantiated dishonest statements would be unnecessary.

1 · 2

**Jesse brodkin** @jesse_brodkin · Oct 11, 2022

You can search my timeline for lots of evidence, feel free to dispute any you like… I'd love to hear. This was the beginning of the $sava scam escalation and always makes me laugh

2 · 3

**TCB** @TCBBIO · Oct 11, 2022

Hey Jesse, where can I find the actual underlying data for your chart?

1

**Jesse brodkin** @jesse_brodkin · Oct 11, 2022

Here from a FOIA

> **Jesse brodkin** @jesse_brodkin · Feb 14, 2022
>
> Replying to @jesse_brodkin
>
> Hey Nadav, we agree "this nails it", but not in the way you think. Getting correlations of .95 across 6 biomarkers 28 days apart within placebo is impossible and a 3 alarm 🔥 on data manipulation flag, ask anyone that has ever done anything in … Show more

**From:** Nadav Friedmann
**Sent:** Monday, August 3, 2020 10:22 AM
**To:** Remi Barbier; Lindsay Burns
**Subject:** this nails it

Redacted by agreement

Redacted by agreement

So I think these correlation tables are really important, the data is really consistent. The data is a mess, not surprising. Basically this says that each patient's biomarkers are consistent in and do not relate to each other in the data.

Placebo correlations:

Redacted by agreement

Placebo Only

| | Abeta | Total Tau | P-tau181 | NfL | Ng | YKL40 | IL-6 |
|---|---|---|---|---|---|---|---|
| Abeta | 1.00 | -0.82 | -0.89 | -0.83 | -0.86 | -0.82 | -0.85 |
| Total Tau | -0.82 | 1.00 | 0.96 | 0.96 | 0.97 | 0.94 | 0.96 |
| P-tau181 | -0.89 | 0.96 | 1.00 | 0.96 | 0.97 | 0.94 | 0.95 |
| NfL | -0.83 | 0.96 | 0.96 | 1.00 | 0.97 | 0.94 | 0.97 |
| Ng | -0.86 | 0.97 | 0.97 | 0.97 | 1.00 | 0.92 | 0.96 |
| YKL40 | -0.82 | 0.94 | 0.94 | 0.94 | 0.92 | 1.00 | 0.96 |

**Jan** @810964733763B

Search

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Jay** @smogcitygiraffe Follow
Just a giraffe in the shadows running the streets.

**AcidReflux** @ChampyRobert Follow
CLASSY☆BOUGIE☆RATCHET. ...Not financial advice.

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
15.4K posts

Travel · Trending
**Busch Gardens**
8,173 posts

Trending in United States
**#PrinceandPrincessofWales**
7,129 posts

Sports · Trending
**Travis Hunter**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

X

- Home
- Explore
- Notifications 2
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

Post

redacted by agreement

Placebo Only

| | Abeta | Total Tau | P-tau181 | NfL | Ng | YKL40 | IL-6 |
|---|---|---|---|---|---|---|---|
| Abeta | 1.00 | -0.82 | -0.89 | -0.83 | -0.86 | -0.82 | -0.85 |
| Total Tau | -0.82 | 1.00 | 0.96 | 0.96 | 0.97 | 0.94 | 0.96 |
| P-tau181 | -0.89 | 0.96 | 1.00 | 0.96 | 0.97 | 0.94 | 0.95 |
| NfL | -0.83 | 0.96 | 0.96 | 1.00 | 0.97 | 0.94 | 0.97 |
| Ng | -0.86 | 0.97 | 0.97 | 0.97 | 1.00 | 0.92 | 0.96 |
| YKL40 | -0.82 | 0.94 | 0.94 | 0.94 | 0.92 | 1.00 | 0.96 |
| IL-6 | -0.85 | 0.96 | 0.95 | 0.97 | 0.96 | 0.96 | 1.00 |

2 2

**TCB** @TCBBIO · Oct 11, 2022

thanks. I'm not afraid to admit that's outside my area of knowledge to comment. But I'm sure the people that matter have reviewed it (FDA, NIH, SEC, DOJ) so ultimately we'll have to live with their opinions on it.

4

**Vinnie** @Vinnie66007649 · Oct 11, 2022

Jesse has been promoted from rat behaviourist to neurophysiologist. Perhaps he and Adrian should redo the trial irrespective FDA had no problems with the P2b results.

1

Search

## Relevant people

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Jay** @smogcitygiraffe Follow
Just a giraffe in the shadows running the streets.

**AcidReflux** @ChampyRobert Follow
CLASSY☆BOUGIE☆RATCHET. ...Not financial advice.

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
15.4K posts

Travel · Trending
**Busch Gardens**
8,173 posts

Trending in United States
**#PrinceandPrincessofWales**
7,129 posts

Sports · Trending
**Travis Hunter**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**Jan** @810964733763B

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Vinnie** @Vinnie66007649 · Oct 11, 2022
Jesse has been promoted from rat behaviourist to neurophysiologist. Perhaps he and Adrian should redo the trial irrespective FDA had no problems with the P2b results.

1

**Relevant people**

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

**Jay** @smogcitygiraffe Follow
Just a giraffe in the shadows running the streets.

**AcidReflux** @ChampyRobert Follow
CLASSY☆BOUGIE☆RATCHET. ...Not financial advice.

**What's happening**

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jerry Seinfeld**
15.4K posts

Travel · Trending
**Busch Gardens**
8,173 posts

Trending in United States
**#PrinceandPrincessofWales**
7,129 posts

Sports · Trending
**Travis Hunter**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**Jan** @810964733763B

