# EXHIBIT 70

🔒 PageVault

| | |
|---|---|
| Document title: | (2) Adrian H on X: "@JaneDoe35299512 @MoralOverdraft @champy_robert @rdohnethook @Nemo_is_NoOne @CassavaSciences @CTADconference @alzassociation @jpreventionalz1 @US_FDA Who is crazy, who is stupid, who is lying, and who is evil is not really my concern. The drug is fake; the research was fake; it is all a charade. IT IS ALL MADE UP. $SAVA" / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1581794074545180672 |
| Page loaded at (UTC): | Mon, 29 Apr 2024 14:44:52 GMT |
| Capture timestamp (UTC): | Mon, 29 Apr 2024 14:46:20 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 6 |
| Capture ID: | 2xeM7d5CByLLA79LqPgtFJ |
| User: | bfca-ccoronado |

PDF REFERENCE #:     bcV5ETLTmtcW1f1Uvij93n

**Adrian H** @Adrian_H · Oct 14, 2022
CTAD is going to be interesting this year..

💬 2   🔁 1   ♡ 14

**Adrian H** @Adrian_H · Oct 15, 2022
I wonder what this poster is going to be about and what experimental data it might show.. 🤔

$SAVA

> happy to let you know that after evaluation by the CTAD Scientific Com abstract entitled "*Rigor and Replication in Alzheimer's Thera pment: A Case Study*" has been accepted for a poster presentation ted onsite at the 15th edition of Clinical Trials on Alzheimer's Di 2022) to be held in San Francisco on November 29- December 2, 2022.

💬 8   🔁 2   ♡ 17

**Jane Doe** @JaneDoe35299512 · Oct 15, 2022
Attacking @CassavaSciences at CTAD? No concern for their IP or patents? Stay classy Adrian. You are really something.

💬 1

**Jane Doe** @JaneDoe35299512 · Oct 15, 2022
cc @CTADconference are you all cool with poster presenters openly harassing other attendees in advance of #CTAD2022

💬 2   ♡ 1

**Jane Doe** @JaneDoe35299512 · Oct 15, 2022
Is this type of unprofessional behavior what the #Alzheimers scientific community needs?

💬 2

**Jane Doe** @JaneDoe35299512 · Oct 15, 2022
At what point will @alzassociation @jpreventionalz1 and other leaders speak up and prevent this harassment? Scientific criticism is fine, openly harassing your fellow @CTADconference attendees in advance of the conference? Not ok.

💬 1   ♡ 2

**Jane Doe** @JaneDoe35299512 · Oct 15, 2022
You should absolutely be allowed to present whatever "data" you claim to have provided you aren't breaking any patent laws. It's your foreboding tone, tagging $SAVA, it's beneath quality academic discourse. Be better is my point

💬 3   ♡ 1

**Finding Nemo** @Nemo_is_NoOne · Oct 15, 2022
What are you afraid of?

💬 1   ♡ 5

**Jane Doe** @JaneDoe35299512 · Oct 15, 2022
I'm not "afraid" of anything. Actually large snakes and ALS do scare me. I'm very interested in seeing whatever "data" Adrian et al have if it relates to $SAVA. It's the constant harassing and mocking tone that irks me. "ITS ALL MADE UP", that type of stuff.

💬 1   ♡ 2

**Jane Doe** @JaneDoe35299512 · Oct 15, 2022
But as I said, if sci committee reviewed his poster submission and accepted it, fine. I'm not going to the conf, but I believe all posters will be viewable online post embargo and it will certainly be interesting to see if he somehow disproved the drug binding.

💬 3   ♡ 1

accepted it, fine. I'm not going to the conf, but I believe all posters will be viewable online post embargo and it will certainly be interesting to see if he somehow disproved the drug binding.

**rdohnet** ✓ @rdohnethook · Oct 15, 2022
0 chance he shows up. If he is intersted in embarassing himself, he would have posted his submittal here. I hope he does go, it will be very humbling for him.

This Post was deleted by the Post author. Learn more

**Adrian H** @Adrian_H · Oct 16, 2022
It's just a poster.. but unlike everything Wang has ever written, it is not made up.



This Post was deleted by the Post author. Learn more

**rdohnet** ✓ @rdohnethook · Oct 16, 2022
If you are so confident why did you delete all of your tweets three weeks ago?

This Post was deleted by the Post author. Learn more

**rdohnet** ✓ @rdohnethook · Oct 16, 2022
cool story bro...but that doesn't explain why you deleted all of your tweets. If that was the reason you wouldn't be back at it just a few weeks later. You could always just block report the crazy ones to twitter.

This Post was deleted by the Post author. Learn more

**rdohnet** ✓ @rdohnethook · Oct 16, 2022

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Jan
@810964733763B

Post

This Post was deleted by the Post author. Learn more

**rdohnet** @rdohnethook · Oct 16, 2022
i don't dislike your answer, I think your answer is dishonest.

This Post was deleted by the Post author. Learn more

**Jane Doe** @JaneDoe35299512 · Oct 16, 2022
You say you aren't a scientist then make statements like this. It's ridiculous. Just admit you want the company to fail Ghost

This Post was deleted by the Post author. Learn more

**rdohnet** @rdohnethook · Oct 16, 2022
In the two years the FDA has been monitoring the dosing of patients, how many safety concerns have they flagged? 0. In fact, they are extending an OL study for patients completing phase 3 this coming month. Would the FDA do that if patients were being harmed? who would extend?

