# EXHIBIT 71

**Page Vault**

| | |
|---|---|
| Document title: | (2) Adrian H on X: "@mosquitobight @JaneDoe35299512 @CTADconference It is not a "drug". IT IS ALL MADE UP. The entire thing is completely, utterly, insane." / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1582899656908242946 |
| Page loaded at (UTC): | Mon, 29 Apr 2024 14:46:54 GMT |
| Capture timestamp (UTC): | Mon, 29 Apr 2024 14:47:57 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 3 |
| Capture ID: | hMZv3cq2qVjYcpFHVd3uus |
| User: | bfca-ccoronado |

PDF REFERENCE #:      2ref9H1juSFELaFXgAn9n3

Post

Search

Home
Explore
Notifications 2
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

This Post was deleted by the Post author. Learn more

**Stacy** @mosquitobight · Oct 20, 2022
Jane/John et al. NO ONE is hoping a legit AD drug will fail Phase 3. Everyone wants a successful AD drug. Stop peddling this BS.
2 2

**Adrian H**
@Adrian_H

It is not a "drug". IT IS ALL MADE UP. The entire thing is completely, utterly, insane.

1:01 AM · Oct 20, 2022

3

Post your reply Reply

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Stacy** @mosquitobight Follow
Liberal, feminist, scientist, mother, wife. No particular order. Also Mastodon @StacyM@SFBA.social

**Jane Doe** @JaneDoe35299512 Follow
I hate Alzheimer's Disease. I am not a financial advisor and nothing I tweet is financial advice.

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jojo Siwa**
15.3K posts

Travel · Trending
**Busch Gardens**
8,257 posts

Trending in United States
**#PrinceandPrincessofWales**
7,164 posts

Politics · Trending
**Rob Reiner**
3,909 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**Jan**
@810964733763B

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Adrian H**
@Adrian_H

It is not a "drug". IT IS ALL MADE UP. The entire thing is completely, utterly, insane.

1:01 AM · Oct 20, 2022

3

Post your reply
Reply

## Relevant people

**Adrian H**
@Adrian_H
Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Stacy**
@mosquitobight
Follow
Liberal, feminist, scientist, mother, wife. No particular order. Also Mastodon @StacyM@SFBA.social

**Jane Doe**
@JaneDoe35299512
Follow
I hate Alzheimer's Disease. I am not a financial advisor and nothing I tweet is financial advice.

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Entertainment · Trending
**Jojo Siwa**
15.3K posts

Travel · Trending
**Busch Gardens**
8,257 posts

Trending in United States
**#PrinceandPrincessofWales**
7,164 posts

Politics · Trending
**Rob Reiner**
3,909 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**Jan**
@810964733763B



