# **EXHIBIT 73**

PageVault

| | |
|---|---|
| Document title: | (2) Adrian H on X: "@ClicksAndHisses what you're trying to say here is that IT'S ALL MADE UP" / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1585747644084781060 |
| Page loaded at (UTC): | Mon, 29 Apr 2024 14:50:53 GMT |
| Capture timestamp (UTC): | Mon, 29 Apr 2024 14:51:43 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 3 |
| Capture ID: | f9NrfaQve7TqHK7VuAp2GT |
| User: | bfca-ccoronado |

PDF REFERENCE #:    3vvSPMF71Exiig8ZT1yp5m

Post

Search

- Home
- Explore
- Notifications 2
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

You're unable to view this Post because this account owner limits who can view their Posts. Learn more

**Adrian H**
@Adrian_H

what you're trying to say here is that IT'S ALL MADE UP

9:37 PM · Oct 27, 2022

5

Post your reply

Reply

## Relevant people

**Adrian H**
@Adrian_H
Follow

Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

## What's happening

**Stagecoach 2024**
Music Festival · Earlier today

Celebrities · Trending
**Lin-Manuel Miranda**

Entertainment · Trending
**Jojo Siwa**
15.3K posts

Trending in United States
**#PrinceandPrincessofWales**
7,206 posts

Sports · Trending
**Travis Hunter**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**Jan**
@810964733763B

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Adrian H**
@Adrian_H

what you're trying to say here is that IT'S ALL MADE UP

9:37 PM · Oct 27, 2022

5

Post your reply

Reply

Jan
@810964733763B

## Relevant people

**Adrian H**
@Adrian_H

Follow

Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

## What's happening

**Stagecoach 2024**
Music Festival · Earlier today

Celebrities · Trending
**Lin-Manuel Miranda**

Entertainment · Trending
**Jojo Siwa**
15.3K posts

Trending in United States
**#PrinceandPrincessofWales**
7,206 posts

Sports · Trending
**Travis Hunter**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.



