# EXHIBIT 75

PageVault

| | |
|---|---|
| Document title: | (2) Enea Milioris on X: "@SaltTheSnail7 @jesse_brodkin @lipa0902 Funny how the drug stopped working when Nadav left the picture" / X |
| Capture URL: | https://twitter.com/DRnotaDR/status/1704173737598157008 |
| Page loaded at (UTC): | Mon, 29 Apr 2024 14:54:05 GMT |
| Capture timestamp (UTC): | Mon, 29 Apr 2024 14:55:01 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 3 |
| Capture ID: | b6kS6hy3ePt7M7MJubGNzR |
| User: | bfca-ccoronado |

PDF REFERENCE #:    dGj4nbnEbTNCMc3xovwiYw

Post

Search

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

**Paul** @lipa0902 · Sep 19, 2023

This slide was once in $SAVA deck. If this were real, DSMB would have seen clear curve separation at the interim look and stop the trial for ethical consideration to allow placebo patients to cross over. If it is too good to be true, it is indeed.

6 3 14 1.9K

**Jesse brodkin** @jesse_brodkin · Sep 19, 2023

Alas, $sava could not maintain that graph once in the crosshairs 🤣

**Jesse brodkin** @jesse_brodkin · Sep 23, 2022

Replying to @lipa0902

Did someone say cherry 😄

1 8 756

**Eshaan Rao** @SaltTheSnail7 · Sep 19, 2023

funny how the drug suddenly stopped working when people starting observing...

3 3 174

**Enea Milioris**
@DRnotaDR

Funny how the drug stopped working when Nadav left the picture

4:40 PM · Sep 19, 2023 · **76** Views

4

**Jan**
@810964733763B

## Relevant people

**Enea Milioris** @DRnotaDR Follow
Surfing 🌊 Waves & Markets 📍 Biotech/Pharma Specialist - Trader

**Eshaan Rao** @SaltTheSnail7 Follow
The human brain is the most complex system on Earth ~The Human Brain

**Jesse brodkin** @jesse_brodkin Follow
Liberal, scientist, small business owner

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Celebrities · Trending
**Lin-Manuel Miranda**

Entertainment · Trending
**Jojo Siwa**
15.3K posts

Sports · Trending
**Travis Hunter**

Trending in United States
**#KarenRead**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

**Enea Milioris**
@DRnotaDR

Funny how the drug stopped working when Nadav left the picture

4:40 PM · Sep 19, 2023 · **76** Views

4

Post your reply

Reply

## Relevant people

**Enea Milioris**
@DRnotaDR
Follow
Surfing 🌊 Waves & Markets 🎈 Biotech/Pharma Specialist - Trader

**Eshaan Rao**
@SaltTheSnail7
Follow
The human brain is the most complex system on Earth ~The Human Brain

**Jesse brodkin**
@jesse_brodkin
Follow
Liberal, scientist, small business owner

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Celebrities · Trending
**Lin-Manuel Miranda**

Entertainment · Trending
**Jojo Siwa**
15.3K posts

Sports · Trending
**Travis Hunter**

Trending in United States
**#KarenRead**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**Jan**
@810964733763B



