# EXHIBIT 76



| | |
|---|---|
| Document title: | (2) Adrian H on X: "@MattNachtrab @MatthewDorey3 @CUNY Do you really think that the “dog ate my homework” is going to work here? There was no data and no record of any of the work. A reasonable inference and implication might be that the research was never actually done, or in other words, that IT IS ALL MADE UP." / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1712840312291225673 |
| Page loaded at (UTC): | Mon, 29 Apr 2024 14:58:22 GMT |
| Capture timestamp (UTC): | Mon, 29 Apr 2024 14:59:59 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 5 |
| Capture ID: | 9rYxTbR6pQ5ULymnxUoHfH |
| User: | bfca-ccoronado |



Post

**Matt Nachtrab** @MattNachtrab · Oct 13, 2023
The informal @CUNY illegally leaked report summarizes the 10 month investigation of the team at CUNY into allegatons against $sava collaboratd Dr. Hoau-Yan Wang.

It is NOT the formal citation from CUNY as the Science article FALSELY states. The investigation took 10 months...
Show more
25 · 23 · 113 · 12K

**Adrian H** @Adrian_H · Oct 13, 2023
Matt, it was a formal investigation report that was sent to NIH. It found "egregious misconduct" because none of the underlying data was provided and the report stated that "it appears likely that no primary data and no research notebooks pertaining to the 31 allegations exist"
6 · 5 · 924

**Matthew Dorey** @MatthewDorey3 · Oct 13, 2023
If @CUNY doesn't want to put their reputation or name behind this word document with zero evidence cited then yes it's worthless. For all we know you @Adrian_H who wrote this. I understand you're under investigation and currently short. Please stay out this.
1 · 3 · 116

**Matt Nachtrab** @MattNachtrab · Oct 13, 2023
It was an investigation that finished over a year ago... lol. The findings were not conclusive enough to release a decision. It's a joke.
2 · 6 · 134

**Adrian H** @Adrian_H · Oct 13, 2023
Your imaginary timeline is incorrect.

That committee had a scope under CUNY and ORI rules, they stuck to it, and concluded "egregious misconduct" because no primary data exists to support anything Wang ever did. This is one of the most damning investigation reports of its kind.
2 · 3 · 82

**Matt Nachtrab** @MattNachtrab · Oct 13, 2023
The only sentence that gives details on what the egregious misconduct is on the first page. The end of the report is referring to that.
1 · 2 · 77

**Adrian H**
@Adrian_H

Do you really think that the "dog ate my homework" is going to work here?

There was no data and no record of any of the work. A reasonable inference and implication might be that the research was never actually done, or in other words, that IT IS ALL MADE UP.

2:38 PM · Oct 13, 2023 · **117** Views

5 · 1

Post your reply — Reply

**Matt Nachtrab** @MattNachtrab · Oct 13, 2023



Post

Post your reply

Reply

**Matt Nachtrab** @MattNachtrab · Oct 13, 2023
It doesn't matter what I think when it comes to concluding data manipulation occurred. Data was presented. It did not meet their strict interpretation of Original Uncropped Images but do not clearly lay out why that is the case. If a DNA result is inconclusive in a crime, it...
Show more
♡ 1 · 67

**Matt Nachtrab** @MattNachtrab · Oct 13, 2023
I find it absolutely incredible that they could not get a forensic image expert to generate a satisfactory report for their needs.

