# EXHIBIT 77b

**Page Vault**

| | |
|---|---|
| Document title: | (2) Adrian H on X: "@DanClintonRN @pash22 @ProfRobHoward @LogarithmicDis @LonSchneiderMD @MadhavThambiset @RenegadeSynapse @nvillain_alz @CorriveauNick @DavidJonesBrain @MemoryDoc @ajlees @PhilAlz @DrTFromKC @smead2 @AlbertoEspay @Kariem_Ezzat @seb_walsh @EWidera @KasperKepp @Jennife10651535 @eturnermd1 @VincentPlanche @ayton_scott @macesari @schrag_matthew @HHS_ORI @FDACDERDirector @CassavaSciences @CUNY @KatherineMLewin @ClicksAndHisses @NIH @adamfeuerstein It's a totally different issue, but I can assure you that many of those outraged with $SAVA were also outraged with Aduhelm and FDA shenanigans and skeptical of amyloid Abs. But there's equivalence between that and allegedly completely fake science and an allegedly imaginary drug" / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1712881971347517840 |
| Page loaded at (UTC): | Mon, 29 Apr 2024 15:00:43 GMT |
| Capture timestamp (UTC): | Mon, 29 Apr 2024 15:12:04 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 126 |
| Capture ID: | mXTbpanB1FN99pJBH6DZgs |
| User: | bfca-ccoronado |

PDF REFERENCE #:        71wAhfX91utY4Say8dMSEc

# X

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications
- ✉️ Messages
- Grok
- 🗒️ Lists
- 🔖 Bookmarks
- 👥 Communities
- ✗ Premium
- 👤 Profile
- ⊙ More

**Post**








💬 1   🔁 1   ♡ 3   📊 1K   🔖 ⬆️

**Jamie Timmons** @metapredict · Apr 24, 2023    ...
Any that worked? (real worked, replicated worked, not marketing worked?)... tricky to advise people to take preventative steps (same bs in Cardiovascular where Exercise doesn't reduce hard CV endpoints)

Looking forward to reading my new book (Wellcome Trust book store) !



💬 3   🔁    ♡ 7   📊 1.1K   🔖 ⬆️

**Seb Walsh** @seb_walsh · Apr 24, 2023    ...
No.

P.S. it's a great book

💬    🔁 2   ♡ 2   📊 2K   🔖 ⬆️

**Jan**
@810964733763B    ...

## Relevant people

**Adrian H**   **Follow**
@Adrian_H
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av**   **Follow**
@DanClintonRN
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul**   **Follow**
@pash22
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2024 X Corp.

Document title: (2) Adrian H on X: &quot;@DanClintonRN @pash22 @ProfRobHoward @LogarithmicDis @LonSchneiderMD @MadhavThambiset @RenegadeSynaps…
Capture URL: https://twitter.com/Adrian_H/status/1712881971347517840
Capture timestamp (UTC): Mon, 29 Apr 2024 15:12:04 GMT
Page 62 of 125



Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

P.S. it's a great book

2 · 2 · 2K

This Post was deleted by the Post author. Learn more

**Lon S. Schneider, MD** @LonSchneiderMD · Apr 25, 2023
Was going to endorse this sooner but had to do my push-ups & suck down my Ka'Chava so my blood won't boil.
If I should get dementia I hope my colleagues won't blame me for the Big Mac I had at MSY airport on March 3. "He brought it on himself & didn't start Leqembi early enough."

2 · 2 · 6 · 1.6K

**Ash Paul** @pash22 · Apr 25, 2023
It seems to me there is an ever widening gap between the scientific approach to this huge global problem by the neurologists/neuropsychiatrists and the old age psychiatrists/geriatricians who see these unfortunate patients every day.

4 · 2 · 5 · 1.4K

**Robert Howard** @ProfRobHoward · Apr 25, 2023
Remember told at medical school "neurologists know everything but can do nothing, psychiatrists know nothing but can do everything". Certainly, psychiatrists are used to making differences to the symptoms and functioning of our patients and we bring this expectation to dementia.

3 · 18 · 1.1K

**philip robinson** 🍊 @pxrobbo · Apr 25, 2023
Rob, I know some Neurologists who do a lot to help people living with dementia, also Psychologists. I also know some who do less. The same with Psychiatrists (although I know fewer). But I do agree with Ash's comment, with the qualification that challenging error is essential

1 · 2 · 855

**Robert Howard** @ProfRobHoward · Apr 25, 2023
I didn't mean to imply that Neurologists don't do a lot to help people with dementia. Just that Psychiatrists are less good at tolerating situations where there are no treatments or treatments don't do much.

2 · 5 · 973

**Madhav Thambisetty** @MadhavThambiset · Apr 25, 2023
Do we need to step outside and sort this out Rob?

2 · 1 · 4 · 1K

**philip robinson** 🍊 @pxrobbo · Apr 25, 2023

Jan
@810964733763B

**Relevant people**

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN Follow
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22 Follow
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

**What's happening**

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.





X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Jan
@810964733763B

Post

2 1 4 1K

**philip robinson** @pxrobbo · Apr 25, 2023
Who's got the glove?
1 2 810

**Ash Paul** @pash22 · Apr 25, 2023
Won't it be Madhav? He mooted the challenge, so presumably he has slapped Rob across his face with the empty glove.
1 3 844

**David Rind** @dmrind · Apr 25, 2023
I picture Madhav as more of a metal gauntlet kind of guy.
1 3 886

**Robert Howard** @ProfRobHoward · Apr 25, 2023
I'm running away, anyway. Fast.
1 3 928

**Jason Cohen** @MemoryDoc · Apr 25, 2023
But think of the research we could fund by selling tickets!
1 3 963

**Madhav Thambisetty** @MadhavThambiset · Apr 25, 2023
Federal regulations expressly prohibit me from *ahem* free-lancing ⚔️
2 3 1K

**Robert Howard** @ProfRobHoward · Apr 25, 2023
We should stick to squabbling over the contents of pizza boxes.
2 5 1.1K

This Post was deleted by the Post author. Learn more

**Ash Paul** @pash22 · Apr 26, 2023
That's a bit rich Michelle, criticising a person who has spent his entire medical career in psychiatry looking after dementia patients and who was one of the the principal investigators of the pioneering AD2000 trial.
1 1 4 1.2K

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

**Ash Paul** @pash22 · Apr 26, 2023
Sure you are. It's just that 'opinion' is not always right. I'm NOT saying your opinion is wrong.
evidentlycochrane.net/expert-opinion... via @Prof @martinjburton and @CochraneUK

Search

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN Follow
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22 Follow
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

X

Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Expert opinion is not always right - Evidently Cochrane

From evidentlycochrane.net

1 · 907

This Post was deleted by the Post author. Learn more

**Ash Paul** @pash22 · Apr 26, 2023
Rob has spent ?35 yrs plus in looking after dementia patients and he is a highly acknowledged academic globally. I'm sure he is entitled to his opinions, just as you and I are. Moreover, Rob has a v dry/cynical sense of humour which some ppl take very seriously but shouldn't IMO.

3 · 4 · 1K

**Ivana Fulli** @DrFulli · Apr 29, 2023
I am afraid prof. Howard is accused of inventing the unfortunate people with normal « wrinkles on their brain » misdiagnosed with dementia.

1 · 1 · 921

**Ivana Fulli** @DrFulli · Apr 29, 2023
It seems urgent to alert about overdiagnosis when Pharma targets early dementia diagnosis as market for Rx with dangerous adverse-effects.

1 · 903

**Ash Paul** @pash22 · Apr 29, 2023
There was a v gud 2019 article in @JAMAInternalMed by @UMich researchers
"Preclinical Alzheimer Disease: early Diagnosis or Overdiagnosis"

JN
jamanetwork.com
Preclinical Alzheimer Disease—Early Diagnosis o
This Viewpoint argues that the shift from treating patients with symptomatic Alzheimer...

2 · 5 · 1.3K

**Ash Paul** @pash22 · Apr 30, 2023
'Time Saved' As a Demonstration of Clinical Meaningfulness and Illustrated Using the Donanemab TRAILBLAZER-ALZ Study Findings link.springer.com/article/10.142... via @WesselsAlette et al @LonSchneiderMD @barttels2

'Time Saved' As a Demonstration of Clinical Meaningfulness and Illustra...

Jan
@810964733763B

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN Follow
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22 Follow
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



X Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

'Time Saved' As a Demonstration of Clinical Meaningfulness and Illustra...
From link.springer.com

1 1 2 1.5K

**Ash Paul** @pash22 · May 3, 2023
@LillyPad 's Alzheimer's therapy Donanemab slowed patients' rate of cognitive decline, data show investor.lilly.com/news-releases/... via @matthewherper & @adamfeuerstein

investor.lilly.com
Lilly's Donanemab Significantly Slowed Cognitiv
The Investor Relations website contains information about Eli Lilly and Company's ...

2 1 2 1.4K

**Ash Paul** @pash22 · May 3, 2023
@LillyPad 's Alzheimer's drug donanemab slows cognitive decline by 35% in PhIII, setting up showdown with Eisai's Leqembi endpts.com/lillys-alzheim... via @RLCscienceboss

Lilly's Alzheimer's drug donanemab slows cognitive decline by 35% in P...
From endpts.com

1 1 3 1.4K

**Seb Walsh** @seb_walsh · May 3, 2023
Copy and paste all the hype and expected responses from expected responders from aducanumab and lecanemab (and the vested interests)

Copy and paste all the critics' concerns about aducanumab and lecanemab

> **Seb Walsh** @seb_walsh · May 3, 2023
> Press release on #donanemab phase III trial.
>
> No absolute effects ... wonder why!? But, based on the relative changes, slowing in rate of decline is comparable to lecanemab.
> ...
> Show more

1 5 1.5K

**Robert Howard** @ProfRobHoward · May 3, 2023
Yup.

1 1 1K

**Ash Paul** @pash22 · May 4, 2023
World 'on cusp of first generation of treatments for Alzheimer's' as new drug 'slows symptoms': New drug donanemab appears to slow

Jan
@810964733763B

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN Follow
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22 Follow
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

1 1 1K

**Ash Paul** @pash22 · May 4, 2023

World 'on cusp of first generation of treatments for Alzheimer's' as new drug 'slows symptoms': New drug donanemab appears to slow decline associated with Alzheimer's

independent.co.uk/news/health/al... via @JanekirbyPA

World 'on cusp of first generation of treatments for Alzheimer's' as new ...

From independent.co.uk

1 1 1.1K

**Ash Paul** @pash22 · May 5, 2023

Simple inexpensive tests found to predict dementia risk years in advance: 'Incorporating muscle function tests as part of dementia screening could be useful to identify high-risk individuals', says @marc_p_sim et al study

independent.co.uk/news/science/t... via @Social3uScience

Simple tests may help predict dementia risk years in advance

From independent.co.uk

2 1 1.4K

**Ash Paul** @pash22 · May 7, 2023

A chance to beat back Alzheimer's, and we're not ready in UK

thetimes.co.uk/article/5e800c... via @Ben_Spencer

thetimes.co.uk
The Times & The Sunday Times
News and opinion from The Times & The Sunday Times

1 1 1.1K

**Ash Paul** @pash22 · May 7, 2023

New Eli Lilly Alzheimer's data poses @MedicareGov coverage conundrum

statnews.com/2023/05/04/lil... via @rachelcohrs

**Jan**
@810964733763B

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN Follow
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22 Follow
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.

# X

- Home
- Explore
- Notifications ②
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- X Premium
- Profile
- More

**Post**

Jan
@810964733763B

---

**Post**

Q Search

New Eli Lilly Alzheimer's data poses Medicare coverage conundrum

From statnews.com

💬 1   🔁   ♡ 1   📊 1.4K   🔖 ⬆

**Ash Paul** @pash22 · May 8, 2023   ···
Access to New Alzheimer's Drugs Might Depend on Where You Live in USA: Big clinics are giving Leqembi to some patients while rural providers wait and watch
wsj.com/articles/acces... via @dmosbergen et al

Access to New Alzheimer's Drugs Might Depend on Where You Live

From wsj.com

💬 1   🔁 2   ♡ 4   📊 1.3K   🔖 ⬆

**Ash Paul** @pash22 · May 8, 2023   ···
'Part of you dies as well': the toll of caring for loved ones with dementia theguardian.com/society/2023/m... via @byameliahill @Jennife10651535 @barttels2

theguardian.com
'Part of you dies as well': the toll of caring for lov
A new drug could slow the pace of Alzheimer's. Three people with experience of the disease ...

💬 1   🔁   ♡ 3   📊 1.2K   🔖 ⬆

**Ash Paul** @pash22 · May 8, 2023   ···
Clinical Effect of Early vs Late Amyloid Positron Emission Tomography in Memory Clinic Patients: The AMYPAD-DPMS RCT
jamanetwork.com/journals/jaman... via @GiovanniFrisoni et al



Clinical Effect of Early vs Late Amyloid Positron Emission Tomography in...

---

## Relevant people

**Adrian H** @Adrian_H   **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN   **Follow**
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22   **Follow**
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

Timberwolves at Suns
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2024 X Corp.

Document title: (2) Adrian H on X: &quot;@DanClintonRN @pash22 @ProfHoward @LogarithmicDis @LonSchneiderMD @MadhavThambiset @RenegadeSynaps...
Capture URL: https://twitter.com/Adrian_H/status/1712881971347517840
Capture timestamp (UTC): Mon, 29 Apr 2024 15:12:04 GMT
Page 68 of 125



X
Post
Search
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Clinical Effect of Early vs Late Amyloid Positron Emission Tomography in...

From jamanetwork.com

6 1 6 1.7K

**Ash Paul** @pash22 · May 15, 2023
Colombian man's genetics should have doomed him to Alzheimer's: Instead, a rare mutation offers clue to protection
endpts.com/colombia-mans-... via @RLCscienceboss

Colombian man's genetics should have doomed him to Alzheimer's. Inst...

From endpts.com

1 2 5 1.3K

**Nicolas Villain** @nvillain_alz · May 15, 2023

nature.com
Resilience to autosomal dominant Alzheimer's d
Nature Medicine - Case report of an individual heterozygous for a rare RELN-COLBOS variant...

2 4 7 1.9K

**Ash Paul** @pash22 · May 16, 2023
Accelerated Brain Volume Loss Caused by Anti-β-Amyloid Drugs: A Systematic Review and Meta-analysis
n.neurology.org/content/100/20... via @ayton_scott et al

3 5 1.4K

**philip robinson** @pxrobbo · May 16, 2023
Why isn't this open access?

2 1 1.1K

**Jennifer Richards** @Jennife10651535 · May 16, 2023
As an ex medical librarian:
most journals require subscriptions, which is frustrating I know. We used to operate an interlibrary loan system. I' m not sure how they

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN Follow
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22 Follow
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Jan
@810964733763B



**X**

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

X Premium

Profile

More

**Post**

Post

**Jennifer Richards** @Jennife10651535 · May 16, 2023
As an ex medical librarian:
most journals require subscriptions, which is frustrating I know. We used to operate an interlibrary loan system. I'm not sure how they do it now, probably electronically.
It's well outside Dr. Paul's influence, I think

💬 2    🔁    ♡ 3    1.1K    🔖 ⬆

**philip robinson** 🟠 @pxrobbo · May 16, 2023
I generally find that if you write to the corresponding author they are happy to send a copy of the paper. Let's see this time!

💬 1    🔁    ♡ 3    1.1K    🔖 ⬆

**Ash Paul** @pash22 · May 16, 2023
I don't think Ayton can share the paper openly with the group for perfectly legal reasons but if you write to him privately, I'm pretty sure he will look upon your request favourably on a person-to-person basis.
You can contact Ayton at

📇  florey.edu.au
    Professor Scott Ayton | Researcher | The Florey

💬 3    🔁    ♡ 2    1.1K    🔖 ⬆

**philip robinson** 🟠 @pxrobbo · May 18, 2023
A very helpful interchange and a useful link to a Science commentary.

In the Pipeline

Are Anti-Amyloid Antibodies Going to Make Alzheimer's Patients Worse?

From science.org

💬 3    🔁 3    ♡ 6    1.8K    🔖 ⬆

**Ash Paul** @pash22 · May 18, 2023
.@Dereklowe is an outstanding no nonsense science thinker/writer, well worth following on twitter. He doesn't mince his words.

💬 1    🔁    ♡ 7    1.1K    🔖 ⬆

**Jennifer Richards** @Jennife10651535 · May 18, 2023
Thanks Ash. Have followed

💬 2    🔁    ♡ 1    1.2K    🔖 ⬆

**Ash Paul** @pash22 · May 19, 2023
Interesting twitter thread from @ProfRobHoward & @MadhavThambiset & @seb_walsh on the recent letter by @amsterdamumc 's # WillemVanGool abt lack of sensitivity analysis to assess for bias from unbinding in #Lecanemab trial

  **Madhav Thambisetty** @MadhavThambiset · May 19, 2023
  Much more blunt than our commentary here

**Jan** @810964733763B

---

**Relevant people**

**Adrian H** @Adrian_H    [Follow]
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN    [Follow]
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22    [Follow]
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

**What's happening**

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

Document title: (2) Adrian H on X: &quot;@DanClintonRN @pash22 @ProfRobHoward @LogarithmicDis @LonSchneiderMD @MadhavThambiset @RenegadeSynaps…
Capture URL: https://twitter.com/Adrian_H/status/1712881971347517840
Capture timestamp (UTC): Mon, 29 Apr 2024 15:12:04 GMT
Page 70 of 125



@amsterdamumc 's # WillemVanGool abt lack of sensitivity analysis to assess for bias from unbinding in #Lecanemab trial

**Madhav Thambisetty** @MadhavThambiset · May 19, 2023

Much more blunt than our commentary here pubmed.ncbi.nlm.nih.gov/36609712/ where we emphasized that the lack of any sensitivity analyses to unblinding from infusion reactions in the #lecanemab trial is a major concern @ProfRobHoward @pash22

LETTER TO THE EDITOR

**Unblinding in the lecanemab trial in Alzheimer's disease**

Willem A. Van Gool

Outright breaking of the masked treatment allocation in a substantial proportion of lecanemab treated participants is almost certain. This is problematic especially since the primary outcome and most of the secondary outcomes require input of a caregivers, who were partly unblinded. Before any claim of a 'clear clinical benefit' of lecanemab can be accepted and before trying to answer hard questions like 'why has it taken so long and what is next', post-hoc analyses are warranted with stratification for the occurrence of infusion reactions. My prediction would be that trial participants with infusion reactions, both in the lecanemab as well in the placebo group, fare about 25% better than those without.

♡ 1          ⇄          ♡ 3          ᴵᕂᴵ 2.5K          🔖 ⬆

**Ash Paul** @pash22 · May 25, 2023          ···
Case Study Reveals Potentially Lethal Side Effects of Lecanemab for Treatment of Alzheimer's Disease j-alz.com/content/case-s... via @journal_ad

♡ 1          ⇄          ♡ 6          ᴵᕂᴵ 1.3K          🔖 ⬆

**Ash Paul** @pash22 · May 25, 2023          ···
The full article is here "Neuropathology of Anti-Amyloid-β Immunotherapy: A Case Report" content.iospress.com/articles/journ ... via @PJamshidi_MD et al

♡ 3          ⇄          ♡ 3          ᴵᕂᴵ 1.5K          🔖 ⬆

**Ash Paul** @pash22 · Jun 2, 2023          ···
US @MedicareGov holds firm on Alzheimer's drug coverage policy statnews.com/2023/06/01/med... via @rachelcohrs

Medicare holds firm on Alzheimer's drug coverage policy

From statnews.com

♡ 1          ⇄ 3          ♡ 5          ᴵᕂᴵ 2.7K          🔖 ⬆

This Post was deleted by the Post author. Learn more

**Dave Weisman** @dcweisman · Jun 2, 2023          ···
So far they seem to have only enough courage to discriminate against ALzheimer's.

♡          ⇄          ♡ 1          ᴵᕂᴵ 1.2K          🔖 ⬆

This Post was deleted by the Post author. Learn more

## Relevant people

**Adrian H** @Adrian_H     [Follow]
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN     [Follow]
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22     [Follow]
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

Document title: (2) Adrian H on X: "@DanClintonRN @pash22 @ProfRobHoward @LogarithmicDis @LonSchneiderMD @MadhavThambiset @RenegadeSynaps…
Capture URL: https://twitter.com/Adrian_H/status/1712881971347517840
Capture timestamp (UTC): Mon, 29 Apr 2024 15:12:04 GMT
Page 71 of 125



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

← Post                    🔍 Search

So far they seem to have only enough courage to discriminate against ALzheimer's.

