# EXHIBIT 79

**Page Vault**

| | |
|---|---|
| Document title: | (2) Adrian H on X: "@BryanMa39312867 @TomSoule74 @RonBurg26977072 @CUNY @JoeSpringer It doesn't work because all of the "science" &amp; justification for testing it has been fabricated or complete bullshit, in my scientific opinion. I don't need to pretend to do a clinical trial and give grandma a spinal tap to know that for sure. The other accounts are not me." / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1770991599368970713 |
| Page loaded at (UTC): | Mon, 29 Apr 2024 15:13:58 GMT |
| Capture timestamp (UTC): | Mon, 29 Apr 2024 15:15:24 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 5 |
| Capture ID: | 33pis9UiHxXDJGb4P5fdgT |
| User: | bfca-ccoronado |

PDF REFERENCE #:        9hV47MpPYdFuiHBRZ9qtvH



# X

**Home**

**Explore**

**Notifications** 2

**Messages**

**Grok**

**Lists**

**Bookmarks**

**Communities**

**Premium**

**Profile**

**More**

**Post**

Jan
@810964733763B

---

**Post**

Search

This Post is from an account that no longer exists. Learn more

**Ron Burgandy** @RonBurg26977072 · Mar 18
Madam, the "CUNY WORK" is over. The FDA cares about one thing and one thing only. Results of the two phase 3 trials. All your ranting and crying won't stop the results from coming out in 9-10 months. You and your I'll incessant crying has had zero impact. It's over, my friend

💬 3    🔁 2    ♡ 21    📊 1.5K    🔖    ⬆️

This Post is from an account that no longer exists. Learn more

**Ron Burgandy** @RonBurg26977072 · Mar 18
Best Alz drug of all time and still calling it fraud.  Shit, maybe you are Bredt.

💬 2    🔁    ♡ 2    📊 151    🔖    ⬆️

This Post is from an account that no longer exists. Learn more

**Bryan Marks** @BryanMa39312867 · Mar 19
Its embarrassing that i need to ask this but you guys understand that Hoau-yan Wang and Cassava sciences are two different entities right?

$SAVA is engaged in one of the largest PH3 ALZ trials in history and results are only months away. Maybe STFU and wait?

💬 1    🔁    ♡ 1    📊 117    🔖    ⬆️

This Post is from an account that no longer exists. Learn more

**Bryan Marks** @BryanMa39312867 · Mar 20
Where did I say there was no relationship at all? Your trying to invalidate all of the positive data presented by $SAVA because of a 3rd party employed by CUNY.

What do you say about the labs outside of $SAVA that have confirmed Simufilams MOA?

💬 1    🔁    ♡ 1    📊 204    🔖    ⬆️

This Post is from an account that no longer exists. Learn more

**Bryan Marks** @BryanMa39312867 · Mar 21
CUNY problems are exactly that, CUNY problems.

 CUNY has taken no action against Wang, why do you think that is? Also why wont you answer my previous question about all of the evidence from 3rd parties confirming his research??

💬 3    🔁    ♡ 2    📊 248    🔖    ⬆️

This Post is from an account that no longer exists. Learn more

**Adrian H** @Adrian_H · Mar 21
Never.

$SAVA had some other incompetent and/or shady people (eg. Cecon/Jockers) run *different* expts in collages with old Wang data, proving exactly nothing, 'published' in the lowest-quality journals around (Frontiers in Aging, 'International J of Molecular Sci')

💬 1    🔁    ♡ 4    📊 209    🔖    ⬆️

---

## Relevant people

**Adrian H** @Adrian_H    **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Bryan Marks** @BryanMa39312867    **Follow**

## What's happening

**Stagecoach 2024**
Music Festival · This morning

Celebrities · Trending
**Lin-Manuel Miranda**
Trending with The Gift

Trending in United States
**Moana 2**

Sports · Trending
**Travis Hunter**

Entertainment · Trending
**Jerry Seinfeld**
16K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

---

# X

**Post**

## Home

## Explore

## Notifications

## Messages

## Grok

## Lists

## Bookmarks

## Communities

## Premium

## Profile

## More

**Post**

$SAVA had some other incompetent and/or shady expts (eg. Cecon/Jockers) run *different* expts in collages with old Wang data, proving exactly nothing, 'published' in the lowest-quality journals around (Frontiers in Aging, 'International J of Molecular Sci')

💬 1          🔁          ♡ 4          📊 209          🔖          ⬆️

**Adrian H** @Adrian_H · Mar 21
The whole Jockers FRET angle is a complete joke, because a) aBeta does not specifically bind nAChR7 in the first place; b) their experiment is ridiculous because it doesn't distinguish competitive and noncompetive inhib and is not consistent with any of Wang's prior BS claims

💬 1          🔁          ♡ 1          📊 103          🔖          ⬆️

**Adrian H** @Adrian_H · Mar 21
But to be charitable, I will say that I think the French FRET clowns are just confused and earnestly fooling themselves rather than actively making up their nonsense.

