# EXHIBIT 80

**PageVault**

| | |
|---|---|
| Document title: | (2) Adrian H on X: "@MicrobiomDigest @Thatsregrettab1 @cpiller @adamfeuerstein @apoorva_nyc @joewalkerWSJ @RetractionWatch I can't recall anybody flat-out fabricating data for a Phase 2 clinical trial under FDA IND before" / X |
| Capture URL: | https://twitter.com/Adrian_H/status/1772306001191997797 |
| Page loaded at (UTC): | Mon, 29 Apr 2024 15:16:11 GMT |
| Capture timestamp (UTC): | Mon, 29 Apr 2024 15:17:08 GMT |
| Capture tool: | 10.46.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 3 |
| Capture ID: | uS58wZc6PitMTddRrPzmig |
| User: | bfca-ccoronado |

PDF REFERENCE #:      bdbjwZHbcFrnfui7gVUbCs





X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Post

Search

**Adrian H** @Adrian_H · Mar 25
Cassava achieves the rare distinction of earning an "Editorial Note" on the Ph2b *preprint* that they never could get published..

researchsquare.com/article/rs-249...

$SAVA

@cpiller @adamfeuerstein @apoorva_nyc @joewalkerWSJ

@MicrobiomDigest @RetractionWatch

**Editorial Note**

20 March, 2024. [In light of concerns] (https://www.science.org/content/article/damning-fda-inspection-report-undermines-positive-trial-results-possible-alzheimer-s) about the credibility of claims by Wang and Cassava about their Alzheimer's drug simufilam, it's important for readers to be aware of allegations of data manipulation and the ongoing U.S. criminal probe and SEC scrutiny. While the FDA has allowed ongoing trials to continue, these regulatory and investigative challenges cannot be overlooked. We encourage a balanced view on this preprint considering the potential benefits of the drug alongside the current investigations into Cassava Sciences' research practices.

Editorial notes are used to provide important context regarding the topic of a preprint or to alert readers to potential issues concerning that preprint or a downstream publication associated with it. For more information on editorial notes, see our Editorial Policies.

6 17 47 21K

**Cheshire** @Thatsregrettab1 · Mar 25
I don't recall seeing one of those before.

1 6 403

**Elisabeth Bik** @MicrobiomDigest · Mar 25
Me neither.

1 2 156

**Adrian H**
@Adrian_H

I can't recall anybody flat-out fabricating data for a Phase 2 clinical trial under FDA IND before

4:54 PM · Mar 25, 2024 · **145** Views

1 2

Post your reply Reply

Jan
@810964733763B

## Relevant people

**Adrian H** @Adrian_H Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Elisabeth Bik** @MicrobiomDigest Follow
Science integrity consultant, PhD. #ImageForensics Previously @ Stanford and (gasp!) uBiome. She/her. elisabethbik.bsky Patreon.com/elisabethbik

**Cheshire** @Thatsregrettab1 Follow
Not a scientist, just a nuisance CheshireGrins@protonmail.com

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Trending in United States
**Moana 2**

Politics · Trending
**Great Recession**

Sports · Trending
**Travis Hunter**

Trending in United States
**Feel No Ways**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Profile
More

Post

Jan
@810964733763B

Post

**Adrian H**
@Adrian_H

I can't recall anybody flat-out fabricating data for a Phase 2 clinical trial under FDA IND before

4:54 PM · Mar 25, 2024 · **145** Views

1 2

Post your reply

Reply

Search

## Relevant people

**Adrian H**
@Adrian_H
Follow
Je ne te parle pas, je chante pour moi-même, je chante pour moi-même! Et je pense! il n'est pas défendu de penser! I don't like bullies. I block anon idiots.

**Elisabeth Bik**
@MicrobiomDigest
Follow
Science integrity consultant, PhD. #ImageForensics Previously @ Stanford and (gasp!) uBiome. She/her. elisabethbik.bsky Patreon.com/elisabethbik 🇳🇱🇺🇸

**Cheshire**
@Thatsregrettab1
Follow
👉 Not a scientist, just a nuisance
👈 CheshireGrins@protonmail.com

## What's happening

**Stagecoach 2024**
Music Festival · Last night

Trending in United States
**Moana 2**

Politics · Trending
**Great Recession**

Sports · Trending
**Travis Hunter**

Trending in United States
**Feel No Ways**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.