# EXHIBIT 115



## Cassava Sciences Invited to Participate in B. Riley Securities' Neuroscience Conference

April 27, 2021

### Fireside Chat on Wednesday, April 28th at 2:30PM Eastern

AUSTIN, Texas, April 27, 2021 (GLOBE NEWSWIRE) -- Cassava Sciences, Inc. (Nasdaq: SAVA), a clinical-stage biotechnology company focused on Alzheimer's disease, today announced that it has been invited to participate in the B. Riley Securities' Neuroscience Conference, a virtual event taking place on April 28-29, 2021. The B. Riley Securities' Neuroscience Conference will cover key topics across neurodegeneration and neuropsychiatry disease areas with leading companies in the field.

Remi Barbier, President & CEO, will participate in a virtual Fireside Chat led by the research team at B. Riley Securities on Wednesday, April 28, 2021 at 2:30 PM – 3:00 PM Eastern time. The link for this webcast is: https://www.webcaster4.com/Webcast/Page/2433/41052. An archived replay of the Fireside Chat will be available on Cassava Sciences' website for approximately 90 days following the event.

**About Cassava Sciences, Inc.**
Cassava Sciences' mission is to discover and develop innovations for chronic, neurodegenerative conditions. Over the past 10 years, Cassava Sciences has combined state-of-the-art technology with new insights in neurobiology to develop novel solutions for Alzheimer's disease. For more information, please visit: https://www.CassavaSciences.com.

**For More Information Contact:**
Eric Schoen, Chief Financial Officer
eschoen@CassavaSciences.com
(512) 501-2450



Source: Cassava Sciences, Inc.