# EXHIBIT 118



## Cassava Sciences to Participate in Q&A Panel Discussion on Alzheimer's Disease

May 24, 2021

**- Virtual Panel to be Held on Wednesday, May 26th, 11:00am Eastern Time -**

**- Discussion to be Moderated by Jason McCarthy, PhD, Head of Biotechnology Research at Maxim Group -**

AUSTIN, Texas, May 24, 2021 (GLOBE NEWSWIRE) -- Cassava Sciences, Inc. (Nasdaq: SAVA), a clinical-stage biotechnology company focused on Alzheimer's disease, today announced it will participate in a Q&A panel discussion focused on innovative treatment approaches for Alzheimer's disease. Jason McCarthy, PhD, Head of Biotechnology Research Group and Senior Managing Director, Maxim Group, will moderate the discussion on Wednesday, May 26th at 11:00am Eastern time.

Remi Barbier, President & CEO, will participate for Cassava Sciences. To RSVP for the Maxim Group/M-Vest Virtual Panel on Alzheimer's Disease, please visit the event website, here.

**About Alzheimer's Disease**
Alzheimer's disease is a progressive brain disorder that destroys memory and thinking skills. Currently, there are no drug therapies to halt Alzheimer's disease, much less reverse its course. As of 2020, there were approximately 50 million people worldwide living with dementia, a figure expected to increase to 150 million by 2050.[1] The annual global cost of dementia is now above $1 trillion**,** according to *Alzheimer's Disease International*, a charitable organization.

**About Cassava Sciences, Inc.**
Cassava Sciences' mission is to discover and develop innovations for chronic, neurodegenerative conditions. Over the past 10 years,  Cassava Sciences has combined state-of-the-art technology with new insights in neurobiology to develop novel solutions for Alzheimer's disease. For more information, please visit: https://www.CassavaSciences.com

**About Maxim Group/M-Vest**
Maxim Group LLC is a full-service investment banking, securities and wealth management firm headquartered in New York. M-Vest serves as a digital marketplace, focused on providing investors with the latest information on innovative emerging growth companies.

**For More Information Contact:**
Eric Schoen, Chief Financial Officer
eschoen@CassavaSciences.com
(512) 501-2450

[1] *Alzheimer's Disease International, Dementia Statistics,* available on-line and accessed May 23, 2021.



Source: Cassava Sciences, Inc.