# EXHIBIT 119



## Cassava Sciences to Present at the Raymond James 2021 Human Health Innovation Conference

June 17, 2021

AUSTIN, Texas, June 17, 2021 (GLOBE NEWSWIRE) -- Cassava Sciences, Inc. (Nasdaq: SAVA), a clinical-stage biotechnology company focused on Alzheimer's disease, today announced that it has been invited to present at the Raymond James 2021 Human Health Innovation Conference, a virtual event taking place on June 21-23, 2021.

Remi Barbier, President & CEO, and Eric Schoen, Chief Financial Officer, will present a corporate overview on Tuesday, June 22nd at 3:20pm Eastern time. Management will also host meetings with institutional investors during this conference. A webcast of management's presentation will be available for replay through September 20, 2021, on the Company's website, www.CassavaSciences.com, under the 'Investors' tab.

**About Cassava Sciences, Inc.**
Cassava Sciences' mission is to discover and develop innovations for chronic, neurodegenerative conditions. Over the past 10 years, Cassava Sciences has combined state-of-the-art technology with new insights in neurobiology to develop novel solutions for Alzheimer's disease. For more information, please visit: https://www.CassavaSciences.com.

**For More Information Contact:**
Eric Schoen, Chief Financial Officer
eschoen@CassavaSciences.com
(512) 501-2450



Source: Cassava Sciences, Inc.