# **EXHIBIT 129**



**Cassava Sciences Releases a Public Statement Regarding Recent Allegations**

September 3, 2021

AUSTIN, Texas, Sept. 03, 2021 (GLOBE NEWSWIRE) -- Cassava Sciences, Inc. (Nasdaq: SAVA), a biotechnology company focused on Alzheimer's disease, today released a public statement regarding recent allegations made against the Company.

"Let me be very clear: I think these allegations are false," said Remi Barbier, President & CEO. "The allegations claim our science is improbable, unexpected and unique to Cassava Sciences, and therefore it's all an elaborate fraud. By these criteria, all drug innovations are fraudulent. We intend to vigorously defend ourselves and our stakeholders against false and misleading allegations."

Cassava Sciences' full public statement is now available as an audio file made by Remi Barbier, President & CEO, or as a written transcript. Both are intended to be similar in content and are available on-line on the links below:

| | |
|---|---|
| **Audio File:** | http://public.viavid.com/index.php?id=146489 |
| **Written Response:** | 'Investors' page of the Company's website https://www.CassavaSciences.com |

The Audio File will also be archived on the 'Investors' page of the Company's website: https://www.CassavaSciences.com.

**About Cassava Sciences, Inc.**
Cassava Sciences' mission is to discover and develop innovations for chronic, neurodegenerative conditions. Over the past 10 years, Cassava Sciences has combined state-of-the-art technology with new insights in neurobiology to develop novel solutions for Alzheimer's disease. For more information, please visit: https://www.CassavaSciences.com.

**For More Information Contact:**
Eric Schoen, Chief Financial Officer
eschoen@CassavaSciences.com
(512) 501-2450

*Cautionary Note Regarding Forward-Looking Statements:*

*This news release includes forward looking statements including but not limited to those regarding the timing of the initiation and subsequent progress of our pivotal Phase 3 trial and its likelihood of success, the timing of announcement of the results of our open label study, the FDA response to the Citizen's Petition, the initiation and progression of the CUNY scientific inquiry and the publication of its results, and the restoration of scientific reputations.*

*Drug development involves a high degree of risk, and historically only a small number of research and development programs result in commercialization of a product. Clinical results from our earlier-stage clinical trials may not be indicative of full results or results from later-stage or larger scale clinical trials and do not ensure regulatory approval. You should not place undue reliance on these statements or any scientific data we present or publish. Such statements are based largely on our current expectations and projections about future events.*

*Such statements speak only as of the date of this news release and are subject to a number of risks, uncertainties and assumptions, including, but not limited to, those risks relating to the ability to conduct or complete clinical studies on expected timelines, to demonstrate the specificity, safety, efficacy or potential health benefits of our product candidates, the severity and duration of health care precautions given the COVID-19 pandemic, any unanticipated impacts of the pandemic on our business operations, and including those described in the section entitled "Risk Factors" in our Annual Report on Form 10-K for the year ended December 31, 2020 and future reports to be filed with the SEC. The foregoing sets forth many, but not all, of the factors that could cause actual results to differ from expectations in any forward-looking statement. In light of these risks, uncertainties and assumptions, the forward-looking statements and events discussed in this news release are inherently uncertain and may not occur, and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements. Accordingly, you should not rely upon forward-looking statements as predictions of future events. Except as required by law, we disclaim any intention or responsibility for updating or revising any forward-looking statements contained in this news release.*

*For further information regarding these and other risks related to our business, investors should consult our filings with the SEC, which are available on the SEC's website at www.sec.gov.*



Source: Cassava Sciences, Inc.