# EXHIBIT 133



## Science Journal Finds No Evidence to Support Claims of Data Manipulation in 2005 Publication

December 21, 2021

- **Editor-in-Chief States: "After Careful Examination of These Original Material, Neuroscience [Journal] Found No Evidence of Manipulation of the Western Blot Data or Other Figures of This Publication."**
- **Clearance Is From A Neutral Party Who Is Expert In The Field**

AUSTIN, Texas, Dec. 21, 2021 (GLOBE NEWSWIRE) -- Cassava Sciences, Inc., (Nasdaq: SAVA) a biotechnology company, has been informed by *Neuroscience* journal there is no evidence to support claims of data manipulation in a 2005 paper[1] authored by the Company and its scientific collaborators. *Neuroscience* is a prestigious academic journal whose mission is to report "*significant, new and carefully confirmed findings with full experimental details.*"[2]

"Another science journal has cleared us of allegations," said Remi Barbier, President & CEO. "This clearance is from an independent third party who is neutral and expert in the field. This reinforces my conviction that false and misleading allegations of scientific misconduct being made against us are simply designed to enrich those making them. People who seek to profit from false allegations may not comprehend the harm they are causing the Alzheimer's community, or perhaps they simply don't care. Leaving a trail of destruction in their wake in the quest for profit, with little concern for patients or their caregivers, is a twisted form of money-making and the opposite of what people with dementia deserve."

In August 2021, a law firm representing admitted short sellers submitted a Citizen Petition to the U.S. Food and Drug Administration (FDA) that alleges, among other things, data manipulation in scientific articles authored by Cassava scientists, including the 2005 *Neuroscience* article. In response to this and similar online allegations, *Neuroscience* requested raw data for the 2005 article, including images of original, uncropped Western blots. Having completed a careful examination of the data, on December 20, 2021, *Neuroscience* published on-line the following Editorial Note[3]

> "In response to allegations of data manipulation in an article published in Neuroscience Vol 135, Issue 1, 2005, Pages 247-261, and following COPE (Committee on Publication Ethics) guidelines, the journal asked the authors for images of the original, uncropped Western blots from this study. **After careful examination of these original material, Neuroscience found no evidence of manipulation of the Western blot data or other figures of this publication**."

In November 2021, Cassava Sciences reported that a different science journal (i.e., *Journal of Neuroscience*) also found no evidence to support allegations of data manipulation in an article it published in 2012. On December 17, 2021, the *Journal of Neuroscience* issued a subsequent Expression of Concern while maintaining its earlier clearance, pending the outcome of a different investigation by an academic party into allegations.

Additionally, in October 2021, a respected academic researcher, PhD in Molecular Biology, published on a website[4] his detailed examination of allegations made in a supplement to the Citizen Petition. The researcher, whose laboratory routinely runs a thousand or more Western blots per year, concluded that claims of scientific misconduct levied against Cassava Sciences and its collaborator were "*borderline ridiculous*"[5], noting that "*several of the examples shown as evidence of data manipulation [in the Citizen Petition] support the opposite [conclusion]*."[6] Cassava Sciences has not provided any form of compensation to the academic researcher and has no control over the contents of this website or its author.

Cassava Sciences is grateful for journal editors and independent reviewers who have taken time from busy research schedules to address the allegations.

**About Cassava Sciences**
Cassava Sciences' mission is to discover and develop innovations for chronic, neurodegenerative conditions. Over the past 10 years, Cassava Sciences has combined state-of-the-art technology with new insights in neurobiology to develop novel solutions for Alzheimer's disease. We are currently testing simufilam, our lead drug candidate for the proposed treatment of Alzheimer's disease, in Phase 3 clinical studies under Special Protocol Assessments from the FDA. Simufilam is also currently being tested in an open-label study and a randomized, double-blind, placebo-controlled Cognition Maintenance Study in patients with Alzheimer's disease.

For more information, please visit: https://www.CassavaSciences.com

**For More Information Please Contact:**
Eric Schoen, Chief Financial Officer
eschoen@CassavaSciences.com
or (512) 501-2450

**Cautionary Note Regarding Forward-Looking Statements:** *This press release includes forward looking statements including but not limited to those regarding requests for actions made in Citizen Petitions and supplements submitted to the FDA by various third parties, and oral or written comments made by our employees regarding simufilam or allegations made against us.*

*Such statements speak only as of the date of this news release and are subject to a number of risks, uncertainties and assumptions, including, but not limited to, those risks related to future FDA actions, if any, regarding Citizen Petitions and supplements filed against our drug candidate; our beliefs and opinions regarding allegations made against our science; and other risks described in the section entitled "Risk Factors" in our Annual Report on*

*Form 10-K for the year ended December 31, 2020, as supplemented by the section entitled "Risk Factors" in our Quarterly Report on SEC Form 10-Q for the quarter ended September 30, 2021, and future reports to be filed with the SEC. The foregoing sets forth many, but not all, of the factors that could cause actual results to differ from expectations in any forward-looking statement. In light of these risks, uncertainties and assumptions, the forward-looking statements and events discussed in this news release are inherently uncertain and may not occur, and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements. Accordingly, you should not rely upon forward-looking statements as predictions of future events. Except as required by law, we disclaim any intention or responsibility for updating or revising any forward-looking statements contained in this news release. Drug development involves a high degree of risk, and historically only a small number of research and development programs result in commercialization of a product.*

*This press release also contains information based on independent industry publications or websites. We have not independently verified the accuracy or completeness of the information contained in these publicly available sources. Accordingly, we make no representations as to the accuracy, usefulness or completeness of such information. You are cautioned not to give undue weight to such information.*

*For further information regarding these and other risks related to our business, investors should consult our filings with the SEC, which are available on the SEC's website at www.sec.gov.*

_____

[1] Neuroscience Vol 135, Issue 1, 2005, Pages 247-261, "*Ultra-low-dose naloxone suppresses opioid tolerance, dependence and associated changes in Mu opioid receptor–G protein coupling and Gβγ signaling*", HY Wang, et al.

[2] https://ibro.org/neuroscience/#

[3] *Neuroscience*, https://doi.org/10.1016/j.neuroscience.2021.11.019

[4] https://ad-science.org/

[5] https://ad-science.org/2021/10/21/of-shorts-and-blots/

[6] https://ad-science.org/2021/10/21/notes-from-a-molecular-biologist/



Source: Cassava Sciences, Inc.