# EXHIBIT 137



**Cassava Sciences Announces Fireside Chat and Presentation Tuesday, April 5th**

March 30, 2022

– CEO Remi Barbier to Discuss Q1 2022 Clinical and Corporate Updates –

– Stakeholders Are Invited to Submit Questions via Email –

– Fireside Chat Will Be Open to The Public via Webcast –

AUSTIN, Texas, March 30, 2022 (GLOBE NEWSWIRE) -- Cassava Sciences, Inc. (Nasdaq: SAVA), a clinical-stage biotechnology company focused on Alzheimer's disease, today announced that Remi Barbier, its President & CEO, will discuss clinical and corporate updates for Q1 2022 in a fireside chat and presentation on Tuesday, April 5, 2022, at 9am Eastern time.

This event, open to the public, will be conducted exclusively via webcast.

Stakeholders are encouraged to submit questions or comments for management's consideration. Please email in advance of the event your questions and full name to: **SAVAquestionsQ1@CassavaSciences.com**

Management may not be able to address all comments or questions due to SEC Regulation Fair Disclosure (FD), limits around legal disclosures, time constraints or other limitations.

Detailed instructions on how to attend the webcast will be made available prior to the event. A webcast of Cassava Sciences' fireside chat will be available for replay following the event on www.CassavaSciences.com in the 'Investors' section.

**About Cassava Sciences, Inc.**
Cassava Sciences' mission is to discover and develop innovations for chronic, neurodegenerative conditions. Over the past 10 years, Cassava Sciences has combined state-of-the-art technology with new insights in neurobiology to develop novel solutions for Alzheimer's disease. We are currently testing simufilam, our lead drug candidate for the proposed treatment of Alzheimer's disease, in Phase 3 clinical studies under Special Protocol Assessments from the FDA. Simufilam is also being tested in an open-label study and a randomized, double-blind, placebo-controlled Cognition Maintenance Study in patients with Alzheimer's disease.

For more information, please visit: https://www.CassavaSciences.com

**For More Information Contact:**
Eric Schoen, Chief Financial Officer
ESchoen@CassavaSciences.com
(512) 501-2450



Source: Cassava Sciences, Inc.