# EXHIBIT 138



## Cassava Sciences Invited to Participate in B. Riley Securities' Neuroscience Conference

April 25, 2022

**- Q&A Session at Conference on Wednesday, April 27th at 1:30PM Eastern -**

AUSTIN, Texas, April 25, 2022 (GLOBE NEWSWIRE) -- Cassava Sciences, Inc. (Nasdaq: SAVA), a clinical-stage biotechnology company focused on Alzheimer's disease, today announced that it has been invited to participate in the B. Riley Securities' Neuroscience Conference, a virtual event taking place on April 27-28, 2022.

Remi Barbier, President & CEO, will participate in a Q&A session hosted by B. Riley Securities' equity research team on Wednesday, April 27, 2022, at 1:30 PM ET.

A webcast will be available on https://www.webcaster4.com/Webcast/Page/2875/45359 or in the Investors page of Cassava Sciences' website for approximately 90 days following the event.

**About Cassava Sciences, Inc.**
Cassava Sciences' mission is to discover and develop innovations for chronic, neurodegenerative conditions. Over the past 10 years, Cassava Sciences has combined state-of-the-art technology with new insights in neurobiology to develop novel solutions for Alzheimer's disease. We are currently testing simufilam, our lead drug candidate for the proposed treatment of Alzheimer's disease, in Phase 3 clinical studies under Special Protocol Assessments from the FDA. Simufilam is also being tested in an open-label study and a randomized, double-blind, placebo-controlled Cognition Maintenance Study in patients with Alzheimer's disease. For more information, please visit: https://www.CassavaSciences.com.

**For More Information Contact:**
Eric Schoen, Chief Financial Officer
eschoen@CassavaSciences.com
(512) 501-2450



Source: Cassava Sciences, Inc.