# **EXHIBIT 149**



## Cassava Sciences to Present at the 2023 H.C. Wainwright Investor Conference

April 26, 2023

AUSTIN, Texas, April 26, 2023 (GLOBE NEWSWIRE) -- Cassava Sciences, Inc. (Nasdaq: SAVA), a clinical-stage biotechnology company focused on Alzheimer's disease, today announced that Remi Barbier, President & Chief Executive Officer, has been invited to present at the 2023 H.C. Wainwright BioConnect Investor Conference in New York. In addition, management will be available for one-on-one meetings with institutional investors who are registered to attend this conference.

**When**: Tuesday, May 2nd at 3pm Eastern time

**Live Webcast**: https://journey.ct.events/view/f51ce8f9-51a5-45e8-891b-e3623ecb6305

**Archived Replay**: https://www.CassavaSciences.com/company-presentations

**About Cassava Sciences, Inc.**
Cassava Sciences is a clinical-stage biotechnology company based in Austin, Texas. Our mission is to detect and treat neurodegenerative diseases, such as Alzheimer's disease. Our novel science is based on stabilizing—but not removing—a critical protein in the brain. Our product candidates have not been approved by any regulatory authority, and their safety, efficacy or other desirable attributes have not been established. For more information, please visit: https://www.CassavaSciences.com.

**For More Information Contact:**
Eric Schoen, Chief Financial Officer
(512) 501-2450 or ESchoen@CassavaSciences.com



Source: Cassava Sciences, Inc.