# EXHIBIT 153



## Cassava Sciences to Present at the Jefferies Global Healthcare Conference

June 1, 2023

AUSTIN, Texas, June 01, 2023 (GLOBE NEWSWIRE) -- Cassava Sciences, Inc. (Nasdaq: SAVA), a clinical-stage biotechnology company focused on Alzheimer's disease, today announced that its management has been invited to present at the Jefferies Global Healthcare Conference in New York City.

| | |
|---|---|
| **When**: | Thursday, June 8th at 4:30 pm Eastern time |
| **Live Webcast**: | https://wsw.com/webcast/jeff281/sava/1846130 |
| **Archived Replay**: | https://www.CassavaSciences.com/company-presentations |

**About Simufilam**
Simufilam is Cassava Sciences' lead product candidate. Simufilam is a proprietary small molecule (oral) drug designed to treat and slow the progression of Alzheimer's disease. This drug candidate is currently in Phase 3 clinical studies in patients with mild-to-moderate Alzheimer's disease dementia. Simufilam binds tightly to an altered conformation of the filamin A protein (FLNA) that is present in the brain of the Alzheimer's patient and is critical to the toxicity of Aβ42. Simufilam is wholly owned by Cassava Sciences, without royalty or payment obligation to any third party.

**About Cassava Sciences, Inc.**
Cassava Sciences is a clinical-stage biotechnology company based in Austin, Texas. Our mission is to detect and treat neurodegenerative diseases, such as Alzheimer's disease. Our novel science is based on stabilizing—but not removing—a critical protein in the brain. Our product candidates have not been approved by any regulatory authority, and their safety, efficacy or other desirable attributes have not been established in humans. For more information, please visit: https://www.CassavaSciences.com

**For More Information Contact:**
Eric Schoen, Chief Financial Officer
(512) 501-2450
ESchoen@CassavaSciences.com

*Cautionary Note Regarding Forward-looking Statements:*

*Cassava Sciences periodically posts information that may be important to investors on its website at https://www.CassavaSciences.com. We intend to use our website as a means of disclosing material non-public information and for complying with our disclosure obligations under Regulation FD. Accordingly, investors and potential investors are encouraged to consult Cassava Sciences' website regularly for important information, in addition to following Cassava Sciences' press releases, filings with the Securities and Exchange Commission and public conference calls or webcasts. The information contained on, or that may be accessed through, Cassava Sciences' website is not incorporated by reference into, and is not a part of, this press release.*



Source: Cassava Sciences, Inc.