# EXHIBIT 154



### New Publication Highlights Basic Science Supporting Simufilam

June 12, 2023

- **Publication Reviews Certain Receptor-Protein Interactions.**
- **Provides Overview of Basic Science Supporting Simufilam.**
- **Published in *Drug Development Research*, a Peer-Reviewed Journal.**

AUSTIN, Texas, June 12, 2023 (GLOBE NEWSWIRE) -- Cassava Sciences, Inc. (Nasdaq: SAVA), a clinical-stage biotechnology company focused on Alzheimer's disease, today announced a new science publication in *Drug Development Research*, a peer-reviewed journal. This article reviews certain receptor-protein interactions, including an overview of basic science supporting simufilam. Simufilam is Cassava Sciences' oral investigational drug candidate that is currently in Phase 3 clinical trials in patients with mild-to-moderate Alzheimer's disease dementia.

"This paper highlights the role of altered filamin A and its receptor interactions in Alzheimer's disease," said Lindsay Burns, PhD, first author and Cassava Sciences' Senior VP, Neuroscience. "We believe the theme of receptor-protein interactions is critical to the proposed mechanism of action of simufilam, our small molecule drug candidate for patients with Alzheimer's disease."

The review article was published on-line June 8, 2023, ahead of print and is titled "*Targeting alpha7 nicotinic acetylcholine receptors and their protein interactions in Alzheimer's disease drug development* ." The abstract is currently available on-line on the publisher's website: https://doi.org/10.1002/ddr.22085.

Access to the full text is subject to the publisher's copyright and fee policies. The citation is: " Burns LH, Pei Z, Wang HY. Targeting $\alpha 7$ nicotinic acetylcholine receptors and their protein interactions in Alzheimer's disease drug development. Drug Dev Res. 2023 Jun 8. doi: 10.1002/ddr.22085. Epub ahead of print. PMID: 37291958."

**About Simufilam**
Simufilam is a novel drug candidate designed to treat and slow the progression of Alzheimer's disease. Simufilam binds tightly to an altered conformation of the filamin A protein (FLNA) that is present in the brain of the Alzheimer's patient and is critical to the toxicity of $A\beta 42$. Simufilam is wholly owned by Cassava Sciences, without royalty or payment obligation to any third party.

**About Cassava Sciences, Inc.**
Cassava Sciences is a clinical-stage biotechnology company based in Austin, Texas. Our mission is to detect and treat neurodegenerative diseases, such as Alzheimer's disease. Our novel science is based on stabilizing—but not removing—a critical protein in the brain. Our product candidates have not been approved by any regulatory authority, and their safety, efficacy or other desirable attributes have not been established. For more information, please visit our website: https://www.CassavaSciences.com

**For More Information Contact:**
Eric Schoen, Chief Financial Officer
(512) 501-2450, or ESchoen@CassavaSciences.com

*Cautionary Note Regarding Forward-Looking Statements:*
*This news release contains forward-looking statements, including statements made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995, that may include but are not limited to: our basic research in support of simufilam; the design, scope, conduct or intended purpose of our Phase 3 program of simufilam in patients with Alzheimer's disease; the safety or expected effects of simufilam in Alzheimer's disease, if any; any expected clinical results of Phase 3 studies; the treatment of people with Alzheimer's disease dementia; the safety or efficacy of simufilam in people with Alzheimer's disease dementia; verbal commentaries made by our employees; and potential benefits, if any, of the our product candidates. These statements may be identified by words such as "may," "anticipate," "believe," "could," "expect," "forecast," "intend," "plan," "possible," "potential," and other words and terms of similar meaning.*

*Simufilam is our investigational product candidates. It is not approved by any regulatory authority in any jurisdiction and their safety, efficacy or other desirable attributes have not been established in patients. Drug development and commercialization involve a high degree of risk, and only a small number of research and development programs result in commercialization of a product. Clinical results from our prior studies may not be indicative of results of future or larger scale clinical trials and do not ensure regulatory approval. You should not place undue reliance on these statements or any scientific data we present or publish.*

*Such statements are based largely on our current expectations and projections about future events. Such statements speak only as of the date of this news release and are subject to a number of risks, uncertainties and assumptions, including, but not limited to, those risks relating to the ability to conduct or complete clinical studies on expected timelines, to demonstrate the specificity, safety, efficacy or potential health benefits of our product candidates, any unanticipated impacts of inflation on our business operations, and including those described in the section entitled "Risk Factors" in our Annual Report on Form 10-K for the year ended December 31, 2022, and future reports to be filed with the SEC. The foregoing sets forth many, but not all, of the factors that could cause actual results to differ from expectations in any forward-looking statement. In light of these risks, uncertainties and assumptions, the forward-looking statements and events discussed in this news release are inherently uncertain and may not occur,*

*and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements. Accordingly, you should not rely upon forward-looking statements as predictions of future events. Except as required by law, we disclaim any intention or responsibility for updating or revising any forward-looking statements contained in this news release. For further information regarding these and other risks related to our business, investors should consult our filings with the SEC, which are available on the SEC's website at [www.sec.gov](www.sec.gov).*



Source: Cassava Sciences, Inc.