# EXHIBIT 158



## Cassava Sciences Invited to Present in Four Upcoming Investor Conferences

Sep 06, 2023

AUSTIN, Texas, Sept. 06, 2023 (GLOBE NEWSWIRE) -- Cassava Sciences, Inc. (Nasdaq: SAVA), a biotechnology company committed to the treatment of Alzheimer's disease dementia, today announced that it has been invited to present at the following investor conferences.

| | |
|---|---|
| **Event:** | Morgan Stanley - 21st Annual Global Healthcare Conference |
| **Format:** | Fireside chat with Remi Barbier, President & CEO |
| **Date:** | Monday, September 11, 2023 |
| **Where:** | New York City |
| | |
| **Event:** | H.C. Wainwright - 25th Annual Global Investment Conference |
| **Format:** | Corporate presentation by Eric Schoen, Chief Financial Officer |
| **Date:** | Monday, September 11, 2023 |
| **Where:** | New York City |
| | |
| **Event:** | JonesTrading - 2023 Healthcare Summit |
| **Format:** | Fireside chat with Remi Barbier, President & CEO |
| **Date:** | Tuesday, October 10th, 2023 |
| **Where:** | Miami |
| | |
| **Event:** | Jefferies - Inaugural Biotech CNS/Neuro Summit |
| **Format:** | Fireside chat with management |
| **Date:** | Wednesday, October 11, 2023 |
| **Where:** | New York City |

A webcast or subsequent archived replay of Cassava Sciences' participation in these events may be available, depending on the conference and other factors. If a webcast or replay becomes available, it may be accessed via the Investors section of Cassava Sciences' website at: www.CassavaSciences.com.

**About Cassava Sciences, Inc.**

Cassava Sciences is a clinical-stage biotechnology company based in Austin, Texas. Our mission is to detect and treat neurodegenerative diseases, such as Alzheimer's disease. Our novel science is based on stabilizing—but not removing—a critical protein in the brain. Our product candidates have not been approved by any regulatory authority, and their safety, efficacy or other desirable attributes have not been established.

For more information, please visit: https://www.CassavaSciences.com

**For More Information Contact:**
Eric Schoen, Chief Financial Officer
(512) 501-2450
ESchoen@CassavaSciences.com



Source: Cassava Sciences, Inc.