# EXHIBIT 168



**Cassava Sciences Announces Virtual Presentation at the AD/PD™ 2024 International Conference**

Mar 04, 2024

AUSTIN, Texas, March 04, 2024 (GLOBE NEWSWIRE) -- Cassava Sciences, Inc. (Nasdaq: SAVA), a clinical-stage biotechnology company focused on Alzheimer's disease, today announced plans to present a virtual oral presentation at the *International Conference on Alzheimer's and Parkison's Disease* (AD/PD 2024) taking place in Lisbon, Portugal from March 5-9, 2024.

**Presentation details**

**Title**: *Oral Simufilam in Mild-to-moderate Alzheimer's Disease: Baseline Characteristics in RETHINK and REFOCUS Phase 3 Trials* .

**Overview**: Cassava Sciences' simufilam is a novel, small molecule drug candidate for the proposed treatment of Alzheimer's disease dementia. The drug is in late-stage clinical evaluation in a pair of pivotal Phase 3 trials. These Phase 3 trials are fully enrolled. Over 1,900 patients with mild-to-moderate Alzheimer's disease are randomized into the trials. Top-line efficacy results are expected approximately year-end 2024.

**Presenter**: Lindsay Burns, PhD, SVP Neurosciences, Cassava Sciences, Inc.

**Format**: On-demand, virtual oral presentation.

**Date, Time and Location:** This presentation will be available on Tuesday, March 5th, at 8:00 am Eastern time at www.CassavaSciences.com, under the tabs 'Investors/Company Presentation,' and may also be available on the AD/PD 2024 conference platform.

**About Simufilam**
Simufilam is Cassava Sciences' proprietary drug candidate. This investigational drug binds to altered filamin A protein in the brain and restores its normal shape and function. By targeting altered filamin A, simufilam may help patients with Alzheimer's achieve better health outcomes.

Cassava Sciences owns exclusive, worldwide rights to its investigational product candidates and related technologies, without royalty obligations to any third party.

**About Cassava Sciences, Inc.**
Cassava Sciences is a clinical-stage biotechnology company based in Austin, Texas. Our mission is to detect and treat neurodegenerative diseases, such as Alzheimer's disease. Our novel science is based on stabilizing—but not removing—a critical protein in the brain.

For more information, please visit: https://www.CassavaSciences.com

**For More Information Contact:**
Eric Schoen, Chief Financial Officer
(512) 501-2450 or ESchoen@CassavaSciences.com

*Cautionary Note Regarding Forward-Looking Statements:*
*This news release contains forward-looking statements, including statements made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. These statements may be identified by words such as "anticipate," "believe," "could," "expect," "forecast," "intend," "may," "plan," "possible," "potential," "will," and other words and terms of similar meaning.*

*Such statements are based largely on our current expectations and projections about future events. Such statements speak only as of the date of this news release and are subject to a number of risks, uncertainties and assumptions, including, but not limited to, those risks relating to the ability to conduct or complete clinical studies on expected timelines; the ability to demonstrate the specificity, safety, efficacy or potential health benefits of our product candidates in people with Alzheimer's disease dementia ; the apparent ability of simufilam to favor patients with mild Alzheimer's disease; the timing of anticipated milestones; our virtual talk and slide presentation at AD/PD 2024; the apparent safety or tolerance of simufilam in our open-label clinical trials; our current expectations regarding timing of clinical data for our Phase 3 studies; any expected clinical results of Phase 3 studies; the treatment of people with Alzheimer's disease dementia; verbal comments made by our employees regarding simufilam, safety, drug effects, and the treatment of Alzheimer's disease with simufilam at AD/PD 2024; potential benefits, if any, of our product candidates and including those described in the section entitled "Risk Factors" in our Annual Report on Form 10-K for the year ended December 31, 2023, and future reports to be filed with the SEC. The foregoing sets forth many, but not all, of the factors that could cause actual results to differ from expectations in any forward-looking statement. In light of these risks, uncertainties and assumptions, the forward-looking statements and events discussed in this news release are inherently uncertain and may not occur, and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements. Accordingly, you should not rely upon forward-looking statements as predictions of future events. Except as required by law, we disclaim any intention or responsibility for updating or revising any forward-looking statements contained in this news release. For further information regarding these and other risks related to our business, investors should consult our filings with the SEC, which are available on the SEC's website at www.sec.gov.*

*All our pharmaceutical assets under development are investigational product candidates. These have not been approved for use in any medical indication by any regulatory authority in any jurisdiction and their safety, efficacy or other desirable attributes, if any, have not been established in any patient population. Consequently, none of our product candidates are approved or available for sale anywhere in the world.*

*Our clinical results from earlier-stage clinical trials may not be indicative of future results from later-stage or larger scale clinical trials and do not ensure regulatory approval. You should not place undue reliance on these statements or any scientific data we present or publish.*

*We are in the business of new drug discovery and development. Our research and development activities are long, complex, costly and involve a high degree of risk. Holders of our common stock should carefully read our current Annual Report on Form 10-K in its entirety, including the risk factors therein. Because risk is fundamental to the process of drug discovery and development, you are cautioned to not invest in our publicly traded securities unless you are prepared to sustain a total loss of the money you have invested.*



Source: Cassava Sciences, Inc.