**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CASSAVA SCIENCES, INC., | |
|     Plaintiff, | Civil Action No. 22-cv-9409-GHW-OTW |
| v. | |
| DAVID BREDT; GEOFFREY PITT; QUINTESSENTIAL CAPITAL MANAGEMENT LLC; ADRIAN HEILBUT; JESSE BRODKIN; ENEA MILIORIS; and PATRICK MARKEY, | |
|     Defendants. | |

## PLAINTIFF CASSAVA SCIENCES, INC.'S NOTICE OF MOTION FOR PARTIAL FINAL JUDGMENT

**PLEASE TAKE NOTICE** that Plaintiff, Cassava Sciences, Inc. ("Cassava"), by counsel,

pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, respectfully moves that this Court

enter partial final judgment as to the claims against David Bredt, Geoffrey Pitt, and Quintessential

Capital Management LLC, Counts I, II, and III of the First Amended Complaint.  Cassava's basis

for this Motion is explained in full in the accompanying Memorandum in Support of its Motion

for Partial Final Judgment.

Dated: May 22, 2024

Respectfully submitted,
CASSAVA SCIENCES, INC.

By its attorneys,

*/s/ J. Erik Connolly*
J. Erik Connolly (*admitted pro hac vice*)
    EConnolly@beneschlaw.com
    Illinois ARDC No. 6269558

Timothy Frey (*admitted pro hac vice*)
    TFrey@beneschlaw.com
    Illinois ARDC No. 6303335

Kate Watson Moss (*admitted pro hac vice*)
    kwatsonmoss@beneschlaw.com
    Illinois ARDC No. 6321176

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

Michael Vatis
    mvatis@beneschlaw.com
    NY Reg. No. 2258655

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
1155 Avenue of the Americas
26th Floor
New York, NY 10036

**<u>CERTIFICATE OF SERVICE</u>**

I, Erik Connolly, hereby certify that a copy of the foregoing Notice of Motion for Partial Final Judgment, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 22, 2024.


Dated: May 22, 2024                    *<u>/s/ J. Erik Connolly</u>*