UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSAVA SCIENCES, INC., <br><br>    Plaintiff,<br><br>v.<br><br>DAVID BREDT; GEOFFREY PITT; QUINTESSENTIAL CAPITAL MANAGEMENT LLC; ADRIAN HEILBUT; JESSE BRODKIN; ENEA MILIORIS; and PATRICK MARKEY,<br><br>    Defendants. | Civil Action No. 22-cv-9409<br><br>Judge Gregory H. Woods<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF CAITLIN KOVACS** |

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Caitlin Kovacs hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff Cassava Sciences, Inc. in the above-captioned action.

I am a member in good standing of the Bar of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony, censured, suspended, disbarred, or denied admission or readmission by any court.

Attached as **Exhibit "A"** is a Certificate of Good Standing issued by the Supreme Court of Illinois.

Attached as **"Exhibit "B"** is my Affidavit pursuant to Local Rule 1.3.

Attached as **Exhibit "C"** is the text of a proposed Order.

WHEREFORE, for the reasons stated above, I respectfully move the Court to grant this motion.

24462973 v1

Dated: June 17, 2024

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Caitlin Kovacs*
Caitlin Kovacs (*pro hac vice forthcoming*)
Illinois ARDC No. 4180162
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
Email: CKovacs@beneschlaw.com

Timothy Frey (admitted *pro hac vice*)
Illinois ARDC No. 6303335
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
Email: TFrey@beneschlaw.com

J. Erik Connolly (admitted *pro hac vice*)
Illinois ARDC No. 6269558
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
Email: EConnolly@beneschlaw.com

Kate Watson Moss (admitted *pro hac vice*)
Illinois ARDC No. 6321176
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
Email: KWatsonMoss@beneschlaw.com

*Attorneys for Plaintiff Cassava Sciences, Inc.*

## CERTIFICATE OF SERVICE

I, Caitlin Kovacs, hereby certify that I authorized the electronic filing of the foregoing Motion for Admission *Pro Hac Vice* of Caitlin Kovacs, using the CM/ECF system which will send notification of such filing to all registered parties.

Dated:  June 17, 2024                                        */s/ Caitlin Kovacs*