UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSAVA SCIENCES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID BREDT; GEOFFREY PITT; QUINTESSENTIAL CAPITAL MANAGEMENT LLC; ADRIAN HEILBUT; JESSE BRODKIN; ENEA MILIORIS; and PATRICK MARKEY,<br><br>    Defendants. | Civil Action No. 22-cv-9409<br><br>Judge Gregory H. Woods<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* OF CAITLIN KOVACS** |

The motion of Caitlin Kovacs for admission to practice Pro Hac Vice in the above-captioned matter is GRANTED.

Applicant has declared that she is a member in good standing of the Bar of Illinois, and that her contact information is as follows:

>Caitlin Kovacs
>Benesch, Friedlander, Coplan & Aronoff LLP
>71 South Wacker Drive, Suite 1600
>Chicago, IL 60606
>Telephone: (312) 212-4949

Applicant having requested admission Pro Hac Vice for all purposes as counsel for Plaintiff Cassava Sciences, Inc. in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 20, 2024

_____
Ona T. Wang
United States Magistrate Judge