**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CASSAVA SCIENCES, INC.,<br><br>                 Plaintiff,<br><br>    v.<br><br>DAVID BREDT; GEOFFREY PITT; QUINTESSENTIAL CAPITAL MANAGEMENT LLC; ADRIAN HEILBUT; JESSE BRODKIN; ENEA MILIORIS; and PATRICK MARKEY,<br><br>                 Defendants. | Case No. 22-cv-09409-(GHW)-(OTW)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that I, Michael Oropallo, of the law firm Barclay Damon LLP, hereby enter an appearance as counsel on behalf of defendant David Bredt in the above-captioned matter.

I am admitted to practice in this Court.

Dated: Syracuse, New York  
       June 20, 2024

Barclay Damon LLP

By/:   s/ *Michael Oropallo*

Michael Oropallo, Esq.
*Counsel for David Bredt*
Barclay Damon Tower
125 E. Jefferson St.
Syracuse, New York 13202
Phone: (315) 425-2700
Fax: (315) 703-7367
Email: moropallo@barclaydamon.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2024, I electronically filed the foregoing Notice of Appearance using the CM/ECF system, which sent electronic or other notification of such filing to all counsel of record in this case.

                                                 By: s/ *Michael Oropallo*
                                                           Michael Oropallo