UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CASSAVA SCIENCES, INC.,

    Plaintiff,

    v.

DAVID BREDT, GEOFFREY PITT, QUINTESSENTIAL CAPITAL MANAGEMENT LLC, ADRIAN HEILBUT, JESSE BRODKIN, ENEA MILIORIS and PATRICK MARKEY,

    Defendants.

Case No. 1:22-cv-09409-GHW-OTW

---

### DEFENDANTS DR. JESSE BRODKIN, DR. ADRIAN HEILBUT, AND DR. ENEA MILIORIS'S NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that Defendants Dr. Jesse Brodkin, Dr. Adrian Heilbut, and Dr. Enea Milioris (the "Dot.com Defendants"), by their undersigned counsel, hereby move this Honorable Court for an Order, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 8, dismissing with prejudice Plaintiff's Second Amended Complaint (Dkt. 120) in its entirety and granting such other relief as the Court deems just and proper.  The Dot.com Defendants will rely upon the Memorandum of Law and Appendix 1, submitted herewith, as well as any further briefing and argument presented.

In accordance with this Court's Individual Rule of Practice III.a, this motion is made following the conference of counsel, which took place on June 17, 2024.  Plaintiff declined an opportunity to amend.  The parties have agreed to the following proposed briefing schedule and page limits:

- Plaintiff's opposition of up to 50 pages is due **August 2, 2024**; and

1

- Defendants' reply of up to 20 pages is due **August 23, 2024**.

Dated: June 28, 2024
New York, New York

                                                                              CLARICK GUERON REISBAUM LLP

                                                                              By: /s/ Isaac B. Zaur
                                                                              Isaac B. Zaur
                                                                              David Kumagai
                                                                              220 Fifth Avenue, 14th Floor
                                                                              New York, New York 10001
                                                                              (212) 633-4310
                                                                              izaur@cgr-law.com
                                                                              dkumagai@cgr-law.com

                                                                              LAW OFFICE OF DANIEL F. WACHTELL

                                                                              By: /s/ Daniel F. Wachtell
                                                                              Daniel F. Wachtell
                                                                              90 Broad Street, 23rd Floor
                                                                              New York, New York 10004
                                                                              (917) 667-6954
                                                                              dan@danwachtell.com

                                                                              *Attorneys for Defendants Dr. Jesse Brodkin, Dr. Adrian Heilbut, and Dr. Enea Milioris*