# APPENDIX 1

*Cassava v. Bredt*, et al., No. 22-cv-09409-GHW-OTW (S.D.N.Y.)

## <u>APPENDIX 1</u>

*Filed in Support of Dot.com Defendants' Motion to Dismiss the Second Amended Complaint*

### CHALLENGED TWEETS IN SECOND AMENDED COMPLAINT

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|---|---|---|---|---|---|---|
|  | 08/24/2021 | Neuroscientist Defendants publish Citizen Petition (*see* Br. at 5-6). | | | | |
|  | 09/03/2021 | Cassava CEO Remi Barbier issues statement in response to Citizen Petition (*see* Br. at 5-6). | | | | |
|  | 11/02/2021 | Dot.com Defendants publish FDA Letter (*see* Br. at 12). | | | | |
| 1 | 11/02/2021 | Dr. Heilbut | 6 | "Not as crazy as ***photoshopping all of your studies for 20 years***.. and putting a molecule into humans based on nonsense. $SAVA"<br><br>https://twitter.com/Adrian_H/status/1454158767554285568 | • Hyperbolic and rhetorical tone<br><br>• Responding to another user's remark about Dr. Wang's work, stating that "Photoshopping a study is crazy!"<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists[2]<br><br>• "Photoshopping" is a colloquial term without precise factual meaning in this context | • Does not imply a basis in undisclosed facts known only to Defendant<br><br>• Contains screenshot and link to PubPeer with factual bases |
|  | 11/03/2021 | Dot.com Defendants publish Shambolic Charade Deck (*see* Br at 12-13). | | | | |

[1] As explained in the accompanying brief, in context, all of the challenged Tweets would be understood to be based on facts previously disclosed publicly, including in the Dot.com Defendants' prior publications (*e.g.*, their FDA Letter and Slide Decks). (*See* Br. at 44-46.)

[2] In each case, the $SAVA hashtag, which links to all other Tweets using the same hashtag, was used in the challenged Tweet or other Tweets in the same thread.

Dot.com Defendants' APPENDIX 1

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|---|---|---|---|---|---|---|
| | 11/03/2021 | Defendant QCM publishes report (*see* Br. at 13). | | | | |
| 2 | 11/04/2021 | Dr. Heilbut | 7 | "***It is all complete, made-up garbage***. If it were not $SAVA would be earnestly and openly defending everything in a transparent scientific way . . . everything about how they operate is about contriving the appearance of desirable results." <br><br> https://web.archive.org/web/20211104162829/https://twitter.com/Adrian_H/status/1456275948693770240 | • Hyperbolic and rhetorical tone <br><br> • Responding to other users discussing QCM report and another user explaining conditions under which he would take a short position in Cassava <br><br> • $SAVA hashtag places Tweet in context of spirited debate among investors and scientists <br><br> • "Garbage" is a colloquial term without precise factual meaning in this context | • Does not imply a basis in undisclosed facts known only to Defendant <br><br> • Contains link to QCM report with additional factual bases |
| 3 | 11/04/2021 | Dr. Brodkin | 8 | "I will NEVER cover $sava. ***Simufilam is a frauuud***!"[3] <br><br>  | • Hyperbolic and rhetorical tone <br><br> • Accompanying image of Elmo conveys opinion <br><br> • Reference to "cover[ing]" short position conveys opinion | • Does not imply a basis in undisclosed facts known only to Defendant |

[3] Virtually all of the challenged Tweets or their threads contain gifs, images, or screenshots. The repeated use of such imagery further demonstrates the rhetorical tone of these debates, conveying to reasonable readers that the challenged Tweets are opinions. (*See* Br. 41.) To conserve space, this Appendix does not reproduce all such images herein but they are available at the hyperlinks below each statement.

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|---|---|---|---|---|---|---|
| | | | | https://twitter.com/jesse_brodkin/status/1456272096053526550 | • $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | |
| 4 | 11/05/2021 | Dr. Heilbut | 9 | "***The lies from $SAVA never end***[.]"<br><br>https://web.archive.org/web/20211106001341/https://twitter.com/Adrian_H/status/1456776594366869508 | • Hyperbolic and rhetorical tone<br><br>• Responding to another user's post discussing Cassava's Nov. 4, 2021 press release and *Journal of Neuroscience* Corrigendum<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Does not imply a basis in undisclosed facts known only to Defendant |
| 5 | 11/06/2021 | Dr. Heilbut | 10 | "Either ***$sava has been lying to us for months*** about having the blots or they submitted ***faked evidence*** to the Journal of Neuroscience. Pick one."<br><br>https://web.archive.org/web/20211106103950/https://twitter.com/jesse_brodkin/status/1456934307558301697 | • Hyperbolic and rhetorical tone<br><br>• Responding to another user's post discussing Cassava's Nov. 4, 2021 press release and *Journal of Neuroscience* Corrigendum<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists<br><br>• Same thread as Statement 4 | • Does not imply a basis in undisclosed facts known only to Defendant |
| 6 | 11/07/2021 | Dr. Brodkin | 11 | "***Never $sava is a total fraud***. $2 in 3 years max guaranteed." | • Hyperbolic and rhetorical tone | • Does not imply a basis in undisclosed |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|-----|------|--------|-----|----------------------|-------------------------------|-------------------------|
|  |  |  |  | https://twitter.com/jesse_brodkin/status/1455490360402391044 | • Responding to prior posts linking to cassavafraud.com<br><br>• Prediction of future conveys opinion<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | facts known only to Defendant<br><br>• Contains link to cassavafraud.com with factual bases |
| 7 | 11/11/2021 | Dr. Heilbut | 12 | "Just to be clear: $*SAVA faked additional 'raw' data last week*, sent it to @MarinaP63 at J Neurosci to receive their 'blessing', halted the stock, then sent a press release relating this false, engineered news, causing the share price to double. Is there a legal term for that?"<br><br>https://twitter.com/Adrian_H/status/1458780796005892097 | • Hyperbolic and rhetorical tone<br><br>• Responding to Dr. Elizabeth Bik's post and others discussing Cassava's Nov. 4, 2021 press release and *Journal of Neuroscience* Corrigendum<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists<br><br>• Same thread as Statements 4 and 5 | • Does not imply a basis in undisclosed facts known only to Defendant<br><br>• Contains screenshot with factual bases |

