UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSAVA SCIENCES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID BREDT; GEOFFREY PITT; QUINTESSENTIAL CAPITAL MANAGEMENT LLC; ADRIAN HEILBUT; JESSE BRODKIN; ENEA MILIORIS; and PATRICK MARKEY,<br><br>    Defendants. | Civil Action No. 22-cv-9409-GHW-OTW |

## PLAINTIFF CASSAVA SCIENCES, INC.'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiff, Cassava Sciences, Inc. ("Cassava"), by counsel, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, respectfully provides notice that it is voluntarily dismissing its claims against Defendants Adrian Heilbut, Jesse Brodkin, Enea Milioris, and Patrick Markey without prejudice.

1

Dated: August 2, 2024

Respectfully submitted,
CASSAVA SCIENCES, INC.

By its attorneys,

*/s/ J. Erik Connolly*

J. Erik Connolly (*admitted pro hac vice*)
   EConnolly@beneschlaw.com
   Illinois ARDC No. 6269558

Timothy Frey (*admitted pro hac vice*)
   TFrey@beneschlaw.com
   Illinois ARDC No. 6303335

Kate Watson Moss (*admitted pro hac vice*)
   kwatsonmoss@beneschlaw.com
   Illinois ARDC No. 6321176

Caitlin Kovacs (*admitted pro hac vice*)
   ckovacs@beneschlaw.com
   Illinois ARDC No. 4180162

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949

Michael Vatis
   mvatis@beneschlaw.com
   NY Reg. No. 2258655

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
1155 Avenue of the Americas
26th Floor
New York, NY 10036

## **CERTIFICATE OF SERVICE**

     I, J. Erik Connolly, hereby certify that a copy of the foregoing Notice of Motion for Partial Final Judgment, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 2, 2024.

Dated: August 2, 2024                                            */s/ J. Erik Connolly*