**MEMORANDUM ENDORSED**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/2024

| | |
|---|---|
| CASSAVA SCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID BREDT; GEOFFREY PITT; QUINTESSENTIAL CAPITAL MANAGEMENT LLC; ADRIAN HEILBUT; JESSE BRODKIN; ENEA MILIORIS; and PATRICK MARKEY, <br><br> Defendants. | Civil Action No. 22-cv-9409-GHW-OTW |

**PLAINTIFF CASSAVA SCIENCES, INC.'S NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE** that Plaintiff, Cassava Sciences, Inc. ("Cassava"), by counsel, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, respectfully provides notice that it is voluntarily dismissing its claims against Defendants Adrian Heilbut, Jesse Brodkin, Enea Milioris, and Patrick Markey without prejudice.

Dated: August 2, 2024

Respectfully submitted,
CASSAVA SCIENCES, INC.

By its attorneys,

*/s/ J. Erik Connolly*
J. Erik Connolly (*admitted pro hac vice*)
   EConnolly@beneschlaw.com
   Illinois ARDC No. 6269558

Timothy Frey (*admitted pro hac vice*)
   TFrey@beneschlaw.com
   Illinois ARDC No. 6303335

Kate Watson Moss (*admitted pro hac vice*)
   kwatsonmoss@beneschlaw.com
   Illinois ARDC No. 6321176

Caitlin Kovacs (*admitted pro hac vice*)
   ckovacs@beneschlaw.com
   Illinois ARDC No. 4180162

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949


Michael Vatis
   mvatis@beneschlaw.com
   NY Reg. No. 2258655

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
1155 Avenue of the Americas
26th Floor
New York, NY 10036

## CERTIFICATE OF SERVICE

    I, J. Erik Connolly, hereby certify that a copy of the foregoing Notice of Motion for Partial Final Judgment, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 2, 2024.

Dated: August 2, 2024                              /s/ J. Erik Connolly

Plaintiff has stipulated to the dismissal of its claims against Defendants Adrian Heilbut, Jesse Brodkin, Enea Milioris, and Patrick Markey without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). In light of Plaintiff's voluntary dismissal of the claims against those defendants, the pending motion to dismiss by those defendants is denied without prejudice. The Clerk of Court is directed to remove the names of those defendants from the caption of this case and to terminate the motion pending at Dkt. No. 137.

SO ORDERED.
Dated: August 5, 2024

                                                GREGORY H. WOODS
                                            United States District Judge