```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
   CASSAVA SCIENCES, INC.,

                                   Plaintiff,

                -v-                                              1:22-cv-9409-GHW

   DAVID BREDT, *et al.*,                             ORDER
                        Defendants.
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     On August 2, 2024, Plaintiff stipulated to the dismissal of all outstanding claims in this case without prejudice. Dkt. Nos. 140, 141. Because all of Plaintiff's claims in this case have been resolved, the Clerk of Court is directed to terminate all outstanding motions and to close this case.

     SO ORDERED.

Dated: August 14, 2024
         New York, New York

                                                              GREGORY H. WOODS
                                                     United States District Judge