This Post was deleted by the Post author. Learn more

**rdohnet** @rdohnethook · Oct 16, 2022
and you think the FDA wouldn't have figured this out already? I guess there are no scientists there with better credentials then the gutless bottom feeder adrian?

This Post was deleted by the Post author. Learn more

**Adrian H** @Adrian_H · Oct 16, 2022
Bingo
1

**Water Lily** @champy_robert · Oct 16, 2022
You getting this @US_FDA ....This guy on Twitter is about to prove how incompetent you are whilst making a boat load of cash. 😆
2

**Adrian H** @Adrian_H · Oct 16, 2022
That would be an excellent outcome
1 2

**Water Lily** @champy_robert · Oct 16, 2022
Wasn't Dr. Brodkin interested in this "bomb" you're set to drop on the femtomolar binding to simu before he covered?
1

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

Search

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Jane Doe** @JaneDoe35299512 Follow
I hate Alzheimer's Disease. I am not a financial advisor and nothing I tweet is financial advice.

**The Ghost of Ration**: @MoralOverdraft Follow
Born 1731 Europe, Died 2003 Cambridge MA Opinions only, Not fin advice, RT is not endorse. Objective reality means it's true or not regardless of your belief.

## What's happening

Oilers at Kings
NHL · This afternoon

Entertainment · Trending
Jerry Seinfeld
15.5K posts

Trending in United States
#PrinceandPrincessofWales
7,164 posts

Entertainment · Trending
Jojo Siwa
15.2K posts

Celebrities · Trending
Lin-Manuel Miranda

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

**Jane Doe** @JaneDoe35299512 · Oct 16, 2022
If @Adrian_H proves simufilam doesn't bind it's target and his methods are sound I will applaud him and sell my $SAVA.
2

**Water Lily** @champy_robert · Oct 16, 2022
Agreed.
1

**Jane Doe** @JaneDoe35299512 · Oct 16, 2022
In the meantime I believe in $SAVA and feel some (not all) of the short sellers have been very nasty, immature and repugnant.
2

**Jane Doe** @JaneDoe35299512 · Oct 16, 2022
I look forward to whatever data @Adrian_H has. I only ask that he not be nasty toward Drs Wang and Burns. $SAVA is not evil.
1

This Post was deleted by the Post author. Learn more

**Jane Doe** @JaneDoe35299512 · Oct 16, 2022
I don't recall $SAVA "swearing" to anything. Science evolves. Evil (in my book) would be $SAVA deliberately lying about the science, and I don't believe they have done that.
4

**Adrian H**
@Adrian_H

Who is crazy, who is stupid, who is lying, and who is evil is not really my concern. The drug is fake; the research was fake; it is all a charade. IT IS ALL MADE UP.

$SAVA

11:47 PM · Oct 16, 2022

2 5

Post your reply
Reply

**Paul** @lipa0902 · Oct 17, 2022
Title of the movie: IT'S ALL MADE UP

**Jan**
@810964733763B

## Relevant people

**Adrian H**
@Adrian_H
Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Jane Doe**
@JaneDoe35299512
Follow
I hate Alzheimer's Disease. I am not a financial advisor and nothing I tweet is financial advice.

**The Ghost of Ration**
@MoralOverdraft
Follow
Born 1731 Europe, Died 2003 Cambridge MA Opinions only, Not fin advice, RT is not endorse. Objective reality means it's true or not regardless of your belief.

## What's happening

**Oilers at Kings**
NHL · This afternoon

Entertainment · Trending
**Jerry Seinfeld**
15.5K posts

Trending in United States
**#PrinceandPrincessofWales**
7,164 posts

Entertainment · Trending
**Jojo Siwa**
15.2K posts

Celebrities · Trending
**Lin-Manuel Miranda**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

Jan
@810964733763B

**Paul** @lipa0902 · Oct 17, 2022
Title of the movie: IT'S ALL MADE UP

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Jane Doe** @JaneDoe35299512 Follow
I hate Alzheimer's Disease. I am not a financial advisor and nothing I tweet is financial advice.

**The Ghost of Ration** @MoralOverdraft Follow
Born 1731 Europe, Died 2003 Cambridge MA Opinions only, Not fin advice, RT is not endorse. Objective reality means it's true or not regardless of your belief.

## What's happening

**Oilers at Kings**
NHL · This afternoon

Entertainment · Trending
**Jerry Seinfeld**
15.5K posts

Trending in United States
**#PrinceandPrincessofWales**
7,164 posts

Entertainment · Trending
**Jojo Siwa**
15.2K posts

Celebrities · Trending
**Lin-Manuel Miranda**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.