Also, aren't you surprised with the lack of sophistication included in their report? Zero reference to actual policy violations and no conclusive...
Show more
♡ 1 · 51

**Matt Nachtrab** @MattNachtrab · Oct 13, 2023
Your second sentence is a total lie.... Not based in fact at all. There is PLENTY of data presented as evidence the experiments were run. There is ZERO evidence that the experiments were not run. None...
1 · 48

**Adrian H** @Adrian_H · Oct 13, 2023
What sort of evidence might one hope to find for experiments that were not run?
1 · ♡ 2 · 52

**Matt Nachtrab** @MattNachtrab · Oct 13, 2023
He had to have gotten these western blots from somewhere? Find where he got them from if they were not his work.
1 · ♡ 1 · 58

**Adrian H** @Adrian_H · Oct 13, 2023
Photoshop, Matt. But the hard drive melted..
♡ 1 · 64

**Matt Nachtrab** @MattNachtrab · Oct 13, 2023
The best evidence the experiments were run are all of the independent experiments that have been run that validate the findings.
1 · ♡ 2 · 67

**Adrian H** @Adrian_H · Oct 13, 2023
There has been nothing that validates findings. $SAVA have published a bunch of half-baked, incoherent, specious nonsense in third-rate journals and sent press releases claiming some sort of "validation". It is nothing of the sort, & new papers have their own suspicious issues.
1 · ♡ 3 · 164

**Matthew Dorey** @MatthewDorey3 · Oct 13, 2023
They're not third rate Journals. They're all first class. They also officially backed their findings with their reputations. Somthing Science nor @CUNY are willing to do.
♡ 1 · 36

**More replies**

Home · Explore · Notifications · Messages · Grok · Lists · Bookmarks · Communities · Premium · Profile · More

Post

Jan
@810964733763B

Search

**Relevant people**

**Adrian H** @Adrian_H — Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Matt Nachtrab** @MattNachtrab — Follow
Posts are not investment advice. Reposted or liked content does not mean I agree with or support what is written in the content.

**Matthew Dorey** @MatthewDorey3 — Follow

**What's happening**

**Stagecoach 2024**
Music Festival · Earlier today

Entertainment · Trending
**Jerry Seinfeld**
15.8K posts

Celebrities · Trending
**Lin-Manuel Miranda**

Sports · Trending
**Travis Hunter**

Entertainment · Trending
**Jojo Siwa**
15.4K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Post

Search

- Home
- Explore
- Notifications 2
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

officially backed their findings with their reputations. Somthing Science nor @CUNY are willing to do.

1 · 36

## More replies

**Matthew Dorey** @MatthewDorey3 · Oct 13, 2023

The problem is there was no homework to be eaten. By @CUNY own polic anything before 2017 isn't required to be kept. So why would they then ask for the impossible? Also how would they know anything? They never contacted Dr. Wang or SAVA? Also this is not supported by @CUNY

33

## Relevant people

**Adrian H** @Adrian_H Follow

Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Matt Nachtrab** @MattNachtrab Follow

Posts are not investment advice. Reposted or liked content does not mean I agree with or support what is written in the content.

**Matthew Dorey** @MatthewDorey3 Follow

## What's happening

**Stagecoach 2024**
Music Festival · Earlier today

Entertainment · Trending
**Jerry Seinfeld**
15.8K posts

Celebrities · Trending
**Lin-Manuel Miranda**

Sports · Trending
**Travis Hunter**

Entertainment · Trending
**Jojo Siwa**
15.4K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.




Post
Search
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post
Matthew Dorey @MatthewDorey3 · Oct 13, 2023
The problem is there was no homework to be eaten. By @CUNY own polic anything before 2017 isn't required to be kept. So why would they then ask for the impossible? Also how would they know anything? They never contacted Dr. Wang or SAVA? Also this is not supported by @CUNY
33
Relevant people
Adrian H
@Adrian_H
Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.
Matt Nachtrab
@MattNachtrab
Follow
Posts are not investment advice. Reposted or liked content does not mean I agree with or support what is written in the content.
Matthew Dorey
@MatthewDorey3
Follow
What's happening
Stagecoach 2024
Music Festival · Earlier today
Entertainment · Trending
Jerry Seinfeld
15.8K posts
Celebrities · Trending
Lin-Manuel Miranda
Sports · Trending
Travis Hunter
Entertainment · Trending
Jojo Siwa
15.4K posts
Show more
Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More
© 2024 X Corp.
Jan
@810964733763B