💬        🔁        ♡ 1        📊 1.2K        🔖 ⬆️

This Post was deleted by the Post author. Learn more

**Ash Paul** @pash22 · Jun 17, 2023
Prof @AlbertoEspay et al are petitioning @US_FDA NOT to approve Lecanemab
twitter.com/AlbertoEspay/s...

This post is unavailable.

💬 1        🔁 2        ♡ 6        📊 2.9K        🔖 ⬆️

**Ash Paul** @pash22 · Jun 17, 2023
In addition, Prof @jasonkarlawish has written in @statnews abt the urgent need for @US_FDA & @CMSGov to work together on a 'Risk Mitigation' scheme for Lecanemab

> **Jason Karlawish** @jasonkarlawish · Jun 17, 2023
> The FDA needs a risk evaluation and mitigation strategy for #Alzheimer's drug lecanemab statnews.com/2023/06/16/the... @statnews The problem isn't the drugs; it's the drugs in the system. @US_FDA & @CMSGov should collaborate to move these Rx into practice. @pash22 @ProfRobHoward

💬 3        🔁 2        ♡ 6        📊 8.6K        🔖 ⬆️

**Kasper Planeta Kepp** @KasperKepp · Jun 18, 2023
I wonder how those who seem to trust the lecanemab trial as proof of effect explain that the drug works so much better in >75y than in <65y. Goes a bit against the common claim that the drug should be applied early to have effect.

| (B) Other Factors | | | |
|---|---|---|---|
| | No. of Participants (placebo, lecanemab) | Trends Benefit | Adjusted Mean Difference | Percent Slowing of Decline (%) |

(table figure shown)

💬 2        🔁 1        ♡ 5        📊 1.3K        🔖 ⬆️

**Ash Paul** @pash22 · Jun 18, 2023
Interesting observations by Kasper @KasperKepp & Dan @DanClintonRN in this separate twitter thread

> **Kasper Planeta Kepp** @KasperKepp · Jun 18, 2023
> Replying to @jasonkarlawish @statnews and 4 others
> There are 3 papers (Lansdall, Andrews, Wessels) that set the clinical meaningful threshold >1 for CDR-SB - (none of them cited by Van Dyck et al.).
> ...
> Show more

| CDR-SB change | Total | Female | Male | EUR | US | <65y | >75y | MCID |
|---|---|---|---|---|---|---|---|---|
| Effect, diff CDR-SB | 0.45 | 0.20 | 0.73 | 0.33 | 0.52 | 0.08 | 0.72 | 1 |
| Effect, absolute % | 2.5 | 1.1 | 4.1 | 1.8 | 2.9 | 0.4 | 4.0 | 5.5 |
| "Effect", ratio % | 27 | 12 | 43 | 14 | 34 | 6 | 40 | ? |

💬 3        🔁 1        ♡ 5        📊 1.5K        🔖 ⬆️

Dan Clinton - The Awesome Nurpir: @DanClint... Jun 18, 2023

**Jan**
@810964733763B

---

**Relevant people**

**Adrian H** @Adrian_H        [Follow]
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN        [Follow]
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22        [Follow]
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

**What's happening**

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.



X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Effect, diff COR-SB | 0.45 | 0.20 | 0.73 | 0.33 | 0.52 | 0.08 | 0.72 | 1 |
| Effect, absolute % | 2.5 | 1.1 | 4.1 | 1.8 | 2.9 | 0.4 | 4.0 | 5.5 |
| "Effect", ratio % | 27 | 12 | 43 | 14 | 34 | 6 | 40 | ? |

💬 3    🔁 1    ♡ 5    📊 1.5K

**Dan Clinton - The Awesome Nursin** @DanClinto · Jun 18, 2023 ...
Lecanemab: 1) didn't improve cognition in 1 manufacturer funded, designed, and processed study slowed decline 2.5% 3) requires q 2 week IV infusions 4) destroys 1.2% of brains 5) costs $26,500/yr 6) causes rxn in > 25% 7) 17.2% dropout rate 8) 6.9% stopped d/t adverse rxns

💬 1    🔁    ♡ 3    📊 936

**Ash Paul** @pash22 · Jun 20, 2023 ...
The @AlzDisInt 's position statement regarding @US_FDA 's pending approval of lecanemab.

💬 2    🔁 2    ♡ 5    📊 1.4K

**Nicolas Villain** @nvillain_alz · Jun 20, 2023 ...
Thx Ash!
Are the Alzheimer International Society and Alzheimer Disease International the same entity?

💬 1    🔁    ♡    📊 865

**Ash Paul** @pash22 · Jun 20, 2023 ...
Nope Nicolas. Alz Int Society is @ALZINT1

💬 1    🔁    ♡    📊 891

**Nicolas Villain** @nvillain_alz · Jun 20, 2023 ...
Ok, that's what I thought. So it was just the wrong identification in your first Tweet

💬 1    🔁    ♡ 2    📊 918

**Ash Paul** @pash22 · Jun 20, 2023 ...
Oops, v sorry for the typo Nicolas

💬 1    🔁    ♡ 2    📊 933

**Jan** @810964733763B ...

**Relevant people**

**Adrian H** @Adrian_H    Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN    Follow
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22    Follow
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

**What's happening**

Timberwolves at Suns
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3.820 posts

Trending in United States
**Fahk**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

# X

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications
- ✉️ Messages
- Grok
- 🗐 Lists
- 🔖 Bookmarks
- 🧑‍🤝‍🧑 Communities
- X Premium
- 👤 Profile
- ⊙ More

**Post**

**Jan**
@810964733763B

---

**Ash Paul** @pash22 · Jun 20, 2023
Oops, v sorry for the typo Nicolas

💬 1    ↻    ♡ 2    📊 933    🔖 ⬆️

**Ash Paul** @pash22 · Jun 20, 2023
I will repost my erroneous tweet viz
@ALZINT1 (NOT @AlzDisInt )'s position statement on the pending
approval of Lecanemab by @US_FDA



💬 2    ↻    ♡ 5    📊 1.1K    🔖 ⬆️

**Robert Howard** @ProfRobHoward · Jun 20, 2023
I made the same mistake, Ash. Crafty to make themselves look like
ADI!

💬 1    ↻    ♡ 3    📊 1.1K    🔖 ⬆️

**Ash Paul** @pash22 · Jun 23, 2023
More on the Lecanemab analysis by Alberto @AlbertoEspay &
@Matthew @schrag_matthew

> 🧑 **Alberto J Espay** @AlbertoEspay · Jun 23, 2023
> There is no lecanemab "improvement" but a little less
> worsening, by -1.21 with lecanemab, -1.66 with placebo. The
> 0.45 difference is below what can be perceived (1-2 points).
> There is no "27% improvement" but a puny 2.5% slower decline.
> @schrag_matthew ...
> Show more

💬 2    ↻    ♡ 11    📊 7.6K    🔖 ⬆️

**Ash Paul** @pash22 · Jun 30, 2023
Chk out @waynestate 's #MarkkuKurkinen 's blog 'What's Leqembi
got to do with Alzheimer's dementia?'

> 🧑 **Kasper Planeta Kepp** @KasperKepp · Jun 30, 2023
> Replying to @KasperKepp
> See also this blog post on lecanemab by Markku Kurkinen in
> @journal_ad
> j-alz.com/editors-blog/p...

💬 1    ↻    ♡ 4    📊 2K    🔖 ⬆️

**Ash Paul** @pash22 · Jul 1, 2023
Alberto @AlbertoEspay 's message to @US_FDA & @alzassociation
on Lecanemab

> 🧑 **Alberto J Espay** @AlbertoEspay · Jul 1, 2023
> Important thread by @KasperKepp, one of the authors of the
> "Lecanemab is neither safe nor effective" letter
> (chng.it/yqxbK6PHyV), which has accrued 420 signatures. How
> do we let the @US_FDA and @alzassociation know that a
> "consensus" around #lecanemab is an illusion?

---

## Relevant people

🧑 **Adrian H**  **Follow**
@Adrian_H
Je ne te parle pas, je chante pour
moi-même, je chante pour moi-
même! Et je pense! il n'est pas
défendu de penser! I don't like
bullies. I block anon idiots.

🧑 **Dan Clinton - The Av**  **Follow**
@DanClintonRN
Nurse, Tutor, Author. Believer in
good definitions, the scientific
method, & comparing benefits &
harms in like terms. Seeking to
prevent iatrogenic harm.

🧑 **Ash Paul**  **Follow**
@pash22
Public Hlth Dr,interested in evid-
based health services
commissioning,clinical leadership
& hlth policy.My views are my
own,RTs are no endorsements

## What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.



# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

---

< **Post**

Important thread by @KasperKepp, one of the authors of the "Lecanemab is neither safe nor effective" letter (chng.it/yqxbK6PHyV), which has accrued 420 signatures. How do we let the @US_FDA and @alzassociation know that a "consensus" around #lecanemab is an illusion?

💬 1     🔁     ♡ 6     📊 2.4K     🔖 ⬆

**Ash Paul** @pash22 · Jul 5, 2023 · · ·
@RxRegA makes pertinent comments abt @US_FDA 's recent bizarre ads

> **Jessica Adams** ✔ @RxRegA · Jul 4, 2023
> Is there an FDA-approved drug to maintain mental function in Alzheimer's? I see this tweet from FDA (pic) and did a double take to ask this question.
> Where I'm coming from I know the recent beta-amyloid drugs are still pending clinical outcomes. I thought at most you could say... Show more
>
> FDA **U.S. FDA** ✔ @US_FDA · Jun 30
> Although there is no cure, several FDA-approved medications are available to help people maintain mental function and slow or delay the symptoms of **Alzheimer's** disease.
>
> Learn more at bit.ly/3Plo3Kb
>
> #AlzheimersAwareness
> #ENDALZ
>
> FDA
> You may be at a higher higher of developing **ALZHEIMER'S DISEASE** if you:
> — Are over age 60
> — Have a family history of Alzheimer's disease
> — Are a woman
> — Have heart disease or an associated condition
> — Engage in few physical, mental, or social activities
> — Had a moderate or severe head injury

💬 2     🔁     ♡ 5     📊 2.4K     🔖 ⬆

**Ash Paul** @pash22 · Jul 6, 2023 · · ·
@MedicareGov puts out new details for covering the Alzheimer's drug Leqembi, as the US health system readies for potential approval today
statnews.com/2023/06/22/med... via @rachelcohrs . Lon @LonSchneiderMD & Sam @samgandy are quoted in this article

Medicare puts out new details for covering the Alzheimer's drug Leqem...

From statnews.com

💬 1     🔁 1     ♡ 5     📊 1.7K     🔖 ⬆

**Ash Paul** @pash22 · Jul 6, 2023 · · ·
@US_FDA approves first Alzheimer's therapy shown to clearly slow cognitive decline statnews.com/2023/07/06/leq... via @adamfeuerstein & @damiangarde

**Jan**
@810964733763B   · · ·

---

### Relevant people

**Adrian H** @Adrian_H     **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN     **Follow**
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22     **Follow**
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

### What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2024 X Corp.

Document title: (2) Adrian H on X: "@DanClintonRN @pash22 @ProfRobHoward @LogarithmicDis @LonSchneiderMD @MadhavThambiset @RenegadeSynaps...
Capture URL: https://twitter.com/Adrian_H/status/1712881971347517840
Capture timestamp (UTC): Mon, 29 Apr 2024 15:12:04 GMT
Page 75 of 125





X

Post

Search

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

Jan
@810964733763B

**Ash Paul** @pash22 · Jul 6, 2023
@US_FDA approves first Alzheimer's therapy shown to clearly slow cognitive decline statnews.com/2023/07/06/leq... via @adamfeuerstein & @damiangarde

FDA approves first Alzheimer's therapy shown to clearly slow cognitive ...

From statnews.com

2 · 4 · 4 · 2.2K

**Lon S. Schneider, MD** @LonSchneiderMD · Jul 6, 2023
@statnews hardly mentions the new restricted indication, contraindication, & Black Box Warning. They continue to hype a 27% relative change (which is not a statistic) rather than the actual -0.45 CDR-SB statistical difference, or the real 8% absolute difference from placebo.

6 · 8 · 30 · 13K

**David Rind** @dmrind · Jul 8, 2023
Serious question: what do you think 27% is in this trial if it's not a statistic?

3 · · 1 · 1.2K

**Lon S. Schneider, MD** @LonSchneiderMD · Jul 9, 2023
Serious response: a statistic summarizes part of a sample &/or is used in model for hypothesis testing. IMO u cn say '27% difference from -1.66' pts bec it's same as -0.45 the mean diff statistic that was tested. To use naked '27%' misleads & misinforms.
This is not quibbling.

5 · 5 · 18 · 5.6K

**David Rind** @dmrind · Jul 9, 2023
Okay. As mentioned, I wasn't trying to get into a RRR vs. ARR debate: each statistic has its merits in answering certain questions. However, to my mind both are clearly statistics.

1 · · 3 · 757

**Nicolas Villain** @nvillain_alz · Jul 9, 2023
I beg to differ on this one, @dmrind: you don't perform statistics from percentages of evolution in each participant of these studies 👎. RRR are just posterior calculations to put the ARR main result into perspective; so, not a stat per se.

> **Nicolas Villain** @nvillain_alz · Jul 9, 2023
> Replying to @LonSchneiderMD @dmrind and 47 others
> Can't agree more with Lon! We never perform stats on RRR but on ARR because of the non-normal distribution of percentages. So, RRR is simply used to ease the interpretation of the ARR since most readers don't know the scale. Like always, ...
> Show more

2 · · 1 · 1.2K

**David Rind** @dmrind · Jul 9, 2023
The risk in a treated population is a parameter as is the risk in an

## Relevant people

**Adrian H** @Adrian_H — Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN — Follow
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22 — Follow
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

← Post   🔍 Search

💬 2   🔁   ♡ 1   📊 1.2K   🔖 ⬆️

**David Rind** @dmrind · Jul 9, 2023
The risk in a treated population is a parameter as is the risk in an untreated population. Statistics can estimate both of those risks for a sample and can estimate both the ARR and the RRR. All four of these are considered statistics in my world. Your mileage may vary.

💬 1   🔁   ♡ 2   📊 789   🔖 ⬆️

**Nicolas Villain** @nvillain_alz · Jul 9, 2023
We may differ on semantics here. Any statistical test (what I call statistics) performed on RCT outcomes is based on ARR, not RRR. Of course, comparing the mean of your outcome to the evolution of the placebo group and making a ratio is maths from RCT parameters; but is it stat?

💬 1   🔁   ♡ 3   📊 855   🔖 ⬆️

**Madhav Thambisetty** @MadhavThambiset · Jul 9, 2023
And what makes this "math" particularly devious is that it creates the marketing slogan and jingle for the drug. Patients believe the Rx "slows the disease by 27%" which it absolutely does not. It's a cynical, misleading ploy that preys on patient's hopes.

💬 1   🔁 4   ♡ 5   📊 4.9K   🔖 ⬆️

**Dave Weisman** @dcweisman · Jul 9, 2023
Slowing the disease by 27% is exactly the right way to phrase a study who's primary outcome was "change from baseline in the CDR-SB at 18 Months" and showed a 27% difference in CDR-SB at 18 months.

Or I don't get it.

💬 1   🔁 1   ♡ 1   📊 672   🔖 ⬆️

**Madhav Thambisetty** @MadhavThambiset · Jul 9, 2023
See
ajtrev.substack.com/p/no-i-dont-be...
&
academic.oup.com/braincomms/art... 👏
&
tinyurl.com/mwzp35dc It is a "27% difference from 1.66 CDRSB points" which does not mean "27% slowing in #Alzheimers" which is what the headline seems to be

group with ongoing treatment. Lecanemab has been widely reported to result in a 27% reduction in cognitive decline compared to placebo. Aside from obscuring the relatively small magnitude and uncertain clinical significance of the absolute mean difference, and omitting important information such as measures of uncertainty (e.g. 95% confidence intervals) and variability of decline, use of a relative percentage measure as a summary statistic has promoted the unsupported assumption that clinical benefit will proportionally accrue with longer term DMT treatment. These may serve to inflate perceived benefits of drug treatment, especially for lay audiences.

💬 1   🔁 2   ♡ 5   📊 1K   🔖 ⬆️

**Jan** @810964733763B · · ·

**Ash Paul** @pash22 · Jul 11, 2023

## Relevant people

**Adrian H** @Adrian_H   **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN   **Follow**
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22   **Follow**
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service · Privacy Policy · Cookie Policy   Accessibility · Ads info · More ···   © 2024 X Corp.

X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**



benefits of drug treatment, especially for lay audiences.

💬 1   ⟲ 2   ♡ 5   📊 1K   🔖  ⬆️

**Ash Paul** @pash22 · Jul 11, 2023
@BernieSanders wants @HHSGov to look into the price of Eisai's newly approved Alzheimer's drug
endpts.com/bernie-sanders... via @ZacharyBrennan

ENDPOINTS NEWS
Bernie Sanders wants HHS to look into the price of Eisai's newly approv...
From endpts.com

💬    ⟲    ♡ 2   📊 723   🔖  ⬆️

**Ash Paul** @pash22 · Jul 11, 2023
Very good editorial in @bmj_latest by @iqwig 's #BeateWieselar which resonates very well with the recent @US_FDA approval of Lecanemab
"Patients need better treatments, not just more of the same"

bmj.com
Patients need better treatments, not just more o
Drug regulation and development must be aligned with clear public health goals A well ...

💬 1   ⟲ 1   ♡ 2   📊 1K   🔖  ⬆️

**Ash Paul** @pash22 · Jul 11, 2023
Lecanemab Registry Enrollment by @MedicareGov for Alzheimer's Drug Coverage Won't Help Much: A minimalist policy for a minimalist treatment medpagetoday.com/opinion/second... via @AlexChaitoff et al HT @barttels2

medpagetoday.com
Opinion | Registry Enrollment for Alzheimer's Dru
A minimalist policy for a minimalist treatment

💬 1   ⟲ 2   ♡ 5   📊 1.4K   🔖  ⬆️

**Ash Paul** @pash22 · Jul 12, 2023
How are US insurers handling the Alzheimer's drug Leqembi and related scans?
statnews.com/2023/07/12/leq... via @rachelcohrs

**Jan** @810964733763B

**Post**

🔍 Search

### Relevant people

**Adrian H** @Adrian_H    **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN    **Follow**
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22    **Follow**
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

### What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.



From statnews.com

How are insurers handling the Alzheimer's drug Leqembi and related sc...

💬 1          ♥ 2          📊 763          🔖 ⬆️

**Ash Paul** @pash22 · Jul 14, 2023          •••
Great tweetorial on the new Alz' drugs by Eric @EWidera ➕

🔵 **Eric Widera, MD** @EWidera · Jul 13, 2023
Biogen was hoping to make history with Aduhelm as one of the
"the top pharmaceutical launches of all time. It didnt. It was
possibly one of the worst launches of all time. The Aduhelm files
tells us a lot though about how drug prices are set and some of
them may surprise you....

Show more

**Our ambition is to make history**

⚫ Turning the tide on AD for patients     ⏱️ 61 days until December 1     📈 Blockbuster in 12 months

Our ambitious patient goals for 2021 and beyond will establish ADUHELM as one
of the top pharmaceutical launches of all time

● Biogen
CONFIDENTIAL

💬 1          ⟲          ♥ 7          📊 1.3K          🔖 ⬆️

**Ash Paul** @pash22 · Jul 14, 2023          •••
@US_FDA Approval of Lecanemab for Alzheimer's: Alz' Experts
including @ProfRobHoward Weigh In medscape.com/viewarticle/99...
via @youmshajekian

medscape.com
FDA Approval of Lecanemab for Alzheimer's: Exp
Last week's FDA approval of the anti-amyloid
lecanemab is being hailed by some Alzheimer...

💬 2          ⟲ 1          ♥ 6          📊 864          🔖 ⬆️

**Ash Paul** @pash22 · Jul 15, 2023          •••
With momentum on Alzheimer's therapies, Europe sees delivery
challenges ahead, too
statnews.com/2023/07/14/alz... via @DrewQJoseph

X

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

☑️ Grok

🗐 Lists

🔖 Bookmarks

👥 Communities

✖️ Premium

👤 Profile

⊙ More

**Post**

**Jan**
@810964733763B

## Right sidebar

← Post          🔍 Search

### Relevant people

**Adrian H**          Follow
@Adrian_H
Je ne te parle pas, je chante pour
moi-même, je chante pour moi-
même! Et je pense! il n'est pas
défendu de penser! I don't like
bullies. I block anon idiots.