💬 1          🔁          ♡          📊 83          🔖          ⬆️

**Adrian H** @Adrian_H · Mar 21
Bordey seems to be clueless and might have been fooled by her postdoc in my opinion.  Still has not corrected basic statistical errors pointed out 2 years ago.

pubpeer.com/publications/1…

💬 1          🔁          ♡ 1          📊 110          🔖          ⬆️

**Adrian H** @Adrian_H · Mar 21
And the Bordey paper claimed the opposite effect for Simufilam that Cassava claims.  None of it makes a lick of sense.

💬 1          🔁          ♡ 1          📊 124          🔖          ⬆️

**Bryan Marks** @BryanMa39312867 · Mar 22
Lets simplify this. $SAVA will have data readouts in the coming months from one of the largest PH3 ALZ trials in history.

Trials fail your proven correct, trials succeed ALZ patients win. So why not just wait? What's your REAL motive for being here?

💬 2          🔁          ♡ 4          📊 181          🔖          ⬆️

**Adrian H** @Adrian_H · Mar 22
I have multiple motives, but my primary motive is I don't like bullshit.  My motives don't matter, however, because I am correct.  Wang's fraud and misconduct has already been well established; there is no need to politely wait for more people to be ripped off.

💬 1          🔁          ♡ 1          📊 108          🔖          ⬆️

**Bryan Marks** @BryanMa39312867 · Mar 22
You claim to be a man of science, so why not follow the scientific method and wait for the results? Instead of coming here to scream "Fraud!!!" at the clouds? is your time that worthless?

💬 1          🔁          ♡ 2          📊 115          🔖          ⬆️

This Post is from an account that no longer exists. Learn more

**Bryan Marks** @BryanMa39312867 · Mar 22
Can you explain how I'm in favor of fraud exactly?

I'm in favor of finding out if Simufilam works or not. And we will know for sure by the end of the year. Now can you switch back to your other account Adrian and answer my other questions?

💬 1          🔁          ♡ 2          📊 132          🔖          ⬆️

**Post**

## Relevant people

**Adrian H** @Adrian_H                **Follow**
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Bryan Marks** @BryanMa39312867                **Follow**

## What's happening

**Stagecoach 2024**
Music Festival · This morning

Celebrities · Trending
**Lin-Manuel Miranda**
Trending with The Gift

Trending in United States
**Moana 2**

Sports · Trending
**Travis Hunter**

Entertainment · Trending
**Jerry Seinfeld**
16K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

**Jan** @810964733763B



**Post**

I'm in favor of finding out if Simufilam works or not. And we will know for sure by the end of the year. Now can you switch back to your other account Adrian and answer my other questions?

💬 1          ⟲          ♡ 2          📊 132          🔖     ↥

**Adrian H**
@Adrian_H

It doesn't work because all of the "science" & justification for testing it has been fabricated or complete bullshit, in my scientific opinion.  I don't need to pretend to do a clinical trial and give grandma a spinal tap to know that for sure.

The other accounts are not me.

1:51 AM · Mar 22, 2024 · **126** Views

💬 1          ⟲          ♡ 4          🔖     ↥

👤 Post your reply                                    **Reply**

## More replies

**Bryan Marks** @BryanMa39312867 · Mar 22
Well its been about 2 years since the CP and in that time none of the 3 letter government agencies who have complete access to $SAVA raw data have found any fraud or wrongdoing at all.

Yet you, a guy on twitter can say for certain the company is a fraud? 🙄

💬 1          ⟲ 1          ♡ 6          📊 572          🔖     ↥

**Adrian H** @Adrian_H · Mar 22
You seem to be making a lot of unfounded assumptions there.

💬 3          ⟲          ♡ 1          📊 126          🔖     ↥

**Skeeter** @Skeeter206 · Mar 22
And you aren't?  If the FDA or SEC or any other government agency found fraud, you don't think they would have presented that fraud to a judge to put an end to two ongoing P3 trials with nearly 2,000 enrolled patients?

💬 1          ⟲          ♡ 2          📊 52          🔖     ↥

This Post is from an account that no longer exists. Learn more

**Harm Reduction** @MountainTimeZ · Mar 24
They have your emails spamming journals, universities and agencies.
Let's Go uBiome!

💬          ⟲          ♡          📊 14          🔖     ↥

### Relevant people

**Adrian H**          **Follow**
@Adrian_H
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**B Bryan Marks**          **Follow**
@BryanMa39312867

### What's happening

**Stagecoach 2024**
Music Festival · This morning

Celebrities · Trending
**Lin-Manuel Miranda**
Trending with The Gift

Trending in United States
**Moana 2**

Sports · Trending
**Travis Hunter**

Entertainment · Trending
**Jerry Seinfeld**
16K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2024 X Corp.

**Jan** ···
@810964733763B

Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Jan
@810964733763B

**Harm Reduction** @MountainTimeZ · Mar 24
They have your emails spamming journals, universities and agencies.
Let's Go uBiome!

14

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Bryan Marks** @BryanMa39312867 Follow

## What's happening

**Stagecoach 2024**
Music Festival · This morning

Celebrities · Trending
**Lin-Manuel Miranda**
Trending with The Gift

Trending in United States
**Moana 2**

Sports · Trending
**Travis Hunter**

Entertainment · Trending
**Jerry Seinfeld**
16K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