Dot.com Defendants' APPENDIX 1

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|-----|------|--------|-----|----------------------|-------------------------------|-------------------------|
| 8 | 11/11/2021 | Dr. Brodkin | 13 | "Get your daily $SAVA fraud here It appears that in an effort to clear themselves of manipulated image accusations ***Cassava submitted some (long pause) MANIPULATED IMAGES...*** I know right imagine the cajones and contempt that takes[.]"  https://twitter.com/jesse_brodkin/status/1458771009813815300 | • Hyperbolic and rhetorical tone  • Responding to Dr. Elizabeth Bik's post and others discussing Cassava's Nov. 4, 2021 press release and *Journal of Neuroscience* Corrigendum  • Qualifying language ("it appears") conveys opinion  • $SAVA hashtag places Tweet in context of spirited debate among investors and scientists  • Same thread as Statements 4, 5, and 7 | • Does not imply a basis in undisclosed facts known only to Defendant  • Contains screenshots and links with factual bases |
| 9 | 11/14/2021 | Dr. Heilbut | 14 | "The privilege to conduct trials under an IND is based on a balance of safety and potential for efficacy. If $SAVA pre-clinical and clinical data are fabricated or manipulated, or trials not properly run, there is no ethical or regulatory justification for further clinical trials.[] We know IT WILL fail because we see and understand that the ***biology was MADE UP.*** It is not a matter of hope, or optimism, or liking what | • Hyperbolic and rhetorical tone  • Responding to Dr. Elizabeth Bik's post and others discussing Cassava's Nov. 4, 2021 press release and *Journal of Neuroscience* Corrigendum  • Prediction of future conveys opinion | • Does not imply a basis in undisclosed facts known only to Defendant  • Contains screenshots and links with factual bases |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|---|---|---|---|---|---|---|
| | | | | one sees - *it is all fabricated nonsense*. If you cannot understand or admit this to yourself by now, you are going to be Remi's bagholder." https://twitter.com/Adrian_H/status/1460054040545566727 | • $SAVA hashtag places Tweet in context of spirited debate among investors and scientists<br><br>• Same thread as Statements 4, 5, 7, and 8 | |
| 10 | 11/16/2021 | Dr. Heilbut | 15 | "2005 was the foundation for 2008, 2012, 2017, and the $SAVA Simufilam IND, the Phase 2 trials, and SavaDX. *It is all fabricated nonsense, built upon other fabricated nonsense*, and it is all going to come crashing down. [] $SAVA is perfectly happy to light NIH and investor money on fire so long as they manage to siphon off a large chunk of it for themselves[.]" https://twitter.com/Adrian_H/status/1460704956277829640 | • Hyperbolic and rhetorical tone<br><br>• Responding to Dr. Elizabeth Bik's post and others discussing Cassava's Nov. 4, 2021 press release and *Journal of Neuroscience* Corrigendum<br><br>• Prediction of future conveys opinion<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists<br><br>• Same thread as Statements 4, 5, and 7-9 | • Does not imply a basis in undisclosed facts known only to Defendant<br><br>• Contains screenshots and links with factual bases |
| 11 | 11/17/2021 | Dr. Heilbut | 16 | "this is just the start… the *whole $SAVA charade* is going to unravel now cc: @MarinaP63 | • Hyperbolic and rhetorical tone | • Does not imply a basis in undisclosed |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|---|---|---|---|---|---|---|
| | | | | and I have no doubt that the SEC is going to investigate the stunt $SAVA pulled two weeks ***submitting additional fabricated data*** [] in a fake 'Erratum' to fool the Journal of Neuroscience into issuing a statement of 'exoneration' the Ph2 clinical data is very much in doubt here too. I agree that this is a rare or unprecedented situation... typically when something like this happens, the sponsor admits it and stops the trial themselves."<br><br>https://twitter.com/Adrian_H/status/1460978798439157765 | • Responding to Nov. 16, 2021 *Wall Street Journal* article reporting on SEC investigation of Cassava<br><br>• Prediction of future conveys opinion<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists<br><br>• "Charade" is a colloquial term without precise factual meaning in this context | facts known only to Defendant |
| 12 | 11/17/2021 | Dr. Brodkin | 17 | "So will CUNY circle the wagons around $***sava fraud*** Wang with the SEC looking over their shoulder? (I'm guessing they won't ) [] No Wang=No Patent=No Company=$0/share[.]"<br><br>https://twitter.com/jesse_brodkin/status/1461003095282966532 | • Hyperbolic and rhetorical tone<br><br>• Responding to Nov. 16, 2021 *Wall Street Journal* article reporting on SEC investigation of Cassava<br><br>• Prediction of future conveys opinion | • Does not imply a basis in undisclosed facts known only to Defendant |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|-----|------|--------|-----|----------------------|-------------------------------|--------------------------|
| | | | | | • $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | |
| 13 | 11/18/2021 | Dr. Heilbut | 18 | "I have no idea, but if someone was looking for **people lying to pump in order to sell, the first logical place to check for liars would be $SAVA management**." https://twitter.com/Adrian_H/status/1461543350587338754 | • Hyperbolic and rhetorical tone<br>• Responding to Nov. 16, 2021 *Wall Street Journal* article reporting on SEC investigation of Cassava<br>• Call for investigation conveys opinion<br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Does not imply a basis in undisclosed facts known only to Defendant |
| 14 | 11/19/2021 | Dr. Milioris | 19 | "How is it legal for $SAVA to spinal tap folks and then just **make up their biomarker values**?" https://twitter.com/DRnotaDR/status/1461663337066995719 | • Hyperbolic and rhetorical tone<br>• Responding to another user's remark ("Insane how this is legal!")<br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Does not imply a basis in undisclosed facts known only to Defendant<br>• Contains link to cassavafraud.com with factual bases |
| 15 | 11/19/2021 | Dr. Brodkin | 20 | "To stop a sociopath from **defrauding investors** and | • Hyperbolic and rhetorical tone | • Does not imply a basis in undisclosed |