**Dan Clinton - The Av**          Follow
@DanClintonRN
Nurse, Tutor, Author. Believer in
good definitions, the scientific
method, & comparing benefits &
harms in like terms. Seeking to
prevent iatrogenic harm.

**Ash Paul**          Follow
@pash22
Public Hlth Dr,interested in evid-
based health services
commissioning,clinical leadership
& hlth policy.My views are my
own,RTs are no endorsements

### What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending          •••
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending          •••
**Lin-Manuel Miranda**

Politics · Trending          •••
**Rob Reiner**
3,820 posts

Trending in United States          •••
**Fahk**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2024 X Corp.

Document title: (2) Adrian H on X: "@DanClintonRN @pash22 @ProfRobHoward @LogarithmicDis @LonSchneiderMD @MadhavThambiset @RenegadeSynaps…
Capture URL: https://twitter.com/Adrian_H/status/1712881971347517840
Capture timestamp (UTC): Mon, 29 Apr 2024 15:12:04 GMT          Page 79 of 125



X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Jan
@810964733763B

Post

With momentum on Alzheimer's therapies, Europe sees delivery challen...

From statnews.com

1 · 731

**Ash Paul** @pash22 · Jul 16, 2023
Delirium, blood biomarkers for neurodegeneration, and dementia thelancet.com/journals/lanhl... via @VincentPlanche

thelancet.com
Delirium, blood biomarkers for neurodegeneratic
I teach several times a year at medical school about delirium and dementia. I always start ...

2 · 1 · 3 · 890

**Ash Paul** @pash22 · Jul 16, 2023
This is an extraordinary tweet from Nicolas @nvillain_alz which raises hugely important issues ⬇️

**Nicolas Villain** @nvillain_alz · Jul 16, 2023
With the confirmation that the NIA wants to switch from a clinical to a biological definition of AD: I have an honest question. We will increase the nb of cases by 5-10 times or more, including numerous who will die without symptoms. Is AD still a major public health issue? #AAIC

1 · 4 · 1.1K

**LogarithmicDis** @LogarithmicDis · Jul 16, 2023
Few ppl are willing to address the effects of early diagnosis by biomarkers alone would have on patients emotional life and insurance (health and life) -

When many will not develop clinical symptoms, ever.

3 · 727

This Post was deleted by the Post author. Learn more

**Ryan Townley** @DrTFromKC · Jul 16, 2023
Years of deliberation with 7 months of intense meetings between over 30 experts in the field with a separate advisory board of other experts in the field.

3 · 5 · 829

**Ash Paul** @pash22 · Jul 17, 2023

Search

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN Follow
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22 Follow
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**X**

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

Grok

☰ Lists

🔖 Bookmarks

👥 Communities

✖️ Premium

👤 Profile

⊙ More

**Post**

over 30 experts in the field with a separate advisory board of other experts in the field.

💬 3          ↻          ♡ 5          📊 829          🔖 ↥

**Ash Paul** @pash22 · Jul 17, 2023          ···

Hi Ryan, IMO, u need to openly declare that you have a huge intellectual CoI (NOT financial CoI), because u do pioneering research on relationship of fasting glucose and longitudinal Alzheimer's disease imaging markers
alz-journals.onlinelibrary.wiley.com/doi/full/10.10...

> Dysregulation of glucose in late life may signal preclinical brain change prior to clinically relevant cognitive decline. Additional work is needed to determine whether treatments specifically targeting fasting glucose levels may impact change in brain structure or cerebral amyloid in older adults.

💬 1          ↻          ♡          📊 783          🔖 ↥

**Trey Bateman** @RenegadeSynapse · Jul 17, 2023          ···

Nearly everyone on this thread has substantial intellectual COI. I'm not sure Ryan's middle author paper on fasting glucose and AD biomarkers is his largest reason to have intellectual COI in this space lol

💬 2          ↻          ♡ 6          📊 838          🔖 ↥

**Nicolas Villain** @nvillain_alz · Jul 17, 2023          ···

I do! I'm the joint first author of the last IWG paper! My initial point about disclosures referred to the participation of numerous representatives of the industry and biomarker researchers in this expert group.

💬 2          ↻ 1          ♡ 4          📊 1.3K          🔖 ↥

**Ryan Townley** @DrTFromKC · Jul 17, 2023          ···

I have similar concerns about NIA-AA COI.

Trey was merely commenting on Ash's very odd tweet.

I'm still baffled by it tbh and I get lots of weird replies in here.

💬 2          ↻          ♡ 3          📊 840          🔖 ↥

**Ash Paul** @pash22 · Jul 17, 2023          ···

I'm not sure why my comment was odd/bizarre Ryan & why Trey saw red with my tweet. I have now qualified urself by tweeting u too have concerns abt @NIHAging group's CoI. U did no such thing when u immediately replied 2 Gregg's tweet. Your immediate reply suggested 2 me ... 1/n

> Years of deliberation with 7 months of intense meetings between over 30 experts in the field with a separate advisory board of other experts in the field.

💬 2          ↻          ♡ 1          📊 747          🔖 ↥

**Ash Paul** @pash22 · Jul 17, 2023          ···

2/n .. that you were v satisfied with the outcome of the deliberations of this group because you implied the discussns had been robust in

**Jan** @810964733763B          ···

**Relevant people**

**Adrian H** @Adrian_H                    Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN                    Follow
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22                    Follow
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

**What's happening**

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.



X
Post
Search
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

2 · 1 · 747

**Ash Paul** @pash22 · Jul 17, 2023

2/n .. that you were v satisfied with the outcome of the deliberations of this group because you implied the discussns had been robust in this gup. Twitter is not a gud place 2 debate nuances & I apologise if I mistook what u meant in ur tweet (screenshot given in previous tweet)

1 · 1 · 707

**Ryan Townley** @DrTFromKC · Jul 17, 2023

What I said was factually correct.

I can also have nuanced opinions that from a brain health view, moving the needle for earlier detection of pathology is very important for our field...

While also having concerns about COI and the risk/benefit of our current treatment options.

2 · 1 · 740

**Ash Paul** @pash22 · Jul 17, 2023

Here's Madhav @MadhavThambiset 's comment on biomarkers a short time back

> **Madhav Thambisetty** @MadhavThambiset · Jul 17, 2023
>
> “the strength of the biomarker data to robustly predict clinical outcomes”?Here it is from the “successful” EMERGE study of aducanumab. “Strength” might be a stretch.

1 · 1K

**Ash Paul** @pash22 · Jul 17, 2023

Alzheimer's diagnosis revamp embraces rating scale similar to cancer
reuters.com/business/healt... via @JDSteenhuysen

From reuters.com

2 · 1 · 782

**Ash Paul** @pash22 · Jul 17, 2023

Jan
@810964733763B

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN Follow
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22 Follow
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What’s happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



X

Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

Alzheimer's diagnosis revamp embraces rating scale similar to cancer

From reuters.com

2 | 1 | 782

**Ash Paul** @pash22 · Jul 17, 2023

@EliLillyandCo expects @US_FDA decision on Alzheimer's drug Donanemab by end of year as it unveils full PhIII data endpts.com/eli-lilly-subm... via @leilei_wuu

endpts.com
Updated: Eli Lilly expects FDA decision on Alzhei
Eli Lilly said Monday morning that it has submitted an application for its experimental ...

1 | 1 | 1 | 718

**Ash Paul** @pash22 · Jul 17, 2023

Experts urge health regulators to approve 'turning point' dementia drugs
theguardian.com/society/2023/j... via @andrewgregory

Experts urge health regulators to approve 'turning point' dementia drugs

From theguardian.com

2 | 1 | 814

**Ash Paul** @pash22 · Jul 17, 2023

Alberto @AlbertoEspay 's tweetorial on Solanezumab and the A4 trial

> **Alberto J Espay** @AlbertoEspay · Jul 17, 2023
> The hypothesis that amyloid is toxic was tested in the 'A4' trial. The anti-Aβ monomer antibody solanezumab numerically worsened cognition vs. placebo over 4.5 years in people with brain amyloid without symptoms. A summary of the data (1/12). nejm.org/doi/full/10.10...

1 | 4 | 874

**Ash Paul** @pash22 · Jul 17, 2023

Are we REALLY at a 'turning point in the fight against Alzheimer's'? Breakthrough new drugs halt cruel disease's decline... but experts warn crippling side effects (and cost) may outweigh any benefits
dailymail.co.uk/health/article... via @emilylcraig

**Jan**
@810964733763B

## Relevant people

**Adrian H** @Adrian_H — Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN — Follow
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22 — Follow
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.



X

← Post

🏠 Home
🔍 Explore
🔔 Notifications
✉️ Messages
Grok
Lists
🔖 Bookmarks
Communities
X Premium
Profile
More

**Post**

**Relevant people**

**Adrian H** @Adrian_H   **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN   **Follow**
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22   **Follow**
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

**What's happening**

Timberwolves at Suns
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2024 X Corp.

From dailymail.co.uk

💬 1   🔁 1   ♡ 2   📊 788

**Ash Paul** @pash22 · Jul 17, 2023
Here's Matthew @schrag_matthew 's tweet on the Donanemab trial

**Matthew Schrag** @schrag_matthew · Jul 17, 2023
Donanemab headlines: "Beginning of the end" - "Turning point" - "Brink of wonder" - "Beats disease" - "New era"

Treatment group was three points better on a 144 point scale than the placebo - a roughly 2% difference....
Show more

💬 2   🔁 1   ♡ 2   📊 1.4K

**Ash Paul** @pash22 · Jul 17, 2023
Here's Alberto @AlbertoEspay 's infographic abt the Donanemab trial

**Alberto J Espay** @AlbertoEspay · Jul 17, 2023
Donanemab in early symptomatic Alzheimer's disease - Infographic of the phase 3 trial data published by JAMA earlier today.

Highlights:...

💬 1   🔁 1   ♡ 5   📊 1.4K

**Ash Paul** @pash22 · Jul 18, 2023
The hype about the new Alzheimer's drug Donanemab has gone too far: we're still years from a cure inews.co.uk/news/the-hype-... via @StuartJRitchie


**Jan** @810964733763B

**Post**

Document title: (2) Adrian H on X: "&quot;@DanClintonRN @pash22 @ProfRobHoward @LogarithmicDis @LonSchneiderMD @MadhavThambiset @RenegadeSynaps…
Capture URL: https://twitter.com/Adrian_H/status/1712881971347517840
Capture timestamp (UTC): Mon, 29 Apr 2024 15:12:04 GMT
Page 84 of 125



Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Jan @810964733763B

1 · 1 · 5 · 1.4K

**Ash Paul** @pash22 · Jul 18, 2023
The hype about the new Alzheimer's drug Donanemab has gone too far: we're still years from a cure inews.co.uk/news/the-hype-... via @StuartJRitchie

The hype about the new Alzheimer's drug has gone too far - we're still y...
From inews.co.uk

2 · 4 · 13 · 2.7K

This Post is from a suspended account. Learn more

**Ash Paul** @pash22 · Jul 18, 2023
If it is clinically effective and cost-effective ie cost/QALY is between £20000 & £30000, then @NICEComms will order @NHSEngland to fund it. The million dollar Q is whether it is either!

1 · 4 · 895

**Seb Walsh** @seb_walsh · Jul 18, 2023
Other pertinent Qs for @NICEComms . Trials too short for meaningful endpoints. Trial populations younger, no co-morbid, no mixed #dementia Vs realworld at dementia Dx.

Extrapolation beyond trial valid? Trial QALYs applicable to realworld? Costs include Dx/monitoring resources?

1 · 2 · 8 · 2.1K

**Ash Paul** @pash22 · Jul 18, 2023
@JAMANetwork editorial on Donanemab by Eric @EWidera et al who I admire greatly but disagree with, in this article ⬇️
"Ushering in a New Era of Alzheimer Disease Therapy"

jamanetwork.com
Ushering in a New Era of Alzheimer Disease The
In June 2021, the US Food and Drug Administration (FDA) granted accelerated ...

3 · 1 · 3 · 1K

**Lon S. Schneider, MD** @LonSchneiderMD · Jul 18, 2023
Exactly what do you disagree with in @EWidera commentary?

1 · 2 · 904

**Ash Paul** @pash22 · Jul 18, 2023
The conclusion Lon. As Seb as pointed out, his article is very balanced otherwise. Majority of clinicians don't read the full article. They just read the headline and the abstract
"Science in the Abstract: Don't Judge a Study by its Cover" absolutelymaybe.plos.org/2014/05/12/sci... via @hildabast

Search

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN Follow
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22 Follow
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

# X

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications
- ✉️ Messages
- ☑️ Grok
- 🗒 Lists
- 🔖 Bookmarks
- 👥 Communities
- ✖️ Premium
- 👤 Profile
- ⊙ More

**Post**

Science in the Abstract: Don't Judge a Study by its Cover
absolutelymaybe.plos.org/2014/05/12/sci... via @hildabast

is not a stu

💬 3    🔁    ♡ 4    📊 1K    🔖 ⬆️

**Lon S. Schneider, MD** @LonSchneiderMD · Jul 18, 2023    ···
Got it. What part of the conclusion?

💬 1    🔁    ♡ 1    📊 978    🔖 ⬆️

**Eric Widera, MD** @EWidera · Jul 18, 2023    ···
And here I thought the conclusion was the least controversial part of the editorial. Hopefully the issue isn't with the second sentence!

> Ultimately, new treatments such as donanemab will not only change the Alzheimer research landscape but also the clinical one. Accurate and timely diagnosis, thoughtful discussion on individualized risks and benefits, and an emphasis on chronic care management have never been more important.

💬 2    🔁    ♡ 7    📊 1K    🔖 ⬆️

**Ash Paul** @pash22 · Jul 18, 2023    ···
It IS the 2nd sentence that's the prob Eric.
IMO, you shud have written 'MAY' instead of 'should'.
Ur use of the word should reinforces ⚠️ degree of certainly 2 an uncertain prob.
Also, choice of title (probably not chosen by u but by the publisher??) is at odds w/ ur super edit'

💬 1    🔁    ♡ 1    📊 812    🔖 ⬆️

**Ash Paul** @pash22 · Jul 18, 2023    ···
As a clinical payer, I have these arguments frequently with different clinicians demanding to be funded for this, that & the other, based on choice of innocuous words in the article/editorial

💬 2    🔁    ♡ 1    📊 767    🔖 ⬆️

**Eric Widera, MD** @EWidera · Jul 18, 2023    ···
Are you sure you are reading the right editorial? There is no "should" in my conclusion. Also, if anything I would have worded it stronger as a "must" for the need of chronic care management (which is not just giving these drugs)

> Ultimately, new treatments such as donanemab will not only change the Alzheimer research landscape but also the clinical one. Accurate and timely diagnosis, thoughtful discussion on individualized risks and benefits, and an emphasis on chronic care management have never been more important.

💬 1    🔁    ♡ 5    📊 829    🔖 ⬆️


**Jan**
@810964733763B
···

## Relevant people

**Adrian H**   **Follow**
@Adrian_H
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av**   **Follow**
@DanClintonRN
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul**   **Follow**
@pash22
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending    ···
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending    ···
**Lin-Manuel Miranda**

Politics · Trending    ···
**Rob Reiner**
3,820 posts

Trending in United States    ···
**Fahk**

**Show more**

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2024 X Corp.

Document title: (2) Adrian H on X: &quot;@DanClintonRN @pash22 @ProfHoward @LogarithmicDis @LonSchneiderMD @MadhavThambiset @RenegadeSynaps…
Capture URL: https://twitter.com/Adrian_H/status/1712881971347517840
Capture timestamp (UTC): Mon, 29 Apr 2024 15:12:04 GMT
Page 86 of 125

X ← Post Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Jan
@810964733763B

individualized risks and benefits, and an emphasis on chronic care management have never been more important.

1 · 5 · 829

**Ash Paul** @pash22 · Jul 18, 2023
Many apologies Eric, I mean 'may' instead of 'will'. I used the word 'should' inadvertently

1 · 1 · 826

**Eric Widera, MD** @EWidera · Jul 18, 2023
Oh. So it's the first not second sentence. Do you really think though that these drugs aren't going to change the landscape of dementia care (for the good or bad)? For me there is no "may" as it absolutely "will" and that's the part that keeps me up at night

2 · 6 · 925

**Scott M. Reid** @Scott_M_Reid · Jul 19, 2023
This thread keeps me up at night... looking for the unsubscribe button 👀

2 · 3 · 862

**Ash Paul** @pash22 · Jul 19, 2023
To add to ur insomnia Scott (u can always mute the whole thread so that u can sleep better at night)
"Donanemab for Alzheimer Disease: Who Benefits and Who Is Harmed?" jamanetwork.com/journals/jama/... via @ManlyEpic & @KcD_PhD

EDITORIAL
Donanemab for Alzheimer Disease—Who Benefits and Who Is Harmed?

2 · 2 · 8 · 1.8K

**Alberto J Espay** @AlbertoEspay · Jul 19, 2023
Great editorial. Plaque clearance in 80% but puny slowness of decline (or none in American Indian or Alaska Native, Asian, Black, and Hispanic). Is it known if the "better" "low/medium tau" group" is also younger or has a shorter symptom duration? Can't find this in the paper.

1 · 1 · 7 · 1.3K

**Ash Paul** @pash22 · Jul 19, 2023
Alzheimer's drug trials target older Californians: Do they understand

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN Follow
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22 Follow
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.



# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

← Post   🔍 Search

the paper.

💬 1   🔁 1   ♡ 7   ⅢI 1.3K   🔖 ⬆️

**Ash Paul** @pash22 · Jul 19, 2023   ···
Alzheimer's drug trials target older Californians: Do they understand what they're signing up for? latimes.com/business/story... via @MelodyPetersen

Alzheimer's drug trials target older Californians. Do they understand wh...

From latimes.com

💬 1   🔁 2   ♡ 10   ⅢI 6.7K   🔖 ⬆️

**Madhav Thambisetty** @MadhavThambiset · Jul 20, 2023   ···
Below on risks of enrolling in the AHEAD study testing Lecanemab in cognitively normal individuals considered to be at risk of AD based on brain amyloid levels. From pages 14 & 15 of 20-page "study guide" tinyurl.com/yc52evu4

**Risks of Participation**

The informed consent form details the AHEAD Study's risks. Here, we focus on four:

i. Participant study information is not released to personal physicians without the participant's permission, and we code participant study information to protect confidentiality. However, it is possible information about a participant could be entered into an individual's medical record, particularly if the individual experiences

2. Although we will do everything possible to protect your confidentiality, information about amyloid status or participation in this study could potentially influence the ability to obtain life insurance, health insurance, or long-term care insurance. If you are think about purchasing any of these policies, you might do it before enrolling.

3. Information about amyloid status could also affect your employability.

All drugs have risks. For investigational drugs, one of the goals of the study is to

💬 2   🔁 3   ♡ 8   ⅢI 1.6K   🔖 ⬆️

**Lon S. Schneider, MD** @LonSchneiderMD · Jul 20, 2023   ···
These are the risks in the US of enrolling in any Alzheimer's trial.

💬 2   🔁   ♡ 3   ⅢI 937   🔖 ⬆️

**Madhav Thambisetty** @MadhavThambiset · Jul 20, 2023   ···
Except this is a population without Alzheimer's disease. Cognitively normal folks enrolled for 4 years to receive an mab or placebo based on amyloid status with an explicit risk of losing employment or employability.

💬 4   🔁 1   ♡ 8   ⅢI 1.1K   🔖 ⬆️

**David Rind** @dmrind · Jul 20, 2023   ···
Unlikely breaches of confidentiality are not a central issue for consent.

**Jan** @810964733763B   ···

## Relevant people

**Adrian H** @Adrian_H   [Follow]
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN   [Follow]
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22   [Follow]
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2024 X Corp.



**X** **Post**

**Home**
**Explore**
**Notifications**
**Messages**
**Grok**
**Lists**
**Bookmarks**
**Communities**
**Premium**
**Profile**
**More**

**Post**

♡ 4    ↻ 1    ♡ 8    📊 1.1K    🔖 ↥

**David Rind** @dmrind · Jul 20, 2023    ...
Unlikely breaches of confidentiality are not a central issue for consent.
This is an RCT trying to answer a question pretty much everyone is asking: can lec (or don) prevent AD if started early?
The answer may be "no"; they may even cause harm.
We need RCTs and there are risks.