Dot.com Defendants' APPENDIX 1

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|---|---|---|---|---|---|---|
| | | | | harming elderly sick people and their families $sava[.]"<br><br>https://twitter.com/jesse_brodkin/status/1461842547349860355 | • Commenting on email from Dr. Wang obtained via FOIL request and screenshotted<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | facts known only to Defendant<br><br>• Contains screenshot of email and link to article with factual bases |
| 16 | 11/21/2021 | Dr. Brodkin | 21 | "Allowing an ***obvious fraud like $sava*** to continue to take advantage of patients, investors and families makes a mockery of our regulatory framework and markets. [] 50:50 Remi ends up behind bars."<br><br>https://twitter.com/jesse_brodkin/status/1462490125494099968 | • Hyperbolic and rhetorical tone<br><br>• Responding to other users' posts telling Dot.com Defendants to "cover" their "shorts" and discussing Citizen's Petition<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Does not imply a basis in undisclosed facts known only to Defendant |
| 17 | 11/23/2021 | Dr. Brodkin | 22 | "For those of you that may have been confused by@SfNJournals decision to actively ***participate in fraud by exonerating $sava*** and surrendering their scientific integrity and voice to Remi, I put a helpful explainer here cc: @MarinaP63 @JuanLenna1 @bany_everitt @SECEnfDirector[.]" | • Hyperbolic and rhetorical tone<br><br>• Responding to Cassava's Nov. 4, 2021 press release and *Journal of Neuroscience* Corrigendum<br><br>• Call for further investigation (copying SEC and journal editors) conveys opinion | • Does not imply a basis in undisclosed facts known only to Defendant<br><br>• Contains screenshots with factual bases |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|---|---|---|---|---|---|---|
| | | | | https://twitter.com/jesse_brodkin/status/1463129101821255681 | • $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | |
| 18 | 11/24/2021 | Dr. Heilbut | 23 | "I'm not assuming anything. The statement put out by JN was patently ridiculous. ***The 'original' blot provided in the Erratum was faked***. They need to explain or correct their statement and Erratum, and explain the process that that led to it. @MarinaP63 $SAVA." <br><br> https://twitter.com/Adrian_H/status/1463562262694842372 | • Hyperbolic and rhetorical tone <br><br> • Responding to Cassava's Nov. 4, 2021 press release and *Journal of Neuroscience* Corrigendum <br><br> • $SAVA hashtag places Tweet in context of spirited debate among investors and scientists <br><br> • Same thread as Statement 17 | • Does not imply a basis in undisclosed facts known only to Defendant <br><br> • Contains screenshots with factual bases |
| | 11/29/2021 | Dot.com Defendants publish SavaDx Deck (*see* Br. at 13). | | | | |
| 19 | 11/30/2021 | Dr. Heilbut | 24 | "The truth about $SAVA ***SavaDx is that is a FAKE assay***, the only purpose of which is to provide 'confirmation' of the 'treatment effects' of $SAVA's inert drug that does not and cannot bind Filamin-A [] Remi is a special kind of genius. | • Hyperbolic and rhetorical tone <br><br> • Publishing "SavaDx Exposed" presentation with link to cassavafraud.com <br><br> • $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Does not imply a basis in undisclosed facts known only to Defendant <br><br> • Contains link to cassavafraud.com with factual bases |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|-----|------|--------|-----|---------------------|------------------------------|-------------------------|
| | | | | https://cassavafraud.com/docs/SAVADx_Theranos2.0.pdf[.]"<br><br>https://twitter.com/Adrian_H/status/1465870478527057920 | | |
| 20 | 12/7/2021 | Dr. Heilbut | 25 | "He's talking about measuring CSF/Plasma albumin, not SavaDx. That was done so $SAVA could claim a 'Treatment Benefit' on BBB integrity. And it was not done properly or using routine clinical methods, and the ***numbers are complete manipulated garbage***."<br><br>https://twitter.com/Adrian_H/status/1468386878009266176 | • Hyperbolic and rhetorical tone<br><br>• Responding to other users' posts discussing Cassava's Nov. 4, 2021 press release and *Journal of Neuroscience* Corrigendum<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists<br><br>• "Garbage" is a colloquial term without precise factual meaning in this context<br><br>• Same thread as Statements 17 and 18 | • Does not imply a basis in undisclosed facts known only to Defendant<br><br>• Contains screenshots with factual bases |
| 21 | 12/09/2021 | Dr. Heilbut | 26 | "The premise of the ***entire charade*** (both for AD and for Bordey's bizarre claims) is that the drug binds FLNA. The ***key data*** $SAVA showed to establish that is physically impossible and | • Hyperbolic and rhetorical tone<br><br>• Responding to other users' posts discussing Cassava's Nov. 4, | • Does not imply a basis in undisclosed facts known only to Defendant |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|-----|------|--------|-----|----------------------|------------------------------|------------------------|
| | | | | ***MADE UP**. It is all a **complete fraud**."*<br><br>https://twitter.com/jesse_brodkin/status/1469095555859103746 | 2021 press release and *Journal of Neuroscience* Corrigendum<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists<br><br>• "Charade" is a colloquial term without precise factual meaning in this context<br><br>• Same thread as Statements 17, 18, and 20 | • Contains screenshots with factual bases |
| 22 | 12/9/2021 | Dr. Brodkin | 27 | "No. I don't want to reward ***fraudulent data**. [] $sava should be punished so that others do not attempt **this scam**. The best thing for AD research and patients is to maintain a **fraud free** and fact based investment environment[.]"*<br><br>https://twitter.com/jesse_brodkin/status/1469095555859103746 | • Hyperbolic and rhetorical tone<br><br>• Responding to other users' posts discussing Cassava's Nov. 4, 2021 press release and *Journal of Neuroscience* Corrigendum<br><br>• Call for punishment conveys opinion<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists<br><br>• "Scam" is a colloquial term without precise factual meaning in this context | • Does not imply a basis in undisclosed facts known only to Defendant<br><br>• Contains screenshots with factual bases |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|---|---|---|---|---|---|---|
|  |  |  |  |  | • Same thread as Statements 17, 18, 20, and 21 |  |
| 23 | 12/10/2021 | Defendants | 28 | Seeing Through Blind Deck | (*See* Br. at 43-45.) | (*See* Br. at 43-45.) |
| 24 | 12/11/2021 | Dr. Brodkin | 29 | "Key is 'confines of the study', obv Pei and Wang lab are supposed to be blind according to SEC filings and *very probably* study protocol. It's a ***shit-show of fraud*** and incompetence. SEC has been informed of $sava lies on filings[.]"<br><br>https://twitter.com/jesse_brodkin/status/1469782611421716482 | • Hyperbolic and rhetorical tone<br><br>• Responding to other users' posts discussing Cassava's Nov. 4, 2021 press release and *Journal of Neuroscience* Corrigendum<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists<br><br>• "Shit-show" is a colloquial term without precise factual meaning in this context<br><br>• Same thread as Statements 17, 18, 20, 21, and 22 | • Does not imply a basis in undisclosed facts known only to Defendant<br><br>• Contains screenshots with factual bases |
| 25 | 12/13/2021 | Dr. Brodkin | 30 | "So much easier to let the rest of society ***bear the costs of $sava fraud*** than to act responsibly and do your job, right @MarinaP63? (Even when the investigation was done for you 0_0) cc: @TurrigianoLab[.]" | • Hyperbolic and rhetorical tone<br><br>• Responding to other users' posts discussing Cassava's Nov. 4, 2021 press release and *Journal of Neuroscience* Corrigendum | • Does not imply a basis in undisclosed facts known only to Defendant |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|-----|------|--------|-----|----------------------|-------------------------------|-------------------------|
| | | | | https://twitter.com/jesse_brodkin/status/1470366262505226244 | • Other user's response interpreting statement as "blowing smoke" indicates that statement was viewed as opinion<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | |
| 26 | 12/16/2021 | Dr. Brodkin | 31 | "It looks like my perfectly reasonable letter regarding an opaque investigation of the ***$sava manipulated images*** by JoN didn't make the latest issue. I trust electronic publication can proceed without further delay [] The scientific community deserves transparency @MarinaP63[.]"<br><br>https://twitter.com/jesse_brodkin/status/1471481003445268487 | • Hyperbolic and rhetorical tone<br><br>• Responding to other users' posts discussing Cassava's Nov. 4, 2021 press release and *Journal of Neuroscience* Corrigendum<br><br>• Opinion-like language and calls for further investigation in screenshot convey that statement is opinion<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists<br><br>• Same thread as Statements 17, 18, 20, 21, 22, and 24 | • Does not imply a basis in undisclosed facts known only to Defendant<br><br>• Contains screenshots and letter submitted to *Journal of Neuroscience* with factual bases |