♡ 2    ↻    ♡ 6    📊 828    🔖 ↥

**Madhav Thambisetty** @MadhavThambiset · Jul 20, 2023
I mentioned AHEAD in the context of the tweet re: informed consent & whether AD patients know what they are signing up for in RCTs.
I'd find it ethically challenging to consent a cognitively normal person to enroll in an RCT for 4 years & tell them it could risk their employment

♡ 2    ↻    ♡ 3    📊 787    🔖 ↥

**Dan Clinton - The Awesome Nursing** @DanClintc · Jul 20, 2023    ...
AND DEATH! They're risking death and irreversible brain damage.
Asymptomatic people. And this study wants to label them as having a progressive terminal illness based on imaging & give them a drug kills 1 in 592 and has a > 1% chance of severely irreversibly damaging their brain

♡ 1    ↻    ♡ 2    📊 749    🔖 ↥

**David Rind** @dmrind · Jul 20, 2023    ...
If you don't feel there's equipoise, you should recommend that people not participate in the trial.
Personally, I would make sure people are clear about the risks, but I would not strongly advise for or against participation.

♡ 1    ↻    ♡ 3    📊 748    🔖 ↥

**Alberto J Espay** @AlbertoEspay · Jul 20, 2023    ...
Four anti-amyloid trials targeting normal people with amyloid, including the A4 study in preclinical AD and the API ADAD on a preclinical Colombian PSEN1 E280A cohort, have given a clear answer: removing amyloid is futile at best, and often detrimental.

> **Alberto J Espay** @AlbertoEspay · Jul 17, 2023
> The hypothesis that amyloid is toxic was tested in the 'A4' trial. The anti-Aβ monomer antibody solanezumab numerically worsened cognition vs. placebo over 4.5 years in people with brain amyloid without symptoms. A summary of the data (1/12). nejm.org/doi/full/10.10...

♡ 2    ↻ 1    ♡ 6    📊 1.9K    🔖 ↥

**Nicolas Villain** @nvillain_alz · Jul 20, 2023    ...
The A4 study did not 'remove' any amyloid plaque but did slow down B-amyloid aggregation over time. This wasn't associated with any clinical effect (nor ARIA). Leca and dona do have the property to 'remove' aggregated B-amyloid. Same for other studies with low-dose gante and sola

♡ 2    ↻    ♡ 8    📊 881    🔖 ↥

**Alberto J Espay** @AlbertoEspay · Jul 20, 2023    ...
Pardon my poor choice of words. Solanezumab lowered amyloid levels not by 'removal' but by being prevented from forming. The point is that lowering amyloid or the Aβ monomer (what this antibody binds to) is still an anti-protein approach and proteins (at any stage) are not toxic.

**Jan**
@810964733763B

## Relevant people

**Adrian H**
@Adrian_H    **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Aw**
@DanClintonRN    **Follow**
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul**
@pash22    **Follow**
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

Document title: (2) Adrian H on X: &quot;@DanClintonRN @pash22 @ProfRobHoward @LogarithmicDis @LonSchneiderMD @MadhavThambiset @RenegadeSynaps…
Capture URL: https://twitter.com/Adrian_H/status/1712881971347517840
Capture timestamp (UTC): Mon, 29 Apr 2024 15:12:04 GMT
Page 89 of 125

antibody binds to) is still an anti-protein approach and proteins (at any stage) are not toxic.

X

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

Grok

☰ Lists

🔖 Bookmarks

👥 Communities

✖️ Premium

👤 Profile

⋯ More

Post

**Nicolas Villain** @nvillain_alz · Jul 20, 2023 · · ·
That's your hypothesis, not a fact:) Fact is: aggregated forms of ABeta are cleared from the brain by dona/leca/adu, not by sola/crene. This may or not be biologically relevant, but in symptomatic patients we see a small but consistent effect for dona/leca/adu, not for the others

💬 2          ↺          ♡ 8          📊 1K          🔖 ⬆️

**Alberto J Espay** @AlbertoEspay · Jul 20, 2023 · · ·
There are two sides to any story. Aggregated forms of Abeta come from normal Abeta --invariably low in AD. A positive effect of lecanemab was that it increased Abeta. But this observation is against the only side of the story we care about, hence it's buried in Figure S5.



💬 3          ↺          ♡ 5          📊 1.1K          🔖 ⬆️

**Joseph Therriault** @JosephTherr · Jul 21, 2023 · · ·
Alberto, hasn't the low CSF AB42 idea been falsified? According to prevalence estimates (see Janssen jama neuro 2022) low CSF AB42 is even more compatible with normal cognition than abnormal amyloid-PET.

💬 1          ↺          ♡ 4          📊 930          🔖 ⬆️

### Relevant people

**Adrian H** @Adrian_H  [Follow]
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN  [Follow]
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22  [Follow]
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

### What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2024 X Corp.

Jan
@810964733763B

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**



prevalence estimates (see Janssen jama neuro 2022) low CSF AB42 is even more compatible with normal cognition than abnormal amyloid-PET.

💬 1      🔁      ♡ 4      ılıl 930      🔖  ⬆

**Alberto J Espay** @AlbertoEspay · Jul 21, 2023          ...
I didn't come away with that conclusion from that paper. In both the ADNI and DIAN datasets, high Aβ42 correlates with normal cognition at any level of amyloid PET. In the DIAN cohort, the higher the Aβ42 levels, the more likely it is that normal cognition will be preserved.

Sturchio et al, EClinicalMedicine 2021 Jun 28;38:100988

💬 1      🔁      ♡ 4      ılıl 704      🔖  ⬆

**Joseph Therriault** @JosephTherr · Jul 21, 2023          ...
I've seen you cite this multiple times, and i agree that it's an odd effect, but do you ever wonder that you're over-interpreting it? Do you see it with the 42/40 ratio?

💬 2      🔁      ♡ 1      ılıl 643      🔖  ⬆

**Joseph Therriault** @JosephTherr · Jul 21, 2023          ...
Look at figure 1 of the 2022 janssen jama neuro paper
I don't see how you can explain higher prevalence of low AB42 in cog unimpaired that amyloid-PET positivity. The model is low CSF AB 42 comes first

💬 1      🔁      ♡ 2      ılıl 781      🔖  ⬆

**Joseph Therriault** @JosephTherr · Jul 21, 2023          ...
Data from our centre supports this too (see figure 5)

Biomarker modeling of Alzheimer's disease using PET-based Braak stagi...
From nature.com

💬 1      🔁      ♡ 4      ılıl 678      🔖  ⬆

**Alberto J Espay** @AlbertoEspay · Jul 21, 2023          ...
Did your analysis use absolute numbers or only the CSF Aβ42/Aβ40 ratio? Do you have the data on individual CSF values?

💬      🔁      ♡ 3      ılıl 666      🔖  ⬆

**Joseph Therriault** @JosephTherr · Jul 21, 2023          ...
Yes. Same results with both

💬 1      🔁      ♡ 1      ılıl 686      🔖  ⬆

## Relevant people

**Adrian H** @Adrian_H          Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN          Follow
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22          Follow
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

**Jan** @810964733763B

X

Post

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

**Post**

○ 1        ⇄        ♡ 3        �
ılı 666        🔖 ⬆

**Joseph Therriault** @JosephTherr · Jul 21, 2023        ···
Yes. Same results with both

○ 1        ⇄        ♡ 1        ılı 686        🔖 ⬆

**Alberto J Espay** @AlbertoEspay · Jul 21, 2023        ···
Can you point me to the paper location of the results with the
individual values? Can't find it.

○ 1        ⇄        ♡ 1        ılı 706        🔖 ⬆

**Joseph Therriault** @JosephTherr · Jul 21, 2023        ···
I think we only published the ratio results, but check the supplement
for individual values. You will see a very early plateau of CSF
amyloid

○ 1        ⇄        ♡ 1        ılı 749        🔖 ⬆

**Joseph Therriault** @JosephTherr · Jul 21, 2023        ···
If you're curious, i can run an analysis and show you results without
the ratio. But most importantly, check fig 1 of janssen 2022 jama
neuro!

○ 2        ⇄        ♡        ılı 928        🔖 ⬆

**Alberto J Espay** @AlbertoEspay · Jul 21, 2023        ···
I'd like to know your analysis of individual values. Meanwhile, can
you walk me through the part of Figure 1 that should tell me low
CSF Ab42 is more compatible with normal cognition than abnormal
amyloid-PET?
jamanetwork.com/journals/jaman...



○ 1        ⇄        ♡ 3        ılı 775        🔖 ⬆

**Joseph Therriault** @JosephTherr · Jul 21, 2023        ···
To make sure we're on the same page, what do you mean by
individual values?
And in this figure, you can see the prevalence of low CSF AB42 is
higher in asymptomatic individuals than amyloid PET

○ 1        ⇄        ♡ 1        ılı 723        🔖 ⬆

**Alberto J Espay** @AlbertoEspay · Jul 21, 2023        ···
It is hard to interpret a figure using "adjusted CSF cutoffs." The text
says, "CSF-based amyloid abnormality estimates were, on average,
10% higher than PET-based estimates in persons with normal
cognition." But how does this translate into low CSF Ab42 values =
normal cognition?

○ 1        ⇄        ♡ 2        ılı 742        🔖 ⬆

**Alberto J Espay** @AlbertoEspay · Jul 21, 2023        ···
And by individual values, I mean the absolute concentration of
Ab42, measured in pg/ml.

○ 1        ⇄        ♡ 2        ılı 777        🔖 ⬆

**Joseph Therriault** @JosephTherr · Jul 21, 2023        ···
Ok sounds good about pg/ml 😋
I'm not suggesting low CSF AB42 = normal cognition. The data
suggests that low AB42 is more common in people with normal
cognition than amyloid-PET abnormality.

○ 1        ⇄        ♡ 2        ılı 844        🔖 ⬆

**Jan**
@810964733763B        ···

**Relevant people**

**Adrian H**        Follow
@Adrian_H
Je ne te parle pas, je chante pour
moi-même, je chante pour moi-
même! Et je pense! il n'est pas
défendu de penser! I don't like
bullies. I block anon idiots.

**Dan Clinton - The Av**        Follow
@DanClintonRN
Nurse, Tutor, Author. Believer in
good definitions, the scientific
method, & comparing benefits &
harms in like terms. Seeking to
prevent iatrogenic harm.

**Ash Paul**        Follow
@pash22
Public Hlth Dr,interested in evid-
based health services
commissioning,clinical leadership
& hlth policy.My views are my
own,RTs are no endorsements

**What's happening**

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st        ···

Celebrities · Trending
**Lin-Manuel Miranda**        ···

Politics · Trending
**Rob Reiner**
3,820 posts        ···

Trending in United States
**Fahk**        ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

**X** Post   🔍 Search

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

Grok

☰ Lists

🔖 Bookmarks

👥 Communities

✖️ Premium

👤 Profile

⊙ More

**Post**

Ok sounds good about pg/ml 👍
I'm not suggesting low CSF AB42 = normal cognition. The data suggests that low AB42 is more common in people with normal cognition than amyloid-PET abnormality is.

💬 1    🔁    ♡ 2    📊 844    🔖 ⬆️

**Joseph Therriault** @JosephTherr · Jul 21, 2023
This fits with the idea that low CSF AB42 comes before amyloid-pet abnormality (it is an even earlier marker)

💬 1    🔁    ♡    📊 868    🔖 ⬆️

**Alberto J Espay** @AlbertoEspay · Jul 21, 2023
I understand now. Yes, as Ab42 transforms into amyloid, its levels in CSF go down, and its measurable fraction by PET increases. Low Ab42 can happen in normal people but once below a certain threshold (~800 pg/ml) symptoms appear. No one with AD has high Ab42 levels.

💬 2    🔁    ♡ 2    📊 999    🔖 ⬆️

**Joseph Therriault** @JosephTherr · Jul 22, 2023
I agree with you about the first half! AB42 aggregates into plaques (more seen with PET) and lower concentrations are in CSF. But data from our centre does not support 800 pg/ml as causing symptoms (nearly 1/3 of cog normals have CSF AB42 below 800 pg/ml)!

💬 1    🔁    ♡ 3    📊 939    🔖 ⬆️

**Nicolas Villain** @nvillain_alz · Jul 22, 2023
Absolutely, and I can confirm that from everyday clinical practice using CSF: I've seen so many individuals with isolated low AB42 (in our center the thr is 650) who were cog normal or had another disease (see my answer to Karriem), and, conversely, AD symptomatic with high AB42

💬 3    🔁    ♡ 1    📊 1K    🔖 ⬆️

**Alberto J Espay** @AlbertoEspay · Jul 22, 2023
Agreed. No biomarker is perfect at defining a threshold for disease. Could we also agree that there is more at stake from low soluble Aβ42 (the functional protein) than from high insoluble amyloid (nonfunctional)? High amyloid is compatible with normal cognition; low Aβ42 is not.

💬 1    🔁    ♡ 1    📊 842    🔖 ⬆️

**Nicolas Villain** @nvillain_alz · Jul 22, 2023
Hum, the Jansen reference mentioned by @JosephTherr clearly shows that low Aβ42 is even more compatible with normal cognition than high amyloid PET? Besides, my clinical experience also goes in this direction (I've seen many individuals with low Aβ42 and normal cog testing)

💬 2    🔁 1    ♡ 2    📊 1.2K    🔖 ⬆️

**Alberto J Espay** @AlbertoEspay · Jul 22, 2023
Resort a discussion to "my personal experience" (especially if someone's personal experience is 'better' than the other) demotes data and promotes anecdotes. We all see outliers. Experience. We also can separate the forest from the trees. Data.

💬 4    🔁 1    ♡ 3    📊 1.4K    🔖 ⬆️

**Nicolas Villain** @nvillain_alz · Jul 22, 2023
@AlbertoEspay, with all due respect, I also previously brought up the Jansen reference in our discussion. This particular study surveyed 20,000 individuals across various cohorts, making its data particularly robust and reliable.

💬 1    🔁    ♡ 4    📊 700    🔖 ⬆️

**Timothy Daly, PhD** @PhilAlz · Jul 22, 2023
I think this fascinating debate shows that @AlbertoEspay's point

**Jan** @810964733763B ···

**Relevant people**

**Adrian H** @Adrian_H   Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN   Follow
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22   Follow
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

**What's happening**

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2024 X Corp.

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

← **Post**

particularly robust and reliable.

💬 1   🔁   ♡ 4   📊 700   🔖 ⬆️

**Timothy Daly, PhD** @PhilAlz · Jul 22, 2023   ...
I think this fascinating debate shows that @AlbertoEspay's point about testing hypotheses is valid. His claim that low "AB42 --> AD" has some data in favor of it, and the data you and @JosephTherr presented against it. The RCT was designed to solve this. Is it not worth testing?

💬 4   🔁   ♡   📊 775   🔖 ⬆️

**Timothy Daly, PhD** @PhilAlz · Jul 22, 2023   ...
(I guess my question to @nvillain_alz & @JosephTherr is: if such replacement therapies became available, would you see merit in testing AB42 replacement therapy in ARAD/AD patients?)

💬 1   🔁   ♡   📊 746   🔖 ⬆️

**Simon Mead** @smead2 · Jul 22, 2023   ...
The idea is so implausible to me I cannot see going straight to human can be justified. Priority now for those that see any merit in this would be to establish animal and cellular models that lend some support and evidence of safety. I haven't seen anything yet.

💬 1   🔁   ♡ 3   📊 843   🔖 ⬆️

**Alberto J Espay** @AlbertoEspay · Jul 22, 2023   ...
Here is a test of this hypothesis in mice. "Exogenous Aβ142 monomers improved the impaired memory not only in cDKO mice without Aβ142 deposition but also in the APP/PS1/Tau triple transgenic 3 × Tg-AD mice with Aβ142 deposition, mediated by α7-nAChR."
sciencedirect.com/science/articl...

💬 1   🔁   ♡ 3   📊 868   🔖 ⬆️

**Simon Mead** @smead2 · Jul 22, 2023   ...
Sure, this paper is something not nothing

💬 2   🔁   ♡   📊 809   🔖 ⬆️

**Andrew Stern, MD PhD** @andrewmstern · Jul 23, 2023   ...
I've been sucked in again, but: brain Ab42 is HIGHER in AD than control. The opposite of CSF.

💬 1   🔁   ♡ 3   📊 743   🔖 ⬆️

**Simon Mead** @smead2 · Jul 23, 2023   ...
Interesting, I didn't know that Andrew, do you have a citation I'd like to read more about that

💬 1   🔁   ♡   📊 772   🔖 ⬆️

**Andrew Stern, MD PhD** @andrewmstern · Jul 23, 2023   ...
Been known for a long time. Eg
pubmed.ncbi.nlm.nih.gov/10589538/

See also familial mutations that increase Ab42 production, and Down syndrome.

As a library, the National Library of Medicine (NLM) provides access to scientific literature.

Inclusion in an NLM database does not imply endorsement of, or agreement with, the contents by NLM or the National Institutes of Health.

Soluble pool of Abeta amyloid as a determinant of severity of neurodeg...

**Jan**
@810964733763B   ...

## Relevant people

**Adrian H** @Adrian_H   **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN   **Follow**
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash2   **Follow**
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st   ...

Celebrities · Trending
**Lin-Manuel Miranda**   ...

Politics · Trending
**Rob Reiner**
3,820 posts   ...

Trending in United States
**Fahk**   ...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.



# Navigation sidebar

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

**Post**

Jan
@810964733763B

# Main content

From pubmed.ncbi.nlm.nih.gov

Soluble pool of Abeta amyloid as a determinant of severity of neurodeg...

♡ 1    ↻    ♡ 5    ᵳ 1.3K    🔖 ⬆

**Simon Mead** @smead2 · Jul 23, 2023
Thanks I have always assumed, perhaps wrongly that low CSF abeta in AD was a because monomer is drawn into aggregates in the brain parenchyma

♡ 3    ↻    ♡ 1    ᵳ 858    🔖 ⬆

**Alberto J Espay** @AlbertoEspay · Jul 24, 2023
I wonder if we should engineer humans without amyloid beta. It seems evolutionary forces preserving this 42-amino acid peptide since prehistoric genomes got it all wrong!

♡ 1    ↻    ♡ 1    ᵳ 813    🔖 ⬆

**Alberto J Espay** @AlbertoEspay · Jul 24, 2023
Also, I should have my dyslexia looked into. I thought that besides PSEN1, the levels of AB42 in APP duplication and Down syndrome decrease over time. Can you help me find in this paper where it shows the levels go up instead?

thelancet.com
Comparison of CSF biomarkers in Down syndrom
CSF biomarker profiles are useful for identifying and tracking Alzheimer's disease-related ...

♡ 2    ↻    ♡ 2    ᵳ 914    🔖 ⬆

**Simon Mead** @smead2 · Jul 24, 2023
As for Down's - the gene is duplicated - the expression of APP will be increased from birth. High levels trigger the disease pathology. CSF levels of abeta then go down as part (a consequence of) the disease process once abeta aggregation is established.

♡ 1    ↻    ♡ 1    ᵳ 742    🔖 ⬆

**Kariem Ezzat** @Kariem_Ezzat · Jul 24, 2023
Down's patients are asymptomatic (in terms of dementia) all the while they have high levels of CSF Aβ42 & become symptomatic only when these levels start to drop.

Fagan. et. al., Lancet Neurology, 2021

♡ 1    ↻    ♡ 3    ᵳ 747    🔖 ⬆

**Kariem Ezzat** @Kariem_Ezzat · Jul 24, 2023
If Aβ was so toxic, like any other toxin the worst stage of the disease should correspond to its highest levels not its lowest levels.

♡ 1    ↻ 3    ♡ 8    ᵳ 1.7K    🔖 ⬆

# Right sidebar

## Relevant people

**Adrian H** @Adrian_H    [Follow]
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN    [Follow]
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22    [Follow]
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service   Privacy Policy   Cookie Policy   Accessibility   Ads info   More···
© 2024 X Corp.

X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

**Kariem Ezzat** @Kariem_Ezzat · Jul 24, 2023
If Aβ was so toxic, like any other toxin the worst stage of the disease should correspond to its highest levels not its lowest levels.