| 27 | 12/17/2021 | Dr. Brodkin | 32 | "I think the cognitive scores, like the biomarker data are ***lies and meant to defraud*** investors and | • Hyperbolic and rhetorical tone | • Does not imply a basis in undisclosed |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|---|---|---|---|---|---|---|
| | | | | contaminate the market for real science. $sava does a disservice to AD patients, and investors. What I have said about ***$sava research is true and undisputed by $sava***" <br><br> https://twitter.com/jesse_brodkin/status/1471936321950302210 | • Responding to Cassava video concerning simufilam clinical trials and other users' remarks <br><br> • Qualifying language ("I think") conveys opinion <br><br> • $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | facts known only to Defendant |
| 28 | 12/17/2021 | Dr. Brodkin | 33 | "Important point on the continuing obligation JoN has to it's readers and the scientific community regarding ***$sava fraud*** in it's journal[.]" <br><br> https://web.archive.org/web/20211217215857/https://twitter.com/jesse_brodkin/status/1471961847876272129 | • Hyperbolic and rhetorical tone <br><br> • Responding to another user about Dec. 17, 2021 *Journal of Neuroscience* Expression of Concern <br><br> • $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Does not imply a basis in undisclosed facts known only to Defendant <br><br> • Contains link to Expression of Concern with factual bases |
| 29 | 12/18/2021 | Dr. Brodkin | 34 | "It took a decade for Remi to build the ***$sava scam***. Through scientific teamwork and perseverance we have exposed this ***fraud***. The tide is turning #ENDALZ." | • Hyperbolic and rhetorical tone <br><br> • Responding to another user about Dec. 17, 2021 *Journal of Neuroscience* Expression of Concern and prior efforts to raise | • Does not imply a basis in undisclosed facts known only to Defendant <br><br> • Contains link to Expression of |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|---|---|---|---|---|---|---|
| | | | | https://web.archive.org/web/2021 1219001652/https://twitter.com/je sse_brodkin/status/147236023167 8234630 | concerns about simufilam research<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | Concern and cassavafraud.com with factual bases |
| 30 | 12/20/2021 | Dr. Brodkin | 35 | "But just on sheer impact, this guy is probably the winner. An ***image manipulation*** in response to questions of image manipulation followed by ***market manipulation***. I could see jail time and an Editor resigning justified by this one pic alone. $sava"<br><br>https://twitter.com/jesse_brodkin/ status/1473031196334596099 | • Hyperbolic and rhetorical tone<br><br>• Responding to another user about Dec. 17, 2021 *Journal of Neuroscience* Expression of Concern and prior efforts to raise concerns about simufilam research<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Does not imply a basis in undisclosed facts known only to Defendant<br><br>• Contains screenshots with factual bases |
| 31 | 12/21/2021 | Dr. Heilbut | 36 | "Decent chance that $SAVA ends red… Just another pathetic and increasingly desperate ***pump-and-dump*** onto the ignorant and credulous. ***It is all made up***." | • Hyperbolic and rhetorical tone<br><br>• Responding to another user about Dec. 17, 2021 *Journal of Neuroscience* Expression of Concern and prior efforts to raise | • Does not imply a basis in undisclosed facts known only to Defendant |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|---|---|---|---|---|---|---|
| | | | | https://twitter.com/Adrian_H/status/1473315921972314118 | concerns about simufilam research<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists<br><br>• "pump-and-dump" is colloquial term without precise factual meaning in this context | |
| 32 | 12/21/2021 | Dr. Brodkin | 37 | "$sava is doing societal harm as well as committing ***securities fraud by lying about their 'science[.]'***"<br><br>https://twitter.com/jesse_brodkin/status/1473457850584338440 | • Hyperbolic and rhetorical tone<br><br>• Responding to another user (@Vinnie66007649) who issued "challenge" to Dr. Bik and others for "objective evidence" of harms to simufilam patients and that accused critics of "risking the potential of meaningful change" for Alzheimer's "patients and caregivers"<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Does not imply a basis in undisclosed facts known only to Defendant |
| 33 | 12/29/2021 | Dr. Brodkin | 38 | "It doesn't matter WHO points out the ***fraud and lies of $sava*** (ad hominem #1). Not baseless as Remi already admitted 'visual | • Hyperbolic and rhetorical tone<br><br>• Responding to other users discussing the Citizen's Petition | • Does not imply a basis in undisclosed |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|-----|------|--------|-----|---------------------|------------------------------|------------------------|
| | | | | errors' (you're plain wrong or lying) Wester Blots are the foundation of sava's science 'Clean' is just wishful thinking #10. You look foolish[.]" <br><br> https://twitter.com/jesse_brodkin/status/1476114812266590209 | and another article commenting on the Citizen Petition <br><br> • $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | facts known only to Defendant |
| 34 | 12/30/2021 | Dr. Brodkin | 39 | "$sava is a ***fraudulent company*** cultivating a malicious mob through social media[.]" <br><br> https://twitter.com/jesse_brodkin/status/1476671467764998144 | • Hyperbolic and rhetorical tone <br><br> • Responding to other users discussing apparent efforts to threaten and "dox" the Dot.com Defendants and other critics of Cassava <br><br> • $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Does not imply a basis in undisclosed facts known only to Defendant <br><br> • Contains screenshot of email with factual bases |
| 35 | 01/03/2022 | Dr. Heilbut | 40 | "Not content with ***fabricating scientific data***, the $SAVA bulls are now ***fabricating correspondence from the DOJ for a pump***." <br><br> https://twitter.com/Adrian_H/status/1478028839150305282 | • Hyperbolic and rhetorical tone <br><br> • Responding to "a letter shared by Cassava investors discussing a Department of Justice probe into short sellers."  (SAC ¶ 314.) | • Does not imply a basis in undisclosed facts known only to Defendant <br><br> • Contains screenshot of typo in letter ("United Department |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|-----|------|--------|-----|---------------------|-------------------------------|-------------------------|
| | | | | | • $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | of Justice") with factual basis |
| 36 | 01/05/2022 | Dr. Brodkin | 41 | "Second step is to **root out the frauds** that are already in the market $sava[.]"<br><br>https://twitter.com/jesse_brodkin/status/1478858109565161473 | • Hyperbolic and rhetorical tone<br><br>• Responding to other users, including reporter at STAT, concerning biotech company IPOs<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Does not imply a basis in undisclosed facts known only to Defendant |
| 37 | 01/09/2022 | Dr. Brodkin | 42 | "Here is the proof. **$sava has lied to the public, CTAD, SEC** and now, apparently, you in private communications[.]"<br><br>https://twitter.com/jesse_brodkin/status/1480332813232754693 | • Hyperbolic and rhetorical tone<br><br>• Responding to other users discussing SEC press release and debate with Cassava investor (@MattNachtrab) over conclusions reached by Dr. Bik, the Dot.com Defendants, and other Cassava critics<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Does not imply a basis in undisclosed facts known only to Defendant<br><br>• Contains screenshot of email with factual bases |
| 38 | 01/10/2022 | Dr. Heilbut | 43 | "That is not the point here. The point is simply that there is | • Hyperbolic and rhetorical tone | • Does not imply a basis in undisclosed |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|---|---|---|---|---|---|---|
| | | | | evidence in black and white that SAVA/ Wang **photoshopped images** that they sent to JNeuro as 'originals', and then **pumped the stock** based on their 'erratum'[.]"<br><br>https://twitter.com/Adrian_H/status/1480688243578388480 | • Responding to other users discussing SEC press release and debating with Cassava investor (@MattNachtrab) about conclusions reached by Dr. Bik, the Dot.com Defendants, and other Cassava critics<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists<br><br>• Same thread as Statement 37 | facts known only to Defendant<br><br>• Contains screenshot of images with factual bases |
| 39 | 01/12/2022 | Dr. Brodkin | 44 | "I like this $sava **manipulated image** in response to accusations of $sava **manipulating images** [] h/t Bik[.]"<br><br>https://twitter.com/jesse_brodkin/status/1481341654976057348 | • Hyperbolic and rhetorical tone<br><br>• Responding to other users discussing SEC press release and debate with Cassava investor (@MattNachtrab) over conclusions reached by Dr. Bik, the Dot.com Defendants, and other Cassava critics<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists<br><br>• Same thread as Statements 37 and 38 | • Does not imply a basis in undisclosed facts known only to Defendant<br><br>• Contains screenshots of images with factual bases |