🗨 1      ♻ 3      ♡ 8      ᐧᐧᐧ 1.7K      🔖 ᐧᐧᐧ

**Simon Mead** @smead2 · Jul 24, 2023
I don't think anyone proposes abeta monomer is toxic, at least not anyone I know. why would you think that?

🗨 1      ♻      ♡ 1      ᐧᐧᐧ 801      🔖 ᐧᐧᐧ

**Kariem Ezzat** @Kariem_Ezzat · Jul 24, 2023
Toxicity has always been viewed as a function of Aβ concentration, which led to the development of Aβ monomer lowering/sequestering agents such as β & γ secretase inhibitors & solanezumab, many of which actively worsened cognition in clinical trials.

🗨 3      ♻      ♡ 1      ᐧᐧᐧ 854      🔖 ᐧᐧᐧ

**Simon Mead** @smead2 · Jul 24, 2023
Not really, people tried to lower abeta to reduce the propensity for it aggregating into multimeric assemblies - some of which not necessarily all - are toxic. I don't think anyone ever viewed the monomer as toxic in this form.

🗨 1      ♻      ♡      ᐧᐧᐧ 820      🔖 ᐧᐧᐧ

**Alberto J Espay** @AlbertoEspay · Jul 24, 2023
You are correct, Simon. The goal was to reduce amyloid (accomplished) via reducing Aβ42 monomers (also accomplished). Results: patients worsened, and brain atrophy accelerated. Amyloid reduction, Aβ42 reduction, or reducing both is detrimental.
nejm.org/doi/full/10.10...



🗨 1      ♻      ♡ 1      ᐧᐧᐧ 878      🔖 ᐧᐧᐧ

**Simon Mead** @smead2 · Jul 24, 2023
We don't know why patients did worse in this drug trial you cannot be certain this was abeta monomer. Enzyme has several functions and off target effects.

🗨 1      ♻      ♡ 2      ᐧᐧᐧ 803      🔖 ᐧᐧᐧ

**Kariem Ezzat** @Kariem_Ezzat · Jul 24, 2023
But again, toxicity (whatever the mechanism), &hence disease severity, should be proportional to the concentration of the causative substrate. More monomer, more aggregtes, more tox., more disease. However, the disease course is the exact opposite, more monomer --> less disease.

🗨 2      ♻      ♡ 1      ᐧᐧᐧ 820      🔖 ᐧᐧᐧ

**Simon Mead** @smead2 · Jul 24, 2023
That's far too simplistic view imo. We don't of course directly measure toxicity we see cognitive decline which is the result of maybe a decade or more of accrued damage to neuronal networks. Never mind the relationship between monomer and aggregated

**Jan** @810964733763B ᐧᐧᐧ

**Relevant people**

**Adrian H** @Adrian_H      **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN      **Follow**
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22      **Follow**
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

**What's happening**

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ᐧᐧᐧ
© 2024 X Corp.

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

X Premium

Profile

More

**Post**

**Jan**
@810964733763B

---

**Simon Mead** @smead2 · Jul 24, 2023    ···
That's far too simplistic view imo. We don't of course directly measure toxicity we see cognitive decline which is the result of maybe a decade or more or accrued damage to neuronal networks. Never mind the relationship between monomer and aggregated forms not linear.

◯ 1          ⇄          ♡ 4          ᴵᴵᵐ 851          🔖 ⬆

**Kariem Ezzat** @Kariem_Ezzat · Jul 24, 2023    ···
This simplistic view is how the rest of toxicology & physical chemistry work. The main problem imo is that for some reason we want to view this as a very special case that has nothing to do with anything we know & has everything to do with unknown factors & mechanisms.

◯ 2          ⇄          ♡ 2          ᴵᴵᵐ 1K          🔖 ⬆

**Alberto J Espay** @AlbertoEspay · Jul 25, 2023    ···
If target engagement had not been met, the explanation for patients' worsening would have been simple: the drug didn't lower amyloid or AB42 enough. But because it did and the clinical outcome "makes no sense," there must be a complex explanation, such as off target effects!

◯ 1          ⇄          ♡ 8          ᴵᴵᵐ 1K          🔖 ⬆

**Alberto J Espay** @AlbertoEspay · Jul 25, 2023    ···
I thought about this further. Amyloid reduction has often been futile or detrimental in most anti-amyloid trials. What made lecanemab a statistical exception? An actual 'off-target effect': It substantially increases AB42! (Unfortunately, this end doesn't justify the means)

◯ 1          ⇄          ♡ 4          ᴵᴵᵐ 1K          🔖 ⬆

**Simon Mead** @smead2 · Jul 25, 2023    ···
I can't avoid the idea that you need to remove amyloid fast and completely to see even the modest benefits by 18 months. Leca and Donan seem to be the fastest tested so far. It's only two examples, more to come, but that's my hunch.

◯ 3          ⇄          ♡ 1          ᴵᴵᵐ 1K          🔖 ⬆

**Seb Walsh** @seb_walsh · Jul 25, 2023    ···
*if* you're right Simon, that will lead us to calls for amyloid screening. This will raise serious Qs about how many will be harmed as they would've died without dementia. Another reason why I think this class of drugs, even hypothetical future versions, is flawed

◯ 4          ⇄ 1          ♡ 3          ᴵᴵᵐ 4.5K          🔖 ⬆

**Lon S. Schneider, MD** @LonSchneiderMD · Jul 25, 2023    ···
Actually, it would be plasma ptau screening to predict amyloid plaques and an increased likelihood for future cognitive impairment. Screening, though, would be more practically in-clinic rather than population screening.

◯ 1          ⇄ 1          ♡ 1          ᴵᴵᵐ 957          🔖 ⬆

**Seb Walsh** @seb_walsh · Jul 26, 2023    ···
Do you have asymptomatic people in clinic?

◯ 2          ⇄          ♡ 1          ᴵᴵᵐ 729          🔖 ⬆

**Nicolas Villain** @nviilain_alz · Jul 26, 2023    ···
I assume it's healthcare system-dependent, but we have a few in France: the "worried-well" patients. Let's also define asymptomatic: no AD phenotype or no cognitive complaint? We see a lot of patients with AD-unrelated cog disorders (anxiety, sleep apnea...) in whom BM+ is overDx

◯ 1          ⇄          ♡          ᴵᴵᵐ 779          🔖 ⬆

**Ash Paul** @pash22 · Jul 26, 2023    ···

---

## Relevant people

**Adrian H**
@Adrian_H
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.
[Follow]

**Dan Clinton - The Av**
@DanClintonRN
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.
[Follow]

**Ash Paul**
@pash22
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are not endorsements
[Follow]

## What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st          ···

Celebrities · Trending
**Lin-Manuel Miranda**          ···

Politics · Trending
**Rob Reiner**
3,820 posts          ···

Trending in United States
**Fahk**          ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

**Post**

AD phenotype or no cognitive complaint. We see a lot of patients with AD-unrelated cog disorders (anxiety, sleep apnea...) in whom BM+ is overDx

💬 1    🔁    ♡    📊 779    🔖 ⬆️

**Ash Paul** @pash22 · Jul 26, 2023    •••
Only a few in France Nicolas?? It is estimated that 4-5% of patients will be suffering with health anxiety (formerly called hypochondriac) and they are clogging up GP practices in UK

💬 2    🔁    ♡ 1    📊 775    🔖 ⬆️

**Nicolas Villain** @nvillain_alz · Jul 26, 2023    •••
"Worried-well" does not refer to anxiety disorders (since they do a complaint and symptoms): this term relates to asymptomatic patients going to the memory clinic to prevent dementia because of their family history or just because of a general interest in their health

💬 1    🔁    ♡    📊 852    🔖 ⬆️

**Ash Paul** @pash22 · Jul 26, 2023    •••
Oh OK. In UK, we define it somewhat differently. Patients with this label could range from someone with a concerning symptom that turns out to be nothing, to someone with severe health anxiety. The term suggests that these patients are well

💬 1    🔁    ♡ 1    📊 889    🔖 ⬆️

**Nicolas Villain** @nvillain_alz · Jul 26, 2023    •••
Yes, the worried-well term suggests that they do not fulfill the criteria for any neurological and/or psychiatric disease/disorder

💬 1    🔁    ♡    📊 863    🔖 ⬆️

**Seb Walsh** @seb_walsh · Jul 26, 2023    •••
Feel this is all missing the point

Drs want to give these 'preventive' drugs (if long term benefits shown) early enough in disease

Vast majority of pts present after this time (& have mixed disease)

Pharma want max markets

To me, this says D) is where this agenda is heading

💬 2    🔁 1    ♡ 2    📊 1.2K    🔖 ⬆️

**Matthew Herper** ✓ @matthewherper · Jul 26, 2023    •••
I don't think the companies have been quiet about their long-term goal. They are aiming for subcutaneous drugs, with screening done with blood tests. They also want to show efficacy earlier in disease. They'll need data to back that up -- won't happen based on these trials.

💬 1    🔁 2    ♡ 3    📊 1.2K    🔖 ⬆️

**Simon Mead** @smead2 · Jul 26, 2023    •••
Exactly agree, and this future may be great - emphasis on may - if we can do this conveniently, safely, cost effectively and of course if it works. But plenty to be getting on with whilst we wait for these data.

💬 1    🔁    ♡ 2    📊 931    🔖 ⬆️

**Seb Walsh** @seb_walsh · Jul 26, 2023    •••
But the key word in Matthew's tweet is "screening"

Still left with fact that screening people at start of cascade = most people picked up will die without dementia. How can this ever be net beneficial? Unless drugs are super cheap, with almost no bad side effects (e.g. statins)

💬 1    🔁 2    ♡ 3    📊 1.3K    🔖 ⬆️

**Jan** @810964733763B    •••

🔍 Search

**Relevant people**

**Adrian H** @Adrian_H    **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN    **Follow**
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22    **Follow**
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

**What's happening**

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2024 X Corp.

X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

Still left with fact that screening people at start of cascade = most people picked up will die without dementia. How can this ever be net beneficial? Unless drugs are super cheap, with almost no bad side effects (e.g. statins)

💬 1        ↻ 2        ♡ 3        📊 1.3K        🔖   ⤴

**Simon Mead** @smead2 · Jul 26, 2023                     ...
The idea I think is that we screen with improved biomarkers that will better predict who will convert over x years. At the moment we can't screen asymptomatic people well enough to justify the risky, expensive and cumbersome treatments and we lack any evidence. More research...

💬 1        ↻         ♡ 1        📊 763        🔖   ⤴

**Seb Walsh** @seb_walsh · Jul 26, 2023                     ...
Ok, so we add 'better predictive biomarkers' to list of needed thihngs to make this class of drugs clinically useful

Better predictive biomarkers
Bigger effect size
Demonstrate long-term effects
Less side effects/toxic
Not IV
Cheaper
...
Show more

💬 2        ↻ 1        ♡ 7        📊 1.1K        🔖   ⤴

**Nicolas Villain** @nvillain_alz · Jul 26, 2023                     ...
2/2
5) not IV: active vaccines or self administered SC
6) cheaper: active vaccines
😂🧍

💬 2        ↻         ♡ 2        📊 920        🔖   ⤴

**Ryan Townley** @DrTFromKC · Jul 26, 2023                     ...
100% agree with this view and possible scenario.

But it's much easier being pessimistic...

Especially when you are not regularly diagnosing and treating patients with the disease.

💬 1        ↻         ♡ 2        📊 764        🔖   ⤴

**Ash Paul** @pash22 · Jul 26, 2023                     ...
I know. Especially when the empirical evidence abt 'optimism bias' points the other way! I think I was discussing the evid on another twitter thread w/ Simon and Rob.

💬 2        ↻         ♡ 2        📊 884        🔖   ⤴

**Matthew Herper** ✓ @matthewherper · Jul 26, 2023                     ...
Another assumption I want to challenge: I think financial analysts tend to see the population in the trials, as a huge and lucrative group. Not sure we need to move further upstream from a financial perspective.

But better screening + subQ will be needed.

Am I wrong?

💬 2        ↻         ♡ 1        📊 958        🔖   ⤴

**Robert Howard** @ProfRobHoward · Jul 26, 2023                     ...
Until the treatments get a whole lot better, nobody is going to make huge amounts of money from Alzheimer's disease.

💬 3        ↻         ♡ 8        📊 1.2K        🔖   ⤴

**Relevant people**

**Adrian H** @Adrian_H        **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN        **Follow**
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22        **Follow**
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

**What's happening**

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st        ...

Celebrities · Trending
**Lin-Manuel Miranda**        ...

Politics · Trending
**Rob Reiner**
3,820 posts        ...

Trending in United States
**Fahk**        ...

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

**Jan** @810964733763B        ...



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

**Post**

**Robert Howard** @ProfRobHoward · Jul 26, 2023
Until the treatments get a whole lot better, nobody is going to make huge amounts of money from Alzheimer's disease.

💬 3    ↻    ♡ 8    ᴸᵢₗ 1.2K    🔖 ⬆

**Madhav Thambisetty** @MadhavThambiset · Jul 27, 2023
If genetic validation is a gold standard that guides Rx target validation, it's also a mystery how amyloid-targeting mabs appear to have the least efficacy & induce the greatest harm, dose dependently in APOE4 carriers. APOE4 is after all the strongest AD genetic risk factor 🤔

CLARITY AD ARIA BY APOE BY CDR... ⌄   **Done**

💬 1    ↻ 2    ♡ 4    ᴸᵢₗ 1.4K    🔖 ⬆

**Simon Mead** @smead2 · Jul 27, 2023
There is a very important piece of understanding here I agree - amyloid load, inflammatory responses, vessel damage, more advanced tau pathology- lots of ideas how this might work

💬 1    ↻    ♡ 2    ᴸᵢₗ 767    🔖 ⬆

**Madhav Thambisetty** @MadhavThambiset · Jul 27, 2023
Seems an inherent paradox though doesn't it? The strongest known genetic risk factor for late onset AD also predicts greatest harm and least efficacy in those at highest risk and earlier age of brain amyloid accumulation.

💬 1    ↻    ♡ 3    ᴸᵢₗ 838    🔖 ⬆

**Simon Mead** @smead2 · Jul 27, 2023
I don't see the paradox here, yet, a puzzle to be solve maybe. The apoe4 risk for AD is frustratingly difficult to pin down we have too many hypotheses about mechanisms with support.

💬 1    ↻    ♡ 2    ᴸᵢₗ 861    🔖 ⬆

**Ash Paul** @pash22 · Jul 27, 2023
Not sure abt ur objection to the word paradox Simon. The defo of paradox according to @OED is a statement or situation that may be true but seems impossible or difficult to understand because it contains two opposite facts or characteristics. Does it not hold in this case?

💬 2    ↻    ♡ 1    ᴸᵢₗ 723    🔖 ⬆

**Kariem Ezzat** @Kariem_Ezzat · Jul 27, 2023
I'm not sure the appeal to complexity can save this theory from its paradoxes, neither will mere hope that drugs based on it will one day work spectacularly. It's not a complex theory, it's based on one assumption: amyloid Must be toxic, any other explanation is excluded. 1/3

💬 1    ↻    ♡ 1    ᴸᵢₗ 674    🔖 ⬆

**Kariem Ezzat** @Kariem_Ezzat · Jul 27, 2023
Complexity is injected at a later stage to protect this simple notion from being assailed by data that contradicts it. For ex. ApoE2 is a protective variant associated with ⬆ sol. Aβ. Isn't more sol. Aβ supposed to lead to more sol. oligomers -> more tox -> more

**Jan** @810964733763B ···

**Relevant people**

**Adrian H** @Adrian_H    Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN    Follow
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22    Follow
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

**What's happening**

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2024 X Corp.

# X

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications
- ✉️ Messages
- ⃞ Grok
- ☰ Lists
- 🔖 Bookmarks
- 👥 Communities
- ✖️ Premium
- 👤 Profile
- ⊙ More

**Post**

Jan
@810964733763B

---

**Post**

**Kariem Ezzat** @Kariem_Ezzat · Jul 27, 2023   ...
Complexity is injected at a later stage to protect this simple notion from being assailed by data that contradicts it. For ex. ApoE2 is a protective variant associated with ⬆️ sol. Aβ. Isn't more sol. Aβ supposed to lead to more sol. oligomers -> more tox -> more disease? 2/3

💬 1          ⇄          ♡ 1          ᴧ 734          🔖  ⬆️

**Kariem Ezzat** @Kariem_Ezzat · Jul 27, 2023   ...
There're many other paradoxes that we published about & briefly discussed here: kezzattheblog.blogspot.com/2022/09/heresy... & there're alternative concepts (loss-of-function for ex.) that are also simple but can accommodate the complexity of the data much better & with far less contradictions. 3/3

💬 1          ⇄ 1          ♡ 2          ᴧ 1K          🔖  ⬆️

**Alberto J Espay** @AlbertoEspay · Jul 27, 2023   ...
This blog is so clear. As a clinician, the most remarkable "paradox" to the amyloid hypothesis is that most of us with brain amyloid will never develop Alzheimer's. A solution to that paradox is in @andrea_sturchio's analysis of the ADNI cohort.

thelancet.com
High cerebrospinal amyloid-β 42 is associated w Normal cognition and hippocampal volume are associated with preservation of high soluble ...

💬 2          ⇄          ♡ 10          ᴧ 1.2K          🔖  ⬆️

**Lon S. Schneider, MD** @LonSchneiderMD · Jul 27, 2023   ...
Maybe we should strike the word "paradox" from these threads? Its uses here are mostly as rhetorical devices that don't really stand up to reason. Seems mostly this is talk about confounds and biases in observational research and making unwarranted comparisons.

💬 1          ⇄          ♡ 2          ᴧ 787          🔖  ⬆️

**Dan Clinton - The Awesome Nursing** @DanClintc · Jul 27, 2023  ...
Doesn't believing in the amyloid cascade hypothesis now require ignoring both that many with amyloid don't develop dementia and that those who achieved "amyloid clearance" continued to decline neurologically? Logically, that makes amyloid neither necessary nor sufficient.

💬 1          ⇄          ♡ 3          ᴧ 730          🔖  ⬆️

**Nicolas Villain** @nvillain_alz · Jul 27, 2023   ...
Respectfully, that's what ancient Greeks named sophism. Though not a big fan of the ACH, amyloid is, of course, central to Alzheimer's: necessary for sure but not sufficient indeed.

💬 2          ⇄          ♡ 3          ᴧ 802          🔖  ⬆️

**Dan Clinton - The Awesome Nursing** @DanClintc · Jul 27, 2023  ...
I'm not seeking to be deliberately obtuse. I'm pointing out that this new data shows Alzheimer's disease continues to progress in the absence of amyloid, 27% of cognitively intact 75-year-olds have amyloid, and > 90% remain without any sort of cognitive impairment 5 years later

💬 1          ⇄          ♡ 1          ᴧ 718          🔖  ⬆️

**Nicolas Villain** @nvillain_alz · Jul 27, 2023   ...
Well, you may not do it intentionally; in that case, we'll call it paralogism. Point taken.
Still, have you ever seen dementia with Braak stage 6 of tauopathy without amyloid (out of anti-amyloid therapies context)?

💬 1          ⇄ 1          ♡ 2          ᴧ 1.3K          🔖  ⬆️

---

## Relevant people

**Adrian H** @Adrian_H      **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN      **Follow**
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22      **Follow**
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.



X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

Post

Well, you may not do it intentionally; in that case, we'll call it paralogism. Point taken.

Still, have you ever seen dementia with Braak stage 6 of tauopathy without amyloid (out of anti-amyloid therapies context)?

1          2          1.3K

**Dan Clinton - The Awesome Nursin** @DanClintc · Jul 27, 2023 ···
You're at a depth beyond my understanding at "Braak stage 6 of tauopathy." But that doesn't resolve the somewhat circular nature of the definition, or that this new research shows that degeneration at least persists in the absence of amyloid

3                    755

**David Jones** @DavidJonesBrain · Jul 28, 2023 ···
@DanClintonRN you may find this lecture helpful:

youtube.com
**Should amyloid be targeted in Alzheimer's disea**
This is a recording I did for an invited talk at the 48th annual meeting of Clinical Neurological ...