Dot.com Defendants' APPENDIX 1

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|-----|------|--------|-----|----------------------|------------------------------|-------------------------|
| 40 | 01/20/2022 | Dr. Heilbut | 45 | "$SAVA science is a ***total fraud*** and those relating hopeful anecdotes about patients currently in the clinical trials are either fools or shills."<br><br>https://twitter.com/Adrian_H/status/1484016429770817537 | • Hyperbolic and rhetorical tone<br><br>• Responding to Dr. Bik's Tweet with link to PubPeer and other users' posts discussing retraction of article in *Molecular Neurodegeneration* co-authored by Dr. Wang due to "irregularities"<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Does not imply a basis in undisclosed facts known only to Defendant<br><br>• Contains link to PubPeer with factual bases |
| 41 | 01/20/2022 | Dr. Brodkin | 46 | "icymi MOAR ***$sava fraud*** news. A clean paper retraction by a group that was unfortunate enough to collaborate with Dr Wang[.]"<br><br>https://twitter.com/jesse_brodkin/status/1484153502482022400 | • Hyperbolic and rhetorical tone<br><br>• Responding to Dr. Bik's Tweet with link to PubPeer and other users' posts discussing retraction of  article in *Molecular Neurodegeneration* co-authored by Dr. Wang due to "irregularities"<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists<br><br>• Same thread as Statement 40 | • Does not imply a basis in undisclosed facts known only to Defendant<br><br>• Contains link to PubPeer with factual bases |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|-----|------|--------|-----|---------------------|------------------------------|------------------------|
| 42 | 01/20/2022 | Dr. Brodkin | 47 | "spelled out pretty clearly here, Wang attempted to clear himself **of image manipulation** accusations by producing **manipulated images AGAIN** (cc @JuanLerma1 @MarinaP63) *$sava*[.]"  https://twitter.com/jesse_brodkin/status/1484230455452962817 | • Hyperbolic and rhetorical tone  • Responding to Dr. Bik's Tweet with link to PubPeer and other users' posts discussing retraction of article in *Molecular Neurodegeneration* co-authored by Dr. Wang due to "irregularities"  • $SAVA hashtag places Tweet in context of spirited debate among investors and scientists  • Same thread as Statements 40 and 41 | • Does not imply a basis in undisclosed facts known only to Defendant  • Contains link to PubPeer with factual bases |
| 43 | 02/10/2022 | Dr. Heilbut | 48 | "**$SAVA remains a complete scientific fraud** that is going to have its rug pulled any day, and Mr. Market knows it."  https://twitter.com/Adrian_H/status/1491812124200517633 | • Hyperbolic and rhetorical tone  • Responding to FDA rejection of Citizen Petition on procedural grounds (*see* SAC Ex. 135)  • Prediction as to future ("going to have its rug pulled") conveys that statements are opinion  • $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Does not imply a basis in undisclosed facts known only to Defendant |