2        3        9        1K

**Dan Clinton - The Awesome Nursin** @DanClintc · Jul 28, 2023 ···
@DavidJonesBrain I enjoyed your talk! Lots of intelligent thoughts. Now that amyloid clearance has been shown not to halt or reverse symptomatic Alzheimer's doesn't that argue against it being a therapeutic target? 1/n

1                    377

**Dan Clinton - The Awesome Nursin** @DanClintc · Jul 28, 2023 ···
Can you see how changing from a nonspecific, catchall clinic definition that kind of just meant dementia NOS to a biologic definition makes sense, but it then somewhat artificially links amyloid to Alzheimer's? Now dementia + amyloid = Alzheimers 2/n

1                    376

**Dan Clinton - The Awesome Nursin** @DanClintc · Jul 28, 2023 ···
Shouldn't the accelerated approval be rescinded now that it's been shown amyloid clearance was inversely associated with neurologic status? Those w/ amyloid clearance still declined 3/n

**Jan**
@810964733763B

**Relevant people**

**Adrian H**          Follow
@Adrian_H
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av**          Follow
@DanClintonRN
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul**          Follow
@pash22
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

**What's happening**

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending
**Lin-Manuel Miranda**

Politics · Trending
**Rob Reiner**
3,820 posts

Trending in United States
**Fahk**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

---

**Dan Clinton - The Awesome Nursing** @DanClinto · Jul 28, 2023 ···
Shouldn't the accelerated approval be rescinded now that it's been shown amyloid clearance was inversely associated with neurologic status? Those w/ amyloid clearance still declined 3/n



◯ 1          ⇄          ♡          ⅈⅈ 379          🔖  ⬆

**Dan Clinton - The Awesome Nursing** @DanClinto · Jul 28, 2023 ···
Given the progression of dementia after amyloid clearance does that argue against mechanisms which seem amyloid necessary for neurodegeneration? Remember, it's necessary for Alzheimer's by definition 4/5

◯ 1          ⇄          ♡          ⅈⅈ 413          🔖  ⬆

**Dan Clinton - The Awesome Nursing** @DanClinto · Jul 28, 2023 ···
Lastly, how do you interpret Donanemab's effects? Now that amyloid clearance failed to reverse, halt, or even meaningfully slow cognition which model or models do you think remain plausible? 5/5

◯ 1          ⇄          ♡          ⅈⅈ 416          🔖  ⬆

**David Jones** @DavidJonesBrain · Jul 28, 2023          ···
It's all discussed in the talk. I am glad you enjoyed it. If you have additional more in depth question you should check out the primary literature cited. Here is a primer we recently did that might be a place to start:



From nature.com

◯ 2          ⇄          ♡ 3          ⅈⅈ 516          🔖  ⬆

**Dan Clinton - The Awesome Nursing** @DanClinto · Jul 28, 2023 ···
Have your views not changed now that donanemab caused amyloid clearance in 76% yet the donanemab group continued to experience

---

## Relevant people

**Adrian H** @Adrian_H          **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN          **Follow**
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22          **Follow**
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending          ···
**Willie Nelson**
Trending with Happy 91st

Celebrities · Trending          ···
**Lin-Manuel Miranda**

Politics · Trending          ···
**Rob Reiner**
3,820 posts

Trending in United States          ···
**Fahk**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2024 X Corp.

---

**Jan** @810964733763B          ···

Document title: (2) Adrian H on X: &quot;@DanClintonRN @pash22 @ProfRobHoward @LogarithmicDis @LonSchneiderMD @MadhavThambiset @RenegadeSynaps…
Capture URL: https://twitter.com/Adrian_H/status/1712881971347517840
Capture timestamp (UTC): Mon, 29 Apr 2024 15:12:04 GMT          Page 103 of 125

**Home**

**Explore**

**Notifications**

**Messages**

**Grok**

**Lists**

**Bookmarks**

**Communities**

**Premium**

**Profile**

**More**

**Post**

Jan
@810964733763B



♡ 2    ⇄    ♡ 3    ᵢₗₗ 516    🔖 ⇪

**Dan Clinton - The Awesome Nursin** @DanClintc · Jul 28, 2023 ···
Have your views not changed now that donanemab caused amyloid clearance in 76% yet the donanemab group continued to experience neurologic decline at a rate of 7%/72 weeks and now that 48% of pts w/ amyloid clearance didn't achieve even minimal benefit?

♡ 1    ⇄    ♡ 1    ᵢₗₗ 448    🔖 ⇪

**David Jones** @DavidJonesBrain · Jul 28, 2023 ···
You probably have not understood my views if you are asking those questions. If it wasn't clear in the talk, the primer is a nice starting place:

*Autopsy-confirmed AD*
*Other: FTLD, pure DLB, etc.*

Prevalence (%)

Alzheimer disease

From nature.com

♡ 1    ⇄    ♡ 4    ᵢₗₗ 520    🔖 ⇪

**Dan Clinton - The Awesome Nursin** @DanClintc · Jul 28, 2023 ···
I think I understand your views. Did the donanemab results change them since they were published July 17th?

♡ 2    ⇄    ♡    ᵢₗₗ 471    🔖 ⇪

**Dan Clinton - The Awesome Nursin** @DanClintc · Jul 28, 2023 ···
I don't know why you're replying rudely "You probably have not understood my views if you are asking those questions." I was simply asking your opinion today since both the lecanemab and donanemab trials occurred subsequent to your video. Don't worry about it. You may keep them.

♡ 2    ⇄    ♡    ᵢₗₗ 521    🔖 ⇪

**Dan Clinton - The Awesome Nursin** @DanClintc · Jul 28, 2023 ···
And you most certainly didn't address many of the questions posed. Like do you think amyloid clearance is an acceptable surrogate marker for accelerated approval? Isn't there now data to show that amyloid clearance is not an acceptable surrogate marker to assume a benefit?

♡ 3    ⇄    ♡    ᵢₗₗ 529    🔖 ⇪

**Dan Clinton - The Awesome Nursin** @DanClintc · Jul 28, 2023 ···
The fundamental problem remains you define Alzheimer's based on amyloid then postulate amyloid does or does not cause Alzheimer's but it's definitely associated. That's circular. You guys being stuck in a loop of circular logic is an eloquent explanation for the lack of progress.

♡ 2    ⇄    ♡    ᵢₗₗ 577    🔖 ⇪

**Nicolas Villain** @nvillain_alz · Jul 29, 2023 ···
After all these challenging tweets, stick to his guns, I assume @DanClintonRN is already working on a paper to provide us a universal new definition of AD without amyloid. Looking forward to reading it! Just as a reminder, what you'll propose will need to explain those "big 3" 🧵

**Nicolas Villain** @nvillain_alz · Jul 27, 2023

### Relevant people

**Adrian H** @Adrian_H    **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN    **Follow**
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22    **Follow**
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

### What's happening

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with Happy 91st ···

Celebrities · Trending
**Lin-Manuel Miranda** ···

Politics · Trending
**Rob Reiner**
3,820 posts ···

Trending in United States
**Fahk** ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- X Premium
- Profile
- More

**Post**

**Post**

@DanClintonRN is already working on a paper to provide us a universal new definition of AD without amyloid. Looking forward to reading it! Just as a reminder, what you'll propose will need to explain those "big 3" 🥴

> **Nicolas Villain** @nvillain_alz · Jul 27, 2023
> Replying to @nvillain_alz @DanClintonRN and 47 others
> 1)latest stages of tau pathology are never observed in the absence of B-amyloid peptide
> 2)the monogenic forms of AD only concern mutations related to the B-amyloid peptide...
> Show more

💬 3        ↻        ♡ 5        📊 1.2K        🔖  ⬆️

**Dan Clinton - The Awesome Nursing** @DanClintc · Jul 29, 2023 ···
You can lead a neurologist to water, but you can't make him see his circular logic. Enjoy another 50 years of total failure. You've removed amyloid and the dementia kept progressing. Most with amyloid will never develop dementia. You all have created a tautological definition 1/2

💬 3        ↻        ♡ 1        📊 529        🔖  ⬆️

**Timothy Daly, PhD** @PhilAlz · Jul 29, 2023 ···
Dan, Nicolas is not "the problem" with AD research. He promotes a balanced definition of AD, grounded in clinical & biological reality for patients & is a vocal critic of reductionist approaches. As a patient-facing clinician, I don't think he will "enjoy" the lack of treatments.

💬 1        ↻        ♡ 1        📊 579        🔖  ⬆️

**Timothy Daly, PhD** @PhilAlz · Jul 29, 2023 ···
Dan, you should send a paper to a journal with your ideas and contribute to scholarly debate. Easy to smell a bad egg, hard to lay a fresh one.

💬        ↻        ♡ 2        📊 564        🔖  ⬆️

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

**Simon Mead** @smead2 · Jul 29, 2023 ···
This isn't unusual is it at this phase of innovation you will refer to HIV AIDS of course, I might cite beta-interferon and MS. Our main disagreement I think is on where this is going beyond the facts we know. It's a 30 yr disease we have a snapshot of possible changes in course

💬        ↻        ♡ 1        📊 501        🔖  ⬆️

This Post was deleted by the Post author. Learn more

**Simon Mead** @smead2 · Jul 29, 2023 ···
There are good reasons and some data to suggest benefits will continue (and even grow, but opinions differ). Look to what happened in other incurable diseases now transformed long term eg MS. Clinical trials can't provide all the answers - crucial ones for sure - not 5yr outcome

💬 2        ↻        ♡        📊 537        🔖  ⬆️

This Post was deleted by the Post author. Learn more

**Jan**
@810964733763B  ···

**Simon Mead** @smead2 · Jul 29, 2023 ···
These are happening now Greg for sure, and data from earlier, and as formulations, and related mAbs predicted to have fewer side

---

**Relevant people**

**Adrian H** @Adrian_H          **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Aw** @DanClintonRN          **Follow**
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22          **Follow**
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

**What's happening**

**Timberwolves at Suns**
NBA · Last night

Music · Trending
**Willie Nelson**
Trending with  Happy 91st          ···

Celebrities · Trending
**Lin-Manuel Miranda**          ···

Politics · Trending
**Rob Reiner**
3,820 posts          ···

Trending in United States
**Fahk**          ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.



Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Jan
@810964733763B

This Post was deleted by the Post author. Learn more

**Simon Mead** @smead2 · Jul 29, 2023
These are happening now Greg for sure, and data from earlier, and sc formulations, and related mAbs predicted to have fewer side effects, and combination treatment, and treating people at-high risk. There is an avalanche of data on its way over coming years.
2 · 1 · 553

**Simon Mead** @smead2 · Jul 29, 2023
I worry you put forward an argument for wait and see for these 5yr outcomes and massive further investment in drug development. However such a policy imo would freeze investment in the sector and inspire only nihilism. Not what i want to see and not an alternative to "false hope"
1 · 440

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

**Timothy Daly, PhD** @PhilAlz · Jul 29, 2023
Yes, my critique is HOW we enact change in research b4 policymaking. Disclaimer- self promotion:

1) promote prudent language abt treatments:
twitter.com/PhilAlz/status...

2) criticize over-reliance on amyloid-lowering + 3) put forward testable alternatives:

> **Timothy Daly, PhD** @PhilAlz · Feb 22, 2023
> 1/5 with @AlbertoEspay & @KarlHerrup in @ELSNeurology Handb Clin Neurol Ch. 10 we argue research into neurodegeneration has not followed Popper's a priori "conjectures and refutations." Saving the amyloid hyp has meant: post hoc modifications...
> Show more

4 · 6.5K

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

## Relevant people

**Adrian H** @Adrian_H — Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN — Follow
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22 — Follow
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Politics · Trending
**Great Recession**

Sports · Trending
**Travis Hunter**

Music · Trending
**#ENHYPEN**
358K posts

Politics · Trending
**DeSantis**
2,343 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**Post**

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

**Simon Mead** @smead2 · Jul 29, 2023 · · ·
You make fair points here and have called out hype in the UK at times. On the other I feel the risks are exaggerated by some in the context of disease severity and claims of meaningless treatment effects just as misleading as the hype

💬 2        ↻        ♡ 6        📊 769        🔖 ⬆️

**Ryan Townley** @DrTFromKC · Jul 29, 2023 · · ·
Same.

Anti-amyloid salesmen to the left of me and anti-anti-amyloid deniers to the right of me...

Stuck in the middle wanting longer term data in more generalizable populations and at even earlier stages of disease...

💬 2        ↻        ♡ 9        📊 634        🔖 ⬆️

**Timothy Daly, PhD** @PhilAlz · Jul 29, 2023 · · ·
"Salesmen" and "deniers" seems a little harsh as rhetorical portraits of intellectual differences go. Do enlighten us as to the virtuous posture to adopt ;). I see no problem with staying patient-focused, data-driven, and critical of precocious claims, allowing for disagreement.

💬 1        ↻        ♡ 3        📊 570        🔖 ⬆️

**Ryan Townley** @DrTFromKC · Jul 29, 2023 · · ·
There are clearly both portrayed in this thread.

If you don't consider yourself one of those, then great! We can be in the middle together.

💬 1        ↻        ♡ 2        📊 620        🔖 ⬆️

**Timothy Daly, PhD** @PhilAlz · Jul 29, 2023 · · ·
It is not whether I consider myself one or not (and who would, really?!), but whether my beliefs and actions here and elsewhere reflect intellectual laziness and "partisan" behaviour. I respect your stance, as you know

💬        ↻        ♡ 2        📊 608        🔖 ⬆️

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

This Post was deleted by the Post author. Learn more

**Andrew Lees** @ajlees · Jul 29, 2023        · · ·

---

## Relevant people

**Adrian H** @Adrian_H        [Follow]
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN        [Follow]
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22        [Follow]
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Politics · Trending
**Great Recession**        · · ·

Sports · Trending
**Travis Hunter**        · · ·

Music · Trending
**#ENHYPEN**        · · ·
358K posts

Politics · Trending
**DeSantis**        · · ·
2,343 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2024 X Corp.

X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
X Premium
Profile
More
Post

Jan
@810964733763B

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**



This Post was deleted by the Post author. Learn more

**Andrew Lees** @ajlees · Jul 29, 2023 ···
For me that is one of the most disappointing aspects of this sad charade. They are behaving like a new arm of the medical industrial complex

💬 1    🔁    ♡ 7    ᴵ|ᵢ 655    🔖 ⬆

**Ash Paul** @pash22 · Jul 29, 2023 ···
What do you mean by 'new arm ... ' Andrew. The phrase 'new M-I-C' was invented by the legendary Prof #AndrewRelman in 1980 and I'm not sure it has ever had a premature demise since then.

💬 1    🔁    ♡ 1    ᴵ|ᵢ 631    🔖 ⬆

**Andrew Lees** @ajlees · Jul 29, 2023 ···
Perhaps additional arm would have been a better way to express it

💬 1    🔁    ♡ 2    ᴵ|ᵢ 707    🔖 ⬆

**Dan Clinton - The Awesome Nursing** @DanClintc · Jul 29, 2023 ···
More PET scans, more MRIs, more infusions, more false hope, more screening, more death, more customers, more who had 7 yrs to advanced dementia now in nursing homes with MMSE of 4 s/p ARIA, more cerebral edema, more macrohemorrhage. 0 patients improved. 0 disease process halted.

💬 1    🔁    ♡ 1    ᴵ|ᵢ 670    🔖 ⬆

**Ash Paul** @pash22 · Jul 30, 2023 ···
While I'm not so pessimistic and do hope/pray that genuine researchers like Nicolas, Ryan & Simon et al will come up with the right answers one day, I'm always reminded of the salutary warning given by the redoubtable Prof @stephensenn , way back in 2017

> We tend to believe "the truth is in there", but sometimes it isn't and the danger is we will find it anyway
>
> (c) Stephen Senn 2017

💬 1    🔁    ♡ 4    ᴵ|ᵢ 820    🔖 ⬆

**Dan Clinton - The Awesome Nursing** @DanClintc · Jul 30, 2023 ···
After 20 yrs of amyloid removal failing to improve cognition Alzheimer's researchers have now lowered the bar to claim any slowed descent meaningful. What was insignificant b4 is now meaningful. What was unsafe before is now desperately rationalized. Harm & failure r inevitable

💬 1    🔁    ♡ 2    ᴵ|ᵢ 797    🔖 ⬆

**Dan Clinton - The Awesome Nursing** @DanClintc · Jul 30, 2023 ···
Giving a noncurative therapy that has a 1.5% absolute risk of death, permanent brain damage, or anaphylaxis because the 622 out of 853 who best tolerated donanemab slowed 7% vs 9% is an act of

---

**Relevant people**

**Adrian H** @Adrian_H    [Follow]
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN    [Follow]
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22    [Follow]
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

**What's happening**

**Stagecoach 2024**
Music Festival · Last night

Politics · Trending
**Great Recession**

Sports · Trending
**Travis Hunter**

Music · Trending
**#ENHYPEN**
358K posts

Politics · Trending
**DeSantis**
2,343 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

**Jan** @810964733763B ···

**Post**

X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- X Premium
- Profile
- More

**Post**

Post

**Jan**
@810964733763B

---

♡ 1   ⟲   ♡ 2   ıʼı 797

**Dan Clinton - The Awesome Nursing** @DanClintc · Jul 30, 2023 ···
Giving a noncurative therapy that has a 1.5% absolute risk of death, permanent brain damage, or anaphylaxis because the 622 out of 853 who best tolerated donanemab slowed 7% vs 9% is an act of madness born out of inadequate ever-lower standards & optimism to the point of delusion

♡ 2   ⟲   ♡ 2   ıʼı 871

**Dan Clinton - The Awesome Nursing** @DanClintc · Jul 30, 2023 ···
Alzheimer's requires amyloid. Amyloid is probably causal because it's always found in Alzheimer's. They walk around this loop endlessly.

♡ 1   ⟲   ♡ 2   ıʼı 575

**Dan Clinton - The Awesome Nursing** @DanClintc · Jul 30, 2023 ···
Does someone who has achieved amyloid clearance still have Alzheimer's? Or have you cured their Alzheimer's but not their dementia? Isn't the dementia what we care about and what Alzheimer's used to mean?

♡ 4   ⟲ 2   ♡ 4   ıʼı 1.6K

**LogarithmicDis** @LogarithmicDis · Jul 30, 2023 ···
Dan, I hope that's a rhetorical question, or one that means to refer to the outcome difference between underlying  pathophys vs symptomatic.

As you know, there are many causes of dementia.

♡ 1   ⟲   ♡   ıʼı 502

**Dan Clinton - The Awesome Nursing** @DanClintc · Jul 30, 2023 ···
Yes, so what do you call the one clients who've achieved amyloid clearance are continuing to experience?

♡ 1   ⟲   ♡   ıʼı 489

**Dan Clinton - The Awesome Nursing** @DanClintc · Aug 7, 2023 ···
I was challenged to define Alzheimer's w/o amyloid & to create rather than merely critique. I present a falsifiable hypothesis and address the definitional problems which may be creating an unsolvable puzzle. It's not perfect but I hope it's helpful.

♡ 1   ⟲   ♡ 1   ıʼı 505

**Nicolas Villain** @nvillain_alz · Aug 8, 2023 ···
Thx Dan! I really appreciate the effort! Let me reformulate: you propose that we return to the syndromic definition of a major neurocognitive disorder for AD, right? No more disease defined by its underlying neuropath hallmark: So, no more DLB, FTLD, PSP, CBD, etc?

♡ 3   ⟲   ♡ 1   ıʼı 673

**Dan Clinton - The Awesome Nursing** @DanClintc · Aug 8, 2023 ···

---

### Relevant people

**Adrian H**
@Adrian_H    **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Aw** @DanClintonRN    **Follow**
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul**
@pash22    **Follow**
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

### What's happening

**Stagecoach 2024**
Music Festival · Last night

Politics · Trending
**Great Recession**

Sports · Trending
**Travis Hunter**

Music · Trending
**#ENHYPEN**
358K posts

Politics · Trending
**DeSantis**
2,343 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.



X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

**Post**

its underlying neuropath hallmark: So, no more DLB, FTLD, PSP, CBD, etc?

🗨 3   ⟲   ♡ 1   ᴵ❘❘ 673   🔖 ⬆

**Dan Clinton - The Awesome Nursin** @DanClintc · Aug 8, 2023 ···
What I'm saying is:
1) a clinical definition is likely nonspecific
2) a biologic definition artificially links amyloid to Alzheimer's: Amyloid + dementia = Alzheimer's
No amyloid + identical dementia = No Alzheimer's
3) the lack of a definition contributes to lack of progress

🗨 1   ⟲   ♡   ᴵ❘❘ 423   🔖 ⬆

**Nicolas Villain** @nvillain_alz · Aug 8, 2023   ···
Ok, so would you qualify these individuals as having AD?

academic.oup.com
Limbic-predominant age-related TDP-43 encepha
Nelson et al. describe a recently recognized
brain disorder that mimics the clinical feature...