Dot.com Defendants' APPENDIX 1

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|---|---|---|---|---|---|---|
| 44 | 03/01/2022 | Dr. Heilbut | 49 | "Meanwhile, NIH @NIHAging happily funds completely ***fraudulent science from $SAVA***."<br><br>https://twitter.com/Adrian_H/status/1499598571611594755 | • Hyperbolic and rhetorical tone<br><br>• Responding to another user's post concerning NIH grant rejection and in thread discussing government "incompetence"<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Does not imply a basis in undisclosed facts known only to Defendant |
| 45 | 04/28/2022 | Dr. Brodkin | 50 | "My dude, ***$sava is a scamCo***, don't tell your followers to buy ***frauds***[.]"<br><br>https://twitter.com/jesse_brodkin/status/1519765788248494083 | • Hyperbolic and rhetorical tone<br><br>• Responding to another user's post about Cassava stock and April 18, 2022 *New York Times* article<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists<br><br>• "scamCo" is a colloquial term without precise factual meaning in this context | • Does not imply a basis in undisclosed facts known only to Defendant<br><br>• Contains link to New York Times article with factual bases |
| 46 | 05/19/2022 | Dr. Brodkin | 51 | "$sava now ***poster-boy for fraud***… congrats Remi 👏 👏 👏 [.]" | • Hyperbolic and rhetorical tone<br><br>• Responding to STAT news article discussing allegations | • Does not imply a basis in undisclosed facts known only to Defendant |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|---|---|---|---|---|---|---|
| | | | | https://twitter.com/jesse_brodkin/status/1523676546380095488 | against Cassava in Citizen Petition<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists<br><br>• "poster-boy" is a colloquial term without precise factual meaning in this context | • Contains link to STAT news article with factual bases |
| 47 | 05/09/2022 | Dr. Brodkin | 52 | "@Adrian_H giving CUNY notice that we will not allow a cover-up of *$sava Wang's scientific fraud*. All investigation findings should be made public ASAP."<br><br>https://twitter.com/jesse_brodkin/status/1523778067478421504 | • Hyperbolic and rhetorical tone<br><br>• Commenting on CUNY public meeting and investigation of Dr. Wang<br><br>• Call for publication of investigation results conveys opinion<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Does not imply a basis in undisclosed facts known only to Defendant |
| 48 | 05/18/2022 | Dr. Brodkin | 53 | "Who cares? The image was 'selectable'. Case closed (again) *$sava is a fraud*." | • Hyperbolic and rhetorical tone<br><br>• Responding to another user concerning emails between *Neurobiology of Aging* editor and Dr. Wang concerning allegations | • Does not imply a basis in undisclosed facts known only to Defendant |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|-----|------|--------|-----|---------------------|------------------------------|------------------------|
| | | | | https://twitter.com/jesse_brodkin/status/1527082440111468544 | of data manipulation and March 22, 2022 Expression of Concern<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Contains screenshots of emails with factual bases |
| 49 | 05/31/2022 | Dr. Brodkin | 54 | "Big SAVA news!!! new SEC filing? Nope. New PR from company? Nope…. Another ***pump-and-dump on nothing from a ScamCo***? Yes 😠 [.]"<br><br>https://twitter.com/jesse_brodkin/status/1531729699717713920 | • Hyperbolic and rhetorical tone<br><br>• Commenting on Cassava stock price fluctuation (explained in thread)<br><br>• Accompanied by sarcastic gif conveying that statement is opinion<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists<br><br>• "pump-and-dump on nothing from a ScamCo" is a colloquial phrase without precise factual meaning in this context | • Does not imply a basis in undisclosed facts known only to Defendant |
| 50 | 06/03/2022 | Dr. Heilbut | 55 | "what does 'returning the homeostasis of FLNA levels' even mean when the molecule does not even bind to its supposed target? [] ***IT IS ALL*** | • Hyperbolic and rhetorical tone<br><br>• Responding to another user concerning scientific paper about filamin A and cancer | • Does not imply a basis in undisclosed facts known only to Defendant |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|---|---|---|---|---|---|---|
| | | | | ***MADE UP.*** (Including Bordey's claims about effects of Simuflimflam in their epilepsy model)[.]" <br><br> https://twitter.com/Adrian_H/status/1532849317379293185 | • $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Contains link to scientific paper with factual bases |
| 51 | 08/28/2022 | Dr. Brodkin | 56 | "Here's another straight-up admission of ***data manipulation***; first and second cohort (pills vs cherries) of patients are statistically significantly different for no reason other than an investigation of ***data manipulation*** was started between the cohort readouts $sava." <br><br> https://twitter.com/jesse_brodkin/status/1564003968551895046 | • Hyperbolic and rhetorical tone <br><br> • Responding to other users, including QCM, discussing insider purchases of Cassava stock and commenting on Cassava conference call with shareholders <br><br> • $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Does not imply a basis in undisclosed facts known only to Defendant <br><br> • Contains screenshots with factual bases |
| 52 | 08/28/2022 | Dr. Brodkin | 57 | "I don't know what the expiration data on this dumb attempt at a ***pump based on a total lie*** is, but at 1+ years I think we can safely say Remi was ***FOS when he pumped a 'deal'*** @sava[.]" | • Hyperbolic and rhetorical tone <br><br> • Responding to other users, including QCM, discussing insider purchases of Cassava stock and commenting on | • Does not imply a basis in undisclosed facts known only to Defendant |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|---|---|---|---|---|---|---|
| | | | | https://twitter.com/jesse_brodkin/status/1564008067628400641 | Cassava conference call with shareholders<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists<br><br>• "dumb attempt at a pump based on a total lie" and "FOS when he pumped a 'deal'" are colloquial phrases without precise factual meaning in this context<br><br>• Same thread as Statement 51 | • Contains screenshots with factual bases |
| 53 | 08/28/2022 | Dr. Brodkin | 58 | "Apparently **lying to pump stock** price runs in the family. Here Mrs Barbier lies through her teeth in writing that her baloney femtomolar claim is correct and a typo will clear it all up (narrator: IT DIDN'T) $sava[.]"<br><br>https://twitter.com/jesse_brodkin/status/1564008067628400641 | • Hyperbolic and rhetorical tone<br><br>• Responding to other users, including QCM, discussing insider purchases of Cassava stock and allegations of data manipulation<br><br>• Qualifying language ("apparently) conveys opinion<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Does not imply a basis in undisclosed facts known only to Defendant<br><br>• Contains screenshots with factual bases |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|-----|------|--------|-----|---------------------|------------------------------|------------------------|
| | | | | | • "lying to pump stock" is a colloquial phrase without precise factual meaning in this context <br><br>• Same thread as Statements 51-52 | |
| 54 | 08/29/2022 | Dr. Brodkin | 59 | "The **level of fraud with $sava is way beyond just securities**, so this is probably the right move for the SEC to hand off to the DOJ, imo." <br><br> https://twitter.com/jesse_brodkin/status/1564322010171334656 | • Hyperbolic and rhetorical tone <br><br>• Responding to other users who were speculating that the SEC had closed its investigation of Cassava without enforcement action <br><br>• Qualifying language ("imo," in my opinion; "seems to me") conveys opinion <br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Does not imply a basis in undisclosed facts known only to Defendant <br><br>• Contains screenshots with factual bases |