🗨 1   ⟲   ♡ 1   ᴵ❘❘ 483   🔖 ⬆

**Dan Clinton - The Awesome Nursin** @DanClintc · Aug 8, 2023 ···
For the vast majority of the time the term Alzheimer's disease has existed that condition would've been diagnosed clinically as Alzheimer's disease. I'm sure it still is in different parts of the world.

🗨 2   ⟲   ♡   ᴵ❘❘ 494   🔖 ⬆

**Andrew Lees** @ajlees · Aug 8, 2023   ···
No that is too far. Just get rid of notions of calling asymptomatic people diseased as a starter. Amyloid accumulation in the brain is not the same as cancerous and pre cancerous cells giving no symptoms

🗨 2   ⟲   ♡ 3   ᴵ❘❘ 590   🔖 ⬆

**David Jones** @DavidJonesBrain · Aug 8, 2023   ···
There is obviously asymptomatic preclinical disease, but what name would you prefer to give such a disease state?

🗨 1   ⟲   ♡ 2   ᴵ❘❘ 480   🔖 ⬆

**Nicolas Villain** @nvillain_alz · Aug 8, 2023   ···
Asymptomatic at risk! 😉 Like there's prediabetes and asymptomatic diabetes, sometimes we have to admit that our knowledge is limited; thus carefully label an asymptomatic A+ who has a 30% lifetime of progression to any symptomatic condition seems reasonable

🗨 5   ⟲   ♡ 5   ᴵ❘❘ 596   🔖 ⬆

**Ash Paul** @pash22 · Aug 8, 2023   ···
There's lots of non-diabetes experts who say prediabetes is disease-mongering.
"Pre-diabetes: can prevention come too soon?"
evidentlycochrane.net/pre-diabetes-p... via @cochranecollab & Prof @RichardLehman1

**Relevant people**

**Adrian H** @Adrian_H   Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN   Follow
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash2   Follow
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

**What's happening**

**Stagecoach 2024**
Music Festival · Last night

Politics · Trending
**Great Recession**   ···

Sports · Trending
**Travis Hunter**   ···

Music · Trending
**#ENHYPEN**   ···
358K posts

Politics · Trending
**DeSantis**   ···
2,343 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

Post


**Jan** @810964733763B   ···

Document title: (2) Adrian H on X: &quot;@DanClintonRN @pash22 @ProfRobHoward @LogarithmicDis @LonSchneiderMD @MadhavThambiset @RenegadeSynaps…
Capture URL: https://twitter.com/Adrian_H/status/1712881971347517840
Capture timestamp (UTC): Mon, 29 Apr 2024 15:12:04 GMT







Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

From evidentlycochrane.net

4 · 2 · 559

**Andrew Lees** @ajlees · Aug 8, 2023
Over here even some diabetes consultants reject prediabetes

1 · 1 · 1 · 663

**David Jones** @DavidJonesBrain · Aug 8, 2023
Do you reject MGUS?

2 · 1 · 476

**Ash Paul** @pash22 · Aug 8, 2023
A person who has lived with MGUS for 1 year has about a 1% risk of developing multiple myeloma. I could be wrong @ManniMD1 @AaronGoodman33

3 · 1 · 486

**David Jones** @DavidJonesBrain · Aug 8, 2023
If I had MGUS I would be glad that my doctor had the medical knowledge about the condition to tell me this. Ignoring it would not have lead to the development of that medical knowledge.

1 · 447

**Lon S. Schneider, MD** @LonSchneiderMD · Aug 8, 2023
Exactly, so when and under what conditions does a measurement of an amyloid become interpretable as high and/or an -opathy, ie, a sickness?

2 · 480

**David Jones** @DavidJonesBrain · Aug 8, 2023
This is an operational question. Let's define the thing we are operationalizing first.

1 · 1 · 481

**Ash Paul** @pash22 · Aug 8, 2023
Prob is the enthusiasts of early SMM Rx r jumpng in 2 Rx SMM whereas the anti early Rx grup say we do not yet have a consensus defntn of high-risk SMM, we have not identified optimal Rx strategy 4 these pts & we only have conflicting data from phase III studies. Sounds familiar?

1 · 484

**David Jones** @DavidJonesBrain · Aug 8, 2023
If you want to develop a knowledge base, then you need an agreed upon ontology. We all openly discuss preclinical beta-amyloid positive biological states and this will occur in clinical practice. Ignoring ontological facts is not a rational epistemic project.

1 · 1 · 513

**Timothy Daly, PhD** @PhilAlz · Aug 8, 2023
People who accept the biological definition of AD "openly discuss preclinical beta-amyloid positive biological states," those who don't tend to criticise it and prefer a vocab of risk, and besides, yours is not actually an argument for its integration into clinical practice.

1 · 1 · 593

Jan
@810964733763B

## Relevant people

**Adrian H** @Adrian_H · Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN · Follow
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22 · Follow
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Politics · Trending
**Great Recession**

Sports · Trending
**Travis Hunter**

Music · Trending
**#ENHYPEN**
358K posts

Politics · Trending
**DeSantis**
2,343 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

X

Post

Search

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

Jan
@810964733763B

preclinical beta-amyloid positive biological states," those who don't tend to criticise it and prefer a vocab of risk, and besides, yours is not actually an argument for its integration into clinical practice.

1 1 593

**David Jones** @DavidJonesBrain · Aug 8, 2023

I understand that you don't like the reality, but that doesn't make it unreal. I will be seeing patients that are in this biological state and I will need to have a medical knowledge base to inform the medical care I provide them.

4 3 704

**Andrew Lees** @ajlees · Aug 8, 2023

You will blind them with science and perhaps unintentionally frighten them with the results of unnecessary tests or have i misunderstood your treatment approach?

4 1 2 1.5K

**Ash Paul** @pash22 · Aug 17, 2023

Madhav @MadhavThambiset 's comments on a recent Alz' article by @writergina ⬇️

> **Madhav Thambisetty** @MadhavThambiset · Aug 17, 2023
>
> tinyurl.com/yc2usd6d "Are outcomes worse in those with symptomatic ARIA compared to those without symptoms? Are they worse in those with severe symptoms? These results have not been published for either lecanemab or aducanumab to date." @pash22 @ProfRobHoward @gregggonsalves

1 1 1.5K

**Ash Paul** @pash22 · Aug 19, 2023

Very pertinent tweet by Eric @EWidera

> **Eric Widera, MD** @EWidera · Aug 17, 2023
>
> When did the @NIHAging get in the business of writing clinical guidelines & why are they writing one with the @alzassociation where a 7 of 22 committee members are from industry? Read @AmerGeriatrics feedback on NIA-AA Clinical Guideliens for Alzheimers: americangeriatrics.org/sites/default/...

1 4 1.4K

**Ash Paul** @pash22 · Aug 22, 2023

New treatments for Alzheimer's disease: Blazing trails or the road to nowhere? bmj.com/content/382/bm... via @ProfRobHoward et al

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN Follow
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22 Follow
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Politics · Trending
**Great Recession**

Sports · Trending
**Travis Hunter**

Music · Trending
**#ENHYPEN**
358K posts

Politics · Trending
**DeSantis**
2,343 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

X

Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

4 · 8 · 18 · 1.8K

**Ash Paul** @pash22 · Aug 22, 2023
Eligibility for Anti-Amyloid Treatment in a Population-Based Study of Cognitive Aging n.neurology.org/content/early/... via @vijaykramanan et al

neurology.org
Eligibility for Anti-Amyloid Treatment in a Popula
Background and ObjectivesTreatment options for Alzheimer disease (AD) are limited and ha...

1 · 2 · 2 · 2.7K

**Lon S. Schneider, MD** @LonSchneiderMD · Aug 22, 2023
Opportunity to say again:
People eligible for anti-amyloid antibodies are minimally/mildly memory-impaired, generally healthy with few medical issues, largely self-sufficient & social.
Most important, they retain capacity to make decisions & give informed consent for treatment.

1 · 1 · 5 · 957

**Ash Paul** @pash22 · Aug 24, 2023
Lecanemab: Looking before we leap

> **Madhav Thambisetty** @MadhavThambiset · Aug 24, 2023
> Lecanemab: Looking Before We Leap
> “Before adopting lecanemab, we need to know that lecanemab isn’t less effective, vastly more harmful, and 100x more costly than donepezil.”
> n.neurology.org/content/early/... @ProfRobHoward @pash22 ...
> Show more

1 · 4 · 1K

**Ash Paul** @pash22 · Aug 25, 2023
@MelisAnaturk et al dementia risk study finds 11 key factors behind condition: Predictive tool ‘significantly outperforms’ others available and could help avert about 40% of cases theguardian.com/society/2023/a... via @andrewgregory Most prediction tools are rubbish according to ... 1/n

theguardian.com
Dementia risk study finds 11 key factors behind
Predictive tool ‘significantly outperforms’ others available and could help avert about 40% of ...

2 · 2 · 532

**Ash Paul** @pash22 · Aug 25, 2023
2/n ... the world's leading researchers @GSCollins & @MaartenvSmeden & @laure_wynants . No idea how good this prediction tool is!

1 · 244

**Jan**
@810964733763B

## Relevant people

**Adrian H** @Adrian_H — Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don’t like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN — Follow
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22 — Follow
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What’s happening

**Stagecoach 2024**
Music Festival · Last night

Politics · Trending
**Great Recession**

Sports · Trending
**Travis Hunter**

Music · Trending
**#ENHYPEN**
358K posts

Politics · Trending
**DeSantis**
2,343 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2024 X Corp.



X
← Post
Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More
Post

Ash Paul @pash22 · Aug 25, 2023
2/n ... the world's leading researchers @GSCollins & @MaartenvSmeden & @laure_wynants . No idea how good this prediction tool is!
1 · 244

Ash Paul @pash22 · Aug 25, 2023
3/n ... Here's the full study ⬇️
"Development and validation of a dementia risk score in the UK Biobank and Whitehall II cohorts"

mentalhealth.bmj.com
Development and validation of a dementia risk s
Background Current dementia risk scores have had limited success in consistently identifying...

1 · 307

Ash Paul @pash22 · Aug 31, 2023
New Alzheimer's drugs don't deserve the hype: here's why theconversation.com/new-alzheimers... via @seb_walsh

From theconversation.com
3 · 7 · 367

Ash Paul @pash22 · Sep 3, 2023
Amyloid-related imaging abnormalities (ARIA): radiological, biological and clinical characteristics
academic.oup.com/brain/advance-... via @ApostolovaLiana et al

Madhav Thambisetty @MadhavThambiset · Sep 3, 2023
@ProfRobHoward @nvillain_alz @pash22 @LonSchneiderMD @geoperry @KarlHerrup @kathy_y_liu @SFAckley @VincentPlanche @gregggonsalves @reshmagar @jsross119 x.com/MadhavThambise...

2 · 1 · 719

Timothy Daly, PhD @PhilAlz · Oct 11, 2023
May interest members of this thread:

Timothy Daly, PhD @PhilAlz · Oct 11, 2023
The @bmj_latest just published my letter
"Informing consent to antibodies in Alzheimer's disease"

in response to @ProfRobHoward.
...
Show more

1 · 3 · 621

Andrew Lees @ajlees · Oct 11, 2023
The problem is that desperate people are rarely rational
Do you think it would be ethical for a physician to refuse to offer and supervise this treatment when working in the public health system?

Jan
@810964733763B

## Relevant people

Adrian H @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

Dan Clinton - The Av @DanClintonRN Follow
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

Ash Paul @pash22 Follow
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

Stagecoach 2024
Music Festival · Last night

Politics · Trending
Great Recession

Sports · Trending
Travis Hunter

Music · Trending
#ENHYPEN
358K posts

Politics · Trending
DeSantis
2,343 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

Post

♡ 1          ♡ 3          📊 621

**Andrew Lees** @ajlees · Oct 11, 2023          ...
The problem is that desperate people are rarely rational
Do you think it would be ethical for a physician to refuse to offer and
supervise this treatment when working in the public health system?

♡ 1          ♡ 5          📊 315

**Robert Howard** @ProfRobHoward · Oct 11, 2023          ...
In England, we can look to NICE to make an informed and fair
judgement about whether these drugs offer worthwhile benefits to
patients and are cost-effective within the NHS. I'll go with whatever
they decide.

♡ 2          ♡ 4          📊 495

**Lon S. Schneider, MD** @LonSchneiderMD · Oct 11, 2023          ...
Must be a British thing. Antibodies are available & sold in the US
based on evidence that at least 1 person might benefit & mainly on
the hope that benefits might grow over time.
FDA approval makes it an ordinary medical wager: "You pays your
nickel and you takes your chances"

♡ 2          ♡ 8          📊 844

**Nicolas Villain** @nvillain_alz · Oct 11, 2023          ...
You're the "land of hope"! We, whining conservative Europeans, are
always one step behind: we sacrifice innovation on the altar of
public service and public health!

♡ 1          ♡ 4          📊 272

**Ash Paul** @pash22 · Oct 11, 2023          ...
How do you define innovation? Innovation & invention are as
different as chalk and cheese. Invention is something new whereas
innovation is something new that ALWAYS adds VALUE.

♡ 1          ♡          📊 227

**Nicolas Villain** @nvillain_alz · Oct 11, 2023          ...
Don't worry, Ash: you are facing a French leftist who chose a public
service academic career when the French Healthcare system isn't in
top form and when salary differences have never been so high
between the public and private systems 😉 Still, I admit that the US
innovate more

♡ 1          ♡ 2          📊 221

**Ash Paul** @pash22 · Oct 11, 2023          ...
Hi Nicolas, the most innovative country in the world, taking into
account everything, is your neighbour



**Relevant people**

**Adrian H** @Adrian_H          Follow
Je ne te parle pas, je chante pour
moi-même, je chante pour moi-
même! Et je pense! il n'est pas
défendu de penser! I don't like
bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN          Follow
Nurse, Tutor, Author. Believer in
good definitions, the scientific
method, & comparing benefits &
harms in like terms. Seeking to
prevent iatrogenic harm.

**Ash Paul** @pash22          Follow
Public Hlth Dr,interested in evid-
based health services
commissioning,clinical leadership
& hlth policy.My views are my
own,RTs are no endorsements

**What's happening**

Stagecoach 2024
Music Festival · Last night

Politics · Trending
**Great Recession**

Sports · Trending
**Travis Hunter**

Music · Trending
**#ENHYPEN**
358K posts

Politics · Trending
**DeSantis**
2,343 posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2024 X Corp.

**Jan** @810964733763B



X   Post

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

**Post**

**Nicolas Villain** @nvillain_alz · Oct 11, 2023
Thx, Ash! I didn't know that such an index existed! Still, my sentence is correct: "The US innovate more" (than France and the UK), according to your doc, right?

PS: public healthcare in Switzerland isn't a thing either...

♡ 1          ⟳          ♡ 3          ᴨ 329          🔖  ⬆

**Jason Cohen** @MemoryDoc · Oct 11, 2023
I can answer for my entire country: We would rather pay more and die younger with no regard for our neighbors or public health if there is even a small chance we can "get ahead"

♡ 1          ⟳ 1          ♡ 7          ᴨ 721          🔖  ⬆

**David Jones** @DavidJonesBrain · Oct 12, 2023
There are different virtues in every perspective. I have seen miracles that would only occur in certain circumstances. That may not matter to populations, but it did to the individuals who experienced the miracle. Those events can teach us how to scale to everyone.

♡ 1          ⟳          ♡ 3          ᴨ 367          🔖  ⬆

**Ash Paul** @pash22 · Oct 12, 2023
You are living in cloud cuckooland David IMO. Because you deal with such a niche disease like iNPH, your perspective on scaling up stuff for the good of everyone is warped. This scaling up, that you talk abt so passionately, is not going to happen in ur lifetime ... 1/n

♡ 2          ⟳          ♡ 1          ᴨ 280          🔖  ⬆

**Ash Paul** @pash22 · Oct 12, 2023
2/n ... your children's lifetime, your grandchildren's lifetime or even in your great grandchildren's lifetime. Have you read the latest @SenateFloor report?
mobidrive.com/sharelink/p/cG...

### Relevant people

**Adrian H** @Adrian_H          **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN          **Follow**
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22          **Follow**
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

### What's happening

**Stagecoach 2024**
Music Festival · Last night

Politics · Trending
**Great Recession**

Sports · Trending
**Travis Hunter**

Music · Trending
**#ENHYPEN**
358K posts

Politics · Trending
**DeSantis**
2,343 posts

Show more

Terms of Service · Privacy Policy · Cookie Policy
Accessibility · Ads info · More ···
© 2024 X Corp.

Jan @810964733763B

**Home**

**Explore**

**Notifications**

**Messages**

**Grok**

**Lists**

**Bookmarks**

**Communities**

**X Premium**

**Profile**

**More**

**Post**

---

"charity care."[11] The Patient Protection and Affordable Care Act (commonly known as the ACA) added additional community benefit requirements, including stipulating that hospitals must maintain a publicly available financial assistance program and prohibiting hospitals from taking "extraordinary collection actions" against patients who are eligible for charity care, such as selling a patient's debt to a third party, placing a lien on a patient's property, or starting other legal proceedings against the patient.[1]

As Ms. Barrett's case shows, hospitals have gladly accepted the tax benefits that come with non-profit status but have failed to provide the required community benefits. Non-profit hospitals spent only an estimated $16 billion on charity care in 2020, or nearly 2.3% of the value of their tax breaks in the same year.[1] Those hospitals have made information about their charity care programs difficult to access, leaving many patients unaware that they may qualify for free or discounted care.[1] Some hospitals also aggressively try to collect from patients through practices that verge on extraordinary collection practices. One recent study found that in 2017, non-profit

💬 1      🔁      ♡      📊 291      🔖  ⬆

---

**LogarithmicDis** @LogarithmicDis · Oct 12, 2023    ···
Ash, I think you misunderstood what @DavidJonesBrain was saying.

Nevertheless, no reason to be insulting. Massive respect to him and @NaipMayo

💬 2      🔁      ♡ 4      📊 233      🔖  ⬆

---

**Nick Corriveau-Lecavalier, PhD** @CorriveauNick · Oct 12, 2023  ···
Rare and atypical diseases exist and are underestimated, are often misdiagnosed, and patients suffer. Such thinking leads nowhere and hurt patients.

Argue and insult all you want. We'll be busy helping these people.

💬 1      🔁 1      ♡ 8      📊 280      🔖  ⬆

---

**Ash Paul** @pash22 · Oct 12, 2023                          ···
Hi Nick, I'm expressing my views as a clinical payer. There is plenty of evidence to suggest that rare diseases should not get special treatment from clinical payers eg
jme.bmj.com/content/48/2/86 via @monicaqfm

Journal of the Institute of Medical Ethics

**Should rare diseases get special treatment?**

From jme.bmj.com

💬 2      🔁      ♡      📊 235      🔖  ⬆

---

**Nick Corriveau-Lecavalier, PhD** @CorriveauNick · Oct 12, 2023  ···
Some of these diseases are more frequent than you want to think. I agree that bigger problems require bigger commitments. But your comments about patients suffering from these diseases & clinician-researchers helping these patients are at times frankly insensitive and demeaning.

💬 2      🔁      ♡ 1      📊 222      🔖  ⬆

---

**LogarithmicDis** @LogarithmicDis · Oct 12, 2023    ···
Remember when Sjögren's was thought to be rare? Now quite common.

Funneling patients in and out of standard care for only commonly diagnosed diseases is not payer prudent or clinically ethical.