| 55 | 09/10/2022 | Dr. Heilbut | 60 | "*IT'S ALL MADE UP*." <br><br> https://twitter.com/Adrian_H/status/1568825495386554369 | • Hyperbolic and rhetorical tone <br><br>• Responding to another user, self-identified as a "parody" account, who was claiming that "short sellers" of Cassava stock were "delusional" | • Does not imply a basis in undisclosed facts known only to Defendant |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|-----|------|--------|-----|---------------------|------------------------------|------------------------|
| | | | | | • $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | |
| 56 | 09/14/2022 | Dr. Brodkin | 61 | "Oh look, it seems that SavaDX collaborator Joel Ross is an admitted crook in the ***largest insider trade in history***. *A perfect fit for $sava* and Steve Arnold 👍 (h/t @Russell50k)." https://twitter.com/jesse_brodkin/status/1570041764563525633 | • Hyperbolic and rhetorical tone<br>• Responding to Cassava presentation concerning SavaDX<br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists<br>• "perfect fit" is a colloquial phrase without precise factual meaning in this context | • Does not imply a basis in undisclosed facts known only to Defendant<br>• Contains screenshot with factual bases |
| 57 | 09/20/2022 | Dr. Heilbut | 62 | "$SAVA chumps getting played again, with another ***pump*** based on two week old non non-news." https://twitter.com/Adrian_H/status/1572430656797573120 | • Hyperbolic and rhetorical tone<br>• Responding to Cassava stock price fluctuations and discussing short trading strategy with another user<br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists<br>• "chumps being played again, with another pump" is a | • Does not imply a basis in undisclosed facts known only to Defendant |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|-----|------|--------|-----|---------------------|-------------------------------|-------------------------|
|  |  |  |  |  | colloquial phrase without precise factual meaning in this context |  |
| 58 | 09/20/2022 | Dr. Heilbut | 63 | "and FDA gets a lot of things wrong. Reality still exists. ***The drug is fake***, Wang is a fraud, and the ***$SAVA charade*** is going to come crashing down one of these days."<br><br>https://twitter.com/Adrian_H/status/1572445121509232643 | • Hyperbolic and rhetorical tone<br><br>• Responding to Cassava stock price fluctuations and discussing short trading strategy with other users<br><br>• Prediction of future ("going to come crashing down") conveys opinion<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists<br><br>• "charade" is a colloquial term without precise factual meaning in this context<br><br>• Same thread as Statement 57 | • Does not imply a basis in undisclosed facts known only to Defendant |
| 59 | 09/22/2022 | Dr. Brodkin | 64 | "Nope, I mean ***fraud $sava***."<br><br>https://twitter.com/jesse_brodkin/status/1573053896326631426 | • Hyperbolic and rhetorical tone<br><br>• Responding to other users discussing Cassava stock price fluctuations | • Does not imply a basis in undisclosed facts known only to Defendant<br><br>• Contains screenshot of retracted PLOS |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|-----|------|--------|-----|---------------------|-------------------------------|------------------------|
| | | | | | • Accompanied by comical gifs conveying that statement is opinion<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists<br><br>• Same thread as Statements 57-58 | One article with factual bases |
| 60 | 09/27/2022 | Dr. Heilbut | 65 | "It doesn't halt cognitive decline either, I'm afraid, because all the '***science' behind it was faked*** by a crazy ***fabulist***, and it is a completely ***imaginary drug*** that doesn't even engage its (never-validated) target."<br><br>https://twitter.com/Adrian_H/status/1574916368499195905 | • Hyperbolic and rhetorical tone<br><br>• Responding to another user accusing short sellers and critics of Cassava of "perpetrating a genocide on 250,000 Alzheimer's victims"<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists<br><br>• "fabulist" is an imprecise and ambiguous term | • Does not imply a basis in undisclosed facts known only to Defendant |
| 61 | 10/02/2022 | Dr. Heilbut | 66 | "Be careful with this line of thinking. They HAVE been ***fabricating results***, & the justification for the Ph3 was a ***charade***. They're breaking critical scientific and ethical | • Hyperbolic and rhetorical tone<br><br>• Responding to another user accusing short sellers and critics of Cassava of "perpetrating a | • Does not imply a basis in undisclosed facts known only to Defendant |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|-----|------|--------|-----|----------------------|-------------------------------|-------------------------|
| | | | | norms that enable human clinial research, as well as regulations. ***It's 100% made up scientific fraud***." <br><br> https://twitter.com/Adrian_H/status/1576669435146174464 | genocide on 250,000 Alzheimer's victims <br><br> • $SAVA hashtag places Tweet in context of spirited debate among investors and scientists <br><br> • "charade" is a colloquial term without precise factual meaning in this context <br><br> • Same thread as Statement 60 | |
| 62 | 10/02/2022 | Dr. Brodkin | 67 | "For just straight-up scientific illiteracy and ***insult-to-your-intelligence fraud***, this one has got to take the top spot (and that's taken from a very rich $sava data set 😊 )." <br><br> https://twitter.com/jesse_brodkin/status/1576672703201042434 | • Hyperbolic and rhetorical tone <br><br> • Responding to another user accusing short sellers and critics of Cassava of "perpetrating a genocide on 250,000 Alzheimer's victims <br><br> • $SAVA hashtag places Tweet in context of spirited debate among investors and scientists <br><br> • Same thread as Statements 17, 18, 20, 21, 22, 24, and 26 | • Does not imply a basis in undisclosed facts known only to Defendant |
| 63 | 10/06/2022 | Dr. Heilbut | 68 | "SIMUFLIMFLAM: ***IT'S ALL MADE UP***™" | • Hyperbolic and rhetorical tone | • Does not imply a basis in undisclosed |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|-----|------|--------|-----|----------------------|-------------------------------|-------------------------|
| | | | | https://twitter.com/Adrian_H/status/1578081595172569092 | • Responding to other users discussing simufilam's purported method of action<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | facts known only to Defendant |
| 64 | 10/11/2022 | Dr. Brodkin | 69 | "I don't think DOJ hired EXTRA people to investigate $sava (probably hired consultants) I think Wang was in the compensation bonus pool. Whether Remi/Wang go to jail is really a question of how well they covered their tracks. ***What is not in question is that they did the crime***."<br><br>https://twitter.com/jesse_brodkin/status/1579897035360464896 | • Hyperbolic and rhetorical tone<br><br>• Responding to other users discussing efforts by Cassava investors to "tout" Cassava stock to retail investors<br><br>• Prediction of future conveys opinion<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Does not imply a basis in undisclosed facts known only to Defendant |
| 65 | 10/16/2022 | Dr. Heilbut | 70 | "Who is crazy, who is stupid, who is lying, and who is evil is not really my concern. ***The drug is fake; the research was fake; it is all a charade. IT IS ALL MADE UP***. $SAVA" | • Hyperbolic and rhetorical tone<br><br>• Responding to other users discussing efforts by Cassava | • Does not imply a basis in undisclosed facts known only to Defendant |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|---|---|---|---|---|---|---|