💬 1      🔁      ♡ 2      📊 196      🔖  ⬆

---

**Ash Paul** @pash22 · Oct 12, 2023                          ···
My job as a clinical payer in a finitely funded and publicly funded hlthcare system is unambiguously and crystal clear. For the fixed amount of ££ that Parliament gives us yearly, we need to spend that

---

**Jan** @810964733763B    ···

---

### Relevant people

**Adrian H** @Adrian_H      Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN      Follow
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22      Follow
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

### What's happening

**Stagecoach 2024**
Music Festival · Last night

Politics · Trending
**Great Recession**         ···

Sports · Trending
**Travis Hunter**           ···

Music · Trending
**#ENHYPEN**                ···
358K posts

Politics · Trending
**DeSantis**                ···
2,343 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

# X

- **Home**
- **Explore**
- **Notifications**
- **Messages**
- **Grok**
- **Lists**
- **Bookmarks**
- **Communities**
- **Premium**
- **Profile**
- **More**

**Post**

---

← **Post**  🔍 Search

○ 1   ⇄   ♡ 2   ᴸᵎ 196   🔖 ⬆

**Ash Paul** @pash22 · Oct 12, 2023
My job as a clinical payer in a finitely funded and publicly funded hlthcare system is unambiguously and crystal clear. For the fixed amount of ££ that Parliament gives us yearly, we need to spend that wisely to ensure healthgain for our local population ... 1/n

○ 1   ⇄   ♡ 1   ᴸᵎ 202   🔖 ⬆

**Nicolas Villain** @nvillain_alz · Oct 12, 2023
If I may...│ You both sound very knowledgeable in your areas of expertise with very different perspectives. I'm like Dave, an expert physician from a tertiary center whose added value is to make complex diagnoses. Thus, we face daily situations where we recognize the
1/3

○ 1   ⇄   ♡ 2   ᴸᵎ 195   🔖 ⬆

**Nicolas Villain** @nvillain_alz · Oct 12, 2023
current limitations of medical training, guidelines, etc., and can propose a clear vision of how adaptation of this training and guidelines could be both helpful to patients and cost effective. We also deal with common diseases (iNPH isn't rare, Ash), unlike some specialists
2/3

○ 1   ⇄   ♡ 3   ᴸᵎ 206   🔖 ⬆

**Nicolas Villain** @nvillain_alz · Oct 12, 2023
in other fields. I think we could all be winners if we could improve the dialogues between us: the global group economic perspective with its pragmatic and framework limitations and the specialist with an individual perspective that enlightens and proposes original solutions.
3/3

○ 1   ⇄ 1   ♡ 4   ᴸᵎ 579   🔖 ⬆

**Nicolas Villain** @nvillain_alz · Oct 12, 2023
PS: is it just me, or do some escort bots target our thread??

○ 4   ⇄   ♡ 2   ᴸᵎ 303   🔖 ⬆

**Madhav Thambisetty** @MadhavThambiset · Oct 12, 2023
Just you my friend. Its the price you pay for your dashing good looks, magnetic personality and incandescent intellect.

○ 1   ⇄   ♡ 5   ᴸᵎ 218   🔖 ⬆

**Nicolas Villain** @nvillain_alz · Oct 12, 2023
That was my first guess indeed 😎😎🤣🤣

○ 1   ⇄   ♡ 3   ᴸᵎ 214   🔖 ⬆

**LogarithmicDis** @LogarithmicDis · Oct 12, 2023
Et être français aussi 😎 toujours vrai, il semble, Nic!

○ 1   ⇄   ♡   ᴸᵎ 186   🔖 ⬆

**Nicolas Villain** @nvillain_alz · Oct 12, 2023



---

**Jan** ···
@810964733763B

---

## Relevant people

**Adrian H** @Adrian_H    [Follow]
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN    [Follow]
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22    [Follow]
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Politics · Trending
**Great Recession**

Sports · Trending
**Travis Hunter**

Music · Trending
**#ENHYPEN**
358K posts

Politics · Trending
**DeSantis**
2,343 posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2024 X Corp.

---

 **Post**  Search

# X

- 
🏠 Home
- 🔍 Explore
- 🔔 Notifications
- ✉️ Messages
- ▱ Grok
- ▤ Lists
- 🔖 Bookmarks
- 👥 Communities
- ✖️ Premium
- 👤 Profile
- ⊙ More

**Post**



▶️ GIF

💬 1      ⇄      ♡ 2      �ili 222      🔖  ↥

**Lon S. Schneider, MD** @LonSchneiderMD · Oct 12, 2023    …
This is more like it 😊



CANAL+

‖ GIF

💬 2      ⇄      ♡ 3      �ili 221      🔖  ↥

**Ash Paul** @pash22 · Oct 12, 2023    …
How about this one Lon? Makes Nicolas look more like a DSME
secret service agent doesn't it?




**Jan**
@810964733763B    …

## Relevant people

 **Adrian H**   **Follow**
@Adrian_H
Je ne te parle pas, je chante pour
moi-même, je chante pour moi-
même! Et je pense! il n'est pas
défendu de penser! I don't like
bullies. I block anon idiots.

 **Dan Clinton - The Av**   **Follow**
@DanClintonRN
Nurse, Tutor, Author. Believer in
good definitions, the scientific
method, & comparing benefits &
harms in like terms. Seeking to
prevent iatrogenic harm.

 **Ash Paul**   **Follow**
@pash22
Public Hlth Dr,interested in evid-
based health services
commissioning,clinical leadership
& hlth policy.My views are my
own,RTs are no endorsements

## What's happening

Stagecoach 2024
Music Festival · Last night

Politics · Trending
**Great Recession**

Sports · Trending
**Travis Hunter**

Music · Trending
**#ENHYPEN**
358K posts

Politics · Trending
**DeSantis**
2,343 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2024 X Corp.



**X**

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

**Post**

**Lon S. Schneider, MD** @LonSchneiderMD · Oct 12, 2023
Not really, looks like someone who still has all his toes.

💬 1    🔁    ♡ 1    📊 218    🔖 ⬆️

**Madhav Thambisetty** @MadhavThambiset · Oct 12, 2023
You can tell he speaks softly and carries a big reflex hammer

💬 1    🔁    ♡ 4    📊 247    🔖 ⬆️

**Nicolas Villain** @nvillain_alz · Oct 12, 2023
French style Reflex hammer: not the big Queen Square model, but rather Babinski's ;)

💬 2    🔁    ♡ 2    📊 332    🔖 ⬆️

**Trey Bateman** @RenegadeSynapse · Oct 12, 2023
Oh, good, this thread has moved onto something 😄 less controversial among neurologists, like reflex hammer choice 😂

💬 3    🔁    ♡ 5    📊 267    🔖 ⬆️

**Madhav Thambisetty** @MadhavThambiset · Oct 12, 2023
I fear Rob will now feel obliged to share candid pictures of his CBT manual

💬 2    🔁    ♡ 5    📊 296    🔖 ⬆️

**Lon S. Schneider, MD** @LonSchneiderMD · Oct 12, 2023
Mostly he'll show you the effect size for cbt in prodromal AD and how it dwarfs lecanemab's. Which of course isn't saying much.

💬 2    🔁    ♡ 6    📊 321    🔖 ⬆️

**LogarithmicDis** @LogarithmicDis · Oct 12, 2023

the subject of ongoing federal probes, has suffered another blow. A much-anticipated investigation by the City University of New York has accused neuroscientist Hoau-Yan Wang, a CUNY faculty member and longtime Cassava collaborator, of scientific misconduct involving 20 research papers. Many provided key support for simufilam's jump from the lab into ongoing clinical trials.

The investigative committee found numerous signs that images were improperly manipulated, for example in a 2012 paper in *The Journal of Neuroscience* that suggested simufilam can blunt the

**Jan**
@810964733763B

### Relevant people

**Adrian H** @Adrian_H    **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN    **Follow**
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22    **Follow**
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

### What's happening

**Stagecoach 2024**
Music Festival · Last night

Politics · Trending
**Great Recession**

Sports · Trending
**Travis Hunter**

Music · Trending
**#ENHYPEN**
358K posts

Politics · Trending
**DeSantis**
2,343 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

# X

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications
- ✉️ Messages
- ☑️ Grok
- 🗒 Lists
- 🔖 Bookmarks
- 👥 Communities
- ✖️ Premium
- 👤 Profile
- ⊙ More

**Post**



The investigative committee found numerous signs that images were improperly manipulated, for example in a 2012 paper in *The Journal of Neuroscience* that suggested simufilam can blunt the pathological effects of beta amyloid, a protein widely thought to drive Alzheimer's disease. It also concluded that Lindsay Burns, Cassava's senior vice president for neuroscience and a co-author on several of...

💬 2         ↻         ♡ 2         📊 258         🔖 ⬆️

**Lon S. Schneider, MD** @LonSchneiderMD · Oct 12, 2023   ···
Let's see how long it takes for NIH and OSI to act.
It will be fun to see who Cassava's antisemitic trolls go after.

💬 3         ↻ 1         ♡ 5         📊 456         🔖 ⬆️

**LogarithmicDis** @LogarithmicDis · Oct 13, 2023   ···
Lon et al, would you trust the guy hammered by his own university committee for egregious misconduct (and reported to @HHS_ORI ) to continue producing the laboratory endpoints for ongoing clinical trials?

Madness.

Hello @FDACDERDirector

Co-developer of Cassava's potential Alzheimer's drug cited for 'egregio...
From science.org

💬 1         ↻         ♡         📊 267         🔖 ⬆️

**Ash Paul** @pash22 · Oct 13, 2023   ···
@CassavaSciences responds to @CUNY accusations of 'scientific misconduct,' reiterates support of data behind controversial Alzheimer's drug
endpts.com/cassava-scienc... via @KatherineMLewin @Adrian_H @ClicksAndHisses

Cassava responds to accusations of 'scientific misconduct,' reiterates s...
From endpts.com

💬 1         ↻         ♡ 3         📊 370         🔖 ⬆️

**Adrian H** @Adrian_H · Oct 13, 2023   ···
The investigation wood produce findings of "egregious...

**Jan**
@810964733763B   ···

## Relevant people

**Adrian H**   **Follow**
@Adrian_H
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av**   **Follow**
@DanClintonRN
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul**   **Follow**
@pash22
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Politics · Trending
**Great Recession**   ···

Sports · Trending
**Travis Hunter**   ···

Music · Trending
**#ENHYPEN**   ···
358K posts

Politics · Trending
**DeSantis**   ···
2,343 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

**Post**



From endpts.com

♡ 1          ⟲          ♡ 3          �_ 370          🔖   ↥

**Adrian H** @Adrian_H · Oct 13, 2023
The investigation report made a finding of "egregious misconduct"— it's no longer a mere accusation.

♡ 1          ⟲          ♡ 2          ⏵ 383          🔖   ↥

**Robert Howard** @ProfRobHoward · Oct 13, 2023
But, only 20 papers were involved, Adrian.

♡ 1          ⟲          ♡ 3          ⏵ 356          🔖   ↥

**Ash Paul** @pash22 · Oct 13, 2023
That should keep @NIH & @HHS_ORI busy presumably.

♡ 1          ⟲          ♡ 1          ⏵ 335          🔖   ↥

**Ash Paul** @pash22 · Oct 13, 2023
In addition, Adam @adamfeuerstein has made a very pertinent point on twitter ⏬
twitter.com/adamfeuerstein... cc @FDACDERDirector

> 🟦 **Adam Feuerstein** 🟦 ✔ @adamfeuerstein · Oct 12, 2023
> Replying to @adamfeuerstein
> Forget the stock for a moment, the real tragedy of $SAVA and its abhorent behavior with respect to the development of simufilam is that people with Alzheimer's have been duped into enrolling in clinical trials that have no chance of succeeding.
>
> ♡ 3          ⟲          ♡ 4          ⏵ 873          🔖   ↥

**Dan Clinton - The Awesome Nursin** @DanClint · Oct 13, 2023 ···
Seems like selective outrage to only rail against $SAVA and simufilam giving Alzheimer's patients false hope when amyloid-removing antibodies are now proven not to work and proven to commonly cause serious brain damage.

♡ 2          ⟲          ♡ 4          ⏵ 297          🔖   ↥

**Adrian H**
@Adrian_H

It's a totally different issue, but I can assure you that many of those outraged with $SAVA were also outraged with Aduhelm and FDA shenanigans and skeptical of amyloid Abs. But there's equivalence between that and allegedly completely fake science and an allegedly imaginary drug

5:24 PM · Oct 13, 2023 · **749** Views

♡ 4          ⟲ 1          ♡ 3          🔖          ↥

(avatar) Post your reply                                   **Reply**

**Robert Howard** @ProfRobHoward · Oct 13, 2023 ···
Although the Aduhelm shenanigans and Biogen's behaviour ran pretty close.

♡          ⟲          ♡ 4          ⏵ 208          🔖   ↥

## More replies

**Adrian H** @Adrian_H · Oct 13, 2023                     ···
^no equivalence, obvs

---

### Relevant people

**Adrian H** @Adrian_H          **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av** @DanClintonRN          **Follow**
Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul** @pash22          **Follow**
Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

### What's happening

**Stagecoach 2024**
Music Festival · Last night

Politics · Trending
**Great Recession**                     ···

Sports · Trending
**Travis Hunter**                     ···

Music · Trending
**#ENHYPEN**                     ···
358K posts

Politics · Trending
**DeSantis**                     ···
2,343 posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

**Jan**
@810964733763B

Document title: (2) Adrian H on X: &quot;@DanClintonRN @pash22 @ProfRobHoward @LogarithmicDis @LonSchneiderMD @MadhavThambiset @RenegadeSynaps…
Capture URL: https://twitter.com/Adrian_H/status/1712881971347517840
Capture timestamp (UTC): Mon, 29 Apr 2024 15:12:04 GMT



**More replies**

**Adrian H** @Adrian_H · Oct 13, 2023 · · ·
^no equivalence, obvs

💬   🔁   ♡ 1   📊 93   🔖 ⬆

**Dan Clinton - The Awesome Nursin** @DanClint· · Oct 13, 2023 · · ·
I agree that there's a difference between making up results and
misinterpreting results, but the issue of patients being "duped into
enrolling in clinical trials that have no chance of succeeding," now
applies to anti-amyloid antibodies.

💬 2   🔁   ♡ 1   📊 243   🔖 ⬆

**Adrian H** @Adrian_H · Oct 13, 2023 · · ·
It's a tough call.. some of the newer anti-amyloid antibodies clearly
are doing *something*, though I agree the clinical value remains
very questionable.  But it seems reasonable to at least keep
studying them.

💬 2   🔁   ♡   📊 265   🔖 ⬆

**Ash Paul** @pash22 · Oct 14, 2023 · · ·
Not sure what @alzassociation & @DrMariaALZ are upto though, as
Madhav @MadhavThambiset has discovered 🔼

> **Madhav Thambisetty** @MadhavThambiset · Oct 14, 2023
> Only 1 of these can be true. One is the FDA label for Amyvid, the
> 1st approved amyloid PET tracer. 2nd is the Alz Assoc's giddy
> response to CMS decision to cover it announced today
> @marcomeglio1 @LonSchneiderMD @ProfRobHoward @pash22
> @geraldposner @RitaRubin @judith_graham
>
> HIGHLIGHTS OF PRESCRIBING INFORMATION                                  become even more valuable in the diagnosis
> These highlights do not include all the information needed to use Amy-   and eligibility of FDA-approved treatments.
> vidly and effectively. See full prescribing information for Amyvid.
> Amyvid (Florbetapir F 18 Injection) for intravenous use                 "Amyloid PET scans are a proven tool and can
> initial U.S. Approval: 2012                                              be an important part of Alzheimer's diagnosis
> ──────── INDICATIONS AND USAGE ────────              and treatment," Maria C. Carrillo, PhD, chief
> Amyvid is a radioactive diagnostic agent for Positron Emission Tomography   science officer of the Alzheimer's Association.
> PET) imaging of the brain to estimate β-amyloid neuritic plaque density in   said in a statement. "Broader access to amyloid
> dult patients with cognitive impairment who are being evaluated for
> Alzheimer's Disease (AD) and other causes of cognitive decline. A negative   PET scans will enable earlier and more accurate
> Amyvid scan indicates sparse to no neuritic plaques, and is inconsistent with   diagnosis, and better care management. Their
> neuropathological diagnosis of AD at the time of image acquisition; a
> negative scan result reduces the likelihood that a patient's cognitive       use can lead to better health outcomes for
> impairment is due to AD. A positive Amyvid scan indicates moderate to        people living with Alzheimer's or another
> frequent amyloid neuritic plaques; neuropathological examination has shown   dementia. This decision reflects the FDA's
> this amount of amyloid neuritic plaque is present in patients with AD, but it
> also be present in patients with other types of neurologic conditions as well   confidence in this technology after many years
> that people with normal cognition. Amyvid is an adjunct to other diagnostic   of evaluation. It is essential that the MACs
> valuations (1).                                                             (Medicare Administrative Contractors) continue
> Limitations of Use                                                         the CMS anction of anyvin DET cann in
>   A positive Amyvid scan does not establish a diagnosis of AD or other
>   cognitive disorder (1).
>   Safety and effectiveness of Amyvid have not been established for:
>     Predicting development of dementia or other neurologic condition
>     Monitoring responses to therapies (1).

💬 1   🔁   ♡ 2   📊 326   🔖 ⬆

**Lon S. Schneider, MD** @LonSchneiderMD · Oct 14, 2023 · · ·
Up to? The mission of #EndAlz is to make a market and increase
donations from their grass roots supporters.

💬 3   🔁   ♡ 3   📊 181   🔖 ⬆

**Dan Clinton - The Awesome Nursin** @DanClint· · Oct 14, 2023 · · ·
And, whether through intentional greed or profound idiocy, by
changing the definition of Alzheimer's to only requiring the presence
of amyloid the Alzheimer's association will make Alzheimer's
literally incurable.

💬 1   🔁   ♡ 1   📊 196   🔖 ⬆

**Ash Paul** @pash22 · Oct 14, 2023 · · ·
Isn't curing for patients bad business?
medpagetoday.com/opinion/revolu... via Prof #MiltonPacker &
@medpagetoday quoting the famous 2018 @GoldmanSachs report

**Jan**
@810964733763B
· · ·

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

isn't curing for patients bad business?
medpagetoday.com/opinion/revolu... via Prof #MiltonPacker &
@medpagetoday quoting the famous 2018 @GoldmanSachs report



Opinion | It's Official! Curing Patients Is Bad for Business

From medpagetoday.com

○    ⟲    ♡ 1    �III 257    ⊓ ⤴

**C-Money** @MrCraigMoney · Oct 13, 2023
Dude you are paid to pump out SAVA disinformation come on.

○    ⟲    ♡    III 27    ⊓ ⤴

## Relevant people

**Adrian H**    **Follow**
@Adrian_H
Je ne te parle pas, je chante pour
moi-même, je chante pour moi-
même! Et je pense! il n'est pas
défendu de penser! I don't like
bullies. I block anon idiots.

**Dan Clinton - The Av**    **Follow**
@DanClintonRN
Nurse, Tutor, Author. Believer in
good definitions, the scientific
method, & comparing benefits &
harms in like terms. Seeking to
prevent iatrogenic harm.

**Ash Paul**    **Follow**
@pash22
Public Hlth Dr,interested in evid-
based health services
commissioning,clinical leadership
& hlth policy.My views are my
own,RTs are no endorsements

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Politics · Trending
**Great Recession**

Sports · Trending
**Travis Hunter**

Music · Trending
**#ENHYPEN**
358K posts

Politics · Trending
**DeSantis**
2,343 posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2024 X Corp.

**Jan** ···
@810964733763B

Document title: (2) Adrian H on X: &quot;@DanClintonRN @pash22 @ProfRobHoward @LogarithmicDis @LonSchneiderMD @MadhavThambiset @RenegadeSynaps…
Capture URL: https://twitter.com/Adrian_H/status/1712881971347517840
Capture timestamp (UTC): Mon, 29 Apr 2024 15:12:04 GMT



X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

**C-Money** @MrCraigMoney · Oct 13, 2023
Dude you are paid to pump out SAVA disinformation come on.

27

**Relevant people**

**Adrian H**
@Adrian_H    Follow

Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Dan Clinton - The Av**    Follow
@DanClintonRN

Nurse, Tutor, Author. Believer in good definitions, the scientific method, & comparing benefits & harms in like terms. Seeking to prevent iatrogenic harm.

**Ash Paul**    Follow
@pash22

Public Hlth Dr,interested in evid-based health services commissioning,clinical leadership & hlth policy.My views are my own,RTs are no endorsements

**What's happening**

**Stagecoach 2024**
Music Festival · Last night

Politics · Trending
**Great Recession**

Sports · Trending
**Travis Hunter**

Music · Trending
**#ENHYPEN**
358K posts

Politics · Trending
**DeSantis**
2,343 posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2024 X Corp.



**Jan**
@810964733763B

Document title: (2) Adrian H on X: "&quot;@DanClintonRN @pash22 @ProfRobHoward @LogarithmicDis @LonSchneiderMD @MadhavThambiset @RenegadeSynaps…
Capture URL: https://twitter.com/Adrian_H/status/1712881971347517840
Capture timestamp (UTC): Mon, 29 Apr 2024 15:12:04 GMT