| | | | | https://twitter.com/Adrian_H/status/1581794074545180672 | investors to "tout" Cassava stock to retail investors<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists<br><br>• "charade" is a colloquial term without precise factual meaning in this context | |
| 66 | 10/19/2022 | Dr. Heilbut | 71 | "*It is not a 'drug'. IT IS ALL MADE UP*. The entire thing is completely, utterly, insane."<br><br>https://twitter.com/Adrian_H/status/1582899656908242946<br><br>https://twitter.com/mosquitobight/status/1582892060327092226 | • Hyperbolic and rhetorical tone<br><br>• Responding to other users discussing simufilam<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Does not imply a basis in undisclosed facts known only to Defendant |
| 67 | 10/22/2022 | Dr. Heilbut | 72 | "SavaDx went off track as soon as they got anyone who wasn't Wang to try to produce data, because… wait for it... *IT WAS ALL MADE UP* (and utter nonsense to boot)." | • Hyperbolic and rhetorical tone<br><br>• Responding to other users discussing clinical data from simufilam studies | • Does not imply a basis in undisclosed facts known only to Defendant |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|-----|------|--------|-----|---------------------|------------------------------|------------------------|
| | | | | https://twitter.com/Adrian_H/status/1583904241608929280 | • $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Contains screenshots and links with factual bases |
| 68 | 10/27/2022 | Dr. Heilbut | 73 | "what you're trying to say here is that ***IT'S ALL MADE UP***[.]"<br><br>https://twitter.com/Adrian_H/status/1585747644084781060 | • Hyperbolic and rhetorical tone<br><br>• Responding to another user's post and Substack article discussing allegations against Cassava and results of Cassava's open-label study<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Does not imply a basis in undisclosed facts known only to Defendant<br><br>• Contains link to Substack article with factual bases |
| 69 | 05/05/2023 | Dr. Heilbut | 74 | "As with the Bordey paper, this is actually a ***fantastic experiment*** $SAVA has done to determine just what kind of ***fantastical results*** a lab can come up with when given an ***inert compound*** targeting their pet protein[.]"<br><br>https://twitter.com/Adrian_H/status/1654637249974214656 | • Hyperbolic and rhetorical tone<br><br>• Responding to publication of study concerning simufilam co-authored by Dr. Burns<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists<br><br>• "fantastic experiment," and "fantastical results" are colloquial phrases without | • Does not imply a basis in undisclosed facts known only to Defendant<br><br>• Contains screenshot and links with factual bases |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|-----|------|--------|-----|----------------------|-------------------------------|--------------------------|
| | | | | | precise factual meaning in this context | |
| 70 | 09/19/2023 | Dr. Milioris | 75 | "Funny how the **drug stopped working** when Nadav left the picture[.]" <br><br> https://twitter.com/DRnotaDR/status/1704173737598157008 | • Hyperbolic and rhetorical tone <br><br> • Referring to former Cassava board member, Dr. Nadav Friedmann <br><br> • Responding to other users discussing Cassava presentations on simufilam, including another user's remark that it was "funny how the drug suddenly stopped working when people starting observing." <br><br> • $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Does not imply a basis in undisclosed facts known only to Defendant <br><br> • Contains screenshot with factual bases |
| 71 | 10/13/2023 | Dr. Heilbut | 76 | "Do you really think that the "dog ate my homework" is going to work here? There was no data and no record of any of the work. A reasonable inference and implication might be that the research was never actually done, or in other words, that **IT IS ALL MADE UP**." | • Hyperbolic and rhetorical tone <br><br> • Responding to other users debating leaked CUNY report on investigation of Dr. Wang <br><br> • Use of opinion-like language ("reasonable inference and | • Does not imply a basis in undisclosed facts known only to Defendant <br><br> • Contains links and screenshots with factual bases |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|-----|------|--------|-----|----------------------|-------------------------------|-------------------------|
| | | | | https://twitter.com/Adrian_H/status/1712840312291225673 | implication . . .") conveys opinion<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | |
| 72 | 10/13/2023 | Dr. Heilbut | 77 | "It's a totally different issue, but I can assure you that many of those outraged with $SAVA were also outraged with Aduhelm and FDA shenanigans and skeptical of amyloid Abs. But there's equivalence between that and **allegedly completely fake science** and an **allegedly imaginary drug**."<br><br>https://twitter.com/Adrian_H/status/1712881971347517840 | • Hyperbolic and rhetorical tone<br><br>• Responding to other users debating experimental Alzheimer's treatments, leaked CUNY report, and accusations of "selective outrage" against Cassava critics<br><br>• Qualifying language ("allegedly") conveys opinion<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Does not imply a basis in undisclosed facts known only to Defendant<br><br>• Contains links and screenshots with factual bases |
| 73 | 03/31/2024 | Dr. Heilbut | 78 | "I have multiple motives, but my primary motive is I don't like bullshit. My motives don't matter, however, because I am correct. **Wang's fraud and misconduct has already been well established**; there is no need | • Hyperbolic and rhetorical tone<br><br>• Responding to other users discussing March 8, 2024 statement issued by Cassava in response to inquiry from *Science* concerning CUNY | • Does not imply a basis in undisclosed facts known only to Defendant |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|---|---|---|---|---|---|---|
| | | | | to politely wait for more people to be ripped off." <br><br> https://twitter.com/Adrian_H/status/1770980495624487106 | • $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Contains links and screenshots with factual bases |
| 74 | 03/21/2024 | Dr. Heilbut | 79 | "***It doesn't work*** because all of the '***science' & justification for testing it has been fabricated or complete bullshit***, in my scientific opinion. I don't need to pretend to do a clinical trial and give grandma a spinal tap to know that for sure. [] The other accounts are not me." <br><br> https://twitter.com/Adrian_H/status/1770991599368970713 | • Hyperbolic and rhetorical tone <br><br> • Responding to other users discussing March 8, 2024 statement issued by Cassava in response to inquiry from *Science* concerning CUNY report <br><br> • Qualifying language ("in my scientific opinion") conveys opinion <br><br> • $SAVA hashtag places Tweet in context of spirited debate among investors and scientists <br><br> • Same thread as Statement 73 | • Does not imply a basis in undisclosed facts known only to Defendant <br><br> • Contains links and screenshots with factual bases |
| 75 | 03/25/2024 | Dr. Heilbut | 80 | "I can't recall anybody flat-out ***fabricating data*** for a Phase 2 clinical trial under FDA IND before[.]" | • Hyperbolic and rhetorical tone <br><br> • Responding to March 20, 2024 Editorial Note added to the pre- | • Does not imply a basis in undisclosed facts known only to Defendant |

| No. | Date | Author | Ex. | Challenged Statement | Opinion under *Gross* Because | Pure Opinion Because[1] |
|-----|------|--------|-----|----------------------|-------------------------------|-------------------------|
|  |  |  |  | https://twitter.com/Adrian_H/status/1772306001191997797 | print article on simufilam's Phase 2b clinical trial results<br><br>• $SAVA hashtag places Tweet in context of spirited debate among investors and scientists | • Contains links and screenshots with factual bases |